UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0204--CV (JWS)
"RONALD V. WEILBACHER V PROGESSIVE NW INS CO"

Including terminated parties, excluding terminated counsel

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed:  08/24/05
          Closed:  NO

    Jurisdiction:  (4) Diversity (see citizenship of parties)
   PLF Diversity:  (1) Citizen of This State
   DEF Diversity:  (5) Incorporated and Principal Place of Business in Another State

  Nature of Suit:  (110) Insurance
                   CONTRACTUAL ISSUE
          Origin:  (2) Removed from State Court
          Demand:  100
      Filing fee:  Paid $250.00 on 08/24/05 receipt # 00126444
        Trial by:  Court
```

Parties of Record:                          Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | WEILBACHER, RONALD V. | Kenneth W. Legacki<br>425 G Street, Suite 920<br>Anchorage, AK 99501<br>907-258-2422<br>FAX 907-278-4848 |
| DEF 1.1 | PROGRESSIVE NORTHWESTERN INSURANCE CO | Gary A. Zipkin<br>Guess & Rudd<br>510 L Street, Suite 700<br>Anchorage, AK 99501<br>907-793-2200<br>FAX 907-793-2299 |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0204--CV (JWS)
"RONALD V. WEILBACHER V PROGESSIVE NW INS CO"

For all filing dates
```

```
Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 08/24/05
          Closed: NO

    Jurisdiction: (4) Diversity (see citizenship of parties)
   PLF Diversity: (1) Citizen of This State
   DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

  Nature of Suit: (110) Insurance
                  CONTRACTUAL ISSUE
          Origin: (2) Removed from State Court
          Demand: 100
      Filing fee: Paid $250.00 on 08/24/05 receipt # 00126444
        Trial by: Court
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 08/24/05 | DEF 1 Notice of Removal from Superior Court 3AN-05-9823CI w/att exhs. |
| 2 - 1 | 08/24/05 | DEF 1 Notice of filing of notice of removal. |
| 3 - 1 | 08/24/05 | DEF 1 Notice of compliance w/att exhs. |
| 4 - 1 | 08/24/05 | DEF 1 Service List. |
| 5 - 1 | 08/26/05 | JWS Minute Order to Petitioner Subsequent to Removal.  Petitioner to file w/crt w/i 10 days copies of state crt docs and svc list. cc: cnsl |
| 6 - 1 | 08/30/05 | DEF 1 Attorney Appearance of G. Zipkin. |
| 7 - 1 | 09/23/05 | DEF 1 Answer to Complaint. |
| 8 - 1 | 09/27/05 | JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 9 - 1 | 10/12/05 | DEF 1 Disclosure statement. |
| 10 - 1 | 10/24/05 | PLF 1; DEF 1 Scheduling & Planning Conference Report. |
| 11 - 1 | 10/31/05 | JWS Scheduling and Planning Order setting pretrial ddlns: Original disc 07/28/06; Dispositive mots ddln 08/28/06; 4 day TBC estimate. cc: cnsl |
| 12 - 1 | 11/15/05 | PLF 1 Unopposed motion for extension of time to file preliminary witness lists & submit initial disclosures on 11/30/05. |
| 12 - 2 | 11/16/05 | Order granting unoppo mot for ext of time to file prel wit lists & submit initial disclosures on 11/30/05 (12-1). cc: cnsl |