NOV 3 0 2005

Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail: legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

**FILED**

DEC 0 2 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RONALD V. WEILBACHER,           )
                                )
            Plaintiff,          )
                                )
     vs.                        )
                                )
                                )
PROGRESSIVE NORTHWESTERN        )
INSURANCE COMPANY,              )
                                )
            Defendant.          ) Case No. A05-0204-CV (JWS)
_____)

**ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME
TO FILE PRELIMINARY WITNESS LISTS
AND EXCHANGE INITIAL DISCLOSURES**

Plaintiff Ronald Weilbacher having moved this Court for a second unopposed extension of time until December 2, 2005, for the parties to file their

KENNETH W. LEGACKI, P.C.
ATTORNEYS AT LAW
425 "G" STREET
SUITE 920
ANCHORAGE, AK 99501
(907) 258-2422
FAX (907) 278-4848

/5

preliminary witness lists and exchange their initial disclosures, and the Court being duly advised in the premises,

IT IS HEREBY ORDERED Plaintiff Weilbacher's Second Unopposed Motion for Extension of Time is granted.

DATED this ___1st___ day of ___December___, 2005.

_____
The Honorable John W. Sedwick
United States District Judge

I HEREBY CERTIFY THAT on the 30th day of November, 2005, a copy of the foregoing document was mailed to the offices of:

Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK 99501

A05-0204--CV (JWS)    12-2-05
------------------------------------------
✓ G. ZIPKIN (GUESS)
✓ K. LEGACKI

_____
Carrie Hayes

ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME TO FILE
PRELIMINARY WITNESS LISTS AND EXCHANGE INITIAL DISCLOSURES
Weilbacher v. Progressive - Case No. A05-0204-CV (JWS)
Page 2 of 2

KENNETH W. LEGACKI, P.C.
ATTORNEYS AT LAW
425 "G" STREET
SUITE 920
ANCHORAGE, AK 99501
(907) 258-2422
FAX (907) 278-4848