Aisha Tinker Bray
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Anchorage, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER,            )<br>                                  )<br>        Plaintiff,               )<br>                                  )<br>    v.                            )<br>                                  )<br>PROGRESSIVE NORTHWESTERN          )<br>INSURANCE COMPANY,                )<br>                                  )<br>        Defendant.                )<br>_____) | 3:05-cv-204-JWS |

PROGRESSIVE'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(c), Progressive Northwestern Insurance Company ("Progressive"), by and through its attorneys, Guess & Rudd P.C., moves for summary judgment on all of plaintiff's claims against it based on Progressive's denial of his claim for an additional "each person" policy limit of underinsured motor vehicle bodily injury liability coverage.  This motion is supported by a memorandum of even date filed herewith.

DATED at Fairbanks, Alaska, this 23rd day of January, 2006.

                          GUESS & RUDD P.C.
                          Attorneys for Progressive
                          Northwestern Insurance Company

By:  s/Aisha Tinker Bray
     Guess & Rudd P.C.
     100 Cushman Street, Suite 500
     Fairbanks, Alaska 99701
     Phone: 907-452-8986
     Fax:   907-452-7015
     Email: atbray@guessrudd.com
     Alaska Bar No. 9505028

CERTIFICATE OF SERVICE
I hereby certify that on the
23rd day of January, 2006, a copy
of the foregoing document was served
on either electronically or by U.S. Mail:

Kenneth A Legacki, Esq.

Guess & Rudd P.C.

By:  s/Aisha Tinker Bray

Case No. 3:05-cv-204-JWS   Weilbacher v. Progressive Northwestern Ins. Co.
Progressive's Motion for Summary Judgment
Page 2 of 2