## CERTIFIED DOCUMENTS

**STATE OF FLORIDA**
**COUNTY OF HILLSBOROUGH**

**I,** the undersigned authority, certify that I am a person qualified to declare the authenticity of the attached records. As such, I hereby confirm that these records were kept in the course of regularly conducted activity; and were made as a regular practice in the course of the regularly conducted activity.

BY: _____
Records Custodian

Date: _____ 11/7/05 _____

EXHIBIT **A**
Page **1** of **68**

100,342

Serving you through:

**ALASKA BUSINESS**
**1400 W BENSON # 410**
**ANCHORAGE      AK      99503**

**PROGRESSIVE®**

RON V WEILBACHER
PO BOX 3824
SOLDOTNA        AK 99669

**Your Policy Number is:**
65824951-0

Thank you for choosing Progressive!
Enclosed is important information about your policy. Please review and keep in a safe place.
And as always, you can reach us 24 hours a day, 7 days a week.
Here are some important benefits of "being Progressive".

**FINANCIAL STRENGTH**
You are now insured by one of the largest auto insurers in the country.
Progressive has been delighting customers since 1937.
We consistently earn high stability ratings by industry analysts, allowing you
to enjoy the peace of mind of having a strong, stable company behind you.

**IMMEDIATE RESPONSE® claims service**
Our Immediate Response® claims service goes to work for you immediately
to provide fast, fair, and hassle-free claims service.
In the unfortunate event of a claim or a loss, we are here for you.
Just call us right away at **1-800-274-4499**, and a Progressive claim
representative is ready to serve you 24 hours a day, 7 days a week.

**CUSTOMER SERVICE**
For immediate around the clock assistance, just call us or access our web site.
Automated billing inquiry, make payments          Policy information, make payments
        **1-800-999-8781**                              **personal.progressive.com**

In person policy service
**1-800-888-7764**
(Se Habla Español)

**OTHER PRODUCTS**
Do you own or lease a motorcycle, boat, recreational vehicle or business auto?
To protect these investments like you protect your
personal automobile, contact your authorized Progressive agent.

Drive safely and remember to......Buckle Up!

EXHIBIT **A**
Page **2** of **68**

**100,343**

PROGRESSIVE NORTHWESTERN INSURANCE
P.O. BOX 31686
TAMPA, FL 33631-3686

**PROGRESSIVE®**

ALASKA BUSINESS
1400 W BENSON # 410
ANCHORAGE      AK      99503

24 Hour Policy Service     1-800-888-7764
24 Hour Claims Service     1-800-274-4499
Automated Billing Inquiry 1-800-999-8781

**PERSONAL AUTO POLICY DECLARATIONS PAGE
FOR NAMED INSURED:**

RON V WEILBACHER
PO BOX 3824
SOLDOTNA          AK 99669

**POLICY NUMBER:** 65824951 - 0
**POLICY PERIOD:** 12/21/00  TO  12/21/01

RON V WEILBACHER
PO BOX 3824
SOLDOTNA         AK 99669

This policy incepts the later of:
1. the time the application for insurance is executed on the first day of the policy period; or
2. 12:01 a.m. on the first day of the policy period.
This policy shall expire at 12:01 a.m. on the last day of the policy period.

The following coverages and limits apply to each described vehicle as shown below.  Coverages are defined in the policy and are subject to the terms and conditions contained in the policy, including amendments and endorsements.  No changes will be effective prior to the time changes are requested.

REASON FOR ISSUANCE: NEW BUSINESS

| VEH# | YR | MAKE - MODEL | SERIAL NUMBER | STATED AMT | DRV# | LISTED DRIVERS | EXCLUDED | SR22 | RATED |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1995 | DODGE  GRAND CARAVSV | 1B4GH54L4SX540998 | | 1 | RON V WEILBACHER | NO | NO | YES |
| 2 | | | | | 2 | | | | |
| 3 | | | | | 3 | | | | |
| 4 | | | | | 4 | | | | |
| | | | | | 5 | | | | |

| COVERAGES AND LIMITS OF LIABILITY | | PREMIUMS | | | | |
|---|---|---|---|---|---|---|
| THE COVERAGE IS APPLICABLE ONLY IF A PREMIUM IS INDICATED. | | VEH #1 | VEH #2 | VEH #3 | VEH #4 | TOTAL |
| **BODILY INJURY & PROPERTY DAMAGE LIABILITY** | | $333 | | | | $333 |
| BI $100,000 EACH PERSON - $300,000 EACH ACCIDENT | | | | | | |
| PROPERTY DAMAGE LIABILITY - $50,000 EACH ACCIDENT | | | | | | |
| **UNINSURED/UNDERINSURED MOTORIST** | | $110 | | | | $110 |
| $100,000 EACH PERSON - $300,000 EACH ACCIDENT | | | | | | |
| UM/UIM PROPERTY DAMAGE $50,000 LESS $250 DED | | $29 | | | | $29 |
| **MEDICAL PAYMENTS     $5,000 EACH PERSON** | | $29 | | | | $29 |
| **COMPREHENSIVE ACV LESS $250 DEDUCTIBLE** | | $56 | | | | $56 |
| **COLLISION OR UPSET ACV LESS $500 DEDUCTIBLE** | | $218 | | | | $218 |
| **ADDITIONAL COVERAGES:** | | | | | | |
| TOWING & LABOR $75 PER DISABLEMENT $450 MAX | | $14 | | | | $14 |
| **SEE REVERSE**          PREMIUM BY VEHICLE | | $789 | | | | |
| | | | | | | |
| ATTACHMENTS IDENTIFIED BY FORM NO. | | TOTAL POLICY PREMIUM | | | | $789 |

EXHIBIT **A**
Page **3** of **68**                    100,344

Form No.  1113 (6-97)                    INSURED COPY                    PMWE0731001215L1113

ANY LOSS UNDER PART  IV  IS PAYABLE TO NAMED INSURED AND LIENHOLDER:

**LIENHOLDER**

VEH #1                              VEH #2

VEH #3                              VEH #4

**ADDITIONAL INTEREST INSURED**



| FOR COMPANY USE ONLY |
| --- |

| DISCOUNTS: | VEH 1 | VEH 2 | VEH 3 | VEH 4 |
| --- | --- | --- | --- | --- |
| PAID IN FULL DISCOUNT | X | | | |
| HOMEOWNER DISCOUNT | X | | | |
| SURCHARGES: | | | | |
| NONE | | | | |

| VEH | PT. CL. | GARAGE ZIP | SYMBOL LIAB | COMP | COLL |
| --- | --- | --- | --- | --- | --- |
| 1 | OO | 99669 | 05 | 16 | 06 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |

| DRIVER # | DRIVER AGE | SEX | M/S |
| --- | --- | --- | --- |
| 1 | 54 | M | S |
| 2 | | | |
| 3 | | | |
| 4 | | | |

| COMPANY | 16 |
| --- | --- |
| MARKET | ULTRA-PREFERRED |
| LEVEL | ADVANTAGE |
| PAY PLAN | 11 |
| R/R | 0008 |
| FACTOR % | 1.000 |
| FORM | 9607 |
| ED. | 0899 |
| AGENT CODE | DC 88847 |
| PREV POL # | |
| PRORATER | |

EXHIBIT A
Page 4 of 68

100,345

FC

27 175826 E15 00384    100

**PROGRESSIVE**®

## Notice of Underwriting Decision & Information Practices

Dear Progressive Customer,

When we quote, issue, service or renew an insurance policy, we require certain information about the people or property being insured.  Some of this information is obtained from you, and confirmed or supplemented through information obtained from various consumer reporting agencies, which provide motor vehicle reports, claim reports, and credit reports.

This information is used to underwrite and service your insurance policy and its renewals.  Any increased charge or other adverse action may be attributable to use of this information.  No consumer reporting agency made any decision to take an adverse action with respect to your insurance and will be unable to confirm whether or provide the specific reasons why any such action was taken. Therefore, if you have questions about our information practices or their impact on your insurance, call us at 1-800-888-7764.  At your request, we will:

- confirm whether a consumer report was requested;
- provide the specific reasons for, and supporting information related to, any change to your policy;
- identify which of the consumer reporting agencies, listed below, provided the information;
- provide you more detailed information regarding our collection, use, and disclosure of information about you, and your rights to access and correct such information; and
- identify others to whom we may have disclosed this information.

The following consumer reporting agencies were used by us:

| **Driver History Reports (Motor Vehicle and Claims History Reports):** | **Credit Report:** |
|---|---|
| ChoicePoint, Inc. | Experian (Formerly TRW) |
| P.O. Box 105108 | P.O. Box 2002 |
| Atlanta, GA  35348-5108 | Allen, TX 75013 |
| 1-800-456-6004 | 1-888-397-3742 |

For 60 days after you receive this notice, you may obtain a free copy of any consumer report resulting in any adverse action.  Also, you may:

- learn about the nature and substance of recorded information about you;
- access this information;
- dispute the accuracy or completeness and request the correction of this information; and
- file a statement setting forth what you think is the correct information, and why you disagree with any refusal to correct the information.

To do so, simply call us at 1-800-888-7764, or the appropriate consumer reporting agency identified above.

In some cases, information about you that has or will be collected by us may, without your authorization, be disclosed to third parties who perform services for us or appear to have a legitimate need for the information.  These may include, for example, our group of underwriting companies, claims adjusters and investigators, your agent or broker, actuarial consultants, insurance support organizations, courts, government agencies, and parties requesting such information through legal process.

EXHIBIT A
Page 5 of 68

100,346

*PROGRESSIVE*®

## PRIVACY POLICY

**Your privacy is important to us.** At Progressive, we are committed to protecting your privacy and earning your trust. We respect your right to keep your personal information confidential and to avoid unwanted solicitations. **Please read this to learn how we will handle your personal information, and the information of others insured on your policy.**

### Types of Information We Collect & Disclose.

We collect information about people and property to quote and service insurance policies and provide comparison rates. Some of this is called **"Nonpublic Personal Information,"** which generally means information that is provided by you, obtained by us, or that results from your transactions with us. It does not include information available to the general public. We collect this information from the following sources (examples under each source are not necessarily a complete list):

- **Application Information:** This is information we receive from you on applications or other forms, by phone, and online. It includes your name, address, and telephone number, driver's license number, social security number, date of birth, length of employment, gender, marital status, prior insurance information, home ownership, length of residency, vehicle descriptions, miles driven and vehicle use, other drivers, and driving history. **Application Information** may be disclosed as described below.

- **Transaction Information:** This is information about your transactions with us, our affiliates, or others. It includes your insurance coverage selections and premiums, payment and claims history, and information necessary for billing and payment. It may also include additional information used to adjust, investigate, and settle insurance claims, such as witness statements and police reports. **Transaction Information** may be disclosed as described below.

- **Consumer Report Information:** This is information we receive from a consumer reporting agency, and is used to confirm or supplement **Application Information.** It includes motor vehicle reports, claims history reports, and credit report information. We will disclose **Consumer Report Information** only as necessary to quote or service your insurance policy and as permitted or required by law. To underwrite your insurance and provide an accurate insurance quote, **Consumer Report Information** may be shared among our affiliated insurance underwriting companies. By obtaining a quote or applying for insurance with us, you consent to our sharing of this information among our affiliated insurance underwriting companies.

- **Web Site Information:** This is information we receive from your computer when you visit our Web site, including the Web site you visited before ours, your Internet e-mail address and operating system, and statistical information on Web traffic and usage patterns. We also store "cookies" on your computer to save information entered during the insurance quoting and comparative rate process, and collect technical data, such as your Internet protocol (IP) address, operating system, and session ID. We will not disclose personally identifiable **Web Site Information** without your consent. For additional information concerning our Web site privacy practices, please visit us at personal.progressive.com.

Continued on back

EXHIBIT _A_

Page _6_ of _68_

100,347

PMWEWD971211002605L2835

**Parties to Whom We Disclose Information.**

**Nonpublic Personal Information** about you and our former customers may be disclosed to others as permitted by law. Generally, this includes disclosures to third parties that are necessary to effect, administer or enforce your transaction with us, or in connection with servicing your insurance policy. These parties may include our group of affiliated insurance underwriting companies, claims representatives, independent contractors, insurance support organizations, insurance agents and brokers, and courts and government agencies. We may also disclose this information to the following types of third parties (these are typically companies that have referred you to us or that have a relationship with you), but you will have the opportunity to opt out of such disclosures before they are made:

- Nonaffiliated financial service providers, such as banks, credit card companies, and other insurance companies; and
- Non-financial companies, such as motor vehicle manufacturers, dealers, and parts suppliers, and clubs, and associations of which you may be a member.

We may also disclose **Application Information** and **Transaction Information** about you and our former customers to companies that perform marketing services on our behalf or to financial institutions with whom we have joint marketing agreements.

**Confidentiality & Security.**

We restrict access to **Nonpublic Personal Information** about you to those employees and other parties who must use that information to provide products or services to you. Their right to further disclose and use the information is limited by our employee code of conduct, applicable law, and nondisclosure agreements where appropriate. We also maintain physical, electronic, and procedural safeguards in compliance with applicable laws and regulations to guard your **Nonpublic Personal Information.**

**Opt Out Rights.**

**If you do not want your Nonpublic Personal Information disclosed to nonaffiliated third parties, you may "opt out" of those disclosures, meaning that you may tell us not to make those disclosures (other than disclosures that are permitted by law even if you opt out).** If you opt out, we will not disclose this information to nonaffiliated third parties to independently market products or services to you, but we may include their offers in billing statements and other routine communications that we send to you in connection with servicing your insurance policy.

To opt out, simply detach and mail the form at the bottom of this page to the address listed. An opt out election by you or others insured under your policy will be effective for all of you for that policy and its renewals. Once you opt out, there is no need to do so again for the same policy or its renewals. You may also visit personal.progressive.com and use our **Personal Progressive®** feature to opt out. There you will find additional information for visitors to our Web site.



= = = = = = = = = DETACH HERE = = = = = = = = = = DETACH HERE = = = = = = = = = = = = = =

### Policyholder Opt Out Form

I wish to exercise my opt out rights described in Progressive's Privacy Policy.

Name: RON V WEILBACHER

Address: PO BOX 3824

SOLDOTNA          AK 99669

Policy Number: 65824951 - 0

EXHIBIT A

Page 7 of 68

Mail to: Progressive Marketing Opt Out, P.O. Box 89427, Cleveland, OH  44101-6427

**Please correct any inaccurate information appearing above. If you have already sent an Opt Out Form for this insurance policy, there is no need to send another.**

100,348

PMWEWD971211002605L2835



## ROADSIDE ASSISTANCE COVERAGE ENDORSEMENT

The following coverage is added to **your** policy:

**INSURING AGREEMENT**

If **you** pay a premium for Roadside Assistance Coverage, **we** will pay for **our** authorized service representative to provide:

1. towing of a **covered disabled vehicle** to the nearest qualified repair facility; and
2. labor on a **covered disabled vehicle** at the place of disablement;

which is necessary due to a **covered emergency**.

**ADDITIONAL DEFINITIONS**

Wherever they appear in this Endorsement, the General definitions set forth in **your** policy shall apply, and the following Additional Definitions shall apply:

1. **"Covered disabled vehicle"** means a disabled motor vehicle that is a **covered vehicle**.

2. **"Covered emergency"** means a disablement that is a result of:

   a. mechanical or electrical breakdown;
   b. battery failure;
   c. insufficient supply of fuel, oil, water, or other fluid;
   d. flat tire;
   e. lock-out; or
   f. entrapment in snow, mud, water or sand, within 100 feet of a road or highway.

**EXCLUSIONS** - **READ THE FOLLOWING EXCLUSIONS CAREFULLY. IF AN EXCLUSION APPLIES, ROADSIDE ASSISTANCE COVERAGE WILL NOT BE PROVIDED.**

This coverage does not apply to:

1. parts, replacement keys, fluid, lubricants, or fuel;
2. installation of products or material not related to the disablement;
3. labor not related to the disablement;
4. labor on a **covered disabled vehicle** for any time period in excess of sixty (60) minutes per disablement;
5. any and all fines;
6. transportation or temporary living expenses;
7. towing or storage related to impoundment, abandonment, illegal parking, or other violations of law;
8. assistance with jacks, levelers, airbags, or awnings;
9. damage or disablement due to fire, flood, or vandalism;
10. towing from a service station, garage, or repair shop;
11. labor or repair work performed at a service station, garage, or repair shop;
12. vehicle storage charges;
13. a second tow for a single disablement;
14. disablement that occurs on roads not regularly maintained, such as sand beaches, open fields, and areas designated as not passable due to construction;
15. mounting or removing of snow tires or chains;
16. tire repair;
17. repeated service calls for a **covered disabled vehicle** in need of routine maintenance or repair;
18. disablement that results from the willful acts or actions of the operator of a **covered disabled vehicle**;
19. disablement that is not the result of a **covered emergency**;
20. disablement that results from the use of intoxicants or narcotics; or
21. a trailer.

EXHIBIT **A**

Page **8** of **68**

Form No. 9864 (04-98)

PMWE0401992603L9864

100,349

**UNAUTHORIZED SERVICE PROVIDER**

When service is rendered by a provider other than **our** authorized service representative, **we** will only pay reasonable charges, as determined by us, for:

1.  towing of a **covered disabled vehicle** to the nearest qualified repair facility; and
2.  labor on a **covered disabled vehicle** at the place of disablement;

which is necessary due to a **covered emergency**.

**ALL OTHER TERMS, LIMITS AND PROVISIONS OF THIS POLICY REMAIN UNCHANGED.**



EXHIBIT _A_
Page _9_ of _68_

Form No. 9864 (04-98)

PMWE0401992603L9864

100,350

Insurance Identification Card ⁱ  ALASKA
Name of Insurer:
PROGRESSIVE NORTHWESTERN INSURANCE CO.
P.O. BOX 31686
TAMPA, FL 33631-3686

*PROGRESSIVE®*

**IMPORTANT!**

**IF YOU ARE INVOLVED IN AN ACCIDENT:**
(REGARDLESS OF FAULT)

Name of Insured:                    Policy Number: AA 65824951-0

RON V WEILBACHER
PO BOX 3824
SOLDOTNA AK 99669

1.  At the accident scene, detach the Accident
    Information Card and give it to the driver
    of the other vehicle.

Original Issue Date: 12/21/00        Expiration Date: 12/21/01
Additional Drivers:

2.  Ask the other driver to immediately call
    Progressive and report the accident.

3.  Call Progressive immediately to report the
    accident.

Year     Make/Model              Vehicle Identification Number
1995     DODGE GRAND CARAVSV     1B4GH54L4SX540998

Form L6530 (6-96)

---

**ACCIDENT INFORMATION CARD**  *PROGRESSIVE®*
(Give to other driver at scene of accident)

Fold here and put folded Accident Information and
Insurance Identification card in the glove
compartment of your vehicle.

**FOR IMMEDIATE ASSISTANCE CALL**
**1-800-274-4499**
**24 HOURS A DAY, 7 DAYS A WEEK**

Name of Insurer:
PROGRESSIVE NORTHWESTERN INSURANCE CO.
P.O. BOX 31686
TAMPA, FL 33631-3686

Name of Insured:

RON V WEILBACHER
PO BOX 3824
SOLDOTNA AK 99669

Policy Number: AA 65824951-0

Original Issue Date: 12/21/00
Expiration Date: 12/21/01

---

Detach and keep copy of Insurance Identification
Card with your records.

Insurance Identification Card -  ALASKA
Name of Insurer:                    *PROGRESSIVE®*
PROGRESSIVE NORTHWESTERN INSURANCE CO.
P.O. BOX 31686
TAMPA, FL 33631-3686

Name of Insured:                    Policy Number: AA 65824951-0

RON V WEILBACHER
PO BOX 3824
SOLDOTNA AK 99669

Original Issue Date: 12/21/00        Expiration Date: 12/21/01
Additional Drivers:

Year     Make/Model              Vehicle Identification Number
1995     DODGE GRAND CARAVSV     1B4GH54L4SX540998

EXHIBIT _A_
Page _10_ of _68_

100,351

Keep this card in your motor vehicle while in operation.

**Report all accidents immediately.**

**(24 hours a day, 7 days a week) to Progressive:**

**(1-800-274-4499)**

**Call us immediately so we can go to work for you.**

Instructions to the insured **in case of accident or loss:**

1.  Obtain full names, addresses and license numbers of all persons involved and all witnesses.

2.  Do not admit fault or discuss the accident with anyone except police or company representative.

**Examine policy exclusions carefully.   This form does not constitute any part of your insurance policy or bond.**

Automated billing inquiries: **1-800-999-8781**

Policy Service: **1-800-888-7764**

Keep this card in your motor vehicle while in operation.

**Report all accidents immediately.**

**(24 hours a day, 7 days a week) to Progressive:**

**(1-800-274-4499)**

**Call us immediately so we can go to work for you.**

Instructions to the insured **in case of accident or loss:**

1.  Obtain full names, addresses and license numbers of all persons involved and all witnesses.

2.  Do not admit fault or discuss the accident with anyone except police or company representative.

**Examine policy exclusions carefully.   This form does not constitute any part of your insurance policy or bond.**

Automated billing inquiries: **1-800-999-8781**

Policy Service: **1-800-888-7764**

EXHIBIT A

Page 11 of 68

100,352

*9607D AK 0899*





# ALASKA
# MOTOR VEHICLE
# POLICY

**WARNING: If you have asked us to exclude coverage under this policy for any person, this policy will not meet the minimum coverage requirements of either Alaska's mandatory automobile insurance or financial responsibility laws.**

Form No. 9607 AK (08/99)

EXHIBIT A
Page 12 of 68

100,353

## CONTENTS

**YOUR DUTIES IN CASE OF AN ACCIDENT OR LOSS**
Notice Of Accident Or Loss . . . . . . . . . . .1
Other Duties  . . . . . . . . . . . . . . . . . . . . . .2

**GENERAL DEFINITIONS** . . . . . . . . . . . . . .3

**PART I - LIABILITY TO OTHERS**
Insuring Agreement - Bodily Injury  . . . . . .6
Insuring Agreement - Property Damage  . .6
Additional Definitions . . . . . . . . . . . . . . . .7
Additional Payments . . . . . . . . . . . . . . . .8
Exclusions . . . . . . . . . . . . . . . . . . . . . . .11
Limits Of Liability . . . . . . . . . . . . . . . . . .13
Financial Responsibility Laws . . . . . . . . .14
Other Insurance  . . . . . . . . . . . . . . . . . .15
Out-Of-State Coverage . . . . . . . . . . . . . .16

**PART II - MEDICAL PAYMENTS COVERAGE**
Insuring Agreement . . . . . . . . . . . . . . . .16
Additional Definitions . . . . . . . . . . . . . . .17
Exclusions . . . . . . . . . . . . . . . . . . . . . . .18
Limit Of Liability . . . . . . . . . . . . . . . . . . .19
Other Insurance  . . . . . . . . . . . . . . . . . .19

**PART III - UNINSURED/UNDERINSURED MOTORIST COVERAGE**
Insuring Agreement - Uninsured/Underinsured
    Motorist Bodily Injury Coverage . . . . .20
Insuring Agreement - Uninsured/Underinsured
    Motorist Property Damage Coverage  .20
Additional Definitions . . . . . . . . . . . . . . .21
Additional Payments . . . . . . . . . . . . . . .22
Exclusions . . . . . . . . . . . . . . . . . . . . . . .25
Limits Of Liability . . . . . . . . . . . . . . . . . .27
Other Insurance  . . . . . . . . . . . . . . . . . .30
Appraisal . . . . . . . . . . . . . . . . . . . . . . .31
Arbitration  . . . . . . . . . . . . . . . . . . . . . .31

i

EXHIBIT A
Page 13 of 68

100,354

**PART IV - DAMAGE TO A VEHICLE**
   Insuring Agreement - Collision Coverage . .33
   Insuring Agreement - Comprehensive
      Coverage . . . . . . . . . . . . . . . . . . . . . .33
   Insuring Agreement - Custom Parts
      Or Equipment Coverage . . . . . . . . . . .35
   Insuring Agreement - Additional Custom
      Parts Or Equipment Coverage . . . . . .36
   Additional Definitions . . . . . . . . . . . . . . . .36
   Exclusions . . . . . . . . . . . . . . . . . . . . . . . .37
   Limits Of Liability . . . . . . . . . . . . . . . . . . .39
   Insuring Agreement - Rental Vehicle
      Physical Damage Coverage . . . . . . .41
   Insuring Agreement - Emergency Towing
      And Labor Coverage . . . . . . . . . . . . .42
   Insuring Agreement - Rental
      Reimbursement Coverage . . . . . . . . .42
   Loan/Lease Payoff Coverage . . . . . . . .43
   Payment Of Loss . . . . . . . . . . . . . . . . .44
   No Benefit To Bailee . . . . . . . . . . . . . . .44
   Loss Payee Agreement . . . . . . . . . . . . .44
   Other Insurance . . . . . . . . . . . . . . . . . .45
   Appraisal . . . . . . . . . . . . . . . . . . . . . . . .45

**GENERAL PROVISIONS**
   Policy Period And Territory . . . . . . . . . .46
   Policy Changes . . . . . . . . . . . . . . . . . . .46
   Terms Of Policy Conformed To Statutes . .47
   Transfer . . . . . . . . . . . . . . . . . . . . . . . . .47
   Fraud Or Misrepresentation . . . . . . . . .47
   Payment Of Premium . . . . . . . . . . . . . .48
   Cancellation . . . . . . . . . . . . . . . . . . . . .48
   Nonrenewal . . . . . . . . . . . . . . . . . . . . . .50
   Proof Of Notice . . . . . . . . . . . . . . . . . . .50
   Automatic Termination . . . . . . . . . . . . . .50
   Coverage Changes . . . . . . . . . . . . . . . .51
   Legal Action Against Us . . . . . . . . . . . .51
   Our Rights To Recover Payment . . . . . .51
   Bankruptcy . . . . . . . . . . . . . . . . . . . . . .52

**NAMED DRIVER EXCLUSION** . . . . . . . . . .52

**NAMED OPERATOR - NON-OWNED
VEHICLE COVERAGE** . . . . . . . . . . . . . . . .53

EXHIBIT A
Page 14 of 68

100,355

### ALASKA MOTOR VEHICLE POLICY

If **you** pay **your** premium when due, **we** agree to provide this insurance, subject to all the terms and provisions of this policy, and up to the Limits of Liability described in this policy and shown on the **Declarations Page**.

### YOUR DUTIES IN CASE OF AN ACCIDENT OR LOSS

## Notice of Accident or Loss

**If there is an accident or loss arising out of the ownership, maintenance or use of a vehicle, for which coverage may be provided under this policy, report it to us within twenty-four (24) hours or as soon as practicable by calling us at 1-800-274-4499.**

**You or an insured person must report each accident or loss even if an insured person is not at fault.**

The following accident information should be reported as it is obtained:
1. time;
2. place;
3. circumstances of the **accident** or **loss**;
4. names and addresses of all persons involved;
5. names and addresses of any witnesses; and
6. the license plate numbers of the vehicles involved.

**You** should also notify the police within twenty-four (24) hours if:
1. a hit-and-run vehicle is involved; or
2. theft or vandalism has occurred.

1

EXHIBIT A
Page 15 of 68

100,356

**OTHER DUTIES**

A person claiming coverage under this policy must:

1. cooperate with **us** in any matter concerning a claim or lawsuit;

2. provide any written proof of loss **we** may reasonably require;

3. allow **us** to take signed or recorded statements, including statements under oath, and answer all reasonable questions **we** may ask, when and as often as **we** may reasonably require. Anyone providing a statement under oath may, at their own expense, have legal counsel present;

4. promptly send **us** any and all legal papers relating to any claim or lawsuit;

5. attend hearings and trials as **we** require;

6. take reasonable steps after a **loss** to protect the **covered vehicle**, non-owned vehicle or **rental vehicle** from further **loss**. **We** will pay reasonable expenses incurred in providing that protection. If **you** fail to do so, any further damages will not be covered under this policy;

7. allow **us** to inspect and appraise the damage to a **covered vehicle**, non-owned vehicle or **rental vehicle** before its repair or disposal;

8. submit to medical examinations at **our** expense by doctors **we** select as often as **we** may reasonably require; and

9. authorize **us** to obtain medical and other records. Such other records may include, but are not limited to, employment records, business records, records relating to claims made under other insurance, or records relating to previous repairs.

2

EXHIBIT A
Page 16 of 68

100,357

## GENERAL DEFINITIONS

Except as otherwise defined in this policy, terms appearing in boldface will have the following meaning:

1. "**Accident**" means a sudden, unexpected, and unintended occurrence.
2. "**Bodily injury**" means bodily harm, sickness, or disease, including death that results from bodily harm, sickness, or disease.
3. "**Business**" includes a trade, profession, or occupation.
4. "**Covered vehicle**" means:
   a. any **vehicle** shown on the **Declarations Page**;
   b. any additional **vehicle** on the date **you** become the **owner** if:
      i. **you** acquire the **vehicle** during the policy period shown on the **Declarations Page**;
      ii. **we** insure all vehicles **owned** by **you**; and
      iii. no other insurance policy provides coverage for that **vehicle**.

      For a **vehicle you** acquire in addition to any **vehicle** shown on the **Declarations Page**, **we** will provide the broadest coverage **we** provide for any **vehicle** shown on the **Declarations Page**. **We** will provide coverage for a period of thirty (30) days after **you** become the **owner**. **We** will not provide coverage after this thirty (30) day period, unless within this period **you** ask **us** to insure the additional **vehicle**;
   c. any replacement **vehicle** on the date **you** become the **owner** if:
      i. **you** acquire the **vehicle** during the policy period shown on the **Declarations Page**;
      ii. the **vehicle** that **you** acquire replaces one shown on the **Declarations Page**; and
      iii. no other insurance policy provides coverage for that **vehicle**.

3

EXHIBIT **A**
Page **17** of **68**

100,358

If the **vehicle** that **you** acquire replaces one shown on the **Declarations Page**, it will have the same coverage as the **vehicle** it replaces. **You** must ask **us** to insure a replacement **vehicle** within thirty (30) days after **you** become the **owner** if **you** want to continue any coverage **you** had under Part IV - Damage To A Vehicle. If the **vehicle** replaced did not have coverage under Part IV - Damage To A Vehicle, **you** may add coverage for the replacement **vehicle**. However, this coverage will not become effective until after **you** ask **us** to add the coverage; and

    d.  any utility trailer **owned** by **you** designed to be towed on public roads while drawn by or attached to a **vehicle** described in a, b, or c above. A utility trailer includes a farm wagon or farm implement while being towed by a **vehicle**. However, a utility trailer does not include a mobile home, a trailer that has built-in sleeping facilities, or a trailer used as an office, store, display, or passenger conveyance.

5.  "**Declarations Page**" means the report from **us** listing:

    a.  the types of coverage **you** have elected;

    b.  the limit for each coverage;

    c.  the cost for each coverage;

    d.  the specified **vehicles** covered by this policy;

    e.  the types of coverage for each such **vehicle**; and

    f.  other information applicable to this policy.

6.  "**Loss**" means sudden, direct, and accidental loss or damage.

7.  "**Occupying**" means in, on, entering, or exiting.

8.  "**Owned**" means the person:

    a.  holds legal title to the **vehicle**;

    b.  has legal possession of the **vehicle** that is subject to a written security agreement with an original term of six (6) months or more; or

    c.  has legal possession of the **vehicle** that is leased to that person under a written security agreement for a continuous period of six (6) months or more.

4

EXHIBIT A
Page 18 of 68

100,359

9. "**Owner**" means any person who, with respect to a **vehicle**:
   a. holds legal title to the **vehicle**;
   b. has legal possession of the **vehicle** that is subject to a written security agreement with an original term of six (6) months or more; or
   c. has legal possession of the **vehicle** that is leased to that person under a written security agreement for a continuous period of six (6) months or more.

10. "**Relative**" means a person residing in the same household as **you**, and related to **you** by blood, marriage, or adoption, including a ward, stepchild, or foster child. Unmarried dependent children temporarily away from home will be considered residents if they intend to continue to reside in **your** household.

11. "**Rental vehicle**" means a land motor vehicle which is:
    a. self-propelled, other than by human or animal power;
    b. designed to transport persons or property upon or immediately over a highway or vehicular way or area; and
    c. rented from another person or entity.
    "**Rental vehicle**" does not include:
    a. devices used exclusively upon stationary rails or tracks; or
    b. mobile homes.

12. "**Vehicle**" means a land motor vehicle:
    a. of the private passenger, pickup body, or sedan delivery type;
    b. designed for operation principally upon public roads;
    c. with at least four (4) wheels; and
    d. with a gross vehicle weight of 10,000 pounds or less;
    which is not a **rental vehicle**.

13. "**We**", "**Us**", and "**Our**" mean the company providing the insurance, as shown on the **Declarations Page**.

5

EXHIBIT A
Page 19 of 68

100,360

14. "**You**" and "**Your**" mean a person shown as a named insured on the **Declarations Page**, and that person's spouse if residing in the same household.

## PART I - LIABILITY TO OTHERS

**INSURING AGREEMENT - BODILY INJURY**

Subject to the Limits of Liability, if **you** pay a premium for **bodily injury** liability coverage, **we** will pay damages, other than punitive or exemplary damages, for **bodily injury** for which an **insured person** becomes legally responsible because of an **accident** arising out of the ownership, maintenance, or use of a **vehicle** or a **rental vehicle**.

**INSURING AGREEMENT - PROPERTY DAMAGE**

Subject to the Limits of Liability, if **you** pay a premium for **property damage** liability coverage, **we** will pay damages, other than punitive or exemplary damages, for **property damage** for which an **insured person** becomes legally responsible because of an **accident** arising out of the ownership, maintenance, or use of a **vehicle** or a **rental vehicle**.

**We** will settle or defend, at **our** option, any claim for damages covered by this Part I. If, in the defense of any claim, an **insured person** is entitled by law to independent counsel provided by **us**, and has not waived that right in writing, **we** will provide such counsel. Independent counsel may be chosen by the **insured person** provided that such counsel has the following minimum qualifications:

1. at least four (4) years of experience in civil litigation, including defense experience in the general subject area at issue in the action; and
2. malpractice insurance.

6

**We** are not obligated to pay the fees of such counsel until the **insured person** provides **us** with reasonable written proof that the counsel chosen possesses these minimum qualifications. In no event are **we** obligated to pay fees in excess of the rate actually paid by **us** to an attorney in the ordinary course of business in the defense of a similar action in the community in which the claim arose or is being defended. If **we** provide independent counsel, the **insured person** must still cooperate with **us** as required by the terms of this policy.

**ADDITIONAL DEFINITIONS**

When used in this Part I:
1. "**Insured person**" or "**insured persons**" means:
   a. **you** or a **relative** with respect to an **accident** arising out of the ownership, maintenance, or use of a **covered vehicle**;
   b. any person with respect to an **accident** arising out of that person's use of a **covered vehicle** with the express or implied permission of **you** or a **relative**;
   c. a **relative** with respect to an **accident** arising out of the maintenance or use of a **non-owned vehicle** with the express or implied permission of the **owner** of the **non-owned vehicle**;
   d. **you** with respect to an **accident** arising out of the maintenance or use of any **vehicle** or **rental vehicle** with the express or implied permission of the **owner** of the **vehicle** or **rental vehicle**;
   e. any person or organization with respect only to vicarious liability for an **accident** arising out of the use of a **covered vehicle** or **non-owned vehicle** by a person described in a, b, c, or d above; and
   f. any Additional Interest Insured designated by **you** in **your** application or by a change request agreed to by **us**, with respect to liability for an **accident** arising

7

EXHIBIT **A**

Page **21** of **68**

**100,362**

out of the use of a **covered vehicle** or **non-owned vehicle** by a person described in a, b, c, or d above.

2. "**Non-owned vehicle**" means any **vehicle**, and any **rental vehicle**, that is not **owned** by **you**, a **relative**, or the named insured's non-resident spouse.

3. "**Property damage**" means physical damage to, or destruction or loss of use of, tangible property.

4. "**Trailer**" means a utility vehicle designed to be towed on public roads by a **vehicle** or **rental vehicle**. It includes a farm wagon or farm implement while being towed by a **vehicle** or **rental vehicle**. It does not include a mobile home, a trailer that has built-in sleeping facilities, or a trailer used as an office, store, display, or passenger conveyance.

**ADDITIONAL PAYMENTS**

In addition to **our** Limit of Liability, **we** will pay for an **insured person**:

1. all expenses that **we** incur in the settlement of any claim or defense of any lawsuit;

2. interest accruing after entry of judgment, until **we** have paid or tendered that portion of the judgment which does not exceed **our** Limit of Liability. This does not apply if **we** have not been given notice of suit or the opportunity to defend an **insured person**;

3. prejudgment interest on that portion of the judgment that is within or equal to the minimum limits required to be offered by Alaska law, as amended (currently $50,000 each person for **bodily injury**/$100,000 each **accident** for **bodily injury**/$25,000 each **accident** for **property damage**;

4. premiums on appeal bonds or attachment bonds required in any lawsuit **we** defend. **We** have no duty to purchase bonds in an amount exceeding **our** Limit of Liability, and **we** have no duty to apply for or furnish these bonds;

5. up to $250 for a bail bond required because of an **accident** arising out of the ownership, maintenance, or use of a **covered vehicle** or

8

EXHIBIT A
Page 22 of 68

100,363.

**non-owned vehicle**.  **We** have no duty to apply for or furnish this bond;

6.  reasonable expenses, including loss of earnings up to $50 a day, incurred at **our** request; and

7.  **limited attorney fees** assessed against the **insured person** in any suit **we** defend in Alaska. "**Limited attorney fees**" means that portion of the attorney fees awarded as costs under Alaska Rule of Civil Procedure 82 which does not exceed the amount allowed for a contested case in the schedule of attorney fees contained in Alaska Rule of Civil Procedure 82 computed using the Limit of Liability shown on the **Declarations Page**. This is the most **we** will pay for attorney fees assessed as costs under Alaska Rule of Civil Procedure 82, regardless of the number of:

a.  claims made;
b.  **covered vehicles**;
c.  **insured persons**;
d.  lawsuits brought;
e.  vehicles involved in an **accident**; or
f.  premiums paid.

**THIS POLICY LIMITS COVERAGE FOR ATTORNEY FEES UNDER ALASKA RULE OF CIVIL PROCEDURE 82.**

In any suit in Alaska in which **we** have a right or duty to defend an **insured person** in addition to the Limit of Liability, **our** obligation under the Limit of Liability as shown on the **Declarations Page** to pay attorney fees taxable as costs against the **insured person** is limited as follows:

Alaska Rule of Civil Procedure 82 provides that if the **insured person** is held liable, some or all of the attorney fees of the person making a claim against the **insured person** must be paid by the **insured person**.  The amount that must be paid by the **insured person** is determined by Alaska Rule of Civil Procedure 82.  **We** provide coverage for attorney fees for which the **insured person** is

9

EXHIBIT A
Page 23 of 68

100,364

liable under Alaska Rule of Civil Procedure 82 subject to the following limitation:

**We will not pay that portion of any attorney fees that is in excess of fees calculated by applying the schedule for contested cases in Alaska Rule of Civil Procedure 82(b)(1) to the Limit of Liability as shown on the Declarations Page.**

*This limitation means the potential costs that may be awarded against the insured person as attorney fees may not be fully covered. The insured person will have to pay any attorney fees not directly covered.*

For example, the schedule of attorney fees contained in Alaska Rule of Civil Procedure 82(b)(1) sets attorney fees as a percentage of the amount of a judgment or claim settlement against the **insured person**. The attorney fees provided by this schedule for contested cases are:

20% of the first $25,000 of a judgment or claim settlement;
10% of the amounts over $25,000 of a judgment or claim settlement.

Therefore, if a court awards a judgment against the **insured person** in the amount of $125,000, in addition to that amount, the **insured person** would be liable under Alaska Rule of Civil Procedure 82(b)(1) for attorney fees of $15,000, calculated as follows:

| | |
|---|---|
| 20% of $25,000 | $5,000 |
| 10% of $100,000 | $10,000 |

Total award $125,000   Total attorney fees $15,000

If the Limit of Liability as shown on the **Declarations Page** is $100,000, we would

10

EXHIBIT A
Page 24 of 68

100,365

pay $100,000 of the $125,000 award, and $12,500 for Alaska Rule of Civil Procedure 82(b)(1) attorney fees, calculated as follows:

| | |
|---|---|
| 20% of $25,000 | $5,000 |
| 10% of $75,000 | $7,500 |
| Total Limit of Liability $100,000 | Total Attorney Fees Covered $12,500 |

The **insured person** would be liable to pay, directly and without **our** assistance, the remaining $25,000 in liability plus the remaining $2,500 for attorney fees under Alaska Rule of Civil Procedure 82 not covered by this policy.

If there is other applicable attorney fees coverage, **we** will pay only **our** share. **Our** share is the proportion that the amount payable for **limited attorney fees** under this policy bears to the total amount payable for attorney fees under all applicable coverage.

## EXCLUSIONS - READ THE FOLLOWING EXCLUSIONS CAREFULLY. IF AN EXCLUSION APPLIES, COVERAGE WILL NOT BE AFFORDED UNDER THIS PART I.

Coverage under this Part I, including **our** duty to defend, does not apply to:

1. **bodily injury** or **property damage** arising out of the ownership, maintenance, or use of a **vehicle** or a **rental vehicle** while being used to carry persons or property for compensation or a fee, including, but not limited to, delivery of magazines, newspapers, food, or any other products. This exclusion does not apply to:
   a. a **covered vehicle** incidentally or occasionally used to carry persons or property for compensation or a fee;

EXHIBIT A
Page 25 of 68

100,366

    b.  a **covered vehicle** used to carry persons or property for compensation or a fee if the delivery activity is initiated during the policy period and the coverage was not purchased in anticipation of employment or a **business** purpose; or

    c.  shared-expense car pools;

2.  any liability assumed by an **insured person** under any contract or agreement;

3.  **bodily injury** to an employee of an **insured person** arising out of or within the course of employment, except for domestic employees if benefits are neither paid nor required to be provided under workers' compensation, disability benefits, or similar laws;

4.  **bodily injury** or **property damage** arising out of an **accident** involving a **vehicle** or a **rental vehicle** while being used by a person while employed or engaged in the **business** of selling, leasing, repairing, parking, storing, servicing, delivering, or testing vehicles. However, this exclusion does not apply to **you**, a **relative**, or an agent or employee of **you** or a **relative**, when using a **covered vehicle**;

5.  **bodily injury** or **property damage** resulting from any pre-arranged or organized racing, speed or demolition contest, stunting activity, or in practice or preparation for any such contest or activity;

6.  **bodily injury** or **property damage** due to a nuclear reaction or radiation;

7.  **bodily injury** or **property damage** for which insurance is afforded under a nuclear energy liability insurance contract;

8.  any obligation for which the United States Government is liable under the Federal Tort Claims Act;

9.  **bodily injury** or **property damage** caused by an intentional act of an **insured person** or at the direction of an **insured person**;

10. **property damage** to any property owned by, rented to, being transported by, used by, or in the charge of an **insured person**. However, this exclusion does not apply to a rented residence or a rented garage damaged by a **covered vehicle**;

12

EXHIBIT A

Page 26 of 68

100,367

11. **bodily injury** or **property damage** resulting from a **relative's** operation or use of a vehicle, other than a **covered vehicle**, **owned** by a person who resides with **you**; or

12. **bodily injury** or **property damage** resulting from **your** operation or use of a vehicle **owned** by **you**, other than a **covered vehicle**.

If a court with proper jurisdiction finds an exclusion under this Part I unenforceable or inapplicable because of the financial responsibility requirements under the laws of the State of Alaska, the exclusion:

1. will not apply to the extent that the damages are within the minimum limits of liability coverage required by Alaska law, as amended (currently $50,000 each person for **bodily injury**/$100,000 each **accident** for **bodily injury**/$25,000 each **accident** for **property damage**;

2. will apply to all damages resulting from an **accident** that exceed the minimum limits required by Alaska law.

## LIMITS OF LIABILITY

The Limit of Liability shown on the **Declarations Page** is the most **we** will pay regardless of the number of:

1. claims made;
2. **covered vehicles**;
3. **insured persons**;
4. lawsuits brought;
5. vehicles involved in an **accident**; or
6. premiums paid.

If the **Declarations Page** shows that "combined single limits" or "CSL" applies, the amount shown is the most **we** will pay for the total of all damages resulting from any one (1) **accident**. **We** will apply the "each person" Limit of Liability for **bodily injury** and the Limit of Liability for **property damage** as required by the law of the state listed on **your** application as **your** residence. However, this provision does not change our total "each accident" Limit of Liability.

13

EXHIBIT _A_

Page _27_ of _68_

100,368

If **your Declarations Page** shows a split limit:

1. the amount shown for "each person" is the most **we** will pay for all damages due to a **bodily injury** to one (1) person;

2. subject to the "each person" limit, the amount shown for "each accident" is the most **we** will pay for all damages due to **bodily injury** sustained by two (2) or more persons in any one (1) **accident**; and

3. the amount shown for "property damage" is the most **we** will pay for the total of all **property damage** for which an **insured person** becomes liable as a result of any one (1) **accident**.

The **bodily injury** limit for "each person" includes the total of all claims made for such **bodily injury** and all claims derived from such **bodily injury**, including, but not limited to, loss of society, loss of companionship, loss of services, loss of consortium, and wrongful death.

No one will be entitled to duplicate payments for the same elements of damages.

Any payment to a person under this Part I shall be reduced by any payment to that person under Part III - Uninsured/Underinsured Motorist Coverage.

A **vehicle** and attached **trailer** are considered one (1) **vehicle**, and a **rental vehicle** and attached **trailer** are considered one (1) vehicle. Therefore, the Limits of Liability will not be increased for an **accident** involving a **vehicle**, or a **rental vehicle**, which has an attached **trailer**.

**FINANCIAL RESPONSIBILITY LAWS**

When **we** certify this policy as proof of financial responsibility, this policy will provide coverage in accordance with the Motor Vehicle Safety Responsibility Act, as amended. **You** must reimburse **us** if **we** make a payment that **we** would not have made if this policy was not certified as Proof of Financial Responsibility.

14

EXHIBIT A
Page 28 of 68

100,369

## OTHER INSURANCE

If there is other applicable liability insurance or bond, **we** will pay only **our** share of the damages. **Our** share is the proportion that **our** Limit of Liability bears to the total of all applicable limits. Any insurance **we** provide for a **vehicle** or **rental vehicle**, other than a **covered vehicle**, will be excess over any other collectible insurance, self-insurance, or bond.

If there is other applicable liability insurance or bond for an **accident** or **loss** arising out of the use of a **rental vehicle**, payments from all applicable policies or sources of coverage will be made in the following order of priority:

1.  from a policy or coverage purchased by the operator from the person or entity who has the **rental vehicle** available for rent; then
2.  from a policy or coverage covering the operator of a **rental vehicle** but not purchased from the person or entity who has the **rental vehicle** available for rent; then
3.  from a policy or coverage of the person or entity who has the **rental vehicle** available for rent.

When **we** are providing excess insurance on a **rental vehicle**, if the primary insurers or self-insurers refuse to accept responsibility of primary coverage promptly after notice from **us** to such insurers or self-insurers of the **accident** or **loss**, **we** will adjust and pay the **losses** covered under this Part I as if **we** were the primary insurer. If **we** adjust or pay the covered **losses**, **we** shall be entitled to indemnification from such insurers or self-insurers for the **losses** paid and the cost of adjusting the claim. Further **we** shall be subrogated to all rights of the **insured person** against such insurers or self-insurers. The **insured person** must assign to **us** all rights against such insurers or self-insurers, including but not limited to:

15

EXHIBIT _A_
Page _29_ of _68_

100,370

1. the right to reimbursement of all payments, costs and expenses; and
2. any rights the **insured person** may have against such insurers or self-insurers arising out of such failure or refusal to accept the responsibility of primary coverage.

The **insured person's** duties under Our Rights To Recover Payment shall apply to this assignment.

## OUT-OF-STATE COVERAGE

If an **accident** to which this Part I applies occurs in any state of the United States or province or territory of Canada other than the one in which a **covered vehicle** is principally garaged, and the state, province, or territory has:

1. a financial responsibility or similar law requiring limits of liability for **bodily injury** or **property damage** higher than the Limits shown on the **Declarations Page**, this policy will provide the higher limit; or
2. a compulsory insurance or similar law requiring a non-resident to maintain insurance whenever the non-resident uses a **vehicle** in that state, province, or territory, this policy will provide:
   a. the required minimum amounts and types of coverage; or
   b. any higher limit **you** have elected, provided **you** have paid the premium for higher limits.

## PART II - MEDICAL PAYMENTS COVERAGE

## INSURING AGREEMENT

Subject to the Limit of Liability shown on the **Declarations Page**, if **you** pay a premium for Medical Payments Coverage, **we** will pay the **usual and customary charge** for reasonable and necessary expenses, incurred within three (3) years from the date of an **accident**, for medical and funeral services because of **bodily injury**:

16

EXHIBIT _A_

Page _30_ of _68_

100,371

1. sustained by an **insured person**;
2. caused by **accident**; and
3. arising out of the ownership, maintenance or use of a motor vehicle.

Any dispute as to the **usual and customary charge** will be resolved between **us** and the service provider. If **we** are unable to reach an agreement with a service provider, **we** will pay the full amount billed and notify the **insured person** that any future charges from the service provider in excess of the **usual and customary charge** for reasonable and necessary expenses will be the responsibility of the **insured person**.

**ADDITIONAL DEFINITIONS**

When used in this Part II:
1. "**Insured person**" and "**insured persons**" mean:
   a. **you** while **occupying** any **vehicle** or **rental vehicle**, other than a **vehicle owned** by **you** which is not a **covered vehicle**;
   b. a **relative** while **occupying** a **covered vehicle** or **non-owned vehicle**;
   c. **you** or any **relative** when struck by a motor vehicle or trailer while not **occupying** a motor vehicle; and
   d. any other person while **occupying** a **covered vehicle**.
2. "**Non-owned vehicle**" means any **vehicle**, and any **rental vehicle** with a gross vehicle weight of 10,000 pounds or less, that is not **owned** by **you**, a **relative**, or the named insured's non-resident spouse.
3. "**Usual and customary charge**" means an amount which **we** determine represents a customary charge for services in the geographical area in which the service is rendered. **We** shall determine this customary charge through the use of independent sources of **our** choice. If **we** determine there have been too few charges for a particular

17

EXHIBIT **A**
Page **31** of **68**

100,372

service in a geographical area to determine the amount customarily charged for the service, **we** will determine the amount using amounts customarily charged for the procedure in similar geographical areas.

**EXCLUSIONS - READ THE FOLLOWING EXCLUSIONS CAREFULLY. IF AN EXCLUSION APPLIES, COVERAGE WILL NOT BE AFFORDED UNDER THIS PART II.**

Coverage under this Part II does not apply to **bodily injury**:

1. sustained while **occupying** a **vehicle** or **rental vehicle** while being used to carry persons or property for compensation or a fee, including, but not limited to, delivery of magazines, newspapers, food, or any other products. This exclusion does not apply to shared-expense car pools;

2. sustained while **occupying** any **vehicle** or **rental vehicle** used as a residence or premises;

3. if workers' compensation benefits are available for the **bodily injury**;

4. arising out of an **accident** involving a **vehicle** or **rental vehicle** while being used by a person while employed or engaged in the **business** of selling, leasing, repairing, parking, storing, servicing, delivering, or testing vehicles. However, this exclusion does not apply to **you**, a **relative**, or an agent or employee of **you** or a **relative**, when using a **covered vehicle**;

5. resulting from any pre-arranged or organized racing, speed or demolition contest, stunting activity, or in practice or preparation for any such contest or activity;

6. due to a nuclear reaction or radiation;

7. for which insurance is afforded under a nuclear energy liability insurance contract;

8. for which the United States Government is liable under the Federal Tort Claims Act;

18

EXHIBIT *A*
Page *32* of *68*

100,373

9. sustained by any person while **occupying** a **covered vehicle** without the express or implied permission of **you** or a **relative**; or

10. sustained by **you** or a **relative** while **occupying** a **non-owned vehicle** without the express or implied permission of the **owner**.

**LIMIT OF LIABILITY**

The Medical Payments Limit of Liability shown on the **Declarations Page** is the most **we** will pay for each **insured person** injured in any one (1) **accident**, regardless of the number of:

1. claims made;
2. **covered vehicles**;
3. **insured persons**;
4. lawsuits brought;
5. vehicles involved in an **accident**; or
6. premiums paid.

Any amounts payable to an **insured person** under this Part II will be reduced by any amounts paid or payable for the same expense under Part I - Liability To Others.

**OTHER INSURANCE**

If there is other applicable **vehicle** or **rental vehicle** medical payments insurance, **we** will pay only **our** share of the damages. **Our** share is the proportion that **our** Limit of Liability bears to the total of all applicable limits. Any insurance that **we** provide for an **insured person occupying** a **vehicle** or **rental vehicle**, other than a **covered vehicle**, will be excess over any other **vehicle** or **rental vehicle** insurance providing payments for medical or funeral expenses.

19

EXHIBIT *A*
Page **33** of **68**

100,374

## PART III - UNINSURED/UNDERINSURED MOTORIST COVERAGE

**INSURING AGREEMENT -
UNINSURED/UNDERINSURED MOTORIST
BODILY INJURY COVERAGE**

Subject to the Limits of Liability, if **you** pay a premium for Uninsured/Underinsured Motorist Coverage for **bodily injury, we** will pay for damages, other than punitive or exemplary damages, which an **insured person** is legally entitled to recover from the **owner** or operator of an **uninsured/underinsured motor vehicle** because of **bodily injury:**

1. sustained by an **insured person;**
2. caused by **accident;** and
3. arising out of the ownership, maintenance, or use of an **uninsured/underinsured motor vehicle.**

**INSURING AGREEMENT -
UNINSURED/UNDERINSURED MOTORIST
PROPERTY DAMAGE COVERAGE**

Subject to the Limit of Liability, if **you** pay a premium for Uninsured/Underinsured Motorist Coverage for **property damage, we** will pay for damages, other than punitive or exemplary damages, which an **insured person** becomes legally entitled to recover from the **owner** or operator of an **uninsured/underinsured motor vehicle** due to **property damage:**

1. caused by **accident;** and
2. arising out of the ownership, maintenance or use of an **uninsured/underinsured motor vehicle.**

**We** will pay under this Part III only after the limits of liability under all applicable liability bonds and policies have been exhausted by payment of judgments or settlements.

20

EXHIBIT *A*
Page *34* of *68*

100,375