A) PRODUC~1.ZWS - PASSPORT                                           August 22, 2005, 14:01:06

CMSD4712  /CMSM4712                P A C M A N                    AUG 22 05 - 17:01
OPID: AXA0070                 FACE SHEET NOTE INQUIRY              TERMID: VT650506
INSD: WEILBACHER, RON V                                           POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN           REP: J WESOLOWSKI
                                  FACE SHEET NOTE CODE*

F-   DEC 13 01 - 08:27 PM ET RJM0018 /RJM0018
FOL: PIP ONLY | INSURED INJURED | AS PASSENGER IN OTHER VEHICLE
RJM0018 TRANSFERRED TO CARS RECOMMENDED ORG 30534 AT 8:27:09 PM ET.
ZIPCODE 99669 ENTERED FOR INSURED PARTY RON V. WEILBACHER .
F-   DEC 13 01 - 08:27 PM ET RJM0018 /RJM0018
(CARS) REPORTED BY: KEN LEGACKI INSURED ATTORNEY (907) 258-2422.
PARTY CALLING FROM WORK.
CTC #S FOR RON WEILBACHER: HM: (907) 262-7888 WK: .
INJURIES: YES.
F-   DEC 13 01 - 08:28 PM ET RJM0018 /RJM0018
IR
NOT QUALIFIED
EXPECTATION FOR A CALL: NEXT DAY BEFORE 10 AM AT 907-258-2422
F-   DEC 13 01 - 08:28 PM ET RJM0018 /RJM0018

ADD- REP:            DUE DATE: AUG 22 05    MSG:
C912665 FIRST PAGE                                                         *
COMMAND: ACTIVT

**100283**

EXHIBIT B
Page 1 of 53

```
(A) PRODUC~1.ZWS - PASSPORT                              August 22, 2005, 14:01:09

CMSD4712  /CMSM4712              P A C M A N              AUG 22 05 - 17:01
OPID: AXA0070              FACE SHEET NOTE INQUIRY        TERMID: VT650506
INSD: WEILBACHER, RON V                                  POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN  REP: J WESOLOWSKI
                                  FACE SHEET NOTE CODE*


F-   DEC 13 01 - 08:28 PM ET RJM0018 /RJM0018
IMMEDIATE CONCERNS: HIDI WEILBACHER, ROBERT ESPER, MAKALY LEWIS AND JUSTIN
WOOLAN WERE ALL KILLED.
F-CP DEC 13 01 - 08:50 PM ET GTE0001 /GTE0001
TEAM LEADER CHECK LIST *******************
*
-HELP LOSS(Y/N)?: Y
-BI/FILE TRIAGE(L1,L2,L3)?: 3
-PD TRIAGE(L1,L2,L3)?:  2
-REP NOTIFIED(Y/N)?: IN PERSON
-DIARY TO ISR(Y/N)?: RAK
-T/L DIARY SET?: NOTE TO TUSR,
-INITIAL RVW INSTRUCTIONS:
* DANNY, THIS APPEARS TO BE ANOTHER LOSS FOR ANOTHER GUEST PASSENGER IN THIS

ADD- REP:            DUE DATE: AUG 22 05    MSG:
0C912770 MORE DATA
COMMAND: ACTIVT                                                    *
```

EXHIBIT **B**

Page **2** of **53**

**100284**

A) PRODUC~1.ZWS - PASSPOR⎺                           August 22, 2005, 14:01:11

```
CMSD4712  /CMSM4712              P A C M A N          AUG 22 05 - 17:01
OPID: AXA0070             FACE SHEET NOTE INQUIRY     TERMID: VT650506
INSD: WEILBACHER, RON V                              POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN   REP: J WESOLOWSKI
                                 FACE SHEET NOTE CODE*
```

F-CP DEC 13 01 - 08:50 PM ET GTE0001 /GTE0001   (CONTINUED)
* DANNY, THIS APPEARS TO BE ANOTHER LOSS FOR ANOTHER GUEST PASSENGER IN THIS
LOSS.   THERE IS BOTH MP AND UM ON THE POLICY
F-FR DEC 13 01 - 08:57 PM ET TUSR22D /TUSR22D
REVD
DANNY, PLEASE CONDUCT INITIAL REVIEW OF COVERAGE AND LIAB, EXPOSURE RECOGNITIO
N, AND OUTLINE A TIME LINE AS TO WHAT ADDITIONAL ACTION PLANS WILL BE AND
SEND ME A DIARY ONCE CONCLUDED. THANKS.
F-FS DEC 14 01 - 02:22 PM ET GLC0004 /GLC0004
MP FILE SUMMARY
*****
E:  UD DRIVING UV ERRADICALLY, WAS DRIVING NBOUND ON SBOUND SIDE OF
    HWY.  UV HEAD ON COLL WITH APD CRUISER.  4 FATALITIES.
C:  POLICY # 9607.  MP LIMITS $5,000.

ADD- REP:             DUE DATE: AUG 22 05    MSG:
)C912770 MORE DATA                                              *
COMMAND: ACTIVT

EXHIBIT B
Page 3 of 53

100285

A) PRODUC~1.ZWS - PASSPORT                                    August 22, 2005, 14:01:13
```
CMSD4712  /CMSM4712              P A C M A N            AUG 22 05 - 17:01
OPID: AXA0070              FACE SHEET NOTE INQUIRY       TERMID: VT650506
INSD: WEILBACHER, RON V                                 POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN  REP: J WESOLOWSKI
                                  FACE SHEET NOTE CODE*


F-FS DEC 14 01 - 02:22 PM ET GLC0004 /GLC0004    (CONTINUED)
C:  POLICY # 9607.  MP LIMITS $5,000.
    LEVEL 2 CVQ - VEHICLE INVOLVED IN LOSS IS UNLISTED VEHICLE VEH
     LISTED VEHICLE IS 95 DODGE CARAVAN...VEHICLE INVOLVED IN LOSS IS
     CHEVY BLAZER WHICH IS OWNED BY ROBERT ESPER & INSURED W/ALLSTATE..
     IF GP IS RESIDENT RELATIVE OF NI, WILL NOT AFFECT MP AS IT IS
     NON-OWNED VEHICLE....ALLSTATE PART OF WERELY, PROG MP WOULD BE
     SECONDARY....ALLSTATE MP IS $25,000.
    LEVEL 3 CVQ - DRIVER NOT ON POLICY
     WILL NOT AFFECT MP CLAIM AS IGP IN NON-OWNED VEHICLE
    *****
    INSURED PERSON
    "A RELATIVE WHILE OCCUPYING A COVERED VEHICLE OR NON-OWNED VEHICLE;"
L:  NO FINAL LIABILITY BUT APPEARS ADV TO ULD

ADD- REP:           DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                    *
COMMAND: ACTIVT
```

EXHIBIT B
Page 4 of 53

**100286**

A) PRODUC~1.ZWS - PASSPOP~                                    August 22, 2005, 14:01:15

```
CMSD4712  /CMSM4712              P A C M A N          AUG 22 05 - 17:01
OPID: AXA0070            FACE SHEET NOTE INQUIRY       TERMID: VT650506
INSD: WEILBACHER, RON V                                POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN  REP: J WESOLOWSKI
                                  FACE SHEET NOTE CODE*
```

F-FS DEC 14 01 - 02:22 PM ET GLC0004 /GLC0004      (CONTINUED)
L:  NO FINAL LIABILITY BUT APPEARS ADV TO ULD
D:  IGP DECEASED
D:  SEE TO DO LIST
F-CT DEC 14 01 - 02:49 PM ET GLC0004 /GLC0004
10:46 AM -
CALLED NI ATTY OFFICE...ATTY NOT AVAILABLE & S/W HIS ASSISTANT....AWARE THAT
ALLSTATE INSURE'S VEHICLE THAT IGP WAS IN....DOES NOT KNOW IF MP EXHAUSTED
OR NOT....THEIR WILL BE SOME MEETING NEXT WEEK TO DISCUSS CLAIM...GAVE ATTY
OFFICE PROG CLAIMS ADDRESS AS ATTY WANTED SAME
F-CT DEC 14 01 - 02:54 PM ET GLC0004 /GLC0004
10:52 AM -
CALLED ALLSTATE....STATES THAT MP IS $25,000 BUT THAT THE DEATH BENEFIT LIMIT
IS ONLY $2,000 & THEY HAD NOT PAID ANYTHING OUT YET FOR IGP...STATES THAT MAX

ADD- REP:          DUE DATE: AUG 22 05   MSG:
0C912770 MORE DATA
COMMAND: ACTIVT                                                        *
```

**100287**

EXHIBIT__B__
Page 5 of 53

(A) PRODUC~1.ZWS - PASSPOR™ _____
                                            August 22, 2005, 14:01:17

```
CMSD4712  /CMSM4712          P A C M A N           AUG 22 05 - 17:01
OPID: AXA0070          FACE SHEET NOTE INQUIRY     TERMID: VT650506
INSD: WEILBACHER, RON V                            POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN   REP: J WESOLOWSKI
                                   FACE SHEET NOTE CODE*
```

F-CT DEC 14 01 - 02:54 PM ET GLC0004 /GLC0004    (CONTINUED)
IS ONLY $2,000 & THEY HAD NOT PAID ANYTHING OUT YET FOR IGP...STATES THAT MAX
THEY WOULD PAY FOR ANY FUNERAL EXPENSE WOULD BE $2,000
F-TD DEC 14 01 - 02:57 PM ET GLC0004 /GLC0004
MP TO DO LIST:
1. AWAIT C/B FROM IGP ATTY
2. AWAIT TO SEE IF PRIMARY ALLSTATE EXHAUSTS FUNERAL BENEFITS & CONFIRM
   SAME
3. AWAIT TO SEE IF ANY MEDS PRESENTED TO PRIMARY ALLSTATE & IF IT EXHAUSTS
4. IF FUNERAL BENEFITS EXHAUST, SEE IF IGP ATTY WILL BE PRESENTING ANY
   REMAINING EXPENSE DUE TO FUNERAL
F-FS DEC 14 01 - 07:14 PM ET DCW0003 /DCW0003
COV:  AK UM/UIM/ 100/300.
      ALLSTATE UNDERLYING POLICY 100/300- BI AND 100/300-UIM

ADD- REP:          DUE DATE: AUG 22 05    MSG:
DC912770 MORE DATA                                              *
COMMAND: ACTIVT
```

**100288**

EXHIBIT  B
Page 6 of 53

(A) PRODUC~1.ZWS - PASSPORT ──────────── August 22, 2005, 14:01:20

```
CMSD4712  /CMSM4712              P A C M A N          AUG 22 05 - 17:01
OPID: AXA0070              FACE SHEET NOTE INQUIRY     TERMID: VT650506
INSD: WEILBACHER, RON V                               POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-   CLM: 017489548 OPEN  REP: J WESOLOWSKI
                              FACE SHEET NOTE CODE*
```

F-FS DEC 14 01 - 07:14 PM ET DCW0003 /DCW0003    (CONTINUED)
        ALLSTATE UNDERLYING POLICY 100/300- BI AND 100/300-UIM
        INSURED GP IN ALLSTATE VEHICLE, COVERAGE UNDER THIS POLICY
        IS ON EXCESS BASIS OF ALLSTATE.
- THERE ARE THREE POTENTIAL CLMTS. AGAINST THE ALLSTATE 300K UIM.
INSURED MUST OBTAIN $100K, IN ORDER TO TRIGGER UIMBI UNDER THIS POLICY.
- ALLSTATE BI LIMIT MUST ALSO HE EXHAUSTED.

FOL:  U/D ESPER (ALLSTATE) WAS EVADING POLICE PURSUIT/ HIGH RATE OF SPEED,
        CROSS CENTER LINE, HEADED WRONG WAY ON GLEN HWY, AND COLLIDED
        HEAD-ON W/ POLICE VEH.
-
LIAB:  CLEAR LIABILITY, U/D ESPER/ 100%.
-

ADD- REP:            DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                              *
COMMAND: ACTIVT

**100289**

EXHIBIT___B___
Page__7__ of __53__

A) PRODUC~1.ZWS - PASSPOR™ _____ August 22, 2005, 14:01:22

```
CMSD4712  /CMSM4712              P A C M A N          AUG 22 05 - 17:01
OPID: AXA0070           FACE SHEET NOTE INQUIRY       TERMID: VT650506
INSD: WEILBACHER, RON V                               POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN   REP: J WESOLOWSKI
                                FACE SHEET NOTE CODE*
```

F-FS DEC 14 01 - 07:14 PM ET DCW0003 /DCW0003    (CONTINUED)
-
INJURIES:  FOUR FATALITIES/ BOTH DRIVERS, AND TWO OCCUPANTS OF THE
           ESPER VEH., SEVERE INJURIES TO PASSENGER- FIELDING.
     - HEIDI WEILBACHER, AGE- 15 WAS A FATALITY.
-
THIS WAS CATASTROPHIC COLLISION, WHICH DISINTEGRATED BOTH VEHICLES,
WHICH WAS FOCUS OF THE NEWS FOR SEVERAL DAYS FOLLOWING.
-
LIABILITY CLEARLY RESTS W/ U/D ESPER, PREVIOUS INVESTIGATION COMPLETED
UNDER C/C WE HAVE FOR PASSENGER FIELDING UNDER CLAIM 01-6752841.
-
UNDER WRONGFUL DEATH STATUTE OF AK, THE DECEASED PERSONAL REP. MAY ONLY
BRING DAMAGES MEASURED BY THE PECUNIARY LOSS TO THE ESTATE, IF THE

ADD- REP:          DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA
COMMAND: ACTIVT                                              *

EXHIBIT  B
Page  8  of  53

**100290**

(A) PRODUC~1.ZWS - PASSPOR™ _____

August 22, 2005, 14:01:24

```
CMSD4712  /CMSM4712              P A C M A N           AUG 22 05 - 17:01
OPID: AXA0070             FACE SHEET NOTE INQUIRY      TERMID: VT650506
INSD: WEILBACHER, RON V                               POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-   CLM: 017489548  OPEN REP: J WESOLOWSKI
                                 FACE SHEET NOTE CODE*
```

F-FS DEC 14 01 - 07:14 PM ET DCW0003 /DCW0003   (CONTINUED)
BRING DAMAGES MEASURED BY THE PECUNIARY LOSS TO THE ESTATE, IF THE
DECEASED IS UNMARRIED LEAVES NO DEPENDENTS.
-DEPENDING ON AMOUNT PAID UNDER ALLSTATE POLICY, EXPOSURE UNDER THIS
POLICY MAY BE LIMITED. INSURED WILL LIKELY OBTAIN UIM-LIMIT OF $100K,
AND MAY RECOVER SOME OF THE $300K -BI WHICH WILL BE DIVIDED BETWEEN
FOUR CLAIMS.
-

COV ANALYISIS:  IF GP IS RESIDENT OF NI HOUSEHOLD AND QUALIFIES AS
"RELATIVE", PER INSURING AGREEMENT. UM/UIM COVEREAGE WILL APPLY,
ON EXCESS BASIS, ALLSTATE IS PRIMARY.
F-TD DEC 14 01 - 07:37 PM ET DCW0003 /DCW0003
A/P:
* F/U WITH ATTY FOR INSURED.

ADD- REP:          DUE DATE: AUG 22 05   MSG:
C912770 MORE DATA
COMMAND: ACTIVT                                                    *
```

EXHIBIT B
Page 9 of 53

**100291**

A) PRODUC~1.ZWS - PASSPORT                                      August 22, 2005, 14:01:26

```
CMSD4712  /CMSM4712              P A C M A N              AUG 22 05 - 17:01
OPID: AXA0070           FACE SHEET NOTE INQUIRY           TERMID: VT650506
INSD: WEILBACHER, RON V                                   POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN   REP: J WESOLOWSKI
                                  FACE SHEET NOTE CODE*
```

F-TD DEC 14 01 - 07:37 PM ET DCW0003 /DCW0003     (CONTINUED)
* F/U WITH ATTY FOR INSURED.
* OBTAIN DOCUMENTS /VITAL STATISTICS FOR DECEASED.
* SCHOOL RECORDS.
* CONSIDER ECO. EXPERT IF NEEDED.
* EVAL/ W.D.
* RECOVERY/ CLAIM PD UNDERLYING ALLSTATE POLICY.
* NEED STATEMENT OF NI/ DETERMINE IF GP STATUS.
F-CP DEC 14 01 - 08:12 PM ET RAK0009 /RAK0009
ISR CHECKLIST ***************************
*
10 DAY LETTER SENT                    YES TO ATTY LEGACKI RE HEIDI WEILBACHER
                                          DID NOT SEND ANY OTHERS PER DCW

HARD COPY FILE MADE                    YES

ADD- REP:          DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA
COMMAND: ACTIVT                                                          *
```

**100292**

EXHIBIT B
Page 10 of 53

(A) PRODUC~1.ZWS - PASSPOR™ _____    August 22, 2005, 14:01:28

```
CMSD4712  /CMSM4712            P A C M A N           AUG 22 05 - 17:01
OPID: AXA0070          FACE SHEET NOTE INQUIRY        TERMID: VT650506
INSD: WEILBACHER, RON V                               POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-   CLM: 017489548  OPEN   REP: J WESOLOWSKI
                                 FACE SHEET NOTE CODE*
```

```
F-CP DEC 14 01 - 08:12 PM ET RAK0009 /RAK0009   (CONTINUED)
HARD COPY FILE MADE                    YES
PR ORDERED                             NO ALREADY HAVE
30 DAY DIARY SET                       YES
UNK CUST INFO SEARCH COMPLT            N/A
**DID NOT DO CHKLIST UNTIL TODAY AS NO DIARY SENT TO ME**
F-CV DEC 21 01 - 03:44 PM ET DCW0003 /DCW0003
12/20 LMTC FOR ATTY, AND FOLLOWED W/ LETTER REF. COV. INVEST.
AND UM/UIM AVAILABLE UNDER THIS POLICY.
-ALLSTATE MUST EXHAUST BI AND UIM, BEFORE COV. IS AVAILABLE UNDER THIS
POLICY.
F-FR DEC 28 01 - 11:18 AM ET TUSR22D /TUSR22D
REVD
PLS COMPLETE CVQ AND CULMINATING COV STATEMENT.

ADD- REP:          DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                              *
COMMAND: ACTIVT
```

**100293**

EXHIBIT B
Page 11 of 53

(A) PRODUC~1.ZWS - PASSPOR™ _____ August 22, 2005, 14:01:29

```
CMSD4712  /CMSM4712              P A C M A N           AUG 22 05 - 17:01
OPID: AXA0070             FACE SHEET NOTE INQUIRY       TERMID: VT650506
INSD: WEILBACHER, RON V                                POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN  REP: J WESOLOWSKI
                               FACE SHEET NOTE CODE*
```

```
F-FR DEC 28 01 - 11:18 AM ET TUSR22D /TUSR22D   (CONTINUED)
PLS COMPLETE CVQ AND CULMINATING COV STATEMENT.
PLS PLACE DATES WITH YOUR PROPOSED ACTION PLAN.
F-CV DEC 30 01 - 08:57 PM ET DCW0003 /DCW0003
CLEARED CVQ, VEHICLE INVOLVED IS UNLISTED VEHICLE. THIS HAS NO EFFECT
FOR UIMBI, IF IGP QUALIFIES AS AN "INSURED PERSON" UNDER THE INSURING
AGREEMENT/ UM/UIM COV.
F-CV JAN 15 02 - 07:34 PM ET DCW0003 /DCW0003
CALLED ATTY, LMTC W/ SECRETARY, WE NEED TO SET UP INTERVIEW WITH NI.
F-DG JAN 15 02 - 09:03 PM ET DCW0003 /DCW0003
DISCUSSED W/ ATTY, WE NEED TO SET UP INTERVIEW W/ NI, REGARDING COV.
INVESTIGATION. NI IS OUT OF TOWN, NOT SCHEDULED TO RETURN UNTIL LAST
WEEK IN JAN.  ON RETURN HE WILL CALL TO SET UP INTERVIEW.
F-CT JAN 21 02 - 08:24 PM ET GLC0004 /GLC0004
```

```
ADD- REP:              DUE DATE: AUG 22 05   MSG:
C912770 MORE DATA                                                      *
COMMAND: ACTIVT
```

100294

EXHIBIT B
Page 12 of 53

A) PRODUC~1.ZWS - PASSPOR™ _____ August 22, 2005, 14:01:31

```
CMSD4712  /CMSM4712              P A C M A N            AUG 22 05 - 17:01
OPID: AXA0070             FACE SHEET NOTE INQUIRY       TERMID: VT650506
INSD: WEILBACHER, RON V                                 POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN  REP: J WESOLOWSKI
                                 FACE SHEET NOTE CODE*
```

F-CT JAN 21 02 - 08:24 PM ET GLC0004 /GLC0004
4:23 PM -
CALLED ALLSTATE...THEY HAVE EXHAUSTED THEIR DEATH BENEFITS FOR IGP
WEILBACHER.....THEY WILL FAX OVER NOTE CONFIRMING SAME ALONG W/COPY OF
FUNERAL BILL
F-CT JAN 23 02 - 02:01 PM ET GLC0004 /GLC0004
REVIEWED LTR FROM ALLSTATE CONFIRMING THAT THEIR DEATH BENEFITS FOR
GP HEIDI
*****
REVIEWED COPIES OF CHECKS THAT MAURO MADE OUT FOR FUNERAL SERVICES
F-CT JAN 23 02 - 02:05 PM ET GLC0004 /GLC0004
10:03 AM-
CALLED IGP ATTORNEY OFFICE....ADV THEM THAT NEEDED RECEIPTS FOR FUNERAL
EXPENSES IN ORDER TO CONSIDER UNDER MP

```
ADD- REP:              DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                               *
COMMAND: ACTIVT
```

**100295**

(A) PRODUC~1.ZWS - PASSPORT                                          August 22, 2005, 14:01:33
                            ─────────────────────────

```
CMSD4712  /CMSM4712              P A C M A N            AUG 22 05 - 17:01
OPID: AXA0070              FACE SHEET NOTE INQUIRY      TERMID: VT650506
INSD: WEILBACHER, RON V                                POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN REP: J WESOLOWSKI
                                  FACE SHEET NOTE CODE*
```

F-FR JAN 28 02 - 11:41 AM ET TUSR22D /TUSR22D
REVD
STILL NEED TO SET UP INTERVIEW? KEEP PUSHING TO ENSURE SAME GETS RESOLVED
AS EARLIEST POSSIBLE TIME.
F-CV JAN 29 02 - 08:42 PM ET DCW0003 /DCW0003
S/W THE ATTY TODAY, HE SAYS SENTENCING OF THE RESPON. PARTIES PUT OFF
UNTIL THE 20TH OF FEB.  NI IS TRAVELING, WITH HIS WORK AND WILL NOT
BE BACK UNTIL SENTENCING. I TOLD ATTY IT S IMPORTANT HE COOPERATE FOR
THE COV. INVESTIGATION.
- RIGHT NOW THERE IS DISPUTE OVER THE ALLSTATE POLICY, 100/300 -BI
AND 100/300 -UIMBI, THE MOST DAUGHTER COULD OBTAIN WOULD BE $200K
PLUS AD-ONS, BUT UNLIKELY SHE WILL RECEIVE FULL BI LIMIT.
- THERE IS ALSO A LIBERTY MUTUAL POLICY WITH THE DAUGHTERS MOTHER,
WHO IS SEPERATED FROM FATHER -NI.

```
ADD- REP:           DUE DATE: AUG 22 05    MSG:
DC912770 MORE DATA                                              *
COMMAND: ACTIVT
```

**100296**

A) PRODUC~1.ZWS - PASSPORT                                    August 22, 2005, 14:01:36

```
CMSD4712  /CMSM4712              P A C M A N           AUG 22 05 - 17:01
OPID: AXA0070              FACE SHEET NOTE INQUIRY       TERMID: VT650506
INSD: WEILBACHER, RON V                                  POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-   CLM: 017489548  OPEN   REP: J WESOLOWSKI
                                  FACE SHEET NOTE CODE*
```

```
F-CV JAN 29 02 - 08:51 PM ET DCW0003 /DCW0003
F/U W/ LTR. TO ATTY, NEED COPIES OF ALL POLICIES AVAILABLE TO
WEILBACHER, WITH DEC. PAGES. NEED TO INTERVIEW, NI ASAP.
F-TD JAN 29 02 - 09:04 PM ET DCW0003 /DCW0003
A/P:
- MEET W/ NI AND ATTORNEY/ FOR INTERVIEW.
- OBTAIN ALL POLICIES AVAILBLE FOR INSURED/HEIDI.
- CONSIDER ECO. EXPERT FOR VALUE OF ESTATE.
- EVAL/ UIMBI.
- COMPLETE BY 3/1/02.
F-CT FEB 04 02 - 02:47 PM ET GLC0004 /GLC0004
AS NO C/B FROM ATTY OFFICE, SENT LTR TO ATTY OFFICE REQUESTING FUNERAL
BILLS FOR CONSIDERATION UNDER MP
F-TD FEB 04 02 - 02:47 PM ET GLC0004 /GLC0004
```

```
ADD- REP:            DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                               *
COMMAND: ACTIVT
```

100297

EXHIBIT B
Page 15 of 53

(A) PRODUC~1.ZWS - PASSPORᵀ _____ August 22, 2005, 14:01:38

```
CMSD4712  /CMSM4712              P A C M A N          AUG 22 05 - 17:01
OPID: AXA0070           FACE SHEET NOTE INQUIRY       TERMID: VT650506
INSD: WEILBACHER, RON V                               POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN   REP: J WESOLOWSKI
                                FACE SHEET NOTE CODE*


F-TD FEB 04 02 - 02:47 PM ET GLC0004 /GLC0004
MP TO DO LIST:
1. MP COVERAGE APEARS IN ORDER (RESIDENT RELATIVE IN NON-OWNED VEHICLE)
2. AWAIT FUNERAL BILLS FROM ATTY OFFICE; REIMBURSE REASONABLE & NECESSARY
3. MP EXHAUSTS $5,000
   TOTALED PAID - $8,327; ALLSTATE PAID $2,000
F-CT FEB 12 02 - 07:30 PM ET GLC0004 /GLC0004
REVIEWED LTR FROM IGP ATTY PRESENTING COPIES OF RECEIPTS FROM ANGELUS MEMORIAL
PARK & ANCHORAGE FUNERAL HOMES FOR IGP FUNERAL SERVICES
F-CV FEB 21 02 - 03:48 PM ET GLC0004 /GLC0004
MP COVERAGE
IN ORDER
LEVEL 2 CVQ - VEHICLE INVOLVED IN LOSS IS UNLISTED VEHICLE VEH
 LISTED VEHICLE IS 95 DODGE CARAVAN...VEHICLE INVOLVED IN LOSS IS

ADD- REP:              DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA
COMMAND: ACTIVT                                                        *
```

EXHIBIT B
Page 16 of 53

100298

(A) PRODUC~1.ZWS - PASSPORT                                           August 22, 2005, 14:01:40
_____                    _____

```
CMSD4712  /CMSM4712              P A C M A N              AUG 22 05 - 17:01
OPID: AXA0070              FACE SHEET NOTE INQUIRY        TERMID: VT650506
INSD: WEILBACHER, RON V                                  POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN  REP: J WESOLOWSKI
                                  FACE SHEET NOTE CODE*
```

F-CV FEB 21 02 - 03:48 PM ET GLC0004 /GLC0004    (CONTINUED)
 LISTED VEHICLE IS 95 DODGE CARAVAN...VEHICLE INVOLVED IN LOSS IS
 CHEVY BLAZER WHICH IS OWNED BY ROBERT ESPER & INSURED W/ALLSTATE..
 IF GP IS RESIDENT RELATIVE OF NI, WILL NOT AFFECT MP AS IT IS
 NON-OWNED VEHICLE....ALLSTATE PART OF WERELY, PROG MP WOULD BE
 SECONDARY....ALLSTATE MP IS $25,000 BUT ONLY HAS DEATH BENS OF $2,000
 LEVEL 3 CVQ - DRIVER NOT ON POLICY
 WILL NOT AFFECT MP CLAIM AS IGP IN NON-OWNED VEHICLE
 *****
 INSURED PERSON
   "A RELATIVE WHILE OCCUPYING A COVERED VEHICLE OR NON-OWNED VEHICLE;"
 ******
 IGP IS RESIDENT RELATIVE OF NI WHO WAS OCCUPYING A NON-OWNED VEHICLE
 F-RA FEB 21 02 - 03:54 PM ET GLC0004 /GLC0004

ADD- REP:              DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                        *
COMMAND: ACTIVT

EXHIBIT B
Page 17 of 53

100299

(A) PRODUC~1.ZWS - PASSPORT™                                August 22, 2005, 14:01:42

```
CMSD4712  /CMSM4712              P A C M A N               AUG 22 05 - 17:01
OPID: AXA0070             FACE SHEET NOTE INQUIRY          TERMID: VT650506
INSD: WEILBACHER, RON V                                    POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN    REP: J WESOLOWSKI
                                  FACE SHEET NOTE CODE*
```

F-RA FEB 21 02 - 03:54 PM ET GLC0004 /GLC0004
11:49 AM - TUSR18A -
REQUEST AUTH TO REIMBURSE PETER & CATHIE MAURO $5,000 FOR FUNERAL EXPENSES
THAT THEY PAID FOR IGP.   PER MP INSURING AGREEMENT SUCH EXPENSES WOULD BE
COVERED AS IGP WAS A RESIDENT RELATIVE OCCUPYING A NON-OWNED VEHICLE & THUS
AN INSURED PERSON @ TOL.
E:   UD DRIVING UV ERRADICALLY, WAS DRIVING NBOUND ON SBOUND SIDE OF
     HWY.   UV HEAD ON COLL WITH APD CRUISER.  4 FATALITIES.
C:   POLICY # 9607.  MP LIMITS $5,000
     ON PAGES 16 & 17, THE MP INSURING AGREEMENT STATES THE FOLLOWING:
       "SUBJECT...FOR MEDICAL AND FUNERAL SERVICES BECAUSE OF BODILY INJURY:
       1. SUSTAINED BY AN INSURED PERSON;...."
       ****
     ON PAGE 17 UNDER ADDITIONAL DEFINITIONS, "INSURED PERSON" MEANS

ADD- REP:          DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                    *
COMMAND: ACTIVT
```

EXHIBIT B
Page 18 of 53

100200

```
(A) PRODUC~1.ZWS - PASSPORT                                    August 22, 2005, 14:01:44

CMSD4712  /CMSM4712            P A C M A N              AUG 22 05 - 17:01
OPID: AXA0070            FACE SHEET NOTE INQUIRY         TERMID: VT650506
INSD: WEILBACHER, RON V                                  POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN  REP: J WESOLOWSKI
                                  FACE SHEET NOTE CODE*

F-RA FEB 21 02 - 03:54 PM ET GLC0004 /GLC0004    (CONTINUED)
     ON PAGE 17 UNDER ADDITIONAL DEFINITIONS, "INSURED PERSON" MEANS
     "B. A RELATIVE WHILE OCCUPYING A COVERED VEHICLE OR NON-OWNED VEHICLE;.."
     *******
     ON PAGE 5 UNDER GENERAL DEFINITIONS, "RELATIVE" MEANS A PERSON RESIDING
     IN THE SAME HOUSEHOLD AS YOU, AND RELATED TO YOU BY BLOOD, MARRIAGE, OR
     ADOPTION.....
     ******
     IGP IS HEIDI WEILBACHER WHO IS MINOR CHILD OF NI & RESIDED W/NI @ TOL.
     ULV IS NON-OWNED VEHICLE OWNED BY ROBERT ESPER.
     *********
     ALLSTATE WAS PRIMARY MP CARRIER BUT THEIR FUNERAL BENEFITS OF $2,000
      EXHAUSTED.
     ********

ADD- REP:          DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA
COMMAND: ACTIVT                                                    *
```

EXHIBIT B
Page 19 of 53

100301

```
A) PRODUC~1.ZWS - PASSPORT                           August 22, 2005, 14:01:46
```

```
CMSD4712  /CMSM4712              P A C M A N            AUG 22 05 - 17:01
OPID: AXA0070           FACE SHEET NOTE INQUIRY        TERMID: VT650506
INSD: WEILBACHER, RON V                               POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN   REP: J WESOLOWSKI
                                FACE SHEET NOTE CODE*
```

```
F-RA FEB 21 02 - 03:54 PM ET GLC0004 /GLC0004    (CONTINUED)
       ********
       AS IGP WAS RESIDENT RELATIVE OF NI OCCUPYING A NON-OWNED VEHICLE, SHE
       WOULD HAVE BEEN DEEMED AN INSURED PERSON & PER MP INSURING AGREEMENT,
       THERE WOULD BE MP COVERAGE FOR IGP FUNERAL COSTS.
L:   ADV TO ULD ESPER
D:   FUNERAL COSTS WERE PAID BY IGP MOTHER & PRESENT SPOUSE.
       TOTAL BILLED FROM ANGELUS MEMORIAL & ANCHORAGE FUNERAL IS $7,927
       ALLSTATE PAID FUNERAL BENEFITS OF $2,000...MP OF $5,000 WOULD BE EXHAUSTED
D:   SEE ABOVE
F-FR FEB 21 02 - 04:35 PM ET TUSR18A /TUSR18A
12:31 PM - RVW'D.. GLC, HAVE WE COMPLETED THE NEEDED COV INVEST TO CONFIRM
  THAT THE DECEDANT WAS ACTUALLY A RESIDENT RELATIVE OF NI'S HOUSEHOLD AT
  THE TIME OF THIS LOSS?  AS LONG AS SAME HAS BEEN DONE, OK TO PAY THE 5K

ADD- REP:            DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                    *
COMMAND: ACTIVT
```

EXHIBIT B
Page 20 of 53

100302

```
(A) PRODUC~1.ZWS - PASSPOR™                        August 22, 2005, 14:01:48
```

```
CMSD4712  /CMSM4712              P A C M A N              AUG 22 05 - 17:01
OPID: AXA0070            FACE SHEET NOTE INQUIRY         TERMID: VT650506
INSD: WEILBACHER, RON V                                 POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-     CLM: 017489548  OPEN     REP: J WESOLOWSKI
                                 FACE SHEET NOTE CODE*
```

```
F-FR FEB 21 02 - 04:35 PM ET TUSR18A /TUSR18A    (CONTINUED)
   THE TIME OF THIS LOSS?  AS LONG AS SAME HAS BEEN DONE, OK TO PAY THE 5K
   IN MP BENEFITS FOR THE COST OF THE FUNERAL..  DCW SHOULD BE ABLE TO ADVISE
   AS TO WHETHER THE RESIDENCY ISSUE HAS BEEN RESOLVED..
F-CV FEB 21 02 - 05:16 PM ET DCW0003 /DCW0003
2/20, MET W/ NI AND HIS ATTY, TOOK R/S. HEIDI WEILBACHER DOB IS
7/31/86, NI IS HER NATURAL FATHER. HER MOTHER IS CATHY MAUOR AND SHE
RESIDES IN ANCHORAGE. HEIDI WAS IN THE 10TH GRADE AT DIMOND HIGH,
ANCHORAGE, AND LIVED W/ HER MOTHER CATHY MAURO, DURING THE SCHOOL
MONTHS, AND LIVED WITH HER FATHER, RON WEILBACHER, IN SOLDOTNA, DURING
THE SUMMER. NI OWNS THE RW FISHING RESORT IN SOLDOTNA, AK., AND HEIDI
WORKED AND LIVED THERE DURING THE SUMMER.
- THE RESORT WAS WILLED TO HEIDI , IN RON'S WILL.
-
```

```
ADD- REP:            DUE DATE: AUG 22 05   MSG:
C912770 MORE DATA                                              *
COMMAND: ACTIVT
```

A) PRODUC~1.ZWS - PASSPORT _____ August 22, 2005, 14:01:50

```
CMSD4712  /CMSM4712              P A C M A N            AUG 22 05 - 17:01
OPID: AXA0070             FACE SHEET NOTE INQUIRY       TERMID: VT650506
INSD: WEILBACHER, RON V                                POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-     CLM: 017489548  OPEN   REP: J WESOLOWSKI
                                    FACE SHEET NOTE CODE*
```

F-CV FEB 21 02 - 05:16 PM ET DCW0003 /DCW0003    (CONTINUED)

AT THE TIME THIS ACCIDENT OCCURRED, HEIDI WAS LIVING IN SOLDOTNA WITH
HER FATHER, AND HAD DRIVEN UP TO ANCHORAGE WITH HER MOTHER ON THAT DAY
BEFORE.

HEIDI LIVED WITH THE NI WHEN THIS ACCIDENT OCCURRED, SHE IS THE NI
NATURAL DAUGHTER AND QUALIFIES AS A "RELATIVE".

PER THE NI, CATHY MAURO, HAS A POLICY W/ LIBERTY MUTUAL INS. I HAVE
REQUESTED A COPY OF THE POLICY, BECAUSE THERE APPEARS TO BE DUAL
RESIDENCY OF HEIDI, BETWEEN HER FATHER AND MOTHER.

NI AND HEIDI'S MOTHER WERE DIVORCED 11 YRS AGO, WHICH WAS A DISSOLUTION

```
ADD- REP:           DUE DATE: AUG 22 05    MSG:
DC912770 MORE DATA                                              *
COMMAND: ACTIVT
```

EXHIBIT B
Page 22 of 53

100304

(A) PRODUC~1.ZWS - PASSPORT                                    August 22, 2005, 14:01:52

```
CMSD4712  /CMSM4712           P A C M A N              AUG 22 05 - 17:01
OPID: AXA0070           FACE SHEET NOTE INQUIRY        TERMID: VT650506
INSD: WEILBACHER, RON V                               POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-   CLM: 017489548  OPEN  REP: J WESOLOWSKI
                              FACE SHEET NOTE CODE*
```

F-CV FEB 21 02 - 05:16 PM ET DCW0003 /DCW0003    (CONTINUED)
NI AND HEIDI'S MOTHER WERE DIVORCED 11 YRS AGO, WHICH WAS A DISSOLUTION
AND THERE WAS NO COURT ORDER AS TO CUSTODY.
F-TD FEB 21 02 - 05:42 PM ET GLC0004 /GLC0004
MP TO DO LIST;
1. WILL AWAIT POLICY INFORMATION ON IGP MOTHER TO SEE IF THERE IS MP
   OR NOT
2. MP REGARDING OTHER INSURANCE
   "ANY INSURANCE THAT WE PROVIDE FOR AN INSURED PERSON OCCUPYING A VEHICLE
    OR RENTAL VEHICLE, OTHER THAN A COVERED VEHICLE, WILL BE EXCESS OVER
    ANY OTHER VEHICLE OR RENTALL VEHICLE INSURANCE PROVIDING PAYMENTS FOR
    MEDICAL AND FUNERAL EXPENSES"
3. IF THERE IS MP ON MOTHER INSURANCE & COVERS FUNERAL EXPENSES, APPEAR
   THAT PROG WOULD BE RESPONSIBLE ON A PRO RATA SHARE

ADD- REP:              DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                    *
COMMAND: ACTIVT

EXHIBIT B
Page 23 of 53

100305

```
(A) PRODUC~1.ZWS - PASSPORT                          August 22, 2005, 14:01:54

CMSD4712  /CMSM4712              P A C M A N              AUG 22 05 - 17:01
OPID: AXA0070             FACE SHEET NOTE INQUIRY        TERMID: VT650506
INSD: WEILBACHER, RON V                                 POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-   CLM: 017489548  OPEN  REP: J WESOLOWSKI
                                   FACE SHEET NOTE CODE*


F-FR FEB 26 02 - 08:34 PM ET TUSR22D /TUSR22D
REVD
ONE CAN HAVE DUAL RESIDENCY IN MOST VENUES. IS THIS AN ISSUE IN ALASKA?
DANNY, NEXT STEP IN ADDRESSING EXPOSURE? DUAL COVERAGE WITH THE OTHER CARRIER.
F-CV FEB 27 02 - 12:12 PM ET DCW0003 /DCW0003
AK LAW RECOGNIZES DUEL RESIDENCY. HERE THE INSURED MUST GET THROUGH
THE BI LIABILITY POLICY, AND THE UIM AVAILABLE UNDER THE VEHICLE SHE
OCCUPIED. THEN THERE IS ISSUE W/ COV. WITH LIBERTY MUTUAL, WHICH IS HER
MOTHERS CARRIER.
F-TD MAR 11 02 - 01:22 PM ET DCW0003 /DCW0003
A/P:
* NEED LIBERTY MUTUAL POLICY/ W/ DECEASED MOTHER.
* MONITER BI/UIM FIRST LAYER COV./ W/ ALLSTATE.
* CONSIDER ECON. EXPERT / VALUE OF ESTATE.

ADD- REP:            DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                      *
COMMAND: ACTIVT
```

EXHIBIT B
Page 24 of 53

100306

A) PRODUC~1.ZWS - PASSPORT _____    August 22, 2005, 14:01:56

```
CMSD4712  /CMSM4712              P A C M A N           AUG 22 05 - 17:01
OPID: AXA0070            FACE SHEET NOTE INQUIRY       TERMID: VT650506
INSD: WEILBACHER, RON V                               POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN   REP: J WESOLOWSKI
                                FACE SHEET NOTE CODE*
```

F-TD MAR 11 02 - 01:22 PM ET DCW0003 /DCW0003    (CONTINUED)
* CONSIDER ECON. EXPERT / VALUE OF ESTATE.
* EVAL. UIMBI/
-
THERE IS CURRENT DISPUTE OVER THE ALLSTATE POLICY LIMITS AVAILABLE TO
THE W.D. CLAIMS FILED AGAINST ESPER.
F-CT MAR 12 02 - 06:38 PM ET GLC0004 /GLC0004
AS NO DEC PAGE OR POLICY INFO CONFIRMING IF HEIDI MOTHER HAD MP ON POLICY,
SENT REQUEST TO ATTY FOR ESTATE FOR SAME
F-TD MAR 12 02 - 06:39 PM ET GLC0004 /GLC0004
MP TO DO LIST;
1. WILL AWAIT POLICY INFORMATION ON IGP MOTHER TO SEE IF THERE IS MP
   OR NOT
2. MP REGARDING OTHER INSURANCE

ADD- REP:          DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                              *
COMMAND: ACTIVT

EXHIBIT B
Page 25 of 53

100307

(A) PRODUC~1.ZWS - PASSPORT                                        August 22, 2005, 14:01:58

```
CMSD4712  /CMSM4712              P A C M A N              AUG 22 05 - 17:01
OPID: AXA0070               FACE SHEET NOTE INQUIRY       TERMID: VT650506
INSD: WEILBACHER, RON V                                   POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN   REP: J WESOLOWSKI
                                  FACE SHEET NOTE CODE*
```

F-TD MAR 12 02 - 06:39 PM ET GLC0004 /GLC0004    (CONTINUED)
2. MP REGARDING OTHER INSURANCE
    "ANY INSURANCE THAT WE PROVIDE FOR AN INSURED PERSON OCCUPYING A VEHICLE
     OR RENTAL VEHICLE, OTHER THAN A COVERED VEHICLE, WILL BE EXCESS OVER
     ANY OTHER VEHICLE OR RENTALL VEHICLE INSURANCE PROVIDING PAYMENTS FOR
     MEDICAL AND FUNERAL EXPENSES"
  3. IF THERE IS MP ON MOTHER INSURANCE & COVERS FUNERAL EXPENSES, APPEAR
     THAT PROG WOULD BE RESPONSIBLE ON A PRO RATA SHARE
F-FR MAR 15 02 - 10:56 AM ET TUSR22D /TUSR22D
REVD
F-   MAR 22 02 - 01:24 PM ET GLC0004 /GLC0004
REVIEWED NO RESPONSE FROM NI ATTY IF IGP MOTHER HAD MP ON INSURANCE
F-CT APR 05 02 - 02:20 PM ET GLC0004 /GLC0004
10:19 AM-

ADD- REP:            DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                    *
COMMAND: ACTIVT

EXHIBIT B
Page 26 of 53

100308

A) PRODUC~1.ZWS - PASSPORT _____   August 22, 2005, 14:02:01

```
CMSD4712  /CMSM4712              P A C M A N              AUG 22 05 - 17:02
OPID: AXA0070              FACE SHEET NOTE INQUIRY        TERMID: VT650506
INSD: WEILBACHER, RON V                                  POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-   CLM: 017489548  OPEN   REP: J WESOLOWSKI
                                 FACE SHEET NOTE CODE*
```

F-CT APR 05 02 - 02:20 PM ET GLC0004 /GLC0004    (CONTINUED)
10:19 AM-
CALLED NI ATTY OFFICE.
S/W SECTY REGARDING THE PRO RATA ISSUE.
STATES THAT THEY SENT LTR TO IGP HEIDI MOTHER'S INSURANCE COMPANY BUT
 HAVE NOT HEARD IF THEY HAVE MED PAY OR NOT ON POLICY
ASKED IF THERE WAS ANY PROG COULD DO TO SPEED UP THAT PROCESS, SECTY WILL
 NEED TO S/W ATTY & CALL BACK
F-CT APR 12 02 - 08:10 PM ET GLC0004 /GLC0004
4:11 PM-
LMTCB FOR NI ATTY W/RECEPTIONIST - HAVE THEY RECEIVED WORKED FROM IGP
MOTHER'S INSURANCE COMPANY IF THERE IS MP OR NO
F-CV APR 16 02 - 08:21 PM ET DCW0003 /DCW0003
F/U LETTER TO ATTY, REGARDING REQUEST FOR LIBERTY MUTUAL POLICY,

ADD- REP:            DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                    *
COMMAND: ACTIVT

EXHIBIT B
Page 27 of 53

**100309**

A) PRODUC~1.ZWS - PASSPORT _____    August 22, 2005, 14:02:03

```
CMSD4712  /CMSM4712              P A C M A N               AUG 22 05 - 17:02
OPID: AXA0070               FACE SHEET NOTE INQUIRY        TERMID: VT650506
INSD: WEILBACHER, RON V                                   POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-     CLM: 017489548  OPEN  REP: J WESOLOWSKI
                                 FACE SHEET NOTE CODE*


F-CV APR 16 02 - 08:21 PM ET DCW0003 /DCW0003    (CONTINUED)
F/U LETTER TO ATTY, REGARDING REQUEST FOR LIBERTY MUTUAL POLICY,
ALSO STATUS OF WEILBACHER CLAIMS W/ ALLSTATE, BI/UIMBI.
F-CP APR 17 02 - 07:47 PM ET RAK0009 /RAK0009
 LTTR TO ATTY LEGACKI AS DICTATED BY DCW.
F-CT APR 24 02 - 03:39 PM ET GLC0004 /GLC0004
11:40 AM
CALLED NI ATTY OFFICE.
SECTY STATES THAT THEY HAVE NOT HEARD FROM MOTHER'S INSURANCE COMPANY.
THEY WILL BE DOING A FOLLOW UP LETTER TO GET POLICY INFO.
F-TD MAY 13 02 - 01:59 PM ET DCW0003 /DCW0003
A/P:
* NEED LIBERTY MUTUAL POLICY/ W/ DECEASED MOTHER.
* MONITER BI/UIM FIRST LAYER COV./ W/ ALLSTATE.


ADD- REP:            DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                      *
COMMAND: ACTIVT
```

EXHIBIT B
Page 28 of 53

100310

A) PRODUC~1.ZWS - PASSPOR™ _____ August 22, 2005, 14:02:04

```
CMSD4712  /CMSM4712            P A C M A N            AUG 22 05 - 17:02
OPID: AXA0070          FACE SHEET NOTE INQUIRY        TERMID: VT650506
INSD: WEILBACHER, RON V                               POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN  REP: J WESOLOWSKI
                             FACE SHEET NOTE CODE*
```

F-TD MAY 13 02 - 01:59 PM ET DCW0003 /DCW0003    (CONTINUED)
* MONITER BI/UIM FIRST LAYER COV./ W/ ALLSTATE.
* CONSIDER ECON. EXPERT / VALUE OF ESTATE.
* EVAL. UIMBI/ NEG. SETTLEMENT.
 -
ATTY HAS NOT YET RESOLVED FIRST LAYER IF UIMBI.
F-CT MAY 15 02 - 03:22 PM ET GLC0004 /GLC0004
11;23 AM
CALLED NI ATTY OFFICE.
THEY HEARD FROM HEIDI'S MOTHER'S INSURANCE COMPANY.
ATTY WILL SENDING A LTR OUT THIS WEEK.
F-FR MAY 17 02 - 06:50 PM ET TUSR22D /TUSR22D
REVD
STILL WAITING FOR RESOLUTOIN OF FIRST LAYER OF UIM TO CONSIDER OUR EXPOSURE.

ADD- REP:          DUE DATE: AUG 22 05    MSG:
DC912770 MORE DATA                                                    *
COMMAND: ACTIVT

EXHIBIT B
Page 29 of 53

100311

A) PRODUC~1.ZWS - PASSPORT _____    August 22, 2005, 14:02:06

```
CMSD4712 /CMSM4712           P A C M A N              AUG 22 05 - 17:02
OPID: AXA0070          FACE SHEET NOTE INQUIRY        TERMID: VT650506
INSD: WEILBACHER, RON V                               POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN  REP: J WESOLOWSKI
                               FACE SHEET NOTE CODE*
```

F-CT MAY 22 02 - 08:41 PM ET GLC0004 /GLC0004
RECEIVED LTR FROM IHP HEIDI ESTATE ATTY
 - STATES THAT ALLSTATE REIMBURSED ESTATE FOR $2,000
 - STATES THAT LIBERTY MUTUAL REIMBURSED ESTATE FOR $5,000
 - LOOKING TO PROG TO REIMBURSE $1,327 TO ESTATE FOR FUNERAL COSTS
F-CT MAY 29 02 - 02:58 PM ET GLC0004 /GLC0004
CALLED ESTATE ATTY.
CONFIRMED THAT MP PAYMENT CAN BE ISSUED TO CATHIE MAURO BUT FORWARD PAYMENT
TO HIS OFFICE & THEY WILL FORWARD SAME TO CATHIE MAURO
F-PY MAY 29 02 - 03:14 PM ET GLC0004 /GLC0004
IGP HEIDI MP BILL
 - REIMBURSED PROG SHARE FOR FUNERAL COSTS TO IGP MOTHER CATHIE MAURO, PD
   $1,327
********

ADD- REP:           DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                    *
COMMAND: ACTIVT

EXHIBIT B
Page 30 of 53

100312

A) PRODUC~1.ZWS - PASSPORT _____    August 22, 2005, 14:02:08

```
CMSD4712  /CMSM4712              P A C M A N          AUG 22 05 - 17:02
OPID: AXA0070            FACE SHEET NOTE INQUIRY       TERMID: VT650506
INSD: WEILBACHER, RON V                               POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-   CLM: 017489548  OPEN   REP: J WESOLOWSKI
                                FACE SHEET NOTE CODE*
```

F-PY MAY 29 02 - 03:14 PM ET GLC0004 /GLC0004    (CONTINUED)
********
MP IS IN ORDER.  IGP WAS MINOR DAUGHTER OF NI.  IGP HAD DUAL RESIDENCY W/
NI & IGP MOTHER.  NO FORMAL COURT DECISION AS TO CUSTODY.  AS IGP WAS
RESIDENT RELATIVE OF NI OCCUPYING A NON-OWNED VEHICLE (OWNED BY ESPER) @ TOL,
IGP WOULD BE CONSIDERED AN INSURED PERSON @ TOL.
F-CT MAY 29 02 - 03:19 PM ET GLC0004 /GLC0004
SENT LTR TO ESTATE ATTY ALONG W/PAYMENT TO CATHIE MAURO (PAID THE FUNERAL
EXPENSES).
F-IE MAY 29 02 - 03:21 PM ET GLC0004 /GLC0004
AS THERE APPEARS TO BE NO MORE MEDICAL OR FUNERAL EXPENSES BE PRESENTED
UNDER MP BY ESTATE ATTORNEY, CLOSED MP CLAIM
****
SENT MP CLOSURE LTR TO ESTATE ATTORNEY (NOT EXHAUSTED)

ADD- REP:           DUE DATE: AUG 22 05   MSG:
DC912770 MORE DATA                                                    *
COMMAND: ACTIVT

EXHIBIT B
Page 31 of 53

100313

A) PRODUC~1.ZWS - PASSPORT _____ August 22, 2005, 14:02:10

```
CMSD4712  /CMSM4712              P A C M A N               AUG 22 05 - 17:02
OPID: AXA0070             FACE SHEET NOTE INQUIRY          TERMID: VT650506
INSD: WEILBACHER, RON V                                   POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN    REP: J WESOLOWSKI
                                 FACE SHEET NOTE CODE*
```

F-CV JUN 18 02 - 05:20 PM ET DCW0003 /DCW0003
RECD COPY OF LIBERTY MUTUAL POLICY, NEED TO WORK THRU COV. ONCE UNDERLYING
BI/UIM CLAIMS W/ ALLSTATE HAVE BEEN RESOLVED.
F-CV JUL 22 02 - 06:58 PM ET DCW0003 /DCW0003
PER ATTY FOR INSURED ESTATE, THE PARTIES HAVE NOT YET SETTLED THE UNDERLYING
CLAIMS AGAINST ALLSTATE AND THE ESPER POLICY. THIS WAS CONFIRMED W/ ADJ.
KATHY BERRY. ATTY SAYS THEY MAY FILE SUIT AGAINST THE ESTATE.
- THE LIBERTY MUTUAL UM/UIM POICY W/ INSUREDS MOTHER PROVIDES UIM OF
100/300-UMBI.
F-CV JUL 22 02 - 07:02 PM ET DCW0003 /DCW0003
RAK- PLS MAKE COPY OF GLC FILE FOR ME.   THANKS.
F-DG JUL 22 02 - 07:23 PM ET DCW0003 /DCW0003
THERE IS $300K -BI AND $300K-UIM UNDER THE ALLSTATE POLICY, HOWEVER
THIS WILL NEED TO BE DIVIDED BETWEEN FOUR CLAIMS THE CD, AND THE THREE

ADD- REP:          DUE DATE: AUG 22 05   MSG:                         *
C912770 MORE DATA
COMMAND: ACTIVT
```

EXHIBIT B
Page 32 of 53

100314

A) PRODUC~1.ZWS - PASSPORT _____    August 22, 2005, 14:02:12

```
CMSD4712 /CMSM4712            P A C M A N            AUG 22 05 - 17:02
OPID: AXA0070           FACE SHEET NOTE INQUIRY      TERMID: VT650506
INSD: WEILBACHER, RON V                             POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN   REP: J WESOLOWSKI
                            FACE SHEET NOTE CODE*
```

F-DG JUL 22 02 - 07:23 PM ET DCW0003 /DCW0003    (CONTINUED)
THIS WILL NEED TO BE DIVIDED BETWEEN FOUR CLAIMS THE CD, AND THE THREE
PASSENGERS OF THE ESPER VEHICLE.
-
THE ESTATE HAS THE POTENTIAL TO COLLECT UP TO $200K, IF WEILBACHER OBTAINS
ONE BI AND ONE UIMBI LIMIT.
F-FR JUL 23 02 - 10:48 AM ET TUSR22D /TUSR22D
REVD
TIME LINE FOR FUTURE ACTIVITY
F-CP JUL 31 02 - 04:54 PM ET RAK0009 /RAK0009
MADE COPY OF MP FILE FOR DCW, PER DCW
F-CV AUG 27 02 - 05:08 PM ET DCW0003 /DCW0003
UNDERLYING CLAIMS W/ ALLSTATE HAVE NOT BEEN RESOLVED, THE LIBERTY MUTUAL
POLICY, W/ DECEASED MOTHER PROVIDES UIM LIMITS OF 100/300, WHICH IS

ADD- REP:          DUE DATE: AUG 22 05   MSG:                        *
C912770 MORE DATA
COMMAND: ACTIVT

**100315**

EXHIBIT B
Page 33 of 53

A) PRODUC~1.ZWS - PASSPORT _____  August 22, 2005, 14:02:14

```
CMSD4712  /CMSM4712              P A C M A N             AUG 22 05 - 17:02
OPID: AXA0070            FACE SHEET NOTE INQUIRY         TERMID: VT650506
INSD: WEILBACHER, RON V                                 POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN  REP: J WESOLOWSKI
                                 FACE SHEET NOTE CODE*
```

F-CV AUG 27 02 - 05:08 PM ET DCW0003 /DCW0003    (CONTINUED)
POLICY, W/ DECEASED MOTHER PROVIDES UIM LIMITS OF 100/300, WHICH IS
IDENTICAL TO THE PROG. LIMITS. THIS WOULD BE PRO-RATA OF 50/50, HOWEVER
APPEARS DUE TO NUMBER OF CLAIMS, AGGREGATE LIMITS WILL BE PAID UNDER
ALLSTATE POLICY, BUT DECEASED, WEILBACHER, WILL NOT OBTAIN FULL VALUE
OF ESTATE.
- INCREASED RESERVE TO LIMITS.
-LAST CORRESPONDENCE FROM ATTY INDICATED, HE WILL BE FILING LAWSUIT AGAINST
THE ESPER ESTATE.
F-TD AUG 27 02 - 05:22 PM ET DCW0003 /DCW0003
A/P:
* F/U WITH ALLSTATE ADJ/ STATUS BY 9/30/02.
* DETERMINE IF, COMPLETE POLICE REPORT AVAILABLE.
* REVIEW/ W.D/ COMPLETE EVAL.

ADD- REP:          DUE DATE: AUG 22 05   MSG:
C912770 MORE DATA                                                    *
COMMAND: ACTIVT

**100316**

EXHIBIT B
Page 34 of 53

(A)  PRODUC~1.ZWS - PASSPORT _____    August 22, 2005, 14:02:16

```
CMSD4712  /CMSM4712                P A C M A N              AUG 22 05 - 17:02
OPID: AXA0070             FACE SHEET NOTE INQUIRY          TERMID: VT650506
INSD: WEILBACHER, RON V                                    POL : 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-     CLM: 017489548  OPEN   REP: J WESOLOWSKI
                                    FACE SHEET NOTE CODE*
```

F-TD AUG 27 02 - 05:22 PM ET DCW0003 /DCW0003    (CONTINUED)
* REVIEW/ W.D/ COMPLETE EVAL.
* STATUS / OF PRO-RATA/ WITH LIBERTY MUTUAL / UIM.
F-FR SEP 13 02 - 10:21 AM ET TUSR22D /TUSR22D
REVD
MAKE SURE UPDATED SIR IS IN PLACE
F-CV SEP 29 02 - 03:37 PM ET DCW0003 /DCW0003
S/W ALLSTATE ADJ., BRENDA ALLEN, 9/26, BI AND UIM UNDER ALLSTATE POLICY
STILL NOT RESOLVED, PARTIES HAVE DISPUTE OVER THE ALLSTATE LIMITS, AND
LAWSUITS WILL PROBABLY FOLLOW.
F-CV OCT 21 02 - 02:27 PM ET DCW0003 /DCW0003
ATTY FOR INSURED HAS NOW FILED LAWSUIT AGAINST THE PERSONAL REP. OF THE
ESTATE FOR ROBERT ESPER, THE DRIVER AT FAULT. THE COMPLAINT ALLEGES,
NEG. AND NEG. PER SE, AND WRONGFUL DEATH OF HEIDI WIELBACHER.

ADD- REP:          DUE DATE: AUG 22 05    MSG:
DC912770 MORE DATA                                                  *
COMMAND: ACTIVT

**100317**

EXHIBIT B
Page 35 of 53

(A) PRODUC~1.ZWS - PASSPORT _____  August 22, 2005, 14:02:18

```
CMSD4712  /CMSM4712              P A C M A N              AUG 22 05 - 17:02
OPID: AXA0070            FACE SHEET NOTE INQUIRY          TERMID: VT650506
INSD: WEILBACHER, RON V                                  POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN   REP: J WESOLOWSKI
                                  FACE SHEET NOTE CODE*
```

F-CV OCT 21 02 - 02:27 PM ET DCW0003 /DCW0003    (CONTINUED)
NEG. AND NEG. PER SE, AND WRONGFUL DEATH OF HEIDI WIELBACHER.
-INTERESTING THAT NO ALLEGATION OF PUNITIVE DAMAGES.
F-CV OCT 21 02 - 02:39 PM ET DCW0003 /DCW0003
UPDATED 2729/SIR.
F-FR OCT 29 02 - 10:30 AM ET TUSR22D /TUSR22D
REVD
SETTING DIARY FOR ACL TO REVIEW/MAINTAIN
F-CT OCT 31 02 - 02:25 PM ET GLC0004 /GLC0004
REVIEWED LTR FROM IGP ATTY REQUESTING THAT MONUMENT BE COVERED UNDER MP.
 - MONUMENT INVOICE DATED 6/26/02
 - STORAGE AT ANGELUS MEMORIAL PARK FEE IS $700 & DATED 10/1/02
F-RA OCT 31 02 - 02:29 PM ET GLC0004 /GLC0004
10:26 AM - TUSR18A -

ADD- REP:           DUE DATE: AUG 22 05    MSG:
DC912770 MORE DATA                                                      *
COMMAND: ACTIVT

A) PRODUC~1.ZWS - PASSPORT _____ August 22, 2005, 14:02:20

```
CMSD4712  /CMSM4712              P A C M A N              AUG 22 05 - 17:02
OPID: AXA0070            FACE SHEET NOTE INQUIRY          TERMID: VT650506
INSD: WEILBACHER, RON V                                  POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN   REP: J WESOLOWSKI
                                  FACE SHEET NOTE CODE*
```

F-RA OCT 31 02 - 02:29 PM ET GLC0004 /GLC0004    (CONTINUED)
10:26 AM - TUSR18A -
REQUEST AUTH TO SEND TO NI (COPY TO ESTATE ATTY) A MP COVERAGE DENIAL LTR
PER MP INSURING AGREEMENT AS MONUMENT DOES NOT MEET CRITERIA OF FUNERAL
SERVICE.
E: DAUGHTER OF NI WAS IN ULV & DIED DUE TO MVA INJURIES
C: POLICY # 9607.  MP LIMITS $5,000
   ON PAGES 16 & 17, THE MP INSURING AGREEMENT STATES THE FOLLOWING:
   "SUBJECT...FOR MEDICAL AND FUNERAL SERVICES BECAUSE OF BODILY INJURY..."
   *********
   FUNERAL SERVICES ARE NOT DEFINED IN THE POLICY SO MUST LOOK TO DICTIONARY
   FOR DEFINITION OF SAME.
   REVIEWED DICTIONARY.COM.  "FUNERAL" WAS DEFINED BY THE AMERICAN
   HERITAGE DCITIONARY AS "A CEREMONY OR GROUP OF CEREMONIES HELD IN

ADD- REP:          DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                              *
COMMAND: ACTIVT

**100319**

EXHIBIT 13
Page 37 of 53

A) PRODUC~1.ZWS - PASSPORT _____    August 22, 2005, 14:02:22

```
CMSD4712  /CMSM4712              P A C M A N            AUG 22 05 - 17:02
OPID: AXA0070             FACE SHEET NOTE INQUIRY        TERMID: VT650506
INSD: WEILBACHER, RON V                                 POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-   CLM: 017489548  OPEN  REP: J WESOLOWSKI
                                  FACE SHEET NOTE CODE*
```

F-RA OCT 31 02 - 02:29 PM ET GLC0004 /GLC0004    (CONTINUED)
    HERITAGE DCITIONARY AS "A CEREMONY OR GROUP OF CEREMONIES HELD IN
    CONNECTION WITH THE BURIAL OR CREMATION OF A DEAD PERSON"
    "SERVICE" DEFINED AS BY THE AMERICAN HERITAGE DICTIONARY IS "WORK DONE
    FOR OTHERS AS AN OCCUPATION OR BUSINESS"
    **********
    ON 7/11/01, IGP WAS EMBALMED & FUNERAL SERVICE WAS ARRANGED BY ANCHORAGE
    FUNERAL HOMES.  ON 7/12/02 IGP BURIED AT CEMENTARY
    ON 6/26/02, A MONUMENT IS REQUESTED FOR IGP.  ON 10/1/02, STORAGE OF
    MONUMENT IS REQUESTED OF CEMENTARY.
    **********
    AS IGP FUNERAL SERVICE WAS ALREADY PERFORMED ON 7/11 & BURIED ON 7/12/01,
    MONUMENT DOES NOT FIT THE CRITERA OF A "FUNERAL SERVICE" AS IT WAS
    ALREADY PERFORMED.  AS MONUMENT NOT A "FUNERAL SERVICE" UNDER THE

ADD- REP:           DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                        *
COMMAND: ACTIVT

100320

EXHIBIT B
Page 38 of 53

A) PRODUC~1.ZWS - PASSPORT _____    August 22, 2005, 14:02:24

```
CMSD4712  /CMSM4712              P A C M A N           AUG 22 05 - 17:02
OPID: AXA0070              FACE SHEET NOTE INQUIRY      TERMID: VT650506
INSD: WEILBACHER, RON V                                POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-   CLM: 017489548  OPEN  REP: J WESOLOWSKI
                                FACE SHEET NOTE CODE*
```

```
F-RA OCT 31 02 - 02:29 PM ET GLC0004 /GLC0004   (CONTINUED)
     ALREADY PERFORMED.  AS MONUMENT NOT A "FUNERAL SERVICE" UNDER THE
     MP INSURING AGREEMENT, CHARGES SHOULD BE DENIED AS MP INSURING AGREEMENT
     WOULD FAIL.
L:   ADV TO ULD
D:   IGP MP - $1,327
     PRIMARY MP ALREADY PAID FUNERAL LIMITS OF $2,000
     PRO RATA SECONDARY MP ALREADY PAID $5,000
      IGP HAD DUAL RESIDENCE W/NI & MOTHER
D:   SEE ABOVE
F-FR OCT 31 02 - 04:40 PM ET TUSR18A /TUSR18A
12:34 PM - GLC, OK TO DENY MP BENEFITS FOR THE COST OF THE MONUMENT..
F-CT OCT 31 02 - 07:46 PM ET GLC0004 /GLC0004
SENT MP COVERAGE DENIAL LTR TO NI AS MONUMENT FOR IGP IS NOT A FUNERAL

ADD- REP:           DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                              *
COMMAND: ACTIVT
```

(A) PRODUC~1.ZWS - PASSPORT _____  August 22, 2005, 14:02:26

```
CMSD4712 /CMSM4712          P A C M A N            AUG 22 05 - 17:02
OPID: AXA0070         FACE SHEET NOTE INQUIRY       TERMID: VT650506
INSD: WEILBACHER, RON V                             POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-   CLM: 017489548  OPEN  REP: J WESOLOWSKI
                              FACE SHEET NOTE CODE*
```

F-CT OCT 31 02 - 07:46 PM ET GLC0004 /GLC0004    (CONTINUED)
SENT MP COVERAGE DENIAL LTR TO NI AS MONUMENT FOR IGP IS NOT A FUNERAL
SERVICE....CAVAET TO LTR THAT IF NI OR ESTATE ATTY HAVE ANY LEGAL AUTHORITY
WHICH WOULD HAVE PROG PAY FOR SAME TO PRESENT SAME; SENT COPY OF DENIAL TO
ESTATE ATTY
F-FR NOV 22 02 - 02:22 PM ET ACL0002 /ACL0002
REV'D, DISCUSSED W/ DANNY.
-UIM PENDING RESOLUTION OF CLAIM WITH TORT CARRIER, ALLSTATE.  COMBINED
$600K LI AND UIM LIMITS UNDERLYING.
F-CV NOV 26 02 - 04:08 PM ET DCW0003 /DCW0003
THE INSURED HAS FILED A COMPLAINT IN SUPERIOR COURT/ WITH REFERENCE TO
THE UNDERLYING TORT CLAIM.
F-CT JAN 13 03 - 04:08 PM ET DCW0003 /DCW0003
LMTC FOR ALLSTATE ADJ./ KATHY BERRY/ STATUS OF UNDERLYING BI CLAIMS.

ADD- REP:          DUE DATE: AUG 22 05    MSG:
DC912770 MORE DATA                                              *
COMMAND: ACTIVT

EXHIBIT  B
Page 40 of 53

100322

A) PRODUC~1.ZWS - PASSPORT                                  August 22, 2005, 14:02:28

```
CMSD4712  /CMSM4712              P A C M A N              AUG 22 05 - 17:02
OPID: AXA0070              FACE SHEET NOTE INQUIRY         TERMID: VT650506
INSD: WEILBACHER, RON V                                   POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN    REP: J WESOLOWSKI
                                  FACE SHEET NOTE CODE*
```

F-FR JAN 29 03 - 05:34 PM ET ACL0002 /ACL0002
REV'D, TORT CLAIM STILL PENDING.  UIM NOT YET TRIGGERED.
F-CV FEB 18 03 - 02:36 PM ET DCW0003 /DCW0003
S/W KATHY BERRY/ ALLSTATE/ SHE SAYS BI CLAIMS STILL PENDING, AND LIMITS
OF THEIR POLICY HAS NOT BEEN PAID TO TRIGGER UIM. THERE IS ONGOING DISPUTE
BETWEEN THE CLMTS./ INCLUDING THE W.D. CLAIM OF THE POLICE OFFICER.
- WE CANNOT RESOLVE UIM/ UNTIL WE KNOW AMOUNTS PAID UNDER ALLSTATE LAYER
OF COVERAGE, BI AND UIM.
F-CT MAR 18 03 - 05:31 PM ET DCW0003 /DCW0003
CALLED KATHY BERRY/ ALLSTATE, SHE SAYS BI AND UIM AT THEIR LEVEL NOT YET
RESOLVED. THEY HAVE OFFERED UP ENTIRE LIMITS OF BOTH COVERAGES, BUT
PLTFS. ARE FIGHTING OVER THE MONEY. NO WAY TO EVAL. FIELDINGS CLAIM,
WITHOUT KNOWING HOW MUCH SHE WILL GET IN THE SETTLMENT.
-UIMBI IS NOT TRIGGERED UNLESS BI/UIM FOR ALLSTATE EXHAUSTED BY PAYMENTS.

```
ADD- REP:              DUE DATE: AUG 22 05   MSG:
DC912770 MORE DATA                                                    *
COMMAND: ACTIVT
```

EXHIBIT B
Page 41 of 53

100323

A) PRODUC~1.ZWS - PASSPORT _____    August 22, 2005, 14:02:29

```
CMSD4712  /CMSM4712              P A C M A N              AUG 22 05 - 17:02
OPID: AXA0070             FACE SHEET NOTE INQUIRY         TERMID: VT650506
INSD: WEILBACHER, RON V                                  POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN   REP: J WESOLOWSKI
                                  FACE SHEET NOTE CODE*
```

F-FR APR 23 03 - 06:53 PM ET ACL0002 /ACL0002
REV'D, DISCUSSED W/ DCW.
-MULTIPLE PARTIES FIGHTING TO DIVIDE AVAILABLE POLICY LIMITS, AND OUR
UIM NOT TRIGGERED AS SETTLEMENT NOT ACHIEVED YET.
F-CV APR 24 03 - 06:37 PM ET DCW0003 /DCW0003
UNDERLYING BI /UIM, NOT YET RESOLVED.
F-CV MAY 27 03 - 06:05 PM ET DCW0003 /DCW0003
ALLSTATE BI AGGREGATE OF $300K HAS BEEN PAID , AND DIVIDED BETWEEN FOUR
CLAIMS. WE COMPLETED ASSET CHK, ON CD/ ON CROSS CLAIM, AND PROVIDED
PERMISSION TO INSURED TO PROVIDE RELEASE FOR CD/ESTATE. THIS WILL TRIGGER
NEXT LEVEL OF UIMBI W/ ALLSTATE. NEED ALL SETTLEMENT INFO/ TO COMPLETE
UIMBI UNDER THIS POLICY.
F-FR AUG 08 03 - 07:04 PM ET ACL0002 /ACL0002
REV'D, NO CHANGE.

ADD- REP:             DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                    *
COMMAND: ACTIVT
```

EXHIBIT B
Page 42 of 53

100324

```
A) PRODUC~1.ZWS - PASSPORT _____    August 22, 2005, 14:02:31

CMSD4712  /CMSM4712              P A C M A N           AUG 22 05 - 17:02
OPID: AXA0070           FACE SHEET NOTE INQUIRY        TERMID: VT650506
INSD: WEILBACHER, RON V                               POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-   CLM: 017489548  OPEN REP: J WESOLOWSKI
                                FACE SHEET NOTE CODE*

F-CV AUG 21 03 - 06:18 PM ET DCW0003 /DCW0003
ATTY FOR NI, IS REQUESTING APP.  REFLECTING SELECTION OF UM/UIM COV.
UNDER AS21.89.020. I CALLED AGENT/ LMTC REQUESTING APPLICATION.
-
WE HAVE RECEIVED THE RELEASE/ AND PROOF OF UIM LIMITS PAYMENTS UNDER THE
ALLSTATE POLICY. PROG. PREVIOUSLY PROVIDED PERMISSION TO THE INSURED TO
ACCEPT LIMITS. THE ALLSTATE BI OF $300K WAS EXHAUSTED AND INSURED RECD.
$112500. FOR THE UIM LIMIT.
F-CV AUG 26 03 - 08:41 PM ET DCW0003 /DCW0003
RESPONDED TO ATTY W/ COPY OF APPLICATION, THAT CLEARLY SHOWS NI WAS
OFFERED UM/UIM COV. IN ACCORDANCE W/ AK LAW.
- EXCEPTION TO ALLEGED NIED CLAIM FOR NI, IN INTERVIEW HE WAS ON THE KENAI
WHEN ACC. OCCURRED. NIED CLAIM IS QUESTIONABLE UNDER AK LAW.
F-TD SEP 28 03 - 05:37 PM ET DCW0003 /DCW0003

ADD- REP:            DUE DATE: AUG 22 05    MSG:
DC912770 MORE DATA                                                *
COMMAND: ACTIVT
```

EXHIBIT B
Page 43 of 53

100325

A) PRODUC~1.ZWS - PASSPORT _____    August 22, 2005, 14:02:33

```
CMSD4712  /CMSM4712              P A C M A N              AUG 22 05 - 17:02
OPID: AXA0070            FACE SHEET NOTE INQUIRY          TERMID: VT650506
INSD: WEILBACHER, RON V                                  POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN  REP: J WESOLOWSKI
                                  FACE SHEET NOTE CODE*
```

F-TD SEP 28 03 - 05:37 PM ET DCW0003 /DCW0003
A/P:
* LIBERTY MUTUAL / HAS CONCURRENT POLICY/ OF UIM UNDER
  DECEASED, MOTHER'S POLICY.
* ISSUE OF PRO-RATA COVERAGE/ VALUE OF ESTATE, FEMALE, AGE 15.
F-FR OCT 29 03 - 11:14 AM ET ACL0002 /ACL0002
REV'D,
F-CV DEC 09 03 - 04:07 PM ET DCW0003 /DCW0003
WAITING TO DETERMINE LIBERTY MUTUALS POSITION ON UIM COV.
-THEY HAVE CONCURRENT POLICY FOR UIM. DECEASED MOTHER POLICY.
PROG. POLICY W/ FATHER.
F-FR JAN 06 04 - 12:28 PM ET ACL0002 /ACL0002
REV'D, LET'S FOLLOW UP WITH LIBERTY MUTUAL.  HAVE THEY MADE A DECISION
ON COVERAGE AT THIS POINT?

ADD- REP:          DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                    *
COMMAND: ACTIVT

**100326**

EXHIBIT B
Page 44 of 53

A) PRODUC~1.ZWS - PASSPORT                                        August 22, 2005, 14:02:36

```
CMSD4712  /CMSM4712                P A C M A N              AUG 22 05 - 17:02
OPID: AXA0070                 FACE SHEET NOTE INQUIRY         TERMID: VT650506
INSD: WEILBACHER, RON V                                       POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-   CLM: 017489548  OPEN        REP: J WESOLOWSKI
                                 FACE SHEET NOTE CODE*
```

F-FR JAN 06 04 - 12:28 PM ET ACL0002 /ACL0002    (CONTINUED)
ON COVERAGE AT THIS POINT?
-2 1/2 YEARS POST LOSS.  STAY IN TOUCH WITH OTHER CARRIER TO RESOLVE
OTHER INSURANCE ISSUE.
F-CT JAN 09 04 - 02:54 PM ET DCW0003 /DCW0003
CALLED LMTC/ FOR LIBERTY MUTUAL ADJ./ STATUS COVERAGE.
F-IE JAN 26 04 - 03:11 PM ET DCW0003 /DCW0003
BI NEGOTIATION FOR: WEILBACHER, HEIDI C        L/COV: UM/UIM
DEMAND    AMOUNT:    100000  (NO EXPIRATION DATE)
COMMENTS:
-ATTY SAYS LIBERTY MUTUAL/ UIM CARRIER FOR DECEASED MOM'S POLICY HAS
TENDERED LIMITS. HE IS DEMANDING LIMITS UNDER THIS POLICY.
-REQUESTED PROOF OF LIBERTY MUTUALS TENDER, AND ACCOUNTING OF ALL AMOUNTS
PAID IN UNDERLYING SETTLEMENTS.

ADD- REP:            DUE DATE: AUG 22 05   MSG:
C912770 MORE DATA                                                      *
COMMAND: ACTIVT

**100327**

EXHIBIT B
Page 45 of 53

A) PRODUC~1.ZWS - PASSPORT                                    August 22, 2005, 14:02:37

```
CMSD4712 /CMSM4712            P A C M A N              AUG 22 05 - 17:02
OPID: AXA0070          FACE SHEET NOTE INQUIRY         TERMID: VT650506
INSD: WEILBACHER, RON V                               POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-   CLM: 017489548  OPEN  REP: J WESOLOWSKI
                             FACE SHEET NOTE CODE*
```

F-CV FEB 13 04 - 08:26 PM ET DCW0003 /DCW0003
AMOUNTS PAID ON UNDERLYING CLAIMS FOR W.D. / HEIDI WEILBACHER.
- $75K (PAID FROM THE $300K BI LIMIT AGGREGATE)
- $100K (ALLSTATE UIMBI/ EQUALLY TO THE ESTATE, CATHIE MAURO-MOTHER, AND
         FATHER- RON WEILBACHER.)
- $100K ( PAID BY LIBERTY MUTUAL/ UIM POLICY W/ MOTHER CATHIE MAURO.)
         THIS WENT ENTIRELY TO ESTATE OF HEIDI WEILBACHER.
-
ESTATE IS MAKING CLAIM FOR UIMBI UNDER THIS POLICY.
F-IE FEB 15 04 - 03:14 PM ET DCW0003 /DCW0003
BI NEGOTIATION FOR: WEILBACHER, HEIDI C          L/COV: UM/UIM
EVALUATION RANGE  LOW:     100000 HIGH:      100000
COMMENTS :
-ESTATE OF HEIDI WEILBACHER/ FEMALE, AGE 15, AT TIME OF DEATH.

ADD- REP:          DUE DATE: AUG 22 05   MSG:
DC912770 MORE DATA                                            *
COMMAND: ACTIVT
```

EXHIBIT B
Page 46 of 53

100328

A) PRODUC~1.ZWS - PASSPORT _____    August 22, 2005, 14:02:40

```
CMSD4712 /CMSM4712            P A C M A N            AUG 22 05 - 17:02
OPID: AXA0070          FACE SHEET NOTE INQUIRY       TERMID: VT650506
INSD: WEILBACHER, RON V                              POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-   CLM: 017489548  OPEN   REP: J WESOLOWSKI
                                 FACE SHEET NOTE CODE*
```

F-IE FEB 15 04 - 03:14 PM ET DCW0003 /DCW0003   (CONTINUED)
-ESTATE OF HEIDI WEILBACHER/ FEMALE, AGE 15, AT TIME OF DEATH.
- PASSENGER IN U/V. UNDERINSURED/ BI WRONGFUL DEATH.
-
LIFE EXPECTANCY FOR FEMALES/ AGE 15/ APPROX. 65 YRS/ PER U.S. BUREAU
VITAL STATISTICS.  (TO AGE 80)
- FUTURE EARNINGS/ BASED ON HIGH SCHOOL GRAD. TO AGE 65
- APPROX. $900K TO $1MIL
 -SAVINGS ACCUMULATION/ $150K TO $250K
-
PRESENT VALUE/ OF ESTATE/ $150 TO $250K
-
THE INDIVIDUAL CLAIMS/ OF FATHER AND MOTHER WILL INCLUDE LOSS OF CONSORTIUM
AND LOSS OF SOCIETY. THERE ARE ALSO ELEMENTS OF PUNITIVE DAMAGES, DUE TO

ADD- REP:          DUE DATE: AUG 22 05   MSG:                        *
DC912770 MORE DATA
COMMAND: ACTIVT
```

EXHIBIT B
Page 47 of 53

100329

A) PRODUC~1.ZWS - PASSPOR™ _____ August 22, 2005, 14:02:41

```
CMSD4712  /CMSM4712              P A C M A N           AUG 22 05 - 17:02
OPID: AXA0070              FACE SHEET NOTE INQUIRY      TERMID: VT650506
INSD: WEILBACHER, RON V                                POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN  REP: J WESOLOWSKI
                                 FACE SHEET NOTE CODE*
```

F-IE FEB 15 04 - 03:14 PM ET DCW0003 /DCW0003    (CONTINUED)
AND LOSS OF SOCIETY. THERE ARE ALSO ELEMENTS OF PUNITIVE DAMAGES, DUE TO
CIRCUMSTANCES OF LOSS/ HIGH SPEED PURSUIT W/ POLICE, AND U/D LIKELY FOUND
TO BE OUTRAGEOUS/ AND RECKLESS CONDUCT.
-THE POLICY EXCLUDES PUNITIVES, HOWEVER, ARB PANEL WOULD CERTAINLY BE
ALLOWED TO HEAR EVIDENCE ON CONDUCT AND FACTS OF LOSS.
-
PARENTS , INDIVIDUAL CLAIMS , WOULD HAVE VALUE $50K TO $75K  EACH.
FOR WRONGFUL DEATH OF THEIR 15 YR.OLD DAUGHTER.
F-IE FEB 15 04 - 03:43 PM ET DCW0003 /DCW0003
BI NEGOTIATION FOR: WEILBACHER, HEIDI C          L/COV: UM/UIM
REQUESTED AUTHORIZATION FOR AMOUNT:    100000
COMMENTS:
REQUEST AUTH TO TENDER UMBI LIMITS OF $100K PLUS APPLICABLE AK AD-ONS

ADD- REP:          DUE DATE: AUG 22 05    MSG:
DC912770 MORE DATA                                                *
COMMAND: ACTIVT

EXHIBIT B
Page 48 of 53

100330
```

A) PRODUC~1.ZWS - PASSPOR™                                        August 22, 2005, 14:02:44

```
CMSD4712  /CMSM4712              P A C M A N              AUG 22 05 - 17:02
OPID: AXA0070              FACE SHEET NOTE INQUIRY        TERMID: VT650506
INSD: WEILBACHER, RON V                                  POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-     CLM: 017489548  OPEN  REP: J WESOLOWSKI
                                FACE SHEET NOTE CODE*
```

```
F-IE FEB 15 04 - 03:43 PM ET DCW0003 /DCW0003   (CONTINUED)
REQUEST AUTH TO TENDER UMBI LIMITS OF $100K PLUS APPLICABLE AK AD-ONS
ATTY FEES/ WILL ALSO OWE PJI ON THE FIRST $50K OF COVERAGE PER POLICY
CONTRACT 9607. (THERE IS NO ENDORSEMENT REVISING THE PAYMENT OF PJI)
F-IE FEB 23 04 - 12:28 PM ET TUSR490 /TUSR490
BI NEGOTIATION FOR: WEILBACHER, HEIDI C          L/COV: UM/UIM
AUTHORIZED AMOUNT:     100000
COMMENTS: AUTH AS REQUESTED, INC PJI
F-IE FEB 24 04 - 01:19 PM ET DCW0003 /DCW0003
BI NEGOTIATION FOR: WEILBACHER, HEIDI C          L/COV: UM/UIM
SETTLEMENT AMOUNT:     117256
COMMENTS:
UM/UIM LIMITS CALC. AS FOLLOWS:
   $100000   -FACE LIMIT UM/UIM


ADD- REP:          DUE DATE: AUG 22 05   MSG:
C912770 MORE DATA                                                    *
COMMAND: ACTIVT
```

**100331**

EXHIBIT B
Page 49 of 53

A) PRODUC~1.ZWS - PASSPORT _____ August 22, 2005, 14:02:46

```
CMSD4712  /CMSM4712           P A C M A N          AUG 22 05 - 17:02
OPID: AXA0070           FACE SHEET NOTE INQUIRY     TERMID: VT650506
INSD: WEILBACHER, RON V                             POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-   CLM: 017489548  OPEN   REP: J WESOLOWSKI
                           FACE SHEET NOTE CODE*
```

```
F-IE FEB 24 04 - 01:19 PM ET DCW0003 /DCW0003    (CONTINUED)
   $100000    -FACE LIMIT UM/UIM
      6596.  PJI/ @5% ON FIRST $50K IN COVERAGE/PER THE CONTRACT.
     10,660. RULE 82 ATTY FEES / @ 10% ( WE TAKE POSITION THAT 20% OF $25K
                WAS PAID BY ALLSTATE IN THE BI SETTLEMENT.
   $117,256. TOTAL LIMIT
-
LIMITS TO BE TENDERED TO ATTY FOR INSURED/ NO RELEASE REQUIRED BECAUSE THIS
IS CONTRACTUAL LIMITS.
F-CV MAR 15 05 - 07:50 PM ET DCW0003 /DCW0003
LETTER FROM ATTY FOR NI/ HE IS NOW ASSERTING A CLAIM FOR NIED.
- BASED ON INITIAL INVESTIGATION/ QUESTIONABLE THAT DECEASED PARENTS
MEET ELEMENTS OF NIED CLAIMS. F/U LETTER TO ATTY, TO PRESENT WHAT EVIDENCE
HE HAS THAT CLAIMS HAVE VALIDITY.

ADD- REP:            DUE DATE: AUG 22 05   MSG:
DC912770 MORE DATA                                                    *
COMMAND: ACTIVT
```

EXHIBIT B
Page 50 of 53

100332

```
.) PRODUC~1.ZWS - PASSPORT _____   ]gust 22, 2005, 14:02:48
```

```
MSD4712  /CMSM4712              P A C M A N          AUG 22 05 - 17:02
PID: AXA0070           FACE SHEET NOTE INQUIRY       TERMID: VT650506
NSD: WEILBACHER, RON V                               POL: 65824951-0
OL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548 OPEN  REP: J WESOLOWSKI
                              FACE SHEET NOTE CODE*
```

```
-DG MAR 31 05 - 03:32 PM ET DCW0003 /DCW0003
RROR/ FEATURE SHOULD NOT BE OPEN FOR HEIDI/ W.D. CLAIM / HAS BEEN
ESOLVED. FATHER IS NOW PRESENTING NIED CLAIM, WHICH IS SUBJ. TO SEPERATE
I LIMIT/ UM, SINCE ALL LIAB COV. HAS BEEN EXHAUSTED.
-CV APR 14 05 - 01:30 PM ET DCW0003 /DCW0003
/13, CALLED ATTY AND ADVISED HIM THAT PROG. AGREES THAT NI DOES HAVE
IM COVERAGE, BUT ANY CLAIMS FOR NIED/ DO NOT MEET THE ELEMENTS AS SET OUT
N AK CASE LAW. HE SAYS HIS CLIENT HAS CLAIM FOR LOSS OF SOCIETY, AND LOSS
F CONSORTIUM. I TOLD HIM THESE ARE DERIVATIVE OF THE W.D. LIMIT, AND
HERE CAN BE NO DIRECT CLAIM. HE THINKS TEEL V. PROGRESSIVE/ GIVES AUTHORITY
OR DIRECT CLAIM FOR LOSS OF CONSORTIUM.
             REDACTED                        REDACTED
-LI MAY 16 05 - 08:18 PM ET DCW0003 /DCW0003
```

```
DD- REP:             DUE DATE: AUG 22 05   MSG:
912770 MORE DATA                                              *
OMMAND: ACTIVT
```

EXHIBIT B
Page 51 of 53

A) PRODUC~1.ZWS - PASSPOR[                                    ] ugust 22, 2005, 14:02:50

```
CMSD4712  /CMSM4712              P A C M A N           AUG 22 05 - 17:02
OPID: AXA0070             FACE SHEET NOTE INQUIRY       TERMID: VT650506
INSD: WEILBACHER, RON V                                POL: 65824951-0
OL : JUL 09 01  OH-LEGAL -LIT-      CLM: 017489548 OPEN  REP: J WESOLOWSKI
                                    FACE SHEET NOTE CODE*
```

-LI MAY 16 05 - 08:18 PM ET DCW0003 /DCW0003
DENIED LIABILITY FOR NIED CLAIMS/ PER CURRENT CASE LAW IN AK.
-CV JUN 26 05 - 03:52 PM ET DCW0003 /DCW0003
ETTER FROM ATTY/ HE CONTINUES TO ALLEGE DIRECT CLAIM UNDER AS09.15.010
HICH GIVES PARENT A SEPERATE AND INDEPEN. CAUSE OF ACTION FOR DAMAGES
DUE TO DEATH OF A CHILD. HE ALSO CITES GILLESPIE V. BETA CONST. OUR ARGUMENT
S THAT ALTHOUGH THIS DOES GIVE CLAIM TO PARENT, IT IS DERIVATIVE OF THE
.D. CLAIM PER CONTRACT. AS09.15.010 SIMPLY ALLOWS PARENT TO PURSUE CLAIM.
 ALLSTATE V. TEEL, DOES NOT CHANGE THIS.                  REDACTED

         REDACTED

-CT JUN 30 05 - 03:35 PM ET DCW0003 /DCW0003

-CV JUL 26 05 - 04:43 PM ET DCW0003 /DCW0003
         REDACTED

DD- REP:           DUE DATE: AUG 22 05   MSG:
912770 MORE DATA                                              *
OMMAND: ACTIVT

A) PRODUC~1.ZWS - PASSPOR( _____ ) ugust 22, 2005, 14:02:52

```
CMSD4712  /CMSM4712              P A C M A N              AUG 22 05 - 17:02
OPID: AXA0070           FACE SHEET NOTE INQUIRY           TERMID: VT650506
INSD: WEILBACHER, RON V                                   POL: 65824951-0
OOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN   REP: J WESOLOWSKI
                                  FACE SHEET NOTE CODE*
```

F-CV JUL 26 05 - 04:43 PM ET DCW0003 /DCW0003
LATE ENTRY / ⌐                **REDACTED**            HOWEVER WE FEEL
ALL CLAIMS, EXCEPT FOR NIED, ARE DERIVATIVE OF THE LIMIT WE PAID TO
ESTATE FOR W.D.   THERE IS NO EVIDENCE OF NIED CLAIMS IN INITIAL INVESTIGATION
HOWEVER, ATTY IS SPECIFICALLY MAKING CLAIMS FOR LOSS OF SOCIETY/ CONSORTIUM
AND ARGUES THESE ARE SEPERATE CLAIMS/ SUBJ. TO SEPERATE LIMIT/ WHICH WE
DISPUTE.
F-LS AUG 11 05 - 01:52 PM ET JTW0003 /JTW0003

            **REDACTED**

                **REDACTED**

                    **REDACTED**

ADD- REP:            DUE DATE: AUG 22 05    MSG:
2912770 MORE DATA                                                    *
COMMAND: ACTIVT
```

**100335**

EXHIBIT **B**
Page **53** of **53**