Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER,         )<br>                              )<br>         Plaintiff,           )<br>                              )<br>   vs.                        )<br>                              )<br>                              )<br>PROGRESSIVE NORTHWESTERN      )<br>INSURANCE COMPANY,            )<br>                              )<br>         Defendant.           )<br>_____) | Case No. 3:05-cv-0204-TMB |

**MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION
TO PROGRESSIVE'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Ronald V. Weilbacher, by and through counsel, pursuant to Federal Rule of Civil Procedure 56(f), hereby moves this Court for an extension of time from February 10, 2006 until twenty (20) days after discovery is completed in which

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

to respond to Progressive's Motion for Summary Judgment (Docket Nos. 17 and 18), filed January 23, 2006. An extension of time is necessary in order for Plaintiff Weilbacher to depose the defendant's witnesses. Plaintiff previously wrote to opposing counsel and requested convenient dates so the depositions could be scheduled. (See Ex. 1) The witnesses listed by the defendant have relevant and germane information regarding the policy at issue. Discovery is currently scheduled to be completed by July 28, 2006. [Docket No. 11] This motion is supported by the accompanying affidavit of counsel.

DATED this 9th day of February, 2006, at Anchorage, Alaska.

KENNETH W. LEGACKI, P.C.
Attorney for Plaintiff

By    s/Kenneth W. Legacki
     Kenneth W. Legacki
     Alaska Bar No. 8310132
     425 G Street, Suite 920
     Anchorage, AK 99501
     Phone: (907) 258-2422
     Fax: (907) 278-4848
     E-mail: legacki@gci.net

I HEREBY CERTIFY that on the 9th day of
February, 2006, a copy of the foregoing
document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

    s/Kenneth W. Legacki

MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO
    PROGRESSIVE'S MOTION FOR SUMMARY JUDGMENT
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 2