Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| PROGRESSIVE NORTHWESTERN | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) Case No. 3:05-cv-0204-TMB |
| | ) |

**ORDER GRANTING
MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION
TO PROGRESSIVE'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Ronald V. Weilbacher having moved this Court for an extension

of time, pursuant to Federal Rule of Civil Procedure 56(f), in which to respond to

Progressive's Motion for Summary Judgment (Docket Nos. 17 and 18), filed January

23, 2006, and the Court being duly advised in the premises,

IT IS HEREBY ORDERED Plaintiff Weilbacher may have until twenty (20) days after the close of discovery in which to respond to said motion.

DATED this _____ day of February, 2006.

_____
The Honorable Timothy M. Burgess
United States District Judge

I HEREBY CERTIFY that on the 9th day of February, 2006, a copy of the foregoing document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

_____ s/Kenneth W. Legacki

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO
    PROGRESSIVE'S MOTION FOR SUMMARY JUDGMENT
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 2