Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail: legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| PROGRESSIVE NORTHWESTERN ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | Case No. 3:05-cv-0204-TMB |
| ) | |

**AFFIDAVIT OF KENNETH W. LEGACKI IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PROGRESSIVE'S MOTION FOR SUMMARY JUDGMENT**

STATE OF ALASKA     )
                    ) ss
THIRD JUDICIAL DISTRICT )

KENNETH W. LEGACKI, being first duly sworn upon oath, deposes and states:

1. I am the attorney of record for Plaintiff Ronald V. Weilbacher in the above-captioned matter.

2. Progressive's Motion for Summary Judgment and Memorandum in Support of Motion (Docket Nos. 17 and 18) were filed on January 23, 2006.

3. Discovery is currently scheduled to be completed by July 28, 2006.

4. An extension of time to respond to the motion is necessary in order for Plaintiff Weilbacher to depose the defendant's witnesses.

5. I previously wrote to opposing counsel and asked to depose the witnesses for the insurance company that were listed as having knowledge of the policy.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*/s/ Kenneth W. Legacki*
Kenneth W. Legacki
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK 99501
Phone: (907) 258-2422
Fax: (907) 278-4848
E-mail: legacki@gci.net

SUBSCRIBED and SWORN TO before me this 9th day of February, 2006.

*Karen S. Hayes*
Notary Public in and for Alaska
My Commission Expires: 10-1-2008

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

AFFIDAVIT IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PROGRESSIVE'S MOTION FOR SUMMARY JUDGMENT
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 3


I HEREBY CERTIFY that on the 9th day of February, 2006, a copy of the foregoing document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

    s/Kenneth W. Legacki

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

AFFIDAVIT IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PROGRESSIVE'S MOTION FOR SUMMARY JUDGMENT
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 3 of 3