Aisha Tinker Bray
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Anchorage, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company


                IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF ALASKA

RONALD V. WEILBACHER,          )
                               )
          Plaintiff,           )
                               )
     v.                        )
                               )
PROGRESSIVE NORTHWESTERN       )
INSURANCE COMPANY,             )
                               )
          Defendant.           )
_____)    3:05-cv-204-TMB


                          **PROPOSED**
                 ORDER DENYING PLAINTIFF'S
            RULE 56(f) MOTION FOR AN EXTENSION OF TIME


        Plaintiff Ronald V. Weilbacher having moved for an

extension of time pursuant to Federal Rule of Civil Procedure 56(f)

to respond to Progressive's Motion for Summary Judgment,

Progressive Northwestern Insurance Company having opposed such

motion, and the court being duly advised in the premises,


        IT IS HEREBY ORDERED that plaintiff's Motion for

Extension of Time to File Opposition to Progressive's Motion for

Summary Judgment is DENIED.  Plaintiff shall file his Opposition

to Progressive's Motion for Summary Judgment within _____ days

of this Order.

       DATED at Anchorage, Alaska, this _____ day of

_____, 2006.


                _____

                Honorable Timothy M. Burgess
                United States District Court Judge


CERTIFICATE OF SERVICE
I hereby certify that on the
10th day of February, 2006, a copy
of the foregoing document was served
electronically on:

Kenneth A Legacki, Esq.

Guess & Rudd P.C.

By:____s/Aisha Tinker Bray_


Case No. 3:05-cv-204-JWS  Weilbacher v. Progressive Northwestern Ins. Co.
**PROPOSED** Order Denying Plaintiff's Rule 56(f) Motion for an Extension of Time
Page 2 of 2