Aisha Tinker Bray
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Anchorage, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RONALD V. WEILBACHER,      )
                           )
        Plaintiff,         )
                           )
    v.                     )
                           )
PROGRESSIVE NORTHWESTERN   )
INSURANCE COMPANY,         )
                           )
        Defendant.         )
_____)    3:05-cv-204-TMB


REQUEST FOR ORAL ARGUMENT ON PLAINTIFF'S RULE 56(f) MOTION


    Progressive Northwestern Insurance Company ("Progressive"),
by and through its attorneys, Guess & Rudd P.C., hereby requests
a hearing and oral argument on Plaintiff's Motion for Extension
of Time to File Opposition to Progressive's Motion for Summary
Judgment.  Progressive does not anticipate calling any witnesses
at such hearing.

DATED at Fairbanks, Alaska, this 10th day of February, 2006.

GUESS & RUDD P.C.
Attorneys for Progressive
Northwestern Insurance Company

By:     s/Aisha Tinker Bray

Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska  99701
Phone: 907-452-8986
Fax:   907-452-7015
Email: atbray@guessrudd.com
Alaska Bar No. 9505028

CERTIFICATE OF SERVICE
I hereby certify that on the
10th day of February, 2006, a copy
of the foregoing document was served
electronically on:

Kenneth A Legacki, Esq.

Guess & Rudd P.C.

By:   s/Aisha Tinker Bray

Case No. 3:05-cv-204-JWS  Weilbacher v. Progressive Northwestern Ins. Co.
Request for Oral Argument on Plaintiff's Rule 56(f) Motion
Page 2 of 2