Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| PROGRESSIVE NORTHWESTERN ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | Case No. 3:05-cv-0204-TMB |
| ) | |

**UNOPPOSED MOTION TO
CONTINUE MARCH 23, 2006 ORAL ARGUMENT**

Plaintiff Ronald Weilbacher, by and through counsel, hereby moves this

Court for a continuance of the March 23, 2006 oral argument [Docket No. 25] on

Plaintiff Weilbacher's Motion for Extension of Time to File Opposition to Progressive's

Motion for Summary Judgment [Docket No. 20].  Plaintiff's counsel is scheduled to be

out of the state during the week of March 19, 2006, on a trip with his youngest son during Spring Break and will return to the office on March 27, 2006.

Aisha Tinker Bray, counsel for defendant, was contacted on March 15 and she does not oppose a continuance of the hearing, but she is not available the morning of April 4 and she will be out of the office from April 11 through April 26, 2006.

Plaintiff's counsel has hearings or depositions in other matters on March 28 (afternoon), March 31 (morning), and April 7, 2006.

Plaintiff Weilbacher respectfully requests that the Court reschedule the oral argument on the Motion for Extension of Time.

DATED this 15th day of March, 2006, at Anchorage, Alaska.

KENNETH W. LEGACKI, P.C.
Attorney for Plaintiff

By    s/Kenneth W. Legacki
Kenneth W. Legacki
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Phone: (907) 258-2422
Fax: (907) 278-4848
E-mail: legacki@gci.net

I HEREBY CERTIFY that on the 15th day of
March, 2006, a copy of the foregoing
document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

       s/Kenneth W. Legacki

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

UNOPPOSED MOTION TO CONTINUE MARCH 23, 2006 ORAL ARGUMENT
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 2