Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER,              )<br>                                                        )<br>              Plaintiff,              )<br>                                                        )<br>      vs.                                           )<br>                                                        )<br>                                                        )<br>PROGRESSIVE NORTHWESTERN )<br>INSURANCE COMPANY,            )<br>                                                        )<br>              Defendant.             )<br>_____ ) | Case No. 3:05-cv-0204-TMB |

**(PROPOSED) ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE MARCH 23, 2006 ORAL ARGUMENT**

Plaintiff Ronald Weilbacher having moved this Court for a continuance of the March 23, 2006 oral argument [Docket No. 25] on Plaintiff Weilbacher's Motion for Extension of Time to File Opposition to Progressive's Motion for Summary

Judgment [Docket No. 20], and the Court being duly advised in the premises,

IT IS HEREBY ORDERED Plaintiff's Unopposed Motion to Continue is granted and oral argument on Plaintiff Weilbacher's Motion for Extension of Time to File Opposition to Progressive's Motion for Summary Judgment [Docket No. 20] is rescheduled for the _____ day of _____, 2006, at _____ a.m./p.m., before The Honorable Timothy M. Burgess, United States District Judge.

DATED this \_\_\_\_\_ day of _____, 2006.

_____
The Honorable Timothy M. Burgess
United States District Judge

I HEREBY CERTIFY that on the 15th day of
March, 2006, a copy of the foregoing
document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

_____s/Kenneth W. Legacki_____

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE MARCH 23, 2006
          ORAL ARGUMENT
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 2