IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| PROGRESSIVE NORTHWESTERN | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) Case No. 3:05-cv-0204-TMB |
| | ) |

**ORDER GRANTING UNOPPOSED MOTION**
**TO CONTINUE MARCH 23, 2006 ORAL ARGUMENT**

Plaintiff Ronald Weilbacher having moved this Court for a continuance of the March 23, 2006 oral argument on Plaintiff Weilbacher's Motion for Extension of Time to File Opposition to Progressive's Motion for Summary Judgment [Docket No. 20], and the Court being duly advised in the premises,

IT IS THEREFORE ORDERED:  Plaintiff's Unopposed Motion to Continue is granted and oral argument on Plaintiff Weilbacher's Motion for Extension of Time to File Opposition to Progressive's Motion for Summary Judgment is rescheduled for the 30th of March, 2006, at 11:00 a.m., before The Honorable Timothy M. Burgess, United States District Judge.

DATED this 16 day of March, 2006.

                                              /s/ Timothy M. Burgess
                                            The Honorable Timothy M. Burgess
                                            United States District Judge

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE MARCH 23, 2006
    ORAL ARGUMENT
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 2