Aisha Tinker Bray
Gary A. Zipking
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PROGRESSIVE NORTHWESTERN ) <br> INSURANCE COMPANY, ) <br> ) <br> Defendant. ) <br> _____ ) | 3:05-cv-204-TMB |

PROGRESSIVE'S MOTION *IN LIMINE* TO
PRECLUDE PLAINTIFF FROM CALLING EXPERT WITNESSES

Defendant Progressive Northwestern Insurance Company ("Progressive"), by and through its attorneys, Guess & Rudd P.C., moves for a court order precluding plaintiff from calling any expert witnesses in this matter based on plaintiff's choice not to disclose any expert witnesses on his final witness list and his choice not to produce any expert witness disclosures under Rule 26(a)(2) pursuant to the court's Scheduling and Planning Order, and for the reasons set forth in the memorandum in support of this motion filed herewith.

DATED at Fairbanks, Alaska, this 19th day of May, 2006.

>GUESS & RUDD P.C.
>Attorneys for Progressive
>Northwestern Insurance Company
>
>By:      /s/Aisha Tinker Bray
>Guess & Rudd P.C.
>100 Cushman Street, Suite 500
>Fairbanks, Alaska  99701
>Phone: 907-452-8986
>Fax:   907-452-7015
>Email: atbray@guessrudd.com
>Alaska Bar No. 9505028

CERTIFICATE OF SERVICE
I hereby certify that on the 19th day of May, 2006, a copy of the foregoing document was served electronically on:

Kenneth A Legacki, Esq.

Guess & Rudd P.C.

By:   /s/Aisha Tinker Bray

USDC Case No. 3:05-cv-204-TMB  Weilbacher v. Progressive
Progressive's Motion to Preclude Plaintiff from Calling Expert Witnesses
Page 2 of 2