Aisha Tinker Bray
Gary A. Zipking
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER,       )<br>                             )<br>       Plaintiff,           )<br>                             )<br>    v.                       )<br>                             )<br>PROGRESSIVE NORTHWESTERN     )<br>INSURANCE COMPANY,           )<br>                             )<br>       Defendant.            )<br>_____) | 3:05-cv-204-TMB |

**PROPOSED**
<u>ORDER PRECLUDING PLAINTIFF FROM CALLING EXPERT WITNESSES</u>

Defendant Progressive Northwestern Insurance Company ("Progressive"), having moved this court for an order precluding plaintiff from calling any expert witnesses in this matter, and the court being duly advised in the premises,

IT IS HEREBY ORDERED that Progressive's motion is GRANTED. Plaintiff is hereby precluded from calling any expert witnesses in this case based on plaintiff's failure to disclose any expert witnesses on his final witness list and his failure to timely produce any expert witness disclosures under Rule 26(a)(2) pursuant to this court's Scheduling and Planning Order.

DATED at Anchorage, Alaska, this _____ day of _____, 2006.

_____
Honorable Timothy M. Burgess
Chief Judge U.S. District Court

CERTIFICATE OF SERVICE
I hereby certify that on the
19th day of May, 2006, a copy
of the foregoing document was served
electronically on:

Kenneth A Legacki, Esq.

Guess & Rudd P.C.

By:\_\_\_\_/s/Aisha Tinker Bray_____