Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| PROGRESSIVE NORTHWESTERN | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) Case No. 3:05-cv-0204-TMB |
| | ) |

### PLAINTIFF'S STATUS REPORT

Plaintiff Ronald V. Weilbacher, by and through his attorney of record, hereby submits his status report pursuant to this Court's Order of May 9, 2006.  A joint status report is not being submitted because the parties were unable to reach an

agreement as to ¶ B(1) of the report.

### A. NATURE OF THE CASE

**1. Lead Attorneys:**

Plaintiff : Kenneth W. Legacki
Defendant : Gary A. Zipkin

**2. Basis for Federal Jurisdiction:**

Diversity jurisdiction; amount in controversy exceeds $75,000.

**3. Nature of the Claims:**

Failure to pay UIM insurance claim; bad faith.

**4. Name of Parties Not Served:** None

**5. Principal Legal Issues:**

Progressive believes the legal issues are: Whether plaintiff is entitled to another, separate "each person" policy limit of UIM coverage for his loss of consortium/loss of society claim, and whether Progressive's denial of plaintiff's claim was in bad faith.

**6. Principal Factual Issues:**

Plaintiff Weilbacher believes the factual issues are: Whether Ronald Weilbacher is entitled to collect under his underinsured insurance policy for the death of his daughter under AS 09.15.010, and whether the refusal to pay by Progressive Insurance is an act of bad faith.

Defendant Progressive does not believe there are any factual issues.

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S STATUS REPORT
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 5

**B.  DISCOVERY**

**1.  Completed and Remaining Discovery:**

Initial disclosures have been exchanged; defendant's expert witness report is due May 26, 2006; plaintiff's responses to written discovery requests are due by May 26, 2006 pursuant to an extension of time; and depositions of defendant's witnesses are scheduled for July 12 and 13, 2006.

However, Plaintiff Weilbacher asserts that the defendant has failed to cooperate in discovery and has failed to produce basic business records of the insurance company.  The defendant has obstructed discovery from the outset and continues to be obstructive.  The earliest the parties can depose the two adjusters in the case is in July.

Plaintiff Weilbacher has been unable to retain an expert in the case because the defendant has failed to cooperate and act in good faith in the discovery process.

Following the Court's Order of March 30, 2006, Plaintiff Weilbacher propounded discovery seeking:  (1) records from defendant of any court's interpretation of the policy language at issue here; (2) documents concerning the positions taken by defendant in <u>Wold v. Progressive Preferred Ins. Co.</u>, 52 P.3d 155 (Alaska 2002); and (3) drafting history of the policy language at issue here.

Defendant has confirmed that it possesses business records responsive to plaintiff's discovery requests, but objects to producing them, claiming attorney-client

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S STATUS REPORT
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 3 of 5

and work product privileges.

Plaintiff will be forced to file motions to compel discovery under Federal Rule of Civil Procedure 37 to obtain this information which is central to plaintiff's claims for damages and bad faith.

**2.   Pending and Anticipated Motions:**

Progressive filed a motion for summary judgment, which was denied without prejudice and which Progressive can refile once discovery closes. Progressive just recently filed a motion to preclude Plaintiff Weilbacher from calling an expert, and that motion is not yet ripe for decision.

It is anticipated that Plaintiff Weilbacher will file a motion to compel discovery against Progressive and a motion to vacate pretrial dates because of Progressive's failure to produce discovery in a timely fashion.

**3.   Previous Rulings on Substantive Issues:**

Progressive filed a motion for summary judgment, which was denied without prejudice and which Progressive can refile once discovery closes.

**4.   Previously Filed Status Reports:**  None

**C.   TRIAL**

A jury trial was not requested and the parties expect the trial to take five days

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S STATUS REPORT
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 4 of 5

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

**D.   SETTLEMENT**

The parties have not discussed settlement at this time.

DATED this 22nd day of May, 2006, at Anchorage, Alaska.

                        KENNETH W. LEGACKI, P.C.
                        Attorney for Plaintiff

                        By   s/Kenneth W. Legacki
                             Kenneth W. Legacki
                             Alaska Bar No. 8310132
                             425 G Street, Suite 920
                             Anchorage, AK 99501
                             Phone: (907) 258-2422
                             Fax: (907) 278-4848
                             E-mail: legacki@gci.net

I HEREBY CERTIFY that on the 22nd day of
May, 2006, a copy of the foregoing
document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

      s/Kenneth W. Legacki

PLAINTIFF'S STATUS REPORT
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 5 of 5