Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| PROGRESSIVE NORTHWESTERN | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) Case No. 3:05-cv-0204-TMB |
| | ) |

**MOTION FOR EXTENSION OF TIME TO RESPOND
TO PROGRESSIVE'S MOTION *IN LIMINE* TO PRECLUDE
PLAINTIFF FROM CALLING EXPERT WITNESSES**

Plaintiff Ronald V. Weilbacher, by and through counsel, hereby moves this Court for an extension of time until June 19, 2006 to respond to Progressive's Motion *In Limine* to Preclude Plaintiff From Calling Expert Witnesses (Docket Nos. 32 and 33), filed May 19, 2006.  An extension of time

is necessary because plaintiff's counsel has been responding to motions and discovery requests, and preparing for and attending hearings and depositions in other matters since the motion was served. Plaintiff's counsel has also been preparing for a state court trial scheduled to commence in Juneau on June 5, 2006, which settled late the afternoon of June 2. Plaintiff's counsel's mother has been very ill recently, and on June 3 he traveled to California after being contacted by the hospital regarding his mother's medical condition.

DATED this 5th day of June, 2006, at Anchorage, Alaska.

KENNETH W. LEGACKI, P.C.
Attorney for Plaintiff

By ___s/Kenneth W. Legacki___
Kenneth W. Legacki
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Phone: (907) 258-2422
Fax: (907) 278-4848
E-mail: legacki@gci.net

I HEREBY CERTIFY that on the 5th day of June, 2006, a copy of the foregoing document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

_____s/Kenneth W. Legacki_____

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

MOTION FOR EXTENSION OF TIME TO RESPOND TO PROGRESSIVE'S MOTION *IN LIMINE* TO PRECLUDE PLAINTIFF FROM CALLING EXPERT WITNESSES
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 2