Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| PROGRESSIVE NORTHWESTERN | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) Case No. 3:05-cv-0204-TMB |
| _____ | ) |

**(PROPOSED) ORDER GRANTING
MOTION FOR EXTENSION OF TIME TO RESPOND TO
PROGRESSIVE'S MOTION *IN LIMINE* TO PRECLUDE
<u>PLAINTIFF FROM CALLING EXPERT WITNESSES</u>**

Plaintiff Ronald V. Weilbacher having moved this Court for an extension of time until June 19, 2006, in which to respond to Progressive's

Motion *In Limine* to Preclude Plaintiff From Calling Expert Witnesses (Docket Nos. 32 and 33), and the Court being duly advised in the premises,

  IT IS HEREBY ORDERED Plaintiff Weilbacher's Motion for Extension of Time is granted.

  DATED this _____ day of _____, 2006.

          _____
          The Honorable Timothy M. Burgess
          United States District Judge

I HEREBY CERTIFY that on the 5th day of
June, 2006, a copy of the foregoing
document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

   s/Kenneth W. Legacki

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO
  PROGRESSIVE'S MOTION *IN LIMINE* TO PRECLUDE PLAINTIFF
  FROM CALLING EXPERT WITNESSES
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 2