Aisha Tinker Bray
Gary A. Zipking
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER,        ) | |
|           ) | |
|        Plaintiff,     ) | |
|           ) | |
|     v.         ) | |
|           ) | |
| PROGRESSIVE NORTHWESTERN   ) | |
| INSURANCE COMPANY,      ) | |
|           ) | |
|        Defendant.    ) | |
| _____) | 3:05-cv-204-TMB |

LIMITED OPPOSITION TO PLAINTIFF'S MOTION
FOR EXTENSION OF TIME TO RESPOND TO PROGRESSIVE'S MOTION
*IN LIMINE* TO PRECLUDE PLAINTIFF FROM CALLING EXPERT WITNESSES

Defendant Progressive Northwestern Insurance Company ("Progressive"), by and through its attorneys, Guess & Rudd P.C., opposed Mr. Weilbacher's request for an additional thirteen (13) days from June 6, 2006 to June 19, 2006 to respond to its May 19, 2006 Motion on the limited basis of the amount of additional time requested.

Progressive does not oppose plaintiff's request for additional time.  Progressive opposes only plaintiff's request

for an additional thirteen (13) days of additional time to respond to a single issue motion filed on May 19, 2006. Plaintiff has had ample time since May 19, 2006 to respond to Progressive's motion.  An additional week, until June 13, 2006, is sufficient additional time for plaintiff to respond to Progressive's single issue motion.

While Progressive and its attorneys are sympathetic to plaintiff's attorney's family illness and would like to extend all reasonable courtesies possible, Progressive is also mindful that plaintiff has repeatedly and wrongfully accused Progressive of intentionally obstructing and delaying these proceedings. This matter must proceed in a timely manner in order to meet the scheduled deadlines.  A one week extension is sufficient time to respond to the pending motion.

Therefore, Progressive opposes the length of plaintiff's extension, and asks that the court limit plaintiff's extension to only one week, making plaintiff's opposition due June 13, 2006.

USDC Case No. 3:05-cv-204-TMB  Weilbacher v. Progressive
Limited Opposition to Plaintiff's Motion for Extension of Time to Respond to
Progressive's Motion to Preclude Plaintiff from Calling Expert Witnesses
Page 2 of 3

DATED at Fairbanks, Alaska, this 6th day of June, 2006.

GUESS & RUDD P.C.
Attorneys for Progressive
Northwestern Insurance Company

By: _____/s/Aisha Tinker Bray_____
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska  99701
Phone: 907-452-8986
Fax:   907-452-7015
Email: atbray@guessrudd.com
Alaska Bar No. 9505028

CERTIFICATE OF SERVICE
I hereby certify that on the
6th day of June, 2006, a copy
of the foregoing document was served
electronically on:

Kenneth A Legacki, Esq.

Guess & Rudd P.C.

By: /s/Aisha Tinker Bray

USDC Case No. 3:05-cv-204-TMB  Weilbacher v. Progressive
Limited Opposition to Plaintiff's Motion for Extension of Time to Respond to
Progressive's Motion to Preclude Plaintiff from Calling Expert Witnesses
Page 3 of 3