IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PROGRESSIVE NORTHWESTERN ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | 3:05-cv-204-TMB |

PROPOSED ORDER GRANTING EXTENSION OF TIME

Plaintiff having moved for an extension of time to respond to Progressive's Motion *In Limine* to Preclude Plaintiff from Calling Expert Witnesses, Progressive Northwestern Insurance Company, having opposed such motion on the limited basis of the amount of time granted, and the court being duly advised in the premises,

IT IS HEREBY ORDERED that Mr. Weilbacher's response/opposition to Progressive's Motion *In Limine* to Preclude Plaintiff from Calling Expert Witnesses shall be due no later than **June 13, 2006.**

DATED at Anchorage, Alaska, this _____ day of June, 2006.

_____
Honorable Timothy M. Burgess
United States District Court Judge

CERTIFICATE OF SERVICE
I hereby certify that on the 6th day of June, 2006, a copy of the foregoing document was served electronically on:

Kenneth A Legacki, Esq.

Guess & Rudd P.C.

By:    /s/Aisha Tinker Bray