Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| PROGRESSIVE NORTHWESTERN | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) Case No. 3:05-cv-0204-TMB |
| | ) |

## PLAINTIFF'S AMENDED MOTION TO EXTEND TIME TO RESPOND TO MOTION *IN LIMINE* TO PRECLUDE PLAINTIFF FROM CALLING EXPERT WITNESSES

On June 5, 2006, Plaintiff Ronald Weilbacher's counsel, Kenneth

Legacki, moved to extend the time to June 19, 2006 [Docket No. 36] to respond

to Defendant's Motion *In Limine* to Preclude Plaintiff From Calling Expert Witnesses [Docket Nos. 32 and 33]. The reasons an extension was necessary included the grave illness of Mr. Legacki's mother, which required him to fly to Los Angeles on Saturday, June 3, 2006. Defendant Progressive Northwestern Insurance Company objected to this extension request, urging that a shorter extension until June 13, 2006 was adequate. [Docket No. 37]

Recent events have rendered the prior requested extension insufficient. Kenneth Legacki arrived at the hospital treating his mother on the evening of June 3, 2006, and he was with his mother when she passed away on June 6. Mr. Legacki is now responsible for arranging funeral services in California, which are tentatively scheduled for June 12, 2006. He will then accompany his mother's body back to Philadelphia for a second service, tentatively scheduled for June 17, before she is buried next to her late husband in Pennsylvania. It is likely that Mr. Legacki will not return to Alaska prior to June 18, 2006. Under these new circumstances, Plaintiff Weilbacher amends the earlier request for an extension and now asks that he be permitted to file his response to Defendant's Motion *In Limine* by June 26, 2006. A proposed amended Order is submitted for the Court's consideration.

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S AMENDED MOTION TO EXTEND TIME TO RESPOND TO
    MOTION *IN LIMINE*
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 3

DATED this 8th day of June, 2006, at Anchorage, Alaska.

KENNETH W. LEGACKI, P.C.
Attorney for Plaintiff


By ___s/Kenneth W. Legacki_____
      Kenneth W. Legacki
      Alaska Bar No. 8310132
      425 G Street, Suite 920
      Anchorage, AK  99501
      Phone: (907) 258-2422
      Fax: (907) 278-4848
      E-mail: legacki@gci.net


I HEREBY CERTIFY that on the 8th day of
June, 2006, a copy of the foregoing
document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

_____s/Kenneth W. Legacki_____

PLAINTIFF'S AMENDED MOTION TO EXTEND TIME TO RESPOND TO
     MOTION *IN LIMINE*
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 3 of 3