Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| PROGRESSIVE NORTHWESTERN | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) Case No. 3:05-cv-0204-TMB |
| | ) |

(PROPOSED) ORDER GRANTING
PLAINTIFF'S AMENDED MOTION TO EXTEND TIME TO
RESPOND TO MOTION *IN LIMINE* TO PRECLUDE
PLAINTIFF FROM CALLING EXPERT WITNESSES

Plaintiff Ronald V. Weilbacher having amended his motion for an extension of time in which to respond to Progressive's Motion *In Limine* to

Preclude Plaintiff From Calling Expert Witnesses [Docket Nos. 32 and 33], and the Court being duly advised in the premises,

   IT IS HEREBY ORDERED Plaintiff Weilbacher's Amended Motion to Extend Time to Respond to Motion *In Limine* is granted and Plaintiff Weilbacher shall have until June 26, 2006 to file his response.

   DATED this _____ day of _____, 2006.

               _____
               The Honorable Timothy M. Burgess
               United States District Judge

I HEREBY CERTIFY that on the 8th day of
June, 2006, a copy of the foregoing
document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

   s/Kenneth W. Legacki
_____

ORDER GRANTING PLAINTIFF'S AMENDED MOTION TO EXTEND TIME
  TO RESPOND TO MOTION *IN LIMINE* TO PRECLUDE PLAINTIFF
  FROM CALLING EXPERT WITNESSES
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 2