Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER,             ) | |
| ) | |
| Plaintiff,           ) | |
| ) | |
| vs.                                            ) | |
| ) | |
| ) | |
| PROGRESSIVE NORTHWESTERN  ) | |
| INSURANCE COMPANY,                ) | |
| ) | |
| Defendant.        ) | Case No. 3:05-cv-0204-TMB |
| _____) | |

**REPLY TO DEFENDANT'S LIMITED OPPOSITION
TO PLAINTIFF'S MOTION TO EXTEND TIME TO
RESPOND TO MOTION <u>*IN LIMINE*</u>**

Plaintiff Weilbacher's counsel moved to extend the time to June 19,

2006 [Docket No. 36] to respond to Defendant's Motion *In Limine* to Preclude

Plaintiff From Calling Expert Witnesses [Docket Nos. 32 and 33]. The reasons for an extension of time included the grave illness of Mr. Legacki's mother, which required him to fly to Los Angeles on Saturday, June 3, 2006. Defendant Progressive Northwestern Insurance Company objected to this extension request urging that a shorter extension until June 13, 2006 was adequate. [Docket No. 37]

Recent events have rendered the prior requested extension insufficient. Mr. Legacki's mother passed away on June 6, and Mr. Legacki will probably not return to Alaska until at least June 18, 2006, because there will be services for his mother in California and in Pennsylvania. An amended motion to extend the time to June 26, 2006, in which to respond to Defendant's Motion *In Limine* has been filed. [Docket No. 38]

DATED this 8th day of June, 2006, at Anchorage, Alaska.

KENNETH W. LEGACKI, P.C.
Attorney for Plaintiff

By    s/Kenneth W. Legacki
Kenneth W. Legacki
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK 99501
Phone: (907) 258-2422
Fax: (907) 278-4848
E-mail: legacki@gci.net

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

REPLY TO DEFENDANT'S LIMITED OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO MOTION *IN LIMINE*
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 3

I HEREBY CERTIFY that on the 8th day of June, 2006, a copy of the foregoing document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

      s/Kenneth W. Legacki

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

REPLY TO DEFENDANT'S LIMITED OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO MOTION *IN LIMINE*
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 3 of 3