LAW OFFICES OF
# Guess&Rudd p.c.

GARY A. ZIPKIN
LOUIS R. VEERMAN
JAMES D. LINXWILER
JAMES D. DEWITT
JOSEPH J. PERKINS, JR.
GEORGE R. LYLE
MICHAEL S. MCLAUGHLIN
SUSAN M. WEST
JOAN E. ROHLF
MICHAEL K. NAVE
JONATHAN A. WOODMAN
AISHA TINKER BRAY
NELLEENE A. BOOTHBY
MATTHEW COOPER
CHRISTINA RANKIN
PAMELA D. WEISS
JOSEPH BRIAN GROSS
MOLLY C. BROWN

100 CUSHMAN STREET, SUITE 500
FAIRBANKS, ALASKA 99701-4659
TELEPHONE (907) 452-8986
FACSIMILE (907) 452-7015

W. EUGENE GUESS 1932-1975
JOSEPH RUDD 1933-1978
FRANCIS E. SMITH, JR. 1941-1991

OFFICES IN
ANCHORAGE & FAIRBANKS

OF COUNSEL
MARGARET S. JONES
GREGORY G. SILVEY

March 30, 2006

**VIA FACSIMILE & U.S. MAIL**

RECEIVED
APR 03 2006
Kenneth W. Legacki, P.C.

Kenneth W. Legacki, Esq.
425 G Street, Suite 920
Anchorage, Alaska 99501

Re: Weilbacher v. Progressive
    Our File No.: 5200.120

Dear Ken:

Since the court essentially granted you the discovery that you requested at the hearing this morning, I wanted to provide you with my and the proposed deponents' availability as soon as possible.

Unfortunately, I am unavailable for any depositions from April 10th through April 27th. I will out of the state on a family vacation. Mr. Withers, who is in Anchorage, is unavailable April 6, 12, 21, and 28 for various matters, and May 1-5, 15-19, and 22-26 for 3 separate trials in which he is participating. I have not been able to reach Mr. Lund, who is in the Seattle area. I will provide his availability as soon as possible. Would you be amenable to taking these deposition in May? Perhaps the week of May 8-12. If you feel you must take these depositions in April, Mr. Zipkin has some limited availability to participate on behalf of Progressive.

With regard to your argument this morning regarding the earlier case involving Mr. Withers, were you referring to <u>Wold v. Progressive</u>, 52 P.3d 155 (Alaska 2002)? If not, what case where you referring to? Also, I did not completely follow your argument. What is the alleged inconsistency between Progressive's opinion in the earlier case and this matter?

You also raised for the first time an argument concerning the history of the relevant UIMBI policy provision, and your desire to look into whether this is boilerplate language or tailored for Alaska. Again, I did not completey follow your argument. What is the significance of the drafting history of

EXHIBIT 3
Page 1 of 2

Kenneth W. Legacki, Esq.
March 30, 2006
Page 2 of 2

the provision?  What part of the UIMBI provision are you referring to?  If I have totally misunderstood your argument, please correct me.  I am asking in order to determine from Mr. Lund and Mr. Withers whether this is something they will be able to respond to or whether we will need to ask someone else.  However, at this time I cannot make the inquiry as I do not understand what you are asking/arguing.

   Your assistance with the above is appreciated.  I also still need the additional discovery from you that was requested in December 2005.  As you recall, you previously agreed to provide this information prior to any depositions being taken.

                                   Sincerely,
                                   GUESS & RUDD P.C.

                                   Aisha Tinker Bray

ATB/msv

cc: Jay Wesolowski (email)

EXHIBIT 3
Page 2 of 2