# KENNETH W. LEGACKI, P. C.
## ATTORNEY AT LAW

425 "G" STREET, SUITE 920  
ANCHORAGE, ALASKA 99501

TELEPHONE: (907) 258-2422  
FACSIMILE: (907) 278-4848  
E-MAIL: legacki@gci.net

May 10, 2006

**VIA FACSIMILE**

Ms. Aisha Tinker Bray  
Attorney at Law  
Guess & Rudd, P.C.  
100 Cushman Street, Suite 500  
Fairbanks, AK 99701-4659

      RE:   Weilbacher vs. Progressive  
            Claim No.       : 017489548  
            Your File No.   : 5200.120

Dear Aisha:

Please let me know when you, Adam Lund, and Danny Withers are available for depositions between June 20 and June 23 and between July 11 and July 19. After I have had an opportunity to review Robert Lohr's expert report, I will probably want to depose him.

Sincerely,

KENNETH W. LEGACKI, P.C.

Kenneth W. Legacki

KWL/ksh  
cc:   Gary Zipkin, Esq.

EXHIBIT 5  
Page 1 of 1