GARY A. ZIPKIN
LOUIS R. VEERMAN
JAMES D. LINXWILER
JAMES D. DEWITT
JOSEPH J. PERKINS, JR.
GEORGE R. LYLE
MICHAEL S. MCLAUGHLIN
SUSAN M. WEST
JOAN E. ROHLF
MICHAEL K. NAVE
JONATHAN A. WOODMAN
AISHA TINKER BRAY
NELLEENE A. BOOTHBY
MATTHEW COOPER
CHRISTINA RANKIN
PAMELA D. WEISS
JOSEPH BRIAN GROSS
MOLLY C. BROWN

LAW OFFICES OF
**Guess & Rudd** P.C.

100 CUSHMAN STREET, SUITE 500
FAIRBANKS, ALASKA 99701-4659
TELEPHONE (907) 452-8986
FACSIMILE (907) 452-7015

W. EUGENE GUESS 1932-1975
JOSEPH RUDD 1933-1978
FRANCIS E. SMITH, JR. 1941-1991

OFFICES IN
ANCHORAGE & FAIRBANKS

OF COUNSEL
MARGARET S. JONES
GREGORY G. SILVEY

May 11, 2006

*VIA FACSIMILE & U.S. MAIL*

Kenneth W. Legacki, Esq.
425 G Street, Suite 920
Anchorage, Alaska 99501

Re: *Weilbacher v. Progressive*
    Our File No.: 5200.120

Dear Ken:

In response to your May 10, 2006 letter regarding depositions, we are all available the week of July 11-17.

I propose that the depositions be set on the same day on either Wednesday, July 12th or Thursday, July 13th in Anchorage. If you agree, Progressive will bring Mr. Lund up from Washington so that his deposition can be taken in Anchorage contemporaneously with Mr. Winter's deposition. This should save both parties' time and money.

Please let me know as soon as possible which day you prefer and where the depositions will be held so that travel arrangements can be made sufficiently in advance.

Sincerely,

GUESS & RUDD P.C.

*Aisha J Bray*

Aisha Tinker Bray

ATB/nmm

cc: Jay Wesolowski (Claim No. 017489548) (via email)

EXHIBIT 6
Page 1 of 1