**KENNETH W. LEGACKI, P.C.**
Attorney at Law
425 "G" STREET, SUITE 920
ANCHORAGE, ALASKA   99501

TELEPHONE:  (907) 258-2422
FACSIMILE:  (907) 278-4848

**FACSIMILE COVER LETTER**

**PLEASE DELIVER THE FOLLOWING PAGE(S) TO:**

| | | |
|---|---|---|
| **FAX NO.** | : | 907-452-7015 |
| **NAME** | : | Aisha Tinker Bray |
| **FIRM/COMPANY** | : | Guess & Rudd |
| **FROM** | : | Karen<br>Office of Kenneth W. Legacki |
| **DATE** | : | May 11, 2006 |
| **RE** | : | Weilbacher v. Progressive<br>Your File No. 5200.120 |
| **TOTAL NO. OF PAGE(S):**<br>(INCLUDING THIS COVER SHEET) | | 1 |

**MESSAGE**

Ken is out of the office until Tuesday, but I think the depositions will need to be scheduled for July 12, and if additional time is needed, the morning of July 13, in Anchorage.  I will ask Ken to contact you next week to work out the details of Mr. Lund traveling to Anchorage for his deposition.  Thank you.

**IF YOU DO NOT RECEIVE A COMPLETE TRANSMITTAL, PLEASE CONTACT THIS OFFICE.  THANK YOU.**

EXHIBIT 7
Page 1 of 1