Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| PROGRESSIVE NORTHWESTERN ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | Case No. 3:05-cv-0204-TMB |
| _____ ) | |

**(PROPOSED) ORDER DENYING PROGRESSIVE'S
MOTION *IN LIMINE* TO PRECLUDE
<u>PLAINTIFF FROM CALLING EXPERT WITNESSES</u>**

Defendant Progressive Northwestern Insurance Company having moved this Court for an order precluding Plaintiff Weilbacher from calling any expert witnesses [Docket Nos. 32 and 33], and the Court having considered the

memoranda of the parties and being duly advised in the premises,

     IT IS HEREBY ORDERED Progressive Northwestern Insurance Company's Motion *In Limine* to Preclude Plaintiff From Calling Expert Witnesses is denied.

     IT IS FURTHER ORDERED the October 31, 2005 Scheduling and Planning Order [Docket No. 11] is vacated and a scheduling and planning conference shall be scheduled by the Court.

     DATED this _____ day of _____, 2006.

                                          _____
                                          The Honorable Timothy M. Burgess
                                          United States District Judge

I HEREBY CERTIFY that on the 26th day of
June, 2006, a copy of the foregoing
document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

      s/Kenneth W. Legacki
_____

ORDER DENYING PROGRESSIVE'S MOTION *IN LIMINE* TO PRECLUDE
     PLAINTIFF FROM CALLING EXPERT WITNESSES
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 2