GARY A. ZIPKIN
LOUIS R. VEERMAN
JAMES D. LINXWILER
JAMES D. DEWITT
JOSEPH J. PERKINS, JR.
GEORGE R. LYLE
MICHAEL S. MCLAUGHLIN
SUSAN M. WEST
JOAN E. ROHLF
MICHAEL K. NAVE
JONATHAN A. WOODMAN
AISHA TINKER BRAY
NELLEENE A. BOOTHBY
MICHELLE D. HIGUCHI
STEVEN J. BOOKMAN
MATTHEW COOPER
CHRISTINA RANKIN
PAMELA D. WEISS
HEIDI L. DRYGAS

LAW OFFICES OF
**Guess & Rudd**
P.C.

100 CUSHMAN STREET, SUITE 500
FAIRBANKS, ALASKA 99701-4659
TELEPHONE (907) 452-8986
FACSIMILE (907) 452-7015

W. EUGENE GUESS 1932-1975
JOSEPH RUDD 1933-1978
FRANCIS E. SMITH, JR. 1941-1991

OFFICES IN
ANCHORAGE & FAIRBANKS

OF COUNSEL
MARGARET S. JONES

December 6, 2005

*VIA FACSIMILE & U.S. MAIL*

Kenneth W. Legacki, Esq.                    1-907-278-4848
425 G Street, Suite 920
Anchorage, Alaska 99501

    Re:  Weilbacher v. Progressive
         Claim No.: 017489548
         Our File No.: 5200.120

Dear Mr. Legacki:

    Thank you for faxing me Mr. Weilbacher's Preliminary Witness List and Initial Disclosures. On review of the Initial Disclosures, I note that some important information is missing.

    Pursuant to Fed. R. Civ. P. 26(a)(1)(A), please identify the subject matter that each person listed on the witness list is supposed to testify to or know.

    Pursuant to Fed. R. Civ. P. 26(a)(1)(C), please provide the computation (specifically including the amount) of damages you claim in each category of damages. Also, please identify all documents and other materials relied upon in making these computations.

    You have previously stated and I believe somewhat relied on the fact that underinsured motorist coverage was paid to Ms. Mauro, Heidi's mother, under her policy from Liberty Mutual. Pursuant to Fed. R. Civ. P. 26(a)(1)(D), please provide a copy of that policy, or confirm that the Liberty Mutual policy produced in Progressive's disclosures is a true and correct copy of that policy. Please also provide a list or copies of all the other policies under which Mr. Weilbacher recovered for the loss of his daughter with the amount he recovered.

    I note that no documents were identified except the Anchorage Police Department file. What about other

EXHIBIT __B__
Page __1__ of __2__

Kenneth W. Legacki, Esq.
December 6, 2005
Page 2

    I note that no documents were identified except the Anchorage Police Department file. What about other correspondence (to those other than your clients, of course)? Specifically, correspondence regarding Ms. Mauro's underinsured motorist claim? Correspondence with Progressive? Pursuant to Fed. R. Civ. P. 26(a)(1)(B), please produce all non-privileged correspondence in any way related to or referring to Mr. Weilbacher's claims or damages in this matter. I would appreciate actual copies of such correspondence since I am in Fairbanks and your files are in Anchorage.

    I look forward to receiving your amended or supplemental disclosures as soon as possible. Please send them to me in the Fairbanks office. Your attention to these matters is appreciated.

                                  Sincerely,
                                  GUESS & RUDD P.C.

                                  Aisha Tinker Bray

ATB/msv

cc: Jay Wesolowski, Esq.

EXHIBIT B
Page 2 of 2