

RECEIVED
JAN 0 9 2006
GUESS & RUDD

# KENNETH W. LEGACKI, P. C.
## ATTORNEY AT LAW

425 "G" STREET, SUITE 920
ANCHORAGE, ALASKA 99501

TELEPHONE: (907) 258-2422
FACSIMILE: (907) 278-4848
E-MAIL: legacki@gci.net

January 6, 2006

**VIA FACSIMILE**

Ms. Aisha Tinker Bray
Attorney at Law
Guess & Rudd, P.C.
100 Cushman Street, Suite 500
Fairbanks, AK 99701-4659

> RE:   Weilbacher vs. Progressive
> Claim No.        : 017489548
> Your File No.    : 5200.120

Dear Aisha:

I would like to depose the two Progressive individuals listed on your witness list, Danny Withers and Adam Lund. I assume we can do these after you receive the documents requested in your December 6 letter. Please let me know what your schedule is, as well as the schedules of Danny Withers and Adam Lund.

On another note, the police report is voluminous--about 5½ inches thick. Please let me know if you would like a copy of the report, which I can send to your Anchorage office for copying, or would like to review it at my office.

If you have any question, feel free to contact me.

Sincerely,

KENNETH W. LEGACKI, P.C.

Kenneth W. Legacki

KWL/ksh
cc:   Gary Zipkin, Esq.

EXHIBIT_____C_____
Page____1__ of _1__