GARY A. ZIPKIN
LOUIS R. VEERMAN
JAMES D. LINXWILER
JAMES D. DEWITT
JOSEPH J. PERKINS, JR.
GEORGE R. LYLE
MICHAEL S. MCLAUGHLIN
SUSAN M. WEST
JOAN E. ROHLF
MICHAEL K. NAVE
JONATHAN A. WOODMAN
AISHA TINKER BRAY
NELLEENE A. BOOTHBY
MATTHEW COOPER
CHRISTINA RANKIN
PAMELA D. WEISS
JOSEPH BRIAN GROSS
MOLLY C. BROWN

## LAW OFFICES OF
## Guess & Rudd P.C.

100 CUSHMAN STREET, SUITE 500
FAIRBANKS, ALASKA 99701-4659
TELEPHONE (907) 452-8986
FACSIMILE (907) 452-7015

W. EUGENE GUESS 1932-1975
JOSEPH RUDD 1933-1978
FRANCIS E. SMITH, JR. 1941-1991

OFFICES IN
ANCHORAGE & FAIRBANKS

OF COUNSEL
MARGARET S. JONES
GREGORY G. SILVEY

March 31, 2006

*VIA FACSIMILE & U.S. MAIL*

Kenneth W. Legacki, Esq.
425 G Street, Suite 920
Anchorage, Alaska 99501

Re: Weilbacher v. Progressive
Our File No.: 5200.120

Dear Ken:

This letter is to follow-up on my letter of yesterday regarding Mr. Lund's availability for his deposition. Mr. Lund, who is in the Seattle area, is *not* available on the following dates: April 3-7, April 10-13, April 18-21, April 26-27, May 2, May 9-12, May 17-18, May 23-25. His availability opens up at the end of May, but I did not inquire into availability in June.

Please give me a call next week to work on the arrangements for all the depositions.

Sincerely,
GUESS & RUDD P.C.

Aisha Tinker Bray

ATB/msv

cc: Jay Wesolowski, Progressive (Claim No. 017-489-548)

EXHIBIT G
Page 1 of 1