# KENNETH W. LEGACKI, P. C.
## ATTORNEY AT LAW

425 "G" STREET, SUITE 920
ANCHORAGE, ALASKA 99501

TELEPHONE: (907) 258-2422
FACSIMILE: (907) 278-4848
E-MAIL: legacki@gci.net

REVIEWED BY R.K.H.
CALENDARED 5/24/06

May 9, 2006

**RECEIVED**
MAY 1 1 2006
GUESS & RUDD

<u>VIA FACSIMILE</u>

Ms. Aisha Tinker Bray
Attorney at Law
Guess & Rudd, P.C.
100 Cushman Street, Suite 500
Fairbanks, AK  99701-4659

      RE:    Weilbacher vs. Progressive
               Claim No.      : 017489548
               Your File No.  : 5200.120

Dear Aisha:

    As I stated to you on the phone, my mother had a stroke and I had to fly to California for a week. I also have to leave on a trip this week to Arizona. This is to confirm that you have given Plaintiff Weilbacher an extension of time until May 26, 2006 to respond to Progressive's First Set of Discovery Requests, dated April 6, 2006. I will attempt to have the responses to you sooner. Thank you for your cooperation.

                          Sincerely,

                          KENNETH W. LEGACKI, P.C.

                          Kenneth W. Legacki

KWL/ksh
cc:   Gary Zipkin, Esq.

EXHIBIT I
Page 1 of 1