GARY A. ZIPKIN
LOUIS R. VEERMAN
JAMES D. LINXWILER
JAMES D. DEWITT
JOSEPH J. PERKINS, JR.
GEORGE R. LYLE
MICHAEL S. MCLAUGHLIN
SUSAN M. WEST
JOAN E. ROHLF
MICHAEL K. NAVE
JONATHAN A. WOODMAN
AISHA TINKER BRAY
NELLEENE A. BOOTHBY
MATTHEW COOPER
CHRISTINA RANKIN
PAMELA D. WEISS
JOSEPH BRIAN GROSS
MOLLY C. BROWN

LAW OFFICES OF
# Guess&Rudd
P.C.

100 CUSHMAN STREET, SUITE 500
FAIRBANKS, ALASKA 99701-4659
TELEPHONE (907) 452-8986
FACSIMILE (907) 452-7015

W. EUGENE GUESS 1932-1975
JOSEPH RUDD 1933-1978
FRANCIS E. SMITH, JR. 1941-1991

———

OFFICES IN
ANCHORAGE & FAIRBANKS

———

OF COUNSEL
MARGARET S. JONES
GREGORY G. SILVEY

June 1, 2006

*VIA FACSIMILE 1-907-278-4848 & U.S. MAIL*

Kenneth W. Legacki, Esq.
425 G Street, Suite 920
Anchorage, Alaska 99501

Re: Weilbacher v. Progressive
Our File No.: 5200.120

Dear Ken:

Progressive would like to take Mr. Weilbacher's video-taped deposition. For the convenience of the parties, we would like to take his deposition on Friday, July 14, 2006. Assuming Mr. Lund's and Mr. Withers' depositions are sometime on July 12th and 13th. Mr. Weilbacher's deposition will also be in Anchorage at our offices at 510 L Street. If he plans on driving up from Kenai that day, we will try to accommodate a late morning start time.

If Mr. Weilbacher is not available on July 14th, please provide his availability between now and mid-July.

Thank you for your assistance in this matter. I look forward to hearing from you soon.

Sincerely,

GUESS & RUDD P.C.

Aisha Tinker Bray

ATB/nmm

cc: Jay Wesolowski (Claim No. 017489548) (via email)

EXHIBIT____M____
Page____1____of____1____