5200.120

# KENNETH W. LEGACKI, P. C.
### ATTORNEY AT LAW

425 "G" STREET, SUITE 920
ANCHORAGE, ALASKA 99501

TELEPHONE: (907) 258-2422
FACSIMILE: (907) 278-4848
E-MAIL: legacki@gci.net

June 27, 2006

**RECEIVED**

JUL 0 3 2006

GUESS & RUDD

**VIA FACSIMILE**

Ms. Aisha Tinker Bray
Attorney at Law
Guess & Rudd, P.C.
100 Cushman Street, Suite 500
Fairbanks, AK 99701-4659

RE:   Weilbacher vs. Progressive
      Claim No.          : 017489548
      Your File No.      : 5200.120

Dear Aisha:

   With respect to Ronald Weilbacher's deposition, July is not a good month for him since the accident occurred on July 9, 2001, and his daughter's birthday is July 31.  Mr. Weilbacher is not available for a deposition in July.  He is available in August.

   I am still working on a response to your May 31, 2006 letter.

                    Sincerely,

                    KENNETH W. LEGACKI, P.C.

                    Kenneth W. Legacki

KWL/ksh
cc:   Gary Zipkin, Esq.

EXHIBIT  P
Page  1  of  1