GARY A. ZIPKIN
LOUIS R. VEERMAN
JAMES D. LINXWILER
JAMES D. DEWITT
JOSEPH J. PERKINS, JR.
GEORGE R. LYLE
MICHAEL S. MCLAUGHLIN
SUSAN M. WEST
JOAN E. ROHLF
MICHAEL K. NAVE
JONATHAN A. WOODMAN
AISHA TINKER BRAY
NELLEENE A. BOOTHBY
MATTHEW COOPER
CHRISTINA RANKIN
PAMELA D. WEISS
JOSEPH BRIAN GROSS
MOLLY C. BROWN

LAW OFFICES OF
**Guess & Rudd**
P.C.

100 CUSHMAN STREET, SUITE 500
FAIRBANKS, ALASKA 99701-4659
TELEPHONE (907) 452-8986
FACSIMILE (907) 452-7015

W. EUGENE GUESS 1932-1975
JOSEPH RUDD 1933-1978
FRANCIS E. SMITH, JR. 1941-1991

OFFICES IN
ANCHORAGE & FAIRBANKS

OF COUNSEL
MARGARET S. JONES
GREGORY G. SILVEY

June 29, 2006

VIA FACSIMILE 1-907-278-4848 & U.S. MAIL

Kenneth W. Legacki, Esq.
425 G Street, Suite 920
Anchorage, Alaska 99501

Dear Ken:

This letter is in response to your June 27, 2006 letter regarding Mr. Weilbacher's deposition. While we sympathize with Mr. Weilbacher may not want his deposition in this matter taken in July, Mr. Weilbacher's unavailability for the entire month of July is unacceptable and unrealistic.

On June 1st, we asked to schedule Mr. Weilbacher's deposition for July 14th to coincide with the depositions for Mr. Withers and Mr. Lund. From your letter, it seems that July 14th is not a date of significance for Mr. Weilbacher. If Mr. Weilbacher has a reasonable cause why he cannot be available for his deposition sometime July 12-14, 2006, please let me know immediately. Otherwise, we will notice out Mr. Weilbacher's deposition to coincide with the other depositions in this matter.

I am working on a response to your June 23, 2006 letter regarding discovery and will get it to you as soon as possible.

Sincerely,
GUESS & RUDD P.C.

Aisha Tinker Bray

ATB/nmm

cc: Jay Wesolowski

EXHIBIT Q
Page 1 of 1