# KENNETH W. LEGACKI, P. C.
### ATTORNEY AT LAW

425 "G" STREET, SUITE 920  
ANCHORAGE, ALASKA 99501

TELEPHONE: (907) 258-2422  
FACSIMILE: (907) 278-4848  
E-MAIL: legacki@gci.net

June 30, 2006

**RECEIVED**

JUL 0 3 2006

**GUESS & RUDD**

<u>**VIA FACSIMILE**</u>

Ms. Aisha Tinker Bray  
Attorney at Law  
Guess & Rudd, P.C.  
100 Cushman Street, Suite 500  
Fairbanks, AK 99701-4659

      RE:    Weilbacher vs. Progressive  
              Claim No.         : 017489548  
              Your File No.    : 5200.120

Dear Aisha:

      Needless to say, I am extremely disappointed that you will not extend to me the same courtesies and considerations that I extended you regarding the scheduling of the witnesses' depositions. When you mentioned that your witnesses were not available because of other commitments, I acquiesced and agreed to postpone the depositions until it was convenient for everyone.

      As you well know, July is the busiest month for Mr. Weilbacher, who owns a fishing resort on the Kenai River. His resort is full, he is booked every day and almost all of his clients are from outside the state. Mr. Weilbacher's work schedule does not allow him to take off during the month of July.

      In the past, you have requested that I accommodate not only your schedule, but also the schedules of your witnesses, and I acquiesced. I would expect the same courtesies and considerations from you. Mr. Weilbacher will make himself available in August for his deposition.

EXHIBIT _R_  
Page _1_ of _2_

Ms. Aisha Tinker Bray
June 30, 2006
Page 2

      Rest assured that if you notice his deposition in July, I will seek a protective order. It will be a big hardship on Mr. Weilbacher to leave his place of business in July for a deposition.

      If you want to cooperate and try to schedule something in August, we can do so. However, Mr. Weilbacher will not be showing up in July because he has business commitments and is unavailable.

                         Sincerely,

                         KENNETH W. LEGACKI, P.C.

                         Kenneth W. Legacki

KWL/ksh
cc:    Gary Zipkin, Esq.

EXHIBIT R
Page 2 of 2