GARY A. ZIPKIN
LOUIS R. VEERMAN
JAMES D. LINXWILER
JAMES D. DEWITT
JOSEPH J. PERKINS, JR.
GEORGE R. LYLE
MICHAEL S. MCLAUGHLIN
SUSAN M. WEST
JOAN E. ROHLF
MICHAEL K. NAVE
JONATHAN A. WOODMAN
AISHA TINKER BRAY
NELLEENE A. BOOTHBY
MATTHEW COOPER
CHRISTINA RANKIN
PAMELA D. WEISS
JOSEPH BRIAN GROSS
MOLLY C. BROWN

LAW OFFICES OF
**Guess&Rudd**
P.C.

100 CUSHMAN STREET, SUITE 500
FAIRBANKS, ALASKA 99701-4659
TELEPHONE (907) 452-8986
FACSIMILE (907) 452-7015

W. EUGENE GUESS 1932-1975
JOSEPH RUDD 1933-1978
FRANCIS E. SMITH, JR. 1941-1991

OFFICES IN
ANCHORAGE & FAIRBANKS

OF COUNSEL
MARGARET S. JONES
GREGORY G. SILVEY

June 30, 2006

*VIA FACSIMILE 1-907-278-4848 & U.S. MAIL*

Kenneth W. Legacki, Esq.
425 G Street, Suite 920
Anchorage, Alaska 99501

Dear Ken:

This letter is in response to your June 30, 2006 letter regarding Mr. Weilbacher's deposition.

Your June 27, 2006 letter stated only that July was "not a good month" for Mr. Weilbacher as the justification for putting off his deposition until August. Now, in a condescending retort, you finally provide that the "real reason" Mr. Weilbacher is unavailable for the entire month of July is the operation of his fishing resort on the Kenai River. Something you never bothered to mention before, and something that actually, reasonably relates to scheduling issues.

Your letter suggests that Mr. Weilbacher is not coming to Anchorage for the depositions of Mr. Withers and Mr. Lund. Although it seems odd that he would not participate in the discovery he believes is so vital to his case, please confirm that he will not be present. Otherwise, we can schedule his deposition for the afternoon of one of those days.

Again, you insist that Mr. Weilbacher is unavailable for the entire month. Does Mr. Weilbacher run the entire resort by himself? He does not have anyone to assist him for even one afternoon or morning? Contrary to your suggestions, I know nothing about Mr. Weilbacher's business or his work schedule.

I proposed to take Mr. Weilbacher's deposition in conjunction with the other depositions in this matter to lessen the inconvenience to the parties. Progressive is amendable to taking his deposition either afternoon of July 12th or July 13th or anytime on July 14th. It is illogical that Mr. Weilbacher will suffer great hardship by having to come to Anchorage for one day or one afternoon for his deposition.

EXHIBIT __S__
Page __1__ of __2__

Notably, in this case you have repeatedly accused Progressive of delaying and obstructing discovery. Yet, you have sought and obtained numerous extensions due to your personal schedule. In fact, nothing could be accomplished in the month of June due entirely to your schedule. Now, when Progressive tries to move this case forward and complete discovery within the pretrial deadlines, you refuse to cooperate. Instead, you insist that Mr. Weilbacher cannot be troubled with his deposition for the entire month of July. It is either "not a good month" or he is "too busy."

It is hard to believe that Mr. Weilbacher is unavailable every day in July. However, if that is truly the case, please provide the reason for his unavailability for every day, specifically including July 12-14. Otherwise, Progressive will set his deposition in conjunction with the depositions already scheduled.

                              Sincerely,
                              GUESS & RUDD P.C.

                              Aisha Tinker Bray

ATB/nmm

cc: Jay Wesolowski, Esq.

EXHIBIT 5
Page 2 of 2