RECEIVED
JUN 0 5 2006
GUESS & RUDD

# KENNETH W. LEGACKI, P. C.
## ATTORNEY AT LAW

425 "G" STREET, SUITE 920
ANCHORAGE, ALASKA 99501

TELEPHONE: (907) 258-2422
FACSIMILE: (907) 278-4848
E-MAIL: legacki@gci.net

June 2, 2006

**VIA FACSIMILE**

Ms. Aisha Tinker Bray
Attorney at Law
Guess & Rudd, P.C.
100 Cushman Street, Suite 500
Fairbanks, AK 99701-4659

      RE: Weilbacher vs. Progressive
           Claim No.     : 017489548
           Your File No.    : 5200.120

Dear Aisha:

My June depositions in another matter have been canceled because the case settled. Please let me know if Danny Withers and you or Gary Zipkin are available to depose Mr. Withers during the weeks of June 12 or June 19, 2006.

I will contact Mr. Weilbacher and let you know next week about his availability for a deposition.

                      Sincerely,

                      KENNETH W. LEGACKI, P.C.

                      Kenneth W. Legacki

KWL/ksh
cc:    Gary Zipkin, Esq.

EXHIBIT N
Page 1 of 1