# KENNETH W. LEGACKI, P.C.
## ATTORNEY AT LAW

425 "G" STREET, SUITE 920
ANCHORAGE, ALASKA 99501

RECEIVED
JUL 0 5 2006
GUESS & RUDD

TELEPHONE: (907) 258-2422
FACSIMILE: (907) 278-4848
E-MAIL: legacki@gci.net

July 3, 2006

**VIA FACSIMILE**

Ms. Aisha Tinker Bray
Attorney at Law
Guess & Rudd, P.C.
100 Cushman Street, Suite 500
Fairbanks, AK 99701-4659

RE:  Weilbacher vs. Progressive
     Claim No.      : 017489548
     Your File No.  : 5200.120

Dear Aisha:

In response to your June 30 letter concerning the deposition of Ronald Weilbacher, Mr. Weilbacher works from 5:30 a.m. to 10:00 p.m. seven days a week during June, July and August, either guiding, attending to his guests' needs, or managing the resort. July is an especially busy month due to the second run of King salmon on the Kenai River and Mr. Weilbacher is completely booked. Mr. Weilbacher will be available for a deposition in mid-August and he will not be attending the depositions of Danny Withers and Adam Lund in July.

Sincerely,

KENNETH W. LEGACKI, P.C.

*Ken Legacki /ksh*

Kenneth W. Legacki

KWL/ksh
cc:  Gary Zipkin, Esq.

EXHIBIT U
Page 1 of 1