Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| PROGRESSIVE NORTHWESTERN | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) Case No. 3:05-cv-0204-TMB |
| _____ | ) |

**(PROPOSED) ORDER GRANTING
<u>PLAINTIFF'S MOTION TO COMPEL DISCOVERY</u>**

Plaintiff Ronald Weilbacher having moved this Court for an order compelling Defendant Progressive to produce business records that are in defendant's possession, and the Court having considered the parties' memoranda and being duly

advised in the premises,

IT IS HEREBY ORDERED Plaintiff's Motion to Compel Discovery is granted and Defendant Progressive is to produce the requested documents within _____ days from the date of service of this Order.

IT IS FURTHER ORDERED the October 31, 2005 Scheduling and Planning Order [Docket No. 11] is vacated and a scheduling and planning conference shall be scheduled by the Court.

DATED this _____ day of _____, 2006.

_____
The Honorable Timothy M. Burgess
United States District Judge

I HEREBY CERTIFY that on the 14th day of July, 2006, a copy of the foregoing document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

_____s/Kenneth W. Legacki_____

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 2