Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| PROGRESSIVE NORTHWESTERN | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) Case No. 3:05-cv-0204-TMB |
| | ) |

**GOOD FAITH CERTIFICATE**
**RE: PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

All counsel certify that they have conferred in good faith to resolve

the issues in question and that it is necessary to file Plaintiff's Motion to Compel

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

Discovery, dated July 14, 2006.

The motion is opposed by Defendant Progressive Northwestern Insurance Company.

The parties agree that oppositions to the motion and any reply are to be served and filed as provided in D. Ak. LR 7.1.

DATED this 14th day of July, 2006.

                KENNETH W. LEGACKI, P.C.
                Attorney for Plaintiff


                By    s/Kenneth W. Legacki
                     Kenneth W. Legacki
                     Alaska Bar No. 8310132
                     425 G Street, Suite 920
                     Anchorage, AK  99501
                     Phone: (907) 258-2422
                     Fax: (907) 278-4848
                     E-mail: legacki@gci.net


                GUESS & RUDD P.C.
                Attorneys for Defendant


                By    s/Aisha Tinker Bray
                     Aisha Tinker Bray
                     Alaska Bar No. 9505028
                     100 Cushman Street, Suite 500
                     Fairbanks, AK  99701
                     Phone:  (907) 452-8986
                     Fax:  (907) 452-7015
                     E-mail: atbray@guessrudd.com

GOOD FAITH CERTIFICATE RE: PLAINTIFF'S MOTION TO COMPEL DISCOVERY
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 3

I HEREBY CERTIFY that on the 14th day of July, 2006, a copy of the foregoing document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

      s/Kenneth W. Legacki

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

GOOD FAITH CERTIFICATE RE: PLAINTIFF'S MOTION TO COMPEL DISCOVERY
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 3 of 3