Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER,       )<br>                             )<br>        Plaintiff,          )<br>                             )<br>    v.                       )<br>                             )<br>PROGRESSIVE NORTHWESTERN     )<br>INSURANCE COMPANY,           )<br>                             )<br>        Defendant.           )<br>_____) | 3:05-cv-204-TMB |

PROGRESSIVE'S MOTION TO AMEND ANSWER

Defendant Progressive Northwestern Insurance Company ("Progressive"), by and through its attorneys, Guess & Rudd P.C., moves to amend its answer to add the affirmative defense of advice of counsel for the reasons set forth in the memorandum in support of this motion filed herewith.

DATED at Fairbanks, Alaska, this 17th day of July, 2006.

          GUESS & RUDD P.C.
          Attorneys for Progressive
          Northwestern Insurance Company

      By:  /s/Aisha Tinker Bray
          Guess & Rudd P.C.
          100 Cushman Street, Suite 500
          Fairbanks, Alaska  99701
          Phone: 907-452-8986
          Fax:   907-452-7015
          Email: atbray@guessrudd.com
          Alaska Bar No. 9505028

<u>CERTIFICATE OF SERVICE</u>
I hereby certify that on the
17th day of July, 2006, a copy
of the foregoing document was served
<u>electronically</u> on:

Kenneth A Legacki, Esq.

Guess & Rudd P.C.

By:    /s/Aisha Tinker Bray

USDC Case No. 3:05-cv-204-TMB   <u>Weilbacher v. Progressive</u>
Progressive's Motion to Amend Answer
Page 2 of 2