Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER,     )<br>                           )<br>      Plaintiff,          )<br>                           )<br>   v.                      )<br>                           )<br>PROGRESSIVE NORTHWESTERN   )<br>INSURANCE COMPANY,         )<br>                           )<br>      Defendant.           )<br>_____) | 3:05-cv-204-TMB |

**PROPOSED**
<u>ORDER GRANTING MOTION TO AMEND ANSWER</u>

Defendant Progressive Northwestern Insurance Company ("Progressive"), having moved this court for an order to amend its affirmative defenses, and the court being duly advised in the premises,

IT IS HEREBY ORDERED that Progressive's motion is GRANTED.  Progressive's Amended Answer lodged on July 17, 2006 with its motion as Exhibit C is hereby accepted and filed as of the date of this order.

DATED at Anchorage, Alaska, this _____ day of _____, 2006.

_____
Honorable Timothy M. Burgess
Chief Judge U.S. District Court

CERTIFICATE OF SERVICE
I hereby certify that on the
17th day of July, 2006, a copy
of the foregoing document was served
electronically on:

Kenneth A Legacki, Esq.

Guess & Rudd P.C.

By:   /s/Aisha Tinker Bray