IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RONALD V. WEILBACHER, )
           Plaintiff, )
   v. )
PROGRESSIVE NORTHWESTERN )
INSURANCE COMPANY, )
           Defendant. )
                             ) Case No. 3:05-cv-204 (TMB)

## PROGRESSIVE'S FOURTH SUPPLEMENTAL DISCLOSURES

Defendant Progressive Northwestern Insurance Company ("Progressive"), by and through its attorneys, Guess & Rudd P.C., supplements its Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(e) as follows:

(A) <u>Individuals Likely To Have Discoverable Information</u>:

    1.   Daniel T. Quinn, Esq.
           Richmond & Quinn
           360 K Street, Suite 200
           Anchorage, Alaska 99501
           Phone: (907) 276-5727

Mr. Quinn is expected to testify regarding his conversation with Danny Withers regarding plaintiff's claim.

OFFICES OF
Guess & Rudd P.C.
USHMAN STREET
SUITE 500
BANKS, ALASKA
99701-4659
(907) 452-8986

EXHIBIT B
Page 1 of 3

(B)   **Documents And Tangible Items Relevant To Disputed Facts:**

1. Copies of Bates Nos. 100,333A and 100,334A are attached hereto. These are unredacted copies of 100,333 and 100,334 and were originally produced to plaintiff's counsel by hand delivery on July 12, 2006 at the deposition of Danny Withers.

2. Copies of (a) the Supplemental Brief of Appellee Progressive Preferred Insurance Company dated May 17, 2001; (b) the Reply to Appellee's Supplemental Brief dated May 28, 2001; and (c) the Reply of Progressive Preferred Insurance Company to Appellant's Supplemental Brief dated May 29, 2001 in <u>Wold et al. v. Progressive Preferred Ins. Co.</u>, Supreme Court No. S-09775, were produced to plaintiff's counsel by hand delivery on July 12, 2006 following the deposition of Danny Withers.

3. A copy of the Claim Payment Inquiry, Bates No. 100,447, is attached hereto.

DATED at Fairbanks, Alaska, this 13th day of July, 2006.

GUESS & RUDD P.C.
Attorneys for Progressive
Northwestern Insurance Company

By: *Aisha T Bray*
Aisha Tinker Bray
Alaska Bar No. 9505028

CERTIFICATE OF SERVICE
I hereby certify that on the
13th day of July, 2006, I
mailed a true and correct
copy of the foregoing document
to the following counsel of record:

Kenneth W. Legacki, Esq.
425 G Street, Suite 920
Anchorage, Alaska  99501

Guess & Rudd P.C.

By: *Naomi Marley*
Naomi M. Marley

LAW OFFICES OF
Guess & Rudd P.C.
CUSHMAN STREET
SUITE 500
FAIRBANKS, ALASKA
99701-4859
(907) 452-8986

USDC Case No. 3:05-cv-204 (TMB)   Weilbacher v. Progressive
Progressive's Fourth Supplemental Disclosures
Page 3 of 3

EXHIBIT B
Page 3 of 3