Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER,                   )<br>)<br>            Plaintiff,          )<br>)<br>  vs.                                  )<br>)<br>)<br>PROGRESSIVE NORTHWESTERN   )<br>INSURANCE COMPANY,                 )<br>)<br>            Defendant.         ) | Case No. 3:05-cv-0204-TMB |

**(PROPOSED)**
**ORDER GRANTING PROGRESSIVE'S**
**<u>MOTION TO AMEND ANSWER</u>**

Defendant Progressive Northwestern Insurance Company having moved this Court for leave to amend its answer to add an affirmative defense of

advice of counsel, and the Court having considered the memoranda of the parties and being duly advised in the premises,

IT IS HEREBY ORDERED Progressive's Motion to Amend Answer [Docket No. 49] is granted.

IT IS FURTHER ORDERED the October 31, 2005 Scheduling and Planning Order [Docket No. 11] is vacated and the Court shall set a scheduling conference prior to the entry of a new scheduling and planning order.

DATED this _____ day of _____, 2006.

_____
The Honorable Timothy M. Burgess
United States District Judge

I HEREBY CERTIFY that on the 19th day of July, 2006, a copy of the foregoing document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

_____s/Kenneth W. Legacki_____

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

ORDER GRANTING PROGRESSIVE'S MOTION TO AMEND ANSWER
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 2