Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| PROGRESSIVE NORTHWESTERN | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) Case No. 3:05-cv-0204-TMB |
| | ) |

**SUPPLEMENT TO
PLAINTIFF'S OPPOSITION TO MOTION *IN LIMINE*
TO PRECLUDE PLAINTIFF FROM CALLING EXPERT WITNESSES**

Plaintiff Ronald Weilbacher hereby supplements his opposition

[Docket No. 41] to Progressive's motion to preclude plaintiff from calling an expert [Docket No. 32] with Progressive's Fourth Supplemental Disclosures attached hereto as Exhibit 10.  The disclosures now list an attorney who was the lead attorney in the Wold v. Progressive case as a witness in the Weilbacher v. Progressive matter, and they now admit that the information requested by Weilbacher is relevant material.

Previously, Progressive took the position that the Wold v. Progressive matter had no relevance and also asserted the attorney-client privilege regarding the Wold v. Progressive information.  Furthermore, Progressive has now submitted documents regarding the Wold v. Progressive matter and notes of conversations with the attorney who represented Progressive in the Wold matter, Dan Quinn, with his opinion regarding the Weilbacher matter.

It is obvious that more discovery needs to be conducted, including examination of the Wold v. Progressive file, as well as deposing Dan Quinn, the attorney for Progressive in the Wold matter, in order to obtain information to submit to an expert for review.

When Plaintiff Weilbacher filed his opposition to the motion to preclude, he argued that Progressive was withholding information which he needed to provide to an expert for an opinion, and Progressive's supplemental

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

SUPPLEMENT TO PLAINTIFF'S OPPOSITION TO MOTION *IN LIMINE* TO PRECLUDE PLAINTIFF FROM CALLING EXPERT WITNESSES
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 3

discovery and the recent change in defense tactics by Progressive validates Plaintiff Weilbacher's assertion that the information Weilbacher sought was relevant and should have been produced so that it could be provided to his expert to review.

DATED this 20th day of July, 2006, at Anchorage, Alaska.

> KENNETH W. LEGACKI, P.C.
> Attorney for Plaintiff
>
> By   s/Kenneth W. Legacki
>    Kenneth W. Legacki
>    Alaska Bar No. 8310132
>    425 G Street, Suite 920
>    Anchorage, AK  99501
>    Phone: (907) 258-2422
>    Fax: (907) 278-4848
>    E-mail: legacki@gci.net

I HEREBY CERTIFY that on the 20th day of
July, 2006, a copy of the foregoing
document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

        s/Kenneth W. Legacki

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

SUPPLEMENT TO PLAINTIFF'S OPPOSITION TO MOTION *IN LIMINE* TO PRECLUDE PLAINTIFF FROM CALLING EXPERT WITNESSES
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 3 of 3