Aisha Tinker Bray
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Anchorage, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PROGRESSIVE NORTHWESTERN ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | 3:05-cv-204-TMB |

REQUEST FOR ORAL ARGUMENT ON PENDING ISSUES

Progressive Northwestern Insurance Company ("Progressive"), by and through its attorneys, Guess & Rudd P.C., hereby requests a hearing and oral argument on Progressive's Motion *In Limine* to Preclude Plaintiff from Calling Expert Witnesses (DE#32-33), Plaintiff's Motion to Compel Discovery (DE#46), and Progressive's Motion to Amend (DE# 49-50).  Progressive does not anticipate calling any witnesses at such hearing.

DATED at Fairbanks, Alaska, this 21st day of July, 2006.

                                GUESS & RUDD P.C.
                                Attorneys for Progressive
                                Northwestern Insurance Company

                    By:     s/Aisha Tinker Bray
                                Guess & Rudd P.C.
                                100 Cushman Street, Suite 500
                                Fairbanks, Alaska  99701
                                Phone: 907-452-8986
                                Fax:   907-452-7015
                                Email: atbray@guessrudd.com
                                Alaska Bar No. 9505028

CERTIFICATE OF SERVICE
I hereby certify that on the
21st day of July, 2006, a copy
of the foregoing document was served
electronically on:

Kenneth A Legacki, Esq.

Guess & Rudd P.C.

By:   s/Aisha Tinker Bray

Case No. 3:05-cv-204-JWS   Weilbacher v. Progressive Northwestern Ins. Co.
Request for Oral Argument on Progressive's Motion to Preclude Plaintiff from Calling Expert Witnesses
Page 2 of 2