```
.) PRODUC~1.ZWS - PASSPORT                                    ugust 22, 2005, 14:02:48

MSD4712   /CMSM4712              P A C M A N              AUG 22 05 - 17:02
PID: AXA0070                 FACE SHEET NOTE INQUIRY      TERMID: VT650506
NSD: WEILBACHER, RON V                                    POL: 65824951-0
OL : JUL 09 01   OH-LEGAL -LIT-    CLM: 017489548 OPEN    REP: J WESOLOWSKI
                                   FACE SHEET NOTE CODE*

-DG MAR 31 05 - 03:32 PM ET DCW0003 /DCW0003
RROR/ FEATURE SHOULD NOT BE OPEN FOR HEIDI/ W.D. CLAIM / HAS BEEN
ESOLVED. FATHER IS NOW PRESENTING NIED CLAIM, WHICH IS SUBJ. TO SEPERATE
I LIMIT/ UM, SINCE ALL LIAB COV. HAS BEEN EXHAUSTED.
-CV APR 14 05 - 01:30 PM ET DCW0003 /DCW0003
/13, CALLED ATTY AND ADVISED HIM THAT PROG. AGREES THAT NI DOES HAVE
IM COVERAGE, BUT ANY CLAIMS FOR NIED/ DO NOT MEET THE ELEMENTS AS SET OUT
N AK CASE LAW. HE SAYS HIS CLIENT HAS CLAIM FOR LOSS OF SOCIETY, AND LOSS
F CONSORTIUM. I TOLD HIM THESE ARE DERIVATIVE OF THE W.D. LIMIT, AND
HERE CAN BE NO DIRECT CLAIM. HE THINKS TEEL V. PROGRESSIVE/ GIVES AUTHORITY
OR DIRECT CLAIM FOR LOSS OF CONSORTIUM.
                    REDACTED                          REDACTED
-LI MAY 16 05 - 08:18 PM ET DCW0003 /DCW0003

DD- REP:            DUE DATE: AUG 22 05    MSG:
912770 MORE DATA                                                           *
OMMAND: ACTIVT
```

100333

EXHIBIT D
Page 1 of 2

```
A) PRODUC~1.ZWS - PASSPOR                                      ugust 22, 2005, 14:02:50

CMSD4712  /CMSM4712              P A C M A N              AUG 22 05 - 17:02
OPID: AXA0070                 FACE SHEET NOTE INQUIRY     TERMID: VT650506
INSD: WEILBACHER, RON V                                   POL: 65824951-0
DOL : JUL 09 01   OH-LEGAL -LIT-   CLM: 017489548 OPEN    REP: J WESOLOWSKI
                                   FACE SHEET NOTE CODE*

T-LI MAY 16 05 - 08:18 PM ET DCW0003 /DCW0003
DENIED LIABILITY FOR NIED CLAIMS/ PER CURRENT CASE LAW IN AK.
T-CV JUN 26 05 - 03:52 PM ET DCW0003 /DCW0003
LETTER FROM ATTY/ HE CONTINUES TO ALLEGE DIRECT CLAIM UNDER AS09.15.010
WHICH GIVES PARENT A SEPERATE AND INDEPEN. CAUSE OF ACTION FOR DAMAGES
DUE TO DEATH OF A CHILD. HE ALSO CITES GILLESPIE V. BETA CONST. OUR ARGUMENT
IS THAT ALTHOUGH THIS DOES GIVE CLAIM TO PARENT, IT IS DERIVATIVE OF THE
W.D. CLAIM PER CONTRACT. AS09.15.010 SIMPLY ALLOWS PARENT TO PURSUE CLAIM.
  ALLSTATE V. TEEL, DOES NOT CHANGE THIS.           REDACTED

     REDACTED
T-CT JUN 30 05 - 03:35 PM ET DCW0003 /DCW0003

T-CV JUL 26 05 - 04:43 PM ET DCW0003 /DCW0003
     REDACTED

DD- REP:           DUE DATE: AUG 22 05   MSG:
912770 MORE DATA                                                          *
COMMAND: ACTIVT
```

100334

EXHIBIT D
Page 2 of 2