## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1**: Please admit that in this action you are seeking damages only under AS 09.15.010 for loss of consortium/loss of society based on Heidi's death.

**ANSWER TO REQUEST FOR ADMISSION NO. 1**: Admit.

**REQUEST FOR ADMISSION NO. 2**: Please admit that you are not making a claim for negligent infliction of emotional distress (NIED) in this case.

**ANSWER TO REQUEST FOR ADMISSION NO. 2**: Admit.

**REQUEST FOR ADMISSION NO. 3**: Please admit that on or about February 24, 2004, Progressive paid the full policy limits for UIMBI for the claim of the Estate of Heidi Weilbacher and the related, derivative claims of yourself and Cathie Mauro.

**ANSWER TO REQUEST FOR ADMISSION NO. 3**: Deny.

**REQUEST FOR ADMISSION NO. 4**: Please admit that Progressive denied your claim for a separate, additional policy limit of UIMBI coverage on the grounds that such claim under AS 09.15.010 for loss of consortium/loss of society was within the same "each person" policy limit as defined by the policy as the UIMBI claims Progressive had already paid in February 2004.

**ANSWER TO REQUEST FOR ADMISSION NO. 4**: Deny; Plaintiff Weilbacher does not know what Progressive was thinking when it denied the claim.

neth W. Legacki, P.C.
G Street, Suite 920
horage, AK 99501
phone: (907) 258-2422
simile: (907) 278-4848

PLAINTIFF'S RESPONSES TO PROGRESSIVE'S FIRST SET OF DISCOVERY REQUESTS
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 18 of 20

EXHIBIT A
Page 1 of 2

**REQUEST FOR ADMISSION NO. 5**: Please admit that you received one-third of $92,362.50 (or $30,787.50) from Allstate on your claim against the driver of the vehicle Robert Esper.

**ANSWER TO REQUEST FOR ADMISSION NO. 5**: Deny.

**REQUEST FOR ADMISSION NO. 6**: Please admit that you received one-third of $112,500 (or $37,500) from Liberty Mutual on your UIMBI claim.

**ANSWER TO REQUEST FOR ADMISSION NO. 6**: Deny.

**REQUEST FOR ADMISSION NO. 7**: Please admit that you received one-third of $117,256 (or $39,085.33) from Progressive under this policy on your earlier UIMBI claim.

**ANSWER TO REQUEST FOR ADMISSION NO. 7**: Deny.

DATED this 26th day of May, 2006, at Anchorage, Alaska.

KENNETH W. LEGACKI, P.C.
Attorney for Plaintiff

By _____
Kenneth W. Legacki
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK 99501
Phone: (907) 258-2422
Fax: (907) 278-4848
E-mail: legacki@gci.net

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S RESPONSES TO PROGRESSIVE'S FIRST SET OF DISCOVERY REQUESTS
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 19 of 20

EXHIBIT A
Page 2 of 2