Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PROGRESSIVE NORTHWESTERN ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. 3:05-cv-204 (TMB) |

PROGRESSIVE'S THIRD SUPPLEMENTAL DISCLOSURES

Defendant Progressive Northwestern Insurance Company ("Progressive"), by and through its attorneys, Guess & Rudd P.C., supplements its Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(e) as follows:

(B) Documents And Tangible Items Relevant To Disputed Facts:

1. A copy of the State of Alaska, Division of

EXHIBIT  D
Page  1  of  2

Insurance file for Form No. 9607 AK (08/99) is attached hereto at Bates Nos. 200,000 – 200,373.

DATED at Fairbanks, Alaska, this 22nd day of May, 2006.

GUESS & RUDD P.C.
Attorneys for Progressive
Northwestern Insurance Company

By: *(signed)* Aisha T Bray
Aisha Tinker Bray
Alaska Bar No. 9505028

CERTIFICATE OF SERVICE
I hereby certify that on the
22nd day of May, 2006, I
mailed a true and correct
copy of the foregoing document
to the following counsel of record:

Kenneth W. Legacki, Esq.
425 G Street, Suite 920
Anchorage, Alaska 99501

Guess & Rudd P.C.
By: *(signed)* Naomi Marley
Naomi M. Marley

USDC Case No. 3:05-cv-204 (TMB)   Weilbacher v. Progressive
Progressive's Third Supplemental Disclosures
Page 2 of 2

EXHIBIT D
Page 2 of 2