GARY A. ZIPKIN
LOUIS R. VEERMAN
JAMES D. LINXWILER
JAMES D. DEWITT
JOSEPH J. PERKINS, JR.
GEORGE R. LYLE
MICHAEL S. MCLAUGHLIN
SUSAN M. WEST
JOAN E. ROHLF
MICHAEL K. NAVE
JONATHAN A. WOODMAN
AISHA TINKER BRAY
NELLEENE A. BOOTHBY
MATTHEW COOPER
CHRISTINA RANKIN
PAMELA D. WEISS
JOSEPH BRIAN GROSS
MOLLY C. BROWN

LAW OFFICES OF
**Guess&Rudd**
P.C.

100 CUSHMAN STREET, SUITE 500
FAIRBANKS, ALASKA 99701-4659
TELEPHONE (907) 452-8986
FACSIMILE (907) 452-7015

W. EUGENE GUESS 1932-1975
JOSEPH RUDD 1933-1978
FRANCIS E. SMITH, JR. 1941-1991

OFFICES IN
ANCHORAGE & FAIRBANKS

OF COUNSEL
MARGARET S. JONES
GREGORY G. SILVEY

July 5, 2006

*VIA FACSIMILE 1-907-278-4848 & U.S. MAIL*

Kenneth W. Legacki, Esq.
425 G Street, Suite 920
Anchorage, Alaska 99501

Re: Weilbacher v. Progressive
File No.: 5200.120

Dear Ken:

Based on your recent correspondence, Progressive understands that you will likely file a motion to prevent Mr. Weilbacher's deposition in July. Before doing so, however, I ask that you review the history of correspondence regarding Mr. Weilbacher's deposition and the present deadlines in this matter. Progressive has been trying to set Mr. Weilbacher's deposition since March/April and has no choice but to take Mr. Weilbacher's in July.

Progressive initially requested Mr. Weilbacher's availability for his deposition on March 31, 2006. The request was ignored. On June 1, 2006, Progressive then suggested setting Mr. Weilbacher's deposition on July 14th in conjunction with Mr. Withers' and Mr. Lund's depositions. Again, Progressive was ignored. Your personal circumstances then made June depositions and communication impossible. At the end of June when Progressive again inquired about Mr. Weilbacher's deposition in July, you for the first time stated that Mr. Weilbacher is simply too busy to bother with his deposition during June, July, or August.

It appears that Mr. Weilbacher does not take this litigation seriously. He should. Mr. Weilbacher should take this litigation at least as seriously as he does his business. It is completely unreasonable that Mr. Weilbacher cannot find someone to cover for him for one day — or even part of one day — so that his deposition may be taken in a timely manner.

EXHIBIT __E__
Page __1__ of __5__

However, Progressive has no choice but to set Mr. Weilbacher's deposition in July. Pursuant to the court's October 31, 2005, Scheduling and Planning Order, discovery closes July 28, 2006. Progressive must take Mr. Weilbacher's deposition before the close of discovery. As such, enclosed is a Notice of Taking Deposition of Ronald V. Weilbacher.

Alternatively, to accommodate Mr. Weilbacher's alleged work schedule, Progressive will agree to take Mr. Weilbacher's deposition outside the close of discovery in mid-August if, and only if, you/Mr. Weilbacher stipulate and agree that the <u>only</u> discovery that will be conducted after the close of discovery on July 28, 2006 will be Mr. Weilbacher's deposition <u>and</u> you/Mr. Weilbacher will not seek an extension of the current close of discovery for any reason. If you/Mr. Weilbacher agree, please provide the dates in mid-August when Mr. Weilbacher is available and I will re-notice his deposition accordingly.

Please let me know Mr. Weilbacher's position as soon as possible.

> Sincerely,
> GUESS & RUDD P.C.
>
> *Aisha T Bray*
> Aisha Tinker Bray

ATB/nmm

cc: Jay Wesolowski, Esq. (Claim No. 017489548)

Enclosure: Notice of Taking Deposition of Ronald V. Weilbacher

EXHIBIT __E__
Page __2__ of __5__

# KENNETH W. LEGACKI, P. C.
## ATTORNEY AT LAW

425 "G" STREET, SUITE 920  
ANCHORAGE, ALASKA 99501

TELEPHONE: (907) 258-2422  
FACSIMILE: (907) 278-4848  
E-MAIL: legacki@gci.net

July 7, 2006

**VIA FACSIMILE**

Ms. Aisha Tinker Bray  
Attorney at Law  
Guess & Rudd, P.C.  
100 Cushman Street, Suite 500  
Fairbanks, AK 99701-4659

    RE:    Weilbacher vs. Progressive  
           Claim No. : 017489548  
           Your File No. : 5200.120

Dear Ms. Bray:

    Mr. Legacki is out of the office at the present time, but he asked me to let you know, in response to your July 5 letter, that Ronald Weilbacher would like you to reschedule his deposition for August 21, 2006.

                            Sincerely,

                            Karen Hayes  
                          Karen Hayes  
                          Assistant to Kenneth W. Legacki

cc:    Gary Zipkin, Esq.

EXHIBIT __E__  
Page __3__ of __5__

TOTAL P.02

GARY A. ZIPKIN
LOUIS R. VEERMAN
JAMES D. LINXWILER
JAMES D. DEWITT
JOSEPH J. PERKINS, JR.
GEORGE R. LYLE
MICHAEL S. MCLAUGHLIN
SUSAN M. WEST
JOAN E. ROHLF
MICHAEL K. NAVE
JONATHAN A. WOODMAN
AISHA TINKER BRAY
NELLEENE A. BOOTHBY
MATTHEW COOPER
CHRISTINA RANKIN
PAMELA D. WEISS
JOSEPH BRIAN GROSS
MOLLY C. BROWN

LAW OFFICES OF
**Guess & Rudd**
P.C.

100 CUSHMAN STREET, SUITE 500
FAIRBANKS, ALASKA 99701-4659
TELEPHONE (907) 452-8986
FACSIMILE (907) 452-7015

W. EUGENE GUESS 1932-1975
JOSEPH RUDD 1933-1978
FRANCIS E. SMITH, JR. 1941-1991

OFFICES IN
ANCHORAGE & FAIRBANKS

OF COUNSEL
MARGARET S. JONES
GREGORY G. SILVEY

July 7, 2006

*VIA FACSIMILE 1-907-278-4848 & U.S. MAIL*

Kenneth W. Legacki, Esq.
425 G Street, Suite 920
Anchorage, Alaska 99501

> Re: Weilbacher v. Progressive
> File No.: 5200.120

Dear Ken:

Based on my letter of July 5, 2006 and Ms. Hayes' letter in response of July 7, 2005 on your behalf, I will re-notice Mr. Weilbacher's deposition for August 21, 2006 at 9:00 a.m.

I am assuming based on Ms. Hayes' letter, providing only a new date for Mr. Weilbacher's deposition, that you and Mr. Weilbacher fully agree to the terms outlined in my July 5, 2006 letter. Specifically, you agree that the only discovery that will be conducted after the close of discovery on July 28, 2006 is Mr. Weilbacher's deposition on August 21, 2006 and you/Mr. Weilbacher will not seek an extension of the current close of discovery deadline for any reason.

**If my assumption is incorrect, please notify me immediately.**

Sincerely,
GUESS & RUDD P.C.

*Aisha J Bray*
Aisha Tinker Bray

ATB/nmm

cc: Jay Wesolowski, Esq. (Claim No. 017489548)

EXHIBIT **E**
Page **4** of **5**

# KENNETH W. LEGACKI, P. C.
## ATTORNEY AT LAW

425 "G" STREET, SUITE 920
ANCHORAGE, ALASKA 99501

TELEPHONE: (907) 258-2422
FACSIMILE: (907) 278-4848
E-MAIL: legacki@gci.net

July 11, 2006

**VIA FACSIMILE**

Ms. Aisha Tinker Bray
Attorney at Law
Guess & Rudd, P.C.
100 Cushman Street, Suite 500
Fairbanks, AK 99701-4659

RE: Weilbacher vs. Progressive
Claim No. : 017489548
Your File No. : 5200.120

Dear Aisha:

In response to your July 7, 2006 letter, I would like to clarify one point. Your assumption that I would not request an extension of discovery is in error. As you know, Progressive has withheld discovery from me and I intend to file a motion to compel. I am also seeking to vacate the pretrial dates because of the delay in Progressive producing discovery.

As I stated to you before, July is Mr. Weilbacher's busiest month at work and he is not available in July, without undue hardship, since he is the sole proprietor of the business. There is no one else to take over for him while he is gone. Rest assure, I will not agree to any other terms in exchange for you agreeing to change the date of Ronald Weilbacher's deposition.

Sincerely,

KENNETH W. LEGACKI, P.C.

Kenneth W. Legacki

KWL/ksh
cc: Gary Zipkin, Esq.

EXHIBIT E
Page 5 of 5

TOTAL P.02