Aisha Tinker Bray
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PROGRESSIVE NORTHWESTERN ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| _____) | 3:05-cv-204-TMB |

**PROPOSED**
ORDER DENYING PLAINTIFF'S MOTION TO COMPEL

Plaintiff Ronald V. Weilbacher having moved to compel responses to his First Set of Discovery Requests, Progressive Northwestern Insurance Company ("Progressive") having opposed such motion, and the court being duly advised in the premises,

IT IS HEREBY ORDERED that plaintiff's Motion to Compel Discovery is DENIED.

DATED at Anchorage, Alaska, this _____ day of _____, 2006.

_____
Honorable Timothy M. Burgess
United States District Court Judge

CERTIFICATE OF SERVICE
I hereby certify that on the
26th day of July, 2006, a copy
of the foregoing document was served
electronically on:

Kenneth A Legacki, Esq.

A Chambers Copy was also mailed
to the court pursuant to D.AK.LR 10.1(b).

Guess & Rudd P.C.

By:    s/Aisha Tinker Bray

Case No. 3:05-cv-204-JWS   Weilbacher v. Progressive Northwestern Ins. Co.
**PROPOSED** Order Denying Plaintiff's Motion to Compel Discovery
Page 2 of 2