(A)  PRODUC~1.ZWS - PASSPORT                                    August 22, 2005, 14:02:48

```
CMSD4712  /CMSM4712              P A C M A N           AUG 22 05 - 17:02
OPID: AXA0070                FACE SHEET NOTE INQUIRY    TERMID: VT650506
INSD: WEILBACHER, RON V                                POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-   CLM: 017489548  OPEN  REP: J WESOLOWSKI
                                  FACE SHEET NOTE CODE*
```

F-DG MAR 31 05 - 03:32 PM ET DCW0003 /DCW0003
ERROR/ FEATURE SHOULD NOT BE OPEN FOR HEIDI/ W.D. CLAIM / HAS BEEN
RESOLVED. FATHER IS NOW PRESENTING NIED CLAIM, WHICH IS SUBJ. TO SEPERATE
BI LIMIT/ UM, SINCE ALL LIAB COV. HAS BEEN EXHAUSTED.
F-CV APR 14 05 - 01:30 PM ET DCW0003 /DCW0003
4/13, CALLED ATTY AND ADVISED HIM THAT PROG. AGREES THAT NI DOES HAVE
UIM COVERAGE, BUT ANY CLAIMS FOR NIED/ DO NOT MEET THE ELEMENTS AS SET OUT
IN AK CASE LAW. HE SAYS HIS CLIENT HAS CLAIM FOR LOSS OF SOCIETY, AND LOSS
OF CONSORTIUM. I TOLD HIM THESE ARE DERIVATIVE OF THE W.D. LIMIT, AND
THERE CAN BE NO DIRECT CLAIM. HE THINKS TEEL V. PROGRESSIVE/ GIVES AUTHORITY
FOR DIRECT CLAIM FOR LOSS OF CONSORTIUM.
- I DISCUSSED ISSUE W/ DAN QUINN, AND HE FEELS ATTY LAGACKI IS NOT INTERPRETIN
G CASE CORRECTLY, AND IT WOULD ONLY REFER TO DIRECT CLAIMS FOR NIED.
F-LI MAY 16 05 - 08:18 PM ET DCW0003 /DCW0003

ADD- REP:          DUE DATE: AUG 22 05   MSG:
DC912770 MORE DATA                                              *
COMMAND: ACTIVT

**100333** A

EXHIBIT_ B_
Page_ 1_ of 2

(A)  PRODUC~1.ZWS - PASSPORT                                    August 22, 2005, 14:02:50

```
CMSD4712  /CMSM4712              P A C M A N              AUG 22 05 - 17:02
OPID: AXA0070          '    FACE SHEET NOTE INQUIRY       TERMID: VT650506
INSD: WEILBACHER, RON V                                   POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-   CLM: 017489548  OPEN    REP: J WESOLOWSKI
                             FACE SHEET NOTE CODE*
```

F-LI MAY 16 05 - 08:18 PM ET DCW0003 /DCW0003
DENIED LIABILITY FOR NIED CLAIMS/ PER CURRENT CASE LAW IN AK.
F-CV JUN 26 05 - 03:52 PM ET DCW0003 /DCW0003
LETTER FROM ATTY/ HE CONTINUES TO ALLEGE DIRECT CLAIM UNDER AS09.15.010
WHICH GIVES PARENT A SEPERATE AND INDEPEN. CAUSE OF ACTION FOR DAMAGES
DUE TO DEATH OF A CHILD. HE ALSO CITES GILLESPIE V. BETA CONST. OUR ARGUMENT
IS THAT ALTHOUGH THIS DOES GIVE CLAIM TO PARENT, IT IS DERIVATIVE OF THE
W.D. CLAIM PER CONTRACT. AS09.15.010 SIMPLY ALLOWS PARENT TO PURSUE CLAIM.
- ALLSTATE V. TEEL, DOES NOT CHANGE THIS. I DISCUSSED W/ QUINN, AND AGREES
W/ OUR ASSESSEMENT. I WILL REVIEW W/ JAY/ AS ATTY IS THREATENING BAD FAITH
ACTION.
F-CT JUN 30 05 - 03:35 PM ET DCW0003 /DCW0003
LMTC FOR JAY/
F-CV JUL 26 05 - 04:43 PM ET DCW0003 /DCW0003

ADD- REP:            DUE DATE: AUG 22 05   MSG:
DC912770 MORE DATA                                                    *
 COMMAND: ACTIVT

**100334 A**

EXHIBIT B
Page 2 of 2