Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER,<br><br>            Plaintiff,<br><br>     v.<br><br>PROGRESSIVE NORTHWESTERN<br>INSURANCE COMPANY,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) 3:05-cv-204-TMB |

NOTICE TO COURT RE WITHERS' DEPOSITION TRANSCRIPT

Defendant Progressive Northwestern Insurance Company ("Progressive"), by and through its attorneys, Guess & Rudd P.C., notifies the court that the transcript of Mr. Withers' deposition is now available, and provides a copy of the transcript to the court as promised.  See Reply to Plaintiff's Conditional Non-Opposition to Progressive's Motion to Amend Answer (DE#55) at 3 n. 2, and Response to Plaintiff's Supplement to Plaintiff's Opposition to Motion *In Limine* to Preclude Plaintiff from Calling Expert Witnesses (DE#57) at 3 n.2.  A copy of the transcript is attached hereto as Exhibit A.  The referenced discussion begins at page 57, line 21.

Additionally, Progressive notes that plaintiff's attorney obtained a copy of the draft transcript from the court reporter on (or before) July 25, 2006, the day before the deposition of Progressive's expert witness, Robert Lohr. Neither plaintiff's attorney, nor the court reporter had the courtesy to inform or provide a copy to Progressive. Then on July 26, 2006, plaintiff's attorney was silent about his copy of the draft transcript when Progressive's attorney specifically asked the court reporter regarding its availability. Instead of admitting to Progressive that he had a copy of the draft transcript in his possession at the deposition, plaintiff's attorney said nothing. Plaintiff's attorney intentionally waited to "surprise" Mr. Lohr and Progressive with the transcript during Mr. Lohr's deposition, and used the draft transcript over Progressive's objections. This is the type of unprofessional gamesmanship and abusive discovery that should not be allowed or rewarded.

DATED at Fairbanks, Alaska, this 1st day of August, 2006.

GUESS & RUDD P.C.
Attorneys for Progressive
Northwestern Insurance Company

By: /s/Aisha Tinker Bray
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
Phone: 907-452-8986
Fax:   907-452-7015
Email: atbray@guessrudd.com
Alaska Bar No. 9505028

USDC Case No. 3:05-cv-204-TMB   Weilbacher v. Progressive
Notice to the Court re Withers' Deposition Transcript
Page 2 of 3

CERTIFICATE OF SERVICE
I hereby certify that on the
1st day of August, 2006, a copy
of the foregoing document was served
electronically on:

Kenneth A Legacki, Esq.

Guess & Rudd P.C.

By:     /s/Aisha Tinker Bray

USDC Case No. 3:05-cv-204-TMB   Weilbacher v. Progressive
Notice to the Court re Withers' Deposition Transcript
Page 3 of 3