**Page 54**

1  in place on that particular claim.
2  Q  To your knowledge has Progressive ever paid
3  under that, paid under AS O9.15.010?
4      MR. ZIPKIN: Objection. Pay what?
5      THE WITNESS: Yes, pay what? I don't
6  understand.
7  Q  (By Mr. Legacki) Have you paid a claim
8  under AS O9.15.O1O?
9  A  Probably have, yes.
10 Q  Why?
11 A  I did in this case.
12 Q  You did?
13 A  Didn't I pay your client $100,000?
14 Q  No.
15     MR. ZIPKIN: Well, the answer is yes. I don't
16 mean to get into colloquy with counsel, but a payment
17 was made. It was made to resolve not only the
18 wrongful death UIM claim, but also any loss of
19 consortium or loss of society claims. It is a
20 combined payment for all. That is our legal position
21 and I believe that's what the witness is trying to
22 explain.
23     THE WITNESS: That's what I'm trying to say.
24 I paid all claims under that single policy limit.
25 Q  (By Mr. Legacki) How about just a claim

**Page 55**

1  to a parent under AS O9.15.O1O?
2  A  Probably have. I can't name any specific
3  case, but I think we probably have.
4  Q  As a separate policy per person limit?
5  A  No. Within a policy limit, a single policy
6  limit we may have included a claim for that, an
7  independent claim for that but paid it within one
8  single policy limit.
9  Q  Per person limit, you mean?
10 A  Right.
11 Q  Have you ever paid under AS O9.15.O1O a claim
12 as a separate person limit?
13 A  No.
14 Q  Has anyone at Progressive ever done that?
15 A  Not to my knowledge, no.
16 Q  Has it been presented before asking to be a
17 claim, like Weilbachers' as a separate per person
18 limit? Has it ever been presented to you or anybody
19 at Progressive to your knowledge?
20 A  Possibly, but it was always paid within one
21 single policy limit.
22 Q  What did you review before you came here
23 today?
24 A  I reviewed some of the letters,
25 correspondence between you and I. I reviewed the

**Page 56**

1  briefs in the Wald case, and parts of the policy that
2  apply to this particular claim.
3  Q  Why did you review the briefs in the Wald
4  case?
5  A  Well, somebody bought up the issue, and I
6  can't recall who it was, that Progressive took a
7  different position in the WALD case as the loss of
8  society, loss of consortium, and I wanted to look at
9  that again. Which we did not. We took the same
10 position that we're taking in the case.
11 Q  So the Supreme Court would be wrong when they
12 said -- when they mentioned one case that Progressive
13 took a position as a separate policy they didn't
14 exhaust because they did not have a separate policy?
15     MR. ZIPKIN: Object to form and it
16 mischaracterizes the Supreme Court. In context they
17 did not say that. You can answer if you can.
18     THE WITNESS: I don't think the Supreme Court
19 said that.
20 Q  (By Mr. Legacki) What else did you review
21 today?
22 A  Today?
23 Q  Or review before coming here today to prepare
24 for your testimony?
25 A  I think that's all.

**Page 57**

1  Q  Did you talk to counsel?
2  A  Yes, I did yesterday.
3  Q  And what was discussed?
4      MR. ZIPKIN: Well, that's attorney-client. I
5  instruct him not to answer, conversations between
6  counsel and the witness.
7      MR. LEGACKI: That's fine. So you're
8  asserting attorney-client privilege for him?
9      MR. ZIPKIN: Yes.
10     MR. LEGACKI: Okay.
11     MR. ZIPKIN: If I may just say, although we
12 did have a break for reading purposes, the witness has
13 not had a break and it's been an hour and a half. If
14 you would like a break or if the court reporter would
15 like a break --
16     MR. LEGACKI: I apologize, so he can take a
17 break.
18     MR. ZIPKIN: -- and let them have five
19 minutes.
20     (A brief break taken.)
21     MR. ZIPKIN: I just want the record to
22 reflect that I have handed Mr. Legacki unredacted
23 copies of face sheet notes pertaining to the witness's
24 phone conversation with Dan Quinn. Progressive has
25 decided we are, in fact, going to waive any

Danny Withers                                  Deposition                              July 12, 2006

**Page 58**

1  attorney-client privilege with respect to that conversation
2  which has already been discussed in general, but I did
3  instruct the witness during those questions not to answer
4  and we have decided to waive that privilege and so I have
5  given Mr. Legacki unredacted copies of Bates 100333 and
6  100334. I have added the designation capital "A" after
7  both of those numbers just so it's clear to everybody how
8  to distinguish the redacted from the unredacted. If you
9  wish to inquire about the areas I told him not to answer,
10  you are free to do so.
11      Q   (By Mr. Legacki)  Tell me about your
12  conversations with Mr. Quinn, how they came about
13  and how many conversations were there?
14      A   What part do you want to know?
15      Q   Everything.
16      A   Well, I don't know if I can recall
17  everything. I remember calling him about -- when you
18  brought up the Teel case and Dan told me that that was
19  more about a contract of an insured person and really
20  it wasn't all on point as far as the issue about loss
21  of society or loss of consortium being derivative or
22  non-derivative.
23      Q   Did he put anything in writing?
24      A   No, I don't think -- no, he didn't. I don't
25  believe so.

**Page 59**

1      Q   Did you put anything in writing to him?
2      A   No, I don't believe so. It was all verbal,
3  telephone conversations.
4      Q   So you called him and asked him -- tell me
5  about that. How did that start?
6      A   If I recall, when you brought up the Teel
7  case, I just called him and asked him about the Teel
8  case and if this changed anything as far as the policy
9  contract and how we address loss of consortium and
10  loss of society claims as derivative or
11  non-derivative and from what I recall he said no. It has
12  nothing to do with that.
13      Q   Did you ask him whether or not Gillespie
14  versus Brta Construction allows for an independent
15  direct cause of action for the parent?
16          MR. ZIPKIN: Object to form when you confuse
17  independent with direct. But go ahead.
18          THE WITNESS: I don't recall. It's been a
19  while ago.
20      Q   (By Mr. Legacki)  Did you ask him whether
21  or nor AS O9.15.O1O allows for an independent claim
22  for the parent?
23      A   You know, I don't recall specifically if I
24  did. But if that came up, I think he mentioned that
25  it was an independent claim but is still subject to

**Page 60**

1  the contract as to derivative or non-derivative and in
2  this case it's a derivative claim.
3      Q   Well, you agree with me then, if the contract
4  does not conform to the statute that the contract --
5  the statute prevails over the contract?
6          MR. ZIPKIN: Object to form. He hasn't said
7  that.
8      Q   (By Mr. Legacki)  Well, let me ask, would
9  you agree with me that if there is a conflict
10  between the contract and the statute, the statute
11  prevails?
12      A   If there is a conflict, but there's not a
13  conflict here I don't believe.
14      Q   You don't believe. But did you ask Dan
15  whether or not there's a conflict between the statute,
16  an independent claim for a parent versus what you
17  consider to be derivative?
18      A   You know, I don't recall.
19      Q   Let's go back to Exhibit No. 1, please.
20          Do you see that, sir?
21      A   I see it.
22      Q   This language here: "We will pay damages
23  other than punitive or exemplary damages which the
24  insured person is legally entitled to recover from the
25  owner or operator of an uninsured/underinsured motor

**Page 61**

1  vehicle because of bodily injury."
2          Why is it that the independent cause action
3  under AS O9.15.O1O is not covered under this as a
4  direct action or independent action rather than as you
5  call it, a derivative action?
6      A   It is covered as an independent, independent
7  claim but is still subject to the per person bodily
8  injury limit. It's derivative of that limit.
9      Q   So you're saying -- you're putting it under
10  the child's claim rather than independent; is that
11  what you're saying?
12      A   No. I'm saying that it's derivative of the
13  child's claim and subject to one single bodily injury
14  limit. It's an independent claim as the wrongful
15  death is independent, but they're both subject to one
16  single bodily injury.
17      Q   Well, doesn't the Gillespie decision state
18  that claim under AS O9.15.O1 is different than a death
19  claim?
20      A   I believe so.
21      Q   So it's a separate claim isn't it, separate
22  per person claim?
23          MR. ZIPKIN: I object to form. Which
24  question are you asking?
25      Q   (By Mr. Legacki)  If Ronald Weilbacher

Page 62

1  sued Esper, the tortfeasor, he would have a
2  separate, independent direct claim against Esper
3  under AS O9.15.O1O different and distinct from any
4  derivative claim that he would have, correct?
5       MR. ZIPKIN: Object to form. You used three
6  different words, separate, independent and direct and
7  may not be equal but if you can answer, go ahead.
8       THE WITNESS: He has a separate, independent
9  claim but is still subject -- it's derivative of the
10 single bodily injury limit.
11      Q  (By Mr. Legacki) But does the tortfeasor
12 have a separate bodily limit when you sue him? He
13 has an independent claim, Ron Weilbacher, not as
14 father of Heidi Weilbacher; Ron Weilbacher
15 individually has a claim against Esper, correct?
16      A  That's correct.
17      Q  And it's a separate claim different from what
18 the estate of Heidi Weilbacher claimed, correct?
19      A  It's an independent claim. It's separate
20 from the wrongful death.
21      Q  Right and it's his own right. He can collect
22 as an injured party because of the death of his
23 daughter, correct?
24      A  Correct.
25      Q  Isn't that a separate person, a separate

Page 63

1  claim?
2       A  It's a separate claim, but it's still subject
3  to the single bodily injury limit.
4       Q  Because that's what the contract says?
5       A  Exactly.
6       Q  And if the contract is a contravention of the
7  law of the statute, then the statute prevails,
8  correct?
9       MR. ZIPKIN: Assumes facts not in evidence.
10      THE WITNESS: I don't think it's in conflict
11 with the statute.
12      Q  (By Mr. Legacki) Well, let me ask you a
13 question: How is somebody to know if they read a
14 statute that says they have an independent claim,
15 how are they supposed to read and understand it's
16 derivative of say, the estate claim?
17      A  Read the policy. That's what it says.
18      Q  I'm sorry?
19      A  Read the policy. The policy contract says
20 that.
21      Q  But the statute says something different?
22      MR. ZIPKIN: Objection.
23      MR. LEGACKI: But doesn't the Gillespie
24 decision say --
25      MR. ZIPKIN: That's incorrect. That's a

Page 64

1  misstatement of the law.
2       THE WITNESS: No, I don't think it does.
3       Q  (By Mr. Legacki) Doesn't the Gillespie
4  say it's a separate and distinct claim?
5       A  Yes.
6       Q  So if the average person is reading the
7  paragraph in Exhibit 1 about we will pay for damages
8  -- other punitive or exemplarily damages which insured
9  person becomes legally entitled to recover from the
10 owner or operator of an uninsured/underinsured motor
11 vehicle, wouldn't you think that he's got his own
12 claim, separate claim?
13      MR. ZIPKIN: Objection. The policy has to be
14 read as a whole, not one sentence.
15      Q  (By The Witness) Would you agree with me?
16      A  You would think that, yes.
17      Q  Let me take a break for a couple of minutes
18 to read my notes, please.
19      (A brief break was taken.)
20      Q  (By Mr. Legacki) When you submitted the
21 check to Mr. Weilbacher, why did you include Cathy
22 Morrow?
23      A  Because if I recall, she was a co-personal
24 representative of the estate for Heidi.
25      Q  So that's why you gave her --

Page 65

1       A  I believe so.
2       Q  So as co-representative of the estate, was
3  she entitled to a derivative claim of the claim?
4       A  I don't think she was entitled to a
5  derivative claim, no.
6       Q  But you still made the check out to her?
7       A  Yes, because she was the personal
8  representative of the estate, as I recall, of the
9  wrongful death claim.
10      Q  I have no further questions.
11      MR. ZIPKIN: I have no questions. I guess
12 we're done. I do request and will say on the record
13 that the witness be given an opportunity to review and
14 sign as always because we don't waive that. And as I
15 said to the reporter off the record at the beginning,
16 I will pay for an extra copy of the deposition so that
17 it can be sent to the witness along with the signature
18 page and correction sheet so he can keep his own copy.
19 And I do request -- are you ordering?
20      MR. LEGACKI: (Nods affirmatively.)
21      MR. ZIPKIN: Since he's nodding that he's
22 ordering, I would like a compressed copy for me and an
23 Etranscript. I don't need a page-for-page one.
24      (Proceedings concluded at 10:56 a.m.)
25

Page 66

```
 1              WITNESS CERTIFICATE
 2   Ronald v. Weilbacher vs. Progressive Northwestern Insurance
     Company, No. 3:05-CV-0204-TMB
 3
                    DANNY WITHERS
 4
        I hereby certify that I have read the foregoing
 5   deposition and accept it as true and correct, with the
     following exceptions:
 6
     ================================================
 7   Page  Line        CHANGE/CORRECTION and REASON
     ================================================
 8
 9   ___  ___   _____
10   ___  ___   _____
11   ___  ___   _____
12   ___  ___   _____
13   ___  ___   _____
14   ___  ___   _____
15   ___  ___   _____
16   ___  ___   _____
17   ___  ___   _____
18   ___  ___   _____
19   ___  ___   _____
20   ___  ___   _____
21   ___  ___   _____
22   ___  ___   _____
23   ___  ___   _____
     Date Read         (Sign name here)
24
     (Use additional paper to note corrections as needed, dating
25   and signing each one.)       (CJK)
```

Page 67

```
 1            REPORTER'S CERTIFICATE
 2       I, CYNTHIA J. KENAN, hereby certify:
 3       That I am a Court Reporter for Alaska Stenotype
 4   Reporters and Notary Public for the State of Alaska; that
 5   the foregoing proceedings were taken by me in computerized
 6   machine shorthand and thereafter transcribed by me; that
 7   the transcript constitutes a full, true and correct record
 8   of said proceedings taken on the date and time indicated
 9   therein.
10       Further, that I am a disinterested person to
11   said action.
12       IN WITNESS WHEREOF, I have hereunto
13   subscribed my hand and affixed my official seal this
14   23rd day of July, 2006.
15
16
17       _____
               CYNTHIA J. KENAN
18              Court Reporter
19          My Commission Expires 5.5.10
20
21
22
23
24
25
```

Danny Withers                    Deposition                    July 12, 2006

Page 1

**A**
able 23:12 46:13 47:14
accept 66:5
accident 11:21,25 26:13,14
account 42:16
action 14:9 18:20 29:18,21 30:1,6 35:14 36:25 37:3 38:4,17 40:13 59:15 61:2,4,4,5 67:11
actions 40:17
active 19:22
ad 53:22
added 58:6
addition 16:16
additional 66:24
address 59:9
addressed 37:1 51:11
adjust 7:7 46:13
adjuster 5:24 6:12 6:23 7:4,19 38:2 44:23 45:6,8,13 49:12 50:21 52:18
adjusters 6:25 51:17
adjusting 5:21,22 6:20 46:12
adverse 18:14
advised 24:7,10
affirmatively 65:20
affixed 67:13
age 37:1
ago 59:19
agree 29:19 36:13 60:3,9 64:15
Agreement 11:10
agrees 24:7,11
ahead 14:17 34:3 59:17 62:7
Aisha 3:8
Alaska 1:1,16 2:1 2:13,14,15,16 3:5,10 5:1 7:25 15:19,24 24:23 26:2,3,15,17 35:21 51:12 53:9 67:3,4
allege 29:16 30:3
allows 14:4 31:16 32:24 34:25 36:4 36:15 59:14,21
Allstate's 42:10
analyze 28:14
Anchorage 1:16 2:14 3:5,10 5:1 6:13,22 45:2
answer 14:17,20 22:1 29:5 32:4,8 32:12 35:12 40:5 43:13,23 48:10 48:20 49:2 54:15 56:17 57:5 58:3 58:9 62:7
answered 18:23 38:1 48:25
answering 48:24
anybody 55:18
apologize 57:16
applicable 53:20
applies 40:1
apply 56:2
approximately 5:18,25
areas 58:9
argues 33:19
arguing 37:25
argument 31:11
argumentative 48:5,19 49:1
arisen 50:11 52:14
arises 10:8,21,23 52:11
asked 18:23 31:19 32:3 37:25 39:23 48:14,15 59:4,7
asking 31:25 42:23 50:14,16 55:16 61:24
asserted 13:20
asserting 13:18 57:8
asserts 13:16
assume 14:24 46:18
assumes 10:14 23:6 30:18 44:18 46:2 63:9
assuming 24:5 33:23 47:21
AS09.15.010 8:6 9:2
atta 47:24
attorney 4:9 24:5 24:10 25:2 28:11 28:15 29:14 32:10 33:4,18 50:3
attorney-client 29:5 32:1,3,11 57:4,8 58:1
authority 28:12
available 9:9 25:14,15
Avenue 2:14
average 64:6
award 21:15
awarded 21:20
aware 20:1 50:17 50:18
A-P-P-E-A-R-A... 3:1
a.m 1:15 5:1 65:24

**B**
back 53:6 60:19
bad 43:21 48:23
bar 42:9
based 44:11 46:17 47:19
basic 7:11
Bates 11:5 23:23 58:5
beat 46:13
beginning 65:15
behalf 2:12 5:3
believe 6:14 11:20 14:10 15:3 17:17 18:5 32:18 36:20 40:15 50:4 54:21 58:25 59:2 60:13 60:14 61:20 65:1
best 11:1 48:25
Beta 31:6 35:18
bit 24:15
Bob 3:12
bodily 8:11,14,24 10:8,22,24 11:11 12:11 13:1,4,13 14:21 15:8,12,17 16:5,7,20,23 17:1,6,23 18:17 18:18,21,22,25 19:22 20:10 25:14,14 38:9 39:9,24 40:9 41:3 42:13 61:1 61:7,13,16 62:10 62:12 63:3
bonus 44:9,11,13 45:21 47:25
bonuses 43:8 44:4 49:6
book 21:22
bottom 19:12 35:7
bought 56:5
boy 47:24
Bray 3:8
breach 43:19,21
break 34:17 42:1 57:12,13,14,15 57:17,20 64:17 64:19
brief 34:17 42:1 57:20 64:19
briefs 56:1,3
brought 58:18 59:6
Brta 59:14
bystander-type 26:11

**C**
calculate 45:23
call 24:4,10 61:5
called 5:3,12 47:1
59:4,7
calling 17:14 58:17
calls 8:22 10:15 22:24 25:21 26:9 26:24 30:8
capital 58:6
case 1:9 2:9 7:5,7 7:13,16,25 8:16 9:12 11:7,19 12:25 13:10,12 13:21 15:15,24 16:2 19:1 24:23 25:12 29:7 31:8 31:9 33:6 41:14 41:19,22,23 49:12,15,21,22 51:4 53:17 54:11 55:3 56:1,4,7,10 56:12 58:18 59:7 59:8 60:2
cases 15:19 21:18 21:19 50:9,12,18 50:24 51:7,14 52:22 53:4,9,10 53:12
catastrophic 6:23 45:9,12
Cathy 64:21
causation 42:16 42:21
cause 29:18,21 30:1,6 35:14 37:3 38:4 42:20 59:15 61:2
causes 18:20
CERTIFICATE 66:1 67:1
certify 66:4 67:2
chance 41:23
changed 59:8
CHANGE/CO... 66:7
characterize 45:7
check 31:1,3 64:21 65:6
child 15:12 21:4,8 21:10,20 22:12

Alaska Stenotype Reporters (907) 276-1680

EXHIBIT A
Page 19 of 27

Danny Withers                    Deposition                    July 12, 2006
Page 2

22:13,20 23:16
23:20 29:18,22
30:2,7 36:25
37:18 38:25 39:4
children 22:6
child's 37:13
  61:10,13
chose 35:23
cites 31:6 33:7
  35:18
CJK 66:25
claim 7:9,23 8:1,8
  8:8,11,15,16,18
  8:20,21,23,23
  9:15 10:6,7,12
  10:13,20,20,21
  10:21,23,23
  13:12,15,17,18
  13:20,23 14:4,6
  14:12,13,19,21
  14:22,23 18:22
  19:18,25 20:3,4
  20:8,9,18 25:3,8
  25:10,11 26:11
  28:12 29:16
  31:12,17 32:24
  34:25 36:4,15,20
  37:9,17,20 38:7
  38:7,24 39:3,4,7
  39:12,20 40:20
  40:24,25 41:1,2
  41:3,4,8,9 42:5,9
  42:10,22,25 43:1
  43:19 47:23
  48:22,23 49:14
  50:10 51:1 52:1
  52:2,9,9,18
  53:21 54:1,7,18
  54:25 55:6,7,11
  55:17 56:2 59:21
  59:25 60:2,16
  61:7,10,13,14,18
  61:19,21,22 62:2
  62:4,9,13,15,17
  62:19 63:1,2,14
  63:16 64:4,12,12
  65:3,3,5,9
claimed 62:18

claims 5:21,22,24
  6:23 7:1,3 9:14
  9:19 16:6,22
  17:4,5,10,11,11
  17:16,19,20,20
  17:23 18:4,24
  19:2,3,4,13,17
  20:25 21:3,7
  24:22 25:15
  30:22,22,24
  33:14,17,19,20
  40:18,19 42:11
  46:12,13,14,20
  47:14,19 50:14
  52:10 54:19,24
  59:10
clarification
  50:14
clause 16:12 18:7
  18:20 39:25 40:8
clauses 18:17
clear 58:7
clearly 32:3
client 25:3 54:13
collect 9:2 14:7
  49:21 51:1 62:21
colloquy 54:16
colum 42:6
combined 54:20
come 8:3 9:10
  20:22 32:20
  37:23 51:2,3,13
  52:6,8,17,19,24
  53:5
comes 7:9 45:22
  53:22,23
coming 56:23
commercial 6:5
Commission
  67:19
common 17:11,16
  17:19,24 18:4
  19:3 26:17 42:21
  50:25
communications
  32:2,3
companies 6:2,3
  46:19

companionship
  17:7 22:25 23:1
company 1:6 2:6
  6:4,7 35:18
  46:18 66:2
compensate 9:19
compensated 43:3
compensation
  17:1
compound 26:23
  40:4 51:23
compressed 65:22
computerized
  19:11 67:5
conceded 19:24
conclude 38:16
concluded 65:24
conclusion 8:22
  10:15 22:24
  25:21 26:9,24
  30:8 35:12 37:23
conclusions 17:14
confer 8:2 28:19
  35:22
conferred 28:17
conflict 60:9,12
  60:13,15 63:10
conform 60:4
confuse 59:16
Confused 40:4
confusing 14:16
  22:13
consider 9:2 60:17
considered 13:22
consortium 8:9
  17:8 19:14,19
  22:14,22 23:5,7
  23:9 25:4 27:12
  28:13 33:19 51:5
  52:1 54:19 56:8
  58:21 59:9
consortium-type
  21:7
constitutes 67:7
Construction 31:6
  59:14
consult 7:22
contains 49:16

context 28:3,4
  33:14 51:3,4
  56:16
continues 29:16
contract 8:10 9:1
  18:7 20:8 30:23
  31:13 43:19
  48:22 51:25
  58:19 59:9 60:1
  60:3,4,5,10 63:4
  63:6,19
contravene 18:12
contravened 18:7
contravention
  63:6
conversation
  57:24 58:1
conversations
  57:5 58:12,13
  59:3
copies 57:23 58:5
copy 11:6 65:16
  65:18,22
corporation 6:8
correct 5:16,17
  6:16,17,24 7:5,6
  7:15 9:5,16,17
  9:20,21 11:25
  12:1,3,4,6,11,12
  12:15,16 13:1,6
  13:24 14:4 15:9
  15:10 16:7,8
  17:1,8,20 19:15
  23:24,25 24:3,21
  24:24 25:9,19
  28:16,24 29:13
  31:14,15 33:21
  39:5,6 40:13
  41:16 43:4 45:10
  45:13 46:14,20
  49:12,13 52:25
  62:4,15,16,18,23
  62:24 63:8 66:5
  67:7
correction 65:18
corrections 66:24
correspondence
  30:13 50:2,4,6,7

55:25
counsel 19:24
  50:8 54:16 57:1
  57:6
counsels 8:3
couple 64:17
court 1:1 2:1,15
  35:20 38:24
  39:10 40:23
  53:10 56:11,16
  56:18 57:14 67:3
  67:18
cover 9:10 14:14
coverage 7:10,11
  7:14 8:4 9:7,14
  11:11 12:15 18:2
  24:11,20 41:15
covered 61:3,6
co-personal 64:23
co-representative
  65:2
creates 37:2
Crum 6:5
cut 24:16
Cynthia 2:14 3:13
  5:5 67:2,17

---

D

damage 10:8 30:1
damages 9:10
  12:7,8 15:5
  29:18,21 30:6
  38:18 42:12
  60:22,23 64:7,8
Dan 28:20,23
  31:19,21,25 50:8
  57:24 58:18
  60:14
Danny 1:12 2:11
  5:11,13,14 66:3
database 53:13
date 66:23 67:8
dated 20:16 24:1
  29:15 33:12
dating 66:24
daughter 13:13,22
  13:23 14:8,12
  20:20 22:17

Danny Withers                              Deposition                              July 12, 2006

Page 3

27:22 62:23
**daughter's** 14:23
**day** 52:8,8,12,12
    52:23,23 67:14
**dealing** 8:10 22:21
    22:21
**death** 8:16,17
    9:12 13:23 14:8
    14:9,12,23 17:8
    19:1 20:19 22:14
    25:6,7 27:22
    29:18,22 30:1,6
    31:13 33:16
    36:25 39:12,21
    40:1,2,13 54:18
    61:15,18 62:20
    62:22 65:9
**decided** 57:25
    58:4
**decision** 4:10,10
    13:16 15:11,17
    15:21,22 32:25
    34:9 41:14 61:17
    63:24
**declaration** 11:18
**decline** 7:20 41:15
**declined** 18:2
    41:16
**Defendant** 1:8 2:8
**Defendants** 3:7
**defense** 8:3 50:8
**define** 10:4 22:23
    25:20,22,24
    42:14
**defined** 9:23 10:3
    10:9,22 12:13
**defines** 42:15
**defining** 26:14
    40:9
**definitions** 42:21
**deliberate** 47:18
**denying** 46:20
**deposed** 5:15
**deposition** 1:12
    2:11 10:3 65:16
    66:5
**derivative** 8:11,13
    8:14,15,17 9:3

10:12,16,20,23
    14:22 17:10,18
    18:18,22 19:22
    20:4,8,10 25:4
    30:24 31:12
    33:15 37:13,15
    37:16,18,19,21
    37:24 38:8,11
    39:8 41:3 51:6
    52:1 58:21 59:10
    60:1,2,17 61:5,8
    61:12 62:4,9
    63:16 65:3,5
**derive** 17:5
**derived** 17:23
    19:2
**derives** 18:24
**Describe** 26:21
**designation** 58:6
**determine** 7:10
**Dictionary** 42:15
**died** 13:22
**difference** 10:12
    10:19 14:18
    25:25 26:5,8,18
    28:2,4 38:6 41:7
    41:10
**different** 18:16,17
    23:6 31:4 36:2,7
    37:24 52:9 56:7
    61:18 62:3,6,17
    63:21
**direct** 8:20,21,23
    9:3,19,22,24
    10:1,4,5,6,12,16
    10:19,21 14:12
    14:17,19 18:20
    25:8,10,11,13
    28:12 29:16 32:1
    38:4 40:17,18,19
    40:20,25 42:5,9
    42:11 49:14 50:6
    51:1 59:15,17
    61:4 62:2,6
**directly** 14:25
    26:13 31:25
**discuss** 29:7 52:16
**discussed** 51:21

51:22 57:3 58:2
**discussion** 52:6
**disinterested**
    67:10
**dispute** 33:21
**distinct** 62:3 64:4
**distinction** 10:16
**distinguish** 58:8
**distinguishes**
    26:22
**distress** 25:18
    26:6,11,19 27:3
**district** 1:1,1 2:1,1
    35:20
**document** 4:7
    34:14
**documents** 53:14
**dozen** 5:19
**due** 29:18,21 30:1
**duly** 5:4
**duty** 33:3,4,6

——— E ———
**earlier** 39:23
**eighty** 47:24
**Either/or** 16:14
**elements** 24:23
    50:1
**emotional** 25:18
    26:6,11,19 27:3
    27:7
**emotions** 26:21
**entire** 34:14
**entirely** 43:19
**entirety** 36:18
**entitled** 12:9,14
    15:6 42:12 60:24
    64:9 65:3,4
**entry** 33:23,24
    34:5,7
**equal** 62:7
**Esper** 9:13 62:1,2
    62:15
**estate** 33:16 62:18
    63:16 64:24 65:2
    65:8
**estimate** 20:24
    21:13

**Etranscript** 65:23
**event** 42:18,19
**everybody** 58:7
**evidence** 10:15
    33:16 44:18 46:2
    63:9
**exactly** 7:23 31:10
    63:5
**EXAMINATION**
    4:3 5:7
**examined** 5:5
**exceptions** 66:5
**excess** 47:16
**exclude** 40:17
    42:11
**excluded** 40:21
**excludes** 42:22,24
    43:1
**exemplarily** 64:8
**exemplary** 12:8
    60:23
**exhaust** 56:14
**exhaustion** 49:23
**Exhibit** 11:2,3,4
    12:20,21 14:14
    15:4 16:3,4 19:5
    19:6 20:11 23:22
    28:10 29:10,11
    33:11 34:10,18
    34:20,21 36:3,8
    36:14,17,17 40:8
    41:11,12,13
    60:19 64:7
**EXHIBITS** 4:6
**experience** 21:2,9
    21:14,16 45:10
    45:16
**Expires** 67:19
**explain** 10:10,11
    10:18 11:1 26:8
    48:12 54:22
**explore** 43:18
**extent** 31:23 32:2
    47:4
**extra** 44:17 46:1,4
    46:5,9 65:16

——— F ———

**face** 19:8 57:23
**fact** 19:23 36:21
    57:25
**facts** 10:14 44:18
    46:2 63:9
**faith** 43:22 48:23
**familiar** 7:25
    15:19,20,23 16:1
    31:7
**far** 32:17 58:20
    59:8
**Farm** 35:18
**father** 62:14
**father/mother**
    19:13
**February** 20:16
**feel** 33:14
**feeling** 26:21
**figure** 21:1 28:15
**file** 14:4,6,12,21
    14:25
**filed** 13:15
**find** 47:20
**finds** 40:23
**fine** 57:7
**first** 7:10 11:9
    18:19 42:6
**five** 34:16 57:18
**follow** 35:23
**following** 66:5
**follows** 5:6
**footnote** 35:6,17
    35:17 36:13
**foregoing** 66:4
    67:5
**form** 9:4 13:2,7,25
    15:14 17:13
    18:10 20:6 26:23
    27:13,23 30:18
    33:8 36:5 40:4
    41:17 45:11
    47:17 49:9 51:23
    53:2 56:15 59:16
    60:6 61:23 62:5
**formulated** 47:6
**Forster** 6:5
**free** 58:10
**front** 32:22

Alaska Stenotype Reporters (907) 276-1680

EXHIBIT A
Page 21 of 27

Danny Withers                        Deposition                         July 12, 2006
Page 4

**full** 67:7
**further** 28:9 65:10
   67:10

---
**G**
---
**G** 3:4
**GAB** 6:8
**gain** 43:9,15,17
   44:4,12 45:20,21
   46:5,16,23 47:1
   47:11,12,15 48:2
   48:14,15
**Gary** 3:8 5:2
   32:16
**Geez** 53:18
**general** 58:2
**generally** 42:17
**Gillespie** 4:10
   13:16 15:11,16
   15:18,20,22 31:6
   31:7,8 32:25
   34:9 35:4 39:10
   49:21,24 59:13
   61:17 63:23 64:3
**Gillespies** 36:22
   39:11,16,20
**give** 21:24,25
   31:12 37:8
**given** 11:5 12:23
   32:22 41:23 58:5
   65:13
**gives** 14:7 28:12
   29:17,20,25 30:5
   36:19
**go** 7:8 14:17 21:22
   21:22 26:13
   30:13,16 32:17
   33:18 34:3 36:21
   43:15 52:15 53:6
   53:14 59:17
   60:19 62:7
**goes** 17:4 29:14
   31:11 42:14
**going** 28:9 32:14
   41:11,13 57:25
**good** 48:22
**gotten** 50:3
**greater** 23:15,18

**Griswold** 6:19
**group** 53:14
**guess** 3:7 28:11
   34:15 65:11

---
**H**
---
**half** 5:19 57:13
**hand** 11:4 19:6
   41:11,13 67:13
**handed** 57:22
**handle** 7:2,3
   53:19
**handled** 50:15,19
   50:21,21 53:7,8
**handles** 7:1
**handling** 52:18
**happen** 26:12
**happens** 7:9
**happy** 22:16
**Hartford** 6:4
**head** 6:23 45:5,8
**heard** 15:22 31:9
**Heidi** 9:13,15
   62:14,18 64:24
**held** 35:21
**hereunto** 67:12
**hoc** 53:23
**hold** 37:3
**hour** 57:13
**house** 23:11
**howsoever** 39:16
**hundred** 11:22,22
   11:23,23,24,24
   12:5,5 47:23
**husband** 23:9
**hypothetical**
   12:18

---
**I**
---
**idea** 44:13,16
   51:10
**III** 16:6,21
**IM** 24:11,13
**imagine** 23:14,18
**important** 42:20
**inadequate** 9:9
**include** 19:13
   64:21

**included** 55:6
**includes** 16:6,22
   19:2 38:17
**including** 16:15
   17:6
**inclusive** 1:14
**income** 44:5
**incomplete** 12:17
   12:18 27:23
   36:16
**incorrect** 14:1
   63:25
**increase** 44:5 49:6
**Indemnity** 6:6
**independent**
   13:17,23 14:4,8
   14:13,16,19
   18:20 20:3,7,9
   29:17,21,25 30:6
   36:19 37:3,8,17
   37:19,20,23 38:3
   38:7,11 39:3
   41:1,2,5,8,8
   42:24 55:7 59:14
   59:17,21,25
   60:16 61:2,4,6,6
   61:10,14,15 62:2
   62:6,8,13,19
   63:14
**independently**
   38:8
**indicated** 67:8
**indicates** 39:25
**individual** 17:2
   18:17 19:18,25
   20:3,18,24 39:7
**individually** 62:15
**individual's** 19:13
   19:17
**Industrial** 6:6
**infliction** 25:18
   26:10
**inflicts** 27:3
**information** 32:15
   32:16
**initial** 33:17
**initially** 7:12
**injured** 12:13

   13:19,20 15:6
   16:25 19:1 62:22
**injury** 8:11,15,24
   10:8,22,24 11:11
   12:11 13:1,4,13
   14:22 15:8,12,17
   16:5,7,21,23
   17:1,6,24 18:17
   18:18,21,22,25
   19:2,22 20:10
   23:13,15,19
   25:14,15 26:25
   27:5,6,8,10,14
   27:15,18,20,21
   36:25 37:14,18
   38:9 39:9,24
   40:9 41:3 42:13
   42:18,20 45:9,13
   61:1,8,13,16
   62:10 63:3
**inquire** 58:9
**Inquiry** 19:8
**instruct** 29:5 32:4
   32:12 57:5 58:3
**insurance** 1:6 2:6
   4:6 6:4,6 9:7,9
   11:6 35:18 51:24
   66:2
**insured** 12:8
   24:12,13 42:13
   58:19 60:24 64:8
**Insuring** 11:10
**interpose** 21:25
**introduction**
   32:22
**invades** 32:11
**investigating** 8:2
**investigation** 7:11
   7:12 8:4,4 33:17
**involved** 10:24
   49:15,19,25
**issue** 7:14,14,20
   11:7 12:24 13:5
   13:9,11,21 14:2
   48:8 49:14,20,24
   50:3,10,25 51:11
   51:17 52:13 53:4
   53:7,15,22,23

   56:5 58:20
**issues** 8:3 15:25
**I-N-D-E-X** 4:1

---
**J**
---
**J** 2:14 67:2,17
**Jay** 3:12
**job** 46:10,11
**July** 1:15 5:1
   33:12 67:14
**June** 29:15
**jury** 21:15,19,22

---
**K**
---
**keep** 65:18
**Kenan** 2:14 3:13
   5:5 67:2,17
**Kenneth** 3:3,3
**killed** 15:13
**kind** 21:2 27:6
   47:15 53:24
**knew** 15:24
**know** 7:25 8:2
   13:3,20 15:16
   16:1,2 17:16,22
   18:2 21:13,14
   22:19,21,25 23:9
   25:24 27:11,25
   31:19 32:15 33:2
   35:15,17 36:6,10
   41:10 44:2,3,6,7
   44:19 45:7,20,21
   45:22 46:5,22
   47:6 48:7 49:4,7
   49:7,10 50:9,12
   52:9,10,13 53:3
   53:3 58:14,16
   59:23 60:18
   63:13
**knowledge** 32:10
   47:5 54:2 55:15
   55:19

---
**L**
---
**L** 3:9
**language** 39:24
   42:22 60:22
**Laurel** 50:3,5

EXHIBIT A
Page 22 of 27

Alaska Stenotype Reporters (907) 276-1680

law 7:25,25 12:14
  17:11,16,19,24
  18:4 19:3 24:23
  26:3,15,17 63:7
  64:1
laws 15:24
lawsuit 14:25
lawyer 30:9
lawyers 32:23
Legacki 3:3,3 4:4
  5:8 8:25 9:6,25
  10:4,18 12:19,22
  12:24 13:5,9
  14:3,18 15:18
  17:18 18:1,13
  20:12 21:16 22:5
  22:15,23 23:3,14
  24:19 25:23,25
  26:16 27:1,16
  28:1,9 29:2,7
  30:12,21 32:5,9
  32:13,20 33:12
  33:24 34:1,6,8
  34:11,15,18,22
  34:24 35:13,25
  36:12 37:6 38:2
  38:15,20 40:5,16
  41:20,24 42:2
  43:16,21,23
  44:21 45:12 46:4
  46:25 47:20,22
  48:8,13,23 49:5
  49:11 50:16,20
  52:3 53:6 54:7
  54:25 56:20 57:7
  57:10,16,22 58:5
  58:11 59:20 60:8
  61:25 62:11
  63:12,23 64:3,20
  65:20
legal 7:22,24 8:22
  10:15 17:14
  22:24 25:21 26:9
  26:24 28:3 30:8
  35:11 42:16,21
  54:20
legally 12:9 15:6
  60:24 64:9

Letter 4:9 29:14
letters 24:17
  55:24
let's 11:2 12:19
  14:24 16:4 34:8
  60:19
liability 7:11,15
  8:4 9:8 11:15
  16:5,21 49:23
light 42:20
limit 8:11 11:15
  11:19 14:22 16:5
  16:21 19:22,22
  20:10 25:7,15
  26:4 30:24 33:15
  33:20 37:21 38:9
  39:9 41:3 54:24
  55:4,5,6,8,9,12
  55:18,21 61:8,8
  61:14 62:10,12
  63:3
limited 17:6
limits 11:17 49:23
Line 66:7
litigation 50:6
log 19:9,11
Lohr 3:12
long 5:24 6:10
  42:12
longer 23:12
look 16:4 28:1,3
  30:12,16 31:7
  33:6,6 34:8 35:3
  52:16 53:7,18,20
  53:25 56:8
looked 53:16
looking 7:8 11:9
losing 23:15,19
loss 8:8,9,10 15:1
  17:6,7,7,8 19:14
  19:14,19,19 21:6
  21:7,8,10,20
  22:12,12,13,14
  22:16,20,22,22
  22:23 23:5,7,8
  23:15,18 25:3,3
  26:1,7,20 27:9
  27:12,17 28:2,13

33:19 38:18
  39:12,20,24
  40:11,12,24 41:8
  51:5,5,25,25
  54:18,19 56:7,8
  58:20,21 59:9,10
lost 21:4

──────── M ────────
machine 67:6
maintain 36:24
majority 37:1
making 10:16
  30:23 33:18
management 7:22
manager 6:15
  45:3,5
manifestation
  26:25 27:5
March 24:2
margin 24:16
mark 11:2
marked 11:3
  12:19,21 16:3
  19:5 20:11 23:22
  29:11 33:11 34:9
  34:10 41:12
mean 8:13 11:16
  16:11,19 18:3,3
  19:17 22:15
  24:13 25:5,11
  27:1,5 32:15
  38:3 40:19 42:15
  44:7 45:1 54:16
  55:9
meaning 25:2
means 8:14 10:5
  11:17 16:13,15
  19:18 28:11
meant 25:12,16
meet 24:22
meeting 51:22
  52:7,17
meetings 52:15
memos 52:3 53:18
mental 27:7
mention 47:10
mentioned 56:12

59:24
middle 42:6
mind 10:5
minute 31:3
minutes 34:16
  57:19 64:17
mischaracteriza...
  47:18 49:17
mischaracterizes
  14:15 15:15 18:9
  20:5 21:11 22:10
  28:7 35:12 38:12
  40:3,14 46:24
  47:2 48:4 53:1
  56:16
mischaracterizi...
  36:8
missing 24:17
misstatement 64:1
mistake 34:3
moment 21:25
  34:12,12
money 8:6 9:18
  44:17 45:21,25
  46:1,5,5,9
Morrow 64:22
motor 12:10 15:8
  60:25 64:10
motorist 11:11
  12:3,15 24:19
mouth 20:6
move 32:7
Mr. Weilbacher
  12:13,25 24:8
Mr. Weilbacher's
  25:2
Mutual 35:18

──────── N ────────
name 5:9,10 55:2
  66:23
Named 24:12,13
need 34:12 44:16
  65:23
needed 30:20
  66:24
negligence 26:6
  27:2

negligent 25:18
  26:10
never 10:17
new 35:22
NI 24:11
NIED 24:22 25:17
  26:1,2,18 27:2
  28:2 33:15,17
  40:21 41:4,8
  42:22
nine 44:22
ninth 2:14 6:11
nodding 65:21
Nods 65:20
nonderivative
  52:1
non-derivative
  51:6 58:22 59:11
  60:1
non-insured 24:8
Northwestern 1:6
  2:6 66:2
Notary 2:15 5:5
  67:4
note 4:7,8,8,9 19:8
  20:15 24:1 28:10
  66:24
notes 19:9,11
  32:21,22 57:23
  64:18
notice 2:12
number 11:3
  12:21 19:5,6,7
  20:11 23:23
  28:10 29:10,11
  33:11 34:10 35:6
  36:3,14 39:11,15
  41:12,13 44:23
  44:24
numbers 58:7
numeral 36:22

──────── O ────────
oath 5:4 49:6
object 9:4,22,23
  9:25 13:2,7,25
  14:15 15:14
  17:13 18:9,10

EXHIBIT A
Page 23 of 27

Danny Withers                         Deposition                         July 12, 2006
Page 6

| | | | | |
|---|---|---|---|---|
| 20:6 26:23 27:13 27:23 30:18 33:8 33:22 36:5 40:3 41:17 43:20 45:11 47:17 49:9 51:23 53:1 56:15 59:16 60:6 61:23 62:5 **objection** 20:5 21:25 46:3 48:9 48:21 54:4 63:22 64:13 **objections** 17:21 22:18 **Objection,calls** 35:11 **obviously** 5:15 53:10 **occupant** 42:13 **occurred** 42:19 **occurrence** 42:18 **occurs** 18:25 **offhand** 51:8,10 **office** 6:22 7:1 44:23,24 45:2,17 51:16 **offices** 2:13 **official** 67:13 **Oh** 5:19 33:25 **okay** 6:12,20,22 7:19 8:20,25 10:10,25 14:3,7 14:11,24,25 15:4 17:4,18 22:2 24:1 29:10 33:25 34:23 35:5,9 36:2 39:17,23 41:25 42:4,8 43:6 45:5 57:10 **one's** 42:12 **operator** 12:9 15:7 60:25 64:10 **opinion** 28:18,25 29:3 **opportunity** 34:14 65:13 **ordering** 65:19,22 **owner** 12:9 15:7 | 60:25 64:10 **O9.15.O1** 61:18 **O9.15.O1O** 19:25 29:17,20,24 30:5 30:17 31:16 32:23 33:5 34:25 35:21 36:4,24 37:2 38:17 41:9 42:25 49:15 50:10 51:1 53:24 54:8 55:1,11 59:21 61:3 62:3 **O9.15.010** 14:5 15:1 54:3 ──── P ──── **PACMAN** 4:7,8,8 4:9 19:8 20:15 24:1 **page** 4:3 11:14,18 35:3 38:15 39:10 41:21 42:3,7 65:18 66:7 **Pages** 1:14 **page-for-page** 65:23 **paginated** 19:7 34:19 **paid** 8:12 12:2 30:25 33:15 43:4 54:2,3,7,24 55:7 55:11,20 **pain** 23:15,19 **paper** 66:24 **paragraph** 11:9 14:14 15:5 36:21 39:11,15 42:6 64:7 **parent** 15:12 23:19 26:19,20 29:17,20,25 31:12,16 32:24 34:25 35:22 36:4 36:15,24 37:8 38:24 40:20 41:4 55:1 59:15,22 60:16 **parental** 37:3 | **parents** 20:18 40:18 **parent's** 38:16 **part** 16:5,21 18:19 18:21 36:24 58:14 **particular** 7:13 8:1 9:12 12:25 25:15 30:22 51:24 53:25 54:1 56:2 **parts** 56:1 **party** 62:22 **pay** 7:21,21 8:5 9:14 12:7 15:5 33:5 41:16 49:6 54:4,5,13 60:22 64:7 65:16 **paying** 50:10 **payment** 54:16,20 **perform** 49:8 **period** 6:8 **person** 8:24 10:24 11:20,24 12:8 15:6 16:6,22 18:25 23:1 26:18 27:9,17,21 55:4 55:9,12,17 58:19 60:24 61:7,22 62:25 64:6,9 67:10 **personal** 28:4 32:10 65:7 **pertaining** 57:23 **pertinent** 8:1 **Peterson** 50:3,5 **phone** 57:24 **physical** 27:14,15 27:18,20,21 **place** 54:1 **plaintiff** 1:4 2:4 2:12 3:3 5:4 36:25 **play** 9:11 **please** 5:8,10 11:2 19:6 29:10 34:9 43:13,24 60:19 64:18 | **point** 58:20 **policy** 4:6 10:9,22 11:6,18 26:4 30:24 31:2 33:5 37:21 38:9 40:16 40:17 41:16 42:10,22,24 49:25 53:16,20 53:25 54:24 55:4 55:5,5,8,21 56:1 56:13,14 59:8 63:17,19,19 64:13 **position** 54:20 56:7,10,13 **Possibly** 55:20 **prefer** 5:12 **premium** 12:2 **prepare** 56:23 **Present** 3:12 **presented** 55:16 55:18 **pretty** 23:21 **prevails** 60:5,11 63:7 **prior** 32:7 **privilege** 32:12 57:8 58:1,4 **probably** 5:19 23:21,21 27:2 31:19 54:9 55:2 55:3 **procedural** 35:14 35:21 **proceedings** 65:24 67:5,8 **profit** 43:8 46:14 47:15,19 **profitable** 46:17 46:20 **profiting** 47:12 **program** 44:4 47:1 **Progressive** 1:6 2:6 6:1,9,10,13 8:5,12 11:6 15:5 24:7,11 28:12 40:17 42:24 43:3 | 44:22 50:14,15 51:11,14 53:7,14 54:2 55:14,19 56:6,12 57:24 66:2 **Progressive's** 32:23 **property** 10:8 **proposition** 35:10 **provided** 11:17 **provides** 36:24 **Public** 2:16 5:5 67:4 **punitive** 12:8 60:23 64:8 **purely** 49:1 **purpose** 9:7 **purposes** 10:3 57:12 **pursuant** 2:12 **pursue** 31:17 32:24 34:25 36:4 36:15 38:8 **put** 16:11 20:18 21:4 22:19 58:23 59:1 **putting** 20:6 61:9 **P.C** 3:3 ──── Q ──── **question** 12:18 14:20 27:24 31:24 32:2 35:24 36:11 37:5 38:19 40:6,7 43:13,24 48:16,20 49:16 49:22 52:11 61:24 63:13 **questions** 43:14 43:17 48:25 58:3 65:10,11 **Quinn** 28:20,23 28:23 29:6,8 31:19,22,25 50:8 57:24 58:12 ──── R ──── **raised** 48:21 |

raises 53:23
read 14:14 15:4
  15:18 32:25 33:1
  33:3 34:12 36:17
  38:23 63:13,15
  63:17,19 64:14
  64:18 66:4,23
reading 16:20
  36:13 39:14
  57:12 64:6
really 44:15 49:3
  49:10 58:19
reason 42:16,23
  66:7
reasoning 35:23
reasons 44:14
recall 21:21 30:11
  30:15 31:9 33:2
  33:10 41:18,19
  49:19 50:5,23
  51:8,15 52:5,10
  52:21 53:11 56:6
  58:16 59:6,11,18
  59:23 60:18
  64:23 65:8
receive 16:25
recognize 19:23
  20:12 26:2
record 5:9 10:11
  34:15 41:25
  57:21 65:12,15
  67:7
recourse 36:23
  39:16
recover 12:9,14
  15:6 38:18 42:12
  60:24 64:9
recovery 35:22
redacted 33:13
  58:8
refer 41:20 42:2
  45:14 53:13,15
reference 9:23
  36:16
referenced 40:12
referred 41:14
  44:12
referring 17:12

reflect 57:22
refused 8:5
regarding 15:25
  40:9 43:14,17
  47:11 53:15
reinvent 53:24
rejects 35:10
related 17:19
  48:21
Relating 5:20
relevance 48:11
relevant 43:10
  48:9 53:17
reluctant 48:2,6
remember 58:17
rephrase 18:19
Reported 3:13
reporter 2:15
  57:14 65:15 67:3
  67:18
Reporters 2:13,15
  67:4
REPORTER'S
  67:1
representative
  64:24 65:8
request 65:12,19
requiring 42:17
research 7:20,22
  7:24 21:23
resolve 54:17
respect 58:1
response 31:24
reveal 32:1
revealing 29:1,2
review 34:14
  41:23,24 47:14
  55:22 56:3,20,23
  65:13
reviewed 41:15,18
  47:8 55:24,25
reviews 47:8,10
Richmond 28:23
right 6:19 8:19
  14:7 15:20 16:9
  16:10,23,24 17:3
  17:9 19:10,12,20
  19:24 22:4 24:25

35:22 36:3 38:16
  38:17,20 39:11
  39:18 40:2 45:6
  46:6 48:11,15
  55:10 62:21,21
Ron 62:13,14
Ronald 1:3 2:3
  61:25 66:2
Rudd 3:7

───────── S ─────────
sake 10:10
salary 43:6 45:25
saying 8:25 18:6
  27:9,16,19 29:19
  29:23 30:3 38:23
  61:9,11,12
says 11:10 14:11
  15:17 16:20 25:1
  25:2 35:17 36:22
  37:19 38:13,15
  38:22 39:15 63:4
  63:14,17,19,21
scene 26:13
seal 67:13
second 18:21
see 11:7,12 12:22
  18:15 25:8 29:12
  30:13,16 31:1,3
  35:1,25 36:1
  37:6 38:21 39:13
  39:22 60:20,21
sees 26:12
senior 6:12 7:19
  44:22
sent 65:17
sentence 35:1
  39:18,19 64:14
separate 16:18
  17:5 18:16,16
  25:14 26:4 29:17
  29:20,25 30:5
  33:20,20 37:2
  38:24 39:4 49:25
  55:4,12,17 56:13
  56:14 61:21,21
  62:2,6,8,12,17
  62:19,25,25 63:2

64:4,12
services 17:7
set 24:23
settle 47:24
share 45:20,21
  46:6,16,23 47:1
  47:11,12 48:3,14
  48:15
sharing 43:9,9,15
  43:18 44:4,12
Shawn 6:19
sheet 19:8 57:23
  65:18
short 6:8
shorthand 67:6
side 42:6
sign 65:14 66:23
signature 65:17
significant 42:19
signing 66:25
similar 23:7
simply 31:16
  32:24 34:25 36:4
single 8:11,14
  14:21 19:21
  20:10 30:24
  37:21 38:9 39:8
  41:3 54:24 55:5
  55:8,21 61:13,16
  62:10 63:3
sir 5:8 11:4,7
  12:22 19:7 20:13
  29:12 34:12
  35:25 37:6 41:24
  42:23 43:3 60:20
sister 6:7
sit 49:5 52:16
sitting 45:19
situations 23:10
society 8:9 15:2
  17:7 19:14,19
  21:6 22:13,22,23
  25:3 26:1,7,20
  27:10,17 28:2
  33:19 38:18
  39:12,21,25
  40:11,12,25 41:9
  51:5,25 54:19

56:8 58:21 59:10
somebody 26:5,7
  26:12 44:24 56:5
  63:13
somebody's 16:25
someplace 33:10
sorry 9:25 18:13
  23:3,17 27:4
  33:25 34:1,4,6
  35:16 39:2 43:16
  50:13 51:19
  63:18
source 32:15
specific 50:24
  52:8,10 53:11,16
  55:2
specifically 33:18
  47:7 52:21 59:23
spell 5:9
stamped 11:5
stand 46:22
standard 42:17
start 59:5
Started 6:4
state 2:16 5:9
  19:12 29:25
  34:24 35:18,20
  61:17 67:4
stated 36:3
statement 28:14
  31:21 36:14
states 1:1 2:1
  11:14 12:7 16:4
  18:20 35:13
  39:10 42:5,11
statute 14:3,11
  18:8,12,14 30:4
  30:10 33:1,6
  36:15,23 38:10
  38:13 39:13,21
  60:4,5,10,10,15
  63:7,7,11,14,21
statutory 17:11,20
  17:24 18:4 19:3
  40:24
Stenotype 2:13,15
  67:3
steps 7:9

EXHIBIT A
Page 26 of 27

Danny Withers                           Deposition                              July 12, 2006
Page 8

| | | | | |
|---|---|---|---|---|
| stop 48:24 | 45:24 46:8 52:15 53:4 58:11 59:4 | tough 23:21 | 31:6 35:18 66:2 | went 40:8 |
| Street 3:4,9 | | transcribed 67:6 | value 9:15 20:18 | Wesolowski 3:12 |
| stricter 42:17 | telling 10:5 45:19 | transcript 67:7 | 20:22 21:3,4,8 | West 2:13 |
| strike 32:7 | tells 21:9 | true 13:14 33:14 | 21:10 22:12,20 | we're 8:10 17:11 |
| subject 11:14,17 | term 42:15 | 66:5 67:7 | 47:16,23 | 22:20,21 37:25 |
| 14:21 19:21 20:9 | testified 5:6 | try 28:15 | vehicle 12:10 15:8 | 56:10 65:12 |
| 26:3 33:20 59:25 | testimony 14:16 | trying 47:20 54:21 | 42:14 61:1 64:11 | we've 15:4 53:8 |
| 61:7,13,15 62:9 | 18:10 21:11 | 54:23 | verbal 59:2 | wheel 53:24 |
| 63:2 | 22:10 56:24 | two 6:25 16:17 | verdict 21:23 | WHEREOF |
| submitted 64:20 | Thank 22:3 | 18:15,16 26:22 | versus 26:19 | 67:12 |
| subscribed 67:13 | thing 7:10 23:8 | 28:5 38:6 44:23 | 59:14 60:16 | wife 23:9 |
| substantive 35:14 | 38:13 47:15 | type 7:1,3 | vs 66:2 | wish 43:18 58:9 |
| sue 62:12 | 53:24 | | | Withers 1:12 2:11 |
| sued 14:24 62:1 | things 23:11 | **U** | **W** | 5:2,11,13 21:25 |
| suffered 13:1,4 | think 13:8 16:15 | U 24:18 | W 3:3,3 | 66:3 |
| suffering 23:19 | 18:11,14,24 | uh-huh 11:8,13 | Wainscot 35:19 | witness 5:3 8:23 |
| 26:6,7,19,20 | 20:15 22:8 24:15 | 19:16 20:14,17 | 35:23 | 9:5 10:17 13:3,8 |
| 27:17 | 24:16,18 26:17 | 24:6,21 35:2 | wait 31:3 | 14:2 15:16 17:15 |
| suffers 15:12,17 | 27:15,19 29:4 | 47:9 | waive 57:25 58:4 | 17:22 18:11,24 |
| Suite 3:4,9 | 30:20 33:3,22 | UIM 24:18 54:18 | 65:14 | 20:7 21:12 22:2 |
| support 33:7 | 34:13 36:12 | UM 24:14 | waived 32:18 | 22:19,25 23:7 |
| suppose 45:14,18 | 42:24 43:2,14,17 | unable 31:25 | waiver 32:13,16 | 24:18 25:22,24 |
| supposed 63:15 | 46:21 49:1,18,19 | underinsured | Wald 49:21,22 | 26:10,25 27:14 |
| Supreme 38:24 | 51:13,18,20 52:5 | 9:10 49:23 | 56:1,3,7 | 27:25 30:9,10,20 |
| 56:11,16,18 | 55:3 56:18,25 | understand 8:7,21 | want 32:17 34:11 | 31:23 32:4 33:9 |
| sure 16:19 30:10 | 58:24 59:24 | 10:6,7 13:11 | 35:3 43:15 44:2 | 34:5,7,13,21,23 |
| 33:23 34:15 | 63:10 64:2,11,16 | 16:19 23:2,4,8 | 44:3 45:14 57:21 | 36:6,10,19 38:14 |
| 50:23 | 65:4 | 26:3,14 27:4 | 58:14 | 40:15 41:18,23 |
| sworn 5:4 | thinks 28:11 | 54:6 63:15 | wanted 56:8 | 44:19 47:4 48:6 |
| system 19:8 | thought 15:24 | understanding | wasn't 31:24 | 49:3,10,18 50:18 |
| | thousand 47:23 | 10:19 | 49:20,24 58:20 | 51:24 53:3 54:5 |
| **T** | 47:24 | unfortunately | way 13:11 23:8 | 54:21,23 56:18 |
| take 34:11 57:16 | three 11:22,23,24 | 24:16 | 26:3,14 53:8 | 57:6,12 58:3 |
| 64:17 | 12:5 62:5 | uninsured 12:15 | Webster's 42:14 | 59:18 62:8 63:10 |
| taken 2:12 57:20 | time 6:9 53:22,23 | 24:19 | Wednesday 1:15 | 64:2,15 65:13,17 |
| 64:19 67:5,8 | 67:8 | uninsured/unde... | 5:1 | 66:1 67:12 |
| talk 48:2,6 51:16 | times 5:18,19 | 11:10 12:3,10 | week 52:13,13,23 | witness's 57:23 |
| 52:19 57:1 | Tinker 3:8 | 15:7 60:25 64:10 | 52:23 | word 9:22,24 10:1 |
| talking 21:6 22:12 | today 46:22 55:23 | UNITED 1:1 2:1 | Weilbacher 1:3 | wording 42:10 |
| 26:16 30:14 | 56:21,22,23 | unredacted 57:22 | 2:3 7:4,16 8:6 | words 20:6 41:1 |
| talks 31:10 | told 25:4 29:23 | 58:5,8 | 9:1,13,15,20 | 62:6 |
| Teel 4:10 28:11 | 31:22 58:9,18 | unrelated 43:19 | 12:2 13:4,15 | work 43:4 |
| 41:14 58:18 59:6 | top 38:16 | upset 48:13,14,17 | 49:12 61:25 | worked 6:8 |
| 59:7 | tortfeasor 9:9,13 | 49:3 | 62:13,14,14,18 | working 47:11 |
| Teel's 42:5,9 | 14:25 15:1 37:11 | Use 66:24 | 64:21 66:2 | worth 20:25 21:12 |
| telephone 59:3 | 62:1,11 | | Weilbachers | 22:8 47:23 |
| tell 5:20 9:6 19:7 | total 11:24 16:6 | **V** | 42:25 55:17 | wouldn't 64:11 |
| 21:19 44:1,3 | 16:22 | v 1:3,5 2:3,5 28:11 | Weilbacher's 8:8 | write 18:6 |

Danny Withers                               Deposition                                July 12, 2006
                                                                                        Page 9

| | | | | |
|---|---|---|---|---|
| writes 33:4 | 54:15 56:15 57:4 | 23 4:8 | 907/278-4848 3:5 | |
| writing 58:23 59:1 | 57:9,11,18,21 | 23rd 67:14 | 907/793-2299 3:10 | |
| written 52:3 | 59:16 60:6 61:23 | 25 5:25 | 920 3:4 | |
| wrong 31:1,2 | 62:5 63:9,22,25 | 26 29:15 33:13 | 99501 3:5,10 | |
| 56:11 | 64:13 65:11,21 | 29 4:9 | | |
| wrongful 8:16,17 | | | | |
| 14:9,23 17:8 | **$** | **3** | | |
| 19:1 20:19 22:14 | $100,000 54:13 | 3 4:7 19:5,6 35:6 | | |
| 25:6,7 31:13 | $75,000 21:5,10 | 35:17 | | |
| 33:16 39:12,21 | 21:20 22:9,16 | 3:05-CV-0204-... | | |
| 40:1,1,13 54:18 | | 1:9 2:9 66:2 | | |
| 61:14 62:20 65:9 | **0** | 31st 24:2 | | |
| wrote 25:1,10 | 02/14/04 4:7 | 33 4:9 | | |
| 32:5,21,23 | 02/15/04 4:8 | 34 4:10 | | |
| W-i-t-h-e-r-s 5:11 | 03/31/05 4:8 | | | |
| W.D 25:5 | 04 20:16 | **4** | | |
| | 05 24:2 29:15 | 4 4:8 20:11 | | |
| **Y** | 33:13 | 41 4:10 | | |
| year 6:11 44:10 | 07/26/06 4:9 | 425 3:4 | | |
| years 5:23,25 6:1 | 09.15.010 13:15 | | | |
| 21:18 44:22 | | **5** | | |
| yesterday 57:2 | **1** | 5 4:4,8 23:22 | | |
| | 1 1:14 4:6 11:2,3,4 | 28:10 41:21 42:3 | | |
| **Z** | 14:14 15:4 60:19 | 5.5.10 67:19 | | |
| Zipkin 3:8 8:22 | 64:7 | 50 21:5,10,20 22:8 | | |
| 9:4,22 10:2,11 | 10:56 65:24 | 22:11,16 | | |
| 10:14 12:17,23 | 100,000 11:20,21 | 50,000 20:19 | | |
| 13:2,7,25 14:15 | 100329 19:7 | 50/75,000 20:23 | | |
| 15:14 17:13,21 | 100333 23:23 58:5 | 510 3:9 | | |
| 18:9,23 20:5 | 100334 58:6 | 511 2:13 | | |
| 21:11,24 22:3,10 | 10034 34:19 | | | |
| 22:18,24 23:6 | 100375 11:5 | **6** | | |
| 24:15 25:21 26:9 | 11 4:6 | 6 4:9 29:10,11 | | |
| 26:23 27:13,23 | 12 1:15 5:1 | 34:20,21 36:3,9 | | |
| 28:7 29:1,4 30:8 | 1273 35:3 39:10 | 36:14,17,17 | | |
| 30:18 31:23 32:7 | 1274 38:15 | 67 1:14 | | |
| 32:11,18 33:8,22 | 15 20:16 | | | |
| 33:25 34:3,13,20 | 15-year-old 20:20 | **7** | | |
| 35:11,24 36:5,8 | 16 4:7 | 7 4:9 33:11 34:18 | | |
| 36:16 37:5,25 | 19 4:7 | 700 3:9 | | |
| 38:12,19 40:3,14 | | 75,000 20:19 | | |
| 41:17,22 43:14 | **2** | 75,0000 22:11 | | |
| 43:17 44:18 | 2 4:7 12:20,21 | | | |
| 45:11 46:2,24 | 16:3,4 36:22 | **8** | | |
| 47:2,17,21 48:4 | 39:11,15,19 40:8 | 8 4:10 34:10 | | |
| 48:10,19,24 49:9 | 20 4:8 11:14 | | | |
| 49:16 50:13 | 2004 20:16 | **9** | | |
| 51:23 53:1 54:4 | 2006 5:1 67:14 | 9 4:10 41:11,12,13 | | |
| | | 9:00 1:15 5:1 | | |