Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER,              ) | |
| ) | |
| Plaintiff,        ) | |
| ) | |
| vs.                     ) | |
| ) | |
| ) | |
| PROGRESSIVE NORTHWESTERN        ) | |
| INSURANCE COMPANY,              ) | |
| ) | |
| Defendant.      ) | Case No. 3:05-cv-0204-TMB |
| _____) | |

**PLAINTIFF'S MOTION TO EXTEND TIME
TO RESPOND TO PROGRESSIVE'S OPPOSITION TO
MOTION *TO COMPEL DISCOVERY*__**

Plaintiff Ronald Weilbacher, by and through counsel, hereby moves this Court for an extension of time until August 11, 2006, in which to respond to

Progressive's Opposition to Plaintiff's Motion to Compel Discovery, filed July 26, 2006 [Docket No. 56]. Additional time is necessary because undersigned counsel was out of town and has had several business matters to attend to since being served with the document.

DATED this 4th day of August, 2006, at Anchorage, Alaska.

KENNETH W. LEGACKI, P.C.
Attorney for Plaintiff

By   s/Kenneth W. Legacki
Kenneth W. Legacki
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Phone: (907) 258-2422
Fax: (907) 278-4848
E-mail: legacki@gci.net

I HEREBY CERTIFY that on the 4th day of August, 2006, a copy of the foregoing document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

        s/Kenneth W. Legacki

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO
        PROGRESSIVE'S OPPOSITION TO MOTION TO COMPEL DISCOVERY
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 2