Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| PROGRESSIVE NORTHWESTERN INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) Case No. 3:05-cv-0204-TMB |

**(PROPOSED) ORDER
GRANTING MOTION FOR EXTENSION OF TIME TO
RESPOND TO PROGRESSIVE'S
<u>OPPOSITION TO MOTION TO COMPEL DISCOVERY</u>**

Plaintiff Ronald V. Weilbacher having moved this Court for an extension of time until August 11, 2006, in which to respond to Progressive's

Opposition to Motion to Compel Discovery (Docket No. 56), and the Court being duly advised in the premises,

IT IS HEREBY ORDERED Plaintiff Weilbacher's Motion for Extension of Time is granted.

DATED this _____ day of _____, 2006.

_____
The Honorable Timothy M. Burgess
United States District Judge

I HEREBY CERTIFY that on the 4th day of
August, 2006, a copy of the foregoing
document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

_____s/Kenneth W. Legacki_____

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO
    PROGRESSIVE'S OPPOSITION TO MOTION TO COMPEL DISCOVERY
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 2