Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com
Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RONALD V. WEILBACHER,            )
                                 )
        Plaintiff,               )
                                 )
    v.                           )
                                 )
PROGRESSIVE NORTHWESTERN         )
INSURANCE COMPANY,               )
                                 )
        Defendant.               )
_____)   3:05-cv-204-TMB

NON-OPPOSITION TO
PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO
PROGRESSIVE'S OPPOSITION TO MOTION TO COMPEL DISCOVERY

Defendant Progressive Northwestern Insurance Company ("Progressive"), by and through its attorneys, Guess & Rudd P.C., does not oppose Mr. Weilbacher's request for an extension of time to August 11, 2006 to file his reply to Progressive's Opposition to his Motion to Compel Discovery.

DATED at Fairbanks, Alaska, this 7th day of August, 2006.

                            GUESS & RUDD P.C.
                            Attorneys for Progressive
                            Northwestern Insurance Company

                    By:      /s/Aisha Tinker Bray
                            Guess & Rudd P.C.
                            100 Cushman Street, Suite 500
                            Fairbanks, Alaska 99701
                            Phone: 907-452-8986
                            Fax:   907-452-7015
                            Email: atbray@guessrudd.com
                            Alaska Bar No. 9505028

<u>CERTIFICATE OF SERVICE</u>
I hereby certify that on the
7th day of August, 2006, a copy
of the foregoing document was served
<u>electronically</u> on:

Kenneth A Legacki, Esq.

Guess & Rudd P.C.

By: <u>/s/Aisha Tinker Bray    </u>

USDC Case No. 3:05-cv-204-TMB   <u>Weilbacher v. Progressive</u>
Non-Opposition to Plaintiff's Motion to Extend Time to Respond to
Progressive's Opposition to Motion to Compel Discovery
Page 2 of 2