Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PROGRESSIVE NORTHWESTERN ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | 3:05-cv-204-TMB |

PROGRESSIVE'S RENEWED MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(c), Progressive Northwestern Insurance Company ("Progressive"), by and through its attorneys, Guess & Rudd P.C., moves for summary judgment on all of plaintiff's claims against it based on Progressive's denial of his claim for an additional "each person" policy limit of underinsured motor vehicle bodily injury liability coverage. This motion is supported by a memorandum of even date filed herewith.

DATED at Fairbanks, Alaska, this 10th day of August, 2006.

                                    GUESS & RUDD P.C.
                                    Attorneys for Progressive
                                    Northwestern Insurance Company

                      By:      s/Aisha Tinker Bray
                                    Guess & Rudd P.C.
                                    100 Cushman Street, Suite 500
                                    Fairbanks, Alaska 99701
                                    Phone: 907-452-8986
                                    Fax:   907-452-7015
                                    Email: atbray@guessrudd.com
                                    Alaska Bar No. 9505028

CERTIFICATE OF SERVICE
I hereby certify that on the
10th day of August, 2006, a copy
of the foregoing document was served
on either electronically or by U.S. Mail:

Kenneth A Legacki, Esq.

Guess & Rudd P.C.

By:    s/Aisha Tinker Bray

Case No. 3:05-cv-204-JWS   Weilbacher v. Progressive Northwestern Ins. Co.
Progressive's Renewed Motion for Summary Judgment
Page 2 of 2