```
Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com
```

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PROGRESSIVE NORTHWESTERN ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | 3:05-cv-204-TMB |

**PROPOSED**
ORDER GRANTING PROGRESSIVE'S
RENEWED MOTION FOR SUMMARY JUDGMENT

Progressive Northwestern Insurance Company ("Progressive") having moved for summary judgment on all of plaintiff's claims against it, and the court being duly advised in the premises,

IT IS HEREBY ORDERED that Progressive's Renewed Motion for Summary Judgment is GRANTED. As a matter of law, plaintiff is not entitled to another, separate "each person" policy limit

of UIMBI coverage under his Progressive policy.  The clear, unambiguous policy language provides that all damages arising from the bodily injury to a single person are subject to a single "each person" policy limit.  Progressive paid such an "each person" UIMBI policy limit to plaintiff, the Estate of Heidi Weilbacher, and Cathy Mauro based on the death of Heidi Weilbacher in February 2004.  As such, Progressive properly denied plaintiff's claim for another, separate "each person" policy limit under his UIMBI coverage for his loss of consortium/loss of society claim under AS 09.15.010.  Additionally, Progressive cannot have committed bad faith as a matter of law since it did not breach the insurance contract in properly denying plaintiff's subsequent UIMBI claim.  Therefore, all of plaintiff's claims against Progressive in this action are DISMISSED in their entirety with prejudice.

DATED at Anchorage, Alaska, this _____ day of _____, 2006.

                                               Honorable John W. Sedwick
                                               Chief Judge U.S. District Court

CERTIFICATE OF SERVICE
I hereby certify that on the
10th day of August, 2006, a copy
of the foregoing document was served
either electronically or by U.S. Mail on:

Kenneth A Legacki, Esq.

Guess & Rudd P.C.

By:   s/Aisha Tinker Bray

Case No. 3:05-cv-204-JWS   Weilbacher v. Progressive Northwestern Ins. Co.
**PROPOSED** Order Granting Progressive's Renewed Motion for Summary Judgment
Page 2 of 2