A) PRODUC~1.ZWS - PASSPORT                                     August 22, 2005, 14:01:06

```
CMSD4712  /CMSM4712              P A C M A N              AUG 22 05 - 17:01
OPID: AXA0070            FACE SHEET NOTE INQUIRY           TERMID: VT650506
IN   WEILBACHER, RON V                                    POL: 65824951-0
DO   JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548 OPEN      REP: J WESOLOWSKI
                                 FACE SHEET NOTE CODE*
```

```
F-   DEC 13 01 - 08:27 PM ET RJM0018 /RJM0018
FOL: PIP ONLY | INSURED INJURED | AS PASSENGER IN OTHER VEHICLE
RJM0018 TRANSFERRED TO CARS RECOMMENDED ORG 30534 AT 8:27:09 PM ET.
ZIPCODE 99669 ENTERED FOR INSURED PARTY RON V. WEILBACHER .
F-   DEC 13 01 - 08:27 PM ET RJM0018 /RJM0018
(CARS) REPORTED BY: KEN LEGACKI INSURED ATTORNEY (907) 258-2422.
PARTY CALLING FROM WORK.
CTC #S FOR RON WEILBACHER: HM: (907) 262-7888 WK: .
INJURIES: YES.
F-   DEC 13 01 - 08:28 PM ET RJM0018 /RJM0018
IR
NOT QUALIFIED
EXPECTATION FOR A CALL: NEXT DAY BEFORE 10 AM AT 907-258-2422
F-   DEC 13 01 - 08:28 PM ET RJM0018 /RJM0018
```

```
ADD- REP:          DUE DATE: AUG 22 05    MSG:
C912665 FIRST PAGE                                              *
COMMAND: ACTIVT
```

**100283**

EXHIBIT B
Page 1 of 53

(A) PRODUC~1.ZWS - PASSPOR⌐                        August 22, 2005, 14:01:09

```
CMSD4712  /CMSM4712              P A C M A N              AUG 22 05 - 17:01
OPID: AXA0070              FACE SHEET NOTE INQUIRY         TERMID: VT650506
IN⌐⌐: WEILBACHER, RON V                                   POL: 65824951-0
DC⌐ : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN    REP: J WESOLOWSKI
                                 FACE SHEET NOTE CODE*


F-   DEC 13 01 - 08:28 PM ET RJM0018 /RJM0018
IMMEDIATE CONCERNS: HIDI WEILBACHER, ROBERT ESPER, MAKALY LEWIS AND JUSTIN
WOOLAN WERE ALL KILLED.
F-CP DEC 13 01 - 08:50 PM ET GTE0001 /GTE0001
TEAM LEADER CHECK LIST ******************
*
-HELP LOSS(Y/N)?: Y
-BI/FILE TRIAGE(L1,L2,L3)?: 3
-PD TRIAGE(L1,L2,L3)?:  2
-REP NOTIFIED(Y/N)?: IN PERSON
-DIARY TO ISR(Y/N)?: RAK
-T/L DIARY SET?: NOTE TO TUSR,
-INITIAL RVW INSTRUCTIONS:
* DANNY, THIS APPEARS TO BE ANOTHER LOSS FOR ANOTHER GUEST PASSENGER IN THIS


ADD- REP:           DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                    *
COMMAND: ACTIVT
```

EXHIBIT B
Page 2 of 53

**100284**

A) PRODUC~1.ZWS - PASSPOR~                                   August 22, 2005, 14:01:11
─────────────────────────────────────

```
CMSD4712  /CMSM4712              P A C M A N              AUG 22 05 - 17:01
OPID: AXA0070             FACE SHEET NOTE INQUIRY         TERMID: VT650506
IN  : WEILBACHER, RON V                                  POL: 65824951-0
DC  : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN   REP: J WESOLOWSKI
                                   FACE SHEET NOTE CODE*
```

F-CP DEC 13 01 - 08:50 PM ET GTE0001 /GTE0001     (CONTINUED)
* DANNY, THIS APPEARS TO BE ANOTHER LOSS FOR ANOTHER GUEST PASSENGER IN THIS
LOSS.   THERE IS BOTH MP AND UM ON THE POLICY
F-FR DEC 13 01 - 08:57 PM ET TUSR22D /TUSR22D
REVD
DANNY, PLEASE CONDUCT INITIAL REVIEW OF COVERAGE AND LIAB, EXPOSURE RECOGNITIO
N, AND OUTLINE A TIME LINE AS TO WHAT ADDITIONAL ACTION PLANS WILL BE AND
SEND ME A DIARY ONCE CONCLUDED. THANKS.
F-FS DEC 14 01 - 02:22 PM ET GLC0004 /GLC0004
MP FILE SUMMARY
*****
E:  UD DRIVING UV ERRADICALLY, WAS DRIVING NBOUND ON SBOUND SIDE OF
    HWY.  UV HEAD ON COLL WITH APD CRUISER.  4 FATALITIES.
C:  POLICY # 9607.  MP LIMITS $5,000.

ADD- REP:            DUE DATE: AUG 22 05   MSG:
OC912770 MORE DATA                                                        *
COMMAND: ACTIVT
```

EXHIBIT B
Page 3 of 53

100285

A) PRODUC~1.ZWS - PASSPOR~                         August 22, 2005, 14:01:13

```
CMSD4712  /CMSM4712              P A C M A N        AUG 22 05 - 17:01
OPID: AXA0070            FACE SHEET NOTE INQUIRY    TERMID: VT650506
IN   : WEILBACHER, RON V                           POL: 65824951-0
DO   : JUL 09 01  OH-LEGAL -LIT-  CLM: 017489548  OPEN   REP: J WESOLOWSKI
                                 FACE SHEET NOTE CODE*
```

F-FS DEC 14 01 - 02:22 PM ET GLC0004 /GLC0004    (CONTINUED)
C:   POLICY # 9607.  MP LIMITS $5,000.
     LEVEL 2 CVQ - VEHICLE INVOLVED IN LOSS IS UNLISTED VEHICLE VEH
     LISTED VEHICLE IS 95 DODGE CARAVAN...VEHICLE INVOLVED IN LOSS IS
     CHEVY BLAZER WHICH IS OWNED BY ROBERT ESPER & INSURED W/ALLSTATE..
     IF GP IS RESIDENT RELATIVE OF NI, WILL NOT AFFECT MP AS IT IS
     NON-OWNED VEHICLE....ALLSTATE PART OF WERELY, PROG MP WOULD BE
     SECONDARY....ALLSTATE MP IS $25,000
     LEVEL 3 CVQ - DRIVER NOT ON POLICY
     WILL NOT AFFECT MP CLAIM AS IGP IN NON-OWNED VEHICLE
     *****
     INSURED PERSON
     "A RELATIVE WHILE OCCUPYING A COVERED VEHICLE OR NON-OWNED VEHICLE;"
L:   NO FINAL LIABILITY BUT APPEARS ADV TO ULD

ADD- REP:           DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                              *
COMMAND: ACTIVT
```

EXHIBIT B
Page 4 of 53

**100286**

A) PRODUC~1.ZWS - PASSPOR-                                 August 22, 2005, 14:01:15

```
CMSD4712  /CMSM4712                P A C M A N          AUG 22 05 - 17:01
OPID: AXA0070               FACE SHEET NOTE INQUIRY      TERMID: VT650506
IN  : WEILBACHER, RON V                                 POL: 65824951-0
DO  : JUL 09 01  OH-LEGAL -LIT-     CLM: 017489548  OPEN REP: J WESOLOWSKI
                                   FACE SHEET NOTE CODE*
```

```
F-FS DEC 14 01 - 02:22 PM ET GLC0004 /GLC0004      (CONTINUED)
L:  NO FINAL LIABILITY BUT APPEARS ADV TO ULD
D:  IGP DECEASED
D:  SEE TO DO LIST
F-CT DEC 14 01 - 02:49 PM ET GLC0004 /GLC0004
10:46 AM -
CALLED NI ATTY OFFICE...ATTY NOT AVAILABLE & S/W HIS ASSISTANT....AWARE THAT
ALLSTATE INSURE'S VEHICLE THAT IGP WAS IN....DOES NOT KNOW IF MP EXHAUSTED
OR NOT....THEIR WILL BE SOME MEETING NEXT WEEK TO DISCUSS CLAIM...GAVE ATTY
OFFICE PROG CLAIMS ADDRESS AS ATTY WANTED SAME
F-CT DEC 14 01 - 02:54 PM ET GLC0004 /GLC0004
10:52 AM -
CALLED ALLSTATE....STATES THAT MP IS $25,000 BUT THAT THE DEATH BENEFIT LIMIT
IS ONLY $2,000 & THEY HAD NOT PAID ANYTHING OUT YET FOR IGP...STATES THAT MAX
```

```
ADD- REP:              DUE DATE: AUG 22 05   MSG:
C912770 MORE DATA                                                    *
COMMAND: ACTIVT
```

100287

EXHIBIT B
Page 5 of 53

```
CMSD4712  /CMSM4712              P A C M A N            AUG 22 05 - 17:01
OPID: AXA0070              FACE SHEET NOTE INQUIRY      TERMID: VT650506
INCD: WEILBACHER, RON V                                POL: 65824951-0
DC  : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN REP: J WESOLOWSKI
                                  FACE SHEET NOTE CODE*
```

F-CT DEC 14 01 - 02:54 PM ET GLC0004 /GLC0004    (CONTINUED)
IS ONLY $2,000 & THEY HAD NOT PAID ANYTHING OUT YET FOR IGP...STATES THAT MAX
THEY WOULD PAY FOR ANY FUNERAL EXPENSE WOULD BE $2,000
F-TD DEC 14 01 - 02:57 PM ET GLC0004 /GLC0004
MP TO DO LIST:
1. AWAIT C/B FROM IGP ATTY
2. AWAIT TO SEE IF PRIMARY ALLSTATE EXHAUSTS FUNERAL BENEFITS & CONFIRM
   SAME
3. AWAIT TO SEE IF ANY MEDS PRESENTED TO PRIMARY ALLSTATE & IF IT EXHAUSTS
4. IF FUNERAL BENEFITS EXHAUST, SEE IF IGP ATTY WILL BE PRESENTING ANY
   REMAINING EXPENSE DUE TO FUNERAL
F-FS DEC 14 01 - 07:14 PM ET DCW0003 /DCW0003
COV:  AK UM/UIM/ 100/300.
      ALLSTATE UNDERLYING POLICY 100/300- BI AND 100/300-UIM

ADD- REP:              DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                        *
COMMAND: ACTIVT

**100288**

EXHIBIT   B
Page 6  of 53

A) PRODUC~1.ZWS - PASSPORT                                        August 22, 2005, 14:01:20

```
CMSD4712  /CMSM4712              P A C M A N              AUG 22 05 - 17:01
OPID: AXA0070            FACE SHEET NOTE INQUIRY          TERMID: VT650506
INC~: WEILBACHER, RON V                                  POL: 65824951-0
DC  : JUL 09 01  OH-LEGAL -LIT-     CLM: 017489548  OPEN  REP: J WESOLOWSKI
                                    FACE SHEET NOTE CODE*
```

F-FS DEC 14 01 - 07:14 PM ET DCW0003 /DCW0003    (CONTINUED)
      ALLSTATE UNDERLYING POLICY 100/300- BI AND 100/300-UIM
      INSURED GP IN ALLSTATE VEHICLE, COVERAGE UNDER THIS POLICY
      IS ON EXCESS BASIS OF ALLSTATE.
- THERE ARE THREE POTENTIAL CLMTS. AGAINST THE ALLSTATE 300K UIM.
INSURED MUST OBTAIN $100K, IN ORDER TO TRIGGER UIMBI UNDER THIS POLICY.
- ALLSTATE BI LIMIT MUST ALSO HE EXHAUSTED.

FOL:  U/D ESPER (ALLSTATE) WAS EVADING POLICE PURSUIT/ HIGH RATE OF SPEED,
      CROSS CENTER LINE, HEADED WRONG WAY ON GLEN HWY, AND COLLIDED
      HEAD-ON W/ POLICE VEH.
      -
LIAB:  CLEAR LIABILITY, U/D ESPER/ 100%.
      -

ADD- REP:         DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                        *
COMMAND: ACTIVT
```

100289

EXHIBIT  B
Page  7  of  53

A) PRODUC~1.ZWS - PASSPOR™                              August 22, 2005, 14:01:22

```
CMSD4712  /CMSM4712              P A C M A N            AUG 22 05 - 17:01
OPID: AXA0070             FACE SHEET NOTE INQUIRY        TERMID: VT650506
IN : WEILBACHER, RON V                                  POL: 65824951-0
DC  : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN  REP: J WESOLOWSKI
                                  FACE SHEET NOTE CODE*
```

F-FS DEC 14 01 - 07:14 PM ET DCW0003 /DCW0003    (CONTINUED)

INJURIES:  FOUR FATALITIES/ BOTH DRIVERS, AND TWO OCCUPANTS OF THE
           ESPER VEH., SEVERE INJURIES TO PASSENGER- FIELDING.
      - HEIDI WEILBACHER, AGE- 15 WAS A FATALITY.

THIS WAS CATASTROPHIC COLLISION, WHICH DISINTEGRATED BOTH VEHICLES,
WHICH WAS FOCUS OF THE NEWS FOR SEVERAL DAYS FOLLOWING.
-
LIABILITY CLEARLY RESTS W/ U/D ESPER, PREVIOUS INVESTIGATION COMPLETED
UNDER C/C WE HAVE FOR PASSENGER FIELDING UNDER CLAIM 01-6752841.

UNDER WRONGFUL DEATH STATUTE OF AK, THE DECEASED PERSONAL REP. MAY ONLY
BRING DAMAGES MEASURED BY THE PECUNIARY LOSS TO THE ESTATE, IF THE

ADD- REP:          DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA
COMMAND: ACTIVT                                              *

EXHIBIT  B
Page  8  of  53

**100290**

(A) PRODUC~1.ZWS - PASSPOR™                                                       August 22, 2005, 14:01:24
─────────────────────────────        ─────────────────────────        ─────────────

CMSD4712  /CMSM4712                        P A C M A N                AUG 22 05 - 17:01
OPID: AXA0070                       FACE SHEET NOTE INQUIRY           TERMID: VT650506
INC~: WEILBACHER, RON V                                               POL: 65824951-0
DC_ : JUL 09 01  OH-LEGAL -LIT-       CLM: 017489548    OPEN          REP: J WESOLOWSKI
                                      FACE SHEET NOTE CODE*


F-FS DEC 14 01 - 07:14 PM ET DCW0003 /DCW0003    (CONTINUED)
BRING DAMAGES MEASURED BY THE PECUNIARY LOSS TO THE ESTATE, IF THE
DECEASED IS UNMARRIED LEAVES NO DEPENDENTS.
-DEPENDING ON AMOUNT PAID UNDER ALLSTATE POLICY, EXPOSURE UNDER THIS
POLICY MAY BE LIMITED. INSURED WILL LIKELY OBTAIN UIM-LIMIT OF $100K,
AND MAY RECOVER SOME OF THE $300K -BI WHICH WILL BE DIVIDED BETWEEN
FOUR CLAIMS.
-
COV ANALYISIS:  IF GP IS RESIDENT OF NI HOUSEHOLD AND QUALIFIES AS
"RELATIVE", PER INSURING AGREEMENT. UM/UIM COVEREAGE WILL APPLY,
ON EXCESS BASIS, ALLSTATE IS PRIMARY.
F-TD DEC 14 01 - 07:37 PM ET DCW0003 /DCW0003
A/P:
* F/U WITH ATTY FOR INSURED.

ADD- REP:              DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                                *
COMMAND: ACTIVT

EXHIBIT B
Page 9 of 53

100291

(A) PRODUC~1.ZWS - PASSPOR™                                    August 22, 2005, 14:01:26

```
CMSD4712  /CMSM4712              P A C M A N          AUG 22 05 - 17:01
OPID: AXA0070            FACE SHEET NOTE INQUIRY       TERMID: VT650506
IN~D: WEILBACHER, RON V                               POL: 65824951-0
DC. : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN  REP: J WESOLOWSKI
                                 FACE SHEET NOTE CODE*


F-TD DEC 14 01 - 07:37 PM ET DCW0003 /DCW0003    (CONTINUED)
* F/U WITH ATTY FOR INSURED.
* OBTAIN DOCUMENTS /VITAL STATISTICS FOR DECEASED.
* SCHOOL RECORDS.
* CONSIDER ECO. EXPERT IF NEEDED.
* EVAL/ W.D.
* RECOVERY/ CLAIM PD UNDERLYING ALLSTATE POLICY.
* NEED STATEMENT OF NI/ DETERMINE IF GP STATUS.
F-CP DEC 14 01 - 08:12 PM ET RAK0009 /RAK0009
ISR CHECKLIST **************************
*
10 DAY LETTER SENT              YES TO ATTY LEGACKI RE HEIDI WEILBACHER
                                    DID NOT SEND ANY OTHERS PER DCW
HARD COPY FILE MADE             YES

ADD- REP:         DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                               *
COMMAND: ACTIVT
```

100292

EXHIBIT B

Page 10 of 53

```
CMSD4712  /CMSM4712            P A C M A N              AUG 22 05 - 17:01
OPID: AXA0070             FACE SHEET NOTE INQUIRY        TERMID: VT650506
IN__: WEILBACHER, RON V                                 POL: 65824951-0
DC__: JUL 09 01  OH-LEGAL -LIT-     CLM: 017489548  OPEN REP: J WESOLOWSKI
                                  FACE SHEET NOTE CODE*
```

```
F-CP DEC 14 01 - 08:12 PM ET RAK0009 /RAK0009    (CONTINUED)
HARD COPY FILE MADE                   YES
PR ORDERED                            NO ALREADY HAVE
30 DAY DIARY SET                      YES
UNK CUST INFO SEARCH COMPLT           N/A
**DID NOT DO CHKLIST UNTIL TODAY AS NO DIARY SENT TO ME**
F-CV DEC 21 01 - 03:44 PM ET DCW0003 /DCW0003
12/20 LMTC FOR ATTY, AND FOLLOWED W/ LETTER REF. COV. INVEST.
AND UM/UIM AVAILABLE UNDER THIS POLICY.
-ALLSTATE MUST EXHAUST BI AND UIM, BEFORE COV. IS AVAILABLE UNDER THIS
POLICY.
F-FR DEC 28 01 - 11:18 AM ET TUSR22D /TUSR22D
REVD
PLS COMPLETE CVQ AND CULMINATING COV STATEMENT.
```

```
ADD- REP:          DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                              *
COMMAND: ACTIVT
```

(A) PRODUC~1.ZWS - PASSPOR™                                    August 22, 2005, 14:01:29

```
CMSD4712  /CMSM4712               P A C M A N            AUG 22 05 - 17:01
OPID: AXA0070               FACE SHEET NOTE INQUIRY       TERMID: VT650506
IN__: WEILBACHER, RON V                                  POL: 65824951-0
DO_ : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN   REP: J WESOLOWSKI
                                 FACE SHEET NOTE CODE*
```

```
F-FR DEC 28 01 - 11:18 AM ET TUSR22D /TUSR22D    (CONTINUED)
PLS COMPLETE CVQ AND CULMINATING COV STATEMENT.
PLS PLACE DATES WITH YOUR PROPOSED ACTION PLAN.
F-CV DEC 30 01 - 08:57 PM ET DCW0003 /DCW0003
CLEARED CVQ, VEHICLE INVOLVED IS UNLISTED VEHICLE. THIS HAS NO EFFECT
FOR UIMBI, IF IGP QUALIFIES AS AN "INSURED PERSON" UNDER THE INSURING
AGREEMENT/ UM/UIM COV.
F-CV JAN 15 02 - 07:34 PM ET DCW0003 /DCW0003
CALLED ATTY, LMTC W/ SECRETARY, WE NEED TO SET UP INTERVIEW WITH NI.
F-DG JAN 15 02 - 09:03 PM ET DCW0003 /DCW0003
DISCUSSED W/ ATTY, WE NEED TO SET UP INTERVIEW W/ NI, REGARDING COV.
INVESTIGATION. NI IS OUT OF TOWN, NOT SCHEDULED TO RETURN UNTIL LAST
WEEK IN JAN.  ON RETURN HE WILL CALL TO SET UP INTERVIEW.
F-CT JAN 21 02 - 08:24 PM ET GLC0004 /GLC0004
```

```
ADD- REP:            DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                    *
COMMAND: ACTIVT
```

**100294**

EXHIBIT B
Page 12 of 53

```
CMSD4712  /CMSM4712              P A C M A N              AUG 22 05 - 17:01
OPID: AXA0070             FACE SHEET NOTE INQUIRY         TERMID: VT650506
IN' : WEILBACHER, RON V                                  POL: 65824951-0
DO  : JUL 09 01  OH-LEGAL -LIT-   CLM: 017489548  OPEN    REP: J WESOLOWSKI
                                 FACE SHEET NOTE CODE*
```

F-CT JAN 21 02 - 08:24 PM ET GLC0004 /GLC0004
4:23 PM -
CALLED ALLSTATE...THEY HAVE EXHAUSTED THEIR DEATH BENEFITS FOR IGP
WEILBACHER.....THEY WILL FAX OVER NOTE CONFIRMING SAME ALONG W/COPY OF
FUNERAL BILL
F-CT JAN 23 02 - 02:01 PM ET GLC0004 /GLC0004
REVIEWED LTR FROM ALLSTATE CONFIRMING THAT THEIR DEATH BENEFITS FOR
GP HEIDI
*****
REVIEWED COPIES OF CHECKS THAT MAURO MADE OUT FOR FUNERAL SERVICES
F-CT JAN 23 02 - 02:05 PM ET GLC0004 /GLC0004
10:03 AM-
CALLED IGP ATTORNEY OFFICE....ADV THEM THAT NEEDED RECEIPTS FOR FUNERAL
EXPENSES IN ORDER TO CONSIDER UNDER MP

ADD- REP:           DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                    *
COMMAND: ACTIVT

**100295**

EXHIBIT B
Page 13 of 53

```
CMSD4712  /CMSM4712               P A C M A N            AUG 22 05 - 17:01
OPID: AXA0070              FACE SHEET NOTE INQUIRY        TERMID: VT650506
INSD: WEILBACHER, RON V                                  POL: 65824951-0
DC  : JUL 09 01  OH-LEGAL -LIT-     CLM: 017489548  OPEN  REP: J WESOLOWSKI
                                    FACE SHEET NOTE CODE*
```

F-FR JAN 28 02 - 11:41 AM ET TUSR22D /TUSR22D
REVD
STILL NEED TO SET UP INTERVIEW? KEEP PUSHING TO ENSURE SAME GETS RESOLVED
AS EARLIEST POSSIBLE TIME.
F-CV JAN 29 02 - 08:42 PM ET DCW0003 /DCW0003
S/W THE ATTY TODAY, HE SAYS SENTENCING OF THE RESPON. PARTIES PUT OFF
UNTIL THE 20TH OF FEB.  NI IS TRAVELING, WITH HIS WORK AND WILL NOT
BE BACK UNTIL SENTENCING. I TOLD ATTY IT S IMPORTANT HE COOPERATE FOR
THE COV. INVESTIGATION.
- RIGHT NOW THERE IS DISPUTE OVER THE ALLSTATE POLICY, 100/300 -BI
AND 100/300 -UIMBI, THE MOST DAUGHTER COULD OBTAIN WOULD BE $200K
PLUS AD-ONS, BUT UNLIKELY SHE WILL RECEIVE FULL BI LIMIT.
- THERE IS ALSO A LIBERTY MUTUAL POLICY WITH THE DAUGHTERS MOTHER,
WHO IS SEPERATED FROM FATHER -NI.

```
ADD- REP:            DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA
COMMAND: ACTIVT                                              *
```

**100296**

EXHIBIT B
Page 14 of 53

```
CMSD4712  /CMSM4712              P A C M A N            AUG 22 05 - 17:01
OPID: AXA0070               FACE SHEET NOTE INQUIRY     TERMID: VT650506
IN??: WEILBACHER, RON V                                POL: 65824951-0
DC. : JUL 09 01  OH-LEGAL -LIT-   CLM: 017489548  OPEN  REP: J WESOLOWSKI
                                 FACE SHEET NOTE CODE*
```

F-CV JAN 29 02 - 08:51 PM ET DCW0003 /DCW0003
F/U W/ LTR. TO ATTY, NEED COPIES OF ALL POLICIES AVAILABLE TO
WEILBACHER, WITH DEC. PAGES. NEED TO INTERVIEW, NI ASAP.
F-TD JAN 29 02 - 09:04 PM ET DCW0003 /DCW0003
A/P:
- MEET W/ NI AND ATTORNEY/ FOR INTERVIEW.
- OBTAIN ALL POLICIES AVAILBLE FOR INSURED/HEIDI.
- CONSIDER ECO. EXPERT FOR VALUE OF ESTATE.
- EVAL/ UIMBI.
- COMPLETE BY 3/1/02.
F-CT FEB 04 02 - 02:47 PM ET GLC0004 /GLC0004
AS NO C/B FROM ATTY OFFICE, SENT LTR TO ATTY OFFICE REQUESTING FUNERAL
BILLS FOR CONSIDERATION UNDER MP
F-TD FEB 04 02 - 02:47 PM ET GLC0004 /GLC0004

ADD- REP:            DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                    *
COMMAND: ACTIVT

100297
EXHIBIT B
Page 15 of 53

```
CMSD4712  /CMSM4712                P A C M A N              AUG 22 05 - 17:01
OPID: AXA0070                 FACE SHEET NOTE INQUIRY        TERMID: VT650506
INCD: WEILBACHER, RON V                                     POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN      REP: J WESOLOWSKI
                                  FACE SHEET NOTE CODE*
```

F-TD FEB 04 02 - 02:47 PM ET GLC0004 /GLC0004
MP TO DO LIST:
1. MP COVERAGE APEARS IN ORDER (RESIDENT RELATIVE IN NON-OWNED VEHICLE)
2. AWAIT FUNERAL BILLS FROM ATTY OFFICE; REIMBURSE REASONABLE & NECESSARY
3. MP EXHAUSTS $5,000
     TOTALED PAID - $8,327; ALLSTATE PAID $2,000
F-CT FEB 12 02 - 07:30 PM ET GLC0004 /GLC0004
REVIEWED LTR FROM IGP ATTY PRESENTING COPIES OF RECEIPTS FROM ANGELUS MEMORIAL
PARK & ANCHORAGE FUNERAL HOMES FOR IGP FUNERAL SERVICES
F-CV FEB 21 02 - 03:48 PM ET GLC0004 /GLC0004
MP COVERAGE
IN ORDER
LEVEL 2 CVQ - VEHICLE INVOLVED IN LOSS IS UNLISTED VEHICLE VEH
 LISTED VEHICLE IS 95 DODGE CARAVAN...VEHICLE INVOLVED IN LOSS IS

ADD- REP:              DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                     *
COMMAND: ACTIVT

EXHIBIT B
Page 16 of 53

100298

```
CMSD4712  /CMSM4712              P A C M A N           AUG 22 05 - 17:01
OPID: AXA0070              FACE SHEET NOTE INQUIRY     TERMID: VT650506
INC?: WEILBACHER, RON V                               POL: 65824951-0
DC. : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN   REP: J WESOLOWSKI
                                  FACE SHEET NOTE CODE*
```

```
F-CV FEB 21 02 - 03:48 PM ET GLC0004 /GLC0004    (CONTINUED)
  LISTED VEHICLE IS 95 DODGE CARAVAN...VEHICLE INVOLVED IN LOSS IS
  CHEVY BLAZER WHICH IS OWNED BY ROBERT ESPER & INSURED W/ALLSTATE..
  IF GP IS RESIDENT RELATIVE OF NI, WILL NOT AFFECT MP AS IT IS
  NON-OWNED VEHICLE....ALLSTATE PART OF WERELY, PROG MP WOULD BE
  SECONDARY....ALLSTATE MP IS $25,000 BUT ONLY HAS DEATH BENS OF $2,000
  LEVEL 3 CVQ - DRIVER NOT ON POLICY
  WILL NOT AFFECT MP CLAIM AS IGP IN NON-OWNED VEHICLE
  *****
  INSURED PERSON
   "A RELATIVE WHILE OCCUPYING A COVERED VEHICLE OR NON-OWNED VEHICLE;"
******
IGP IS RESIDENT RELATIVE OF NI WHO WAS OCCUPYING A NON-OWNED VEHICLE
F-RA FEB 21 02 - 03:54 PM ET GLC0004 /GLC0004

ADD- REP:            DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                              *
COMMAND: ACTIVT
```

EXHIBIT B
Page 17 of 53

100299

```
CMSD4712  /CMSM4712              P A C M A N              AUG 22 05 - 17:01
OPID: AXA0070              FACE SHEET NOTE INQUIRY        TERMID: VT650506
IN   : WEILBACHER, RON V                                 POL: 65824951-0
DC   : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN  REP: J WESOLOWSKI
                                   FACE SHEET NOTE CODE*
```

F-RA FEB 21 02 - 03:54 PM ET GLC0004 /GLC0004
11:49 AM - TUSR18A -
REQUEST AUTH TO REIMBURSE PETER & CATHIE MAURO $5,000 FOR FUNERAL EXPENSES
THAT THEY PAID FOR IGP.   PER MP INSURING AGREEMENT SUCH EXPENSES WOULD BE
COVERED AS IGP WAS A RESIDENT RELATIVE OCCUPYING A NON-OWNED VEHICLE & THUS
AN INSURED PERSON @ TOL.
E:  UD DRIVING UV ERRADICALLY, WAS DRIVING NBOUND ON SBOUND SIDE OF
    HWY.  UV HEAD ON COLL WITH APD CRUISER.  4 FATALITIES.
C:  POLICY # 9607.  MP LIMITS $5,000
    ON PAGES 16 & 17, THE MP INSURING AGREEMENT STATES THE FOLLOWING:
     "SUBJECT...FOR MEDICAL AND FUNERAL SERVICES BECAUSE OF BODILY INJURY:
      1. SUSTAINED BY AN INSURED PERSON;...."
     ****
    ON PAGE 17 UNDER ADDITIONAL DEFINITIONS, "INSURED PERSON" MEANS

ADD- REP:            DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                      *
COMMAND: ACTIVT
```

EXHIBIT B
Page 18 of 53

100200

```
CMSD4712  /CMSM4712                P A C M A N              AUG 22 05 - 17:01
OPID: AXA0070              FACE SHEET NOTE INQUIRY           TERMID: VT650506
IN__: WEILBACHER, RON V                                     POL: 65824951-0
DO_ : JUL 09 01  OH-LEGAL -LIT-     CLM: 017489548  OPEN    REP: J WESOLOWSKI
                                   FACE SHEET NOTE CODE*
```

F-RA FEB 21 02 - 03:54 PM ET GLC0004 /GLC0004    (CONTINUED)
    ON PAGE 17 UNDER ADDITIONAL DEFINITIONS, "INSURED PERSON" MEANS
    "B. A RELATIVE WHILE OCCUPYING A COVERED VEHICLE OR NON-OWNED VEHICLE;.."
    *******
    ON PAGE 5 UNDER GENERAL DEFINITIONS, "RELATIVE" MEANS A PERSON RESIDING
    IN THE SAME HOUSEHOLD AS YOU, AND RELATED TO YOU BY BLOOD, MARRIAGE, OR
    ADOPTION.....
    ******
    IGP IS HEIDI WEILBACHER WHO IS MINOR CHILD OF NI & RESIDED W/NI @ TOL.
    ULV IS NON-OWNED VEHICLE OWNED BY ROBERT ESPER.
    **********
    ALLSTATE WAS PRIMARY MP CARRIER BUT THEIR FUNERAL BENEFITS OF $2,000
     EXHAUSTED.
    ********

```
ADD- REP:            DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                        *
COMMAND: ACTIVT
```

EXHIBIT B
Page 19 of 53

100301

(A) PRODUC~1.ZWS - PASSPOR™                                      August 22, 2005, 14:01:46

```
CMSD4712  /CMSM4712              P A C M A N           AUG 22 05 - 17:01
OPID: AXA0070              FACE SHEET NOTE INQUIRY     TERMID: VT650506
IN   : WEILBACHER, RON V                              POL: 65824951-0
DC   : JUL 09 01  OH-LEGAL -LIT-   CLM: 017489548  OPEN   REP: J WESOLOWSKI
                            FACE SHEET NOTE CODE*
```

F-RA FEB 21 02 - 03:54 PM ET GLC0004 /GLC0004    (CONTINUED)
     * * * * * * * *
     AS IGP WAS RESIDENT RELATIVE OF NI OCCUPYING A NON-OWNED VEHICLE, SHE
     WOULD HAVE BEEN DEEMED AN INSURED PERSON & PER MP INSURING AGREEMENT,
     THERE WOULD BE MP COVERAGE FOR IGP FUNERAL COSTS.
L:   ADV TO ULD ESPER
D:   FUNERAL COSTS WERE PAID BY IGP MOTHER & PRESENT SPOUSE.
     TOTAL BILLED FROM ANGELUS MEMORIAL & ANCHORAGE FUNERAL IS $7,927
     ALLSTATE PAID FUNERAL BENEFITS OF $2,000...MP OF $5,000 WOULD BE EXHAUSTED
D:   SEE ABOVE
F-FR FEB 21 02 - 04:35 PM ET TUSR18A /TUSR18A
12:31 PM - RVW'D.. GLC, HAVE WE COMPLETED THE NEEDED COV INVEST TO CONFIRM
   THAT THE DECEDANT WAS ACTUALLY A RESIDENT RELATIVE OF NI'S HOUSEHOLD AT
   THE TIME OF THIS LOSS?  AS LONG AS SAME HAS BEEN DONE, OK TO PAY THE 5K

ADD- REP:             DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                      *
COMMAND: ACTIVT
```

EXHIBIT B
Page 20 of 53

100302

A) PRODUC~1.ZWS - PASSPOR™    August 22, 2005, 14:01:48

```
CMSD4712  /CMSM4712              P A C M A N          AUG 22 05 - 17:01
OPID: AXA0070            FACE SHEET NOTE INQUIRY      TERMID: VT650506
IN__: WEILBACHER, RON V                              POL: 65824951-0
DO_ : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548 OPEN   REP: J WESOLOWSKI
                                FACE SHEET NOTE CODE*
```

F-FR FEB 21 02 - 04:35 PM ET TUSR18A /TUSR18A    (CONTINUED)
   THE TIME OF THIS LOSS?  AS LONG AS SAME HAS BEEN DONE, OK TO PAY THE 5K
   IN MP BENEFITS FOR THE COST OF THE FUNERAL.. DCW SHOULD BE ABLE TO ADVISE
   AS TO WHETHER THE RESIDENCY ISSUE HAS BEEN RESOLVED..
F-CV FEB 21 02 - 05:16 PM ET DCW0003 /DCW0003
2/20, MET W/ NI AND HIS ATTY, TOOK R/S. HEIDI WEILBACHER DOB IS
7/31/86, NI IS HER NATURAL FATHER. HER MOTHER IS CATHY MAUOR AND SHE
RESIDES IN ANCHORAGE. HEIDI WAS IN THE 10TH GRADE AT DIMOND HIGH,
ANCHORAGE, AND LIVED W/ HER MOTHER CATHY MAURO, DURING THE SCHOOL
MONTHS, AND LIVED WITH HER FATHER, RON WEILBACHER, IN SOLDOTNA, DURING
THE SUMMER. NI OWNS THE RW FISHING RESORT IN SOLDOTNA, AK., AND HEIDI
WORKED AND LIVED THERE DURING THE SUMMER.
- THE RESORT WAS WILLED TO HEIDI , IN RON'S WILL.
-

ADD- REP:          DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                    *
COMMAND: ACTIVT

EXHIBIT B
Page 21 of 53

100303

```
CMSD4712  /CMSM4712              P A C M A N          AUG 22 05 - 17:01
OPID: AXA0070             FACE SHEET NOTE INQUIRY     TERMID: VT650506
INSD: WEILBACHER, RON V                              POL: 65824951-0
DO. : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN   REP: J WESOLOWSKI
                                 FACE SHEET NOTE CODE*
```

F-CV FEB 21 02 - 05:16 PM ET DCW0003 /DCW0003    (CONTINUED)
-

AT THE TIME THIS ACCIDENT OCCURRED, HEIDI WAS LIVING IN SOLDOTNA WITH
HER FATHER, AND HAD DRIVEN UP TO ANCHORAGE WITH HER MOTHER ON THAT DAY
BEFORE.

HEIDI LIVED WITH THE NI WHEN THIS ACCIDENT OCCURRED, SHE IS THE NI
NATURAL DAUGHTER AND QUALIFIES AS A "RELATIVE".
-

PER THE NI, CATHY MAURO, HAS A POLICY W/ LIBERTY MUTUAL INS. I HAVE
REQUESTED A COPY OF THE POLICY, BECAUSE THERE APPEARS TO BE DUAL
RESIDENCY OF HEIDI, BETWEEN HER FATHER AND MOTHER.
-

NI AND HEIDI'S MOTHER WERE DIVORCED 11 YRS AGO, WHICH WAS A DISSOLUTION

ADD- REP:          DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                               *
COMMAND: ACTIVT

EXHIBIT B
Page 22 of 53

100304

```
CMSD4712  /CMSM4712              P A C M A N            AUG 22 05 - 17:01
OPID: AXA0070             FACE SHEET NOTE INQUIRY        TERMID: VT650506
INSD: WEILBACHER, RON V                                 POL: 65824951-0
DC  : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN  REP: J WESOLOWSKI
                                FACE SHEET NOTE CODE*
```

F-CV FEB 21 02 - 05:16 PM ET DCW0003 /DCW0003    (CONTINUED)
NI AND HEIDI'S MOTHER WERE DIVORCED 11 YRS AGO, WHICH WAS A DISSOLUTION
AND THERE WAS NO COURT ORDER AS TO CUSTODY.
F-TD FEB 21 02 - 05:42 PM ET GLC0004 /GLC0004
MP TO DO LIST;
1. WILL AWAIT POLICY INFORMATION ON IGP MOTHER TO SEE IF THERE IS MP
   OR NOT
2. MP REGARDING OTHER INSURANCE
   "ANY INSURANCE THAT WE PROVIDE FOR AN INSURED PERSON OCCUPYING A VEHICLE
   OR RENTAL VEHICLE, OTHER THAN A COVERED VEHICLE, WILL BE EXCESS OVER
   ANY OTHER VEHICLE OR RENTALL VEHICLE INSURANCE PROVIDING PAYMENTS FOR
   MEDICAL AND FUNERAL EXPENSES"
3. IF THERE IS MP ON MOTHER INSURANCE & COVERS FUNERAL EXPENSES, APPEAR
   THAT PROG WOULD BE RESPONSIBLE ON A PRO RATA SHARE

ADD- REP:            DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                    *
COMMAND: ACTIVT

EXHIBIT 13
Page 23 of 53

100305

```
CMSD4712  /CMSM4712              P A C M A N          AUG 22 05 - 17:01
OPID: AXA0070            FACE SHEET NOTE INQUIRY      TERMID: VT650506
INSD: WEILBACHER, RON V                              POL: 65824951-0
DC  : JUL 09 01  OH-LEGAL -LIT-   CLM: 017489548  OPEN   REP: J WESOLOWSKI
                                 FACE SHEET NOTE CODE*
```

F-FR FEB 26 02 - 08:34 PM ET TUSR22D /TUSR22D
REVD
ONE CAN HAVE DUAL RESIDENCY IN MOST VENUES. IS THIS AN ISSUE IN ALASKA?
DANNY, NEXT STEP IN ADDRESSING EXPOSURE? DUAL COVERAGE WITH THE OTHER CARRIER.
F-CV FEB 27 02 - 12:12 PM ET DCW0003 /DCW0003
AK LAW RECOGNIZES DUEL RESIDENCY. HERE THE INSURED MUST GET THROUGH
THE BI LIABILITY POLICY, AND THE UIM AVAILABLE UNDER THE VEHICLE SHE
OCCUPIED. THEN THERE IS ISSUE W/ COV. WITH LIBERTY MUTUAL, WHICH IS HER
MOTHERS CARRIER.
F-TD MAR 11 02 - 01:22 PM ET DCW0003 /DCW0003
A/P:
* NEED LIBERTY MUTUAL POLICY/ W/ DECEASED MOTHER.
* MONITER BI/UIM FIRST LAYER COV./ W/ ALLSTATE.
* CONSIDER ECON. EXPERT / VALUE OF ESTATE.

ADD- REP:            DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                    *
COMMAND: ACTIVT

EXHIBIT B
Page 24 of 53

**100306**

```
(A) PRODUC~1.ZWS - PASSPORT                        August 22, 2005, 14:01:56

CMSD4712 /CMSM4712                 P A C M A N          AUG 22 05 - 17:01
OPID: AXA0070               FACE SHEET NOTE INQUIRY     TERMID: VT650506
IN??: WEILBACHER, RON V                                POL: 65824951-0
DC. : JUL 09 01   OH-LEGAL -LIT-    CLM: 017489548  OPEN  REP: J WESOLOWSKI
                                   FACE SHEET NOTE CODE*


F-TD MAR 11 02 - 01:22 PM ET DCW0003 /DCW0003     (CONTINUED)
* CONSIDER ECON. EXPERT / VALUE OF ESTATE.
* EVAL. UIMBI/
-
THERE IS CURRENT DISPUTE OVER THE ALLSTATE POLICY LIMITS AVAILABLE TO
THE W.D. CLAIMS FILED AGAINST ESPER.
F-CT MAR 12 02 - 06:38 PM ET GLC0004 /GLC0004
AS NO DEC PAGE OR POLICY INFO CONFIRMING IF HEIDI MOTHER HAD MP ON POLICY,
SENT REQUEST TO ATTY FOR ESTATE FOR SAME
F-TD MAR 12 02 - 06:39 PM ET GLC0004 /GLC0004
MP TO DO LIST;
1. WILL AWAIT POLICY INFORMATION ON IGP MOTHER TO SEE IF THERE IS MP
   OR NOT
2. MP REGARDING OTHER INSURANCE


ADD- REP:           DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                    *
COMMAND: ACTIVT
```

EXHIBIT B
Page 25 of 53

100307

```
CMSD4712  /CMSM4712              P A C M A N              AUG 22 05 - 17:01
OPID: AXA0070            FACE SHEET NOTE INQUIRY          TERMID: VT650506
INSD: WEILBACHER, RON V                                  POL: 65824951-0
DC  : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN   REP: J WESOLOWSKI
                                  FACE SHEET NOTE CODE*
```

```
F-TD MAR 12 02 - 06:39 PM ET GLC0004 /GLC0004    (CONTINUED)
2. MP REGARDING OTHER INSURANCE
    "ANY INSURANCE THAT WE PROVIDE FOR AN INSURED PERSON OCCUPYING A VEHICLE
    OR RENTAL VEHICLE, OTHER THAN A COVERED VEHICLE, WILL BE EXCESS OVER
    ANY OTHER VEHICLE OR RENTALL VEHICLE INSURANCE PROVIDING PAYMENTS FOR
    MEDICAL AND FUNERAL EXPENSES"
  3. IF THERE IS MP ON MOTHER INSURANCE & COVERS FUNERAL EXPENSES, APPEAR
    THAT PROG WOULD BE RESPONSIBLE ON A PRO RATA SHARE
F-FR MAR 15 02 - 10:56 AM ET TUSR22D /TUSR22D
REVD
F-  MAR 22 02 - 01:24 PM ET GLC0004 /GLC0004
REVIEWED NO RESPONSE FROM NI ATTY IF IGP MOTHER HAD MP ON INSURANCE
F-CT APR 05 02 - 02:20 PM ET GLC0004 /GLC0004
10:19 AM-

ADD- REP:          DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                              *
COMMAND: ACTIVT
```

EXHIBIT B
Page 26 of 53

100308

A) PRODUC~1.ZWS - PASSPORT                                    August 22, 2005, 14:02:01

```
CMSD4712  /CMSM4712              P A C M A N              AUG 22 05 - 17:02
OPID: AXA0070               FACE SHEET NOTE INQUIRY        TERMID: VT650506
INSD: WEILBACHER, RON V                                   POL: 65824951-0
DC  : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN    REP: J WESOLOWSKI
                                  FACE SHEET NOTE CODE*
```

F-CT APR 05 02 - 02:20 PM ET GLC0004 /GLC0004     (CONTINUED)
10:19 AM-
CALLED NI ATTY OFFICE.
S/W SECTY REGARDING THE PRO RATA ISSUE.
STATES THAT THEY SENT LTR TO IGP HEIDI MOTHER'S INSURANCE COMPANY BUT
 HAVE NOT HEARD IF THEY HAVE MED PAY OR NOT ON POLICY
ASKED IF THERE WAS ANY PROG COULD DO TO SPEED UP THAT PROCESS, SECTY WILL
 NEED TO S/W ATTY & CALL BACK
F-CT APR 12 02 - 08:10 PM ET GLC0004 /GLC0004
4:11 PM-
LMTCB FOR NI ATTY W/RECEPTIONIST - HAVE THEY RECEIVED WORKED FROM IGP
MOTHER'S INSURANCE COMPANY IF THERE IS MP OR NO
F-CV APR 16 02 - 08:21 PM ET DCW0003 /DCW0003
F/U LETTER TO ATTY, REGARDING REQUEST FOR LIBERTY MUTUAL POLICY,

ADD- REP:          DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                    *
COMMAND: ACTIVT

EXHIBIT B
Page 27 of 53

100309