```
(A) PRODUC~1.ZWS - PASSPORT _____  August 22, 2005, 14:02:03

CMSD4712  /CMSM4712              P A C M A N              AUG 22 05 - 17:02
OPID: AXA0070             FACE SHEET NOTE INQUIRY          TERMID: VT650506
IN__: WEILBACHER, RON V                                   POL: 65824951-0
DO_ : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN    REP: J WESOLOWSKI
                                  FACE SHEET NOTE CODE*


F-CV APR 16 02 - 08:21 PM ET DCW0003 /DCW0003    (CONTINUED)
F/U LETTER TO ATTY, REGARDING REQUEST FOR LIBERTY MUTUAL POLICY,
ALSO STATUS OF WEILBACHER CLAIMS W/ ALLSTATE, BI/UIMBI.
F-CP APR 17 02 - 07:47 PM ET RAK0009 /RAK0009
 LTTR TO ATTY LEGACKI AS DICTATED BY DCW.
F-CT APR 24 02 - 03:39 PM ET GLC0004 /GLC0004
11:40 AM
CALLED NI ATTY OFFICE.
SECTY STATES THAT THEY HAVE NOT HEARD FROM MOTHER'S INSURANCE COMPANY.
THEY WILL BE DOING A FOLLOW UP LETTER TO GET POLICY INFO.
F-TD MAY 13 02 - 01:59 PM ET DCW0003 /DCW0003
A/P:
* NEED LIBERTY MUTUAL POLICY/ W/ DECEASED MOTHER.
* MONITER BI/UIM FIRST LAYER COV./ W/ ALLSTATE.

ADD- REP:           DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                        *
COMMAND: ACTIVT
```

EXHIBIT B
Page 28 of 53

100310

A) PRODUC~1.ZWS - PASSPOR™ _____    August 22, 2005, 14:02:04

```
CMSD4712  /CMSM4712          P A C M A N          AUG 22 05 - 17:02
OPID: AXA0070          FACE SHEET NOTE INQUIRY     TERMID: VT650506
IN   : WEILBACHER, RON V                          POL: 65824951-0
DO   : JUL 09 01  OH-LEGAL -LIT-   CLM: 017489548  OPEN   REP: J WESOLOWSKI
                              FACE SHEET NOTE CODE*
```

F-TD MAY 13 02 - 01:59 PM ET DCW0003 /DCW0003    (CONTINUED)
* MONITER BI/UIM FIRST LAYER COV./ W/ ALLSTATE.
* CONSIDER ECON. EXPERT / VALUE OF ESTATE.
* EVAL. UIMBI/ NEG. SETTLEMENT.
-
ATTY HAS NOT YET RESOLVED FIRST LAYER IF UIMBI.
F-CT MAY 15 02 - 03:22 PM ET GLC0004 /GLC0004
11;23 AM
CALLED NI ATTY OFFICE.
THEY HEARD FROM HEIDI'S MOTHER'S INSURANCE COMPANY.
ATTY WILL SENDING A LTR OUT THIS WEEK.
F-FR MAY 17 02 - 06:50 PM ET TUSR22D /TUSR22D
REVD
STILL WAITING FOR RESOLUTOIN OF FIRST LAYER OF UIM TO CONSIDER OUR EXPOSURE.

ADD- REP:           DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                               *
COMMAND: ACTIVT

EXHIBIT B
Page 29 of 53

100311

A) PRODUC~1.ZWS - PASSPORT                                      August 22, 2005, 14:02:06
_____

```
CMSD4712 /CMSM4712             P A C M A N              AUG 22 05 - 17:02
OPID: AXA0070          FACE SHEET NOTE INQUIRY          TERMID: VT650506
INS*: WEILBACHER, RON V                                POL: 65824951-0
DO. : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN REP: J WESOLOWSKI
                                  FACE SHEET NOTE CODE*
```

F-CT MAY 22 02 - 08:41 PM ET GLC0004 /GLC0004
RECEIVED LTR FROM IHP HEIDI ESTATE ATTY
 - STATES THAT ALLSTATE REIMBURSED ESTATE FOR $2,000
 - STATES THAT LIBERTY MUTUAL REIMBURSED ESTATE FOR $5,000
 - LOOKING TO PROG TO REIMBURSE $1,327 TO ESTATE FOR FUNERAL COSTS
F-CT MAY 29 02 - 02:58 PM ET GLC0004 /GLC0004
CALLED ESTATE ATTY.
CONFIRMED THAT MP PAYMENT CAN BE ISSUED TO CATHIE MAURO BUT FORWARD PAYMENT
TO HIS OFFICE & THEY WILL FORWARD SAME TO CATHIE MAURO
F-PY MAY 29 02 - 03:14 PM ET GLC0004 /GLC0004
IGP HEIDI MP BILL
 - REIMBURSED PROG SHARE FOR FUNERAL COSTS TO IGP MOTHER CATHIE MAURO, PD
   $1,327
********

ADD- REP:          DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                  *
COMMAND: ACTIVT

EXHIBIT B
Page 30 of 53

100312

A) PRODUC~1.ZWS - PASSPORT _____    August 22, 2005, 14:02:08

```
CMSD4712  /CMSM4712              P A C M A N          AUG 22 05 - 17:02
OPID: AXA0070            FACE SHEET NOTE INQUIRY      TERMID: VT650506
IN   : WEILBACHER, RON V                             POL: 65824951-0
DO   : JUL 09 01  OH-LEGAL -LIT-   CLM: 017489548  OPEN   REP: J WESOLOWSKI
                                FACE SHEET NOTE CODE*
```

F-PY MAY 29 02 - 03:14 PM ET GLC0004 /GLC0004    (CONTINUED)
********
MP IS IN ORDER.  IGP WAS MINOR DAUGHTER OF NI.  IGP HAD DUAL RESIDENCY W/
NI & IGP MOTHER.  NO FORMAL COURT DECISION AS TO CUSTODY.  AS IGP WAS
RESIDENT RELATIVE OF NI OCCUPYING A NON-OWNED VEHICLE (OWNED BY ESPER) @ TOL,
IGP WOULD BE CONSIDERED AN INSURED PERSON @ TOL.
F-CT MAY 29 02 - 03:19 PM ET GLC0004 /GLC0004
SENT LTR TO ESTATE ATTY ALONG W/PAYMENT TO CATHIE MAURO (PAID THE FUNERAL
EXPENSES).
F-IE MAY 29 02 - 03:21 PM ET GLC0004 /GLC0004
AS THERE APPEARS TO BE NO MORE MEDICAL OR FUNERAL EXPENSES BE PRESENTED
UNDER MP BY ESTATE ATTORNEY, CLOSED MP CLAIM
****
SENT MP CLOSURE LTR TO ESTATE ATTORNEY (NOT EXHAUSTED)

ADD- REP:               DUE DATE: AUG 22 05   MSG:
PC912770 MORE DATA                                                    *
COMMAND: ACTIVT

EXHIBIT B
Page 31 of 53

100313

A) PRODUC~1.ZWS - PASSPORT                                    August 22, 2005, 14:02:10

```
CMSD4712  /CMSM4712              P A C M A N              AUG 22 05 - 17:02
OPID: AXA0070              FACE SHEET NOTE INQUIRY         TERMID: VT650506
IN   : WEILBACHER, RON V                                  POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN   REP: J WESOLOWSKI
                               FACE SHEET NOTE CODE*


F-CV JUN 18 02 - 05:20 PM ET DCW0003 /DCW0003
RECD COPY OF LIBERTY MUTUAL POLICY, NEED TO WORK THRU COV. ONCE UNDERLYING
BI/UIM CLAIMS W/ ALLSTATE HAVE BEEN RESOLVED.
F-CV JUL 22 02 - 06:58 PM ET DCW0003 /DCW0003
PER ATTY FOR INSURED ESTATE, THE PARTIES HAVE NOT YET SETTLED THE UNDERLYING
CLAIMS AGAINST ALLSTATE AND THE ESPER POLICY. THIS WAS CONFIRMED W/ ADJ.
KATHY BERRY. ATTY SAYS THEY MAY FILE SUIT AGAINST THE ESTATE.
- THE LIBERTY MUTUAL UM/UIM POICY W/ INSUREDS MOTHER PROVIDES UIM OF
100/300-UMBI.
F-CV JUL 22 02 - 07:02 PM ET DCW0003 /DCW0003
RAK- PLS MAKE COPY OF GLC FILE FOR ME.   THANKS.
F-DG JUL 22 02 - 07:23 PM ET DCW0003 /DCW0003
THERE IS $300K -BI AND $300K-UIM UNDER THE ALLSTATE POLICY, HOWEVER
THIS WILL NEED TO BE DIVIDED BETWEEN FOUR CLAIMS THE CD, AND THE THREE


ADD- REP:           DUE DATE: AUG 22 05   MSG:
C912770 MORE DATA                                                          *
COMMAND: ACTIVT
```

EXHIBIT B

Page 32 of 53

**100314**

A) PRODUC~1.ZWS - PASSPORT _____ August 22, 2005, 14:02:12

```
CMSD4712  /CMSM4712              P A C M A N            AUG 22 05 - 17:02
OPID: AXA0070              FACE SHEET NOTE INQUIRY      TERMID: VT650506
INS?: WEILBACHER, RON V                                POL: 65824951-0
DO.  : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN   REP: J WESOLOWSKI
                                  FACE SHEET NOTE CODE*
```

F-DG JUL 22 02 - 07:23 PM ET DCW0003 /DCW0003   (CONTINUED)
THIS WILL NEED TO BE DIVIDED BETWEEN FOUR CLAIMS THE CD, AND THE THREE
PASSENGERS OF THE ESPER VEHICLE.
-
THE ESTATE HAS THE POTENTIAL TO COLLECT UP TO $200K, IF WEILBACHER OBTAINS
ONE BI AND ONE UIMBI LIMIT.
F-FR JUL 23 02 - 10:48 AM ET TUSR22D /TUSR22D
REVD
TIME LINE FOR FUTURE ACTIVITY
F-CP JUL 31 02 - 04:54 PM ET RAK0009 /RAK0009
MADE COPY OF MP FILE FOR DCW, PER DCW
F-CV AUG 27 02 - 05:08 PM ET DCW0003 /DCW0003
UNDERLYING CLAIMS W/ ALLSTATE HAVE NOT BEEN RESOLVED, THE LIBERTY MUTUAL
POLICY, W/ DECEASED MOTHER PROVIDES UIM LIMITS OF 100/300, WHICH IS

ADD- REP:            DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                    *
COMMAND: ACTIVT

100315

EXHIBIT B
Page 33 of 53

A) PRODUC~1.ZWS - PASSPORT                                    August 22, 2005, 14:02:14

```
CMSD4712  /CMSM4712              P A C M A N            AUG 22 05 - 17:02
OPID: AXA0070            FACE SHEET NOTE INQUIRY         TERMID: VT650506
IN??: WEILBACHER, RON V                                  POL: 65824951-0
DC?? : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN  REP: J WESOLOWSKI
                                 FACE SHEET NOTE CODE*
```

F-CV AUG 27 02 - 05:08 PM ET DCW0003 /DCW0003    (CONTINUED)
POLICY, W/ DECEASED MOTHER PROVIDES UIM LIMITS OF 100/300, WHICH IS
IDENTICAL TO THE PROG. LIMITS. THIS WOULD BE PRO-RATA OF 50/50, HOWEVER
APPEARS DUE TO NUMBER OF CLAIMS, AGGREGATE LIMITS WILL BE PAID UNDER
ALLSTATE POLICY, BUT DECEASED, WEILBACHER, WILL NOT OBTAIN FULL VALUE
OF ESTATE.
- INCREASED RESERVE TO LIMITS.
-LAST CORRESPONDENCE FROM ATTY INDICATED, HE WILL BE FILING LAWSUIT AGAINST
THE ESPER ESTATE.
F-TD AUG 27 02 - 05:22 PM ET DCW0003 /DCW0003
A/P:
* F/U WITH ALLSTATE ADJ/ STATUS BY 9/30/02.
* DETERMINE IF, COMPLETE POLICE REPORT AVAILABLE.
* REVIEW/ W.D/ COMPLETE EVAL.

ADD- REP:          DUE DATE: AUG 22 05   MSG:
C912770 MORE DATA                                                    *
COMMAND: ACTIVT

100316

EXHIBIT B
Page 34 of 53

(A) PRODUC~1.ZWS - PASSPORT _____ August 22, 2005, 14:02:16

```
CMSD4712  /CMSM4712              P A C M A N            AUG 22 05 - 17:02
OPID: AXA0070            FACE SHEET NOTE INQUIRY        TERMID: VT650506
IN~~: WEILBACHER, RON V                                POL: 65824951-0
DO~ : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN REP: J WESOLOWSKI
                                 FACE SHEET NOTE CODE*
```

F-TD AUG 27 02 - 05:22 PM ET DCW0003 /DCW0003    (CONTINUED)
* REVIEW/ W.D/ COMPLETE EVAL.
* STATUS / OF PRO-RATA/ WITH LIBERTY MUTUAL / UIM.
F-FR SEP 13 02 - 10:21 AM ET TUSR22D /TUSR22D
REVD
MAKE SURE UPDATED SIR IS IN PLACE
F-CV SEP 29 02 - 03:37 PM ET DCW0003 /DCW0003
S/W ALLSTATE ADJ., BRENDA ALLEN, 9/26, BI AND UIM UNDER ALLSTATE POLICY
STILL NOT RESOLVED, PARTIES HAVE DISPUTE OVER THE ALLSTATE LIMITS, AND
LAWSUITS WILL PROBABLY FOLLOW.
F-CV OCT 21 02 - 02:27 PM ET DCW0003 /DCW0003
ATTY FOR INSURED HAS NOW FILED LAWSUIT AGAINST THE PERSONAL REP. OF THE
ESTATE FOR ROBERT ESPER, THE DRIVER AT FAULT. THE COMPLAINT ALLEGES,
NEG. AND NEG. PER SE, AND WRONGFUL DEATH OF HEIDI WIELBACHER.

ADD- REP:            DUE DATE: AUG 22 05   MSG:
°C912770 MORE DATA                                              *
COMMAND: ACTIVT

100317

EXHIBIT B
Page 35 of 53

A) PRODUC~1.ZWS - PASSPORT                              August 22, 2005, 14:02:18

```
CMSD4712  /CMSM4712                P A C M A N              AUG 22 05 - 17:02
OPID: AXA0070              FACE SHEET NOTE INQUIRY          TERMID: VT650506
INSD: WEILBACHER, RON V                                    POL: 65824951-0
DC  : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN    REP: J WESOLOWSKI
                                   FACE SHEET NOTE CODE*
```

```
F-CV OCT 21 02 - 02:27 PM ET DCW0003 /DCW0003    (CONTINUED)
NEG. AND NEG. PER SE, AND WRONGFUL DEATH OF HEIDI WIELBACHER.
-INTERESTING THAT NO ALLEGATION OF PUNITIVE DAMAGES.
F-CV OCT 21 02 - 02:39 PM ET DCW0003 /DCW0003
UPDATED 2729/SIR.
F-FR OCT 29 02 - 10:30 AM ET TUSR22D /TUSR22D
REVD
SETTING DIARY FOR ACL TO REVIEW/MAINTAIN
F-CT OCT 31 02 - 02:25 PM ET GLC0004 /GLC0004
REVIEWED LTR FROM IGP ATTY REQUESTING THAT MONUMENT BE COVERED UNDER MP.
  - MONUMENT INVOICE DATED 6/26/02
  - STORAGE AT ANGELUS MEMORIAL PARK FEE IS $700 & DATED 10/1/02
F-RA OCT 31 02 - 02:29 PM ET GLC0004 /GLC0004
10:26 AM - TUSR18A -
```

```
ADD- REP:            DUE DATE: AUG 22 05   MSG:
C912770 MORE DATA                                                          *
COMMAND: ACTIVT
```

100318

EXHIBIT  B
Page 36 of 53

A) PRODUC~1.ZWS - PASSPORT _____    August 22, 2005, 14:02:20

```
CMSD4712  /CMSM4712              P A C M A N            AUG 22 05 - 17:02
OPID: AXA0070              FACE SHEET NOTE INQUIRY      TERMID: VT650506
IN  : WEILBACHER, RON V                                POL: 65824951-0
DO  : JUL 09 01  OH-LEGAL -LIT-     CLM: 017489548  OPEN   REP: J WESOLOWSKI
                                 FACE SHEET NOTE CODE*
```

F-RA OCT 31 02 - 02:29 PM ET GLC0004 /GLC0004     (CONTINUED)
10:26 AM - TUSR18A -
REQUEST AUTH TO SEND TO NI (COPY TO ESTATE ATTY) A MP COVERAGE DENIAL LTR
PER MP INSURING AGREEMENT AS MONUMENT DOES NOT MEET CRITERIA OF FUNERAL
SERVICE.
E: DAUGHTER OF NI WAS IN ULV & DIED DUE TO MVA INJURIES
C: POLICY # 9607.  MP LIMITS $5,000
   ON PAGES 16 & 17, THE MP INSURING AGREEMENT STATES THE FOLLOWING:
   "SUBJECT...FOR MEDICAL AND FUNERAL SERVICES BECAUSE OF BODILY INJURY..."
   **********
   FUNERAL SERVICES ARE NOT DEFINED IN THE POLICY SO MUST LOOK TO DICTIONARY
   FOR DEFINITION OF SAME.
   REVIEWED DICTIONARY.COM.  "FUNERAL" WAS DEFINED BY THE AMERICAN
    HERITAGE DCITIONARY AS "A CEREMONY OR GROUP OF CEREMONIES HELD IN

ADD- REP:          DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                    *
COMMAND: ACTIVT

100319

EXHIBIT 13
Page 37 of 53

A) PRODUC~1.ZWS - PASSPORT _____    August 22, 2005, 14:02:22

```
CMSD4712  /CMSM4712              P A C M A N            AUG 22 05 - 17:02
OPID: AXA0070             FACE SHEET NOTE INQUIRY       TERMID: VT650506
IN  : WEILBACHER, RON V                                POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN REP: J WESOLOWSKI
                                FACE SHEET NOTE CODE*
```

F-RA OCT 31 02 - 02:29 PM ET GLC0004 /GLC0004    (CONTINUED)
    HERITAGE DCITIONARY AS "A CEREMONY OR GROUP OF CEREMONIES HELD IN
    CONNECTION WITH THE BURIAL OR CREMATION OF A DEAD PERSON"
    "SERVICE" DEFINED AS BY THE AMERICAN HERITAGE DICTIONARY IS "WORK DONE
    FOR OTHERS AS AN OCCUPATION OR BUSINESS"
    **********
    ON 7/11/01, IGP WAS EMBALMED & FUNERAL SERVICE WAS ARRANGED BY ANCHORAGE
    FUNERAL HOMES.  ON 7/12/02 IGP BURIED AT CEMENTARY
    ON 6/26/02, A MONUMENT IS REQUESTED FOR IGP.  ON 10/1/02, STORAGE OF
    MONUMENT IS REQUESTED OF CEMENTARY.
    **********
    AS IGP FUNERAL SERVICE WAS ALREADY PERFORMED ON 7/11 & BURIED ON 7/12/01,
    MONUMENT DOES NOT FIT THE CRITERA OF A "FUNERAL SERVICE" AS IT WAS
    ALREADY PERFORMED.  AS MONUMENT NOT A "FUNERAL SERVICE" UNDER THE

ADD- REP:          DUE DATE: AUG 22 05   MSG:
C912770 MORE DATA                                            *
COMMAND: ACTIVT

100320

EXHIBIT  B
Page 38 of 53

A) PRODUC~1.ZWS - PASSPORT _____ August 22, 2005, 14:02:24

```
CMSD4712  /CMSM4712              P A C M A N            AUG 22 05 - 17:02
OPID: AXA0070             FACE SHEET NOTE INQUIRY       TERMID: VT650506
IN'  ' WEILBACHER, RON V                               POL: 65824951-0
DOL : JUL 09 01   OH-LEGAL -LIT-    CLM: 017489548  OPEN   REP: J WESOLOWSKI
                                   FACE SHEET NOTE CODE*
```

F-RA OCT 31 02 - 02:29 PM ET GLC0004 /GLC0004   (CONTINUED)
    ALREADY PERFORMED.  AS MONUMENT NOT A "FUNERAL SERVICE" UNDER THE
    MP INSURING AGREEMENT, CHARGES SHOULD BE DENIED AS MP INSURING AGREEMENT
    WOULD FAIL.
L:  ADV TO ULD
D:  IGP MP - $1,327
    PRIMARY MP ALREADY PAID FUNERAL LIMITS OF $2,000
    PRO RATA SECONDARY MP ALREADY PAID $5,000
     IGP HAD DUAL RESIDENCE W/NI & MOTHER
D:  SEE ABOVE
F-FR OCT 31 02 - 04:40 PM ET TUSR18A /TUSR18A
12:34 PM - GLC, OK TO DENY MP BENEFITS FOR THE COST OF THE MONUMENT..
F-CT OCT 31 02 - 07:46 PM ET GLC0004 /GLC0004
SENT MP COVERAGE DENIAL LTR TO NI AS MONUMENT FOR IGP IS NOT A FUNERAL

ADD- REP:            DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                   *
COMMAND: ACTIVT

EXHIBIT  B
Page 39 of 53

100321

(A) PRODUC~1.ZWS - PASSPORT _____     August 22, 2005, 14:02:26

```
CMSD4712  /CMSM4712            P A C M A N            AUG 22 05 - 17:02
OPID: AXA0070          FACE SHEET NOTE INQUIRY        TERMID: VT650506
IN  : WEILBACHER, RON V                               POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-   CLM: 017489548  OPEN  REP: J WESOLOWSKI
                                FACE SHEET NOTE CODE*
```

F-CT OCT 31 02 - 07:46 PM ET GLC0004 /GLC0004    (CONTINUED)
SENT MP COVERAGE DENIAL LTR TO NI AS MONUMENT FOR IGP IS NOT A FUNERAL
SERVICE....CAVAET TO LTR THAT IF NI OR ESTATE ATTY HAVE ANY LEGAL AUTHORITY
WHICH WOULD HAVE PROG PAY FOR SAME TO PRESENT SAME; SENT COPY OF DENIAL TO
ESTATE ATTY
F-FR NOV 22 02 - 02:22 PM ET ACL0002 /ACL0002
REV'D, DISCUSSED W/ DANNY.
-UIM PENDING RESOLUTION OF CLAIM WITH TORT CARRIER, ALLSTATE.  COMBINED
$600K LI AND UIM LIMITS UNDERLYING.
F-CV NOV 26 02 - 04:08 PM ET DCW0003 /DCW0003
THE INSURED HAS FILED A COMPLAINT IN SUPERIOR COURT/ WITH REFERENCE TO
THE UNDERLYING TORT CLAIM.
F-CT JAN 13 03 - 04:08 PM ET DCW0003 /DCW0003
LMTC FOR ALLSTATE ADJ./ KATHY BERRY/ STATUS OF UNDERLYING BI CLAIMS.

ADD- REP:            DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                    *
COMMAND: ACTIVT

```
EXHIBIT  B
Page 40 of 53
```

100322

A) PRODUC~1.ZWS - PASSPORT _____ August 22, 2005, 14:02:28

```
CMSD4712  /CMSM4712            P A C M A N            AUG 22 05 - 17:02
OPID: AXA0070           FACE SHEET NOTE INQUIRY        TERMID: VT650506
IN  : WEILBACHER, RON V                                POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN  REP: J WESOLOWSKI
                                 FACE SHEET NOTE CODE*
```

F-FR JAN 29 03 - 05:34 PM ET ACL0002 /ACL0002
REV'D, TORT CLAIM STILL PENDING.  UIM NOT YET TRIGGERED.
F-CV FEB 18 03 - 02:36 PM ET DCW0003 /DCW0003
S/W KATHY BERRY/ ALLSTATE/ SHE SAYS BI CLAIMS STILL PENDING, AND LIMITS
OF THEIR POLICY HAS NOT BEEN PAID TO TRIGGER UIM. THERE IS ONGOING DISPUTE
BETWEEN THE CLMTS./ INCLUDING THE W.D. CLAIM OF THE POLICE OFFICER.
- WE CANNOT RESOLVE UIM/ UNTIL WE KNOW AMOUNTS PAID UNDER ALLSTATE LAYER
OF COVERAGE, BI AND UIM.
F-CT MAR 18 03 - 05:31 PM ET DCW0003 /DCW0003
CALLED KATHY BERRY/ ALLSTATE, SHE SAYS BI AND UIM AT THEIR LEVEL NOT YET
RESOLVED. THEY HAVE OFFERED UP ENTIRE LIMITS OF BOTH COVERAGES, BUT
PLTFS. ARE FIGHTING OVER THE MONEY. NO WAY TO EVAL. FIELDINGS CLAIM,
WITHOUT KNOWING HOW MUCH SHE WILL GET IN THE SETTLMENT.
-UIMBI IS NOT TRIGGERED UNLESS BI/UIM FOR ALLSTATE EXHAUSTED BY PAYMENTS.

ADD- REP:              DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                      *
COMMAND: ACTIVT

EXHIBIT B
Page 41 of 53

100323

A) PRODUC~1.ZWS - PASSPORT _____ August 22, 2005, 14:02:29

```
CMSD4712  /CMSM4712              P A C M A N              AUG 22 05 - 17:02
OPID: AXA0070            FACE SHEET NOTE INQUIRY          TERMID: VT650506
IN  : WEILBACHER, RON V                                  POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN   REP: J WESOLOWSKI
                                  FACE SHEET NOTE CODE*
```

F-FR APR 23 03 - 06:53 PM ET ACL0002 /ACL0002
REV'D, DISCUSSED W/ DCW.
-MULTIPLE PARTIES FIGHTING TO DIVIDE AVAILABLE POLICY LIMITS, AND OUR
UIM NOT TRIGGERED AS SETTLEMENT NOT ACHIEVED YET.
F-CV APR 24 03 - 06:37 PM ET DCW0003 /DCW0003
UNDERLYING BI /UIM, NOT YET RESOLVED.
F-CV MAY 27 03 - 06:05 PM ET DCW0003 /DCW0003
ALLSTATE BI AGGREGATE OF $300K HAS BEEN PAID , AND DIVIDED BETWEEN FOUR
CLAIMS. WE COMPLETED ASSET CHK, ON CD/ ON CROSS CLAIM, AND PROVIDED
PERMISSION TO INSURED TO PROVIDE RELEASE FOR CD/ESTATE. THIS WILL TRIGGER
NEXT LEVEL OF UIMBI W/ ALLSTATE. NEED ALL SETTLEMENT INFO/ TO COMPLETE
UIMBI UNDER THIS POLICY.
F-FR AUG 08 03 - 07:04 PM ET ACL0002 /ACL0002
REV'D, NO CHANGE.

ADD- REP:           DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                      *
COMMAND: ACTIVT

EXHIBIT B
Page 42 of 53

100324

```
A) PRODUC~1.ZWS - PASSPORT                              August 22, 2005, 14:02:31
```

```
CMSD4712  /CMSM4712              P A C M A N           AUG 22 05 - 17:02
OPID: AXA0070            FACE SHEET NOTE INQUIRY        TERMID: VT650506
IN  : WEILBACHER, RON V                                POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN  REP: J WESOLOWSKI
                                  FACE SHEET NOTE CODE*
```

F-CV AUG 21 03 - 06:18 PM ET DCW0003 /DCW0003
ATTY FOR NI, IS REQUESTING APP.  REFLECTING SELECTION OF UM/UIM COV.
UNDER AS21.89.020. I CALLED AGENT/ LMTC REQUESTING APPLICATION.
-
WE HAVE RECEIVED THE RELEASE/ AND PROOF OF UIM LIMITS PAYMENTS UNDER THE
ALLSTATE POLICY. PROG. PREVIOUSLY PROVIDED PERMISSION TO THE INSURED TO
ACCEPT LIMITS. THE ALLSTATE BI OF $300K WAS EXHAUSTED AND INSURED RECD.
$112500. FOR THE UIM LIMIT.
F-CV AUG 26 03 - 08:41 PM ET DCW0003 /DCW0003
RESPONDED TO ATTY W/ COPY OF APPLICATION, THAT CLEARLY SHOWS NI WAS
OFFERED UM/UIM COV. IN ACCORDANCE W/ AK LAW.
- EXCEPTION TO ALLEGED NIED CLAIM FOR NI, IN INTERVIEW HE WAS ON THE KENAI
WHEN ACC. OCCURRED. NIED CLAIM IS QUESTIONABLE UNDER AK LAW.
F-TD SEP 28 03 - 05:37 PM ET DCW0003 /DCW0003

```
ADD- REP:           DUE DATE: AUG 22 05   MSG:
C912770 MORE DATA                                              *
COMMAND: ACTIVT
```

EXHIBIT B
Page 43 of 53

100325

A) PRODUC~1.ZWS - PASSPORT

August 22, 2005, 14:02:33

```
CMSD4712  /CMSM4712           P A C M A N            AUG 22 05 - 17:02
OPID: AXA0070            FACE SHEET NOTE INQUIRY      TERMID: VT650506
IN  : WEILBACHER, RON V                              POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN   REP: J WESOLOWSKI
                                  FACE SHEET NOTE CODE*
```

F-TD SEP 28 03 - 05:37 PM ET DCW0003 /DCW0003
A/P:
* LIBERTY MUTUAL / HAS CONCURRENT POLICY/ OF UIM UNDER
  DECEASED, MOTHER'S POLICY.
* ISSUE OF PRO-RATA COVERAGE/ VALUE OF ESTATE, FEMALE, AGE 15.
F-FR OCT 29 03 - 11:14 AM ET ACL0002 /ACL0002
REV'D,
F-CV DEC 09 03 - 04:07 PM ET DCW0003 /DCW0003
WAITING TO DETERMINE LIBERTY MUTUALS POSITION ON UIM COV.
-THEY HAVE CONCURRENT POLICY FOR UIM. DECEASED MOTHER POLICY.
PROG. POLICY W/ FATHER.
F-FR JAN 06 04 - 12:28 PM ET ACL0002 /ACL0002
REV'D, LET'S FOLLOW UP WITH LIBERTY MUTUAL.  HAVE THEY MADE A DECISION
ON COVERAGE AT THIS POINT?

ADD- REP:             DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                    *
COMMAND: ACTIVT
```

EXHIBIT B
Page 44 of 53

A) PRODUC~1.ZWS - PASSPORT _____ August 22, 2005, 14:02:36

```
CMSD4712  /CMSM4712           P A C M A N           AUG 22 05 - 17:02
OPID: AXA0070           FACE SHEET NOTE INQUIRY      TERMID: VT650506
IN  : WEILBACHER, RON V                             POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-   CLM: 017489548  OPEN   REP: J WESOLOWSKI
                                  FACE SHEET NOTE CODE*
```

F-FR JAN 06 04 - 12:28 PM ET ACL0002 /ACL0002    (CONTINUED)
ON COVERAGE AT THIS POINT?
-2 1/2 YEARS POST LOSS.   STAY IN TOUCH WITH OTHER CARRIER TO RESOLVE
OTHER INSURANCE ISSUE.
F-CT JAN 09 04 - 02:54 PM ET DCW0003 /DCW0003
CALLED LMTC/ FOR LIBERTY MUTUAL ADJ./ STATUS COVERAGE.
F-IE JAN 26 04 - 03:11 PM ET DCW0003 /DCW0003
BI NEGOTIATION FOR: WEILBACHER, HEIDI C          L/COV: UM/UIM
DEMAND    AMOUNT:    100000  (NO EXPIRATION DATE)
COMMENTS:
-ATTY SAYS LIBERTY MUTUAL/ UIM CARRIER FOR DECEASED MOM'S POLICY HAS
TENDERED LIMITS. HE IS DEMANDING LIMITS UNDER THIS POLICY.
-REQUESTED PROOF OF LIBERTY MUTUALS TENDER, AND ACCOUNTING OF ALL AMOUNTS
PAID IN UNDERLYING SETTLEMENTS.

ADD- REP:           DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                              *
COMMAND: ACTIVT

100327

EXHIBIT B
Page 45 of 53

A) PRODUC~1.ZWS - PASSPORT _____  August 22, 2005, 14:02:37

```
CMSD4712  /CMSM4712              P A C M A N              AUG 22 05 - 17:02
OPID: AXA0070             FACE SHEET NOTE INQUIRY          TERMID: VT650506
IN  : WEILBACHER, RON V                                   POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN    REP: J WESOLOWSKI
                              FACE SHEET NOTE CODE*
```

F-CV FEB 13 04 - 08:26 PM ET DCW0003 /DCW0003
AMOUNTS PAID ON UNDERLYING CLAIMS FOR W.D. / HEIDI WEILBACHER.
- $75K (PAID FROM THE $300K BI LIMIT AGGREGATE)
- $100K (ALLSTATE UIMBI/ EQUALLY TO THE ESTATE, CATHIE MAURO-MOTHER, AND
         FATHER- RON WEILBACHER.)
- $100K ( PAID BY LIBERTY MUTUAL/ UIM POLICY W/ MOTHER CATHIE MAURO.)
        THIS WENT ENTIRELY TO ESTATE OF HEIDI WEILBACHER.
-
ESTATE IS MAKING CLAIM FOR UIMBI UNDER THIS POLICY.
F-IE FEB 15 04 - 03:14 PM ET DCW0003 /DCW0003
BI NEGOTIATION FOR: WEILBACHER, HEIDI C          L/COV: UM/UIM
EVALUATION RANGE  LOW:     100000 HIGH:     100000
COMMENTS:
-ESTATE OF HEIDI WEILBACHER/ FEMALE, AGE 15, AT TIME OF DEATH.

ADD- REP:           DUE DATE: AUG 22 05   MSG:
C912770 MORE DATA                                                      *
COMMAND: ACTIVT
```

EXHIBIT  B
Page 46 of 53

100328

A) PRODUC~1.ZWS - PASSPORT _____    August 22, 2005, 14:02:40

```
CMSD4712  /CMSM4712              P A C M A N             AUG 22 05 - 17:02
OPID: AXA0070            FACE SHEET NOTE INQUIRY         TERMID: VT650506
IN   : WEILBACHER, RON V                                POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN  REP: J WESOLOWSKI
                                  FACE SHEET NOTE CODE*
```

F-IE FEB 15 04 - 03:14 PM ET DCW0003 /DCW0003    (CONTINUED)
-ESTATE OF HEIDI WEILBACHER/ FEMALE, AGE 15, AT TIME OF DEATH.
- PASSENGER IN U/V. UNDERINSURED/ BI WRONGFUL DEATH.
-

LIFE EXPECTANCY FOR FEMALES/ AGE 15/ APPROX. 65 YRS/ PER U.S. BUREAU
VITAL STATISTICS.  (TO AGE 80)
- FUTURE EARNINGS/ BASED ON HIGH SCHOOL GRAD. TO AGE 65
- APPROX. $900K TO $1MIL
 -SAVINGS ACCUMULATION/ $150K TO $250K
-

PRESENT VALUE/ OF ESTATE/ $150 TO $250K
-

THE INDIVIDUAL CLAIMS/ OF FATHER AND MOTHER WILL INCLUDE LOSS OF CONSORTIUM
AND LOSS OF SOCIETY. THERE ARE ALSO ELEMENTS OF PUNITIVE DAMAGES, DUE TO

ADD- REP:            DUE DATE: AUG 22 05    MSG:
DC912770 MORE DATA                                                    *
COMMAND: ACTIVT

EXHIBIT  B
Page 47 of 53

100329

A) PRODUC~1.ZWS - PASSPORT                                    August 22, 2005, 14:02:41

```
CMSD4712  /CMSM4712              P A C M A N          AUG 22 05 - 17:02
OPID: AXA0070           FACE SHEET NOTE INQUIRY       TERMID: VT650506
IN  : WEILBACHER, RON V                               POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN   REP: J WESOLOWSKI
                           FACE SHEET NOTE CODE*
```

F-IE FEB 15 04 - 03:14 PM ET DCW0003 /DCW0003    (CONTINUED)
AND LOSS OF SOCIETY. THERE ARE ALSO ELEMENTS OF PUNITIVE DAMAGES, DUE TO
CIRCUMSTANCES OF LOSS/ HIGH SPEED PURSUIT W/ POLICE, AND U/D LIKELY FOUND
TO BE OUTRAGEOUS/ AND RECKLESS CONDUCT.
-THE POLICY EXCLUDES PUNITIVES, HOWEVER, ARB PANEL WOULD CERTAINLY BE
ALLOWED TO HEAR EVIDENCE ON CONDUCT AND FACTS OF LOSS.
-
PARENTS , INDIVIDUAL CLAIMS , WOULD HAVE VALUE $50K TO $75K  EACH.
FOR WRONGFUL DEATH OF THEIR 15 YR.OLD DAUGHTER.
F-IE FEB 15 04 - 03:43 PM ET DCW0003 /DCW0003
BI NEGOTIATION FOR: WEILBACHER, HEIDI C          L/COV: UM/UIM
REQUESTED AUTHORIZATION FOR AMOUNT:    100000
COMMENTS :
REQUEST AUTH TO TENDER UMBI LIMITS OF $100K PLUS APPLICABLE AK AD-ONS

ADD- REP:           DUE DATE: AUG 22 05   MSG:
DC912770 MORE DATA                                                    *
COMMAND: ACTIVT
```

EXHIBIT B
Page 48 of 53

100330

A)  PRODUC~1.ZWS - PASSPORT                                    August 22, 2005, 14:02:44

```
CMSD4712  /CMSM4712              P A C M A N              AUG 22 05 - 17:02
OPID: AXA0070             FACE SHEET NOTE INQUIRY          TERMID: VT650506
IN.  ) WEILBACHER, RON V                                  POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-     CLM: 017489548  OPEN   REP: J WESOLOWSKI
                                 FACE SHEET NOTE CODE*
```

F-IE FEB 15 04 - 03:43 PM ET DCW0003 /DCW0003    (CONTINUED)
REQUEST AUTH TO TENDER UMBI LIMITS OF $100K PLUS APPLICABLE AK AD-ONS
ATTY FEES/ WILL ALSO OWE PJI ON THE FIRST $50K OF COVERAGE PER POLICY
CONTRACT 9607. (THERE IS NO ENDORSEMENT REVISING THE PAYMENT OF PJI)
F-IE FEB 23 04 - 12:28 PM ET TUSR490 /TUSR490
BI NEGOTIATION FOR: WEILBACHER, HEIDI C          L/COV: UM/UIM
AUTHORIZED AMOUNT:    100000
COMMENTS: AUTH AS REQUESTED, INC PJI
F-IE FEB 24 04 - 01:19 PM ET DCW0003 /DCW0003
BI NEGOTIATION FOR: WEILBACHER, HEIDI C          L/COV: UM/UIM
SETTLEMENT AMOUNT:    117256
COMMENTS:
UM/UIM LIMITS CALC. AS FOLLOWS:
  $100000    -FACE LIMIT UM/UIM

ADD- REP:           DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                      *
COMMAND: ACTIVT

**100331**

EXHIBIT B
Page 49 of 53

A) PRODUC~1.ZWS - PASSPORT                                August 22, 2005, 14:02:46

```
CMSD4712  /CMSM4712            P A C M A N            AUG 22 05 - 17:02
OPID: AXA0070            FACE SHEET NOTE INQUIRY       TERMID: VT650506
IN  : WEILBACHER, RON V                               POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN    REP: J WESOLOWSKI
                               FACE SHEET NOTE CODE*
```

F-IE FEB 24 04 - 01:19 PM ET DCW0003 /DCW0003    (CONTINUED)
  $100000    -FACE LIMIT UM/UIM
    6596.   PJI/ @5% ON FIRST $50K IN COVERAGE/PER THE CONTRACT.
   10,660.  RULE 82 ATTY FEES / @ 10% ( WE TAKE POSITION THAT 20% OF $25K
               WAS PAID BY ALLSTATE IN THE BI SETTLEMENT.
  $117,256.  TOTAL LIMIT

LIMITS TO BE TENDERED TO ATTY FOR INSURED/ NO RELEASE REQUIRED BECAUSE THIS
IS CONTRACTUAL LIMITS.
F-CV MAR 15 05 - 07:50 PM ET DCW0003 /DCW0003
LETTER FROM ATTY FOR NI/ HE IS NOW ASSERTING A CLAIM FOR NIED.
- BASED ON INITIAL INVESTIGATION/ QUESTIONABLE THAT DECEASED PARENTS
MEET ELEMENTS OF NIED CLAIMS. F/U LETTER TO ATTY, TO PRESENT WHAT EVIDENCE
HE HAS THAT CLAIMS HAVE VALIDITY.

ADD- REP:           DUE DATE: AUG 22 05   MSG:
DC912770 MORE DATA                                              *
COMMAND: ACTIVT

EXHIBIT __B__
Page _50_ of _53_

**100332**

(A)  PRODUC~1.ZWS - PASSPORT                              August 22, 2005, 14:02:48

```
CMSD4712  /CMSM4712              P A C M A N              AUG 22 05 - 17:02
OPID: AXA0070                FACE SHEET NOTE INQUIRY      TERMID: VT650506
INSD: WEILBACHER, RON V                                  POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN   REP: J WESOLOWSKI
                                  FACE SHEET NOTE CODE*
```

F-DG MAR 31 05 - 03:32 PM ET DCW0003 /DCW0003
ERROR/ FEATURE SHOULD NOT BE OPEN FOR HEIDI/ W.D. CLAIM / HAS BEEN
RESOLVED. FATHER IS NOW PRESENTING NIED CLAIM, WHICH IS SUBJ. TO SEPERATE
BI LIMIT/ UM, SINCE ALL LIAB COV. HAS BEEN EXHAUSTED.
F-CV APR 14 05 - 01:30 PM ET DCW0003 /DCW0003
4/13, CALLED ATTY AND ADVISED HIM THAT PROG. AGREES THAT NI DOES HAVE
UIM COVERAGE, BUT ANY CLAIMS FOR NIED/ DO NOT MEET THE ELEMENTS AS SET OUT
IN AK CASE LAW. HE SAYS HIS CLIENT HAS CLAIM FOR LOSS OF SOCIETY, AND LOSS
OF CONSORTIUM. I TOLD HIM THESE ARE DERIVATIVE OF THE W.D. LIMIT, AND
THERE CAN BE NO DIRECT CLAIM. HE THINKS TEEL V. PROGRESSIVE/ GIVES AUTHORITY
FOR DIRECT CLAIM FOR LOSS OF CONSORTIUM.
- I DISCUSSED ISSUE W/ DAN QUINN, AND HE FEELS ATTY LAGACKI IS NOT INTERPRETIN
G CASE CORRECTLY, AND IT WOULD ONLY REFER TO DIRECT CLAIMS FOR NIED.
F-LI MAY 16 05 - 08:18 PM ET DCW0003 /DCW0003

ADD- REP:            DUE DATE: AUG 22 05    MSG:
DC912770 MORE DATA                                                    *
 COMMAND: ACTIVT

**100333** A

EXHIBIT____B____
Page 51 of 53

(A)  PRODUC~1.ZWS - PASSPORT
August 22, 2005, 14:02:50

```
CMSD4712  /CMSM4712              P A C M A N              AUG 22 05 - 17:02
OPID: AXA0070            FACE SHEET NOTE INQUIRY          TERMID: VT650506
INSD: WEILBACHER, RON V                                  POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN   REP: J WESOLOWSKI
                             FACE SHEET NOTE CODE*
```

F-LI MAY 16 05 - 08:18 PM ET DCW0003 /DCW0003
DENIED LIABILITY FOR NIED CLAIMS/ PER CURRENT CASE LAW IN AK.
F-CV JUN 26 05 - 03:52 PM ET DCW0003 /DCW0003
LETTER FROM ATTY/ HE CONTINUES TO ALLEGE DIRECT CLAIM UNDER AS09.15.010
WHICH GIVES PARENT A SEPERATE AND INDEPEN. CAUSE OF ACTION FOR DAMAGES
DUE TO DEATH OF A CHILD. HE ALSO CITES GILLESPIE V. BETA CONST. OUR ARGUMENT
IS THAT ALTHOUGH THIS DOES GIVE CLAIM TO PARENT, IT IS DERIVATIVE OF THE
W.D. CLAIM PER CONTRACT. AS09.15.010 SIMPLY ALLOWS PARENT TO PURSUE CLAIM.
- ALLSTATE V. TEEL, DOES NOT CHANGE THIS. I DISCUSSED W/ QUINN, AND AGREES
W/ OUR ASSESSEMENT. I WILL REVIEW W/ JAY/ AS ATTY IS THREATENING BAD FAITH
ACTION.
F-CT JUN 30 05 - 03:35 PM ET DCW0003 /DCW0003
LMTC FOR JAY/
F-CV JUL 26 05 - 04:43 PM ET DCW0003 /DCW0003

ADD- REP:             DUE DATE: AUG 22 05    MSG:
DC912770 MORE DATA                                                    *
 COMMAND: ACTIVT

100334 A

EXHIBIT___B___
Page_52_ of_53_

A) PRODUC~1.ZWS - PASSPOR                                      ugust 22, 2005, 14:02:52

```
CMSD4712  /CMSM4712              P A C M A N           AUG 22 05 - 17:02
OPJ   AXA0070            FACE SHEET NOTE INQUIRY       TERMID: VT650506
INS   WEILBACHER, RON V                                POL: 65824951-0
OOL : JUL 09 01  OH-LEGAL -LIT-      CLM: 017489548  OPEN   REP: J WESOLOWSKI
                                     FACE SHEET NOTE CODE*
```

F-CV JUL 26 05 - 04:43 PM ET DCW0003 /DCW0003
LATE ENTRY / ¬.              **REDACTED**              HOWEVER WE FEEL
ALL CLAIMS, EXCEPT FOR NIED, ARE DERIVATIVE OF THE LIMIT WE PAID TO
ESTATE FOR W.D.  THERE IS NO EVIDENCE OF NIED CLAIMS IN INITIAL INVESTIGATION
HOWEVER, ATTY IS SPECIFICALLY MAKING CLAIMS FOR LOSS OF SOCIETY/ CONSORTIUM
AND ARGUES THESE ARE SEPERATE CLAIMS/ SUBJ. TO SEPERATE LIMIT/ WHICH WE
DISPUTE.
F-LS AUG 11 05 - 01:52 PM ET JTW0003 /JTW0003
---

        **REDACTED**

            **REDACTED**

                **REDACTED**

DD- REP:              DUE DATE: AUG 22 05    MSG:
912770 MORE DATA
OMMAND: ACTIVT                                                    *
```

**100335**

EXHIBIT B
Page 53 of 53