December 14, 2001



**PROGRESSIVE**

4400 Business Park Boulevard
Suite 22
Anchorage, AK 99503-7118

Telephone: 800-274-4499
Facsimile: (907) 561-8594

http://www.progressive.com

KEN LEGACKI LAW OFFICES
425 G STREET SUITE 920
ANCHORAGE, AK 99501-2140

**RE:**     **Our Insured  : Ron Weilbacher**
          **Our Claim #  : 017489548**
          **Date of Loss : July 09, 2001**
          **Your Client  : The Estate of Heidi Weilbacher**

Dear Attorney Legacki:

I am the adjuster who will be handling this claim. By referring to the above listed claim number when calling for information and listing it on all correspondence that you direct to Progressive, you will be assured of prompt assistance in the handling of your client's claim. Feel free to contact me regarding any questions that you might have. If I am not available, any adjuster in the office will be glad to assist you. We are open twenty-four hours a day seven days a week.

This letter is being sent per Alaska Insurance Regulation 3 AAC 26.040 (a) (1) & 3 AAC 26.040 (b) (1), which requires that within 10 working days after the receipt of notification of a claim, Progressive must send you written acknowledgment identifying the name of the adjuster that will be handling your claim, and information on how to contact that adjuster.

Sincerely,
PROGRESSIVE COMPANIES

Danny Withers
Extended Claim Handler
Office Hours: 8am - 5pm Mon - Fri
(907) 261-7028
Danny_Withers@progressive.com

/rak

**100239**

EXHIBIT _C_
Page___1___ of _30_

# KENNETH W. LEGACKI, P. C.

### ATTORNEY AT LAW

425 "G" STREET, SUITE 920

ANCHORAGE, ALASKA 99501

(907) 258-2422 · FAX 278-4848

December 14, 2001

Claims Department
Progressive Northwestern Insurance Company
4400 Business Park Blvd., Suite 22
Anchorage, AK  99503

|     |            |   |                      |
| --- | ---------- | - | -------------------- |
| RE: | Claim No.  | : | 017489548            |
|     | Policy No. | : | AU 65824951-0        |
|     | Insured    | : | Ron V. Weilbacher    |
|     | Loss Date  | : | July 9, 2001         |

Dear Claims Representative:

I represent the estate of Heidi Weilbacher, who died on July 9, 2001, while a passenger in a vehicle driven by a young man not related to her.  The young man was driving his father's vehicle.

Please accept this demand letter for policy limits on the underinsured coverage of Policy No. AU 65824951-0 for the death of Heidi Weilbacher, Ron V. Weilbacher's daughter.  Heidi's date of birth is July 31, 1986.  Heidi Weilbacher was listed as a co-owner of the vehicle insured under this policy.

A copy of the death certificate for Heidi Weilbacher is enclosed. At the present time, I am unable to obtain copies of the police accident report and autopsy report.

I am sending you a copy of 3 AAC 26.070, which sets forth the "Standards for Prompt, Fair, and Equitable Settlements," and a copy of Alaska Statute 21.36.125, which is the Unfair Claim Settlement Practices Act.

100237

EXHIBIT  C
Page  2  of  30

RECEIVED

DEC 17 2001

PROGRESSIVE CLAIMS
ANCHORAGE

Progressive Northwestern Insurance Company
December 14, 2001
Page 2


      If you have any questions or need to discuss this matter with me
further, please feel free to contact me at the above address and
telephone number.

                            Sincerely,

                            KENNETH W. LEGACKI, P.C.

                            Kenneth W. Legacki

KWL/ksh
Enclosures
cc:    Cathie Mauro (w/o encl.)
        Ronald Weilbacher (w/o encl.)


EXHIBIT _C_
Page _3_ of _30_

100238

RECEIVED
DEC 17 2001
PROGRESSIVE CLAIMS
ANCHORAGE

December 20, 2001

**PROGRESSIVE**

4400 Business Park Boulevard
Suite 22
Anchorage, AK 99503-7118

Telephone: 800-274-4499
Facsimile: (907) 561-8594

http://www.progressive.com

KENNETH W. LEGACKI
ATTORNEY AT LAW
425 "G" STREET, SUITE 920
ANCHORAGE, AK 99501

**RE:**

| | | | |
|---|---|---|---|
| **Our Insured** | : | **Ron V. Weilbacher** | |
| **Our Claim #** | : | **017489548** | |
| **Date of Loss** | : | **July 9, 2001** | |
| **Claimant** | : | **Estate of Heidi Weilbacher** | |

Dear Mr. Legacki,

Progressive has received your letter of December 16, 2001 with reference to the above noted claim.

Progressive provides Uninsured/Underinsured Motorist Coverage with limits of $100,000. each person $300,000. each accident. This coverage is provided subject to the terms and conditions of the policy and I would refer you to Part III Uninsured/Underinsured Motorist Coverage- Bodily Injury Coverage

Bodily Insuring Agreement-
Uninsured/Underinsured Motorist Bodily Injury Coverage

Subject to the Limits of Liability, if you pay a premium for Uninsured/Underinsured Motorist Coverage for bodily injury, we will pay for damages, other than punitive or exemplary damages, which an insured person is legally entitled to recover from the owner or operator of an uninsured/underinsured motor vehicle because of bodily injury:

(1) sustained by an insured person;
(2) caused by accident; and
(3) arising out of an uninsured/underinsured motor vehicle.

When used in this Part III:
(1) "Insured person" or "insured persons" means:
    a. You or a relative

**100235**

EXHIBIT __C__
Page __4__ of __30__

(10) "Relative" means a person residing in the same household as you, and related to you by blood, marriage, or adoption, including a ward, stepchild, or foster child. Unmarried dependent children temporarily away from home will be considered residents if they intend to continue to reside in your household.

In review of Mr. Weilbacher's policy it is noted that Heidi Weilbacher was not listed on Mr. Weilbacher's policy. Accordingly, Progressive will need to conduct a coverage investigation to determine if coverage is applicable for Heidi Weilbacher under this policy. Therefore, I would like to take a statement from Mr. Weilbacher at his convenience, and of course in your presence. Please let me know when this can be arranged and I will look forward to hearing from you in the near future.

Sincerely,
PROGRESSIVE COMPANIES

Danny C. Withers
Senior Claims Specialist
907-261-7028
Danny_Withers@progressive.com

**100236**

EXHIBIT C

Page 5 of 30

# KENNETH W. LEGACKI, P. C.

ATTORNEY AT LAW

425 "G" STREET, SUITE 920

ANCHORAGE, ALASKA 99501

(907) 258-2422 · FAX 278-4848

January 18, 2002

**<u>VIA FACSIMILE</u>**

Gregory G. Silvey, Esq.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK 99501

|  |  |  |  |
|---|---|---|---|
| RE: | My Client | : | Estate of Heidi Weilbacher |
|  | Your Client | : | Estate of Robert Esper |
|  | Claim No. | : | 332 254 5405 |
|  | Date of Loss | : | July 9, 2001 |
|  | Your File No. | : | 5831.1 |

Dear Greg:

I view the recent decision in <u>Moody v. Delta Western</u> as eliminating the claims of Mr. Pentlarge's clients. In light of this development, please understand this to be a demand that, within thirty (30) days of the date above, Allstate (a) quantify its per person limits and (b) offer same to us in settlement of the claim.

Our operating assumptions and/or conditions with regard to this offer are as follows:

1.   Allstate's acceptance of our demand constitutes, in its role as first-party carrier as to our clients, its concession that we are obtaining "policy limits" (stated otherwise, that we have "exhausted" the policy limits) and Allstate's first-party "consent" to the third-party settlement.

2.   We will obtain concessions from other first-party carriers (Liberty Mutual and Progressive) that we have exhausted third-party limits and obtain their consents as well. We will cause the condition to occur and, whether this condition is treated as a condition precedent or subsequent, the timing of the occurrence will not affect the deadline above.

EXHIBIT **C**

Page **6** of **30**

**100232**

FROM ... ...
A... ...

Gregory G. Silvey, Esq.
January 18, 2002
Page 2

3.    Allstate may be asked to, and we assume that it will be willing to, cut more than one check so long as the total payments equal "policy limits."

4.    We have no obligation to repeat this offer or extend the deadline above.

Please advise if you perceive any ambiguity in this demand for policy limits. We look forward to your response.

Sincerely,

KENNETH W. LEGACKI, P.C.

Kenneth W. Legacki

KWL/ksh
cc:    Michael Schneider
        James Pentlarge
        Matthew Claman
        Mark Wilkerson
        Michael Flanigan
        Mark Northcutt, Liberty Mutual Fire Insurance Company
        Danny Withers, Progessive Insurance Company
        Cathie Mauro
        Ronald Weilbacher

EXHIBIT C
Page 7 of 30

100233

January 30, 2002

**PROGRESSIVE**

4400 Business Park Boulevard
Suite 22
Anchorage, AK 99503-7118

Telephone: 800-274-4499
Facsimile: (907) 561-8594

http://www.progressive.com

KENNETH W. LEGACKI, P.C.
ATTORNEY AT LAW
425 G STREET, SUITE 920
ANCHORAGE, AK 99501

RE:  **Our Insured**  :  **Ron Weilbacher**
     **Our Claim #**  :  **017489548**
     **Date of Loss**  :  **July 9, 2001**
     **Your Client**  :  **Estate of Heidi Weilbacher**

Dear Mr. Legacki:

This will serve to confirm our recent telephone conversation regarding the potential Underinsured Motorist claim under Mr. Weilbacher's Progressive policy for the wrongful death of his daughter Heidi Weilbacher. As I have indicated to you earlier, it is important we have the opportunity to interview Mr. Weilbacher in order to complete our coverage investigation relative to this claim. It is my understanding that there are at least three levels of potential coverage available to the Estate, in addition to the Progressive policy.

1. Allstate's Bodily Injury policy of $100/$300,000.
2. Allstate's UM/UIM policy of $100/$300,000.
3. Liberty Mutual Insurance (which it is my understanding that is coverage available under Heidi's mother's policy)

Based on the coverage's available, there is the potential of over $200,000 being available for the Estate of Heidi Weilbacher.

I would like to have copies of all of the policies that are available for this claim. I would also like to interview Mr. Weilbacher, in your presence, as soon as possible. As requested, I have enclosed a copy of Mr. Weilbacher's Progressive policy along with the Declaration Page.

Please let me hear from you as soon as Mr. Weilbacher is available.

Sincerely,
PROGRESSIVE COMPANIES

**100227**

Danny C. Withers
Senior Claims Specialist
907-261-7028
danny_withers@progressive.com

EXHIBIT **C**
Page **8** of **30**

# KENNETH W. LEGACKI, P. C.

### ATTORNEY AT LAW

425 "G" STREET, SUITE 920

ANCHORAGE, ALASKA 99501

(907) 258-2422 · FAX 278-4848

February 4, 2002

Mr. Danny C. Withers
Senior Claims Specialist
Progressive Companies
4400 Business Park Blvd., Suite 22
Anchorage, AK  99503-7118

|  | RE: | Insured | : | Ron V. Weilbacher |
|---|---|---|---|---|
|  |  | Claim No. | : | 017489548 |
|  |  | Policy No. | : | AU 65824951-0 |
|  |  | Loss Date | : | July 9, 2001 |
|  |  | Claimant | : | Estate of Heidi Weilbacher |

Dear Mr. Withers:

Thank you for your letter of January 30, 2002. I still need a certified copy of Mr. Weilbacher's policy, along with copies of the notice and waiver of the $1 million underinsured option.

A copy of Allstate's policy is enclosed. I will forward a copy of Liberty Mutual's policy when it arrives.

Mr. Weilbacher will not be available for an interview until late February, when he is scheduled to return from his trip. I will let you know immediately when he returns.

Sincerely,

KENNETH W. LEGACKI, P.C.

Kenneth W. Legacki

**100179**

KWL/ksh
Enclosure
cc:   Cathie Mauro (w/o encl.)
      Ronald Weilbacher (w/o encl.)

EXHIBIT___C___
Page___9___of_30_

RECEIVED

FEB 05 2002

PROGRESSIVE CLAIMS
ANCHORAGE

April 17, 2002

**PROGRESSIVE**

4400 Business Park Boulevard
Suite 22
Anchorage, AK 99503-7118

Telephone: 800-274-4499
Facsimile: (907) 561-8594

http://www.progressive.com

KENNETH W. LEGACKI, P.C.
425 G STREET, SUITE 920
ANCHORAGE, AK  99501

RE:  **Our Insured**   :   **Ron Weilbacher**
     **Our Claim #**   :   **017489548**
     **Date of Loss**  :   **July 09, 2001**

Dear Mr. Legacki:

With reference to our last meeting regarding the above noted claim, you had agreed to provide Progressive with a copy of the Liberty Mutual policy which applies to this loss.  If you have received that policy, please forward a copy to Progressive as soon as possible.  I would also like to have a status of the pending claim with Allstate Insurance.

If you have any questions or concerns, please feel free to give me a call at the number listed below.

Sincerely,
PROGRESSIVE COMPANIES

Danny Withers
Senior Claims Specialist
Office Hours: 8am - 5pm Mon - Fri
(907) 261-7028
Danny_Withers@progressive.com

/rak

EXHIBIT _C_
Page _10_ of _30_

**100178**

# KENNETH W. LEGACKI, P.C.

## ATTORNEY AT LAW

425 "G" STREET, SUITE 920
ANCHORAGE, ALASKA 99501

TELEPHONE: (907) 258-2422
FACSIMILE: (907) 278-4848
E-MAIL: legacki@gci.net

May 29, 2002

Mr. Danny C. Withers
Senior Claims Specialist
Progressive Companies
4400 Business Park Blvd., Suite 22
Anchorage, AK  99503-7118

RE:   Insured      :   Ron V. Weilbacher
      Claim No.    :   017489548
      Policy No.   :   AU 65824951-0
      Loss Date    :   July 9, 2001
      Claimant     :   Estate of Heidi Weilbacher

Dear Mr. Withers:

Enclosed please find a copy of Liberty Mutual's policy, which you requested. As to the status of the pending claims against Allstate, it appears that we were unable to amicably settle the third-party claim and that we may have to file suit against Esper's estate.

If anything further develops, I will let you know.

Sincerely,

KENNETH W. LEGACKI, P.C.

Kenneth W. Legacki

KWL/ksh
Enclosure
cc:   Cathie Mauro (w/o encl.)
      Ronald Weilbacher (w/o encl.)

EXHIBIT __C__
Page __11__ of __30__

**100134**

MAY 30 2002

PROGRESSIVE – ALASKA

August 27, 2002



**PROGRESSIVE**

4400 Business Park Boulevard
Suite 22
Anchorage, AK 99503-7118

Telephone: 800-274-4499
Facsimile: (907) 561-8594

http://www.progressive.com

KENNETH W. LEGACKI, P.C.
425 G STREET SUITE 920
ANCHORAGE AK  99501

RE:   **Our Insured**   :   **Ron Weilbacher**
      **Claimant**       :   **The Estate of Heidi Weilbacher**
      **Our Claim #**    :   **01-7489548**
      **Date of Loss**   :   **July 09, 2001**

Dear Mr. Legacki:

It is my understanding that the underlying claims with Allstate Insurance for the Esper Estate have not yet been resolved.  Based on your letter of May 29, 2002, you indicated that you may be filing suit against the Estate.  If so, would you please provide Progressive with a copy of the complaint.  Also, I would like to have a copy of the complete police report, if it is available.

Sincerely,
PROGRESSIVE COMPANIES

Danny Withers
Senior Claim Specialist
Office Hours:  8am - 5pm Mon - Fri
Phone:  (907) 261-7028
E-mail:  danny_withers@progressive.com

/rak

**100133**

EXHIBIT _C_
Page _12_ of _30_

# KENNETH W. LEGACKI, P. C.

### ATTORNEY AT LAW

425 "G" STREET, SUITE 920

ANCHORAGE, ALASKA 99501

(907) 258-2422 · FAX 278-4848

October 15, 2002

Mr. Danny C. Withers
Senior Claims Specialist
Progressive Companies
4400 Business Park Blvd., Suite 22
Anchorage, AK   99503-7118

| RE: | Insured | : | Ron V. Weilbacher |
|-----|---------|---|-------------------|
|  | Claim No. | : | 017489548 |
|  | Policy No. | : | AU 65824951-0 |
|  | Loss Date | : | July 9, 2001 |
|  | Claimant | : | Estate of Heidi Weilbacher |

Dear Mr. Withers:

Enclosed please find a copy of the Complaint, Summons and Demand for Jury Trial filed by my clients against the Estate of Robert Esper.  I do not have a complete copy of the police report in this matter, and I suggest you obtain a copy directly from the Anchorage Police Department.

Sincerely,

KENNETH W. LEGACKI, P.C.

Kenneth W. Legacki

KWL/ksh
Enclosures

EXHIBIT C
Page 13 of 30

**100132**

OCT 16 2002

PROGRESSIVE - ALASKA

# KENNETH W. LEGACKI, P.C.

### ATTORNEY AT LAW

425 "G" STREET, SUITE 920
ANCHORAGE, ALASKA 99501

TELEPHONE: (907) 258-2422
FACSIMILE: (907) 278-4848
E-MAIL: legacki@gci.net

May 9, 2003

## VIA FACSIMILE

Mr. Danny C. Withers
Senior Claims Specialist
Progressive Companies
4400 Business Park Blvd., Suite 22
Anchorage, AK   99503-7118

| RE: | Insured | : | Ron V. Weilbacher |
|---|---|---|---|
| | Claim No. | : | 017489548 |
| | Policy No. | : | AU 65824951-0 |
| | Loss Date | : | July 9, 2001 |
| | Claimant | : | Estate of Heidi Weilbacher |

Dear Mr. Withers:

This past week the Anchorage Superior Court held a settlement conference and a tentative agreement was made to divide the proceeds from Esper's Allstate insurance policy four ways, with $92,362.50, one-quarter of the $369,450, going towards the Weilbacher/Mauro claims. The May 7, 2003 letter to Judge Morgan Christen is enclosed. This settlement amount includes $25,000 for each of the three Weilbacher/Mauro claims, with a Rule 82 attorney fee of $12,500 and interest on the $75,000.

Before we can resolve this phase of the litigation, we need to have written confirmation from you that we have exhausted the underlying policy limits. Please confirm to me that you agree that we have exhausted the policy limits of the third-party claim and that the underinsured claim is now viable.

Sincerely,

KENNETH W. LEGACKI, P.C.

Kenneth W. Legacki

**100125**

KWL/ksh
Enclosure

EXHIBIT **C**
Page **14** of **30**

MAY 1 2 2003
PROGRESSIVE - ALASKA

FROM : JACOBUS LEGACKI LEBO          FAX NO. : 19072784848                    05-21-03  01:55P

# KENNETH W. LEGACKI, P. C.
### ATTORNEY AT LAW

425 "G" STREET, SUITE 920                                    TELEPHONE: (907) 258-2422
ANCHORAGE, ALASKA 99501                                     FACSIMILE: (907) 278-4848
                                                            E-MAIL: legacki@gci.net

May 21, 2003

**<u>VIA FACSIMILE</u>**

Mr. Danny C. Withers
Senior Claims Specialist
Progressive Companies
4400 Business Park Blvd., Suite 22
Anchorage, AK  99503-7118

| RE: | Insured | : | Ron V. Weilbacher |
|---|---|---|---|
| | Claim No. | : | 017489548 |
| | Policy No. | : | AU 65824951-0 |
| | Loss Date | : | July 9, 2001 |
| | Claimant | : | Estate of Heidi Weilbacher |

Dear Mr. Withers:

It has now been over ten days since I last wrote to you inquiring as to your position on whether we have exhausted the underlying third-party limits in this matter, which would now trigger the underinsured coverage policy of Ronald Weilbacher.

Settlement papers have been routed among the parties, and settlement appears to be final, except for the fact that I have not received any word from you as to whether you deem the third-party underlying insurance to have been exhausted.

Please provide me with something in writing stating that you agree that we have exhausted the underlying policy limits and that we can move on and finalize the settlement papers in the third-party claim.

Sincerely,

KENNETH W. LEGACKI, P.C.

Kenneth W. Legacki

EXHIBIT  C
Page 15 of 30

KWL/ksh

**100123**

# KENNETH W. LEGACKI, P. C.

### ATTORNEY AT LAW

425 "G" STREET, SUITE 920
ANCHORAGE, ALASKA 99501

TELEPHONE: (907) 258-2422
FACSIMILE: (907) 278-4848
E-MAIL: legacki@gci.net

August 13, 2003

Mr. Danny C. Withers
Senior Claims Specialist
Progressive Companies
4400 Business Park Blvd., Suite 22
Anchorage, AK   99503-7118

| RE: | | | |
|-----|----|---|---|
| | Insured | : | Ron V. Weilbacher |
| | Claim No. | : | 017489548 |
| | Policy No. | : | AU 65824951-0 |
| | Loss Date | : | July 9, 2001 |
| | Claimant | : | Estate of Heidi Weilbacher |

Dear Mr. Withers:

A copy of the signed Settlement Agreement and Release concerning the third-party claims against Allstate is enclosed.

Sincerely,

KENNETH W. LEGACKI, P.C.

Kenneth W. Legacki

KWL/ksh
Enclosure

AUG 1 4 2003

PROGRESSIVE – ALASKA

**100101**

EXHIBIT C
Page 16 of 30

May 21, 2003



**PROGRESSIVE**

4400 Business Park Boulevard
Suite 22
Anchorage, AK 99503-7118

Telephone: 800-274-4499
Facsimile: (907) 561-8594

http://www.progressive.com

Kenneth W. Legacki, P.C.
425 G St. , suite 920
Anchorage, AK

RE:            **Our Insured  :  Ron Weilbacher**
               **Our Claim #   :  017489548**
               **Date of Loss  :  7/9/01**

Dear Mr.Legacki:

I have received your letter of this date regarding the exhaustion of the underlying third-party limits of the Allstate policy.  It is our understanding the aggregate liability limit of the Allstate policy is $300,000. , and that will be paid plus applicable Alaska ad-ons to the four claims.

Accordingly,  Progressive agrees the liability limits of the Allstate policy, has been exhausted.  The Allstate UM/UIM coverage would be the next line of coverage available to the Estate of Heidi Weilbacher, per AS 28.20.445.  Please provide Progressive with a copy of the release document when finalized.

Sincerely,
Progressive Northwestern Ins. Co.

Danny Withers
Sr. Claims Specialist
261-7028

**100122**

EXHIBIT ___C___
Page __17__ of _30_

# KENNETH W. LEGACKI, P. C.

### ATTORNEY AT LAW

425 "G" STREET, SUITE 920
ANCHORAGE, ALASKA 99501

TELEPHONE: (907) 258-2422
FACSIMILE: (907) 278-4848
E-MAIL: legacki@gci.net

August 14, 2003

Mr. Danny C. Withers
Senior Claims Specialist
Progressive Companies
4400 Business Park Blvd., Suite 22
Anchorage, AK   99503-7118

RE:  Insured        :   Ron V. Weilbacher
     Claim No.      :   017489548
     Policy No.     :   AU 65824951-0
     Loss Date      :   July 9, 2001
     Claimant       :   Estate of Heidi Weilbacher

Dear Mr. Withers:

Would you please be kind enough to send me the offer that was made to Ron Weilbacher, pursuant to AS 21.89.020(c)(2), for underinsured motorist coverage. Also, if you have any correspondence directed to Mr. Weilbacher, as well as any rejection from Mr. Weilbacher, regarding underinsured motorist coverage, please send that correspondence to me as well.

As you know, Ron Weilbacher has an independent claim for his emotional distress because of the death of his daughter pursuant to AS 09.15.010. See Wold v. Progressive Preferred Ins. Co., 52 P.3d 155 (Alaska 2002), and Gillispie v. Beta Constr. Co., 842 P.2d 1272, 1273 (Alaska 1992).

It is my belief that the Liberty Mutual policy, which was procured by Cathie Mauro, would not cover Ron Weilbacher's independent emotional distress claims.

For your information, I have also written to Liberty Mutual and asked them to provide me with the information on whether Cathie Mauro was offered the $1 million/$2 million underinsured policy limits as required by AS 21.89.020, and I am awaiting their response.

100097

EXHIBIT    C
Page 18 of 30

AUG 1 5 2003

Mr. Danny C. Withers
August 14, 2003
Page 2

The release between Allstate and Ron Weilbacher, Cathie Mauro and the Estate of Heidi Weilbacher regarding settlement of their underinsured motorist claims is enclosed for your information.

In any event, I look forward to receiving the above-requested information and hopefully we can resolve this matter amicably.

Sincerely,

KENNETH W. LEGACKI, P.C.

Kenneth W. Legacki

KWL/ksh
Enclosures
cc:    Ronald Weilbacher
       Cathie Mauro

**100098**

EXHIBIT __C__
Page __19__ of __30__

AUG 1 5 2003

**PROGRESSIVE**

4400 Business Park Blvd., Suite 22
Anchorage, AK 99503-7118
Telephone: 800 274-4499
Facsimile: 907 561-8594
progressive.com

August 26, 2003

Kenneth W. Legacki
Attorney at Law
425 G Street, Suite 920
Anchorage, AK 99501

| | | |
|---|---|---|
| Insured | : | Weilbacher, Ron |
| Claim Number | : | 017489548 |
| Date of Loss | : | July 9, 2001 |
| Your Client | : | The Estate of Heidi Weilbacher |

Dear Mr. Legacki:

I have received your letter of August 14, 2003 requesting Progressive send you the application/ offer as to Mr. Weilbacher's selections of UM/UIM coverages.  I have enclosed a copy of the application which clearly shows Mr. Weilbacher was offered UM/UIM coverages pursuant to AS21.89.020.

I was surprised to hear that Mr. Weilbacher is presenting an independent claim for emotional distress, as it is my recollection in interviewing Mr. Weilbacher that he was on the Kenai Peninsula when this accident occurred.  Accordingly, there will be issues as to whether Mr. Weilbacher has an emotional distress claim pursuant to current Alaska Law.  I refer you to Beck v. State of Alaska, and Tommy's Elbow Room v. Kavorkian, 727 P2nd 1038.

It is my understanding that Heidi's mother, Cathie Mauro, had a policy in effect with Liberty Mutual Insurance, and the UM/UIM coverage under that policy would provide concurrent coverage with the Progressive policy, and must respond to the Estate claim. This is in accordance with AS 28.20.445, priorty of coverages.

I look forward to knowing what Liberty Mutual's position will be.

Sincerely,

Danny C. Withers
Sr. Claims Specialist
On Behalf of Progressive Northwestern Insurance Company
907-261-7028

**100090**

EXHIBIT __C__
Page __20__ of __30__

# KENNETH W. LEGACKI, P. C.
## ATTORNEY AT LAW

425 "G" STREET, SUITE 920
ANCHORAGE, ALASKA 99501

TELEPHONE: (907) 258-2422
FACSIMILE: (907) 278-4848
E-MAIL: legacki@gci.net

**January 21, 2004**

Mr. Danny C. Withers
Senior Claims Specialist
Progressive Companies
4400 Business Park Blvd., Suite 22
Anchorage, AK  99503-7118

|  | RE: | Insured | : | Ron V. Weilbacher |
|---|---|---|---|---|
|  |  | Claim No. | : | 017489548 |
|  |  | Policy No. | : | AU 65824951-0 |
|  |  | Loss Date | : | July 9, 2001 |
|  |  | Claimant | : | Estate of Heidi Weilbacher |

Dear Mr. Withers:

Liberty Mutual has tendered their policy limits under the underinsured motorist coverage for the death of Heidi Weilbacher.  Since we have exhausted all previous policy underinsured coverage, the only policy left is with Progressive.

Please let me know when you intend to tender the policy limits under the underinsured motorist coverage.

Sincerely,

KENNETH W. LEGACKI, P.C.

Kenneth W. Legacki

KWL/ksh

**100089**

EXHIBIT *C*
Page *21* of *30*

JAN 2 3 2004

January 26, 2004



**PROGRESSIVE**

4400 Business Park Boulevard
Suite 22
Anchorage, AK 99503-7118

Telephone: 800-274-4499
Facsimile: (907) 561-8594

http://www.progressive.com

Kenneth W. Legacki, P.C.
Attorney at Law
425 G St., suite 920
Anchorage, AK  99501

Claim no:  01-7489548
Insured:  Ron Weilbacher
Estate of Heidi Weilbacher
DOL:  7/9/01

Dear Mr. Legacki:

We received your letter of January 21, 2004 regarding the above claim, and your client's demand for UM/UIM limits.  It is my understanding Liberty Mutual has tendered their UM/UIM limits. Please provide Progressive with the document/or documents that confirms Liberty Mutual is paying limits.  Also, please confirm the amounts of the previous settlements to your client , which includes the total received from all available policies, so that Progressive can evaluate its insureds claims for UIM coverage.

Sincerely,

Danny C. Withers
Sr. Claims Specialist
261-7028

**100088**

EXHIBIT _C_
Page _22_ of _30_

# KENNETH W. LEGACKI, P. C.

### ATTORNEY AT LAW

425 "G" STREET, SUITE 920
ANCHORAGE, ALASKA 99501

TELEPHONE: (907) 258-2422
FACSIMILE: (907) 278-4848
E-MAIL: legacki@gci.net

February 2, 2004

**VIA FACSIMILE**

Mr. Danny C. Withers
Senior Claims Specialist
Progressive Companies
4400 Business Park Blvd., Suite 22
Anchorage, AK   99503-7118

RE:   Insured          :     Ron V. Weilbacher
      Claim No.        :     017489548
      Policy No.       :     AU 65824951-0
      Loss Date        :     July 9, 2001
      Claimant         :     Estate of Heidi Weilbacher

Dear Danny:

Enclosed please find copies of the checks that were submitted by the other insurance companies related to the above-referenced matter.

The first check was for the policy limits of $75,000, plus costs, interest and attorney fees on the third-party claim against Robert Esper, and it was divided equally with Heidi's Estate, Cathie Mauro, and Ronald Weilbacher.  The total amount of the policy was $300,000 and it was paid out to four claimants.

The second check was for $100,000, plus costs, interest, and attorney fees, from the Allstate underinsured coverage, and it was also divided equally among the Estate, Cathie Mauro and Ronald Weilbacher.

The third check is from Liberty Mutual and it was for $100,000, plus costs, interest, and attorney fees under the Mauro underinsured policy, and it was allocated entirely to Heidi's Estate.

EXHIBIT **C**

Page **23** of **30**

**100065**

FEB 03 2004

PROGRESSIVE "ASKA"

Mr. Danny C. Withers
February 2, 2004
Page 2


There is still a question as to whether or not Progressive offered Mr. Weilbacher underinsured coverage of up to $1 million.  Mr. Weilbacher has no recollection of being offered that option, nor does he have any recollection of declining that coverage.  In reviewing the records, there does not appear to be any indication of him declining the $1 million underinsured coverage, or for that matter, that Progressive even offered him that coverage.

Be that as it may, would you please tender the amounts to which you believe Mr. Weilbacher and the Estate of Heidi Weilbacher are entitled.

Sincerely,

KENNETH W. LEGACKI, P.C.

Kenneth W. Legacki

KWL/ksh
Enclosures

EXHIBIT C
Page 24 of 30

100066

FEB 03 2004

GREAT LAKES
DATA CENTER
CLAIM CHECK
ACCOUNT
64-1278
611

POLICY NUMBER: 07W99520
CLAIM NUMBER: 037 252 6520
SSN/TIN
DESK LOC / EMPLOYEE ID: H4b 04HT

Bank of America, N.A.
Atlanta, DeKalb County, Georgia

Bank of America
Customer Connection

**Allstate.**
You're in good hands.

Esper
Estate of Hedi Weilbacher

Full and final settlement of bodily injury claim
from accident of July 9, 2001

Ninety-two thousand three hundred sixty-two and 50/100 dollars    $92,362.50

INVOICE NUMBER | IRS | PROC MCO | PAYEE
ALASKA RESIDENTS: PAYABLE IF DESIRED AT NORTHERN BANK, ALASKA, N.A.
3320

DATE ISSUED: 06/12/03

6 9427439   1

69427439

ALLSTATE INSURANCE COMPANY OR ONE OF ITS AFFILIATES

COMPANY NAME

Allstate Insurance Company

TO THE
ORDER
OF

Trust Account of Kenneth W. Legacki, P.C. in trust
for Estate of Hedi Weilbacher/Cathie Nauro
and Ronald Weilbacher
425 G Street, Suite 920
Anchorage, AK 99501

VOID IF NOT PRESENTED WITHIN THREE HUNDRED, SIXTY-FIVE DAYS OF THE DATE OF ISSUE.

AUTHORIZED SIGNATURE

⑈⑈6942743⑈⑈  ⑈:06111278B:  329 994 0751⑈⑈

RECEIVED
JUL 08 2003
Kenneth W. Legacki, P. C.

EXHIBIT C
Page 25 of 30

100067

FEB 03 2004

T F ESPER
E OF HEIDI WEILBACHER
SETTLEMENT OF ANY AND ALL CLAIMS FOR
URY UNDER UNDERINSURED MOTORIST
RISING FROM ACCIDENT ON 07/09/01
UNDRED TWELVE THOUSAND FIVE HUNDRED DOLLARS
0 CENTS*****************************************

| | POLIC _UMBER | CLAIM NUMBER | GREAT LAKE DATA CENTE |
|---|---|---|---|
| | 076699520 | 3322526520 | CLAIM CHEC ACCOUNT |
| | SSN/TIN | DESK LOC | EMPLOYEE I.D. | |
| | 92-0138704 | ATW | EACH | 64-1276 |
| | Bank of America, N.A. Atlanta, Dekalb County, Georgia | Bank of America Customer Connection | | 611 |

$ **112500.00

| INVOICE NUMBER | PROC MCO | IRS | PAYEE | DATE ISSUED | | | |
|---|---|---|---|---|---|---|---|
| | | | | MONTH | DAY | YEAR | |
| 0332 | 6 | 2 | 08 | 01 | 03 | 69721626 | 6 |

ALASKA RESIDENTS: PAYABLE IF DESIRED AT NORTHERN BANK, ALASKA, N.A.

**Ilstate.**
ng in good hands.

H W LEGACKI, P.C., IN TRUST FOR
E OF HEIDI WEILBACHER, CATHIE
AND RONALD WEILBACHER
STREET, SUITE 920
AGE AK 99501

69721626 6
ALLSTATE INSURANCE COMPANY OR ONE OF ITS AFFILIATES

69721626

| COMPANY NAME |
|---|
| ALLSTATE INSURANCE COMPANY |

*Tina Watts*
AUTHORIZED SIGNATURES

VOID IF NOT PRESENTED WITHIN THREE HUNDRED, SIXTY-FIVE DAYS OF THE DATE OF ISSUE.

⑈69721626⑈ ⑆061112788⑆ 329 994 0751⑈

Receipt of the above check is acknowledged by *Karen Hayes* on
s 13th day of August, 2003.
(please print your name)

KENNETH W. LEGACKI, PC

BY: *Karen B. Hayes*    EXHIBIT C
Page 26 of 30

100068

FEB 03 2004

PO BOX 1839
HILLSBORO, OR 97123


Liberty Mutual.

| B. CODE | 13256565 | | 09/24/03 |
|---|---|---|---|
| | CHECK AMOUNT | | BLOCK NUMBER |
| 250 | *$111872.50 | | 009218 |

T: NORTHCUTT,MARK
  503-645-3520

PAGE    1 OF    1

ACCIDENT DATE: 07/09/01

D NAME: MAURO,PETER

NT NAME: WEILBACHER,HEIDI

OSN: VV0101092402-000004
CLAIM NUMBER: 001988582-0002
POLICY NUMBER: AO2-268-703661-011
INSURED OPERATOR:

| COVERAGE | INVOICE NO | DATES OF SERVICE | CHARGES | PAID AMT | ADJUSTMENTS |
|---|---|---|---|---|---|
| RINSURED MOTORIST - BI | | | 111872.50 | 111872.50 | |

ENT TO: ESTATE OF HEIDI WEILBACHER AND CATHERINE

| | |
|---|---|
| TOTAL CHARGE: | 111872.50 |
| TOTAL PAID: | 111872.50 |
| TOTAL DEDUCTIBLE: | 0.00 |
| TOTAL WITHHOLDING: | 0.00 |
| CHECK AMOUNT: | 111872.50 |

PAYMENT IS ISSUED AGAINST A POLICY OF LIBERTY MUTUAL FIRE INSURANCE CO.;FULL AND FINAL SETTLEMENT OF ANY AND
CLAIMS ASSOCIATED WITH THE ACCIDENT OF 7-9-2001

PLEASE REFERENCE CLAIM NO AND SEND THIS EOP WITH ALL CORRESPONDENCE

CAREFULLY DETACH CHECK BEFORE DEPOSITING - RETAIN STATEMENT FOR YOUR RECORDS

EXHIBIT __C__
Page __27__ of __30__

THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.    CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

LLSBORO, OR-PERS MKT CLAIMS
BOX 1839
LLSBORO, OR 97123

Liberty Mutual.

51-44/119
FLEET BANK
HARTFORD, CT

PAY ONLY 118725O CTS

*PAY*ONE*HUNDRED*ELEVEN*THOUSAND*EIGHT*HUNDRED*SEVENTY*TWO*DOLLARS*FIFTY*CENTS*

| FICE NO. | B. CODE | PAYMENT IDENTIFICATION | CHECK NUMBER | CHECK DATE | |
|---|---|---|---|---|---|
| 0684 | 250 | CLAIM 001988582-0002 | 13256565 | 09/24/03 | PAY  $  111872.50 |

Y TO THE
DER OF

ESTATE OF HEIDI WEILBACHER AND CATHERINE
MAURO AND RONALD WEILBACHER AND
KEN LEGACKI
425 G STREET STE 920
ANCHORAGE AK   99501

**100069**

FEB 03 2004

Juliana M Cagle

February 16, 2004

**PROGRESSIVE**

4400 Business Park Boulevard
Suite 22
Anchorage, AK 99503-7118

Telephone: 800-274-4499
Facsimile: (907) 561-8594

http://www.progressive.com

Kenneth Legacki
Attorney at Law
425 G St., suite 920
Anchorage, AK 99501

Claim no:  01-7489548
Insured:  Ron Weilbacher
Clmt:  Estate of Heidi Weilbacher
DOL:  7/9/01

Dear Mr. Legacki:

Thank you for the information and documents provided on the underlying claims and settlements. Progressive is giving consideration to your client's claims, and I should have a response to you in the near future.  I disagree with your assessment that Mr. Weilbacher was not offered UM/UIM coverage up to $1 million.  With my letter of August 26, 2003, I provided you with a copy of the application signed by Mr. Weilbacher, which clearly showed that he was offered and had an option to purchase UM/UIM coverage up to $1mil/ $2mil.

Sincerely,

Danny C. Withers
Sr. Claims Specialist
Progressive Norhtwestern Ins. Co.
261-7028

EXHIBIT _C_
Page _28_ of _30_

**100064**

February 24, 2004

**PROGRESSIVE**

4400 Business Park Boulevard
Suite 22
Anchorage, AK 99503-7118

Telephone: 800-274-4499
Facsimile: (907) 561-8594

http://www.progressive.com

Kenneth W. Legacki, P.C.
425 G St., suite 920
Anchorage, AK 99501

Claim no: 01-7489548
Insured: Ron Weilbacher
Clmt: Estate of Heidi Weilbacher
DOL: 7/9/01

Dear Mr. Legacki:

Progressive Northwestern Ins. Company will tender UM/UIM limits for the underinsured claims of the Estate of Heidi Weilbacher and the derivative claims of Ron Weilbacher and Cathie Mauro. We have calculated limits as follows:

$100,000.   Face UM/UIM limit each person
    6,596.   Pre-judgement interest calculated at 5% on the first $50,000. In coverage
             From 7/9/01 thru 2/27/04 ( per page 22, Additional Payments of the contract)
   10,660.   Rule 82 attorney fees @ 10% ( 20% of the first $25,000. Paid under the Allstate
             Liability settlement)
$117,256.   Total UM/UIM limit


Since this involves the contractual limit under Mr. Weilbacher's policy, a release is not required. I have enclosed a check for the limit noted above. If you have any questions, or disagree with our calculation of limits, please advise.

Sincerely,

Danny C. Withers
Sr. Claims Specialist
261-7028

**100062**

EXHIBIT _C_
Page _29_ of _30_

# 2004
## AK ADD ONS
Contested With Trial

Date of Loss: | 07/09/2001

Date of Settlement: | 02/27/2004

Incurred Damages * | $50,000.00

Future Damages* | $0.00

* Damages = General Damage + Specials

PJI Owed: | $6,595.89

Rule 82's Owed: | $8,159.59

Total Offer: | $64,755.48

EXHIBIT  C

Page 30 of 30

100063

02/   2004

21:15 AM

DDONS.WK4