Recorded Interview of: Ron Weilbacher  
Claim No.: 017489548  
Date Of Interview: 2/20/2002  
Page 1

[SP] = Spelling  
[SS] = Speaking Simultaneously  
[TD] = Tape Damage

Q: Danny Withers  
A: Ron Weilbacher  
B: Unknown male

1  Q:  OK. My name is Danny Withers, I'm interviewing uh, Ron Weilbacher, uh, we're in
2       Anchorage, Alaska. The date is uh, February the 20th, 2002. This uh, is an in-, interview
3       regarding a auto accident that occurred on July the 9th, 2001. Uh, involving the death of
4       Heidi Weilbacher and um, an accident that occurred, auto accident that occurred on the
5       (_____) Highway, involving a vehicle driven by Robert Vesper [SP] an uh,
6       Anchorage police [sounds like] officer. Uh, [clears throat] all right, Mr. Weilbacher,
7       would you just state your name and spell your last name for me?
8
9  A:   My name's Ron Weilbacher, it's W-E-I-L-B-A-C-H-E-R.
10
11 Q:   OK. And what is your date of birth?
12
13 A:   7/18/46.
14
15 Q:   OK. Now, are you the uh, the biological father of, are you Heidi's biological father?
16
17 A:   Yes.
18
19 Q:   OK. Would you just tell me what you know about what happened that night or that
20      evening that, that accident occurred?
21
22 A:   Well I really, [clears throat] I'm not too sure what happened. I've heard a lot of s-, there's
23      been a lot of stories, you know, I mean, . . . [SS] . . .
24
25 B:   . . . [SS] . . . personal knowledge or hearsay knowledge or . . .
26
27 A:   His personal knowledge about it.
28
29 B:   OK. Because I, the reason I ask is because there's a (_____) where a lot of this
30      information came out which we did not even know about before.
31
32 Q:   Oh, OK.
33
34 B:   We had not gotten a police report um, and there's other reports we have not received, so I
35      guess that's the question, (_____) we really don't know the full story and I actually
36      heard some stuff today, but I, if you want to know what he knows, (_____) from other
37      people or personal knowledge maybe before you ask the question, you might want to

EXHIBIT ___F___  
Page ___1___ of ___16___

100001

Allegis Invoice ID: 352508

Recorded Interview of: Ron Weilbacher  
Claim No.: 017489548  
Date Of Interview: 2/20/2002  
Page 2

[SP] = Spelling  
[SS] = Speaking Simultaneously  
[TD] = Tape Damage

| | | |
|---|---|---|
| 38 | | clarify it so, I guess . . . |
| 39 | | |
| 40 | Q: | OK. Well, why don't you tell me what you found out today (_____), what you found |
| 41 | | out about what happened. |
| 42 | | |
| 43 | A: | Well, in court today it was his sentencing and just that the, the guys who were being |
| 44 | | sentence, their stories weren't the same and they (_____) they're stories (_____) |
| 45 | | they were uh, (_____) misdemeanors. (_____) listening to everything, my |
| 46 | | daughter was just trying to get home that night and she got in the wrong (_____). |
| 47 | | |
| 48 | Q: | Do you know where she had been that night or what uh, what she'd been doing? |
| 49 | | |
| 50 | A: | Well, [clears throat] no. All I know is she left the house about 9:00 and was only |
| 51 | | supposed to be gone for two hours. |
| 52 | | |
| 53 | Q: | OK. All right. Uh, at the, at the time the accident occurred uh, uh, where did Heidi live? |
| 54 | | |
| 55 | A: | Well, she was uh, spending the summer with me and she'd uh, just been into town, she |
| 56 | | was supposed to be back in two days. |
| 57 | | |
| 58 | Q: | Back? |
| 59 | | |
| 60 | A: | Back down to the resort. |
| 61 | | |
| 62 | Q: | And where is the resort? |
| 63 | | |
| 64 | A: | The resort's in (_____). |
| 65 | | |
| 66 | Q: | OK. And uh, is, can you describe this resort to me, is this your resort, or . . . |
| 67 | | |
| 68 | A: | Would you like to see a photograph? |
| 69 | | |
| 70 | Q: | Well not, you can tell me about it, that's fine. |
| 71 | | |
| 72 | A: | Oh, I'm sorry I, I can get it for you here. It's a resort on the (_____) River which I |
| 73 | | own. |
| 74 | | |
| 75 | Q: | OK. |
| 76 | | |
| 77 | A: | And I operate. |
| 78 | | |
| 79 | Q: | OK. Well, let me, does, does Hei-, did Heidi reside with you all the time? |

**100002**

EXHIBIT __F__  
Page __2__ of __16__    Allegis InvoiceID: 352508

**Recorded Interview of:** Ron Weilbacher  
**Claim No.:** 017489548  
Date Of Interview: 2/20/2002  
Page 3

[SP] = Spelling  
[SS] = Speaking Simultaneously  
[TD] = Tape Damage

| | | |
|---|---|---|
| 80 | | |
| 81 | A: | No, she uh, would spend most of the, the school year with her mother here in Anchorage. |
| 82 | | |
| 83 | Q: | OK. |
| 84 | | |
| 85 | A: | (_____) a overhead photograph of it. |
| 86 | | |
| 87 | Q: | Oh, OK. |
| 88 | | |
| 89 | A: | If you want you know, uh, this is the guy that took a helicopter took the top photograph |
| 90 | | of it, uh, to try to (_____) the picture so and he sent 'em to me and (_____). That's |
| 91 | | in case you want to see it. |
| 92 | | |
| 93 | Q: | OK. Uh, so in other words, Heidi lived with her mother while she was going to school |
| 94 | | and during the summer months uh, lived with you, is that correct? |
| 95 | | |
| 96 | A: | She would spend most of the summers with me, yeah. |
| 97 | | |
| 98 | Q: | OK. |
| 99 | | |
| 100 | A: | And then she would go to school, she would spend her vacations with me. |
| 101 | | |
| 102 | Q: | Do you have a home here in Anchorage also, or do you just, do you live in … [SS] … |
| 103 | | |
| 104 | A: | I don't have a home here in Anchorage, no. I used to and uh, well I had a place where I |
| 105 | | was here all the time, when we had a house (_____) at that time. |
| 106 | | |
| 107 | Q: | Uh, what is Heidi's date of birth? |
| 108 | | |
| 109 | A: | 7/31/86. |
| 110 | | |
| 111 | Q: | And uh, uh, who is Heidi's mother? |
| 112 | | |
| 113 | A: | Cathy, with a C. |
| 114 | | |
| 115 | Q: | Is that Cathy uh, Weilbacher? |
| 116 | | |
| 117 | A: | Cathy Mauro, M-A-U-R-O [sounds like]. |
| 118 | | |
| 119 | Q: | And I assume that you and Cathy are divorced? |
| 120 | | |
| 121 | A: | Yes, we are. |

**100003**

EXHIBIT ___F___  
Page __3__ of __16__

Allegis InvoiceID: 352508

**Recorded Interview of: Ron Weilbacher**  
**Claim No.: 017489548**  
Date Of Interview: 2/20/2002  
Page 4

[SP] = Spelling  
[SS] = Speaking Simultaneously  
[TD] = Tape Damage

| | | |
|---|---|---|
| 122 | | |
| 123 | Q: | OK. How long have you been divorced? |
| 124 | | |
| 125 | A: | Uh, 11 years. |
| 126 | | |
| 127 | Q: | And uh, what was uh, what was Heidi, Heidi's age (_____)? |
| 128 | | |
| 129 | A: | About four. |
| 130 | | |
| 131 | Q: | Four. And was there uh, at the time of the divorce, was there a custody arrangement |
| 132 | | made? |
| 133 | | |
| 134 | A: | I don't really remember that too much (_____). Her mother and I, we went in and did |
| 135 | | a uh, annulment (_____) everything. We've always gotten along. |
| 136 | | |
| 137 | Q: | (_____) I'll be quick. Was it not an annulment, was it a dissolution? |
| 138 | | |
| 139 | A: | Yeah, dissolution, that's what I'm, that's what I meant. |
| 140 | | |
| 141 | Q: | OK. So, so that's not even really a divorce, it's just a dissolution, well, I guess it is but .. |
| 142 | | . [SS] . . . |
| 143 | | |
| 144 | B: | . . . [SS] . . . kind of a thing, just dissolving of the marriage. |
| 145 | | |
| 146 | Q: | OK. |
| 147 | | |
| 148 | A: | We agreed on everything and we had no arguments, we still you know, like I, when I was |
| 149 | | in the court room like I told the judge, I mean, Cathy and I (_____). We love one |
| 150 | | another, we grew apart, you know, and that was that. |
| 151 | | |
| 152 | Q: | OK. |
| 153 | | |
| 154 | A: | And we agreed on everything and (_____) the judge said well, he'd never seen |
| 155 | | anybody come in there like that, sit together and hold arms and agree on the welfare of |
| 156 | | the child even you know, because we agreed on everything and we took care of |
| 157 | | everything and (_____). |
| 158 | | |
| 159 | Q: | So there was no, really no court order as to custody for Heidi . . . [SS] . . . |
| 160 | | |
| 161 | A: | . . . [SS] . . . anything about anything or any argument. |
| 162 | | |
| 163 | Q: | OK. |

**100004**

EXHIBIT ___F___  
Page __4__ of __16__    Allegis InvoiceID: 352508

**Recorded Interview of:** Ron Weilbacher  
**Claim No.:** 017489548  
Date Of Interview: 2/20/2002  
Page 5

[SP] = Spelling  
[SS] = Speaking Simultaneously  
[TD] = Tape Damage

| | | |
|---|---|---|
| 164 | | |
| 165 | A: | Cathy and I to this day are very close and her husband and I, we're all very close. |
| 166 | | |
| 167 | Q: | OK. |
| 168 | | |
| 169 | A: | They come down to the resort, they stay there, I mean, I come, I stay at their house. |
| 170 | | We've all been real civil and people don't believe how good we feel. We get along. |
| 171 | | (_____) |
| 172 | | |
| 173 | Q: | Well, that's how it is sometimes. [laughs] |
| 174 | | |
| 175 | A: | That's the way it is the majority of the time, you know, but this, this was a, you know, for |
| 176 | | the kids, you know, there was other kids involved so . . . |
| 177 | | |
| 178 | Q: | Uh, how many brothers and sisters did um, did uh, Heidi have? |
| 179 | | |
| 180 | A: | Oh, with um, she had uh, three sisters and uh, one brother with, with you know, either the |
| 181 | | same mother or father. And she had uh, has a uh, a step brother and sister. |
| 182 | | |
| 183 | Q: | Um, were there any medical expenses uh, with the, associated with the accident for, for |
| 184 | | Heidi? |
| 185 | | |
| 186 | A: | No (_____). She never really, I don't think she (_____). |
| 187 | | |
| 188 | B: | (_____) |
| 189 | | |
| 190 | Q: | Oh, no conscious pain and suffering to your knowledge or did you (_____)? |
| 191 | | |
| 192 | A: | (_____) |
| 193 | | |
| 194 | Q: | OK. And uh, were there, I assume there were funeral expenses, have those been paid or . . |
| 195 | | . |
| 196 | | |
| 197 | A: | Yes. |
| 198 | | |
| 199 | Q: | Did you pay 'em? |
| 200 | | |
| 201 | A: | Uh, I never wrote the checks, no. |
| 202 | | |
| 203 | Q: | Do you know who did? |
| 204 | | |
| 205 | A: | Cathy. |

**100005**

EXHIBIT____F____  
Page__5__ of _16_  
Allegis InvoiceID: 352508

**Recorded Interview of: Ron Weilbacher**  [SP] = Spelling
**Claim No.: 017489548**  [SS] = Speaking Simultaneously
Date Of Interview: 2/20/2002  [TD] = Tape Damage
Page 6

| | | |
|---|---|---|
| 206 | | |
| 207 | Q: | Now Cathy uh, where uh, she lives here in Anchorage. |
| 208 | | |
| 209 | A: | Yes. |
| 210 | | |
| 211 | Q: | Is that correct, OK. And what is her husband's name? |
| 212 | | |
| 213 | A: | Pete. |
| 214 | | |
| 215 | Q: | OK. Where did uh, Heidi go to school? |
| 216 | | |
| 217 | A: | (_____) Diamond. |
| 218 | | |
| 219 | Q: | And what grade was she in? |
| 220 | | |
| 221 | A: | She was going into the 10th. |
| 222 | | |
| 223 | Q: | Uh, do you know what kind of grades she was making in school, was she a good student |
| 224 | | (_____)? |
| 225 | | |
| 226 | A: | She was above average, she had been on the honor roll. |
| 227 | | |
| 228 | Q: | Do you know what uh, what kind of plans when she got out of high school? Did she have |
| 229 | | college planned or . . . |
| 230 | | |
| 231 | A: | Well her and I had talked about it some, she had college, she wasn't sure where she was |
| 232 | | gonna go you know, what, what to major in, I told her, you know, business is |
| 233 | | opportunity. [laughs] That's one of my weaknesses in advertising (_____) in my |
| 234 | | business uh, I just wanted her to be a grade ahead of me on it. |
| 235 | | |
| 236 | Q: | So at that point she hadn't made a decision on where she was gonna go to school and pick |
| 237 | | the, the college or make that decision? |
| 238 | | |
| 239 | A: | She kinda talked about [static] down south where it was warm. |
| 240 | | |
| 241 | Q: | Did uh, did Heidi work any part time jobs during the summer or did she work at all? |
| 242 | | |
| 243 | A: | Well, she was with me all the time helping me. |
| 244 | | |
| 245 | Q: | At the resort? |
| 246 | | |
| 247 | A: | Yeah. |

**100006**

EXHIBIT  F
Page  6  of  16     Allegis InvoiceID: 352508

**Recorded Interview of:** Ron Weilbacher  [SP] = Spelling
**Claim No.:** 017489548  [SS] = Speaking Simultaneously
Date Of Interview: 2/20/2002  [TD] = Tape Damage
Page 7

248
249  Q:   What is the name of your resort?
250
251  A:   (_____) RW's Fishing, RW's Big (_____) Resort.
252
253  Q:   What address did uh, Heidi use for school purposes, (_____) Diamond, I guess she
254       had a local . . .
255
256  A:   She used her mother's.
257
258  Q:   And what is that address?
259
260  A:   I'm not exactly sure, 8720 uh, I don't know. 8023 or something, West (_____).
261
262  Q:   I assume this is the residence that Cathy and Pete (_____)?
263
264  A:   Yeah.
265
266  Q:   Um, what would you say was uh, uh, what was Heidi's health like?
267
268  A:   Excellent.
269
270  Q:   To your knowledge, ever been diagnosed with any long term problems or . . .
271
272  A:   . . . [SS] . . .
273
274  Q:   Did she do any sports or, or any high school or anything like that?
275
276  A:   Not, not (_____) she pretty well had given up sports after (_____), she hadn't
277       been doing that I think for a year because she was more or less (_____).
278
279  Q:   Did Heidi have any disabilities?
280
281  A:   [no audible response]
282
283  Q:   Uh, Robert Vesper was driving the vehicle that Heidi was in that night, right?
284
285  A:   [no audible response]
286
287  Q:   Um, did she know him, was he a high school uh . . .
288
289  A:   I don't think she knew him.

100007

EXHIBIT ___F___
Page __7__ of _16_   Allegis InvoiceID: 352508

**Recorded Interview of: Ron Weilbacher**  
**Claim No.: 017489548**  
Date Of Interview: 2/20/2002  
Page 8

[SP] = Spelling  
[SS] = Speaking Simultaneously  
[TD] = Tape Damage

290  
291 Q: Friend?  
292  
293 A: I don't think she knew him, I don't, there was never any indication (_____).  
294  
295 B: I guess the, one of the questions I, I (_____) any investigation at all on this thing? I  
296      guess the question (_____) because [pause] how am I, what we understand was is that  
297      this was just a thing that somebody invited these people over. If you listened today, we,  
298      we had an emotional day today. Put it that way. It was the sentencing and I didn't realize  
299      it was gonna be that emotional but (_____) statement (_____) gave, uh, his wife  
300      gave (_____). What we've been able, we still haven't got the police report because the  
301      police department won't release it to us.  
302  
303 Q: OK.  
304  
305 B: Um, and now after the sentencing we should be able to get that I think in like the next  
306      few days. They have it ready for us, uh, but they have, under the law, it had to wait until  
307      after the sentencing when a case is closed to give it to us (_____). But it's our,  
308      (_____) what we heard today was, there was a girl who Heidi knew was babysitting.  
309      Um, and one guy, first brought the booze for these girls. And when that, when he brought  
310      booze, they started calling people up. We don't know who called who, we don't know,  
311      we haven't been able to put all those pieces together because we have not seen any reports  
312      or anything. Um, how Heidi got there, we don't know, we don't know if, if uh . . .  
313  
314 A: (_____)  
315  
316 B: Huh?  
317  
318 A: (_____) picked her up.  
319  
320 B: Who did?  
321  
322 A: (_____)  
323  
324 B: That's, see I, (_____) the house, but I, yeah, Ron (_____) one of the adults, but  
325      apparently we've heard that he was going picking up girls and bringing 'em back to the  
326      house, that she was, because he lived next door I guess, Heidi didn't, I don't even know if  
327      Heidi knew who he, these people were . . . [SS] . . .  
328  
329 Q: Was Ron Franklin [sounds like] one of the adults that was . . .  
330  
331 B: . . . [SS] . . .

100008

EXHIBIT _F_  
Page _8_ of _16_    Allegis InvoiceID: 352508

**Recorded Interview of:** Ron Weilbacher  
**Claim No.:** 017489548  
Date Of Interview:  2/20/2002  
Page 9

[SP] = Spelling  
[SS] = Speaking Simultaneously  
[TD] = Tape Damage

332  
333  Q:   . . . supposedly involving in buying uh . . .  
334  
335  B:   Right.  
336  
337  Q:   . . . alcohol or whatever?  
338  
339  A:   Yeah.  
340  
341  B:   It was one guy, the Mike uh, what's (_____).  
342  
343  A:   Hunter.  
344  
345  B:   Hunter, Mike Hunter was the first guy. He brought some booze, the two girls were there,  
346      and this is all in the record, so I'm just giving you a background so it'll be easier for you.  
347  
348  Q:   All right.  
349  
350  B:   And then Frank apparently made three trips buying booze, uh, two fifths of Southern  
351      Comfort and a case of beer um, was the total that he bought. But we don't know how he  
352      was in that trailer court and so somebody said, would you mind going and getting  
353      somebody because we don't, first of all, Heidi told her mother she was going out to go  
354      babysitting, uh, and was only supposed to be gone two hours or something like that, and  
355      the next thing you know, this whole thing blew up. So we don't know, we still don't  
356      know uh, how, who got where, where, when, because we have not (_____) the police  
357      report, we haven't seen all the facts. I don't know if that helps you at all or, see I don't  
358      know what investigation you did, but . . .  
359  
360  Q:   We, I don't know much more about this than what uh, we read in the papers.  
361  
362  B:   Right.  
363  
364  Q:   OK. Because there was nobody to talk to afterwards, as you know.  
365  
366  B:   (_____) we, we still haven't, we have not gotten the police report yet, (_____)  
367      we'll be happy (_____) when we get 'em, but we're still confused ourselves as to all  
368      the facts.  
369  
370  A:   Yeah, OK. Well, the only person that lived through the accident, Cathy talked to her the  
371      other day and she told Cathy she remembers nothing.  
372  
373  Q:   Savannah?

100009

EXHIBIT __F__  
Page __9__ of __16__   Allegis InvoiceID: 352508

**Recorded Interview of: Ron Weilbacher**  [SP] = Spelling
**Claim No.: 017489548**  [SS] = Speaking Simultaneously
Date Of Interview: 2/20/2002  [TD] = Tape Damage
Page 10

| | | |
|---|---|---|
| 374 | | |
| 375 | B: | Oh, Savannah (_____). |
| 376 | | |
| 377 | A: | Yeah. |
| 378 | | |
| 379 | Q: | They were trying to say that she had said some things about it and then she didn't know, I |
| 380 | | think she was point 23 or . . . |
| 381 | | |
| 382 | B: | 28. |
| 383 | | |
| 384 | Q: | Whatever. |
| 385 | | |
| 386 | B: | Savannah was point 28. Um, I, I guess Cathy said that, I don't, I, and I, either she got the |
| 387 | | phone call or C-, or she left a message saying this is crazy um, tell mom I love her. And, |
| 388 | | or something to that effect, so it's, I guess, people, Heidi saw (_____) get out of |
| 389 | | control or . . . |
| 390 | | |
| 391 | A: | They were trying to find somebody to come and get 'em. |
| 392 | | |
| 393 | B: | Yeah. |
| 394 | | |
| 395 | Q: | OK. |
| 396 | | |
| 397 | A: | (_____) |
| 398 | | |
| 399 | B: | (_____) come pick us up and Brent said no, I don't have any gas in the car |
| 400 | | (_____) Heidi's friend and so, I guess that's where . . . |
| 401 | | |
| 402 | A: | . . . [SS] . . . |
| 403 | | |
| 404 | B: | . . . (_____) what we understand, as I said, because we didn't, Frank took off with |
| 405 | | two girls to go to uh, (_____) or something and left the girls, the other girls left |
| 406 | | behind in the trailer and that's how (_____) somehow (_____) got in there, |
| 407 | | whether he was called or, or whatever, we don't know that. |
| 408 | | |
| 409 | Q: | Who's trailer was it? |
| 410 | | |
| 411 | A: | The . . . |
| 412 | | |
| 413 | B: | The wife of Hunter? |
| 414 | | |
| 415 | A: | Hunter's ex-wife. |

**100010**

EXHIBIT ___F___
Page __10__ of __16__      Allegis InvoiceID: 352508

**Recorded Interview of: Ron Weilbacher**  [SP] = Spelling
**Claim No.: 017489548**  [SS] = Speaking Simultaneously
Date Of Interview: 2/20/2002  [TD] = Tape Damage
Page 11

416
417 B:    Hunter's ex-wife. Uh, and I, I don't know the name of the girl who was there supposed to
418       be babysitting, invited Heidi over.
419
420 A:    I don't know where even the ex-wife was.
421
422 B:    She was out working I think.
423
424 A:    Was she at work?
425
426 B:    I think that was it, I think that's why she had the girls come over that night and stay.
427       (_____) that's, remember she left (_____) she left a few bucks.
428
429 A:    To clean the place up.
430
431 B:    (_____) apparently, it's still (_____) well, I didn't know this, but apparently the
432       kids actually gave either Frank or Hunter the money to buy the booze, because the girls
433       were being paid.
434
435 A:    . . . [SS] . . .
436
437 B:    Huh?
438
439 A:    Gave it to Hunter . . . [SS] . . .
440
441 B:    . . . [SS] . . .
442
443 A:    . . . got started.
444
445 B:    Yeah, and, and so he was the first round, so I, I you know, like I said, we don't know all
446       the facts either in this since we haven't gotten the, the police report.
447
448 Q:    But that evening when Heidi left, she left uh, Cathy's residence?
449
450 A:    Right.
451
452 Q:    Is that correct?
453
454 A:    Right.
455
456 Q:    OK.
457

100011

EXHIBIT ___F___
Page __11__ of __16__   Allegis InvoiceID: 352508

**Recorded Interview of: Ron Weilbacher**  [SP] = Spelling
**Claim No.: 017489548**  [SS] = Speaking Simultaneously
Date Of Interview: 2/20/2002  [TD] = Tape Damage
Page 12

| | | |
|---|---|---|
| 458 | A: | She left my place [clears throat] just about five hours prior to that. She had just got back |
| 459 | | in town, she was only gonna be there, gather up the things and go back down. |
| 460 | | |
| 461 | Q: | Drove up from (_____). |
| 462 | | |
| 463 | A: | (_____) with her mother. |
| 464 | | |
| 465 | Q: | Oh, OK. |
| 466 | | |
| 467 | A: | They were down there for a, a (_____) a few days, they were dropping the, the |
| 468 | | youngest girl off at (_____) bible camp. |
| 469 | | |
| 470 | Q: | OK. |
| 471 | | |
| 472 | A: | And then Heidi rode back with 'em. |
| 473 | | |
| 474 | Q: | (_____) I don't have any more questions. |
| 475 | | |
| 476 | B: | Yeah, um, the other thing (_____) we assumed that because she was dead at uh, she |
| 477 | | was never taken to the hospital. She was taken straight to the morgue. |
| 478 | | |
| 479 | Q: | Well, I saw the vehicles uh, and . . . [SS] . . . |
| 480 | | |
| 481 | B: | So I, I assume that's instantaneous. |
| 482 | | |
| 483 | Q: | . . . it was amazing to me that Savannah survived. |
| 484 | | |
| 485 | B: | She flew out. |
| 486 | | |
| 487 | Q: | Yeah, I know. |
| 488 | | |
| 489 | B: | She was the only one that didn't have her seatbelt on. |
| 490 | | |
| 491 | A: | (_____) |
| 492 | | |
| 493 | Q: | . . . [SS] . . . |
| 494 | | |
| 495 | B: | Um, also (_____) I don't know if you uh, (_____) will lists Heidi as the uh, sole |
| 496 | | beneficiary um, we have copy of that, (_____) attorney (_____) attorney |
| 497 | | (_____) uh, (_____) wrote the will so (_____) she was supposed to |
| 498 | | (_____) the resort. |
| 499 | | |

100012

EXHIBIT ___F___
Page __12__ of __16__       Allegis InvoiceID: 352508

**Recorded Interview of:** Ron Weilbacher  [SP] = Spelling
**Claim No.:** 017489548  [SS] = Speaking Simultaneously
Date Of Interview: 2/20/2002  [TD] = Tape Damage
Page 13

| | | |
|---|---|---|
| 500 | Q: | (_____) |
| 502 | B: | I'm sorry? |
| 504 | Q: | Oh I, I, I, I wasn't following you there. |
| 506 | B: | Yeah, yeah. |
| 508 | Q: | There's ... |
| 510 | B: | Um, I, I think I, yeah, I talked to you where you asked why was Heidi listed on the equipment down there, the rigs and the trailers and stuff. |
| 513 | Q: | Yeah, you had mentioned in your letter that she was uh, co-owner of, of the vehicle that's on this Progressive policy. I think that's what you said. |
| 516 | B: | Yeah, he put her name and all that stuff in the will, she was supposed to inherit all those things. |
| 519 | Q: | Oh, I see, OK. |
| 521 | B: | Yeah, we have a will uh, copy of the will if you're interested in that, it shows that she was supposed to inherit it. So ... |
| 524 | Q: | I don't think I need that. |
| 526 | B: | OK. |
| 528 | Q: | Uh, I would like to, if possible to get a copy of um, Heidi's birth certificate. Do you have that or ... |
| 531 | B: | (_____) |
| 533 | Q: | Yeah, I already have that. |
| 535 | B: | But actually, I gave you the death certificate. |
| 537 | Q: | I got that. |
| 539 | B: | OK. So what would you need (_____)? |
| 541 | Q: | Birth certificate. Also uh, I'm, I'm curious about uh, apparently uh, Cathy had a policy |

**100013**

EXHIBIT ___F___
Page _13_ of _16_   Allegis InvoiceID: 352508

Recorded Interview of: Ron Weilbacher               [SP] = Spelling
Claim No.: 017489548                                 [SS] = Speaking Simultaneously
Date Of Interview: 2/20/2002                         [TD] = Tape Damage
Page 14

| | | |
|---|---|---|
| 542 | | with Liberty Mutual? |
| 543 | | |
| 544 | B: | Right. |
| 545 | | |
| 546 | Q: | Are they involved in this? |
| 547 | | |
| 548 | B: | I, I would assume? |
| 549 | | |
| 550 | Q: | Has a claim been made, OK. |
| 551 | | |
| 552 | B: | Yeah. |
| 553 | | |
| 554 | Q: | I'd like a copy of their policy. Because it sounds like to me from what you told me today |
| 555 | | . . . |
| 556 | | |
| 557 | B: | I never sent that to ya? |
| 558 | | |
| 559 | Q: | No, you sent me the Allstate policy. And Allstate has, has the policy for the (_____) |
| 560 | | vehicle. |
| 561 | | |
| 562 | B: | I don't, I don't think I got a copy of the Liberty Mutual (_____). |
| 563 | | |
| 564 | Q: | Well . . . |
| 565 | | |
| 566 | B: | I uh . . . |
| 567 | | |
| 568 | Q: | . . . that should be easy enough to get if the claim's been made. |
| 569 | | |
| 570 | B: | I'm sorry? |
| 571 | | |
| 572 | Q: | That should be easy enough to get. |
| 573 | | |
| 574 | B: | Yeah, I, I, I've asked for it. |
| 575 | | |
| 576 | Q: | OK. |
| 577 | | |
| 578 | B: | And I don't think I've gotten it. I'm dealing with so many uh . . . |
| 579 | | |
| 580 | Q: | [laughs] |
| 581 | | |
| 582 | B: | I'm sorry? You making fun of me again or what? |
| 583 | | |

**100014**

EXHIBIT ___F___
Page _14_ of _16_    Allegis InvoiceID: 352508

**Recorded Interview of: Ron Weilbacher**  [SP] = Spelling
**Claim No.: 017489548**  [SS] = Speaking Simultaneously
Date Of Interview: 2/20/2002  [TD] = Tape Damage
Page 15

| | | |
|---|---|---|
| 584 | Q: | No. [laughs] |
| 586 | B: | Uh, I'm dealing with somebody (_____). |
| 588 | Q: | Yeah, that sounds right. |
| 590 | B: | Yeah, and (_____) local up here. |
| 592 | Q: | Yeah. |
| 594 | B: | And I think their still scratching their heads trying to figure out uh, her passport, uh, and |
| 595 | | then um, you sent me a copy of Progressive, right? |
| 597 | Q: | Right. |
| 599 | B: | Do you have anything from them where, on the underinsured motorist? There's a waiver |
| 600 | | in the, uh, offer of the option? |
| 602 | Q: | I don't have that. I can, I can get that uh, that's where you uh, it's where you're, you're |
| 603 | | given a selection of the, of the UMUI benefit, uh, coverages. |
| 605 | B: | Right. |
| 607 | Q: | Is that what you're talking about? That'll be on the application. |
| 609 | B: | OK. I don't, do you have a copy, you didn't sent that to me did ya? |
| 611 | Q: | I, I didn't send that to ya, I don't have that yet. I can get it. |
| 613 | B: | OK. |
| 615 | Q: | If you, you need that? |
| 617 | B: | Yeah, I, I do need that. |
| 619 | Q: | OK. |
| 621 | B: | Uh . . . |
| 623 | Q: | Uh, you bought your policy through Alaska Business Insurance? |
| 625 | A: | [no audible response] |

**100015**

EXHIBIT __F__
Page __15__ of __16__   Allegis InvoiceID: 352508

**Recorded Interview of: Ron Weilbacher**  
**Claim No.: 017489548**  
Date Of Interview: 2/20/2002  
Page 16

[SP] = Spelling  
[SS] = Speaking Simultaneously  
[TD] = Tape Damage

626  
627 Q:   OK. I'll have to get that from them probably. But I will have to get that from them,  
628      they'll be the ones that have that, that have that application.  
629  
630 B:   I'm sorry sir.  
631  
632 Q:   Alaska Business Insurance, did, that's the agent where Ron got his policy, so they're  
633      gonna have that application which uh, which shows the, the various coverages that were  
634      offered. I'm gonna turn this recorder off now.

**100016**

EXHIBIT  F  
Page  16  of  16    Allegis InvoiceID: 352508