FILED

JAN 24 1984

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By: mnau        Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

NATIONWIDE MUTUAL INSURANCE
COMPANY,                         )
                                 )
            Plaintiff,           )
                                 )
       v.                        )
                                 )      NO. A 83-533 Civil
ANGUS G. CUMMING, et al.,        )
                                 )
            Defendants.          )      ORDER
_____)

        This motion for Judgment on the Pleadings by the plaintiff
Nationwide Mutual Insurance Company, filed November 23, 1983, arises
in a declaratory judgment action brought by the plaintiff to
determine its coverage obligations arising out of an automobile
accident between its insured, defendant Angus Cumming, and
defendant Richard Lyon.  Plaintiff asserts that under the terms of
the "limits of payment" provision of the insurance policy it issued
to Cumming, its coverage obligations are limited to a maximum
combined total of $25,000.00 for bodily injury to defendant Richard
Lyon and for loss of consortium injuries to Richard Lyon's wife,
defendant  Sriluck Lyon.  The defendants have taken the position

Exhibit  G
Page  1  of  3  Pages

1  that Richard and Sriluck Lyon are each entitled to recover up to

2  $25,000.00 for their injuries under the terms of Cumming's insura

3  policy.  See Answer of Defendants Richard T. Lyon and Sriluck Lyo

4  filed November 7, 1983. None of the defendants has filed an

5  opposition to the plaintiff's Motion for Judgment on the Pleadings

6  although close to two months have elapsed since it was originally

7  filed.  Furthermore, the answers filed by Cumming and the Lyons

8  have not raised any material facts in dispute that would preclude

9  this court from granting a motion for judgment on the pleadings.

10  See Cumming's Answer, filed November 14, 1983; Answer of Defendant

11  Richard T. Lyon and Sriluck Lyon, filed November 7, 1983.

12       The "Limits of Payment" section of the plaintiff's in-

13  surance policy with defendant Cumming divides all liability losses

14  for which the plaintiff will reimburse its insured into those

15  for "property damage" and those for "bodily injury."  Exhibit A

16  to Plaintiff's Complaint, filed October 21, 1983, p. 8.  The policy

17  "bodily injury" provision applies to the damages sought by both

18  Richard and Sriluck Lyon.  It provides that:

19       For bodily injury liability, limits shown
        for any one person are for all legal damages
20      claimed by anyone for bodily injury or loss
        of services of one person as a result of
21      one occurrence.

22  Id. (emphasis added).  I read this provision to plainly provide that

23  the insurance policy's $25,000.00 limit applies to Richard Lyon's

24  bodily injury claims and Sriluck Lyon's loss of consortium claims

25  in combination, not individually.  Only Richard Lyon was involved

26  in the accident with Cumming.  Sriluck Lyon's claims are simply

-2-

(Rev. 8/82)

1  derivative "loss of services" claims under the terms of the polic

2  The provision above clearly indicates that the policy limits of

3  $25,000.00 apply to the sum total of "all legal damages claimed b

4  anyone for [the] bodily injury or loss of services" of an individu

5  who has sustained direct bodily injury in an occurrence covered

6  by the policy.

7       The plaintiff has offered substantial support for this

8  interpretation of the provision, citing numerous authorities in

9  which courts have interpreted similar provisions in this manner.

10  See Plaintiff's Memorandum in Support of Motion for Judgment on th

11  Pleadings, filed November 23, 1983, pp. 8-11.  None of the defenda

12  has produced any authority to support their reading of the

13  provision.

14       For these reasons, I GRANT the plaintiff's Motion for

15  Judgment on the Pleadings.

16       ORDERED ACCORDINGLY.

17       DATED at Anchorage, Alaska, this 23rd day of January,

18  1984.

19

20  cc:  Daniel T. Quinn
         (Richmond & Assocs.)

21  Patrick E. Murphy                JAMES M. FITZGERALD
    Steven G. Marks                  United States District Judge

22

23

24

25

26

-3-