Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PROGRESSIVE NORTHWESTERN ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | 3:05-cv-204-TMB |

PROGRESSIVE'S MOTION
*IN LIMINE* TO PRECLUDE PLAINTIFF FROM CALLING
DR. ANN STOCKMAN AND ANY OTHER MEDICAL CARE PROVIDER

Defendant Progressive Northwestern Insurance Company ("Progressive"), by and through its attorneys, Guess & Rudd P.C., moves for a court order precluding plaintiff from calling as witnesses in this matter Dr. Ann Stockman and any other treating medical care provider based on plaintiff's failure to disclose/identify Dr. Stockman or any other person as a treating medical care provider, plaintiff's failure to disclose, identify, or produce Dr. Stockman's relevant medical records, plaintiff's refusal to provide a medical records release for Dr. Stockman's records, and for the reasons set forth in the memorandum in support of this motion filed herewith.

DATED at Fairbanks, Alaska, this 28th day of August, 2006.

        GUESS & RUDD P.C.
        Attorneys for Progressive
        Northwestern Insurance Company

    By:   /s/Aisha Tinker Bray
        Guess & Rudd P.C.
        100 Cushman Street, Suite 500
        Fairbanks, Alaska  99701
        Phone: 907-452-8986
        Fax:   907-452-7015
        Email: atbray@guessrudd.com
        Alaska Bar No. 9505028

CERTIFICATE OF SERVICE
I hereby certify that on the
28th day of August, 2006, a copy
of the foregoing document was served
electronically on:

Kenneth W. Legacki, Esq.

A Chambers Copy was also mailed
to the court pursuant to D.AK.LR 10.1(b).

Guess & Rudd P.C.

By:   /s/Aisha Tinker Bray

USDC Case No. 3:05-cv-204-TMB  Weilbacher v. Progressive
Progressive's Motion in Limine to Preclude Plaintiff from Calling Dr. Ann Stockman and Any Other Medical Care Provider
Page 2 of 2