Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PROGRESSIVE NORTHWESTERN ) <br> INSURANCE COMPANY, ) <br> ) <br> Defendant. ) <br> _____ ) | 3:05-cv-204-TMB |

**PROPOSED**
ORDER PRECLUDING PLAINTIFF FROM
<u>CALLING DR. ANN STOCKMAN AND ANY OTHER MEDICAL CARE PROVIDER</u>

Defendant Progressive Northwestern Insurance Company ("Progressive"), having moved this court for an order precluding plaintiff from calling as witnesses in this matter Dr. Ann Stockman and any other treating medical care providers, and the court being duly advised in the premises,

IT IS HEREBY ORDERED that Progressive's motion is GRANTED. Plaintiff is hereby precluded from calling as a witness for any reason in this matter Dr. Ann Stockman and any other treating medical care provider based on plaintiff's failure to disclose Dr. Stockman as a treating physician and to

identify, disclose, or produce her medical records, failure to disclose any other treating medical care providers in a timely manner, and failure to provide a medical records release for Dr. Stockman's records upon request.

DATED at Anchorage, Alaska, this _____ day of _____, 2006.

_____
Honorable Timothy M. Burgess
United States District Court Judge

CERTIFICATE OF SERVICE
I hereby certify that on the
28th day of August, 2006, a copy
of the foregoing document was served
electronically on:

Kenneth W. Legacki, Esq.

A Chambers Copy was also mailed
to the court pursuant to D.AK.LR 10.1(b).

Guess & Rudd P.C.

By: \_\_\_\_/s/Aisha Tinker Bray\_\_\_\_

USDC Case No. 3:05-cv-204-TMB   Weilbacher v. Progressive
PROPOSED Order Precluding Plaintiff from Calling Dr. Ann Stockman and Any Other Medical Care Provider
Page 2 of 2