Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail: legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PROGRESSIVE NORTHWESTERN ) <br> INSURANCE COMPANY, ) <br> ) <br> Defendant. ) <br> ) | Case No. A05-0204-CV (JWS) |

**PLAINTIFF'S INITIAL DISCOVERY DISCLOSURES**

Plaintiff Ronald Weilbacher, by and through counsel, hereby submits his initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) and Local Rule 16.1.

EXHIBIT **A**
Page **1** of **7**

A. **FACTUAL BASIS FOR PLAINTIFF'S CLAIMS**

Mr. Weilbacher lost his daughter in a tragic car accident on July 9, 2001. Mr. Weilbacher had an insurance policy with Defendant Progressive Northwestern, which included a provision for underinsured motorist coverage. The tortfeasor responsible for the death of Mr. Weilbacher's daughter did not have adequate insurance to compensate Mr. Weilbacher for the death of his daughter. Mr. Weilbacher filed a claim under his underinsured automobile policy for his own grief, loss of consortium, and emotional distress because of the death of his daughter. His claim has been denied by Defendant Progressive Northwestern.

B. **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

The following individuals have information pertaining to the claims of emotional distress asserted by plaintiff in this matter.

1. Bo Ansel
   Post Office Box 1728
   Soldotna, AK 99669
   Telephone: (907) 252-8000

2. Dale Dolifka
   Post Office Box 498
   Soldotna, AK 99669
   Telephone: (907) 262-2910

3. John Ebsary
   19806 S.E. Wax Road
   Maple Valley, WA 98038
   Telephone: (206) 714-5961

KENETH W. LEGACKI, P.C.
ATTORNEYS AT LAW
426 "G" STREET
SUITE 820
ANCHORAGE, AK 99501
(907) 258-2422

PLAINTIFF'S INITIAL DISCOVERY DISCLOSURES
Weilbacher v. Progressive - Case No. A05-0204-CV (JWS)
Page 2 of 7

EXHIBIT  A
Page  2  of  7

4.  Cathie Mauro                          (Attorney-client Privilege)
    c/o Kenneth W. Legacki, Esq.
    425 G Street, Suite 920
    Anchorage, AK  99501
    Telephone: (907) 258-2422

5.  Peter Mauro                           (Attorney-client Privilege)
    c/o Kenneth W. Legacki, Esq.
    425 G Street, Suite 920
    Anchorage, AK  99501
    Telephone: (907) 258-2422

6.  Steven Moe
    Post Office Box 410
    Ninilchik, AK  99639
    Telephone: (907) 567-7373

7.  Mary Beth Rathbun
    9336 Blackberry Street, Unit 27
    Anchorage, AK  99502
    Telephone: (907) 248-4400

8.  Mary Ring
    c/o Kenneth W. Legacki, Esq.
    425 G Street, Suite 920
    Anchorage, AK  99501
    Telephone: (907) 258-2422

9.  Jerry Ring
    c/o Kenneth W. Legacki, Esq.
    425 G Street, Suite 920
    Anchorage, AK  99501
    Telephone: (907) 258-2422

10. Vicki Santos
    122 Talbot Avenue
    Santa Rosa, CA  95404
    Telephone: (707) 544-5583

KENNETH W. LEGACKI, P.C.
ATTORNEYS AT LAW
425 "G" STREET
SUITE 920
ANCHORAGE, AK 99501
(907) 258-2422

PLAINTIFF'S INITIAL DISCOVERY DISCLOSURES          EXHIBIT    A
Weilbacher v. Progressive - Case No. A05-0204-CV (JWS)   Page  3  of  7
Page 3 of 7

11. Bob Saxton
    38175 Douglas Drive
    Soldotna, AK 99669
    Telephone: (907) 262-5489

12. Carl Staley
    119 South River Drive
    Tempe, AZ 85281
    Telephone: (480) 968-5934

13. Ann Stockman, Ph.D.
    4050 Lake Otis Parkway, Suite 201
    Anchorage, AK 99508
    Telephone: (907) 562-9619

14. Neil Tieszen
    6613 Brayton Drive, Suite B
    Anchorage, AK 99507
    Telephone: (907) 677-6345

15. Elisa Vidales
    Post Office Box 57240
    North Pole, AK 99705
    Telephone: (907) 378-6052

16. Bob Weilbacher
    1924 - 126th Avenue, Suite E
    Edgewood, WA 98372
    Telephone: (253) 863-8011

17. Lisa Weilbacher
    2041 East Zillah Drive
    Zillah, WA 98753
    Telephone: (509) 854-2820

18. Ronald Weilbacher    (Attorney-client Privilege)
    c/o Kenneth W. Legacki, Esq.
    425 G Street, Suite 920
    Anchorage, AK 99501
    Telephone: (907) 258-2422

19. Charlie Weimer
    44501 Sterling Highway
    Soldotna, AK
    Telephone: (907) 260-6000

20. Dirk Whitehead
    3333 West International Airport Road
    Anchorage, AK
    Telephone: (907) 243-2233

21. Representatives of
    Progressive Northwestern Insurance Company
    The Progressive Corporation
    c/o Gary A. Zipkin, Esq.
    Guess & Rudd, P.C.
    510 L Street, Suite 700
    Anchorage, AK 99501
    Telephone: (907) 793-2200

22. Witnesses disclosed during discovery

### C. WRITTEN OR RECORDED STATEMENTS

Plaintiff has in his possession the police report and related documents generated by the Anchorage Police Department pertaining to the accident which caused the death of his daughter. The records are voluminous, and are available for inspection upon reasonable notice, although it is not clear whether the documents are necessary for

KENNETH W. LEGACKI, P.C.
ATTORNEYS AT LAW
425 "G" STREET
SUITE 920
ANCHORAGE, AK 99501
(907) 258-2422

PLAINTIFF'S INITIAL DISCOVERY DISCLOSURES
Weilbacher v. Progressive - Case No. A05-0204-CV (JWS)
Page 5 of 7

EXHIBIT A
Page 5 of 7

the litigation of the issue of whether Mr. Weilbacher is entitled to underinsured coverage under his insurance policy. The Anchorage Police Department is in possession of written and recorded statements pertaining to the vehicle accident itself and its subsequent investigation of said accident.

### D.  DOCUMENTS RELEVANT TO DISPUTED FACTS

It appears that there is no dispute as to the facts in this matter, except the issue, which is a legal issue, as to whether Mr. Weilbacher is entitled to receive compensation under the underinsured policy as a direct action, rather than as derivative of his daughter's death. The Anchorage Police Department is in possession of its file pertaining to the vehicle accident itself and its subsequent investigation of said accident.

### E.  PHOTOGRAPHS, DIAGRAMS AND VIDEOTAPES

Again, plaintiff is in possession of reports and statements generated by the Anchorage Police Department relating to the accident itself in which Mr. Weilbacher's daughter died, but it is not clear whether these documents will be of use to Defendant Progressive Northwestern. The Anchorage Police Department is in possession of its file pertaining to the vehicle accident itself and its subsequent investigation of said accident, including photographs, diagrams and videotapes.

KENNETH W.LEGACKI P.C.
ATTORNEYS AT LAW
425 "G" STREET
SUITE 920
ANCHORAGE, AK 99501
(907) 258-2422

PLAINTIFF'S INITIAL DISCOVERY DISCLOSURES
Weilbacher v. Progressive - Case No. A05-0204-CV (JWS)
Page 6 of 7

EXHIBIT   A
Page   6   of   7

**F.   INSURANCE AGREEMENTS**

Defendant Progressive Northwestern is the originator of the insurance agreement and is in possession of the insurance agreement that was issued to Mr. Weilbacher.

**G.   CATEGORIES OF DAMAGES CLAIMED**

Mr. Weilbacher claims damages for loss of consortium, emotional distress, and general compensation because of the loss of his daughter, and he also requests punitive damages for the failure to pay under the insurance policy.

DATED at Anchorage, Alaska, this 2nd day of December, 2005.

KENNETH W. LEGACKI, P.C.
Attorney for Plaintiff

By _____
Kenneth W. Legacki
ABA No. 8310132

I HEREBY CERTIFY THAT on the 2nd day of December, 2005, a copy of the foregoing document was mailed to the offices of:

Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK   99501

_____

PLAINTIFF'S INITIAL DISCOVERY DISCLOSURES
Weilbacher v. Progressive - Case No. A05-0204-CV (JWS)
Page 7 of 7

EXHIBIT  A
Page  7  of  7

KENNETH W. LEGACKI, P.C.
ATTORNEYS AT LAW
425 "G" STREET
SUITE 820
ANCHORAGE, AK 99501