pursuant to Rule 26(e).

**ANSWER TO INTERROGATORY NO. 9**: See Answer to Request for Admission No. 4. As to Request for Admission Nos. 5, 6 and 7, copies of the checks issued to Ronald Weilbacher have been produced. See Document Nos. RW-10001 through RW-10011.

**INTERROGATORY NO. 10**: Please identify all lien holders and all persons/entities with a subrogated interest in your recovery in this matter, if any, including the name, address, and telephone number of the person/entity, amount of the lien/subrogated interest, and whether you are authorized by such person/entity to collect the amount of the lien/subrogated interest in this action. Please note your on-going obligation to supplement your responses pursuant to Rule 26(e).

**ANSWER TO INTERROGATORY NO. 10**: None.

**INTERROGATORY NO. 11**: For each non-expert witness you intend to call at trial, please state the following:

    A.    The name, current or last known address of the non-expert witness, and current or last known telephone number of the non-expert witness;

    B.    Your relationship, if any, to the witness;

    C.    The length of time you have known the witness and where you became acquainted; and

    D.    A summary of the facts upon which the witness relies for his or

Kenneth W. Legacki, P.C.
G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S RESPONSES TO PROGRESSIVE'S FIRST SET OF DISCOVERY REQUESTS
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 8 of 20

EXHIBIT____B____
Page___1___of___8___

her testimony.

**ANSWER TO INTERROGATORY NO. 11**: Objection; calls for attorney-client and work product privileged information.

The following witnesses will testify concerning the depth of the sorrow, anguish and hurt that Mr. Weilbacher suffered because of the loss of his daughter. As the initial disclosures indicate, listed were any persons with knowledge of plaintiff's claims. Plaintiff Weilbacher also listed numerous friends and business associates who can testify about how the death of his daughter affected him. It is not clear if more of an explanation is needed, but that is the gist of the testimony of the witnesses listed in the initial disclosures.

1. Bo Ansel
   (Friend)
   Post Office Box 1728
   Soldotna, AK 99669
   Telephone: (907) 252-8000

2. Dale Dolifka
   (Business Associate)
   Post Office Box 498
   Soldotna, AK 99669
   Telephone: (907) 262-2910

3. John Ebsary
   (Friend)
   19806 S.E. Wax Road
   Maple Valley, WA 98038
   Telephone: (206) 714-5961

nneth W. Legacki, P.C.
G Street, Suite 920
horage, AK 99501
ephone: (907) 258-2422
simile: (907) 278-4848

PLAINTIFF'S RESPONSES TO PROGRESSIVE'S FIRST SET OF DISCOVERY REQUESTS
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 9 of 20

EXHIBIT B
Page 2 of 8

4. Adam Lund
   (Defendant's Witness)
   c/o Guess & Rudd
   510 L Street, Suite 700
   Anchorage, AK  99501
   Telephone: (907) 793-2200

5. Cathie Mauro
   (Ronald Weilbacher's Former Wife and Mother of Heidi Weilbacher)
   c/o Kenneth W. Legacki, Esq.
   425 G Street, Suite 920
   Anchorage, AK  99501
   Telephone: (907) 258-2422

6. Peter Mauro
   (Cathie Mauro's Husband)
   c/o Kenneth W. Legacki, Esq.
   425 G Street, Suite 920
   Anchorage, AK  99501
   Telephone: (907) 258-2422

7. Steven Moe
   (Friend)
   Post Office Box 410
   Ninilchik, AK  99639
   Telephone: (907) 567-7373

8. Mary Beth Rathbun
   (Friend)
   9336 Blackberry Street, Unit 27
   Anchorage, AK  99502
   Telephone: (907) 248-4400

9. Mary Ring
   (Ronald Weilbacher's Mother)
   c/o Kenneth W. Legacki, Esq.
   425 G Street, Suite 920
   Anchorage, AK  99501
   Telephone: (907) 258-2422

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S RESPONSES TO PROGRESSIVE'S FIRST SET OF DISCOVERY REQUESTS
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 10 of 20

EXHIBIT B
Page 3 of 8

10. Jerry Ring
    (Ronald Weilbacher's Step-Father)
    c/o Kenneth W. Legacki, Esq.
    425 G Street, Suite 920
    Anchorage, AK 99501
    Telephone: (907) 258-2422

11. Vicki Santos
    (Ronald Weilbacher's Daughter)
    122 Talbot Avenue
    Santa Rosa, CA 95404
    Telephone: (707) 544-5583

12. Bob Saxton
    (Friend)
    38175 Douglas Drive
    Soldotna, AK 99669
    Telephone: (907) 262-5489

13. Carl Staley
    (Friend)
    119 South River Drive
    Tempe, AZ 85281
    Telephone: (480) 968-5934

14. Ann Stockman, Ph.D.
    (Therapist)
    4050 Lake Otis Parkway, Suite 201
    Anchorage, AK 99508
    Telephone: (907) 562-9619

15. Neil Tieszen
    (Friend)
    6613 Brayton Drive, Suite B
    Anchorage, AK 99507
    Telephone: (907) 677-6345

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S RESPONSES TO PROGRESSIVE'S FIRST SET OF DISCOVERY REQUESTS
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 11 of 20

EXHIBIT B
Page 4 of 8

16. Elisa Vidales
    (Friend)
    Post Office Box 57240
    North Pole, AK   99705
    Telephone:  (907) 378-6052

17. Bob Weilbacher
    (Ronald Weilbacher's Brother)
    1924 - 126th Avenue, Suite E
    Edgewood, WA   98372
    Telephone:  (253) 863-8011

18. Lisa Weilbacher
    (Ronald Weilbacher's Daughter)
    2041 East Zillah Drive
    Zillah, WA   98753
    Telephone:  (509) 854-2820

19. Ronald Weilbacher
    (Plaintiff and Father of Heidi Weilbacher)
    c/o Kenneth W. Legacki, Esq.
    425 G Street, Suite 920
    Anchorage, AK   99501
    Telephone:  (907) 258-2422

20. Charlie Weimer
    (Friend/Business Associate)
    44501 Sterling Highway
    Soldotna, AK
    Telephone:  (907) 260-6000

21. Dirk Whitehead
    (Friend)
    3333 West International Airport Road
    Anchorage, AK
    Telephone:  (907) 243-2233

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S RESPONSES TO PROGRESSIVE'S FIRST SET OF DISCOVERY REQUESTS
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 12 of 20

EXHIBIT  B
Page  5  of  8

22. Danny Withers
    (Defendant's Witness)
    c/o Guess & Rudd
    510 L Street, Suite 700
    Anchorage, AK 99501
    Telephone: (907) 793-2200

23. Dan Woodruff
    (Employee of Progressive)
    c/o Guess & Rudd
    510 L Street, Suite 700
    Anchorage, AK 99501
    Telephone: (907) 793-2200

24. Representatives of
    Progressive Northwestern Insurance Company
    The Progressive Corporation
    c/o Gary A. Zipkin, Esq.
    Guess & Rudd, P.C.
    510 L Street, Suite 700
    Anchorage, AK 99501
    Telephone: (907) 793-2200

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1**: Please produce any and all documents, items, reports, etcetera prepared by any expert or consultant retained by you with respect to this action or any actions or proceedings in any way related to Heidi's death, specifically including any and all notes or summaries prepared by any such expert witness or consultant and any and all correspondence sent to, or received from any such expert witness or consultant. Please note your continuing obligation under Rule 26(e) to supplement these responses.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1**: An expert

neth W. Legacki, P.C.
G Street, Suite 920
horage, AK 99501
phone: (907) 258-2422
imile: (907) 278-4848

PLAINTIFF'S RESPONSES TO PROGRESSIVE'S FIRST SET OF DISCOVERY REQUESTS
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 13 of 20

EXHIBIT B
Page 6 of 6

I HEREBY CERTIFY that on the 26th day of May, 2006, a copy of the foregoing document was mailed to the offices of:

Gary A. Zipkin, Esq.  (without documents attached)
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK   99501

Aisha Tinker Bray  (with documents attached)
Attorney at Law
Guess & Rudd
100 Cushman Street, Suite 500
Fairbanks, AK   99701



nneth W. Legacki, P.C.
G Street, Suite 920
chorage, AK  99501
ephone: (907) 258-2422
simile: (907) 278-4848

PLAINTIFF'S RESPONSES TO PROGRESSIVE'S FIRST SET OF DISCOVERY REQUESTS
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 20 of 20

EXHIBIT B
Page 7 of 8

## VERIFICATION

STATE OF ALASKA           )
                          ) ss
THIRD JUDICIAL DISTRICT   )

        I, RONALD WEILBACHER, being first duly sworn, depose and state as follows:

        I am the person above-named; I have read the foregoing interrogatory answers and understand the contents thereof; I have executed the same freely and voluntarily for the purposes set forth therein; and I believe the statements to be true and correct to the best of my knowledge and belief.

DATED this __24__ day of __July__, 2006

_____
RONALD WEILBACHER

SUBSCRIBED and SWORN TO before me, a notary public, this __24th__ day of __July__, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: _____

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S RESPONSES TO PROGRESSIVE'S FIRST SET OF DISCOVERY REQUESTS
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 20 of 20

EXHIBIT __B__
Page __8__ of __8__