If you look at the checks, Mr. Weilbacher received $26,506.92 from Allstate under the third-party claim (Document No. RW-10002), and then he received $33,333.33 from the underinsured motorist claim against Allstate. That is all the money that Mr. Weilbacher received for his private right of action. From looking at the checks, one can readily add up the figures to determine the amount of money Mr. Weilbacher received. Mr. Weilbacher had no control over how the checks were written. None of the checks state that they were to compensate Mr. Weilbacher for his direct claim.

**INTERROGATORY NO. 11**: For each non-expert witness you intend to call at trial, please state the following:

A. The name, current or last known address of the non-expert witness, and current or last known telephone number of the non-expert witness;

B. Your relationship, if any, to the witness;

C. The length of time you have known the witness and where you became acquainted; and

D. A summary of the facts upon which the witness relies for his or her testimony.

**SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 11**: Objection; calls for attorney-client and work product privileged information.

The listed individuals will testify concerning the depth of the sorrow,

Kenneth W. Legacki, P.C.
G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S SUPPLEMENTAL RESPONSES TO PROGRESSIVE'S FIRST SET OF DISCOVERY REQUESTS
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 11 of 14

EXHIBIT C
Page 1 of 3

anguish and hurt that Mr. Weilbacher suffered because of the loss of his daughter and how he is a changed man since his daughter died. He has known each of these individuals for well over 15 years.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 7**: Please produce all documents used or necessary to calculate the amount of damages you seek in each category of damages you see. See Rule 26 Initial Disclosures ¶ (C).

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 7**: See Answers to Interrogatory No. 7.

DATED this 16th day of August, 2006, at Anchorage, Alaska.

KENNETH W. LEGACKI, P.C.
Attorney for Plaintiff

By _____
Kenneth W. Legacki
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK 99501
Phone: (907) 258-2422
Fax: (907) 278-4848
E-mail: legacki@gci.net

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S SUPPLEMENTAL RESPONSES TO PROGRESSIVE'S FIRST SET OF DISCOVERY REQUESTS
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 12 of 14

EXHIBIT C
Page 2 of 3

# VERIFICATION

STATE OF ALASKA           )
                          ) ss
THIRD JUDICIAL DISTRICT   )

I, RONALD WEILBACHER, being first duly sworn, depose and state as follows:

I am the person above-named; I have read the foregoing interrogatory answers and understand the contents thereof; I have executed the same freely and voluntarily for the purposes set forth therein; and I believe the statements to be true and correct to the best of my knowledge and belief.

DATED this _21_ day of _aug_, 2006

_____
RONALD WEILBACHER

SUBSCRIBED and SWORN TO before me, a notary public, this _21_ day of _aug_, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 7/18/05

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S SUPPLEMENTAL RESPONSES TO PROGRESSIVE'S FIRST SET OF DISCOVERY REQUESTS
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 13 of 14

EXHIBIT  C
Page  3  of  3