5200.120

# KENNETH W. LEGACKI, P. C.
## ATTORNEY AT LAW

425 "G" STREET, SUITE 920
ANCHORAGE, ALASKA 99501

TELEPHONE: (907) 258-2422
FACSIMILE: (907) 278-4848
E-MAIL: legacki@gci.net

June 27, 2006

**RECEIVED**
JUL 0 3 2006
GUESS & RUDD

**VIA FACSIMILE**

Ms. Aisha Tinker Bray
Attorney at Law
Guess & Rudd, P.C.
100 Cushman Street, Suite 500
Fairbanks, AK  99701-4659

RE:   Weilbacher vs. Progressive
      Claim No.         : 017489548
      Your File No.     : 5200.120

Dear Aisha:

With respect to Ronald Weilbacher's deposition, July is not a good month for him since the accident occurred on July 9, 2001, and his daughter's birthday is July 31. Mr. Weilbacher is not available for a deposition in July. He is available in August.

I am still working on a response to your May 31, 2006 letter.

Sincerely,

KENNETH W. LEGACKI, P.C.

Kenneth W. Legacki

KWL/ksh
cc:   Gary Zipkin, Esq.

EXHIBIT E
Page 1 of 12

5200.120

GARY A. ZIPKIN
LOUIS R. VEERMAN
JAMES D. LINXWILER
JAMES D. DEWITT
JOSEPH J. PERKINS, JR.
GEORGE R. LYLE
MICHAEL S. MCLAUGHLIN
SUSAN M. WEST
JOAN E. ROHLF
MICHAEL K. NAVE
JONATHAN A. WOODMAN
AISHA TINKER BRAY
NELLEENE A. BOOTHBY
MATTHEW COOPER
CHRISTINA RANKIN
PAMELA D. WEISS
JOSEPH BRIAN GROSS
MOLLY C. BROWN

LAW OFFICES OF
**Guess & Rudd**
P.C.

100 CUSHMAN STREET, SUITE 500
FAIRBANKS, ALASKA 99701-4659
TELEPHONE (907) 452-8986
FACSIMILE (907) 452-7015

W. EUGENE GUESS 1932-1975
JOSEPH RUDD 1933-1978
FRANCIS E. SMITH, JR. 1941-1991

OFFICES IN
ANCHORAGE & FAIRBANKS

OF COUNSEL
MARGARET S. JONES
GREGORY G. SILVEY

June 29, 2006

*VIA FACSIMILE 1-907-278-4848 & U.S. MAIL*

Kenneth W. Legacki, Esq.
425 G Street, Suite 920
Anchorage, Alaska 99501

Dear Ken:

This letter is in response to your June 27, 2006 letter regarding Mr. Weilbacher's deposition. While we sympathize with Mr. Weilbacher may not want his deposition in this matter taken in July, Mr. Weilbacher's unavailability for the entire month of July is unacceptable and unrealistic.

On June 1st, we asked to schedule Mr. Weilbacher's deposition for July 14th to coincide with the depositions for Mr. Withers and Mr. Lund. From your letter, it seems that July 14th is not a date of significance for Mr. Weilbacher. If Mr. Weilbacher has a reasonable cause why he cannot be available for his deposition sometime July 12-14, 2006, please let me know immediately. Otherwise, we will notice out Mr. Weilbacher's deposition to coincide with the other depositions in this matter.

I am working on a response to your June 23, 2006 letter regarding discovery and will get it to you as soon as possible.

Sincerely,
GUESS & RUDD P.C.

Aisha Tinker Bray

ATB/nmm

cc: Jay Wesolowski

EXHIBIT  E
Page  2  of  12

5200.120

# KENNETH W. LEGACKI, P. C.
## ATTORNEY AT LAW

425 "G" STREET, SUITE 920
ANCHORAGE, ALASKA 99501

TELEPHONE: (907) 258-2422
FACSIMILE: (907) 278-4848
E-MAIL: legacki@gci.net

June 30, 2006

**RECEIVED**

JUL 0 3 2006

**GUESS & RUDD**

<u>VIA FACSIMILE</u>

Ms. Aisha Tinker Bray
Attorney at Law
Guess & Rudd, P.C.
100 Cushman Street, Suite 500
Fairbanks, AK  99701-4659

      RE:   Weilbacher vs. Progressive
              Claim No.        : 017489548
              Your File No.    : 5200.120

Dear Aisha:

    Needless to say, I am extremely disappointed that you will not extend to me the same courtesies and considerations that I extended you regarding the scheduling of the witnesses' depositions. When you mentioned that your witnesses were not available because of other commitments, I acquiesced and agreed to postpone the depositions until it was convenient for everyone.

    As you well know, July is the busiest month for Mr. Weilbacher, who owns a fishing resort on the Kenai River. His resort is full, he is booked every day and almost all of his clients are from outside the state. Mr. Weilbacher's work schedule does not allow him to take off during the month of July.

    In the past, you have requested that I accommodate not only your schedule, but also the schedules of your witnesses, and I acquiesced. I would expect the same courtesies and considerations from you. Mr. Weilbacher will make himself available in August for his deposition.

EXHIBIT __E__
Page __3__ of __12__

Ms. Aisha Tinker Bray
June 30, 2006
Page 2


Rest assured that if you notice his deposition in July, I will seek a protective order. It will be a big hardship on Mr. Weilbacher to leave his place of business in July for a deposition.

If you want to cooperate and try to schedule something in August, we can do so. However, Mr. Weilbacher will not be showing up in July because he has business commitments and is unavailable.

Sincerely,

KENNETH W. LEGACKI, P.C.

Kenneth W. Legacki

KWL/ksh
cc:   Gary Zipkin, Esq.

EXHIBIT  E
Page  4  of  12

GARY A. ZIPKIN
LOUIS R. VEERMAN
JAMES D. LINXWILER
JAMES D. DEWITT
JOSEPH J. PERKINS, JR.
GEORGE R. LYLE
MICHAEL S. MCLAUGHLIN
SUSAN M. WEST
JOAN E. ROHLF
MICHAEL K. NAVE
JONATHAN A. WOODMAN
AISHA TINKER BRAY
NELLEENE A. BOOTHBY
MATTHEW COOPER
CHRISTINA RANKIN
PAMELA D. WEISS
JOSEPH BRIAN GROSS
MOLLY C. BROWN

LAW OFFICES OF
**Guess & Rudd**
P.C.

100 CUSHMAN STREET, SUITE 500
FAIRBANKS, ALASKA 99701-4659
TELEPHONE (907) 452-8986
FACSIMILE (907) 452-7015

W. EUGENE GUESS 1932-1975
JOSEPH RUDD 1933-1978
FRANCIS E. SMITH, JR. 1941-1991

OFFICES IN
ANCHORAGE & FAIRBANKS

OF COUNSEL
MARGARET S. JONES
GREGORY G. SILVEY

June 30, 2006

*VIA FACSIMILE 1-907-278-4848 & U.S. MAIL*

Kenneth W. Legacki, Esq.
425 G Street, Suite 920
Anchorage, Alaska 99501

Dear Ken:

This letter is in response to your June 30, 2006 letter regarding Mr. Weilbacher's deposition.

Your June 27, 2006 letter stated only that July was "not a good month" for Mr. Weilbacher as the justification for putting off his deposition until August. Now, in a condescending retort, you finally provide that the "real reason" Mr. Weilbacher is unavailable for the entire month of July is the operation of his fishing resort on the Kenai River. Something you never bothered to mention before, and something that actually, reasonably relates to scheduling issues.

Your letter suggests that Mr. Weilbacher is not coming to Anchorage for the depositions of Mr. Withers and Mr. Lund. Although it seems odd that he would not participate in the discovery he believes is so vital to his case, please confirm that he will not be present. Otherwise, we can schedule his deposition for the afternoon of one of those days.

Again, you insist that Mr. Weilbacher is unavailable for the entire month. Does Mr. Weilbacher run the entire resort by himself? He does not have anyone to assist him for even one afternoon or morning? Contrary to your suggestions, I know nothing about Mr. Weilbacher's business or his work schedule.

I proposed to take Mr. Weilbacher's deposition in conjunction with the other depositions in this matter to lessen the inconvenience to the parties. Progressive is amendable to taking his deposition either afternoon of July 12th or July 13th or anytime on July 14th. It is illogical that Mr. Weilbacher will suffer great hardship by having to come to Anchorage for one day or one afternoon for his deposition.

EXHIBIT  E
Page  5  of  12

Notably, in this case you have repeatedly accused Progressive of delaying and obstructing discovery. Yet, you have sought and obtained numerous extensions due to your personal schedule. In fact, nothing could be accomplished in the month of June due entirely to your schedule. Now, when Progressive tries to move this case forward and complete discovery within the pretrial deadlines, you refuse to cooperate. Instead, you insist that Mr. Weilbacher cannot be troubled with his deposition for the entire month of July. It is either "not a good month" or he is "too busy."

It is hard to believe that Mr. Weilbacher is unavailable every day in July. However, if that is truly the case, please provide the reason for his unavailability for every day, specifically including July 12-14. Otherwise, Progressive will set his deposition in conjunction with the depositions already scheduled.

> Sincerely,
> GUESS & RUDD P.C.
>
> Aisha Tinker Bray

ATB/nmm

cc: Jay Wesolowski, Esq.

EXHIBIT E
Page 6 of 12

# KENNETH W. LEGACKI, P. C.
## ATTORNEY AT LAW

425 "G" STREET, SUITE 920
ANCHORAGE, ALASKA 99501

RECEIVED
JUL 0 5 2006
GUESS & RUDD

TELEPHONE: (907) 258-2422
FACSIMILE: (907) 278-4848
E-MAIL: legacki@gci.net

July 3, 2006

**VIA FACSIMILE**

Ms. Aisha Tinker Bray
Attorney at Law
Guess & Rudd, P.C.
100 Cushman Street, Suite 500
Fairbanks, AK 99701-4659

   RE: Weilbacher vs. Progressive
      Claim No.  : 017489548
      Your File No. : 5200.120

Dear Aisha:

  In response to your June 30 letter concerning the deposition of Ronald Weilbacher, Mr. Weilbacher works from 5:30 a.m. to 10:00 p.m. seven days a week during June, July and August, either guiding, attending to his guests' needs, or managing the resort. July is an especially busy month due to the second run of King salmon on the Kenai River and Mr. Weilbacher is completely booked. Mr. Weilbacher will be available for a deposition in mid-August and he will not be attending the depositions of Danny Withers and Adam Lund in July.

        Sincerely,

        KENNETH W. LEGACKI, P.C.

        *Ken Legacki / ksh*
        Kenneth W. Legacki

KWL/ksh
cc: Gary Zipkin, Esq.

EXHIBIT **E**
Page **7** of **12**

5200.120

GARY A. ZIPKIN
LOUIS R. VEERMAN
JAMES D. LINXWILER
JAMES D. DEWITT
JOSEPH J. PERKINS, JR.
GEORGE R. LYLE
MICHAEL S. MCLAUGHLIN
SUSAN M. WEST
JOAN E. ROHLF
MICHAEL K. NAVE
JONATHAN A. WOODMAN
AISHA TINKER BRAY
NELLEENE A. BOOTHBY
MATTHEW COOPER
CHRISTINA RANKIN
PAMELA D. WEISS
JOSEPH BRIAN GROSS
MOLLY C. BROWN

LAW OFFICES OF
**Guess & Rudd**
P.C.

100 CUSHMAN STREET, SUITE 500
FAIRBANKS, ALASKA 99701-4659
TELEPHONE (907) 452-8986
FACSIMILE (907) 452-7015

W. EUGENE GUESS 1932-1975
JOSEPH RUDD 1933-1978
FRANCIS E. SMITH, JR. 1941-1991

OFFICES IN
ANCHORAGE & FAIRBANKS

OF COUNSEL
MARGARET S. JONES
GREGORY G. SILVEY

July 5, 2006

*VIA FACSIMILE 1-907-278-4848 & U.S. MAIL*

Kenneth W. Legacki, Esq.
425 G Street, Suite 920
Anchorage, Alaska 99501

  Re: Weilbacher v. Progressive
  File No.: 5200.120

Dear Ken:

  Based on your recent correspondence, Progressive understands that you will likely file a motion to prevent Mr. Weilbacher's deposition in July. Before doing so, however, I ask that you review the history of correspondence regarding Mr. Weilbacher's deposition and the present deadlines in this matter. Progressive has been trying to set Mr. Weilbacher's deposition since March/April and has no choice but to take Mr. Weilbacher's in July.

  Progressive initially requested Mr. Weilbacher's availability for his deposition on March 31, 2006. The request was ignored. On June 1, 2006, Progressive then suggested setting Mr. Weilbacher's deposition on July 14th in conjunction with Mr. Withers' and Mr. Lund's depositions. Again, Progressive was ignored. Your personal circumstances then made June depositions and communication impossible. At the end of June when Progressive again inquired about Mr. Weilbacher's deposition in July, you for the first time stated that Mr. Weilbacher is simply too busy to bother with his deposition during June, July, or August.

  It appears that Mr. Weilbacher does not take this litigation seriously. He should. Mr. Weilbacher should take this litigation at least as seriously as he does his business. It is completely unreasonable that Mr. Weilbacher cannot find someone to cover for him for one day — or even part of one day — so that his deposition may be taken in a timely manner.

EXHIBIT E
Page 8 of 12

    However, Progressive has no choice but to set Mr. Weilbacher's deposition in July. Pursuant to the court's October 31, 2005, Scheduling and Planning Order, discovery closes July 28, 2006. Progressive must take Mr. Weilbacher's deposition before the close of discovery. As such, enclosed is a Notice of Taking Deposition of Ronald V. Weilbacher.

    Alternatively, to accommodate Mr. Weilbacher's alleged work schedule, Progressive will agree to take Mr. Weilbacher's deposition outside the close of discovery in mid-August if, and only if, you/Mr. Weilbacher stipulate and agree that the <u>only</u> discovery that will be conducted after the close of discovery on July 28, 2006 will be Mr. Weilbacher's deposition <u>and</u> you/Mr. Weilbacher will not seek an extension of the current close of discovery for any reason. If you/Mr. Weilbacher agree, please provide the dates in mid-August when Mr. Weilbacher is available and I will re-notice his deposition accordingly.

    Please let me know Mr. Weilbacher's position as soon as possible.

                              Sincerely,
                              GUESS & RUDD P.C.

                              Aisha Tinker Bray

ATB/nmm

cc: Jay Wesolowski, Esq. (Claim No. 017489548)

Enclosure: Notice of Taking Deposition of Ronald V. Weilbacher

EXHIBIT E
Page 9 of 12

# KENNETH W. LEGACKI, P. C.
## ATTORNEY AT LAW

425 "G" STREET, SUITE 920  
ANCHORAGE, ALASKA 99501

TELEPHONE: (907) 258-2422  
FACSIMILE: (907) 278-4848  
E-MAIL: legacki@gci.net

July 7, 2006

**VIA FACSIMILE**

RECEIVED  
JUL 10 2006  
GUESS & RUDD

Ms. Aisha Tinker Bray  
Attorney at Law  
Guess & Rudd, P.C.  
100 Cushman Street, Suite 500  
Fairbanks, AK 99701-4659

      RE:    Weilbacher vs. Progressive  
              Claim No.      : 017489548  
              Your File No.  : 5200.120

Dear Ms. Bray:

    Mr. Legacki is out of the office at the present time, but he asked me to let you know, in response to your July 5 letter, that Ronald Weilbacher would like you to reschedule his deposition for August 21, 2006.

                                         Sincerely,

                                         Karen Hayes  
                                         Assistant to Kenneth W. Legacki

cc:    Gary Zipkin, Esq.

EXHIBIT E  
Page 10 of 12

GARY A. ZIPKIN
LOUIS R. VEERMAN
JAMES D. LINXWILER
JAMES D. DEWITT
JOSEPH J. PERKINS, JR.
GEORGE R. LYLE
MICHAEL S. MCLAUGHLIN
SUSAN M. WEST
JOAN E. ROHLF
MICHAEL K. NAVE
JONATHAN A. WOODMAN
AISHA TINKER BRAY
NELLEENE A. BOOTHBY
MATTHEW COOPER
CHRISTINA RANKIN
PAMELA D. WEISS
JOSEPH BRIAN GROSS
MOLLY C. BROWN

**LAW OFFICES OF**
# Guess & Rudd P.C.

100 CUSHMAN STREET, SUITE 500
FAIRBANKS, ALASKA 99701-4659
TELEPHONE (907) 452-8986
FACSIMILE (907) 452-7015

W. EUGENE GUESS 1932-1975
JOSEPH RUDD 1933-1978
FRANCIS E. SMITH, JR. 1941-1991

OFFICES IN
ANCHORAGE & FAIRBANKS

OF COUNSEL
MARGARET S. JONES
GREGORY G. SILVEY

July 7, 2006

*VIA FACSIMILE 1-907-278-4848 & U.S. MAIL*

Kenneth W. Legacki, Esq.
425 G Street, Suite 920
Anchorage, Alaska 99501

     Re: Weilbacher v. Progressive
     File No.: 5200.120

Dear Ken:

    Based on my letter of July 5, 2006 and Ms. Hayes' letter in response of July 7, 2005 on your behalf, I will re-notice Mr. Weilbacher's deposition for August 21, 2006 at 9:00 a.m.

    I am assuming based on Ms. Hayes' letter, providing only a new date for Mr. Weilbacher's deposition, that you and Mr. Weilbacher fully agree to the terms outlined in my July 5, 2006 letter. Specifically, you agree that the only discovery that will be conducted after the close of discovery on July 28, 2006 is Mr. Weilbacher's deposition on August 21, 2006 and you/Mr. Weilbacher will not seek an extension of the current close of discovery deadline for any reason.

    **If my assumption is incorrect, please notify me immediately.**

                        Sincerely,
                        GUESS & RUDD P.C.

                        Aisha Tinker Bray

ATB/nmm

cc: Jay Wesolowski, Esq. (Claim No. 017489548)

EXHIBIT E
Page 11 of 12

# KENNETH W. LEGACKI, P. C.
## ATTORNEY AT LAW

425 "G" STREET, SUITE 920  
ANCHORAGE, ALASKA 99501

TELEPHONE: (907) 258-2422  
FACSIMILE: (907) 278-4848  
E-MAIL: legacki@gci.net

July 11, 2006

**VIA FACSIMILE**

Ms. Aisha Tinker Bray  
Attorney at Law  
Guess & Rudd, P.C.  
100 Cushman Street, Suite 500  
Fairbanks, AK  99701-4659

RECEIVED  
JUL 1 4 2006  
GUESS & RUDD

    RE:    Weilbacher vs. Progressive  
            Claim No.         : 017489548  
            Your File No.    : 5200.120

Dear Aisha:

    In response to your July 7, 2006 letter, I would like to clarify one point. Your assumption that I would not request an extension of discovery is in error. As you know, Progressive has withheld discovery from me and I intend to file a motion to compel. I am also seeking to vacate the pretrial dates because of the delay in Progressive producing discovery.

    As I stated to you before, July is Mr. Weilbacher's busiest month at work and he is not available in July, without undue hardship, since he is the sole proprietor of the business. There is no one else to take over for him while he is gone. Rest assure, I will not agree to any other terms in exchange for you agreeing to change the date of Ronald Weilbacher's deposition.

                               Sincerely,

                               KENNETH W. LEGACKI, P.C.

                               Kenneth W. Legacki

KWL/ksh  
cc:    Gary Zipkin, Esq.

EXHIBIT _E_  
Page _12_ of _12_