Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PROGRESSIVE NORTHWESTERN ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| _____) | 3:05-cv-204-TMB |

PROGRESSIVE'S **ALTERNATE** MOTION
FOR PARTIAL SUMMARY JUDGMENT RE BAD FAITH

Pursuant to Federal Rule of Civil Procedure 56(c), Progressive Northwestern Insurance Company ("Progressive"), by and through its attorneys, Guess & Rudd P.C., moves, in the alternative and in addition to its pending motion, for partial summary judgment on plaintiff's bad faith claim, including plaintiff's prayer for punitive damages, against it based on plaintiff's total lack of compensatory damages as a result of his alleged claim, and for the reasons set forth in the memorandum in support of this motion of even date filed herewith.

DATED at Fairbanks, Alaska, this 28th day of August, 2006.

>GUESS & RUDD P.C.
>Attorneys for Progressive
>Northwestern Insurance Company
>
>By:      s/Aisha Tinker Bray
>Guess & Rudd P.C.
>100 Cushman Street, Suite 500
>Fairbanks, Alaska 99701
>Phone: 907-452-8986
>Fax:   907-452-7015
>Email: atbray@guessrudd.com
>Alaska Bar No. 9505028

CERTIFICATE OF SERVICE
I hereby certify that on the
28th day of August, 2006, a copy
of the foregoing document was served
electronically on:

Kenneth W. Legacki, Esq.

A Chambers Copy was also mailed
to the court pursuant to D.AK.LR 10.1(b).

Guess & Rudd P.C.

By:    /s/Aisha Tinker Bray

Case No. 3:05-cv-204-TMB  Weilbacher v. Progressive Northwestern Ins. Co.
Progressive's **Alternate** Motion for Partial Summary Judgment Re Bad Faith
Page 2 of 2