Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PROGRESSIVE NORTHWESTERN ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | 3:05-cv-204-TMB |

**PROPOSED**
ORDER GRANTING PROGRESSIVE'S
ALTERNATE MOTION FOR PARTIAL SUMMARY JUDGMENT RE BAD FAITH

Progressive Northwestern Insurance Company ("Progressive") having moved in the alternative for partial summary judgment on plaintiff's insurance bad faith claim against it, and the court being duly advised in the premises,

IT IS HEREBY ORDERED that Progressive's Alternate Motion for Partial Summary Judgment Re Bad Faith is GRANTED. As a matter of law, plaintiff cannot maintain a claim for insurance

bad faith when he has no compensatory damages as a result of that alleged claim.  Therefore, plaintiff's insurance bad faith claim, including plaintiff's prayer for punitive damages, against Progressive in this action is DISMISSED in its entirety with prejudice.  Additionally, plaintiff's prayer for punitive damages is also independently DISMISSED because, as a matter of law, Progressive's conduct in this case does not rise to the level of outrageousness and maliciousness necessary to support an award of punitive damages.

DATED at Anchorage, Alaska, this _____ day of _____, 2006.

_____
Honorable Timothy M. Burgess
United States District Court Judge

CERTIFICATE OF SERVICE
I hereby certify that on the
28th day of August, 2006, a copy
of the foregoing document was served
electronically on:

Kenneth W. Legacki, Esq.

A Chambers Copy was also mailed
to the court pursuant to D.AK.LR 10.1(b).

Guess & Rudd P.C.

By:   /s/Aisha Tinker Bray

Case No. 3:05-cv-204-JWS   Weilbacher v. Progressive Northwestern Ins. Co.
**PROPOSED** Order Granting Progressive's Alternate Motion for Partial Summary
Judgment Re Bad Faith
Page 2 of 2