### F. INSURANCE AGREEMENTS

Defendant Progressive Northwestern is the originator of the insurance agreement and is in possession of the insurance agreement that was issued to Mr. Weilbacher.

### G. CATEGORIES OF DAMAGES CLAIMED

Mr. Weilbacher claims damages for loss of consortium, emotional distress, and general compensation because of the loss of his daughter, and he also requests punitive damages for the failure to pay under the insurance policy.

DATED at Anchorage, Alaska, this 2nd day of December, 2005.

KENNETH W. LEGACKI, P.C.
Attorney for Plaintiff

By _____
Kenneth W. Legacki
ABA No. 8310132

I HEREBY CERTIFY THAT on the 2nd
day of December, 2005, a copy of the
foregoing document was mailed to the
offices of:

Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK 99501

_____

PLAINTIFF'S INITIAL DISCOVERY DISCLOSURES
Weilbacher v. Progressive - Case No. A05-0204-CV (JWS)
Page 7 of 7

EXHIBIT  A
Page  1  of  1

KENNETH W.LEGACKI, P.C.
ATTORNEYS AT LAW
425 "G" STREET
SUITE 820
ANCHORAGE, AK 99501

TOTAL P.13