# KENNETH W. LEGACKI, P. C.

### ATTORNEY AT LAW

425 "G" STREET, SUITE 920
ANCHORAGE, ALASKA 99501

TELEPHONE: (907) 258-2422
FACSIMILE: (907) 278-4848
E-MAIL: legacki@gci.net

March 8, 2005

**VIA FACSIMILE**

Mr. Danny C. Withers
Senior Claims Specialist
Progressive Companies
4400 Business Park Blvd., Suite 22
Anchorage, AK   99503-7118

|       | RE: | Insured    | : | Ron V. Weilbacher |
|-------|-----|------------|---|--------------------|
|       |     | Claim No.  | : | 017489548 |
|       |     | Policy No. | : | AU 65824951-0 |
|       |     | Loss Date  | : | July 9, 2001 |
|       |     | Claimant   | : | Estate of Heidi Weilbacher |

Dear Danny:

On October 4, 2004, I sent you a letter advising you of the new Alaska Supreme Court decision in Allstate Ins. Co. v. Teel, Opinion No. 5832 (Oct. 1, 2004).  On October 29, 2004, you responded and advised me that you had received my letter and a copy of the Allstate case, which I had enclosed with my letter.  You further stated that you were working with coverage counsel regarding my inquiry concerning whether Heidi Weilbacher's parents have a viable claim according to the holding of the Allstate v. Teel decision.

It has been some time since I heard from you and I would appreciate a response from you **within ten days** as to whether you are going to honor Ron Weilbacher's claim for compensation due to the death of his daughter.

For your information, Liberty Mutual has agreed with my analysis of the Allstate case and are allowing the mother to recover under the underinsured motorist provision of the policy.

Sincerely,

KENNETH W. LEGACKI, P.C.

/Kenneth W. Legacki

RW - 100288

EXHIBIT ____D____
Page __1__ of __5__

KWL/ksh


# Liberty Mutual.

November 18, 2003

R E C E I V E D

NOV 2 1 2003

Kenneth W. Legacki, P. C.

**Liberty Mutual Group**

20450 N.W. Amberwood Drive, Suite 130
P.O. Box 1859
Hillsboro OR, 97123-1859
Telephone: (503) 615-3520
(800) 208-3045
Fax: (503) 466-0441

Kenneth Legacki
Attorney at Law
425 "G" Street, Suite 920
Anchorage Alaska 99501

RE:  Cathie Mauro
Claim No.:  LA 684-1988582-03
Date of Loss:  July 9, 2001

Dear Mr. Lagacki:

We have received your request that we afford Underinsured Motorist coverage for the claim of loss of society being asserted by Cathie Mauro in the above-captioned matter.  Based on our review of the LibertyGuard Auto Policy held by Cathie Mauro, we have determined that there is no potential of coverage for Ms. Mauro's claim.  Our reasoning is set forth below.

As you know, Liberty Mutual has already paid the $100,000 per person limit stated in the Uninsured Motorists endorsement contained in Ms. Mauro's policy in relation to the injuries sustained by Heidi Weilbacher.

We call your attention to "Split Uninsured/Underinsured Motorists Limits-Alaska" endorsement (PP 04 94 04 86) endorsement contained in the policy.  It provides, in pertinent part:

> The first paragraph of the Limit of Liability Provision in the Split Uninsured/Underinsured Motorists Coverage-Alaska endorsement is replaced by the following:

> **LIMIT OF LIABILITY**

> The limit of Bodily Injury Liability shown in the Schedule or in the Declarations for each person for Uninsured/Underinsured Motorists Coverage is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in any one accident.  Subject to this limit for each person, the Limit of Bodily Injury Liability shown in the schedule or in the Declarations for each accident for Uninsured/Underinsured Motorists Coverage is our maximum limit of liability for all damages for "bodily injury" resulting from any one accident. . . .

RW - 100261

EXHIBIT _____
Page __2__ of __5__



**Liberty Mutual Group**

20450 N.W. Amberwood Drive, Suite130
P.O. Box 1859
Hillsboro OR, 97123 1859
Telephone. (503) 645.3520
(800) 208-3045
Fax: (503) 466 6447

Under this endorsement, the policy specifically provides that the "each person" limit applies to liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in any one accident. Pursuant to this language, the totals available limits in this matter are $100,000 and includes Heidi Weilbacher's parents' loss of society claims. Because Liberty Mutual has already paid $100,000 in this matter, there is no coverage for the loss of society claim being advanced by Ms. Mauro.

While we have attempted to address all of the coverage considerations related to this claim, Liberty Mutual reserves all rights under applicable law and the policy. This letter should in no way be construed as a waiver or estoppel of any of the possible coverage defenses afforded by the policy or applicable law.

Please continue to forward to us any suits or claims you receive relating to this matter, as well as any other information you believe may affect our position.

Sincerely


Mark R. Northcutt
Claims Specialist
800-208-3045 x216


RW - 100262

EXHIBIT _D_
Page _3_ of _5_

Helping People Live Safer, More Secure Lives.



**Liberty Mutual Group**

20450 N.W. Amberwood Drive, Suite 130
P.O. Box 1889
Hillsboro OR, 97123-1889
Telephone: (503) 615-3520
(800) 208-3045
Fax: (503) 466-6117

November 18, 2003

R E C E I V E D

NOV 2 4 2003

Kenneth W. Legacki, P. C.

Kenneth W. Legacki
425 "G" Street, Suite 920
Anchorage, Alaska 99501

RE: Ronald Weilbacher
Claim No.: LA 684-1988582-04
Date of Loss: July 9, 2001

Mr. Legacki:

We have received and reviewed your claim for benefits for Ronald Weilbacher in accordance with
Peter and Cathie Mauro's LibertyGuard Auto Policy. We have determined that there is no
potential coverage for Mr. Weilbacher according to the following policy terms:

UNINSURED MOTORISTS COVERAGE

 A. We will pay compensatory damages which an "insured" is legally entitled to recovery
 from the owner or operator of an "uninsured motor vehicle" because of the "bodily injury":

  1. Sustained by an "insured" and
  2. Caused by an accident.

The owner's or operator's liability for these damages must arise out of the ownership,
maintenance or use of the "uninsured motor vehicle."

Any judgment for damages arising out of a suit brought without our written consent is not
binding on us.

 B. "Insured" as used in this Part means:

  1. You or any "family member."
  2. Any, other person "occupying" "your covered auto."
  3. Any person for damages that person is entitled to recover because of "bodily
   injury" to which this coverage applies sustained by a person described in 1. or 2.
   above

EXHIBIT _____*D*_____  RW - 100263
Page _____*4*____ of _*5*_

In addition to the above,  "Split Uninsured/Underinsured Motorists Limits-Alaska" endorsement (PP 04 94 04 86) endorsement contained in the policy provides:

> The first paragraph of the Limit of Liability Provision in the Split Uninsured/Underinsured Motorists Coverage-Alaska endorsement is replaced by the following:

**LIMIT OF LIABILITY**

> The limit of Bodily Injury Liability shown in the Schedule or in the Declarations for each person for Uninsured/Underinsured Motorists Coverage is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in any one accident.  Subject to this limit for each person, the Limit of Bodily Injury Liability shown in the schedule or in the Declarations for each accident for Uninsured/Underinsured Motorists Coverage is our maximum limit of liability for all damages for "bodily injury" resulting from any one accident. . .

According to the definition of insureds, insureds are those named or shown in the policy Declarations or Family members which are persons related to you by blood, marriage or adoption who are a resident of your household.  Since Mr. Weilbacher is neither named in the policy Declaration or a member of the household, there is no potential coverage for his claim through the LibertyGuard Auto Policy of Peter and Cathie Mauro.

> DEFINITIONS
>
> A.  Throughout this policy, "you" and "your" refer to:
>
>> 1.  The "named insured" shown in the Declarations; and
>> 2.  The spouse if a resident of the same household.
>
> A.  "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household.  This includes a ward or foster child.

If you have any information that would effect the above decision, please let me know as soon as possible.

While we have attempted to address all of the coverage considerations related to this claim, Liberty Mutual Fire Insurance Company reserves all rights under applicable law and the policy. This letter should in no way be construed as a waiver or estoppel of any of the possible coverage defenses afforded by the policy or applicable law.

Please continue to forward to us any suits or claims relating to this matter, as well as any other information you believe may affect our position.

Sincerely,

Mark R. Northcutt
Claims Specialist
Liberty Mutual Fire Insurance Company

800-208-3045 x216

EXHIBIT____O____

Page__5__ of__5__

RW - 100264