Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, )<br>)<br>      Plaintiff, )<br>)<br>  v. )<br>)<br>PROGRESSIVE NORTHWESTERN )<br>INSURANCE COMPANY, )<br>)<br>      Defendant. )<br>_____) | 3:05-cv-204-TMB |

PROGRESSIVE'S **ALTERNATE** MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(c), Progressive Northwestern Insurance Company ("Progressive"), by and through its attorneys, Guess & Rudd P.C., moves, in the alternative and in addition to its pending motions, for summary judgment on all of plaintiff's claims against it because the policy is void *ab initio* under AS 21.42.110 based on plaintiff's misrepresentations, omissions, and incorrect statements on his application, and for the reasons set forth in the memorandum in support of this motion of even date filed herewith.

DATED at Fairbanks, Alaska, this 28th day of August, 2006.

         GUESS & RUDD P.C.
         Attorneys for Progressive
         Northwestern Insurance Company

     By:   s/Aisha Tinker Bray
         Guess & Rudd P.C.
         100 Cushman Street, Suite 500
         Fairbanks, Alaska 99701
         Phone: 907-452-8986
         Fax: 907-452-7015
         Email: atbray@guessrudd.com
         Alaska Bar No. 9505028

CERTIFICATE OF SERVICE
I hereby certify that on the
28th day of August, 2006, a copy
of the foregoing document was served
electronically on:

Kenneth W. Legacki, Esq.

A Chambers Copy was also mailed
to the court pursuant to D.AK.LR 10.1(b).

Guess & Rudd P.C.

By: /s/Aisha Tinker Bray

Case No. 3:05-cv-204-TMB  Weilbacher v. Progressive Northwestern Ins. Co.
Progressive's **Alternate** Motion for Summary Judgment
Page 2 of 2