Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER,         )<br>                              )<br>        Plaintiff,            )<br>                              )<br>    v.                        )<br>                              )<br>PROGRESSIVE NORTHWESTERN      )<br>INSURANCE COMPANY,            )<br>                              )<br>        Defendant.            )<br>_____) | 3:05-cv-204-TMB |

**PROPOSED**
ORDER GRANTING
PROGRESSIVE'S ALTERNATE MOTION FOR SUMMARY JUDGMENT

Progressive Northwestern Insurance Company ("Progressive") having moved in the alternative for summary judgment on all of plaintiff's claims against it, and the court being duly advised in the premises,

IT IS HEREBY ORDERED that Progressive's Alternate Motion for Summary Judgment is GRANTED. As a matter of law,

therefore, all of plaintiff's claims against Progressive in this action are DISMISSED in their entirety with prejudice.

DATED at Anchorage, Alaska, this _____ day of _____, 2006.

_____
Honorable Timothy M. Burgess
United States District Court Judge

CERTIFICATE OF SERVICE
I hereby certify that on the
28th day of August, 2006, a copy
of the foregoing document was served
electronically on:

Kenneth W. Legacki, Esq.

A Chambers Copy was also mailed
to the court pursuant to D.AK.LR 10.1(b).

Guess & Rudd P.C.

By:   /s/Aisha Tinker Bray

Case No. 3:05-cv-204-JWS   Weilbacher v. Progressive Northwestern Ins. Co.
**PROPOSED** Order Granting Progressive's Alternate Motion for Summary Judgment
Page 2 of 2