AUG-22-2003 FRI 02:40 PM   DENALI ALASKAN INS        FAX NO. 9072728223                P. 01

```
************************************************************************
12/21/00   RR:08/00 V02.10              ALASKA
           RON V WEILBACHER
************************************************************************
                                                 POLICY #: 65824951-0       PAGE
UPLOAD MESSAGE: Upload Successful on 12/21/2000 05:35PM  ref. $08C         A:U0
COMPANY INFORMATION:
PROGRESSIVE NORTHWESTERN INSURANCE CO.
P.O. BOX 31686
             TAMPA FL 33631-3686
AGENT INFORMATION:              TOTAL PREMIUM:  789.00
ALASKA BUSINESS INSURANCE       DOWN PAYMENT:   789.00    POLICY #: 65824951-0
1400 BENSON BLVD., SUITE 4      BALANCE DUE:      0.00    LEVEL: ADVANTAGE
ANCHORAGE , AK 99503            DOWNPAY REQ:    789.00    MARKET: ULTRA-PREFERRED
(907)272-1825  DC-88847         PAY PLAN:       1-PAY
                                DOWNPAY METH: INSURED CREDIT CARD
PRODUCER LICENSE NUMBER: 9806
PRODUCER NAME: WEIMER, RICHARD
                                 (Do Not Retain Commission)
- - - - - - - - - - - - - - - - GENERAL INFORMATION - - - - - - - - - - - - - -
RON V WEILBACHER
PO BOX 3824                      HOME PHONE: (907)262-7888    EFF DATE: 12/21/0
SOLDOTNA , AK 99669-             WORK PHONE:
PRIMARY RESIDENCE: OWN HOME/CONDO POLICY TERM: 12 MONTHS      EFF TIME: 04:00PM

                                 FR VENDOR(S): EXPERIAN
                                               1-888-397-3742
- - - - - - - - - - - - - - - CREDIT CARD PAYMENT AUTHORIZATION - - - - - - - -
Credit Card Authorization #: 059579

I understand that the amount shown is being charged to my credit card as a
downpayment for an insurance policy. I also understand that future payments
will not be automatically charged; and that if I wish to make future payments
with my credit card, I must notify the Company each time a payment is due that
I want charged to my credit card. I agree that when I authorize a credit
transaction, this policy will be subject to cancellation for non-payment of
premium if the Company is unable to collect premium payment from
Visa/MasterCard. The Company is deemed "unable to collect premium" in the
following instances: when I reach my credit limit on my bank card; when the
bank cancels or revokes my bank card; or when the bank does not pay, for
whatever reason, premium upon the Company's settlement request.

I also understand that in the event the policy cancels, all unearned premium
due to me, if any, will be sent to me in the form of a Progressive draft.

Cardholder's Signature (X) /s/ Ron Weilbacher                 Amount $  789.00
- - - - - - - - - - - - - - - - DRIVER INFORMATION - - - - - - - - - - - - - -
Complete for Applicant, Spouse, and all persons age 14 and over residing
with Applicant (licensed or not). Also list any operators.
DR# DRIVER'S NAME                BIRTH DATE  AGE SEX MARITAL STATUS RELATION
1   RON V WEILBACHER              07/18/46    54   M    SINGLE     INSURED

DR# LIC STATUS  LICENSE NUMBER   ST  SOCIAL       DRIVER
1   VALID       0682677          AK  SECURITY #   STATUS            PRINCIPAL/
                                     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  RATED             OCCASIONAL
                                                                        P
```

EXHIBIT A
Page 1 of 6

100091

AUG-22-2003 FRI 02:40 PM   DENALI ALASKAN INS   FAX NO. 9072728223   P. 02

```
*************************   ****************************   ************************
12/21/00   RR:08/00 V02.10   ALASKA
           RON V WEILBACHER                       POLICY #: 65824951-0    PAGE
*********************************************************************   A:UL:
```

------------------------------ VEHICLE INFORMATION ------------------------------

| VEH # | YR | MAKE | MODEL | TYPE | BODY TYPE | CYL | TUR |
|---|---|---|---|---|---|---|---|
| 1 | 1995 | DODGE | GRAND CARAVAN LE/ES | 1981 & NEWER - | SPORT VAN | 6 | |

| VEH # | ENG SZ | DRIVE | FUEL | ST AMT | SYMBOL | PURCH DT |
|---|---|---|---|---|---|---|
| 1 | --- | 4X2 | | | | 051606 |

| VEH # | VEHICLE ID NUMBER | GARAGING ZIP ST | ACPE VALUE | CPE DECL VALUE | VEH USE | DR # | PTS |
|---|---|---|---|---|---|---|---|
| 1 | 1B4GH54L4SX540998 | 99669 AK | 0 | 0 | PLEASURE | 1 | 0 |

PLEASE INFORM APPLICANT THAT FAILURE TO DISCLOSE ALL DRIVERS/RESIDENTS
OF HOUSEHOLD OR ALL ACCIDENT/VIOLATIONS CAN CAUSE PREMIUM UPRATE
AND/OR POLICY CANCELLATION.

---------------------------- UNDERWRITING QUESTIONS ----------------------------

Prior Insurance
YES
Prior bodily injury limits
EQUAL TO OR GREATER THAN 100/300
Prior policy effective date
07/05/00
Prior policy expiration date
07/05/01
Prior Carrier
OTHER STANDARD
Total Comp Claims
0

------------------------------- COVERAGES -------------------------------

```
           1995 DODGE                                         VEH 1
BI-PD      100/300/50                                          333
UMUIMBI    100/300                                             110
UMUIMPD    50K W/$250                                           29
MED-PAY    5,000                                                29
COMP       250                                                  56
COLL       500                                                 218
ACPE       NONE                                                  0
TOW        75                                                   14
RENT       NONE                                                  0
RENT-PD    NONE                                                  0
PAYOFF     NONE                                                  0
                                                              ----
Subtotal          789.00                                       789
                                        Dr #/Sex/Marital/Age: 1MS54
Total Premium     789.00
** POLICY LEVEL COVERAGE(S): RENT-PD
```

**100092**

---------------------- DISCOUNTS/SURCHARGES ----------------------
Policy Discount(s):   Homeowner
                      Paid in Full

EXHIBIT A
Page 2 of 6

AUG-22-2003 FRI 02:41 PM  DENALI ALASKAN INS      FAX NO. 9072728223           P. 03

```
*****************************************************************************
12/21/00   RR:08/00 V02.10      ALASKA
RON V WEILBACHER                        POLICY #: 65824951-0      PAGE
*****************************************************************************
```

**APPLICANT QUESTIONNAIRE**

PLEASE HAVE THE APPLICANT COMPLETE THIS SECTION AND INITIAL EACH RESPONSE.

1. Have all the residents of your household been disclosed on this application Including all residents age 14 and over; exempt drivers; children away from home or in college and who drive your vehicle on a regular and frequent basis?
   (If no, please explain)                                    X Yes __ No [initials]

2. Are any of your vehicles used for delivery purposes, such as pizza, food, mail, newspaper or any other commercial business use (such as sales or marketing calls)?
   (If yes, please explain the business use)                  __ Yes X No [initials]

3. Are there other vehicles in your household not listed on this application? If yes, please give _____ Carrier _____ Vehicle _____ Driver
                                                              __ Yes X No [initials]

EXPLANATIONS: _____

**INSTRUCTIONS IN CASE OF ACCIDENT OR LOSS**
**REPORT ALL ACCIDENTS IMMEDIATELY-24 HOURS A DAY, 7 DAYS A WEEK**

1. Obtain full names, addresses, phone numbers, and license numbers of all persons involved and all witnesses.

2. Do not admit liability or discuss the accident with anyone except police or company representative.

3. Call Progressive immediately at 1-800-274-4499.

NOTE: FOR QUESTIONS REGARDING YOUR POLICY OR BILL, PLEASE CALL: 1-800-888-7764

100093

EXHIBIT A
Page 3 of 6

AUG-22-2003 FRI 02:41 PM   DENALI ALASKAN INS        FAX NO. 9072728223              P. 04

```
************************  *********************  ***********************
12/21/00    RR:08/00 V02.10    ALASKA                                    PAGE
            RON V WEILBACHER                  POLICY #: 65824951-0       A:UL:
*************************************************************************
```
---------------------UNINSURED/UNDERINSURED MOTORISTS OFFER-----------------
We have offered you Uninsured/Underinsured Motorist Bodily Injury Coverage
("UM/UIM BI") and Uninsured/Underinsured Motorist Property Damage Coverage
("UM/UIM PD") as part of your motor vehicle liability policy. You may reject
either or both of these coverages. Or, you may purchase UM/UIM BI and/or
UM/UIM PD with limits less than, equal to, or greater than your limits of
liability coverage.

Available limits of UM/UIM BI are:
    $50,000 each person/$100,000 each accident
    $75,000 each person/$150,000 each accident
    $100,000 each person/$300,000 each accident
    $250,000 each person/$500,000 each accident
    $300,000 each person/$500,000 each accident
    $500,000 each person/$500,000 each accident
    $500,000 each person/$1,000,000 each accident
    $1,000,000 each person/$2,000,000 each accident

Available limits of UM/UIM PD are:
    $25,000 each accident
    $50,000 each accident
    $100,000 each accident

EXHIBIT  A
Page  4  of  6

100094

```
*********************************************************************
12/21/00    RR:08/00 V02.10       ALASKA
            RON V WEILBACHER
*********************************************************************
                                            POLICY #: 65824951-0      PAGE 5
-----------------------------                                         A:UL:2
------------------------- APPLICANT'S SIGNATURE ---------------------
```

I hereby declare that the statements contained herein are true to the best of my knowledge and belief and do hereby agree to pay any surcharges applicable under Company rules which are necessitated by inaccurate statements. I hereby declare that no persons, other than those listed on the front of this application, regularly operate the vehicle(s) described on this application. I understand that coverage under this policy may be denied if this application contains any false information or if any information that would alter the Company's exposure is omitted or misrepresented.

I understand that a service charge of $20.00 will be assessed to the balance due on my policy if any check offered in payment is not honored by my bank. Imposition of such charge shall not deem the Company to have accepted the check unconditionally.

I understand that if I pay by check, draft, or any remittance other than cash, my coverage is conditioned upon the check, draft, or remittance being honored upon presentment. If the check, draft, or remittance is not honored upon presentment, my policy may be cancelled.

I understand that if I wish to cancel my policy before expiration, I must notify Company directly via a telephone call or signed notice, and the Company will refund any money due to me on a pro-rata basis. (If named insured is under the age of 18, signature of parent or guardian is required). FAILURE TO PROVIDE ACCURATE INFORMATION CAN RESULT IN A PREMIUM INCREASE AND/OR CANCELLATION. I also authorize Company to obtain a copy of my driving record from the Department of Motor Vehicles.

I understand that if I choose to use an installment payment plan that each installment will include an installment fee ($6.00 for regular payment plans and $3.00 for Electronic Funds Transfer). I agree to make my payments by the due date. I understand that late payments or missed payments incur a $6.00 late fee and could jeopardize my insurance coverage.

Note: In connection with your request for a premium quotation: (1) we may obtain consumer reports (which may include credit information) or personal or privileged information from third parties; (2) in certain circumstances, such information, as well as other personal privileged information collected by us, may be disclosed to third parties (including our affiliated companies) without your authorization; (3) you have the right to access and correct all personal information collected; and (4) at your request we will: (a) confirm whether a consumer report was requested and, if so, provide the name and address of the consumer reporting agency that furnished it; and (b) provide you more detailed information regarding our collection, use, and disclosure of personal information, and your rights to access and correct such information. Subsequent consumer reports may be used for an update, renewal or extension of your insurance.

x) _Ron Weilbacher_                                      Date: 12-21-00
Signature of Insured-Applicant

EXHIBIT  A
Page  5  of  6                                                100095

```
********************       ****************************************************
12/21/00    RR:08/00 V02.10      ALASKA
            RON V WEILBACHER                                                PAGE
********************************************       POLICY #: 65824951-0    A:UL:
-------------------------------- AGENT SIGNATURE --------------------------------
```

The undersigned hereby represents and certifies that the information contained herein is correct to the best of his/her knowledge; that this application was completed and then signed by the insured-applicant; that a completed copy hereof has been given to the insured-applicant; and that the undersigned has a duplicate signed copy hereof.

X _[signature]_
Signature of Producing Agent        Date: 12/21/00        Time: 2:45p

Form No. 1211 AK (01/99)

EXHIBIT A
Page 6 of 6

100096