Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, )<br>                                      )<br>        Plaintiff,      )<br>                                        )<br>   v.                              )<br>                                        )<br>PROGRESSIVE NORTHWESTERN   )<br>INSURANCE COMPANY,             )<br>                                        )<br>     Defendant.     )<br>_____) | 3:05-cv-204-TMB |

AFFIDAVIT OF MAUREEN PFEIFER

STATE OF CALIFORNIA     )
                                      ) ss.
COUNTY OF SACRAMENTO    )

       Maureen Pfeifer, being first duly sworn, deposes and states as follows:

       1.    I am employed by Progressive Casualty Insurance Company as the Manager of Procedure and Process Communication in the Training Development and Communication Department, I am over the age of eighteen, and I have personal knowledge of the matters set forth herein.

EXHIBIT   C
Page   1   of   2

2. In December 2000, Progressive Northwestern Insurance Company would have rated on a 14 year old resident of the applicant's household (licensed or unlicensed), unless there was a signed exclusion specifically excluding the 14 year old from coverage.

3. Rating a non-excluded 14 year old would have increased the premium charged for the policy.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Maureen Pfeifer

SUBSCRIBED and SWORN to before me this ____ day of August, 2006.

Notary Public in and for California
My Commission Expires:_____

Case No. 3:05-cv-204-TMB  Weilbacher v. Progressive Northwestern Ins. Co.
Affidavit of Maureen Pfeifer
In Support of Progressive's **Alternate** Motion for Summary Judgment
Page 2 of 2

EXHIBIT C
Page 2 of 2