Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, | ) |
| Plaintiff, | ) |
| vs. | ) |
| PROGRESSIVE NORTHWESTERN INSURANCE COMPANY, | ) |
| Defendant. | ) Case No. 3:05-cv-0204-TMB |

**PLAINTIFF'S CIVIL RULE 56(f) OPPOSITION TO PROGRESSIVE'S RENEWED MOTION FOR SUMMARY JUDGMENT**

Progressive has filed a motion for summary judgment (Docket Nos. 61 and 62), similar to the motion it filed before, even though there is presently a motion to compel discovery (Docket No. 46) pending.  Progressive has recently added a new witness and a new affirmative defense.  Progressive has produced

some documents within the last two weeks of the close of discovery, which are only part of the discovery that the plaintiff requested when the parties appeared before the Court in March of 2006.

Plaintiff Weilbacher again opposes this renewed motion for summary judgment under Civil Rule 56(f) because still pending before the Court is the motion to compel discovery requested by the plaintiff in order to respond to Progressive's motion for summary judgment (Docket Nos. 17 and 18). Although depositions were taken of the two witnesses listed by Progressive, one of the witnesses stated he knew little about the case. Almost all of the information requested by Plaintiff Weilbacher to respond to the first motion for summary judgment has not been produced by Progressive.

Previously, Progressive raised the attorney-client privilege and work product doctrine privilege to preclude Plaintiff Weilbacher from obtaining the discovery documents. Those privileges have now been waived by Progressive, but the waiver occurred within two weeks of the close of discovery.

The documents requested are germane to the issue before the Court and would give the Court guidance on how to decide the issue in this case, and would also allow the plaintiff to prove his theory of the case.

Therefore, it is respectfully requested, again, that the Court hold in

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S CIVIL RULE 56(f) OPPOSITION TO PROGRESSIVE'S
RENEWED MOTION FOR SUMMARY JUDGMENT
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 3

abeyance any motions for summary judgment until such time as the plaintiff receives all the discovery that he has requested.

DATED this 28th day of August, 2006, at Anchorage, Alaska.

> KENNETH W. LEGACKI, P.C.
> Attorney for Plaintiff
>
> By   s/Kenneth W. Legacki
>      Kenneth W. Legacki
>      Alaska Bar No. 8310132
>      425 G Street, Suite 920
>      Anchorage, AK  99501
>      Phone: (907) 258-2422
>      Fax: (907) 278-4848
>      E-mail: legacki@gci.net

I HEREBY CERTIFY that on the 28th day of
August, 2006, a copy of the foregoing
document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

     s/Kenneth W. Legacki

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S CIVIL RULE 56(f) OPPOSITION TO PROGRESSIVE'S
    RENEWED MOTION FOR SUMMARY JUDGMENT
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 3 of 3