Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| PROGRESSIVE NORTHWESTERN | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) Case No. 3:05-cv-0204-TMB |
| _____ | ) |

**(PROPOSED) ORDER
GRANTING CIVIL RULE 56(f) CONTINUANCE
ON RULING ON
<u>PROGRESSIVE'S RENEWED MOTION FOR SUMMARY JUDGMENT</u>**

Plaintiff Ronald V. Weilbacher having requested this Court to enter an order holding a ruling on Progressive's Renewed Motion for Summary

Judgment (Docket Nos. 61 and 62) in abeyance until such time as the discovery requested by plaintiff is produced, and the Court having considered the memoranda of the parties and being duly advised in the premises,

IT IS HEREBY ORDERED Plaintiff Weilbacher's request for a Civil Rule 56(f) continuance is granted and Progressive's Renewed Motion for Summary Judgment shall be held in abeyance until a due date can be established during a status conference with the Court and new pretrial deadlines are established.

DATED this _____ day of _____, 2006.

_____
The Honorable Timothy M. Burgess
United States District Judge

I HEREBY CERTIFY that on the 28th day of
August, 2006, a copy of the foregoing
document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

_____s/Kenneth W. Legacki_____

ORDER GRANTING CIVIL RULE 56(f) CONTINUANCE ON RULING
    ON PROGRESSIVE'S RENEWED MOTION FOR SUMMARY JUDGMENT
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 2

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848