Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail: legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RONALD V. WEILBACHER,

Plaintiff,

vs.

PROGRESSIVE NORTHWESTERN INSURANCE COMPANY,

Defendant.

Case No. 3:05-cv-0204-TMB

**AFFIDAVIT OF KENNETH W. LEGACKI IN SUPPORT OF PLAINTIFF'S CIVIL RULE 56(f) OPPOSITION TO PROGRESSIVE'S RENEWED MOTION FOR SUMMARY JUDGMENT**

STATE OF ALASKA )
) ss
THIRD JUDICIAL DISTRICT )

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

KENNETH W. LEGACKI, being first duly sworn upon oath, deposes and states:

1. I am the attorney of record for Plaintiff Ronald V. Weilbacher in the above-captioned matter.

2. Plaintiff Weilbacher previously filed a Motion to Compel Discovery (Docket No. 46) in this case and Weilbacher is awaiting a decision from the Court as to whether it will order production of the requested documents, which are necessary to respond to not only the first motion for summary judgment filed by Progressive, but also the second motion for summary judgment. The requested documents are at the heart of the issue in this case, and yet Progressive, although acknowledging that they have relevance to this case, have refused to produce the documents and has claimed that the documents sought were either not relevant or protected by the attorney-client privilege or work product doctrine.

3. With the introduction of a new witness in this case, Daniel Quinn, as well as submitting part of the documents requested by the plaintiff, it is obvious that the motion to compel has merit and that the objections raised by Progressive are

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

AFFIDAVIT IN SUPPORT OF CIVIL RULE 56(f) OPPOSITION TO
  PROGRESSIVE'S RENEWED MOTION FOR SUMMARY JUDGMENT
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 3

spurious at best.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Kenneth W. Legacki
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK 99501
Phone: (907) 258-2422
Fax: (907) 278-4848
E-mail: legacki@gci.net

SUBSCRIBED and SWORN TO before me this 28th day of August, 2006.

Karen S. Hayes
Notary Public in and for Alaska
My Commission Expires: 10-1-2008

I HEREBY CERTIFY that on the 28th day of August, 2006, a copy of the foregoing document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

s/Kenneth W. Legacki

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

AFFIDAVIT IN SUPPORT OF CIVIL RULE 56(f) OPPOSITION TO PROGRESSIVE'S RENEWED MOTION FOR SUMMARY JUDGMENT
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 3 of 3