Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER,          )<br>                               )<br>        Plaintiff,            )<br>                               )<br>    v.                         )<br>                               )<br>PROGRESSIVE NORTHWESTERN       )<br>INSURANCE COMPANY,             )<br>                               )<br>        Defendant.             )<br>_____)  3:05-cv-204-TMB | |

PROGRESSIVE'S MOTION *IN LIMINE*
TO ESTABLISH LAW OF THE CASE REGARDING COMPENSATORY DAMAGES

   Defendant Progressive Northwestern Insurance Company ("Progressive"), by and through its attorneys, Guess & Rudd P.C., moves for a court order establishing the law of the case regarding the nature and extent of the compensatory damages available to Mr. Weilbacher on his breach of contract and bad faith claims. This motion is supported by a memorandum of even date filed herewith.

DATED at Fairbanks, Alaska, this 28th day of August, 2006.

```
                        GUESS & RUDD P.C.
                        Attorneys for Progressive
                        Northwestern Insurance Company

                  By:      /s/Aisha Tinker Bray
                        Guess & Rudd P.C.
                        100 Cushman Street, Suite 500
                        Fairbanks, Alaska  99701
                        Phone: 907-452-8986
                        Fax:   907-452-7015
                        Email: atbray@guessrudd.com
                        Alaska Bar No. 9505028
```

CERTIFICATE OF SERVICE
I hereby certify that on the
28th day of August, 2006, a copy
of the foregoing document was served
electronically on:

Kenneth W. Legacki, Esq.

A Chambers Copy was also mailed
to the court pursuant to D.AK.LR 10.1(b).

Guess & Rudd P.C.

By:    /s/Aisha Tinker Bray

USDC Case No. 3:05-cv-204-TMB   Weilbacher v. Progressive
Progressive's Motion in Limine to Establish Law of the Case Regarding
Compensatory Damages
Page 2 of 2