Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PROGRESSIVE NORTHWESTERN ) <br> INSURANCE COMPANY, ) <br> ) <br> Defendant. ) <br> _____ ) | 3:05-cv-204-TMB |

**PROPOSED**
ORDER ESTABLISHING LAW OF THE CASE ON COMPENSATORY DAMAGES

Defendant Progressive Northwestern Insurance Company ("Progressive"), having moved this court for an order establishing the law of the case regarding compensatory damages under Mr. Weilbacher's claims, and the court being duly advised in the premises,

IT IS HEREBY ORDERED that Progressive's motion is GRANTED. First, the maximum compensatory damages that Mr. Weilbacher may recover on his breach of contract claim is the UIMBI policy limit of $100,000 "each person," as set forth in the Declarations Page of the policy. Second, Mr. Weilbacher may

recover as compensatory damages under his bad faith claim only those damages stemming directly from Progressive's bad faith, as proven at trial, and such compensatory damages specifically do not include any damages suffered by Mr. Weilbacher as a result of Heidi Weilbacher's death (i.e., Mr. Weilbacher's loss of society/consortium damages).

DATED at Anchorage, Alaska, this _____ day of _____, 2006.

_____
Honorable Timothy M. Burgess
United States District Court Judge

CERTIFICATE OF SERVICE
I hereby certify that on the
28th day of August, 2006, a copy
of the foregoing document was served
electronically on:

Kenneth W. Legacki, Esq.

A Chambers Copy was also mailed
to the court pursuant to D.AK.LR 10.1(b).

Guess & Rudd P.C.

By:   /s/Aisha Tinker Bray

USDC Case No. 3:05-cv-204-TMB   Weilbacher v. Progressive
PROPOSED Order Establishing Law of the Case On Compensatory Damages
Page 2 of 2