PROGRESSIVE NORTHWESTERN INSURANCE
P.O. BOX 31686
TAMPA, FL 33631-3686

**PROGRESSIVE**®

ALASKA BUSINESS
1400 W BENSON # 410
ANCHORAGE    AK    99503

24 Hour Policy Service    1-800-888-7764
24 Hour Claims Service    1-800-274-4499
Automated Billing Inquiry 1-800-999-8781

**PERSONAL AUTO POLICY DECLARATIONS PAGE
FOR NAMED INSURED:**

RON V WEILBACHER
PO BOX 3824
SOLDOTNA    AK 99669

**POLICY NUMBER:** 65824951 - 0

RON V WEILBACHER
PO BOX 3824
SOLDOTNA    AK 99669

**POLICY PERIOD:** 12/21/00 TO 12/21/01

This policy incepts the later of:
1. the time the application for insurance is executed on the first day of the policy period; or
2. 12:01 a.m. on the first day of the policy period.
This policy shall expire at 12:01 a.m. on the last day of the policy period.

The following coverages and limits apply to each described vehicle as shown below. Coverages are defined in the policy and are subject to the terms and conditions contained in the policy, including amendments and endorsements. No changes will be effective prior to the time changes are requested.

REASON FOR ISSUANCE: NEW BUSINESS

| VEH # | YR | MAKE - MODEL | SERIAL NUMBER | STATED AMT | DRV # | LISTED DRIVERS | EXCLUDED | SR22 | RATED |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1995 | DODGE GRAND CARAVSV | 1B4GH54L4SX540998 | | 1 | RON V WEILBACHER | NO | NO | YES |
| 2 | | | | | 2 | | | | |
| 3 | | | | | 3 | | | | |
| 4 | | | | | 4 | | | | |
| | | | | | 5 | | | | |

| COVERAGES AND LIMITS OF LIABILITY | PREMIUMS | | | | |
|---|---|---|---|---|---|
| THE COVERAGE IS APPLICABLE ONLY IF A PREMIUM IS INDICATED. | VEH #1 | VEH #2 | VEH #3 | VEH #4 | TOTAL |
| BODILY INJURY & PROPERTY DAMAGE LIABILITY | $333 | | | | $333 |
| BI $100,000 EACH PERSON - $300,000 EACH ACCIDENT | | | | | |
| PROPERTY DAMAGE LIABILITY - $50,000 EACH ACCIDENT | | | | | |
| UNINSURED/UNDERINSURED MOTORIST | $110 | | | | $110 |
| $100,000 EACH PERSON - $300,000 EACH ACCIDENT | | | | | |
| UM/UIM PROPERTY DAMAGE $50,000 LESS $250 DED | $29 | | | | $29 |
| MEDICAL PAYMENTS    $5,000 EACH PERSON | $29 | | | | $29 |
| COMPREHENSIVE ACV LESS $250 DEDUCTIBLE | $56 | | | | $56 |
| COLLISION OR UPSET ACV LESS $500 DEDUCTIBLE | $218 | | | | $218 |
| ADDITIONAL COVERAGES: | | | | | |
| TOWING & LABOR $75 PER DISABLEMENT $450 MAX | $14 | | | | $14 |

**SEE REVERSE**    PREMIUM BY VEHICLE    $789

ATTACHMENTS IDENTIFIED BY FORM NO.

EXHIBIT _C_
Page _1_ of _1_

TOTAL POLICY PREMIUM    $789

100,344

Form No. 1113 (6-97)    INSURED COPY    PMWE0731001215L1113