Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PROGRESSIVE NORTHWESTERN | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |
| _____ | )    3:05-cv-204-TMB |

NOTICE RE AFFIDAVIT OF MAUREEN PFEIFER

Attached is a copy of the fully executed Affidavit of

Maureen Pfeifer, Exhibit C to Progressive's Alternate Motion for

Summary Judgment (DE#71).  See DE#71 at 10 n.2.

DATED at Fairbanks, Alaska, this 29th day of August, 2006.

GUESS & RUDD P.C.
Attorneys for Progressive
Northwestern Insurance Company
By:  _____s/Aisha Tinker Bray_____
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
Phone: 907-452-8986
Fax:   907-452-7015
Email: atbray@guessrudd.com
Alaska Bar No. 9505028

CERTIFICATE OF SERVICE
I hereby certify that on the
29th day of August, 2006, a copy
of the foregoing document was served
electronically on:

Kenneth W. Legacki, Esq.

Guess & Rudd P.C.

By:    /s/Aisha Tinker Bray