Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER,        )<br>                              )<br>        Plaintiff,            )<br>                              )<br>    v.                        )<br>                              )<br>PROGRESSIVE NORTHWESTERN     )<br>INSURANCE COMPANY,            )<br>                              )<br>        Defendant.            )<br>_____)   3:05-cv-204-TMB | |

AFFIDAVIT OF MAUREEN PFEIFER

STATE OF CALIFORNIA    )
                       )ss.
COUNTY OF SACRAMENTO   )

Maureen Pfeifer, being first duly sworn, deposes and states as follows:

1. I am employed by Progressive Casualty Insurance Company as the Manager of Procedure and Process Communication in the Training Development and Communication Department, I am over the age of eighteen, and I have personal knowledge of the matters set forth herein.

EXHIBIT  C
Page  1  of  3

2. In December 2000, Progressive Northwestern Insurance Company would have rated on a 14 year old resident of the applicant's household (licensed or unlicensed), unless there was a signed exclusion specifically excluding the 14 year old from coverage.

3. Rating a non-excluded 14 year old would have increased the premium charged for the policy.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Maureen Pfeifer

SUBSCRIBED and SWORN to before me this ____ day of August, 2006.

_____
Notary Public in and for California
My Commission Expires:_____

Case No. 3:05-cv-204-TMB  Weilbacher v. Progressive Northwestern Ins. Co.
Affidavit of Maureen Pfeifer
In Support of Progressive's **Alternate** Motion for Summary Judgment
Page 2 of 2

EXHIBIT __C__
Page __2__ of __3__

## CALIFORNIA JURAT WITH AFFIANT STATEMENT

State of California

County of Sacramento } ss.

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], not Notary)

1 ─────────────
2 ─────────────
3 ─────────────
4 ─────────────
5 ─────────────
6 ─────────────
Signature of Document Signer No. 1        Signature of Document Signer No. 2 (if any)

Subscribed and sworn to (or affirmed) before me on this 29th day of August, 2006, by

(1) Maureen Patricia Pfeifer,
         Name of Signer

☐ Personally known to me
☒ Proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (,)
(and

(2) _____,
         Name of Signer

☐ Personally known to me
☐ Proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

Kurt Kopp
Signature of Notary Public

KRISTY KOPP
Commission # 1665089
Notary Public - California
Sacramento County
My Comm. Expires May 8, 2010

Place Notary Seal Above

──────── OPTIONAL ────────

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Further Description of Any Attached Document**

Title or Type of Document: Affidavit of Maureen Pfeifer

Document Date: August 29, 2006    Number of Pages: 2

Signer(s) Other Than Named Above: _____

RIGHT THUMBPRINT OF SIGNER #1
Top of thumb here

RIGHT THUMBPRINT OF SIGNER #2
Top of thumb here

©2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827

EXHIBIT C

Page 3 of 3