Aisha Tinker Bray
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PROGRESSIVE NORTHWESTERN | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) 3:05-cv-204-TMB |

**PROPOSED**
<u>ORDER DENYING PLAINTIFF'S RULE 56(f) MOTION FOR ADDITIONAL
TIME TO OPPOSE PROGRESSIVE'S RENEWED MOTION FOR SUMMARY JUDGMENT</u>

Plaintiff Ronald V. Weilbacher having moved for additional time to oppose Progressive's Renewed Motion for Summary Judgment pursuant to Rule 56(f), Progressive Northwestern Insurance Company ("Progressive") having opposed such motion, and the court being duly advised in the premises,

IT IS HEREBY ORDERED that plaintiff's motion is DENIED.

DATED at Anchorage, Alaska, this _____ day of _____, 2006.

>  _____
>  Honorable Timothy M. Burgess
>  United States District Court Judge

<u>CERTIFICATE OF SERVICE</u>
I hereby certify that on the
31st day of August, 2006, a copy
of the foregoing document was served
<u>electronically</u> on:

Kenneth W. Legacki, Esq.

Guess & Rudd P.C.

By:   <u>s/Aisha Tinker Bray</u>

Case No. 3:05-cv-204-JWS   <u>Weilbacher v. Progressive Northwestern Ins. Co.</u>
**PROPOSED** Order Denying Plaintiff's Rule 56(f) Motion for Additional Time to
Oppose Progressive's Renewed Motion for Summary Judgment
Page 2 of 2