Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER,          ) | |
| Plaintiff,          ) | |
| vs.          ) | |
| PROGRESSIVE NORTHWESTERN    ) <br> INSURANCE COMPANY,          ) | |
| Defendant.          ) | Case No. 3:05-cv-0204-TMB |

**RESPONSE TO OPPOSITION TO
PLAINTIFF'S CIVIL RULE 56(f) OPPOSITION TO
PROGRESSIVE'S RENEWED MOTION FOR SUMMARY JUDGMENT**

Pending before the Court is a motion to compel discovery against Defendant Progressive.  (Docket No. 46)   Previously, the Court granted Plaintiff Weilbacher's Rule 56(f) motion, and Defendant Progressive was told discovery was to go forward.  (Docket No. 28)  Written discovery requests were submitted

to Progressive and it objected to almost each and every request made by the plaintiff for discoverable information. The bases for the objections were the attorney-client privilege, attorney work product, or information sought was not relevant to this lawsuit. Subsequently, Progressive waived the attorney-client privilege by naming Daniel Quinn as a witness, produced only portions of certain documents that were initially requested, and the adjuster, Danny Withers, stated in his deposition he reviewed the <u>Wold v. Progressive</u> file, the file that plaintiff is seeking in discovery.

Yet, Progressive has failed to supplement its discovery responses and failed to advise the Court that its previous objections are no longer warranted.

Progressive continues to obstruct discovery in this matter by not supplementing its initial discovery responses, although it now acknowledges that the material requested was and is relevant.

Progressive is trying to subvert and circumvent the Court's previous rulings to allow plaintiff to conduct discovery in order to respond to the motion for summary judgment initially filed by Progressive. By its failure to follow the mandates of Civil Rule 26 in not supplementing its initial discovery and failing to reverse its objections to the requested discovery, although it now acknowledges that the material sought is relevant, Progressive is undermining this Court's

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S RESPONSE TO OPPOSITION TO PROGRESSIVE'S
 CIVIL RULE 56(f) OPPOSITION TO RENEWED MOTION FOR
 SUMMARY JUDGMENT
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 3

authority and is merely just playing games with Plaintiff Weilbacher.

Until such time as Progressive supplements its initial discovery responses, and until such time as this Court reviews the motion to compel discovery, any motion for summary judgment is premature.

Therefore, it is respectfully requested that the Court again deny Progressive's Motion for Summary Judgment (Docket No. 61), as it did previously, and order Progressive to produce the discovery that was requested by Plaintiff Weilbacher.

DATED this 11th day of September, 2006, at Anchorage, Alaska.

KENNETH W. LEGACKI, P.C.
Attorney for Plaintiff

By   s/Kenneth W. Legacki
    Kenneth W. Legacki
    Alaska Bar No. 8310132
    425 G Street, Suite 920
    Anchorage, AK  99501
    Phone: (907) 258-2422
    Fax: (907) 278-4848
    E-mail: legacki@gci.net

I HEREBY CERTIFY that on the 11th day of September, 2006, a copy of the foregoing document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd
        s/Kenneth W. Legacki

PLAINTIFF'S RESPONSE TO OPPOSITION TO PROGRESSIVE'S
 CIVIL RULE 56(f) OPPOSITION TO RENEWED MOTION FOR
  SUMMARY JUDGMENT
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 3 of 3