Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER,<br><br>        Plaintiff,<br><br>   vs.<br><br>PROGRESSIVE NORTHWESTERN<br>INSURANCE COMPANY,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:05-cv-0204-TMB<br>) |

**(PROPOSED)**
**ORDER DENYING PROGRESSIVE'S MOTION *IN LIMINE***
**TO PRECLUDE PLAINTIFF FROM CALLING DR. ANN STOCKMAN**
**<u>AND ANY OTHER MEDICAL CARE PROVIDER</u>**

Defendant Progressive Northwestern Insurance Company having

moved this Court for an order precluding Plaintiff Weilbacher from calling Dr.

Ann Stockman and any other medical care provider [Docket Nos. 66 and 67], and

the Court having considered the memoranda of the parties and being duly advised

in the premises,

IT IS HEREBY ORDERED Progressive Northwestern Insurance

Company's Motion *In Limine* to Preclude Plaintiff From Calling Dr. Ann

Stockman and Any Other Medical Care Provider is denied.

DATED this _____ day of _____, 2006.


_____
The Honorable Timothy M. Burgess
United States District Judge


I HEREBY CERTIFY that on the 15th day of
September, 2006, a copy of the foregoing
document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd


_____ s/Kenneth W. Legacki _____


ORDER DENYING PROGRESSIVE'S MOTION *IN LIMINE* TO PRECLUDE
        PLAINTIFF FROM CALLING DR. ANN STOCKMAN OR
            ANY OTHER MEDICAL CARE PROVIDER
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 2