Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| PROGRESSIVE NORTHWESTERN INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) Case No. 3:05-cv-0204-TMB |

**(PROPOSED) ORDER
GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO
PROGRESSIVE'S ALTERNATE MOTION FOR
<u>PARTIAL SUMMARY JUDGMENT RE: BAD FAITH</u>**

Plaintiff Ronald V. Weilbacher having moved this Court for an extension of time until October 16, 2006, in which to respond to Progressive's

Alternate Motion for Partial Summary Judgment Re: Bad Faith (Docket Nos. 68 and 69), and the Court being duly advised in the premises,

IT IS HEREBY ORDERED Plaintiff Weilbacher's Motion for Extension of Time is granted.

DATED this _____ day of _____, 2006.

_____
The Honorable Timothy M. Burgess
United States District Judge

I HEREBY CERTIFY that on the 15th day of
September, 2006, a copy of the foregoing
document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

_____s/Kenneth W. Legacki_____

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND
 TO PROGRESSIVE'S ALTERNATE MOTION FOR PARTIAL
 SUMMARY JUDGMENT RE: BAD FAITH
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 2

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848