Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| PROGRESSIVE NORTHWESTERN | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) Case No. 3:05-cv-0204-TMB |
| | ) |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO PROGRESSIVE'S MOTION *IN LIMINE* TO ESTABLISH LAW OF THE CASE REGARDING COMPENSATORY DAMAGES**

Plaintiff Ronald V. Weilbacher, by and through counsel, hereby moves this Court for an extension of time until October 16, 2006 to respond to Progressive's Motion *In Limine* to Establish Law of the Case Regarding Compensatory Damages (Docket Nos. 74 and 75), filed August 28, 2006.  A

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

lengthy extension of time is necessary because plaintiff's counsel has been responding to motions and preparing for and attending depositions in other matters since the motion was served, and will be out of the office between September 13 and September 23, 2006, because his daughter is having surgery out of state, which was scheduled approximately a month prior to being served with defendant's motion.  Plaintiff's counsel also has motions to respond to and depositions to attend in other matters in late September and early October.

DATED this 15th day of September, 2006, at Anchorage, Alaska.

KENNETH W. LEGACKI, P.C.
Attorney for Plaintiff

By   s/Kenneth W. Legacki
Kenneth W. Legacki
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Phone: (907) 258-2422
Fax: (907) 278-4848
E-mail: legacki@gci.net

I HEREBY CERTIFY that on the 15th day of September, 2006, a copy of the foregoing document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

        s/Kenneth W. Legacki

MOTION FOR EXTENSION OF TIME TO RESPOND TO PROGRESSIVE'S
    MOTION *IN LIMINE* TO ESTABLISH LAW OF THE CASE
        REGARDING COMPENSATORY DAMAGES
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 2