Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| PROGRESSIVE NORTHWESTERN | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) Case No. 3:05-cv-0204-TMB |
| | ) |

**(PROPOSED) ORDER**
**GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO**
**PROGRESSIVE'S MOTION *IN LIMINE* TO ESTABLISH LAW**
<u>**OF THE CASE REGARDING COMPENSATORY DAMAGES**</u>

Plaintiff Ronald V. Weilbacher having moved this Court for an extension of time until October 16, 2006, in which to respond to Progressive's

Motion *In Limine* to Establish Law of the Case Regarding Compensatory Damages (Docket Nos. 74 and 75), and the Court being duly advised in the premises,

IT IS HEREBY ORDERED Plaintiff Weilbacher's Motion for Extension of Time is granted.

DATED this _____ day of _____, 2006.

_____
The Honorable Timothy M. Burgess
United States District Judge

I HEREBY CERTIFY that on the 15th day of September, 2006, a copy of the foregoing document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

_____s/Kenneth W. Legacki_____

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO
  PROGRESSIVE'S MOTION *IN LIMINE* TO ESTABLISH LAW OF THE
  CASE REGARDING COMPENSATORY DAMAGES
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 2

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848