Recorded Interview of: Ron Weilbacher  [SP] = Spelling
Claim No.: 017489548  [SS] = Speaking Simultaneously
Date Of Interview: 2/20/2002  [TD] = Tape Damage
Page 1

Q:   Danny Withers
A:   Ron Weilbacher
B:   Unknown male

1   Q:   OK. My name is Danny Withers, I'm interviewing uh, Ron Weilbacher, uh, we're in
2        Anchorage, Alaska. The date is uh, February the 20th, 2002. This uh, is an in-, interview
3        regarding a auto accident that occurred on July the 9th, 2001. Uh, involving the death of
4        Heidi Weilbacher and um, an accident that occurred, auto accident that occurred on the
5        (_____) Highway, involving a vehicle driven by Robert Vesper [SP] an uh,
6        Anchorage police [sounds like] officer. Uh, [clears throat] all right, Mr. Weilbacher,
7        would you just state your name and spell your last name for me?
8
9   A:   My name's Ron Weilbacher, it's W-E-I-L-B-A-C-H-E-R.
10
11  Q:   OK. And what is your date of birth?
12
13  A:   ▓▓▓▓.
14
15  Q:   OK. Now, are you the uh, the biological father of, are you Heidi's biological father?
16
17  A:   Yes.
18
19  Q:   OK. Would you just tell me what you know about what happened that night or that
20       evening that, that accident occurred?
21
22  A:   Well I really, [clears throat] I'm not too sure what happened. I've heard a lot of s-, there's
23       been a lot of stories, you know, I mean, . . . [SS] . . .
24
25  B:   . . . [SS] . . . personal knowledge or hearsay knowledge or . . .
26
27  A:   His personal knowledge about it.
28
29  B:   OK. Because I, the reason I ask is because there's a (_____) where a lot of this
30       information came out which we did not even know about before.
31
32  Q:   Oh, OK.
33
34  B:   We had not gotten a police report um, and there's other reports we have not received, so I
35       guess that's the question, (_____) we really don't know the full story and I actually
36       heard some stuff today, but I, if you want to know what he knows, (_____) from other
37       people or personal knowledge maybe before you ask the question, you might want to

100001

Allegis Invoice ID: 352508

EXHIBIT 1
Page 1 of 16

Recorded Interview of: Ron Weilbacher  
Claim No.: 017489548  
Date Of Interview: 2/20/2002  
Page 2

[SP] = Spelling  
[SS] = Speaking Simultaneously  
[TD] = Tape Damage

| | | |
|---|---|---|
| 38 | | clarify it so, I guess . . . |
| 40 | Q: | OK. Well, why don't you tell me what you found out today (_____), what you found out about what happened. |
| 43 | A: | Well, in court today it was his sentencing and just that the, the guys who were being sentence, their stories weren't the same and they (_____) they're stories (_____) they were uh, (_____) misdemeanors. (_____) listening to everything, my daughter was just trying to get home that night and she got in the wrong (_____). |
| 48 | Q: | Do you know where she had been that night or what uh, what she'd been doing? |
| 50 | A: | Well, [clears throat] no. All I know is she left the house about 9:00 and was only supposed to be gone for two hours. |
| 53 | Q: | OK. All right. Uh, at the, at the time the accident occurred uh, uh, where did Heidi live? |
| 55 | A: | Well, she was uh, spending the summer with me and she'd uh, just been into town, she was supposed to be back in two days. |
| 58 | Q: | Back? |
| 60 | A: | Back down to the resort. |
| 62 | Q: | And where is the resort? |
| 64 | A: | The resort's in (_____). |
| 66 | Q: | OK. And uh, is, can you describe this resort to me, is this your resort, or . . . |
| 68 | A: | Would you like to see a photograph? |
| 70 | Q: | Well not, you can tell me about it, that's fine. |
| 72 | A: | Oh, I'm sorry I, I can get it for you here. It's a resort on the (_____) River which I own. |
| 75 | Q: | OK. |
| 77 | A: | And I operate. |
| 79 | Q: | OK. Well, let me, does, does Hei-, did Heidi reside with you all the time? |

**100002**

Allegis InvoiceID: 352508

EXHIBIT 1  
Page 2 of 16

Recorded Interview of: Ron Weilbacher  
Claim No.: 017489548  
Date Of Interview: 2/20/2002  
Page 3

[SP] = Spelling  
[SS] = Speaking Simultaneously  
[TD] = Tape Damage

| | | |
|---|---|---|
| 80 | | |
| 81 | A: | No, she uh, would spend most of the, the school year with her mother here in Anchorage. |
| 82 | | |
| 83 | Q: | OK. |
| 84 | | |
| 85 | A: | (_____) a overhead photograph of it. |
| 86 | | |
| 87 | Q: | Oh, OK. |
| 88 | | |
| 89 | A: | If you want you know, uh, this is the guy that took a helicopter took the top photograph |
| 90 | | of it, uh, to try to (_____) the picture so and he sent 'em to me and (_____). That's |
| 91 | | in case you want to see it. |
| 92 | | |
| 93 | Q: | OK. Uh, so in other words, Heidi lived with her mother while she was going to school |
| 94 | | and during the summer months uh, lived with you, is that correct? |
| 95 | | |
| 96 | A: | She would spend most of the summers with me, yeah. |
| 97 | | |
| 98 | Q: | OK. |
| 99 | | |
| 100 | A: | And then she would go to school, she would spend her vacations with me. |
| 101 | | |
| 102 | Q: | Do you have a home here in Anchorage also, or do you just, do you live in … [SS] … |
| 103 | | |
| 104 | A: | I don't have a home here in Anchorage, no. I used to and uh, well I had a place where I |
| 105 | | was here all the time, when we had a house (_____) at that time. |
| 106 | | |
| 107 | Q: | Uh, what is Heidi's date of birth? |
| 108 | | |
| 109 | A: | 7/31/86. |
| 110 | | |
| 111 | Q: | And uh, uh, who is Heidi's mother? |
| 112 | | |
| 113 | A: | Cathy, with a C. |
| 114 | | |
| 115 | Q: | Is that Cathy uh, Weilbacher? |
| 116 | | |
| 117 | A: | Cathy Mauro, M-A-U-R-O [sounds like]. |
| 118 | | |
| 119 | Q: | And I assume that you and Cathy are divorced? |
| 120 | | |
| 121 | A: | Yes, we are. |

100003

EXHIBIT 1  
Page 3 of 16

Allegis InvoiceID: 352508

Recorded Interview of: Ron Weilbacher  
Claim No.: 017489548  
Date Of Interview: 2/20/2002  
Page 4

[SP] = Spelling  
[SS] = Speaking Simultaneously  
[TD] = Tape Damage

| | | |
|---|---|---|
| 122 | | |
| 123 | Q: | OK. How long have you been divorced? |
| 124 | | |
| 125 | A: | Uh, 11 years. |
| 126 | | |
| 127 | Q: | And uh, what was uh, what was Heidi, Heidi's age (_____)? |
| 128 | | |
| 129 | A: | About four. |
| 130 | | |
| 131 | Q: | Four. And was there uh, at the time of the divorce, was there a custody arrangement |
| 132 | | made? |
| 133 | | |
| 134 | A: | I don't really remember that too much (_____). Her mother and I, we went in and did |
| 135 | | a uh, annulment (_____) everything. We've always gotten along. |
| 136 | | |
| 137 | Q: | (_____) I'll be quick. Was it not an annulment, was it a dissolution? |
| 138 | | |
| 139 | A: | Yeah, dissolution, that's what I'm, that's what I meant. |
| 140 | | |
| 141 | Q: | OK. So, so that's not even really a divorce, it's just a dissolution, well, I guess it is but .. |
| 142 | | . [SS] . . . |
| 143 | | |
| 144 | B: | . . . [SS] . . . kind of a thing, just dissolving of the marriage. |
| 145 | | |
| 146 | Q: | OK. |
| 147 | | |
| 148 | A: | We agreed on everything and we had no arguments, we still you know, like I, when I was |
| 149 | | in the court room like I told the judge, I mean, Cathy and I (_____). We love one |
| 150 | | another, we grew apart, you know, and that was that. |
| 151 | | |
| 152 | Q: | OK. |
| 153 | | |
| 154 | A: | And we agreed on everything and (_____) the judge said well, he'd never seen |
| 155 | | anybody come in there like that, sit together and hold arms and agree on the welfare of |
| 156 | | the child even you know, because we agreed on everything and we took care of |
| 157 | | everything and (_____). |
| 158 | | |
| 159 | Q: | So there was no, really no court order as to custody for Heidi . . . [SS] . . . |
| 160 | | |
| 161 | A: | . . . [SS] . . . anything about anything or any argument. |
| 162 | | |
| 163 | Q: | OK. |

**100004**

EXHIBIT 1  
Page 4 of 16

Allegis InvoiceID: 352508

Recorded Interview of: Ron Weilbacher
Claim No.: 017489548
Date Of Interview: 2/20/2002
Page 5

[SP] = Spelling
[SS] = Speaking Simultaneously
[TD] = Tape Damage

164
165  A:  Cathy and I to this day are very close and her husband and I, we're all very close.
166
167  Q:  OK.
168
169  A:  They come down to the resort, they stay there, I mean, I come, I stay at their house.
170      We've all been real civil and people don't believe how good we feel. We get along.
171      (_____)
172
173  Q:  Well, that's how it is sometimes. [laughs]
174
175  A:  That's the way it is the majority of the time, you know, but this, this was a, you know, for
176      the kids, you know, there was other kids involved so . . .
177
178  Q:  Uh, how many brothers and sisters did um, did uh, Heidi have?
179
180  A:  Oh, with um, she had uh, three sisters and uh, one brother with, with you know, either the
181      same mother or father. And she had uh, has a uh, a step brother and sister.
182
183  Q:  Um, were there any medical expenses uh, with the, associated with the accident for, for
184      Heidi?
185
186  A:  No (_____). She never really, I don't think she (_____).
187
188  B:  (_____)
189
190  Q:  Oh, no conscious pain and suffering to your knowledge or did you (_____)?
191
192  A:  (_____)
193
194  Q:  OK. And uh, were there, I assume there were funeral expenses, have those been paid or . .
195      .
196
197  A:  Yes.
198
199  Q:  Did you pay 'em?
200
201  A:  Uh, I never wrote the checks, no.
202
203  Q:  Do you know who did?
204
205  A:  Cathy.

**100005**

EXHIBIT 1
Page 5 of 16

Allegis InvoiceID: 352508