Recorded Interview of: Ron Weilbacher  
Claim No.: 017489548  
Date Of Interview: 2/20/2002  
Page 6

[SP] = Spelling  
[SS] = Speaking Simultaneously  
[TD] = Tape Damage

| | | |
|---|---|---|
| 206 | | |
| 207 | Q: | Now Cathy uh, where uh, she lives here in Anchorage. |
| 208 | | |
| 209 | A: | Yes. |
| 210 | | |
| 211 | Q: | Is that correct, OK. And what is her husband's name? |
| 212 | | |
| 213 | A: | Pete. |
| 214 | | |
| 215 | Q: | OK. Where did uh, Heidi go to school? |
| 216 | | |
| 217 | A: | (_____) Diamond. |
| 218 | | |
| 219 | Q: | And what grade was she in? |
| 220 | | |
| 221 | A: | She was going into the 10th. |
| 222 | | |
| 223 | Q: | Uh, do you know what kind of grades she was making in school, was she a good student |
| 224 | | (_____)? |
| 225 | | |
| 226 | A: | She was above average, she had been on the honor roll. |
| 227 | | |
| 228 | Q: | Do you know what uh, what kind of plans when she got out of high school? Did she have |
| 229 | | college planned or . . . |
| 230 | | |
| 231 | A: | Well her and I had talked about it some, she had college, she wasn't sure where she was |
| 232 | | gonna go you know, what, what to major in, I told her, you know, business is |
| 233 | | opportunity. [laughs] That's one of my weaknesses in advertising (_____) in my |
| 234 | | business uh, I just wanted her to be a grade ahead of me on it. |
| 235 | | |
| 236 | Q: | So at that point she hadn't made a decision on where she was gonna go to school and pick |
| 237 | | the, the college or make that decision? |
| 238 | | |
| 239 | A: | She kinda talked about [static] down south where it was warm. |
| 240 | | |
| 241 | Q: | Did uh, did Heidi work any part time jobs during the summer or did she work at all? |
| 242 | | |
| 243 | A: | Well, she was with me all the time helping me. |
| 244 | | |
| 245 | Q: | At the resort? |
| 246 | | |
| 247 | A: | Yeah. |

**100006**

EXHIBIT 1  
Page 6 of 16

Allegis InvoiceID: 352508

Recorded Interview of: Ron Weilbacher
Claim No.: 017489548
Date Of Interview: 2/20/2002
Page 7

[SP] = Spelling
[SS] = Speaking Simultaneously
[TD] = Tape Damage

248
249  Q:  What is the name of your resort?
250
251  A:  (_____) RW's Fishing, RW's Big (_____) Resort.
252
253  Q:  What address did uh, Heidi use for school purposes, (_____) Diamond, I guess she
254      had a local . . .
255
256  A:  She used her mother's.
257
258  Q:  And what is that address?
259
260  A:  I'm not exactly sure, 8720 uh, I don't know. 8023 or something, West (_____).
261
262  Q:  I assume this is the residence that Cathy and Pete (_____)?
263
264  A:  Yeah.
265
266  Q:  Um, what would you say was uh, uh, what was Heidi's health like?
267
268  A:  Excellent.
269
270  Q:  To your knowledge, ever been diagnosed with any long term problems or . . .
271
272  A:  . . . [SS] . . .
273
274  Q:  Did she do any sports or, or any high school or anything like that?
275
276  A:  Not, not (_____) she pretty well had given up sports after (_____), she hadn't
277      been doing that I think for a year because she was more or less (_____).
278
279  Q:  Did Heidi have any disabilities?
280
281  A:  [no audible response]
282
283  Q:  Uh, Robert Vesper was driving the vehicle that Heidi was in that night, right?
284
285  A:  [no audible response]
286
287  Q:  Um, did she know him, was he a high school uh . . .
288                                                                                    100007
289  A:  I don't think she knew him.

EXHIBIT 1
Page 7 of 16

Allegis InvoiceID: 352508

Recorded Interview of: Ron Weilbacher  
Claim No.: 017489548  
Date Of Interview: 2/20/2002  
Page 8

[SP] = Spelling  
[SS] = Speaking Simultaneously  
[TD] = Tape Damage

290  
291 Q: Friend?  
292  
293 A: I don't think she knew him, I don't, there was never any indication (_____).  
294  
295 B: I guess the, one of the questions I, I (_____) any investigation at all on this thing? I  
296    guess the question (_____) because [pause] how am I, what we understand was is that  
297    this was just a thing that somebody invited these people over. If you listened today, we,  
298    we had an emotional day today. Put it that way. It was the sentencing and I didn't realize  
299    it was gonna be that emotional but (_____) statement (_____) gave, uh, his wife  
300    gave (_____). What we've been able, we still haven't got the police report because the  
301    police department won't release it to us.  
302  
303 Q: OK.  
304  
305 B: Um, and now after the sentencing we should be able to get that I think in like the next  
306    few days. They have it ready for us, uh, but they have, under the law, it had to wait until  
307    after the sentencing when a case is closed to give it to us (_____). But it's our,  
308    (_____) what we heard today was, there was a girl who Heidi knew was babysitting.  
309    Um, and one guy, first brought the booze for these girls. And when that, when he brought  
310    booze, they started calling people up. We don't know who called who, we don't know,  
311    we haven't been able to put all those pieces together because we have not seen any reports  
312    or anything. Um, how Heidi got there, we don't know, we don't know if, if uh . . .  
313  
314 A: (_____)  
315  
316 B: Huh?  
317  
318 A: (_____) picked her up.  
319  
320 B: Who did?  
321  
322 A: (_____)  
323  
324 B: That's, see I, (_____) the house, but I, yeah, Ron (_____) one of the adults, but  
325    apparently we've heard that he was going picking up girls and bringing 'em back to the  
326    house, that she was, because he lived next door I guess, Heidi didn't, I don't even know if  
327    Heidi knew who he, these people were . . . [SS] . . .  
328  
329 Q: Was Ron Franklin [sounds like] one of the adults that was . . .  
330  
331 B: . . . [SS] . . .

100008

EXHIBIT 1  
Page 8 of 16

Allegis InvoiceID: 352508

Recorded Interview of: Ron Weilbacher
Claim No.: 017489548
Date Of Interview: 2/20/2002
Page 9

[SP] = Spelling
[SS] = Speaking Simultaneously
[TD] = Tape Damage

| | | |
|---|---|---|
| 332 | | |
| 333 | Q: | ... supposedly involving in buying uh ... |
| 334 | | |
| 335 | B: | Right. |
| 336 | | |
| 337 | Q: | ... alcohol or whatever? |
| 338 | | |
| 339 | A: | Yeah. |
| 340 | | |
| 341 | B: | It was one guy, the Mike uh, what's (_____). |
| 342 | | |
| 343 | A: | Hunter. |
| 344 | | |
| 345 | B: | Hunter, Mike Hunter was the first guy. He brought some booze, the two girls were there, |
| 346 | | and this is all in the record, so I'm just giving you a background so it'll be easier for you. |
| 347 | | |
| 348 | Q: | All right. |
| 349 | | |
| 350 | B: | And then Frank apparently made three trips buying booze, uh, two fifths of Southern |
| 351 | | Comfort and a case of beer um, was the total that he bought. But we don't know how he |
| 352 | | was in that trailer court and so somebody said, would you mind going and getting |
| 353 | | somebody because we don't, first of all, Heidi told her mother she was going out to go |
| 354 | | babysitting, uh, and was only supposed to be gone two hours or something like that, and |
| 355 | | the next thing you know, this whole thing blew up. So we don't know, we still don't |
| 356 | | know uh, how, who got where, where, when, because we have not (_____) the police |
| 357 | | report, we haven't seen all the facts. I don't know if that helps you at all or, see I don't |
| 358 | | know what investigation you did, but ... |
| 359 | | |
| 360 | Q: | We, I don't know much more about this than what uh, we read in the papers. |
| 361 | | |
| 362 | B: | Right. |
| 363 | | |
| 364 | Q: | OK. Because there was nobody to talk to afterwards, as you know. |
| 365 | | |
| 366 | B: | (_____) we, we still haven't, we have not gotten the police report yet, (_____) |
| 367 | | we'll be happy (_____) when we get 'em, but we're still confused ourselves as to all |
| 368 | | the facts. |
| 369 | | |
| 370 | A: | Yeah, OK. Well, the only person that lived through the accident, Cathy talked to her the |
| 371 | | other day and she told Cathy she remembers nothing. |
| 372 | | |
| 373 | Q: | Savannah? |

100009

EXHIBIT 1
Page 9 of 16

Allegis InvoiceID: 352508

Recorded Interview of: Ron Weilbacher  
Claim No.: 017489548  
Date Of Interview: 2/20/2002  
Page 10

[SP] = Spelling  
[SS] = Speaking Simultaneously  
[TD] = Tape Damage

| | | |
|---|---|---|
| 374 | | |
| 375 | B: | Oh, Savannah (_____). |
| 376 | | |
| 377 | A: | Yeah. |
| 378 | | |
| 379 | Q: | They were trying to say that she had said some things about it and then she didn't know, I |
| 380 | | think she was point 23 or . . . |
| 381 | | |
| 382 | B: | 28. |
| 383 | | |
| 384 | Q: | Whatever. |
| 385 | | |
| 386 | B: | Savannah was point 28. Um, I, I guess Cathy said that, I don't, I, and I, either she got the |
| 387 | | phone call or C-, or she left a message saying this is crazy um, tell mom I love her. And, |
| 388 | | or something to that effect, so it's, I guess, people, Heidi saw (_____) get out of |
| 389 | | control or . . . |
| 390 | | |
| 391 | A: | They were trying to find somebody to come and get 'em. |
| 392 | | |
| 393 | B: | Yeah. |
| 394 | | |
| 395 | Q: | OK. |
| 396 | | |
| 397 | A: | (_____) |
| 398 | | |
| 399 | B: | (_____) come pick us up and Brent said no, I don't have any gas in the car |
| 400 | | (_____) Heidi's friend and so, I guess that's where . . . |
| 401 | | |
| 402 | A: | . . . [SS] . . . |
| 403 | | |
| 404 | B: | . . . (_____) what we understand, as I said, because we didn't, Frank took off with |
| 405 | | two girls to go to uh, (_____) or something and left the girls, the other girls left |
| 406 | | behind in the trailer and that's how (_____) somehow (_____) got in there, |
| 407 | | whether he was called or, or whatever, we don't know that. |
| 408 | | |
| 409 | Q: | Who's trailer was it? |
| 410 | | |
| 411 | A: | The . . . |
| 412 | | |
| 413 | B: | The wife of Hunter? |
| 414 | | |
| 415 | A: | Hunter's ex-wife. |

100010

EXHIBIT 1  
Page 10 of 16

Allegis InvoiceID: 352508