Recorded Interview of: Ron Weilbacher  
Claim No.: 017489548  
Date Of Interview: 2/20/2002  
Page 11

[SP] = Spelling  
[SS] = Speaking Simultaneously  
[TD] = Tape Damage

416  
417 B: Hunter's ex-wife. Uh, and I, I don't know the name of the girl who was there supposed to  
418    be babysitting, invited Heidi over.  
419  
420 A: I don't know where even the ex-wife was.  
421  
422 B: She was out working I think.  
423  
424 A: Was she at work?  
425  
426 B: I think that was it, I think that's why she had the girls come over that night and stay.  
427    (_____) that's, remember she left (_____) she left a few bucks.  
428  
429 A: To clean the place up.  
430  
431 B: (_____) apparently, it's still (_____) well, I didn't know this, but apparently the  
432    kids actually gave either Frank or Hunter the money to buy the booze, because the girls  
433    were being paid.  
434  
435 A: ... [SS] ...  
436  
437 B: Huh?  
438  
439 A: Gave it to Hunter ... [SS] ...  
440  
441 B: ... [SS] ...  
442  
443 A: ... got started.  
444  
445 B: Yeah, and, and so he was the first round, so I, I you know, like I said, we don't know all  
446    the facts either in this since we haven't gotten the, the police report.  
447  
448 Q: But that evening when Heidi left, she left uh, Cathy's residence?  
449  
450 A: Right.  
451  
452 Q: Is that correct?  
453  
454 A: Right.  
455  
456 Q: OK.  
457

100011

EXHIBIT 1  
Page 11 of 16  
Allegis InvoiceID: 352508

Recorded Interview of: Ron Weilbacher
Claim No.: 017489548
Date Of Interview: 2/20/2002
Page 12

[SP] = Spelling
[SS] = Speaking Simultaneously
[TD] = Tape Damage

| | | |
|---|---|---|
| 458 | A: | She left my place [clears throat] just about five hours prior to that. She had just got back |
| 459 | | in town, she was only gonna be there, gather up the things and go back down. |
| 460 | | |
| 461 | Q: | Drove up from (_____). |
| 462 | | |
| 463 | A: | (_____) with her mother. |
| 464 | | |
| 465 | Q: | Oh, OK. |
| 466 | | |
| 467 | A: | They were down there for a, a (_____) a few days, they were dropping the, the |
| 468 | | youngest girl off at (_____) bible camp. |
| 469 | | |
| 470 | Q: | OK. |
| 471 | | |
| 472 | A: | And then Heidi rode back with 'em. |
| 473 | | |
| 474 | Q: | (_____) I don't have any more questions. |
| 475 | | |
| 476 | B: | Yeah, um, the other thing (_____) we assumed that because she was dead at uh, she |
| 477 | | was never taken to the hospital. She was taken straight to the morgue. |
| 478 | | |
| 479 | Q: | Well, I saw the vehicles uh, and . . . [SS] . . . |
| 480 | | |
| 481 | B: | So I, I assume that's instantaneous. |
| 482 | | |
| 483 | Q: | . . . it was amazing to me that Savannah survived. |
| 484 | | |
| 485 | B: | She flew out. |
| 486 | | |
| 487 | Q: | Yeah, I know. |
| 488 | | |
| 489 | B: | She was the only one that didn't have her seatbelt on. |
| 490 | | |
| 491 | A: | (_____) |
| 492 | | |
| 493 | Q: | . . . [SS] . . . |
| 494 | | |
| 495 | B: | Um, also (_____) I don't know if you uh, (_____) will lists Heidi as the uh, sole |
| 496 | | beneficiary um, we have copy of that, (_____) attorney (_____) attorney |
| 497 | | (_____) uh, (_____) wrote the will so (_____) she was supposed to |
| 498 | | (_____) the resort. |
| 499 | | |

**100012**

EXHIBIT 1
Page 12 of 16

Allegis InvoiceID: 352508

Recorded Interview of: Ron Weilbacher  
Claim No.: 017489548  
Date Of Interview: 2/20/2002  
Page 13

[SP] = Spelling  
[SS] = Speaking Simultaneously  
[TD] = Tape Damage

| | | |
|---|---|---|
| 500 | Q: | (_____) |
| 502 | B: | I'm sorry? |
| 504 | Q: | Oh I, I, I, I wasn't following you there. |
| 506 | B: | Yeah, yeah. |
| 508 | Q: | There's . . . |
| 510 | B: | Um, I, I think I, yeah, I talked to you where you asked why was Heidi listed on the equipment down there, the rigs and the trailers and stuff. |
| 513 | Q: | Yeah, you had mentioned in your letter that she was uh, co-owner of, of the vehicle that's on this Progressive policy. I think that's what you said. |
| 516 | B: | Yeah, he put her name and all that stuff in the will, she was supposed to inherit all those things. |
| 519 | Q: | Oh, I see, OK. |
| 521 | B: | Yeah, we have a will uh, copy of the will if you're interested in that, it shows that she was supposed to inherit it. So . . . |
| 524 | Q: | I don't think I need that. |
| 526 | B: | OK. |
| 528 | Q: | Uh, I would like to, if possible to get a copy of um, Heidi's birth certificate. Do you have that or . . . |
| 531 | B: | (_____) |
| 533 | Q: | Yeah, I already have that. |
| 535 | B: | But actually, I gave you the death certificate. |
| 537 | Q: | I got that. |
| 539 | B: | OK. So what would you need (_____)? |
| 541 | Q: | Birth certificate. Also uh, I'm, I'm curious about uh, apparently uh, Cathy had a policy |

**100013**

EXHIBIT 1  
Page 13 of 16

Allegis InvoiceID: 352508

| | |
|---|---|
| Recorded Interview of: Ron Weilbacher | [SP] = Spelling |
| Claim No.: 017489548 | [SS] = Speaking Simultaneously |
| Date Of Interview: 2/20/2002 | [TD] = Tape Damage |
| Page 14 | |

542      with Liberty Mutual?
543
544  B:  Right.
545
546  Q:  Are they involved in this?
547
548  B:  I, I would assume?
549
550  Q:  Has a claim been made, OK.
551
552  B:  Yeah.
553
554  Q:  I'd like a copy of their policy. Because it sounds like to me from what you told me today
555      ...
556
557  B:  I never sent that to ya?
558
559  Q:  No, you sent me the Allstate policy. And Allstate has, has the policy for the (_____)
560      vehicle.
561
562  B:  I don't, I don't think I got a copy of the Liberty Mutual (_____).
563
564  Q:  Well ...
565
566  B:  I uh ...
567
568  Q:  ... that should be easy enough to get if the claim's been made.
569
570  B:  I'm sorry?
571
572  Q:  That should be easy enough to get.
573
574  B:  Yeah, I, I, I've asked for it.
575
576  Q:  OK.
577
578  B:  And I don't think I've gotten it. I'm dealing with so many uh ...
579
580  Q:  [laughs]
581
582  B:  I'm sorry? You making fun of me again or what?
583

**100014**

EXHIBIT 1
Page 14 of 16

Allegis InvoiceID: 352508

Recorded Interview of: Ron Weilbacher
Claim No.: 017489548
Date Of Interview: 2/20/2002
Page 15

[SP] = Spelling
[SS] = Speaking Simultaneously
[TD] = Tape Damage

| | | |
|---|---|---|
| 584 | Q: | No. [laughs] |
| 586 | B: | Uh, I'm dealing with somebody (_____). |
| 588 | Q: | Yeah, that sounds right. |
| 590 | B: | Yeah, and (_____) local up here. |
| 592 | Q: | Yeah. |
| 594 | B: | And I think their still scratching their heads trying to figure out uh, her passport, uh, and then um, you sent me a copy of Progressive, right? |
| 597 | Q: | Right. |
| 599 | B: | Do you have anything from them where, on the underinsured motorist? There's a waiver in the, uh, offer of the option? |
| 602 | Q: | I don't have that. I can, I can get that uh, that's where you uh, it's where you're, you're given a selection of the, of the UMUI benefit, uh, coverages. |
| 605 | B: | Right. |
| 607 | Q: | Is that what you're talking about? That'll be on the application. |
| 609 | B: | OK. I don't, do you have a copy, you didn't sent that to me did ya? |
| 611 | Q: | I, I didn't send that to ya, I don't have that yet. I can get it. |
| 613 | B: | OK. |
| 615 | Q: | If you, you need that? |
| 617 | B: | Yeah, I, I do need that. |
| 619 | Q: | OK. |
| 621 | B: | Uh . . . |
| 623 | Q: | Uh, you bought your policy through Alaska Business Insurance? |
| 625 | A: | [no audible response] |

**100015**

EXHIBIT 1
Page 15 of 16

Allegis InvoiceID: 352508

Recorded Interview of: Ron Weilbacher  
Claim No.: 017489548  
Date Of Interview: 2/20/2002  
Page 16

[SP] = Spelling  
[SS] = Speaking Simultaneously  
[TD] = Tape Damage

626  
627 Q: OK. I'll have to get that from them probably. But I will have to get that from them,  
628    they'll be the ones that have that, that have that application.  
629  
630 B: I'm sorry sir.  
631  
632 Q: Alaska Business Insurance, did, that's the agent where Ron got his policy, so they're  
633    gonna have that application which uh, which shows the, the various coverages that were  
634    offered. I'm gonna turn this recorder off now.

100016

EXHIBIT 1  
Page 16 of 16

Allegis InvoiceID: 352508