April 5, 2005

**PROGRESSIVE**

4400 Business Park Boulevard
Suite 22
Anchorage, AK 99503-7118

Telephone: 800-274-4499
Facsimile: (907) 561-8594

http://www.progressive.com

Kenneth W. Legacki, P.C.
425 G St., suite 920
Anchorage, AK 99501

Claim: 01-7489548
Policy: 65824951-0
Insured: Ron Weilbacher
DOL : 7/9/01

Dear Mr. Legacki:

I have received your letter of March 29, 2005, regarding the above claim. I thought my letter of October 29, 2004 was clear about coverage for Mr. Weilbacher, but apparently not. Mr. Weilbacher does have UM/UIM coverage under the above noted policy.

Sincerely

Danny C. Withers
Sr. Claims Specialist
261-7028

100032

EXHIBIT 2
Page 1 of 1

February 24, 2004

**PROGRESSIVE**

4400 Business Park Boulevard
Suite 22
Anchorage, AK 99503-7118

Telephone: 800-274-4499
Facsimile: (907) 561-8594

http://www.progressive.com

Kenneth W. Legacki, P.C.
425 G St., suite 920
Anchorage, AK 99501

Claim no: 01-7489548
Insured: Ron Weilbacher
Clmt: Estate of Heidi Weilbacher
DOL: 7/9/01

Dear Mr. Legacki:

Progressive Northwestern Ins. Company will tender UM/UIM limits for the underinsured claims of the Estate of Heidi Weilbacher and the derivative claims of Ron Weilbacher and Cathie Mauro. We have calculated limits as follows:

$100,000.   Face UM/UIM limit each person
    6,596.   Pre-judgement interest calculated at 5% on the first $50,000. In coverage
             From 7/9/01 thru 2/27/04 ( per page 22, Additional Payments of the contract)
   10,660.   Rule 82 attorney fees @ 10% ( 20% of the first $25,000. Paid under the Allstate
             Liability settlement)
$117, 256.   Total UM/UIM limit

Since this involves the contractual limit under Mr. Weilbacher's policy, a release is not required. I have enclosed a check for the limit noted above. If you have any questions, or disagree with our calculation of limits, please advise.

Sincerely,

Danny C. Withers
Sr. Claims Specialist
261-7028

100062

EXHIBIT 3
Page 1 of 1

```
Initiating Claim         IDN: 1D01301347   Case File Nbr: 012001748954800000   Claim Type: AUTO   09/02/02  Page:
                                                                                                   Received: 08/31
```

| | |
|---|---|
| CLAIMANT Name: HEIDI  C  WEILBACHER<br>Address: 2730 80TH<br>ANCHORAGE  AK  99502<br>DOB/Age: 1986-07-31  Phone:  SSN:<br>Occupation:<br>License:  St:<br>VIN:  Plate Nbr:<br>Repair Shop:  TIN:<br>Address: | Former Name:<br>Former Name:<br>Former Name:<br>Prev Address:<br><br>Prev Address:<br>St:<br>Prev Address: |
| ACCIDENT Date: 2001-07-09<br>Location: GLENN HWY BY THE NATIONAL GUARD ARMORY<br>ANCHORAGE  AL<br>Injuries: FATALITY<br>DOCTOR Name:<br>Address:<br>Phone:  TIN: | INSURED Name: WEILBACHER<br>Address: PO BOX 3824<br>SOLDOTNA  AK  99669<br>SSN:  Policy Nbr:<br>License:  St:<br>VIN:  Plate Nbr:  ST<br>Repair Shop:  TIN:<br>Address: |
| ATTORNEY Name:<br>Address:<br>Phone:  TIN:<br>MATCH Reason: INITIATING CLAIM | MEMBER Name: PROGRESSIVE CASUALTY INSURANCE<br>Address: ANCHORAGE CLMS BRANCH (22<br>4400 BUSINESS PK BLVD STE<br>ANCHORAGE  AK  99503 - 7118<br>Adjuster: |

100071
EXHIBIT 4
Page 1 of 1

```
Matching Claim           IDN: 4A00987270   Case File Nbr: 1988582                Claim Type: BODI   Received: 01/22.
```

| | |
|---|---|
| CLAIMANT Name: HEIDI  WEILBACHER<br>Address: 2730 W 80TH AVE<br>ANCHORAGE  AK  99502<br>DOB/Age: 1986-07-31  Phone:  SSN:<br>Occupation:<br>License:  St:<br>VIN:  Plate Nbr:<br>Repair Shop:  TIN:<br>Address: | Former Name:<br>Former Name:<br>Former Name:<br>Prev Address:<br><br>Prev Address:<br>St:<br>Prev Address: |
| ACCIDENT Date: 2001-07-09<br>Location: GLENN HIGHWAY<br>ANCHORAGE  AK<br>Injuries: UNKNOWNUNKNOWNDECEASED. AUTOPSY NOT YET MADE AVA<br>DOCTOR Name:<br>Address:<br>Phone:  TIN: | INSURED Name: MAURO,PETER<br>Address: 2730 W 80TH AVE<br>ANCHORAGE  AK  99502 - 4513<br>SSN:  Policy Nbr: A02268703661(<br>License:  St:<br>VIN:  Plate Nbr:  ST<br>Repair Shop:  TIN:<br>Address: |
| ATTORNEY Name: KEN LEGACKI ATTY AT LAW<br>Address: 425 G STREET SUITE 920<br>ANCHORAGE  AK  99501<br>Phone: (907)258-2422  TIN:<br>MATCH Reason: CLAIMANT NAME IS SIMILAR | MEMBER Name: LIBERTY MUTUAL INSURANCE COMPA<br>Address: STE 800-EVERGREEN BUS PK<br>7235 NW EVERGREEN PKWY<br>HILLSBORO  OR  97124<br>Adjuster: |

SEP 09 2002
PROGRESSIVE

**PROGRESSIVE**

4400 Business Park Blvd., Suite 22
Anchorage, AK 99503-7118

Telephone: 800 274-4499
Facsimile: 907 561-8594

progressive.com

August 26, 2003

Kenneth W. Legacki
Attorney at Law
425 G Street, Suite 920
Anchorage, AK 99501

| | |
|---|---|
| Insured | : Weilbacher, Ron |
| Claim Number | : 017489548 |
| Date of Loss | : July 9, 2001 |
| Your Client | : The Estate of Heidi Weilbacher |

Dear Mr. Legacki:

I have received your letter of August 14, 2003 requesting Progressive send you the application/offer as to Mr. Weilbacher's selections of UM/UIM coverages. I have enclosed a copy of the application which clearly shows Mr. Weilbacher was offered UM/UIM coverages pursuant to AS21.89.020.

I was surprised to hear that Mr. Weilbacher is presenting an independent claim for emotional distress, as it is my recollection in interviewing Mr. Weilbacher that he was on the Kenai Peninsula when this accident occurred. Accordingly, there will be issues as to whether Mr. Weilbacher has an emotional distress claim pursuant to current Alaska Law. I refer you to Beck v. State of Alaska, and Tommy's Elbow Room v. Kavorkian, 727 P2nd 1038.

It is my understanding that Heidi's mother, Cathie Mauro, had a policy in effect with Liberty Mutual Insurance, and the UM/UIM coverage under that policy would provide concurrent coverage with the Progressive policy, and must respond to the Estate claim. This is in accordance with AS 28.20.445, priorty of coverages.

I look forward to knowing what Liberty Mutual's position will be.

Sincerely,

Danny C. Withers
Sr. Claims Specialist
On Behalf of Progressive Northwestern Insurance Company
907-261-7028

**100090**

EXHIBIT 5
Page 1 of 1