```
AUG-22-2003 FRI 02:40 PM   DENALI ALASKAN INS        FAX NO. 9072728223              P. 01
```

```
****************************************************************************
12/21/00    RR:08/00 V02.10     ALASKA                                        PAGE
            RON V WEILBACHER                    POLICY #: 65824951-0          A:UL:
****************************************************************************

UPLOAD MESSAGE: Upload Successful on 12/21/2000 05:35PM  ref. $08C
COMPANY INFORMATION:
PROGRESSIVE NORTHWESTERN INSURANCE CO.
P.O. BOX 31686        TAMPA FL 33631-3686
AGENT INFORMATION:          TOTAL PREMIUM: 789.00      POLICY #: 65824951-0
ALASKA BUSINESS INSURANCE   DOWN PAYMENT:  789.00      LEVEL: ADVANTAGE
1400 BENSON BLVD., SUITE 4  BALANCE DUE:     0.00      MARKET: ULTRA-PREFERRED
ANCHORAGE , AK 99503        DOWNPAY REQ:   789.00
(907)272-1825   DC-88847    PAY PLAN: 1-PAY
                            DOWNPAY METH: INSURED CREDIT CARD
PRODUCER LICENSE NUMBER: 9806
PRODUCER NAME: WEIMER, RICHARD
                         (Do Not Retain Commission)
------------------------- GENERAL INFORMATION -----------------------------
RON V WEILBACHER            HOME PHONE: (907)262-7888   EFF DATE: 12/21/0
PO BOX 3824                 WORK PHONE:                 EFF TIME: 04:00PM
SOLDOTNA , AK 99669-        POLICY TERM: 12 MONTHS
PRIMARY RESIDENCE: OWN HOME/CONDO
                            FR VENDOR(S): EXPERIAN
                                          1-888-397-3742

------------------------ CREDIT CARD PAYMENT AUTHORIZATION ----------------

Credit Card Authorization #: 059579

I understand that the amount shown is being charged to my credit card as a
downpayment for an insurance policy.  I also understand that future payments
will not be automatically charged; and that if I wish to make future payments
with my credit card, I must notify the Company each time a payment is due that
I want charged to my credit card.  I agree that when I authorize a credit
transaction, this policy will be subject to cancellation for non-payment of
premium if the Company is unable to collect premium payment from
Visa/MasterCard.  The Company is deemed "unable to collect premium" in the
following instances: when I reach my credit limit on my bank card; when the
bank cancels or revokes my bank card; or when the bank does not pay, for
whatever reason, premium upon the Company's settlement request.

I also understand that in the event the policy cancels, all unearned premium
due to me, if any, will be sent to me in the form of a Progressive draft.

Cardholder's Signature (X) [signature]                      Amount $  789.00

------------------------------ DRIVER INFORMATION -------------------------
  Complete for Applicant, Spouse, and all persons age 14 and over residing
  with Applicant (licensed or not).  Also list any operators.
DR#  DRIVER'S NAME          BIRTH DATE  AGE SEX  MARITAL STATUS    RELATION
 1   RON V WEILBACHER        07/18/46    54  M    SINGLE            INSURED
                                              SOCIAL      DRIVER        PRINCIPAL/
DR#  LIC STATUS    LICENSE NUMBER    ST  SECURITY #  STATUS       OCCASIONAL
 1   VALID                           AK              RATED               P
```

100091

EXHIBIT 6
Page 1 of 6

```
AUG-22-2003 FRI 02:40 PM   DENALI ALASKAN INS      FAX NO. 9072728223              P. 02
```

```
***********************  ******************************.  **************************
12/21/00   RR:08/00 V02.10    ALASKA                                            PAGE
           RON V WEILBACHER                   POLICY #: 65824951-0              A:UL:
***********************************************************************************
```

------------------------------- VEHICLE INFORMATION -------------------------------

```
VEH
 # YR    MAKE      MODEL                 TYPE              BODY TYPE        CYL TUR
 1 1995  DODGE     GRAND CARAVAN LE/ES   1981 & NEWER -    SPORT VAN         6
VEH
 #   ENG SZ  DRIVE    FUEL   ST AMT   SYMBOL   PURCH DT
 1    ---     4X2                     051606
VEH  VEHICLE ID           GARAGING    ACPE      CPE DECL                DR
 #   NUMBER               ZIP   ST    VALUE     VALUE       VEH USE     #    PTS
 1   1B4GH54L4SX540998    99669 AK     0          0         PLEASURE    1     0
```

PLEASE INFORM APPLICANT THAT FAILURE TO DISCLOSE ALL DRIVERS/RESIDENTS
OF HOUSEHOLD OR ALL ACCIDENT/VIOLATIONS CAN CAUSE PREMIUM UPRATE
AND/OR POLICY CANCELLATION.

------------------------- UNDERWRITING QUESTIONS -------------------------

Prior Insurance
YES
Prior bodily injury limits
EQUAL TO OR GREATER THAN 100/300
Prior policy effective date
07/05/00
Prior policy expiration date
07/05/01
Prior Carrier
OTHER STANDARD
Total Comp Claims
0

------------------------------- COVERAGES -------------------------------

```
            1995 DODGE                               VEH 1
BI-PD     100/300/50                                  333
UMUJMBI   100/300                                     110
UMUIMPD   50K W/$250                                   29
MED-PAY   5,000                                        29
COMP      250                                          56
COLL      500                                         218
ACPE      NONE                                          0
TOW       75                                           14
RENT      NONE                                          0
RENT-PD   NONE                                          0
PAYOFF    NONE                                          0
                                                    -----
                                                      789
Subtotal              789.00    Dr #/Sex/Marital/Age: 1MS54

Total Premium         789.00
** POLICY LEVEL COVERAGE(S): RENT-PD                              100092
```

----------------------------- DISCOUNTS/SURCHARGES -----------------------------

Policy Discount(s):  Homeowner
                     Paid in Full

EXHIBIT 6
Page 2 of 6

AUG-22-2003 FRI 02:41 PM    DENALI ALASKAN INS    FAX NO. 9072728223    P. 03

```
*****************************************************************************
12/21/00    RR:08/00 V02.10    ALASKA                                    PAGE
            RON V WEILBACHER                  POLICY #: 65824951-0       A:UL
*****************************************************************************
```

APPLICANT QUESTIONNAIRE

PLEASE HAVE THE APPLICANT COMPLETE THIS SECTION AND INITIAL EACH RESPONSE.

1. Have all the residents of your household been disclosed on this applicatio
   Including all residents age 14 and over; exempt drivers; children away fro
   home or in college and who drive your vehicle on a regular and frequent
   basis?
   (If no, please explain)                              X Yes ___ No  [initials]

2. Are any of your vehicles used for delivery purposes, such as pizza, food,
   mail, newspaper or any other commercial business use (such as sales
   or marketing calls)?
   (If yes, please explain the business use)            ___ Yes X No  [initials]

3. Are there other vehicles in your household not listed on this application?
   If yes, please give _____Vehicle _____Driver
   _____Carrier                                ___ Yes X No  [initials]

EXPLANATIONS: _____

INSTRUCTIONS IN CASE OF ACCIDENT OR LOSS
REPORT ALL ACCIDENTS IMMEDIATELY-24 HOURS A DAY, 7 DAYS A WEEK

1. Obtain full names, addresses, phone numbers, and license numbers of all
   persons involved and all witnesses.

2. Do not admit liability or discuss the accident with anyone except police
   or company representative.

3. Call Progressive immediately at 1-800-274-4499.

NOTE: FOR QUESTIONS REGARDING YOUR POLICY OR BILL, PLEASE CALL: 1-800-888-7764

100093

EXHIBIT 6
Page 3 of 6