AUG-22-2003 FRI 02:41 PM   DENALI ALASKAN INS      FAX NO. 9072728223        P. 04

```
********************** *****************. .**********************
12/21/00   RR:08/00 V02.10    ALASKA                               PAGE
           RON V WEILBACHER                 POLICY #: 65824951-0    A:UL:
********************************************************************
```

------------------UNINSURED/UNDERINSURED MOTORISTS OFFER------------------
We have offered you **Uninsured/Underinsured Motorist Bodily Injury Coverage**
("**UM/UIM BI**") and **Uninsured/Underinsured Motorist Property Damage Coverage**
("**UM/UIM PD**") as part of your motor vehicle liability policy. You may reject
either or both of these coverages. Or, you may purchase **UM/UIM BI** and/or
**UM/UIM PD** with limits less than, equal to, or greater than your limits of
liability coverage.

Available limits of **UM/UIM BI** are:
```
      $50,000 each person/$100,000 each accident
      $75,000 each person/$150,000 each accident
      $100,000 each person/$300,000 each accident
      $250,000 each person/$500,000 each accident
      $300,000 each person/$500,000 each accident
      $500,000 each person/$500,000 each accident
      $500,000 each person/$1,000,000 each accident
      $1,000,000 each person/$2,000,000 each accident
```

Available limits of **UM/UIM PD** are:
```
      $25,000 each accident
      $50,000 each accident
      $100,000 each accident
```

**100094**

EXHIBIT 6
Page 4 of 6

AUG-22-2003 FRI 02:41 PM  DENALI ALASKAN INS       FAX NO. 9072728223            P. 05

```
************************************************************************
12/21/00   RR:08/00 V02.10   ALASKA                                 PAGE 5
           RON V WEILBACHER                POLICY #: 65824951-0      A:UL:2
************************************************************************
```
---------------------------- APPLICANT'S SIGNATURE -----------------------------

I hereby declare that the statements contained herein are true to the best of
my knowledge and belief and do hereby agree to pay any surcharges applicable
under Company rules which are necessitated by inaccurate statements.  I hereby
declare that no persons, other than those listed on the front of this
application, regularly operate the vehicle(s) described on this application.
I understand that coverage under this policy may be denied if this application
contains any false information or if any information that would alter the
Company's exposure is omitted or misrepresented.

I understand that a service charge of $20.00 will be assessed to the balance
due on my policy if any check offered in payment is not honored by my bank.
Imposition of such charge shall not deem the Company to have accepted the check
unconditionally.

I understand that if I pay by check, draft, or any remittance other than cash,
my coverage is conditioned upon the check, draft, or remittance being honored
upon presentment. If the check, draft, or remittance is not honored upon
presentment, my policy may be cancelled.

I understand that if I wish to cancel my policy before expiration, I must
notify Company directly via a telephone call or signed notice, and the
Company will refund any money due to me on a pro-rata basis. (If named insured
is under the age of 18, signature of parent or guardian is required). FAILURE
TO PROVIDE ACCURATE INFORMATION CAN RESULT IN A PREMIUM INCREASE AND/OR
CANCELLATION.  I also authorize Company to obtain a copy of my driving record
from the Department of Motor Vehicles.

I understand that if I choose to use an installment payment plan that each
installment will include an installment fee ($6.00 for regular payment plans
and $3.00 for Electronic Funds Transfer). I agree to make my payments by the
due date. I understand that late payments or missed payments incur a $6.00
late fee and could jeopardize my insurance coverage.

Note: In connection with your request for a premium quotation: (1) we may
obtain consumer reports (which may include credit information) or personal
or privileged information from third parties; (2) in certain circumstances,
such information, as well as other personal privileged information subsequently
collected by us, may be disclosed to third parties (including our affiliated
companies) without your authorization; (3) you have the right to access and
correct all personal information collected; and (4) at your request we will:
(a) confirm whether a consumer report was requested and, if so, provide the
name and address of the consumer reporting agency that furnished it; and
(b) provide you more detailed information regarding our collection, use, and
disclosure of personal information, and your rights to access and correct
such information.  Subsequent consumer reports may be used for an update,
renewal or extension of your insurance.

X) _Ron Weilbacher_                          Date: _12-21-00_
Signature of Insured-Applicant

**100095**

EXHIBIT 6
Page 5 of 6

AUG-22-2003 FRI 02:41 PM   DENALI ALASKAN INS       FAX NO. 9072728223          P. 06

```
************************ ************************.-************************
12/21/00   RR:08/00 V02.10    ALASKA                                    PAGE
           RON V WEILBACHER                    POLICY #: 65824951-0     A:UL:
;********************************************************************************
```

------------------------------ **AGENT SIGNATURE** ------------------------------
The undersigned hereby represents and certifies that the information contained
herein is correct to the best of his/her knowledge; that this application
was completed and then signed by the insured-applicant; that a completed copy
hereof has been given to the insured-applicant; and that the undersigned has
a duplicate signed copy hereof.

X _____          Date: _12/21/00_   Time: _2:44p_
Signature of Producing Agent

Form No. 1211 AK (01/99)


**100096**

EXHIBIT 6
Page 6 of 6