## SETTLEMENT AGREEMENT AND RELEASE

THIS SETTLEMENT AGREEMENT AND RELEASE ("the Settlement Agreement") is made and entered into by and among Kristy Wollam, individually and on behalf of Kristen Wollam, a minor, and the Estate of Justin Wollam ("the Wollam claimants"); Robin Parker, on behalf of the Estate of Makayla Paige Lewis ("the Lewis claimants"); Patricia Fielding, on behalf of Savanah Fielding ("the Fielding claimants"), a minor; and Catherine Mauro and Ronald Weilbacher, individually and on behalf of the Estate of Heidi Weilbacher ("the Weilbacher claimants") (hereinafter collectively "claimants"), and Barry Kell, as personal representative of the Estate of Robert Michael Esper, and Robert F. Esper, (hereinafter "respondents").

### Recitals

A.   On or about the 9th day of July, 2001, a vehicle driven by Robert Michael Esper collided with a vehicle driven by Justin Wollam on the Glenn Highway in Anchorage, Alaska ("the accident").

B.   Makayla Paige Lewis, Savanah Fielding, and Heidi Weilbacher were passengers in the Esper vehicle.

C. Robert Michael Esper, Justin Wollam, Makayla Paige Lewis, and Heidi Weilbacher died in the accident. Savanah Fielding sustained injuries in the accident.

D. The vehicle driven by Robert Michael Esper was owned by his father, Robert F. Esper.

E. On the day of the accident, Robert Michael Esper and Robert F. Esper were insured by Allstate Insurance Company ("the Insurer") under Policy No. 076699520 ("the Policy").

F. The Wollam claimants filed an action entitled: <u>Kristy Wollam, on her own behalf and on behalf of the Estate of Justin Wollam and on behalf of Kristen Wollam v. Barry Kell as Personal Representative For The Estate of Robert Esper</u>, Case No. 3AN-02-4365 Civil ("the Wollam lawsuit"), seeking damages as a result of the accident.

G. The Lewis claimants filed an action entitled: <u>Robin Parker, on behalf of the Estate of Makayla Paige Lewis v. The Estate of Robert Esper</u>, Case No. 3AN-02-08325 Civil ("the Lewis lawsuit"), seeking damages as a result of the accident.

OFFICES OF
ss & Rudd P.C.
0 L STREET
ENTH FLOOR
GE, ALASKA 99501
NE (907) 793-2200
LE (907) 793-2299

AUG 1 4 2003
ANCHORAGE - ALASKA

100103

EXHIBIT 7
Page 2 of 20

Settlement Agreement and Release   Page 2 of 17

H.  The Fielding claimants filed an action entitled: <u>Patricia Fielding, as next friend of Savanah Fielding, a minor v. Barry Kell as Personal Representative of the Estate of Robert Esper</u>, Case No. 3AN-02-09775 Civil ("the Fielding lawsuit"), seeking damages as a result of the accident.

I.  The Weilbacher claimants filed a lawsuit entitled: <u>Catherine Mauro and Ronald Weilbacher, Individually and as Personal Representatives of the Estate Of Heidi Weilbacher, a deceased minor v. Barry Kell as Personal Representative of the Estate of Robert Esper</u>, Case No. 3AN-02-11655 Civil ("the Weilbacher lawsuit"), seeking damages as a result of the accident.

J.  By Order dated January 27, 2003, the Lewis lawsuit, the Fielding lawsuit, and the Weilbacher lawsuit were consolidated into the Wollam lawsuit.

K.  The Insurer is the liability insurer of the Espers and as such would be obligated to pay any judgment obtained in favor of the claimants and against the respondents to the extent such judgments would be covered by the policy.

100104

LAW OFFICES OF
uess & Rudd P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
PHONE (907) 793-2200
FACSIMILE (907) 793-2299

AUG 14 2003
ANCHORAGE - ALASKA

EXHIBIT 7
Page 3 of 20

Settlement Agreement and Release   Page 3 of 17

L.  The parties to this agreement desire to enter into this Settlement Agreement in order to release and discharge all of the claims which were asserted, or which could have been asserted, by and between them in the Wollam lawsuit, the Lewis lawsuit, the Fielding lawsuit, the Weilbacher lawsuit, and the consolidated lawsuit, in exchange for the payments reflected herein and subject to the terms and conditions of this Settlement Agreement and Release.

M.  However, the parties to this agreement agree that nothing set forth in this Settlement Agreement and Release releases, limits or affects any claims which could be asserted by any of the parties to this agreement as against any individual, company, or legal entity not a part to this agreement, and nothing set forth in this Settlement Agreement is intended to release, limit or affect any claims which could be asserted by any of the parties seeking first-party insurance benefits of any kind under any applicable policy of insurance, including any uninsured and/or underinsured motorist coverage purchased by Robert Michael Esper and/or Robert F. Esper from Allstate.

### Agreement

The parties hereto hereby agree as follows:

AUG 14 2003
— ALASKA

Law Offices of
Jess & Rudd P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
PHONE (907) 793-2200
FACSIMILE (907) 793-2299

100105

EXHIBIT 7
Page 4 of 20

Settlement Agreement and Release   Page 4 of 17

1. <u>Release and Discharge</u>

FOR AND IN CONSIDERATION of the total sum of THREE HUNDRED SIXTY-NINE THOUSAND FOUR HUNDRED FIFTY and NO/100 DOLLARS ($369,450.00), divided and distributed as set forth below, and other good and valuable consideration, the receipt of which is hereby acknowledged,[1] the claimants and the respondents, on their own behalf and on behalf of their assigns, agents and heirs, hereby release and forever discharge one another and their respective predecessors and successors in interest, assigns, agents, attorneys, heirs, liability insurers and liability re-insurers, of and from all actions, causes of action, suits, controversies, claims, and demands of every kind and nature, whether mature or to mature in the future, arising in any way out of the accident or arising in any way out of any of the matters, allegations and claims set forth in the Wollam lawsuit, the Lewis lawsuit, the Fielding lawsuit, and the Weilbacher lawsuit.

The claimants and the respondents, by virtue of this Settlement Agreement and Release and in consideration of the payments reflected herein, hereby unequivocally release and

---

[1] Except as to the allocation associated with the Fielding claims. As to the Fielding claims, actual or constructive receipt is specifically denied. The type and adequacy of consideration paid for the Fielding claims will be established in Alaska Rule of Civil Procedure 90.2 proceedings.

100106