respondents. The respondents and the Insurer hereby certify that the payments made pursuant to this agreement exhaust all of respondents' liability insurance which provides coverage in this matter.

5. Tax Disclaimer

Claimants hereby confirm that no representations have been made to them by the respondents or by the Insurer, or their agents, attorneys or representatives regarding the tax consequences of this Settlement Agreement and Release or the payments referenced herein and claimants further confirm that they have not relied on any express or implied representations of the respondents, the Insurer, or any of their agents, attorneys, or representatives as to the tax consequences of this Settlement Agreement and Release or the payments referenced herein. Each party to this Settlement Agreement assumes full responsibility for any and all taxes which may be found due and owing by such party by any taxing authority as a result of this Settlement Agreement and Release, and shall make no claim against any other party to this Settlement Agreement and Release arising therefrom.

100112

EXHIBIT 7   Settlement Agreement and Release   Page 11 of 17
Page 11 of 20

6.  **Warranty of Capacity to Execute Agreement**

The parties to this agreement represent and warrant that no other person or entity has or has had an interest in the claims, demands, obligations referenced in this Settlement Agreement and Release and the claimants confirm that they have the sole right and exclusive authority to execute this Settlement Agreement and Release and to receive the sums specified in this Settlement Agreement and Release and that claimants have not sold, assigned, transferred, conveyed, or otherwise disposed of any of the claims encompassed within the terms of this Settlement Agreement and Release.

7.  **Entire Agreement and Successors in Interest**

This Settlement Agreement and Release contains the entire agreement among the claimants and respondents with regard to the matters set forth herein and shall be binding upon and inure to the benefit of the executors, administrators, personal representatives, heirs, successors and assigns of each.

8.  **Representation of Comprehension of Document**

In entering into this Settlement Agreement and Release,

the claimants and the respondents represent that they have had the opportunity to seek the legal advice of attorneys of their own choosing, that the terms of this Settlement Agreement and Release have been completely read by claimants and respondents, and that those terms are fully understood and voluntarily accepted by claimants and respondents.

9. Governing Law

This Settlement Agreement and Release shall be construed and interpreted in accordance with the laws of the State of Alaska without regard to principles of conflicts of law.

10. Additional Documents

The parties to this agreement hereby agree to cooperate fully and to execute any and all supplementary documents and to take all additional actions which may be necessary or appropriate to give full force and effect to the basic terms and intent of this Settlement Agreement and Release.

11. **Effectiveness**

This Settlement Agreement and Release consists of 17 pages and shall become effective following execution. In addition, the parties agree that this agreement may be executed in counterpart originals, which shall be considered together as one agreement.

IN WITNESS WHEREOF I have hereunto set my hand this 28 day of May, 2003.

READ BEFORE SIGNING

_____
Kristy Wollam, individually and on behalf of Kristen Wollam, a minor, and on behalf of the Estate of Justin Wollam

SUBSCRIBED AND SWORN to before me this 28 day of May, 2003.

_____
Notary Public, State of Alaska
My Commission Expires: 4/17/07

State of Alaska
NOTARY PUBLIC
Carol Anne Borge
My Commission Expires April 17, 2007

AUG 14 2003
PROGRESSIVE – ALASKA

EXHIBIT 7
Page 14 of 20

Settlement Agreement and Release   Page 14 of 17

100115

IN WITNESS WHEREOF I have hereunto set my hand this 2 day of ~~May~~ June, 2003.

READ BEFORE SIGNING

*Robin Parker*
Robin Parker on behalf of the
Estate of Makayla Paige Lewis



SUBSCRIBED AND SWORN to before me this 2 day of ~~May~~ June, 2003.

*Victoria J. Tinker*
Notary Public, State of ~~Alaska~~ Washington
My Commission Expires: 2/10/2007

IN WITNESS WHEREOF I have hereunto set my hand this _____ day of May, 2003.

READ BEFORE SIGNING

_____
Patricia Fielding, on behalf of
Savanah Fielding, a minor

SUBSCRIBED AND SWORN to before me this _____ day of May, 2003.

_____
Notary Public, State of Alaska
My Commission Expires:_____

100116

EXHIBIT 7
Page 15 of 20

Settlement Agreement and Release   Page 15 of 17