IN WITNESS WHEREOF I have hereunto set my hand this _____ day of May, 2003.

READ BEFORE SIGNING

_____
Robin Parker on behalf of the
Estate of Makayla Paige Lewis

SUBSCRIBED AND SWORN to before me this _____ day of May, 2003.

_____
Notary Public, State of Alaska
My Commission Expires:_____

IN WITNESS WHEREOF I have hereunto set my hand this 4 day of ~~May~~ June, 2003.

READ BEFORE SIGNING

*/s/ Patricia J. Fielding*
_____
Patricia Fielding, on behalf of
Savanah Fielding, a minor

SUBSCRIBED AND SWORN to before me this 4th day of ~~May~~ June, 2003.

*/s/ Carol F. McNeese*
_____
Notary Public, State of Alaska
My Commission Expires: 10/16/06

100117

AUG 1 4 2003
PROGRESSIVE - ALASKA

EXHIBIT 7
Page 16 of 20

Settlement Agreement and Release  Page 15 of 17

LAW OFFICES OF
ess & Rudd
P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
PHONE (907) 793-2200
FILE (907) 793-2299

IN WITNESS WHEREOF I have hereunto set my hand this 30st day of May, 2003.

READ BEFORE SIGNING

_Catherine Mauro_
Catherine Mauro, individually and on behalf of the Estate of Heidi Weilbacher

SUBSCRIBED AND SWORN to before me this 30 day of May, 2003.

_Notary signature_
Notary Public, State of Alaska
My Commission Expires: 7/18/05

_Ronald Weilbacher_
Ronald Weilbacher, individually and on behalf of the Estate of Heidi Weilbacher

SUBSCRIBED AND SWORN to before me this 2nd day of June, 2003.

_Kenneth Jacobus_
Notary Public, State of Alaska
My Commission Expires: 5 Oct 04

IN WITNESS WHEREOF I have hereunto set my hand this 5th day of May, 2003.

READ BEFORE SIGNING

_Barry Kell signature_
Barry Kell, as personal representative of the Estate of Robert Michael Esper

OFFICES OF
ess & Rudd P.C.
10 L STREET
VENTH FLOOR
IAGE, ALASKA 99501
ONE (907) 793-2200
ILE (907) 793-2299

AUG 1 4 2003
ANCHORAGE - ALASKA

100118

EXHIBIT 7
Page 17 of 20

Settlement Agreement and Release   Page 16 of 17

SUBSCRIBED AND SWORN to before me this 5th day of ~~May,~~ June 2003.

*[Notary Seal: State of Alaska NOTARY PUBLIC, Michelle N. Nelson, My Commission Expires October 27, 2006]*

Michelle N. Nelson
Notary Public, State of Alaska
My Commission Expires: 10/27/06

READ BEFORE SIGNING

Robert F. Esper
Robert F. Esper

SUBSCRIBED AND SWORN to before me this 7 day of ~~May,~~ July 2003.

*[Notary Seal: Jessica L. Rasor, NOTARY SEAL, STATE of ALASKA]*

Jessica L. Rasor
Notary Public, State of Alaska
My Commission Expires: 4/4/04

READ BEFORE SIGNING

ALLSTATE INSURANCE COMPANY

By: Kathryn J Berry
Its: Staff Claim Service Adjuster

SUBSCRIBED AND SWORN to before me this 8th day of ~~May,~~ July 2003.

Carol R. Hodgkins
Notary Public, State of Alaska
My Commission Expires: 11/22/2003

*[Notary Seal: Carol R. Hodgkins, My Commission Expires November 22, 2003, NOTARY PUBLIC, STATE OF ALASKA]*

LAW OFFICES OF
Bliss & Rudd P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
PHONE (907) 793-2200
FACSIMILE (907) 793-2299

F:\DATA\5831\1\PLEADINGS\Settlement and Release.doc

100119

EXHIBIT 7
Page 18 of 20

Settlement Agreement and Release    Page 17 of 17

## RELEASE OF UNDERINSURED MOTORIST CLAIMS

FOR AND IN CONSIDERATION of ONE HUNDRED TWELVE THOUSAND FIVE HUNDRED DOLLARS and no/100 CENTS ($112,500.00), the receipt of which is hereby acknowledged, the Estate of Heidi Weilbacher, and Cathie Mauro and Ronald Weilbacher, their heirs, devisees, personal representatives, assigns, subrogated lienholders and successors in interest of any nature whatsoever (hereinafter referred to as "Releasor"), releases, acquits and forever discharges Allstate Insurance Company, its attorneys, heirs, successors, agents, and assigns (hereinafter referred to as "Releasee"), from any and all actions, causes of action, controversies, damages, claims or demands of any kind or nature whatsoever, including, but not limited to, those uninsured motorist claims arising out of or relating in any way to the vehicle accident which occurred on or about July 9, 2001.

This Release shall not prevent Releasor from asserting or pursuing a claim, if any, based on a failure to offer UIM optional limits.

**100120**

The Undersigned also agrees that they are solely responsible for, and specifically represents that they have or will satisfy any and all medical or health care liens,

AUG 1 5 2003

PROGRESSIVE - ALASKA

EXHIBIT 7
Page 19 of 20

government liens, insurance liens, attorney's fees or liens, or any other liens or claims for subrogation, whether known or unknown.

READ BEFORE SIGNING

DATED: 8/6/3                                  _Cathie Mauro_

DATED: 8-11-03                                _Ron Weilbacher_

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

THIS IS TO CERTIFY that on the 8/6, 8/11 day of August, 2003, at Anchorage, Alaska, before me personally appeared _Ron Weilback_ and _Cathy Mauro_, whom I know, and they acknowledged to me that they executed the foregoing instrument freely and voluntarily; that they knew the contents thereof, and the same was their act.

IN WITNESS WHEREOF, I hereunto set my hand and seal.

_____
Notary Public in and for Alaska
My Commission Expires: 7/18/05

APPROVED AS TO FORM.

_____
KENNETH W. LEGACKI
Attorney for Estate of Heidi Weilbacher

1000/731/other/UIM Weilbacher release

100121

AUG 15 2003

EXHIBIT 7
Page 20 of 20