RENEWAL
PAGE 1 OF 3

LIBERTY MUTUAL FIRE INSURANCE COMPANY
PERSONAL AUTO POLICY DECLARATIONS
BOSTON, MASSACHUSETTS

POLICY NUMBER
AO2-268-703661-011 9

THESE DECLARATIONS EFFECTIVE   07/01/01

NAMED INSURED AND MAILING ADDRESS
PETER MAURO
CATHIE MAURO
2730 W 80
ANCHORAGE AK  99502

FOR SERVICE CALL OR WRITE:
12011 BEL RED RD SUITE 101
BELLEVUE WA 98005
425-637-9680
CLAIMS: 800-208-3045

CLIENT# 002500          ACCOUNT# 535640670

POLICY PERIOD:   07/01/01   TO   07/01/02   12:01AM STANDARD TIME AT THE ADDRESS OF THE NAMED INSURED AS STATED IN THE POLICY. THIS POLICY SHALL EXPIRE ON THE DATE SHOWN EXCEPT THAT IT MAY BE CONTINUED IN FORCE FOR SUCCESSIVE POLICY PERIODS BY THE PAYMENT OF THE REQUIRED RENEWAL PREMIUM. EACH SUCH POLICY PERIOD SHALL BE FOR THE PERIOD SPECIFIED IN THE RENEWAL DECLARATIONS.

COVERAGES AND LIMITS UNDER YOUR AUTO POLICY:     COVERAGE IS PROVIDED WHERE A
                                                 PREMIUM IS SHOWN FOR THE COVERAGE

| PART | | | | | VEH 1 | VEH 2 | VEH 3 | VEH 4 |
|---|---|---|---|---|---|---|---|---|
| A. | LIABILITY | | | | $ 354 | 402 | | 1188 |
| | BODILY INJURY | $ | 100,000 | EACH PERSON | | | | |
| | | $ | 300,000 | EACH ACCIDENT | | | | |
| | PROPERTY DAMAGE | $ | 50,000 | EACH ACCIDENT | | | | |
| B. | MEDICAL | $ | 5,000 | EACH PERSON | $ 64 | 66 | | 100 |
| C. | UNINSURED / | | | | $ 86 | 86 | | 86 |
| | UNDERINSURED MOTORISTS | | | | | | | |
| | BODILY INJURY | $ | 100,000 | EACH PERSON | | | | |
| | | $ | 300,000 | EACH ACCIDENT | | | | |
| | PROPERTY DAMAGE | $ | 50,000 | EACH ACCIDENT | | | | |
| D | COVERAGE FOR DAMAGE TO YOUR AUTO | | | | | | | |
| | OTHER THAN COLLISION | | | | $ 55 | 94 | 32 | 243 |
| | ACTUAL CASH VALUE LESS DEDUCTIBLE SHOWN: | | | | | | | |
| | VEH 1 $100   VEH 2 $100 | | | | | | | |
| | VEH 3 $100   VEH 4 $100 | | | | | | | |
| | COLLISION | | | | $ 134 | 202 | | |
| | ACTUAL CASH VALUE LESS DEDUCTIBLE SHOWN: | | | | | | | |
| | VEH 1 $500   VEH 2 $500 | | | | | | | |
| | OPTIONAL COVERAGES: | | | | $ 18 | 18 | | |
| | TOWING AND LABOR COST- $75 EACH DISABLEMENT | | | | | | | |
| | INCREASED LIMITS TRANSPORTATION EXPENSES $30/$900 | | | | $ 35 | 35 | | |
| | ANNUAL PREMIUM PER VEHICLE: | | | | $ 746 | 903 | 32 | 1617 |
| | TOTAL ANNUAL POLICY PREMIUM: | | | | $ 3298.00 | | | |

MAY 30 2002
PROGRESSIVE - ALASKA
100136

TO 3079 (Ed. 4-93)

This policy, including all endorsements attached is countersigned by:

*James MacRae*

AUTHORIZED REPRESENTATIVE
RENEWAL

EXHIBIT 8
Page 1 of 1

# CRASH: *Families, friends struggle with loss*

*Continued from A-1*

passengers, and officer Justin T. Wollam.

The passengers killed were Heidi Weilbacher, 14, and Makayla Lewis, 16. A third passenger, Savanah Fielding, was critically injured. Three other teenagers had scrambled out of the Blazer back in Spenard. Friends who talked to the surviving teens said Esper stopped when one of them, a girl scared by his erratic driving, screamed to be let out. Two teenage boys fled with her.

Around Anchorage this week, families and friends talked about the good moments in the lives of those who died as they struggled with the horror of how their lives ended.

Weilbacher told her mother that she was going to baby-sit when she left home Sunday night, said family friend Ken Legacki, an Anchorage attorney.

"She was a good kid, not the type to be out at 4 a.m.," Legacki said. "It doesn't make sense. They are flabbergasted."

She was an honor student who had just completed her freshman year at Dimond High School, he said.

Her parents are still too torn up to talk. Her father, R.W. Weilbacher, owns a fishing guide outfit in Soldotna. Weilbacher had just visited him there. Her mother and stepfather live in a large home on a small lake in South Anchorage.

Parents need to think about how senselessly their children can be lost, Legacki said.

"You just hope and pray they don't get pulled by the tide for some sort of stupid mistake," he said.

No one could say how the teens hooked up Sunday night or early Monday morning. The police are investigating that but won't release more information until the probe is complete, said police spokesman Ron McGee.

The teens knew each other from Dimond High School or even earlier in childhood, their friends said.

Weilbacher was outgoing and fun-loving, said Nicole Carrier, 15.

"If you were sad, she would always find a way to make you laugh," Carrier said. She'd crack "a cheesy smile" or hike up her pants and walk in a goofy way.

Once when the girls were at a sleepover, Carrier fell ill. Weilbacher stayed by her side and comforted her, Carrier said.

Weilbacher was especially close to her mother, her friend said.

"She tells her mother what she wants to do and if her mother said no, it was no," Carrier said.

Makayla Lewis had more trouble in her life, but her friends said it didn't show. At the time of her death, Lewis was in the legal custody of the state Division of Family and Youth Services. Some friends said they knew she had a difficult home life. Others didn't.

"She didn't let any of that matter," said Kari Lacey, 15. "She was always happy."

Lewis was on Carrier's recreational soccer team, the Teal Tornados, back in 1998. Carrier didn't know the other girls, but Lewis made sure she felt included.

DFYS said she was reported as a runaway in April after leaving Covenant House. But her friends never thought of her as a street kid. She liked going to the mall. She worked at a deli.

"She was so fun. She was down for everything. We hung out all the time," Lacey said.

This summer Lewis was supposed to go to Hawaii, where her guardians live, but she missed the plane, Lacey said.

Bobby Esper also was a happy, well-adjusted kid, until he started doing drugs in his teens, said his father, a local bus driver. Though he lost his mother to cancer as a young boy, he seemed fine emotionally, Bob Esper said.

He played hockey for the Anchorage Hockey Association starting at age 4. He was an adept downhill skier.

"He was a joy to be around, and a fun kid," his dad said.

But as a teenager, he began doing drugs, including LSD, which his father believes wrecked his mind and his judgment.

"If you get any message out to these kids, get it out that this acid that they are all doing, a whole hell of a lot of them, they are altering their brains," Bob Esper said.

In March, Bobby Esper was released from McLaughlin Youth Center where he had been institutionalized after three vehicle theft convictions in the juvenile system. The same month, he was arrested on new charges of vehicle theft and drunken driving, this time as an adult.

He voluntarily went into the Ernie Turner Center for 50 days of residential alcohol and drug treatment, his father said. He was sentenced in June and put on probation.

Last week, he wasn't doing well at his job and maybe had relapsed, Bob Esper said. Monday morning, he was supposed to go in and talk with his boss, to straighten the situation out.

■ Reporter Lisa Demer can be reached at ldemer@adn.com and 257-4390.

100255

EXHIBIT 9
Page 1 of 1



**ANCHORAGE**
## Heidi C. Weilbacher, 14



Heidi

Longtime Anchorage resident Heidi Catherine Weilbacher, 14, died July 9, 2001, as a result of a traffic accident on the Glenn Highway.

A funeral will be at 2 p.m. Saturday at First United Methodist Church with the Rev. Doug Lindsay officiating. Private interment will be held.

Visitation will be from 5-8 p.m. Friday in the chapel of Anchorage Funeral Home.

Heidi was born July 31, 1986, in Soldotna.

She was going to be a sophomore this fall at Dimond High School and was on the honor roll there.

She loved animals, her music, snowboarding, friends, and above all, her family.

Her family said: "Heidi was a bright and beautiful young woman. She loved the out of doors, especially fishing on the Kenai River with her family. Her life was cut short too soon, but her memory will live long in the hearts of her family and friends."

Heidi was loved and will be missed very much, the family also said.

She is survived by her mother and stepfather, Cathie and Pete Mauro of Anchorage; father, R.W. Weilbacher of Soldotna; brothers, Troy Weilbacher of Yakima, Wash., and Eric Mauro of Anchorage; sisters, Lisa Weilbacher of Yakima, Vicki Santos of California, Chelsea Mauro of Peters Creek, and Gina Mauro of Anchorage; grandfather, Oliver Gifford of Yakima; and grandparents, Mary and Jerry Ring of Federal Way, Wash.

100256

EXHIBIT 10
Page 1 of 1