March 12, 2002



**PROGRESSIVE**

4400 Business Park Boulevard
Suite 22
Anchorage, AK 99503-7118

Telephone: 800-274-4499
Facsimile: (907) 561-8594

http://www.progressive.com

Kenneth W. Legacki, Esq.
425. "G" Street, Suite 920
Anchorage, AK  99501



RE:     Our Insured   :   Ron Weilbacher
        Our Claim #   :   017489548
        Date of Loss  :   July 9, 2001
        Your Client   :   Estate of Heidi Weilbacher

Dear Mr. Legacki:

At the time of the above accident, we were informed that Heidi Weilbacher was living in Soldotna with our insured. However, there was no court order as to custody. It is our understanding that there is an issue of dual residency. We were informed that Heid lived with her mother during the school year. Her mother was insured with Liberty Mutual Insurance at the time of loss.

Under the policy on page 19 under Other Insurance, it states the following:

> *If there is other applicable vehicle or rental vehicle medical payments insurance, we will pay only our share of the damages. Our share is the proportion that our Limit of Liability bears to the total of all applicable limits. Any insurance that we provide for an insured person occupying a vehicle or rental vehicle, other than a covered vehicle, will be excess over any other vehicle or rental vehicle insurance providing payments for medical or funeral expenses.*

In order to determine if there is other applicable vehicle medical payments insurance with Liberty Mutual Insurance, we request that a copy of the declarations page be provided.

Thank you for your cooperation. If you have any questions or comments, please contact the undersigned.

Sincerely,
PROGRESSIVE COMPANIES

Gayle Cleary
Medical Payments Adjuster
(907) 261-7012
Gayle_Cleary@Progressive.com

EXHIBIT 11
Page 1 of 1

**100264**

```
(A) PRODUC~1.ZWS - PASSPORT                                  ugust 22, 2005, 14:01:24

CMSD4712   /CMSM4712              P A C M A N              AUG 22 05 - 17:01
OPID: AXA0070                FACE SHEET NOTE INQUIRY       TERMID: VT650506
INSD: WEILBACHER, RON V                                    POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN    REP: J WESOLOWSKI
                                   FACE SHEET NOTE CODE*
```

F-FS DEC 14 01 - 07:14 PM ET DCW0003 /DCW0003     (CONTINUED)
BRING DAMAGES MEASURED BY THE PECUNIARY LOSS TO THE ESTATE, IF THE
DECEASED IS UNMARRIED LEAVES NO DEPENDENTS.
-DEPENDING ON AMOUNT PAID UNDER ALLSTATE POLICY, EXPOSURE UNDER THIS
POLICY MAY BE LIMITED. INSURED WILL LIKELY OBTAIN UIM-LIMIT OF $100K,
AND MAY RECOVER SOME OF THE $300K -BI WHICH WILL BE DIVIDED BETWEEN
FOUR CLAIMS.
-
COV ANALYISIS:   IF GP IS RESIDENT OF NI HOUSEHOLD AND QUALIFIES AS
"RELATIVE", PER INSURING AGREEMENT. UM/UIM COVEREAGE WILL APPLY,
ON EXCESS BASIS, ALLSTATE IS PRIMARY.
F-TD DEC 14 01 - 07:37 PM ET DCW0003 /DCW0003
A/P:
* F/U WITH ATTY FOR INSURED.

ADD- REP:          DUE DATE: AUG 22 05   MSG:
C912770 MORE DATA                                                         *
COMMAND: ACTIVT

100291

EXHIBIT 12
Page 1 of 1

```
(A) PRODUC~1.ZWS - PASSPORT                                    gust 22, 2005, 14:01:38

CMSD4712  /CMSM4712              P A C M A N              AUG 22 05 - 17:01
OPID: AXA0070               FACE SHEET NOTE INQUIRY       TERMID: VT650506
INSD: WEILBACHER, RON V                                   POL: 65824951-0
DOL : JUL 09 01   OH-LEGAL -LIT-    CLM: 017489548  OPEN  REP: J WESOLOWSKI
                                 FACE SHEET NOTE CODE*

F-TD FEB 04 02 - 02:47 PM ET GLC0004 /GLC0004
MP TO DO LIST:
1. MP COVERAGE APEARS IN ORDER (RESIDENT RELATIVE IN NON-OWNED VEHICLE)
2. AWAIT FUNERAL BILLS FROM ATTY OFFICE; REIMBURSE REASONABLE & NECESSARY
3. MP EXHAUSTS $5,000
   TOTALED PAID - $8,327; ALLSTATE PAID $2,000
F-CT FEB 12 02 - 07:30 PM ET GLC0004 /GLC0004
REVIEWED LTR FROM IGP ATTY PRESENTING COPIES OF RECEIPTS FROM ANGELUS MEMORIAL
PARK & ANCHORAGE FUNERAL HOMES FOR IGP FUNERAL SERVICES
F-CV FEB 21 02 - 03:48 PM ET GLC0004 /GLC0004
MP COVERAGE
IN ORDER
LEVEL 2 CVQ - VEHICLE INVOLVED IN LOSS IS UNLISTED VEHICLE VEH
  LISTED VEHICLE IS 95 DODGE CARAVAN...VEHICLE INVOLVED IN LOSS IS

ADD- REP:          DUE DATE: AUG 22 05   MSG:
C912770 MORE DATA                                                          *
COMMAND: ACTIVT
```

100298

EXHIBIT 13
Page 1 of 1

```
(A) PRODUC~1.ZWS - PASSPORT                                  gust 22, 2005, 14:01:40

 CMSD4712   /CMSM4712               P A C M A N              AUG 22 05 - 17:01
 OPID: AXA0070                 FACE SHEET NOTE INQUIRY       TERMID: VT650506
 INSD: WEILBACHER, RON V                                     POL: 65824951-0
 DOL : JUL 09 01   OH-LEGAL -LIT-   CLM: 017489548  OPEN     REP: J WESOLOWSKI
                                    FACE SHEET NOTE CODE*

 F-CV FEB 21 02 - 03:48 PM ET GLC0004 /GLC0004     (CONTINUED)
  LISTED VEHICLE IS 95 DODGE CARAVAN...VEHICLE INVOLVED IN LOSS IS
  CHEVY BLAZER WHICH IS OWNED BY ROBERT ESPER & INSURED W/ALLSTATE..
  IF GP IS RESIDENT RELATIVE OF NI, WILL NOT AFFECT MP AS IT IS
  NON-OWNED VEHICLE....ALLSTATE PART OF WERELY, PROG MP WOULD BE
  SECONDARY....ALLSTATE MP IS $25,000 BUT ONLY HAS DEATH BENS OF $2,000
 LEVEL 3 CVQ - DRIVER NOT ON POLICY
  WILL NOT AFFECT MP CLAIM AS IGP IN NON-OWNED VEHICLE
 *****
  INSURED PERSON
   "A RELATIVE WHILE OCCUPYING A COVERED VEHICLE OR NON-OWNED VEHICLE;"
 ******
  IGP IS RESIDENT RELATIVE OF NI WHO WAS OCCUPYING A NON-OWNED VEHICLE
 F-RA FEB 21 02 - 03:54 PM ET GLC0004 /GLC0004

 ADD- REP:         DUE DATE: AUG 22 05    MSG:
 C912770 MORE DATA                                                          *
 COMMAND: ACTIVT
```

100299

EXHIBIT 14
Page 1 of 1

```
A)  PRODUC~1.ZWS - PASSPORT                                   gust 22, 2005, 14:01:42
CMSD4712   /CMSM4712              P A C M A N              AUG 22 05 - 17:01
OPID: AXA0070                FACE SHEET NOTE INQUIRY       TERMID: VT650506
INSD: WEILBACHER, RON V                                    POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-   CLM: 017489548  OPEN     REP: J WESOLOWSKI
                                  FACE SHEET NOTE CODE*

F-RA FEB 21 02 - 03:54 PM ET GLC0004 /GLC0004
11:49 AM - TUSR18A -
REQUEST AUTH TO REIMBURSE PETER & CATHIE MAURO $5,000 FOR FUNERAL EXPENSES
THAT THEY PAID FOR IGP.   PER MP INSURING AGREEMENT SUCH EXPENSES WOULD BE
COVERED AS IGP WAS A RESIDENT RELATIVE OCCUPYING A NON-OWNED VEHICLE & THUS
AN INSURED PERSON @ TOL.
E:   UD DRIVING UV ERRADICALLY, WAS DRIVING NBOUND ON SBOUND SIDE OF
     HWY.  UV HEAD ON COLL WITH APD CRUISER.  4 FATALITIES.
C:   POLICY # 9607.  MP LIMITS $5,000
     ON PAGES 16 & 17, THE MP INSURING AGREEMENT STATES THE FOLLOWING:
      "SUBJECT...FOR MEDICAL AND FUNERAL SERVICES BECAUSE OF BODILY INJURY:
       1. SUSTAINED BY AN INSURED PERSON;...."
     ****
     ON PAGE 17 UNDER ADDITIONAL DEFINITIONS, "INSURED PERSON" MEANS

ADD- REP:            DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                              *
COMMAND: ACTIVT
```

100200

EXHIBIT 15

Page 1 of 1