```
A) PRODUC~1.ZWS - PASSPORT                                  just 22, 2005, 14:01:48

CMSD4712   /CMSM4712              P A C M A N              AUG 22 05 - 17:01
OPID: AXA0070                FACE SHEET NOTE INQUIRY       TERMID: VT650506
INSD: WEILBACHER, RON V                                    POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-    CLM: 017489548  OPEN    REP: J WESOLOWSKI
                                  FACE SHEET NOTE CODE*

F-FR FEB 21 02 - 04:35 PM ET TUSR18A /TUSR18A    (CONTINUED)
   THE TIME OF THIS LOSS?  AS LONG AS SAME HAS BEEN DONE, OK TO PAY THE 5K
   IN MP BENEFITS FOR THE COST OF THE FUNERAL..  DCW SHOULD BE ABLE TO ADVISE
   AS TO WHETHER THE RESIDENCY ISSUE HAS BEEN RESOLVED..
F-CV FEB 21 02 - 05:16 PM ET DCW0003 /DCW0003
2/20, MET W/ NI AND HIS ATTY, TOOK R/S. HEIDI WEILBACHER DOB IS
7/31/86, NI IS HER NATURAL FATHER. HER MOTHER IS CATHY MAUOR AND SHE
RESIDES IN ANCHORAGE. HEIDI WAS IN THE 10TH GRADE AT DIMOND HIGH,
ANCHORAGE, AND LIVED W/ HER MOTHER CATHY MAURO, DURING THE SCHOOL
MONTHS, AND LIVED WITH HER FATHER, RON WEILBACHER, IN SOLDOTNA, DURING
THE SUMMER. NI OWNS THE RW FISHING RESORT IN SOLDOTNA, AK., AND HEIDI
WORKED AND LIVED THERE DURING THE SUMMER.
- THE RESORT WAS WILLED TO HEIDI , IN RON'S WILL.
-

ADD- REP:            DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                              *
COMMAND: ACTIVT
```

100303

EXHIBIT 16
Page 1 of 1

```
A) PRODUC~1.ZWS - PASSPORT                                       just 22, 2005, 14:01:50
CMSD4712   /CMSM4712              P A C M A N              AUG 22 05 - 17:01
OPID: AXA0070                 FACE SHEET NOTE INQUIRY      TERMID: VT650506
INSD: WEILBACHER, RON V                                    POL: 65824951-0
DOL : JUL 09 01  OH-LEGAL -LIT-   CLM: 017489548   OPEN    REP: J WESOLOWSKI
                                  FACE SHEET NOTE CODE*

F-CV FEB 21 02 - 05:16 PM ET DCW0003 /DCW0003      (CONTINUED)
-
AT THE TIME THIS ACCIDENT OCCURRED, HEIDI WAS LIVING IN SOLDOTNA WITH
HER FATHER, AND HAD DRIVEN UP TO ANCHORAGE WITH HER MOTHER ON THAT DAY
BEFORE.
-
HEIDI LIVED WITH THE NI WHEN THIS ACCIDENT OCCURRED, SHE IS THE NI
NATURAL DAUGHTER AND QUALIFIES AS A "RELATIVE".
-
PER THE NI, CATHY MAURO, HAS A POLICY W/ LIBERTY MUTUAL INS. I HAVE
REQUESTED A COPY OF THE POLICY, BECAUSE THERE APPEARS TO BE DUAL
RESIDENCY OF HEIDI, BETWEEN HER FATHER AND MOTHER.
-
NI AND HEIDI'S MOTHER WERE DIVORCED 11 YRS AGO, WHICH WAS A DISSOLUTION

ADD- REP:          DUE DATE: AUG 22 05    MSG:
C912770 MORE DATA                                                              *
COMMAND: ACTIVT
```

EXHIBIT 17
Page 1 of 1

100304

```
(A) PRODUC~1.ZWS - PASSPORT                                    gust 22, 2005, 14:01:54
CMSD4712   /CMSM4712                  P A C M A N              AUG 22 05 - 17:01
OPID: AXA0070                   FACE SHEET NOTE INQUIRY        TERMID: VT650506
INSD: WEILBACHER, RON V                                        POL: 65824951-0
DOL : JUL 09 01   OH-LEGAL -LIT-    CLM: 017489548  OPEN       REP: J WESOLOWSKI
                                   FACE SHEET NOTE CODE*

F-FR FEB 26 02 - 08:34 PM ET TUSR22D /TUSR22D
REVD
ONE CAN HAVE DUAL RESIDENCY IN MOST VENUES. IS THIS AN ISSUE IN ALASKA?
DANNY, NEXT STEP IN ADDRESSING EXPOSURE? DUAL COVERAGE WITH THE OTHER CARRIER.
F-CV FEB 27 02 - 12:12 PM ET DCW0003 /DCW0003
AK LAW RECOGNIZES DUEL RESIDENCY. HERE THE INSURED MUST GET THROUGH
THE BI LIABILITY POLICY, AND THE UIM AVAILABLE UNDER THE VEHICLE SHE
OCCUPIED. THEN THERE IS ISSUE W/ COV. WITH LIBERTY MUTUAL, WHICH IS HER
MOTHERS CARRIER.
F-TD MAR 11 02 - 01:22 PM ET DCW0003 /DCW0003
A/P:
* NEED LIBERTY MUTUAL POLICY/ W/ DECEASED MOTHER.
* MONITER BI/UIM FIRST LAYER COV./ W/ ALLSTATE.
* CONSIDER ECON. EXPERT / VALUE OF ESTATE.

ADD- REP:            DUE DATE: AUG 22 05   MSG:
C912770 MORE DATA                                                             *
COMMAND: ACTIVT
```

100306

EXHIBIT 18
Page 1 of 1

```
A) PRODUC~1.ZWS - PASSPORT                                      gust 22, 2005, 14:02:08

CMSD4712   /CMSM4712              P A C M A N              AUG 22 05 - 17:02
OPID: AXA0070              FACE SHEET NOTE INQUIRY          TERMID: VT650506
INSD: WEILBACHER, RON V                                     POL: 65824951-0
DOL : JUL 09 01   OH-LEGAL -LIT-    CLM: 017489548  OPEN    REP: J WESOLOWSKI
                                  FACE SHEET NOTE CODE*

F-PY MAY 29 02 - 03:14 PM ET GLC0004 /GLC0004      (CONTINUED)
********
MP IS IN ORDER.  IGP WAS MINOR DAUGHTER OF NI.  IGP HAD DUAL RESIDENCY W/
NI & IGP MOTHER.  NO FORMAL COURT DECISION AS TO CUSTODY.  AS IGP WAS
RESIDENT RELATIVE OF NI OCCUPYING A NON-OWNED VEHICLE (OWNED BY ESPER) @ TOL,
IGP WOULD BE CONSIDERED AN INSURED PERSON @ TOL.
F-CT MAY 29 02 - 03:19 PM ET GLC0004 /GLC0004
SENT LTR TO ESTATE ATTY ALONG W/PAYMENT TO CATHIE MAURO (PAID THE FUNERAL
EXPENSES).
F-IE MAY 29 02 - 03:21 PM ET GLC0004 /GLC0004
AS THERE APPEARS TO BE NO MORE MEDICAL OR FUNERAL EXPENSES BE PRESENTED
UNDER MP BY ESTATE ATTORNEY, CLOSED MP CLAIM
****
SENT MP CLOSURE LTR TO ESTATE ATTORNEY (NOT EXHAUSTED)

ADD- REP:              DUE DATE: AUG 22 05   MSG:
C912770 MORE DATA                                                              *
COMMAND: ACTIVT
```

100313

EXHIBIT 19
Page 1 of 1

**2729 REPORT**
**CONFIDENTIAL: FOR USE BY COMPANY**
**ATTORNEYS IN THE EVENT OF LITIGATION**

Author: Danny Withers                Composed: 10/25/2002 12:05 PM
State: Alaska   Status:              Date of this Update: **10/25/2002**

---

Product: Auto
Insured: Ron Wielbacher
Date Of Loss: 07/09/2001       Org. Code: 31848       PACMan ID: DCW0003
Claim #: 017489548                      Branch: Anchorage   Venue: Anchorage
Defense Attorney:                       Defense Firm:
Date Referred To Defense:               BadFaith?:
Rep. Name:                              Ext.:
Plaintiff Attorney:                     Plaintiff Firm:
Trial Date:
**Claim Status: Open**

---

Current Factual and Procedural Status:


Brief Description Of Accident:
On or about 7/9/01, at approx. 03:56am, the U/D was evading police pursuit, when he crossed the center line and hit another police vehicle head-on at high speed.
CD- Policeman was killed at the scene. Two other occupants of the UV, and the UD were also killed. The insured a passenger in UV, was severely injured. UD was DUI suspect at the time of pursuit.

This is a UIMBI exposure, for insured only, as full liability limits of the Allstate policy will be paid.

Liability:
Resolved? Yes                     Responsible party: UD Robert M. Esper
Facts: Evading police pursuit, crossed center line and hit police cruiser head-on. Severe impact, 60mph+.
Unresolved Issues: None- Liability rests with the UD, evading police pursuit and DUI.

Damages:
Description of damages: Closed head injury/ intensive care- Savanah Fielding, age 15
Amount of specials? $60,000.00        Injury alleged: Brain Injury
Surgery? yes                          Type?
Facts: Insured /intensive care several days/ brain injury, and residuals/complications.
Unresolved Issues: extent of residual injuries.

Coverage:
Resolved? Yes                     Coverage Provided? Yes          ROR? no
Status of open issues: Savanah Fielding is relative of NI, and member of NI household, which qualifies her for UIM coverage.

Other Coverages:
Resolved? Yes                     Identify: Allstate Insurance
Status of open issues: BI- 100/300- UIM-100/300

EXHIBIT 20
Page 1 of 1

100,445