Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail: legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| PROGRESSIVE NORTHWESTERN INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) Case No. 3:05-cv-0204-TMB |

**AFFIDAVIT OF RONALD WEILBACHER**

STATE OF ALASKA        )
                                      ) ss
THIRD JUDICIAL DISTRICT )

RONALD WEILBACHER, being first duly sworn upon oath, deposes and

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

EXHIBIT 21
Page 1 of 3

states:

1. I am the plaintiff in the above-captioned matter.

2. I have read Progressive's Alternate Motion for Summary Judgment alleging that I made misrepresentations on my insurance application.

3. It is my understanding Progressive is alleging misrepresentation because in my deposition I testified that my daughter Heidi was residing with me in December of 2000 when I filled out the insurance application.

4. Before the deposition I was extremely anxious and in a great deal of emotional pain. I had not slept at all the night before the deposition and I had problems sleeping each and every night for two weeks prior to the deposition.

5. It is obvious that I misunderstood defense counsel's question because during the winter months, as I stated in my prior statement to Progressive's adjuster Danny Withers, Heidi lives with her mother during the school year and Heidi attended Mears and then Dimond High School.

6. In my mind, I thought the attorney was asking whether I had joint

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

AFFIDAVIT OF RONALD WEILBACHER
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 3

EXHIBIT 21
Page 2 of 3

legal custody.

7. During the winter months, I am seldom living in Soldotna because I am traveling around the country doing trade shows to promote my business.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
RONALD WEILBACHER

SUBSCRIBED and SWORN TO before me this 12th day of September, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 10-1-2008

I HEREBY CERTIFY that on the 15ya day of September, 2006, a copy of the foregoing document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

_____s/Kenneth W. Legacki_____

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

AFFIDAVIT OF RONALD WEILBACHER
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 3 of 3

EXHIBIT 21
Page 3 of 3