Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| PROGRESSIVE NORTHWESTERN | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) Case No. 3:05-cv-0204-TMB |
| | ) |

**(PROPOSED)**
**ORDER DENYING PROGRESSIVE'S**
**<u>ALTERNATE MOTION FOR SUMMARY JUDGMENT</u>**

Progressive Northwestern Insurance Company having moved this Court in the alternative for summary judgment on all of plaintiff's claims against it, and the Court having considered the memoranda of the parties and being duly

advised in the premises,

   IT IS HEREBY ORDERED Progressive's Alternate Motion for Summary Judgment [Docket No. 70] is denied.

   DATED this _____ day of _____, 2006.

            _____
            The Honorable Timothy M. Burgess
            United States District Judge

I HEREBY CERTIFY that on the 15th day of September, 2006, a copy of the foregoing document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

   s/Kenneth W. Legacki

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

ORDER DENYING PROGRESSIVE'S ALTERNATE MOTION FOR
   SUMMARY JUDGMENT
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 2