Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER,            )<br>                                  )<br>        Plaintiff,               )<br>                                  )<br>    v.                            )<br>                                  )<br>PROGRESSIVE NORTHWESTERN          )<br>INSURANCE COMPANY,                )<br>                                  )<br>        Defendant.                )<br>_____) | 3:05-cv-204-TMB |

LIMITED OPPOSITION TO PLAINTIFF'S MOTION
FOR EXTENSION OF TIME TO RESPOND TO PROGRESSIVE'S
<u>ALTERNATE MOTION FOR PARTIAL SUMMARY JUDGMENT RE BAD FAITH</u>

Progressive Northwestern Insurance Company ("Progressive") does not oppose Mr. Weilbacher's request for an extension of time to <u>October 6, 2006</u> (rather than October 16, 2006) to file his response to Progressive's Alternate Motion for Partial Summary Judgment re Bad Faith (DE#68-69) as long as Mr. Weilbacher's response is substantive and not yet another request for an extension of time (i.e. under Rule 56(f)).

An extension to October 16, 2006, as requested, is unjustifiably long given the basis for the request.  It is the nature of the practice of law that the attorneys for both parties have other clients with demands on their time and resources, as well as, personal demands from friends and family.  It does not, however, follow that simply having other demands on one's time that are equally important justifies a 30-day extension of time.  An extension of time to October 6, 2006, provides plaintiff's attorney with an additional two weeks of time following his return on September 23, 2006 to complete Mr. Weilbacher's response.  As such, Progressive does not oppose an extension of time to October 6, 2006 for Mr. Weilbacher's response.

DATED at Fairbanks, Alaska, this 19th day of September, 2006.

                                         GUESS & RUDD P.C.
                                         Attorneys for Progressive
                                         Northwestern Insurance Company

                                  By:    s/Aisha Tinker Bray
                                         Guess & Rudd P.C.
                                         100 Cushman Street, Suite 500
                                         Fairbanks, Alaska 99701
                                         Phone: 907-452-8986
                                         Fax:   907-452-7015
                                         Email: atbray@guessrudd.com
                                         Alaska Bar No. 9505028

Case No. 3:05-cv-204-TMB   Weilbacher v. Progressive Northwestern Ins. Co.
Limited Opposition to Plaintiff's Motion for Extension of Time to Respond to Progressive's **Alternate** Motion for Partial Summary Judgment Re Bad Faith
Page 2 of 2

CERTIFICATE OF SERVICE
I hereby certify that on the 19th day of September, 2006, a copy of the foregoing document was served electronically on:

Kenneth A Legacki, Esq.

Guess & Rudd P.C.

By:    /s/Aisha Tinker Bray

Case No. 3:05-cv-204-TMB   Weilbacher v. Progressive Northwestern Ins. Co.
Limited Opposition to Plaintiff's Motion for Extension of Time to Respond to Progressive's **Alternate** Motion for Partial Summary Judgment Re Bad Faith
Page 3 of 2