Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PROGRESSIVE NORTHWESTERN ) <br> INSURANCE COMPANY, ) <br> ) <br> Defendant. ) <br> _____ ) | 3:05-cv-204-TMB |

LIMITED OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION
OF TIME TO RESPOND TO PROGRESSIVE'S MOTION *IN LIMINE*
TO ESTABLISH LAW OF THE CASE REGARDING COMPENSATORY DAMAGES

Progressive Northwestern Insurance Company ("Progressive") does not oppose Mr. Weilbacher's request for an extension of time to October 6, 2006 (rather than October 16, 2006) to file his response to Progressive's Motion *in Limine* to Establish Law of the Case Regarding Compensatory Damages (DE#74-75) as long as Mr. Weilbacher's response is substantive and not yet another request for an extension of time (i.e. under Rule 56(f)).

An extension to October 16, 2006, as requested, is unjustifiably long given the basis for the request.  It is the nature of the practice of law that the attorneys for both parties

have other clients with demands on their time and resources, as well as, personal demands from friends and family. It does not, however, follow that simply having other demands on one's time that are equally important justifies a 30-day extension of time. An extension of time to October 6, 2006, provides plaintiff's attorney with an additional two weeks of time following his return on September 23, 2006 to complete Mr. Weilbacher's response. As such, Progressive does not oppose an extension of time to October 6, 2006 for Mr. Weilbacher's response.

DATED at Fairbanks, Alaska, this 19th day of September, 2006.

>
> GUESS & RUDD P.C.
> Attorneys for Progressive
> Northwestern Insurance Company
>
> By:     /s/Aisha Tinker Bray
> Guess & Rudd P.C.
> 100 Cushman Street, Suite 500
> Fairbanks, Alaska  99701
> Phone: 907-452-8986
> Fax:   907-452-7015
> Email: atbray@guessrudd.com
> Alaska Bar No. 9505028

CERTIFICATE OF SERVICE
I hereby certify that on the
19th day of September, 2006, a copy
of the foregoing document was served
electronically on:

Kenneth A Legacki, Esq.

Guess & Rudd P.C.

By:    /s/Aisha Tinker Bray

USDC Case No. 3:05-cv-204-TMB   Weilbacher v. Progressive
Limited Opposition to Plaintiff's Motion for Extension of Time to Respond to Progressive's Motion *in Limine* to Establish Law of the Case Regarding Compensatory Damages
Page 2 of 2