Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| PROGRESSIVE NORTHWESTERN | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) Case No. 3:05-cv-0204-TMB |
| | ) |

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT ON
PROGRESSIVE'S MOTION *IN LIMINE* TO PRECLUDE
PLAINTIFF FROM CALLING DR. ANN STOCKMAN
AND ANY OTHER MEDICAL CARE PROVIDER**

Plaintiff Ronald Weilbacher, by and through counsel, hereby requests oral argument on Defendant Progressive's Motion *In Limine* to Preclude

Plaintiff From Calling Dr. Ann Stockman and Any Other Medical Care Provider filed on August 28, 2006. [Docket No. 66]

DATED this 20th day of September, 2006, at Anchorage, Alaska.

        KENNETH W. LEGACKI, P.C.
        Attorney for Plaintiff

    By    s/Kenneth W. Legacki
        Kenneth W. Legacki
        Alaska Bar No. 8310132
        425 G Street, Suite 920
        Anchorage, AK  99501
        Phone: (907) 258-2422
        Fax: (907) 278-4848
        E-mail: legacki@gci.net

I HEREBY CERTIFY that on the 20th day of September, 2006, a copy of the foregoing document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

    s/Kenneth W. Legacki

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S REQUEST FOR ORAL ARGUMENT ON PROGRESSIVE'S MOTION
  *IN LIMINE* TO PRECLUDE PLAINTIFF FROM CALLING DR. ANN STOCKMAN
  AND ANY OTHER MEDICAL CARE PROVIDER
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 2