CASENAME>                                                                                                    WITN
                                                                                                              D

| | | | | |
|---|---|---|---|---|
| **based** 31:5 90:14 | **BI/PD** 25:5 29:19 | **cabin** 95:22 | **changed** 61:12 112:7 | **Commission** 123:20 |
| **basically** 10:19 38:2 | **Bo** 92:16,17,17 119:17 | **call** 40:12,19 76:12 | 119:21 120:4 | **communicated** 15:9 |
| 45:13 86:11 96:20 | **boat** 7:5 44:20 69:17 | 100:6 | **Charlie** 102:18 | **communicating** 28: |
| 108:1 110:24 111:15 | 114:25 | **called** 12:10 22:2,5 | **chase** 60:25 | 50:4 |
| 116:23 | **boats** 13:1 | 31:23 36:13 64:6 | **chasing** 60:23 | **communications** 8:2 |
| **basis** 32:9,13 33:3 91:9 | **Bob** 95:16 102:12 | 99:22 | **check** 3:17 35:12 89:3 | 8:21 |
| 96:10 | **bodily** 15:20 24:13 | **calls** 79:16 80:25 84:14 | 89:5,8,8,9,12,23,25 | **companies** 11:16 26 |
| **Bates** 22:2 | 36:16 38:14,18 39:11 | 84:23 106:19 110:2 | 90:14,23 91:5,6,11 | 27:12 111:6 |
| **bear** 22:7 83:7 | 53:13 57:15 64:8,23 | **came** 5:13 13:11 56:15 | 91:12 108:19,20,24 | **companionship** 61: |
| **before** 23:13,16 34:4 | 68:8,18,22 72:14,16 | 82:10 96:17 98:17,22 | **checked** 35:9 | 62:4,10,21 78:18 |
| 45:16 46:25 49:20 | 77:11,14,16,18,22 | 98:24 99:4,6 120:10 | **checks** 34:19 | 79:5,14,23 80:4,1 |
| 71:4 86:12 92:13 | 78:6,10,12,14,17 | **camp** 8:23 | **children** 33:2 | 80:13,15,24 81:10 |
| 94:14 97:17 103:17 | 83:12,13,15,16 84:12 | **canceled** 114:21 115:1 | **chose** 16:8 | 83:17 84:3 91:16 |
| 106:8 123:7 | 84:16,17 110:15 | **capital** 24:12 | **Church** 113:18 | 111:11 |
| **beginning** 39:8,9 96:17 | 113:7,7,20 114:18 | **caps** 69:25 | **circles** 21:6 31:21 | **companionship/los** |
| **behalf** 4:12,24 5:1 6:23 | 117:10 | **car** 13:16,17 17:19 31:2 | **claim** 27:22 53:5 54:9 | 53:11 57:12 |
| 52:14 106:16,24 | **bold** 69:25 | 31:2 73:8,11 76:17 | 58:5 59:17 60:5 79:6 | **company** 1:7 4:11 |
| **behavior** 49:25 | **Bonnie** 12:18,21 13:11 | 81:24 | 80:2,3,3,13,23 81:9 | 15:17,23 27:21 29 |
| **being** 4:12,24,25 5:7 | 15:14,14 | **card** 10:12,21,22 11:10 | 81:17,23 89:1 90:20 | 30:11,15,17,20 31 |
| 18:20 31:20,22 48:13 | **born** 20:15 | 19:23 | 91:10,23 93:11 103:8 | 31:25 32:11 35:7 |
| 48:20 49:3 80:5 | **borrow** 83:7 | **care** 14:6 40:22 110:14 | 105:10,18 106:11,15 | 40:8 65:9,10,11,1 |
| 91:18 104:16 110:21 | **both** 16:12 38:9,12,13 | **Carl** 95:18 | 106:23 108:1 109:13 | 65:14 71:22 88:25 |
| 118:4 | 73:8,9,19 74:5,17 | **carrier** 23:25 | 110:21 112:11,14 | 89:12 114:13,22 |
| **belief** 43:18 | 75:15 99:22 100:18 | **carry** 14:19 15:1 | 113:7 117:10 118:16 | 116:17 117:1 118: |
| **believe** 11:18,19 12:9 | 112:2 | **carrying** 13:18,22 | **claiming** 93:18 | 118:19 |
| 17:18 18:5 19:16 | **bottom** 22:1,4 37:17 | **case** 1:9 4:9 6:22 8:17 | **claims** 45:23 53:10,12 | **complaint** 6:22,23,2 |
| 24:10 26:7,24 30:15 | 52:12,20 69:15,25 | 13:16 17:23 29:8 | 57:11,14 71:13 78:12 | **complete** 13:7 20:2 |
| 32:7,10 33:10,17 | 71:2 103:16 119:14 | 47:16,16,18 50:11 | 78:13 79:23,23 83:14 | 32:20 107:1 |
| 34:8 36:6 43:10,11 | **bought** 43:10 66:12 | 54:17 87:14 93:8,12 | 83:15 84:3 91:16 | **completed** 9:6 22:12 |
| 47:9,10 50:3 60:21 | 112:6 | 93:25 100:1 102:25 | 107:23 110:19 | **complying** 48:8 |
| 63:11 71:5 90:22 | **box** 5:22,23,25 19:21 | 103:19 112:7 114:5 | 111:11 113:6,19 | **computer** 123:9 |
| 93:15 104:1 105:8 | 40:7 | 114:16,17,18 115:6 | **classes** 9:12 | **concept** 14:14 26:23 |
| 111:2,10 116:9 | **bray** 2:9 4:19,19 86:3,3 | 115:10,19 116:8 | **clear** 4:24 33:11 54:12 | 27:14 77:2,5 |
| **believes** 46:6 | **break** 45:1,5 63:22,24 | 117:16,18 119:15 | 58:23 63:19 65:5 | **conceptually** 78:2 |
| **bells** 110:2 | 64:1 77:12 85:17,20 | **cases** 115:25 117:3 | 79:3 | **concerning** 119:19 |
| **below** 17:15 20:1 | 119:7 | **categories** 92:13 | **client** 8:12 42:10 90:21 | 120:1,21 |
| **benefit** 41:19 56:10 | **broker** 31:23 32:1 | **category** 121:21 | 90:22 91:10 100:22 | **concluded** 122:20 |
| 76:16 | **brother** 102:13 | **Cathie** 89:20 91:3 | 101:25 102:5 | **conclusion** 56:15 79 |
| **benefits** 103:8 106:11 | **brought** 36:1 61:7 | 98:21 103:5,10 104:5 | **close** 17:18 20:11 49:24 | 81:1 84:15,23 90: |
| 106:23 | **Brush** 113:10 114:4,5 | 104:20,25 105:7 | 94:4 95:14,17,19 | **condense** 68:19 |
| **best** 6:17 16:5,7 50:9 | 114:12 115:9,10,19 | 106:12 108:18,23 | 100:19 101:5 102:9 | **condescending** 109: |
| 114:5 | **buildings** 13:1 | 109:2,11,12,23 111:1 | **CLVS** 2:15 | **conduct** 60:12 77:18 |
| **Beth** 10:25 12:14,15 | **bunch** 67:14 107:13,20 | 112:10,20 | **Coast** 86:20 | **confirm** 58:25 |
| 94:19 | **business** 9:18,19 10:7 | **Cathie's** 109:25 | **codes** 6:1 | **confuse** 70:24 |
| **better** 7:25 21:4 28:19 | 10:8,15,16,18,19 | **cause** 24:20 31:14 | **college** 33:2 | **confused** 17:4 42:19 |
| 109:17 | 11:22,23 12:12,24,25 | 32:12 73:1 85:15 | **combined** 72:24 73:5 | 56:11 70:22 71:1 |
| **between** 32:1 41:12 | 13:17 16:13,24 44:21 | **caused** 31:24 60:11 | **come** 30:20 69:6 90:24 | **confusing** 40:11,18 |
| 73:15,18 122:8,15 | 92:22 96:21,24 | 64:25 74:25 75:15 | **comes** 31:3 82:16 | 54:13 57:5 60:2 |
| **beyond** 51:4,10 56:12 | 114:25 120:23 | 76:4 92:2,3 115:7 | 121:14 | 69:10,11,12,13 70 |
| **BI** 24:11 39:3 | **busy** 8:24 | **causes** 81:16 | **comfort** 62:4,6,10 | 70:6 73:22 |
| **big** 5:21 6:3 43:17,20 | **buy** 26:25 27:3,4,5,9 | **causing** 63:17,20 | 80:10 | **confusion** 12:17 112 |
| 69:25 76:18 109:11 | 42:24,25 | **certain** 26:21 65:15 | **comfortable** 28:3 78:21 | **connection** 63:1 93: |
| **bill** 47:15,18 | **buying** 27:6 | 71:19 72:6 | **coming** 19:18 61:1 | **consider** 85:25 |
| **bills** 10:10 30:4,7,8 | **B-o** 92:17 | **CERTIFICATE** 123:1 | 68:12,13 82:22 | **consortium** 53:6,11 |
| **bit** 6:9 24:23 25:8 | | 124:1 | **comments** 32:5 42:9 | 57:13 60:5 61:19, |
| 43:14 65:20,20 66:6 | **C** | **certify** 123:5 124:5 | 48:18 | 78:19 79:6,14 83: |
| 66:6 | **C** 52:14 95:18 | **Change** 124:7 | **commercial** 13:14 95:3 | **consulted** 39:19 |

CASENAME>

WITN
D.

| | | | | |
|---|---|---|---|---|
| contained 123:13 | 36:18 38:25 63:13 | 61:24 62:1 66:15,18 | 63:4,4 79:8,9 | down 12:10 13:4 18 |
| contemplated 32:6 | 71:12 88:19 | 67:7 77:16 80:5,10 | derive 82:25 | 24:1 45:18,21 47:: |
| context 108:17 | covered 16:17 26:4,10 | 81:8,18 82:17 84:9 | derived 78:13,14,16,20 | 48:5,6,25 50:15 |
| conversation 44:22 | 26:13 27:25 28:24 | 84:11 85:14 92:3 | 79:2 81:5,6 82:10,15 | 52:20 72:3,14,18 |
| conversations 93:17 | 40:21,24 49:21 58:25 | 95:10 97:12 102:15 | 82:19,24 83:15 | 75:17 77:12 88:22 |
| copies 8:6,6,11,15,16 | 71:14 77:5 108:21,23 | 119:21 120:3,4,24 | described 80:4 | 94:16 108:1,18 |
| 51:18,19,20 99:25 | 118:3 | daughter's 46:25 60:15 | Description/Reason | downs 80:6 |
| copy 3:17 19:4 51:1,22 | covering 67:6 | 60:20 79:11,21 | 124:7 | dozen 99:13 119:1 |
| 52:1 58:18 89:11 | covers 74:5 75:22 | 105:19,21 | determined 107:5,10 | Dr 95:25 97:15 98:7 |
| 103:24 120:19 | credit 10:12,21,22 | Dave 117:15 | 107:17 | 99:10,17,24 100:3 |
| correct 19:9,11 23:4 | 19:23 | Davis 113:9 116:1,2,4 | developed 82:11 | 102:6 120:10 121: |
| 26:19 54:7 62:11 | criminal 60:11 | day 4:6 85:9,10,11 | devine 82:18 | 121:20 |
| 66:20 124:5 | criminally 60:14,16,17 | 96:21,24 118:23 | Dick 11:13 | draft 49:8,11 |
| corrections 124:24 | 60:18 | 123:15 | dictionary 82:22,22 | drift 116:14 |
| correctly 35:10 53:15 | cross 122:17 | days 8:22 | died 81:19 85:13 120:4 | drive 33:3 97:1,2 |
| 53:19 | Crossman 117:15 | dead 55:9 | difference 28:10 41:11 | driver 20:1 60:13 |
| correlates 27:20 | crucial 92:9 95:15 | deal 15:7 | 41:12 | driving 67:20 74:1,: |
| correspondence 8:2 | current 9:25 12:7 43:6 | dealing 104:10,11 | different 25:2 26:25 | due 77:11,14 78:5 |
| 51:18 | currently 11:14,17 | deals 45:22 114:2 | 28:15 36:22 44:16 | duly 123:6 |
| cost 43:16 | 13:18,23 16:17 27:19 | death 46:25 53:7,12 | 81:24 92:14 | during 101:17 |
| counsel 1:18 49:8,11 | 43:11 112:9 | 57:14 60:6,15,20 | difficulty 66:24 | dyslexia 48:14 |
| 49:15 122:5 | | 68:23 78:19 79:21 | dime 90:22 | D-a-l-e 92:25 |
| counseling 100:1 | **D** | 80:9 82:7,8,17 83:1 | directly 97:11 104:21 | D-i-r-k 102:20 |
| 120:14 | Dale 92:25,25 93:23 | 83:18 84:1 85:5,13 | Dirk 102:20 | D-o-l-i-f-k-a 93:1 |
| counsel's 42:8 | damage 24:13 31:25 | 105:19,22 110:14 | disclosed 33:1,4 66:17 | |
| Country 113:10 | 38:15 74:20 75:2,18 | 120:24 | disclosure/non-disclosure | **E** |
| couple 6:13,15 18:6 | 75:23 77:11,14 92:2 | December 20:10,22 | 68:3 | each 32:20 36:23,23 |
| 97:5 99:19 116:21 | 92:4 114:10 | 21:15,24 22:12,20,21 | discovery 3:10 45:12 | 37:2,2,9,9,22,22 ( |
| course 8:10 86:17,19 | damaged 116:16 | 22:22,23 | 47:25 100:16,19 | 71:25 72:19,20 74 |
| 101:1,17 | damages 29:23 30:1,2 | decided 18:1 | 101:5,6,10,12,14,18 | 74:14 75:4 76:17, |
| court 1:1 2:17 87:10 | 30:3,13 32:12 36:17 | decision 115:14 | 119:11 120:18 | 77:10,12 78:11 79 |
| 90:12 109:8 113:11 | 61:18 64:15,16,20,21 | declaration 3:16 42:6 | discussed 87:25 88:6 | 80:16,16 83:14 84 |
| 115:3,23 117:7 | 65:23,25 66:4,22 | declarations 71:11 72:4 | discussing 64:6 | 84:7 85:16 90:3 |
| Cove 113:17 | 67:1,3,7,10,18 68:6 | 72:5,7,10,13 77:8 | discussion 14:10 67:12 | 110:12 111:3,5,6,: |
| cover 26:18 45:19,19 | 68:16,21 73:22 75:4 | declining 18:21,23 | distinction 38:15 | 120:4 121:13 124: |
| 46:23,23 47:2,2 65:6 | 75:14,16 76:18,22 | deductible 14:7,8 | distress 82:6 | earlier 51:17 |
| 67:7,10 73:19,21 | 77:4,21 78:5 82:25 | Defendant 1:8,18 2:8 | DISTRICT 1:1,2 | Ebsary 94:6 |
| 77:3 | 91:23,24 110:13,14 | defined 36:22 | divide 13:14 82:14 | Eddie 5:21 6:3 |
| coverage 3:15 7:22 | 117:10 118:6 | definitely 8:1 | division 9:16 | Edgewood 102:12 |
| 13:22 14:2,3,11,12 | Danny 8:17 18:11 | definition 61:22 | divorce 115:7 | education 9:5 43:15 |
| 14:16,18,20 15:3,11 | 51:23 52:12,14 58:20 | Denali 3:8 19:15,18 | doctor 96:1 | 48:14 |
| 15:20 17:6 18:1,3,18 | 103:14 | 21:7 35:19,23 40:6 | documentation 48:23 | educational 9:3 |
| 18:21,24,25 24:7,14 | dash 24:12 | 44:23 88:21 | 49:22 | effective 23:21 |
| 24:19 25:6,24 26:6,6 | date 20:17,17 21:14,23 | denies 89:1 | documents 6:7 48:4 | efforts 6:17 |
| 26:8 27:23 28:4,9,20 | 22:7,9,16,19,22,23 | denying 86:22 | 51:5,11 | Eight 94:19 |
| 28:22 29:1,2,7 30:21 | 22:24 23:21,22 53:8 | depending 75:11 | Dodge 24:2,7,10 41:23 | either 21:8 38:9 39:: |
| 30:22 36:16,20 37:8 | 60:7 96:19 100:25 | deponent 5:7 | doing 21:24 22:21 33:8 | 71:7 79:23 114:22 |
| 37:21 38:3,17,19,20 | 105:18,19,21 106:3 | deposited 90:1 | 49:8 50:5 | Elisa 102:10 |
| 38:22 39:12 41:2 | 124:22,23 | deposition 1:14 4:9,12 | Dolifka 92:25 93:1,23 | else's 34:1 |
| 42:12 43:1,5 44:19 | dated 18:10 58:19 | 4:24 6:8 50:1,7 52:5 | done 15:23 21:19 26:17 | emotional 82:6 |
| 44:19,20,21 48:2,24 | 103:14 105:16 | 100:19 101:15 116:8 | 40:15 46:9 91:25 | employees 116:4 |
| 53:2 59:21 63:11 | 109:22 | 116:10,20 122:19 | 92:3 93:5,7 119:10 | end 20:10,18 37:15 |
| 64:8 70:11 73:17 | dates 95:16 | 124:3 | 122:17 | 45:4 85:19 107:22 |
| 88:23 89:2,2 104:5 | dating and 124:24 | depositions 5:4 115:20 | door 114:7 | 118:23 122:19 |
| 107:11,18 110:21 | daughter 33:15 35:19 | 115:25 | double 43:22,23,24 | endorsement 110:4, |
| 118:17 | 35:21,24,25,25 36:1 | depth 119:19 120:1,21 | 44:4,24 | endorsing 89:25 |
| coverages 24:1 25:2 | 43:13,16 48:16 60:9 | derivative 53:12 57:13 | doubt 37:24 81:15,16 | engaged 112:9 |

EXHIBIT D
Page 2 of 2