Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER,              )<br>                                                       )<br>              Plaintiff,              )<br>                                                       )<br>       vs.                                         )<br>                                                       )<br>                                                       )<br>PROGRESSIVE NORTHWESTERN )<br>INSURANCE COMPANY,            )<br>                                                       )<br>              Defendant.              ) Case No. 3:05-cv-0204-TMB<br>_____)  | |

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT
ON PROGRESSIVE'S
<u>ALTERNATE MOTION FOR SUMMARY JUDGMENT</u>**

Plaintiff Ronald Weilbacher, by and through counsel, hereby requests oral argument on Defendant Progressive's Alternate Motion for Summary

Judgment filed on August 28, 2006. [Docket No. 70]

DATED this 25th day of September, 2006, at Anchorage, Alaska.

KENNETH W. LEGACKI, P.C.
Attorney for Plaintiff

By   s/Kenneth W. Legacki
Kenneth W. Legacki
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Phone: (907) 258-2422
Fax: (907) 278-4848
E-mail: legacki@gci.net

I HEREBY CERTIFY that on the 25th day of September, 2006, a copy of the foregoing document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

_____s/Kenneth W. Legacki_____

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S REQUEST FOR ORAL ARGUMENT ON PROGRESSIVE'S
  ALTERNATE MOTION FOR SUMMARY JUDGMENT
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 2