Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| PROGRESSIVE NORTHWESTERN | ) |
| INSURANCE COMPANY, | ) |
| | ) |
|        Defendant. | ) Case No. 3:05-cv-0204-TMB |
| | ) |

**REPLY TO LIMITED OPPOSITION TO
MOTION FOR EXTENSION OF TIME TO RESPOND TO
PROGRESSIVE'S ALTERNATE MOTION FOR
<u>PARTIAL SUMMARY JUDGMENT RE: BAD FAITH</u>**

      Defendant Progressive has not shown that it would be prejudiced by an extension of time until October 16 for Plaintiff Weilbacher to respond to the motion.  There appears to be no need for an earlier deadline for plaintiff to file

a response since no trial date has been set and the Court has not ruled on the other motions or plaintiff's request to vacate the pretrial order and reschedule the pretrial dates so that discovery can proceed in this matter.

The defendant moved to amend its affirmative defenses and added a new witness two weeks before the close of discovery and defendant has yet to supplement its discovery regarding its new affirmative defense and new witness.

Plaintiff's counsel is a sole practitioner and is not in one of the largest firms in the state of Alaska as is defense counsel. Plaintiff's counsel is not able to distribute work to different associates, and was not able to work on any cases while out of the office for ten days assisting his daughter while she recovered from knee surgery.

It is respectfully requested that the Court grant plaintiff's motion for an extension of time so defendant's motion can be adequately responded to since it does not appear that the defendant will be prejudiced.

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

REPLY TO LIMITED OPPOSITION TO MOTION FOR EXTENSION OF TIME
     TO RESPOND TO PROGRESSIVE'S ALTERNATE MOTION FOR
         PARTIAL SUMMARY JUDGMENT RE: BAD FAITH
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 2

DATED this 29th day of September, 2006, at Anchorage, Alaska.

        KENNETH W. LEGACKI, P.C.
        Attorney for Plaintiff

By    s/Kenneth W. Legacki
        Kenneth W. Legacki
        Alaska Bar No. 8310132
        425 G Street, Suite 920
        Anchorage, AK 99501
        Phone: (907) 258-2422
        Fax: (907) 278-4848
        E-mail: legacki@gci.net

I HEREBY CERTIFY that on the 29th day of September, 2006, a copy of the foregoing document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

      s/Kenneth W. Legacki

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

REPLY TO LIMITED OPPOSITION TO MOTION FOR EXTENSION OF TIME
    TO RESPOND TO PROGRESSIVE'S ALTERNATE MOTION FOR
    PARTIAL SUMMARY JUDGMENT RE: BAD FAITH
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 3 of 2