# MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Weilbacher v. Progressive Northwestern Insurance Company*
Case No. 3:05-cv-00204 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

The parties have filed several motions for hearings, asking this court to consider motions in limine, a motion to compel discovery, and motions for summary judgment. The motions requesting hearings (Docket Nos. 45, 54, 88 and 90) are hereby GRANTED. A status conference is scheduled for Friday, October 6 at 2:30 p.m. to discuss the timing for hearings on all outstanding motions. Plaintiff's motions for extension of time (Docket Nos. 81 and 82) are also GRANTED.

**IT IS HEREBY ORDERED:**

The motions for hearing at Docket Nos. 45, 54, 88 and 90 are hereby GRANTED and the motions for extension of time at Docket Nos. 81 and 82 are hereby GRANTED.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: September 29, 2006