```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

<u>RONALD V. WEILBACHER</u>   v. <u>PROGRESSIVE NORTHWESTERN INSURANCE CO.</u>

BEFORE THE HONORABLE <u>TIMOTHY M. BURGESS</u> CASE NO <u>3:05-CV-00204-TMB</u>

DEPUTY CLERK/RECORDER:            ELISA SINGLETON

APPEARANCES:    PLAINTIFF:        KENNETH W. LEGACKI

                DEFENDANT:        GARY A. ZIPKIN

PROCEEDINGS: STATUS CONFERENCE RE: PENDING MOTIONS
             HELD 10/6/2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:32 p.m. court convened.

Court and counsel heard re case status.  Oral argument re Motion to Compel set for **October 17, 2006 at 10:00 a.m.**

At 2:50 p.m. court adjourned.

DATE: <u>October 6, 2006</u>  DEPUTY CLERK'S INITIALS: <u>     ES     </u>