Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| PROGRESSIVE NORTHWESTERN | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) Case No. 3:05-cv-0204-TMB |

**(PROPOSED)**
**ORDER DENYING PROGRESSIVE'S ALTERNATE**
**MOTION FOR PARTIAL SUMMARY JUDGMENT RE: BAD FAITH**

Progressive Northwestern Insurance Company having moved in the alternative for partial summary judgment on plaintiff's insurance bad faith claim against it, and the Court having considered the memoranda of the parties and

being duly advised in the premises,

       IT IS HEREBY ORDERED Progressive's Alternate Motion for Partial Summary Judgment Re: Bad Faith [Docket No. 68] is denied.

       DATED this _____ day of _____, 2006.

                                     _____
                                     The Honorable Timothy M. Burgess
                                     United States District Judge

I HEREBY CERTIFY that on the 16th day of October, 2006, a copy of the foregoing document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

       s/Kenneth W. Legacki

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

ORDER DENYING PROGRESSIVE'S ALTERNATE MOTION FOR
    PARTIAL SUMMARY JUDGMENT RE: BAD FAITH
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 2