Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PROGRESSIVE NORTHWESTERN ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | 3:05-cv-204-TMB |

NOTICE OF SUPPLEMENTAL AUTHORITY
(Marchwiany)

Progressive Northwestern Insurance Company, by and through it attorneys, Guess & Rudd P.C., hereby notifies the court of supplemental authority for Progressive's Renewed Motion for Summary Judgment (DE#61-62) recently decided by the Illinois Supreme Court: Illinois Farmers Insurance Company v. Urszula Marchwiany et al., Docket No. 101598 (Ill. Sept. 21, 2006). A copy is attached hereto.

DATED at Fairbanks, Alaska, this 23rd day of October, 2006.

                                              GUESS & RUDD P.C.
                                              Attorneys for Progressive
                                              Northwestern Insurance Company
                                By:       s/Aisha Tinker Bray
                                              Guess & Rudd P.C.
                                              100 Cushman Street, Suite 500
                                              Fairbanks, Alaska 99701
                                              Phone: 907-452-8986
                                              Fax:   907-452-7015
                                              Email: atbray@guessrudd.com
                                              Alaska Bar No. 9505028

CERTIFICATE OF SERVICE
I hereby certify that on the 23rd day of October, 2006, a copy of the foregoing document was served electronically on:

Kenneth A Legacki, Esq.

Guess & Rudd P.C.

By:   /s/Aisha Tinker Bray

Notice of Supplemental Authority (Marchwiany)
Page 2 of 2