```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

RONALD V. WEILBACHER  vs. PROGRESSIVE NORTHWESTERN INSURANCE CO.

BEFORE THE HONORABLE TIMOTHY M. BURGESS

CASE NO 3:05-6cv-00204-TMB

DEPUTY CLERK/RECORDER: Patty Demeter

APPEARANCES:    PLAINTIFF: Kenneth W. Legacki
                DEFENDANT: Gary A. Zipkin

PROCEEDINGS: ORAL ARGUMENT ON MOTION TO COMPEL (DKT 46)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 10:02 a.m. Court convened.

Court and counsel hearing re Motion to Compel (Dkt 46), Motion in Limine (Dkt 32), and Motion to Amend/Correct Anser (Dkt 49).

Motions at Dkt 46, 32, and 49 taken under advisement.  Court to issue written ruling.

At 10:55 a.m. Court Adjourned.

DATE: 10/30/06                       DEPUTY CLERK'S INITIALS: PLD