Gary A. Zipkin, Esq.
Aisha Tinker Bray, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska 99501
(907) 793-2200 Telephone
(907) 793-2299 Facsimile
E-mail: gzipkin@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER,<br><br>    Plaintiff,<br><br>vs.<br><br>PROGRESSIVE NORTHWESTERN<br>INSURANCE COMPANY,<br><br>    Defendant. | Case No. A05-204 CIV(TMB) |

STIPULATION

The parties, by and through their respective attorneys, hereby stipulate and agree that some additional time is required in order for them to jointly submit a proposed discovery schedule to the court in response to the court's November 14, 2006 Order in this matter and jointly request that the court permit the parties to submit a joint discovery schedule to the court on or before November 24, 2006.

LAW OFFICES OF
Guess & Rudd P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

Weilbacher v. Progressive; USDC Case No. A05-204 CIV (JWS)
STIPULATION
Page 1 of 3

DATED at Anchorage, Alaska, this 17th day of November, 2006.

        GUESS & RUDD P.C.
        Attorneys for Progressive
        Northwestern Insurance Company

By: _____
    Gary A. Zipkin
    Alaska Bar No. 7505048

DATED at Anchorage, Alaska, this 17th day of November, 2006.

By: _____
    Kenneth W. Legacki
    Attorney for Ronald Weilbacher
    Alaska Bar No. 8310132

LAW OFFICES OF
Guess & Rudd P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

Weilbacher v. Progressive; USDC Case No. A05-204 CIV (JWS)
STIPULATION
Page 2 of 3

CERTIFICATE OF SERVICE
I hereby certify that on the
17th day of November, 2006, a copy
of the foregoing document was served
electronically on:

Kenneth A. Legacki, Esq.

Guess & Rudd P.C.


By:   s/Gary A. Zipkin


F:\DATA\5200\120\pleading\08stipulation for extension.doc

LAW OFFICES OF
Guess & Rudd P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

Weilbacher v. Progressive; USDC Case No. A05-204 CIV (JWS)
STIPULATION
Page 3 of 3