Gary A. Zipkin, Esq.
Aisha Tinker Bray, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska 99501
(907) 793-2200 Telephone
(907) 793-2299 Facsimile
E-mail: gzipkin@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. A05-204 CIV(TMB) |
| vs. ) | |
| ) | |
| PROGRESSIVE NORTHWESTERN ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

ORDER

Based on the Stipulation of the parties, IT IS HEREBY ORDERED that the parties shall submit their joint discovery schedule on or before November 24, 2006.

DATED at Anchorage, Alaska, this _____ day of November, 2006.

_____
The Honorable Timothy Burgess
U.S. District Court Judge

<u>CERTIFICATE OF SERVICE</u>
I hereby certify that on the
17th day of November, 2006, a copy
of the foregoing document was served
<u>electronically</u> on:

Kenneth A Legacki, Esq.

Guess & Rudd P.C.

By:<u>    s/Gary A. Zipkin    </u>

F:\DATA\5200\120\pleading\08 Order.doc