Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PROGRESSIVE NORTHWESTERN ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | 3:05-cv-204-TMB |

PROGRESSIVE'S MOTION FOR A DISCOVERY SCHEDULE

      Defendant Progressive Northwestern Insurance Company ("Progressive"), by and through its attorneys, Guess & Rudd P.C., moves for a court order setting the discovery schedule for the court's November 13, 2006 Order. Pursuant to the court's order, the undersigned and plaintiff's counsel Kenneth W. Legacki conferred regarding a joint discovery schedule. Unfortunately, the parties were unable to reach an agreement. Accordingly, Progressive files this motion, requesting the court to set the discovery schedule for the parties. A memorandum in support of this motion is filed herewith.

DATED at Fairbanks, Alaska, this 22nd day of November, 2006.

                            GUESS & RUDD P.C.
                            Attorneys for Progressive
                            Northwestern Insurance Company

                    By:     /s/Aisha Tinker Bray
                            Guess & Rudd P.C.
                            100 Cushman Street, Suite 500
                            Fairbanks, Alaska 99701
                            Phone: 907-452-8986
                            Fax:   907-452-7015
                            Email: atbray@guessrudd.com
                            Alaska Bar No. 9505028

<u>CERTIFICATE OF SERVICE</u>
I hereby certify that on the
22nd day of November, 2006, a copy
of the foregoing document was served
<u>electronically</u> on:

Kenneth A Legacki, Esq.

Guess & Rudd P.C.

By:   <u>/s/Aisha Tinker Bray</u>

USDC Case No. 3:05-cv-204-TMB   <u>Weilbacher v. Progressive</u>
Progressive's Motion for a Discovery Schedule
Page 2 of 2