Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| PROGRESSIVE NORTHWESTERN | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) Case No. 3:05-cv-0204-TMB |
| _____ | ) |

**PLAINTIFF'S RESPONSE TO PROGRESSIVE'S
MOTION FOR A DISCOVERY SCHEDULE**

As of today, December 11, 2006, almost a month since this Court ordered

Progressive to turn over the documents which plaintiff sought in his motion to compel,

Progressive has still failed to turn over the discovery that was ordered by this Court. [Order, Docket No. 103] That is only one of the reasons why Plaintiff Weilbacher cannot agree to the short time schedule set out by Progressive. Weilbacher has not seen what Progressive will or will not produce pursuant to this Court's Order.

Progressive wants Plaintiff Weilbacher to commit to a discovery schedule without knowing what Progressive is going to produce or not produce, and in what format. It is not clear what depositions, if any, need to be scheduled other than those of Dan Quinn and Kelly Rubesne of Mayfield Village, Ohio, who is the custodian of the Alaska database, but Weilbacher also has to determine whether he has to retain an expert to decipher the discovery given to him, or to retain an expert to rebut the new affirmative defense.

Progressive itself states it may seek court intervention in the future. Yet, Progressive wants Plaintiff Weilbacher to act completely in the dark, without knowing exactly what is ahead as far as any discovery battles that may still need to be litigated before the Court, including discovery regarding the new affirmative defense.

Progressive has not given this Court any reason why it has failed to produce the documents that it was ordered to do so almost a month ago. Producing the documents was not contingent upon developing a discovery schedule that needs to be concluded regarding deposing Dan Quinn, Kelly Rubesne, and the experts that plaintiff

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S RESPONSE TO PROGRESSIVE'S MOTION FOR A
    DISCOVERY SCHEDULE
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 5

will retain in this case.

Defendant fails to take into consideration that this is the holiday season, and not only is it very difficult to obtain a flight to travel, but other individuals may have scheduling conflicts which would prevent completing discovery in a timely fashion.

As was stated in plaintiff's November 22, 2006 letter to Progressive, Plaintiff Weilbacher's attorney has other cases he needs to be working on, such as the December 12-13 arbitration matter (which has now been postponed), close of discovery deadlines in other cases, and trials set for February, March and April 2007. (Defense Ex. A at 7 of 15)

Progressive initially wanted to complete all discovery, including depositions in fourteen (14) days, regarding the Wold issue, but yet wanted to be able to seek court intervention if need be. (Defense Ex. A at 2-3 of 15)  Plaintiff believes fourteen (14) days in which to conduct discovery regarding a new affirmative defense is unrealistic.  Progressive has not stated a good reason why this matter has to be completed on a short time schedule as outlined by Progressive.  Progressive seems to want to preclude Plaintiff Weilbacher from doing any meaningful discovery after he receives the documents, other than the one deposition of Dan Quinn.  That is not what the Court ordered.  It is not clear to Plaintiff Weilbacher what depositions will need to

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S RESPONSE TO PROGRESSIVE'S MOTION FOR A
    DISCOVERY SCHEDULE
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 3 of 5

be conducted until after he receives the documents from Progressive and what discovery Progressive will continue to withhold through a privilege log.

Plaintiff's request for time to digest the material, to consult with his experts and then do the depositions is not unreasonable.

Now, Progressive has again delayed the onset of the discovery process regarding these documents by filing this motion because Plaintiff Weilbacher would not agree to Progressive's unreasonable time line, although Weilbacher has explained his scheduling conflicts.

According to Progressive's Exhibit A, at page 2, Progressive could have produced the documents pursuant to this Court's Order on December 1, 2006. Weilbacher will be in a better position to determine what further discovery or motion practice needs to be conducted after he reviews the documents that are produced. Plaintiff cannot commit to a short schedule when plaintiff cannot honestly ascertain how much more time he will need to either ask for Court intervention in the future or to finish conducting discovery in an orderly and timely fashion.

Therefore, it is respectfully requested that this Court order that Progressive produce the documents that it admits are readily available, but yet has not produced to plaintiff, and then plaintiff can ascertain what discovery needs to be conducted and/or how much time he needs to conclude discovery in order to do a joint

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S RESPONSE TO PROGRESSIVE'S MOTION FOR A
    DISCOVERY SCHEDULE
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 4 of 5

discovery schedule.

DATED this 11th day of December, 2006, at Anchorage, Alaska.

                KENNETH W. LEGACKI, P.C.
                Attorney for Plaintiff

        By   s/Kenneth W. Legacki
                Kenneth W. Legacki
                Alaska Bar No. 8310132
                425 G Street, Suite 920
                Anchorage, AK  99501
                Phone: (907) 258-2422
                Fax: (907) 278-4848
                E-mail: legacki@gci.net

I HEREBY CERTIFY that on the 11th day of December, 2006, a copy of the foregoing document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

      s/Kenneth W. Legacki

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S RESPONSE TO PROGRESSIVE'S MOTION FOR A
    DISCOVERY SCHEDULE
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 5 of 5