Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PROGRESSIVE NORTHWESTERN | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) 3:05-cv-204-TMB |

REPLY TO PLAINTIFF'S RESPONSE TO
PROGRESSIVE'S MOTION FOR A DISCOVERY SCHEDULE

Defendant Progressive Northwestern Insurance Company
("Progressive") simply requests that the court issue a
reasonable discovery schedule so that discovery can be completed
in a reasonable amount of time and the court can finally
consider Progressive's summary judgment issues.


To clarify Progressive's procedure in this case,
Progressive conferred, or attempted to confer, with plaintiff
about a discovery schedule in this matter as ordered to do so by
the court.   When plaintiff refused to discuss the matter
reasonably, Progressive filed a motion seeking a discovery

schedule.  As such, there is no order or deadline for Progressive disclosures.  However, in order to speed this matter along, Progressive voluntarily agreed to make its disclosures by December 15, 2006, and has done so.  See Notice of Compliance with Court's November 13, 2006 Order filed herewith.

Plaintiff's alleged "reasons" why he cannot agree to a reasonable discovery schedule are totally without merit and grossly exaggerated.  The court has before it all the supplemental production to plaintiff and Progressive's privilege log.  There is no reason why discovery cannot be completed in the next 30 days, including the holidays.

Progressive understands that the court would prefer the parties resolve these procedural issues amicably and without court intervention; Progressive tried.  However, given plaintiff's demonstrated unwillingness to compromise, Progressive respectfully asks that the court to set a reasonable discovery schedule for the parties to follow.

USDC Case No. 3:05-cv-204-TMB  Weilbacher v. Progressive
Reply to Plaintiff's Response to Progressive's Motion for a Discovery Schedule
Page 2 of 3

DATED at Fairbanks, Alaska, this 15th day of December, 2006.

GUESS & RUDD P.C.
Attorneys for Progressive
Northwestern Insurance Company

By: _____/s/Aisha Tinker Bray_____
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska  99701
Phone: 907-452-8986
Fax:  907-452-7015
Email: atbray@guessrudd.com
Alaska Bar No. 9505028

CERTIFICATE OF SERVICE
I hereby certify that on the
15th day of December, 2006, a copy
of the foregoing document was served
electronically on:

Kenneth A Legacki, Esq.

Guess & Rudd P.C.

By:____/s/Aisha Tinker Bray___

USDC Case No. 3:05-cv-204-TMB   Weilbacher v. Progressive
Reply to Plaintiff's Response to Progressive's Motion for a Discovery Schedule
Page 3 of 3