Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PROGRESSIVE NORTHWESTERN ) <br> INSURANCE COMPANY, ) <br> ) <br> Defendant. ) <br> ) | 3:05-cv-204-TMB |

NOTICE OF COMPLIANCE
WITH COURT'S NOVEMBER 13, 2006 ORDER

Progressive Northwestern Insurance Company, by and through its attorneys, Guess & Rudd P.C., hereby notifies the court that it has timely complied with the disclosure requirements in the court's November 13, 2006 Order. A copy of Progressive's Supplemental Disclosures and Responses to Plaintiff's First Set of Discovery Requests Pursuant to the Court's November 13, 2006 Order, with the accompanying documents, and Progressive's <u>Vaughn</u> Index - Privilege Log are attached hereto as Exhibits A & B, respectively.

DATED at Fairbanks, Alaska, this 15th day of December, 2006.

```
                              GUESS & RUDD P.C.
                              Attorneys for Progressive
                              Northwestern Insurance Company


                     By:       /s/Aisha Tinker Bray
                              Guess & Rudd P.C.
                              100 Cushman Street, Suite 500
                              Fairbanks, Alaska 99701
                              Phone: 907-452-8986
                              Fax:   907-452-7015
                              Email: atbray@guessrudd.com
                              Alaska Bar No. 9505028
```

CERTIFICATE OF SERVICE
I hereby certify that on the
15th day of December, 2006, a copy
of the foregoing document was served
electronically on:

Kenneth A Legacki, Esq.

Guess & Rudd P.C.

By:   /s/Aisha Tinker Bray

Case No. 3:05-cv-204-TMB   Weilbacher v. Progressive Northwestern Ins. Co.
Notice of Compliance with Court's November 13, 2006 Order
Page 2 of 2