Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PROGRESSIVE NORTHWESTERN ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | 3:05-cv-204-TMB |

PROGRESSIVE'S MOTION FOR A
PROTECTIVE ORDER REGARDING DEPOSITIONS

Pursuant to Federal Rule of Civil Procedure 26(c), defendant Progressive Northwestern Insurance Company ("Progressive"), by and through its attorneys, Guess & Rudd P.C., moves this court for a protective order (1) preventing plaintiff from taking the depositions of Kellie Rubesne and Michael Sablack, and (2) limiting the deposition of Daniel Quinn to his conversation with Danny Withers in this matter.

By her signature below, the undersigned certifies on behalf of the movant that the movant has unsuccessfully and in good faith conferred and attempted to confer with plaintiff

through plaintiff's counsel in an effort to resolve the discovery issues without court action.  Exhibit A.

DATED at Fairbanks, Alaska, this 12th day of January, 2007.

```
                         GUESS & RUDD P.C.
                         Attorneys for Progressive
                         Northwestern Insurance Company

                  By:       /s/Aisha Tinker Bray
                         Guess & Rudd P.C.
                         100 Cushman Street, Suite 500
                         Fairbanks, Alaska  99701
                         Phone: 907-452-8986
                         Fax:   907-452-7015
                         Email: atbray@guessrudd.com
                         Alaska Bar No. 9505028
```

CERTIFICATE OF SERVICE
I hereby certify that on the
12th day of January, 2007, a copy
of the foregoing document was served
electronically on:

Kenneth A Legacki, Esq.

A Chambers Copy was also mailed
to the court pursuant to D.AK.LR 10.1(b).

Guess & Rudd P.C.

By:    /s/Aisha Tinker Bray

USDC Case No. 3:05-cv-204-TMB   Weilbacher v. Progressive
Progressive's Motion for a Protective Order Regarding Depositions
Page 2 of 2