Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PROGRESSIVE NORTHWESTERN ) <br> INSURANCE COMPANY, ) <br> ) <br> Defendant. ) <br> _____ ) | 3:05-cv-204-TMB |

**PROPOSED**
<u>PROTECTIVE ORDER REGARDING DEPOSITIONS</u>

Defendant Progressive Northwestern Insurance Company ("Progressive"), having moved this court for a protective order with regard to the depositions of Kellie Rubesne, Michael Sablack, and Daniel Quinn, and the court being duly advised in the premises,

IT IS HEREBY ORDERED that Progressive's motion is GRANTED. Plaintiff is hereby precluded from taking the depositions of Kellie Rubesne and Michael Sablack, and limited in any deposition of Daniel Quinn to asking about the

conversation Mr. Quinn had with Danny Withers regarding plaintiff's claim in this matter.

DATED at Anchorage, Alaska, this _____ day of _____, 2007.

_____
Honorable Timothy M. Burgess
United States District Court Judge

CERTIFICATE OF SERVICE
I hereby certify that on the
12th day of January, 2007, a copy
of the foregoing document was served
electronically on:

Kenneth A Legacki, Esq.

A Chambers Copy was also mailed
to the court pursuant to D.AK.LR 10.1(b).

Guess & Rudd P.C.

By:\_\_\_\_/s/Aisha Tinker Bray\_\_\_