Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PROGRESSIVE NORTHWESTERN )<br>INSURANCE COMPANY, )<br>)<br>Defendant. )<br>_____ ) | 3:05-cv-204-TMB |

### AFFIDAVIT OF KELLIE M. RUBESNE

STATE OF OHIO            )
                         )ss.
COUNTY OF CUYAHOGA       )

Kellie M. Rubesne, being first duly sworn, deposes and states as follows:

1. I am employed by Progressive as an attorney in the Corporate Law Department for The Progressive Group of Insurance Companies in Mayfield Village, Ohio. I am over

the age of eighteen and have personal knowledge of the matters set forth herein.

2.   I have primary responsibility for the policy contracts database for Alaska, and have since approximately June, 2002.

3.   I was not part of the team that developed the 9607 model policy.  It is my understanding that Jeff Nash, who is no longer with Progressive, was the leader of that team.  I have no personal knowledge of who was on that team other than Jeff Nash.  As far as I know, no one currently at Progressive was on that team.

4.   I was not part of the team and did not work on modifying the 9607 model policy for Alaska.  Karen Shaw and Jeff Nash, both of whom are attorneys that are no longer with Progressive, modified the 9607 model policy for Alaska. I do not know if other people also worked on modifying the 9607 model policy for Alaska.  As far as I know, no one currently at Progressive worked on modifying the 9607 model policy for Alaska.

5.   I have reviewed all my files personally, and I do not have any records/documents related to the drafting of the model 9607 policy or the Alaska 9607 policy.

6. I reviewed the drafting notes in the policy contracts database for Alaska to determine if there are any drafting notes related to the relevant provision in the 9607 Alaska policy, which provides,

> The **bodily injury** Limit of Liability under this Part III for "each person" includes the total of all claims made for such **bodily injury** and all claims derived from such **bodily injury**, including, but not limited to, loss of society, loss of companionship, loss of services, loss of consortium, and wrongful death.

I found no drafting notes that would have affected this provision in the 9607 Alaska policy.

_Kellie M. Rubesne_
Kellie M. Rubesne

SUBSCRIBED and SWORN to before me this 12th day of January, 2007.

_Heather E. Qvashreaku_
Notary Public in and for Ohio
My Commission Expires: N/A



HEATHER E. QVASHNOKA, ATTORNEY AT LAW
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION HAS NO EXPIRATION DATE
UNDER SECTION 147.03 R.C.