Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER,<br><br>      Plaintiff,<br><br>  v.<br><br>PROGRESSIVE NORTHWESTERN<br>INSURANCE COMPANY,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   3:05-cv-204-TMB |

PROGRESSIVE'S MOTION FOR
EXPEDITED CONSIDERATION OF PROGRESSIVE'S
MOTION FOR A PROTECTIVE ORDER REGARDING DEPOSITIONS

Progressive Northwestern Insurance Company ("Progressive"), by and through its attorneys, Guess & Rudd P.C., moves this court for expedited consideration of its Motion for a Protective Order Regarding Depositions in order to ensure completion of all additional discovery in this matter by the court's March 15, 2007 discovery deadline, and for the reasons set forth in the memorandum in support of this motion filed herewith.

DATED at Fairbanks, Alaska, this 12th day of January, 2007.

                              GUESS & RUDD P.C.
                              Attorneys for Progressive
                              Northwestern Insurance Company

                  By:   /s/Aisha Tinker Bray
                              Guess & Rudd P.C.
                              100 Cushman Street, Suite 500
                              Fairbanks, Alaska  99701
                              Phone: 907-452-8986
                              Fax:   907-452-7015
                              Email: atbray@guessrudd.com
                              Alaska Bar No. 9505028

CERTIFICATE OF SERVICE
I hereby certify that on the
12th day of January, 2007, a copy
of the foregoing document was served
electronically on:

Kenneth A Legacki, Esq.

A Chambers Copy was also mailed
to the court pursuant to D.AK.LR 10.1(b).

Guess & Rudd P.C.

By:   /s/Aisha Tinker Bray

USDC Case No. 3:05-cv-204-TMB  Weilbacher v. Progressive
Progressive's Motion for Expedited Consideration of Progressive's Motion for a
Protective Order Regarding Depositions
Page 2 of 2