Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PROGRESSIVE NORTHWESTERN ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | 3:05-cv-204-TMB |

**PROPOSED**
<u>ORDER GRANTING EXPEDITED CONSIDERATION</u>

Defendant Progressive Northwestern Insurance Company ("Progressive"), having moved this court for expedited consideration of its motion for a protective order with regard to the depositions of Kelly Rubesne, Michael Sablack, and Daniel Quinn, and the court being duly advised in the premises,

IT IS HEREBY ORDERED that Progressive's Motion for Expedited Consideration is GRANTED.  Plaintiff's Opposition to Progressive's Motion for a Protective Order Regarding Depositions shall be filed no later than January _____, 2007.

Progressive's Reply to plaintiff's Opposition shall be filed no later than January _____, 2007.

IT IS FURTHER ORDERED that oral argument on Progressive's Motion for Protective Order shall be held on _____ \_\_\_\_, 2007 at _____ \_\_\_.m. in Anchorage Courtroom 1 before Timothy M. Burgess.

DATED at Anchorage, Alaska, this _____ day of _____, 2007.

_____
Honorable Timothy M. Burgess
United States District Court Judge

CERTIFICATE OF SERVICE
I hereby certify that on the
12th day of January, 2007, a copy
of the foregoing document was served
electronically on:

Kenneth A Legacki, Esq.

A Chambers Copy was also mailed
to the court pursuant to D.AK.LR 10.1(b).

Guess & Rudd P.C.

By:\_\_\_\_/s/Aisha Tinker Bray\_\_\_