Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER,                )<br>                                      )<br>          Plaintiff,                  )<br>                                      )<br>     v.                               )<br>                                      )<br> PROGRESSIVE NORTHWESTERN              )<br> INSURANCE COMPANY,                    )<br>                                      )<br>          Defendant.                  )<br> _____ ) | 3:05-cv-204-TMB |

MEMORANDUM IN SUPPORT OF PROGRESSIVE'S
MOTION FOR EXPEDITED CONSIDERATION OF PROGRESSIVE'S
MOTION FOR A PROTECTIVE ORDER REGARDING DEPOSITIONS

Progressive Northwestern Insurance Company ("Progressive"), by and through its attorneys, Guess & Rudd P.C., requests expedited consideration of its Motion for a Protective Order Regarding Depositions in order to ensure completion of all additional discovery in this matter by the court's March 15, 2007 discovery deadline.

Pursuant to District of Alaska Local Rules 7.1(e) and 5.3(f)(2) and Federal Rule of Civil Procedure 6(e), plaintiff

has eighteen (18) days[1] to respond to Progressive's underlying motion for a protective order and then Progressive has eight (8) days[2] to reply. Thus, under a normal briefing schedule, Progressive's motion for a protective order would not become ripe for review until at the earliest February 6, 2007, leaving only a little over a month before the close of discovery. As such, Progressive requests an expedited briefing schedule to ensure timely completion of all discovery issues by the March 15, 2007 deadline.

Progressive requests that plaintiff's Opposition be due no later than January 17, 2007, giving plaintiff almost a week to file his Opposition, and that Progressive's Reply be due no later than January 19, 2007, giving Progressive only two days to reply. Thereby making Progressive's motion for a protective order ripe for review as of January 22, 2007.

In furtherance of its desire to expedite this matter, Progressive has filed a request for oral argument simultaneously with its motions to expedite the court's calendaring process should the court determine that oral argument on Progressive's motion for a protective order is warranted.

---

[1] Calculated as 15 days under Local Rule 7.1(e) plus 3 days for mailing under Civil Rule 6(e).
[2] Calculated as 5 days under Local Rule 7.1(e) plus 3 days for mailing under Civil Rule 6(e).

USDC Case No. 3:05-cv-204-TMB   Weilbacher v. Progressive
Memorandum in Support of Progressive's Motion for Expedited Consideration of Progressive's Motion for Protective Order Regarding Depositions
Page 2 of 3

Additionally, plaintiff has repeatedly (and wrongfully) accused Progressive of delaying these proceedings. This motion aptly demonstrates Progressive's desire to move these proceedings along as quickly as possible so that the court may consider the dispositive issues in this case.

For the foregoing reasons, Progressive requests expedited consideration of its Motion for a Protective Order Regarding Depositions.

DATED at Fairbanks, Alaska, this 12th day of January, 2007.

> GUESS & RUDD P.C.
> Attorneys for Progressive
> Northwestern Insurance Company
>
> By:      /s/Aisha Tinker Bray
> Guess & Rudd P.C.
> 100 Cushman Street, Suite 500
> Fairbanks, Alaska  99701
> Phone: 907-452-8986
> Fax:   907-452-7015
> Email: atbray@guessrudd.com
> Alaska Bar No. 9505028

CERTIFICATE OF SERVICE
I hereby certify that on the
12th day of January, 2007, a copy
of the foregoing document was served
electronically on:

Kenneth A Legacki, Esq.

A Chambers Copy was also mailed
to the court pursuant to D.AK.LR 10.1(b).

Guess & Rudd P.C.

By:    /s/Aisha Tinker Bray

USDC Case No. 3:05-cv-204-TMB   Weilbacher v. Progressive
Memorandum in Support of Progressive's Motion for Expedited Consideration of
Progressive's Motion for Protective Order Regarding Depositions
Page 3 of 3