Aisha Tinker Bray, Esq.
Gary A. Zipkin, Esq.
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PROGRESSIVE NORTHWESTERN ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | 3:05-cv-204-TMB |

REQUEST FOR ORAL ARGUMENT ON PROGRESSIVE'S
MOTION FOR A PROTECTIVE ORDER REGARDING DEPOSITIONS

Progressive Northwestern Insurance Company ("Progressive"), by and through its attorneys, Guess & Rudd P.C., hereby requests a hearing and oral argument on Progressive's Motion for a Protective Order Regarding Depositions (DE#113). Progressive does not anticipate calling any witnesses at such hearing.

DATED at Fairbanks, Alaska, this 12th day of January, 2007.

                        GUESS & RUDD P.C.
                        Attorneys for Progressive
                        Northwestern Insurance Company

By:     s/Aisha Tinker Bray
                        Guess & Rudd P.C.
                        100 Cushman Street, Suite 500
                        Fairbanks, Alaska  99701
                        Phone: 907-452-8986
                        Fax:   907-452-7015
                        Email: atbray@guessrudd.com
                        Alaska Bar No. 9505028

CERTIFICATE OF SERVICE
I hereby certify that on the
12th day of January, 2007, a copy
of the foregoing document was served
electronically on:

Kenneth A Legacki, Esq.

Guess & Rudd P.C.

By:    s/Aisha Tinker Bray

Case No. 3:05-cv-204-TMB   Weilbacher v. Progressive Northwestern Ins. Co.
Request for Oral Argument on Progressive's Motion for a Protective Order
Regarding Depositions
Page 2 of 2