

The **bodily injury** Limit of Liability under this Part III for "each person" includes the total of all claims made for such **bodily injury** and all claims derived from such **bodily injury**, including, but not limited to, loss of society, loss of companionship, loss of services, loss of consortium, and wrongful death.

EXHIBIT __A__
Page __5__ of __22__

EXHIBIT 18
Page 1 of 2

100,475

REDACTED

The **bodily injury** Limit of Liability under this Part III for "each person" includes the total of all claims made for such **bodily injury** and all claims derived from such **bodily injury**, including, but not limited to, loss of society, loss of companionship, loss of services, loss of consortium, and wrongful death.

REDACTED

EXHIBIT __A__
Page __6__ of __22__

100,513

EXHIBIT 18
Page 2 of 2