Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail: legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, | ) |
| Plaintiff, | ) |
| vs. | ) |
| PROGRESSIVE NORTHWESTERN INSURANCE COMPANY, | ) |
| Defendant. | ) Case No. 3:05-cv-0204-TMB |

**PLAINTIFF'S SECOND SET OF**
**DISCOVERY REQUESTS TO DEFENDANT**

Plaintiff Ronald V. Weilbacher, by and through counsel, pursuant to Alaska Rules of Civil Procedure 26, 33, and 36, hereby propounds the

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

EXHIBIT 20
Page 1 of 13

discovery request, then you are required to identify the privilege, state the basis for the claim, identify and state the subject matter of the documents or information that you claim are privileged, and provide the documents or information to which your claim of privilege does not apply.

7. These discovery requests are continuing in effect. This means that you are required to supplement or amend your responses if you or your attorneys obtain further information between the time your answers are served and the time of trial. You are hereby notified that Plaintiff may apply to the Court for an order directing that you be precluded from introducing evidence at trial that relates to the subject matter of any of these discovery requests and which you have not provided in your answers.

## DISCOVERY REQUESTS

**REQUEST FOR ADMISSION NO. 2:** Admit or deny that Ronald Weilbacher was sold a Progressive model policy that applied to all areas of the United States in which Progressive does business.

**ANSWER TO REQUEST FOR ADMISSION NO. 2:**

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S SECOND SET OF DISCOVERY REQUESTS TO DEFENDANT
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 6 of 19

EXHIBIT 20
Page 2 of 13

**REQUEST FOR ADMISSION NO. 3:** Admit or deny that when Progressive's 9607 model policy, as referenced in the Affidavit of Michael A. Sablack, dated December 15, 2006, was developed, the model was not modified to comport with Alaska's law, including the holding of Gillispie v. Beta Constr. Co., 842 P.2d 1272 (Alaska 1992), which states that a parent's loss of society claim is an independent claim and not a derivative claim.

**ANSWER TO REQUEST FOR ADMISSION NO. 3:**

**REQUEST FOR ADMISSION NO. 4:** Admit or deny that when the 9607 model policy was complete it failed to take into consideration the holding of Gillispie v. Beta Constr. Co., 842 P.2d 1272 (Alaska 1992), which held that a parent's loss of society claim is the parent's independent claim, and does not derive from the bodily injury of the child.

**ANSWER TO REQUEST FOR ADMISSION NO. 4:**

**REQUEST FOR ADMISSION NO. 5:** Admit or deny there are no records that indicate the holding of Gillispie v. Beta Constr. Co., 842 P.2d 1272 (Alaska 1992), was taken into consideration when Progressive's model 9607 policy was finalized.

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S SECOND SET OF DISCOVERY REQUESTS TO DEFENDANT
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 7 of 19

EXHIBIT 20
Page 3 of 13

**ANSWER TO REQUEST FOR ADMISSION NO. 5:**

**REQUEST FOR ADMISSION NO. 6:** Admit or deny that Progressive was not aware of the decision in <u>Gillispie v. Beta Constr. Co.</u>, 842 P.2d 1272 (Alaska 1992), when it drafted the language in its 9607 model policy as referenced in the Affidavit of Michael A. Sablack, dated December 15, 2006.

**ANSWER TO REQUEST FOR ADMISSION NO. 6:**

**REQUEST FOR ADMISSION NO. 7:** Admit or deny that Alaska is the only state that has an independent cause of action for a parent for loss of society upon the death of a child.

**ANSWER TO REQUEST FOR ADMISSION NO. 7:**

**REQUEST FOR ADMISSION NO. 8:** Admit or deny that the model policy as referenced in the Affidavit of Michael A. Sablack, dated December 15, 2006, was not specifically modified to address the independent cause of action for loss of society that a parent has as set forth in <u>Gillispie v. Beta</u>

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S SECOND SET OF DISCOVERY REQUESTS TO DEFENDANT
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 8 of 19

EXHIBIT 20
Page 4 of 13

Constr. Co., 842 P.2d 1272 (Alaska 1992).

**ANSWER TO REQUEST FOR ADMISSION NO. 8:**


**REQUEST FOR ADMISSION NO. 9:** Admit or deny that the policy as referenced in the Affidavit of Michael A. Sablack, dated December 15, 2006, failed to exclude the independent cause of action of a parent for loss of society as set forth in Gillispie v. Beta Constr. Co., 842 P.2d 1272 (Alaska 1992).

**ANSWER TO REQUEST FOR ADMISSION NO. 9:**


**REQUEST FOR ADMISSION NO. 10:** Admit or deny that when Progressive drafted the 9607 model insurance policy it was not aware that a parent has a right to an independent cause of action under AS 09.15.010.

**ANSWER TO REQUEST FOR ADMISSION NO. 10:**

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S SECOND SET OF DISCOVERY REQUESTS TO DEFENDANT
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 9 of 19

EXHIBIT 20
Page 5 of 13

**REQUEST FOR ADMISSION NO. 11:** Admit or deny that Progressive failed to exclude under its policy the parent's independent cause of action under AS 09.15.010.

**ANSWER TO REQUEST FOR ADMISSION NO. 11:**

**REQUEST FOR ADMISSION NO. 12:** Admit or deny that Progressive failed to exclude under its policy the parent's independent cause of action as set forth in Gillispie v. Beta Constr. Co., 842 P.2d 1272 (Alaska 1992).

**ANSWER TO REQUEST FOR ADMISSION NO. 12:**

**REQUEST FOR ADMISSION NO. 13:** Admit or deny that the committee or team lead by Jeff Nash was never aware of the independent cause of action that a parent has for loss of society upon the death of a child under AS 09.15.010.

**ANSWER TO REQUEST FOR ADMISSION NO. 13:**

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S SECOND SET OF DISCOVERY REQUESTS TO DEFENDANT
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 10 of 19

EXHIBIT 20
Page 6 of 13

**REQUEST FOR ADMISSION NO. 14:** Admit or deny that the committee or team lead by Jeff Nash was never aware of the independent cause of action that a parent has for loss of society upon the death of a child under Gillispie v. Beta Constr. Co., 842 P.2d 1272 (Alaska 1992).

**ANSWER TO REQUEST FOR ADMISSION NO. 14:**

**REQUEST FOR ADMISSION NO. 15:** Admit or deny that never in the development of the 9607 model policy was the holding of Gillispie v. Beta Constr. Co., 842 P.2d 1272 (Alaska 1992), ever taken into consideration.

**ANSWER TO REQUEST FOR ADMISSION NO. 15:**

**REQUEST FOR ADMISSION NO. 16:** Admit or deny that never in the development of the 9607 model policy was an independent cause of action under AS 09.15.010 taken into consideration or that the team was aware of the holding of Gillispie v. Beta Constr. Co., 842 P.2d 1272 (Alaska 1992).

**ANSWER TO REQUEST FOR ADMISSION NO. 16:**

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S SECOND SET OF DISCOVERY REQUESTS TO DEFENDANT
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 11 of 19

EXHIBIT 20
Page 7 of 13