**REQUEST FOR ADMISSION NO. 17:** Admit or deny that the team that developed the 9607 model policy was not aware of the Alaska law that gave a parent an independent right of action for the death of a child.

**ANSWER TO REQUEST FOR ADMISSION NO. 17:**

**REQUEST FOR ADMISSION NO. 18:** Admit or deny that there are no records or any writings or draftings that indicate Progressive took into consideration the holding of AS 09.15.010 or <u>Gillispie v. Beta Constr. Co.</u>, 842 P.2d 1272 (Alaska 1992).

**ANSWER TO REQUEST FOR ADMISSION NO. 18:**

**REQUEST FOR ADMISSION NO. 19:** Admit or deny that the following language in the 9607 model policy is the same in every state in which Progressive does business.

> The **bodily injury** Limit of Liability under this Part III for "each person" includes the total of all claims made for such **bodily injury** and all claims derived from such **bodily injury**, including, but not limited to, loss of society, loss of companionship, loss of services, loss of consortium, and wrongful death.

**ANSWER TO REQUEST FOR ADMISSION NO. 19:**

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S SECOND SET OF DISCOVERY REQUESTS TO DEFENDANT
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 12 of 19

EXHIBIT 20
Page 8 of 13

**REQUEST FOR ADMISSION NO. 20:** Admit or deny that the following language in the 9607 model policy was not modified to conform to Alaska law under Gillispie v. Beta Constr. Co., 842 P.2d 1272 (Alaska 1992).

> The **bodily injury** Limit of Liability under this Part III for "each person" includes the total of all claims made for such **bodily injury** and all claims derived from such **bodily injury**, including, but not limited to, loss of society, loss of companionship, loss of services, loss of consortium, and wrongful death.

**ANSWER TO REQUEST FOR ADMISSION NO. 20:**


**REQUEST FOR ADMISSION NO. 21:** Admit or deny that the following language in the 9607 model policy was never modified from the policies in other states that do not recognize a parent's independent cause of action for loss of society for the death of a child by negligence.

> The **bodily injury** Limit of Liability under this Part III for "each person" includes the total of all claims made for such **bodily injury** and all claims derived from such **bodily injury**, including, but not limited to, loss of society, loss of companionship, loss of services, loss of consortium, and wrongful death.

**ANSWER TO REQUEST FOR ADMISSION NO. 21:**

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S SECOND SET OF DISCOVERY REQUESTS TO DEFENDANT
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 13 of 19

EXHIBIT 20
Page 9 of 13

**INTERROGATORY NO. 5:** If your answer to any of Request for Admission Nos. 2 through 21 is an admission, please state the identify of the person or persons by name, office, physical address, mailing address, and telephone number which possess the knowledge supporting the admission.

**ANSWER TO INTERROGATORY NO. 5:**

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S SECOND SET OF DISCOVERY REQUESTS TO DEFENDANT
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 14 of 19

EXHIBIT 20
Page 10 of 13

**INTERROGATORY NO. 6:** If your answer to any of Request for Admission Nos. 2 through 21 is a denial or a qualified denial, please state all facts materially supporting the denial or qualified denial and identify the person or persons by name, office, physical address, mailing address and telephone number which possess the knowledge supporting the denial or qualified denial.

**ANSWER TO INTERROGATORY NO. 6:**

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S SECOND SET OF DISCOVERY REQUESTS TO DEFENDANT
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 15 of 19

EXHIBIT 20
Page 11 of 13

**INTERROGATORY NO. 7:** Please set forth in detail how Progressive's model 9607 policy was modified to conform to Alaska.

**ANSWER TO INTERROGATORY NO. 7:**

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S SECOND SET OF DISCOVERY REQUESTS TO DEFENDANT
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 16 of 19

EXHIBIT 20
Page 12 of 13

**INTERROGATORY NO. 8:** Please set forth in detail how Progressive's model 9607 policy, as it was modified for Alaska, is different than the policy pertaining to the other areas of the United States.

**ANSWER TO INTERROGATORY NO. 8:**

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S SECOND SET OF DISCOVERY REQUESTS TO DEFENDANT
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 17 of 19

EXHIBIT 20
Page 13 of 13