Danny Withers                        Deposition                        July 12, 2006

### Page 50

1   A   Elements of it may have been, yes.
2   Q   And is there correspondence on that between
3   you and the attorney, Laurel Peterson gotten an issue?
4   A   I don't believe that there was correspondence
5   between me and Laurel Peterson. I don't recall, not
6   direct correspondence, no. That was in litigation and
7   there they have been correspondence between him and
8   defense counsel, which was Dan Quinn.
9   Q   Do you know of any other cases where the
10  issue of paying a claim under AS 09.15.010 that have
11  arisen?
12  A   Do I know of any other cases?
13      MR. ZIPKIN: I'm sorry, just for
14  clarification. Are you asking Progressive claims that
15  he's handled with Progressive or --
16      MR. LEGACKI: No, I'm just asking if he's
17  aware of them?
18      THE WITNESS: Am I aware of any cases that I
19  handled?
20  Q   (By Mr. Legacki) Any at all, whether you
21  handled it or another adjuster has handled it or
22  anything else.
23  A   I'm sure there is, but I don't recall any
24  specific cases.
25  Q   So this is a common issue, whether or not you

### Page 51

1   can collect a direct claim under AS 09.15.010?
2   A   It's come up before, yes.
3   Q   In what context has it come up before?
4   A   Under the same context in the case, whether
5   or not loss of society, loss of consortium is
6   derivative or non-derivative.
7   Q   What cases are they?
8   A   I can't recall any offhand.
9   Q   How many are there?
10  A   I have no idea offhand.
11  Q   Has Progressive ever addressed this issue in
12  Alaska before?
13  A   I think it's come up before, yes.
14  Q   And what cases with Progressive?
15  A   Well, I can't recall any.
16  Q   Do you talk about it at the office to the
17  other adjusters about this issue?
18  A   I think so, yes.
19  Q   I'm sorry?
20  A   Yes, I think so.
21  Q   And what have you -- have you discussed this
22  at a meeting, how was it discussed?
23      MR. ZIPKIN: Object to form. It's compound.
24      THE WITNESS: Under this particular insurance
25  contract whether or not loss of society, loss

### Page 52

1   consortium is a derivative claim or a nonderivative
2   claim.
3   Q   (By Mr. Legacki) Any memos been written
4   on that?
5   A   I don't think so. I don't recall.
6   Q   Well, how does this discussion come up, at a
7   meeting or --
8   A   It might come up day to day on a specific
9   claim or something, you know, a different claim. I
10  don't know, I can't recall any specific claims. But
11  it's a question that arises every now and then.
12  Q   You say day to day?
13  A   Week to week, I don't know. It's an issue
14  that has arisen in the past.
15  Q   And tell me how these meetings go. Do you
16  sit around and discuss it or do you look at it or --
17  A   No, it's not a meeting. It may come up with
18  another adjuster handling a claim like that.
19  Q   And they come up to you and talk to you about
20  it?
21  A   I don't recall specifically, no.
22  Q   How many cases are there? Seems like you
23  said, there's day to day, or week to week. There must
24  be more than one. There must be several that come up;
25  is that correct?

### Page 53

1       MR. ZIPKIN: Mischaracterizes and object to
2   form.
3       THE WITNESS: You know, I don't know how many
4   cases there are. All I can tell you is the issue has
5   come up before.
6   Q   (By Mr. Legacki) And did you go back and
7   look at how Progressive handled the issue before?
8   A   We've always handled it the same way.
9   Q   So the other cases in Alaska where --
10  obviously these are in court cases?
11  A   There may be. I don't recall any specific
12  cases.
13  Q   Do you refer to any database, is there any
14  group of documents at Progressive that you can go
15  refer to regarding this issue?
16  A   No, we looked at the specific policy that's
17  relevant to the case.
18  Q   Do you ever look at memos and say, "Geez, how
19  did we handle this before?"
20  A   No, we look at the policy that's applicable
21  to whatever the claim had.
22  Q   So each time this issue comes up it's an ad
23  hoc, just comes up any time anyone raises the issue of
24  AS 09.15.010, it's a reinvent the wheel kind of thing?
25  A   No. You look at the particular policy that's

14 (Pages 50 to 53)

EXHIBIT 22
Page 1 of 1

Alaska Stenotype Reporters (907) 276-1680