Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| RONALD V. WEILBACHER, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| PROGRESSIVE NORTHWESTERN | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | Case No. 3:05-cv-0204-TMB |
| _____ | ) | |

**ORDER DENYING DEFENDANT'S
<u>MOTION FOR PROTECTIVE ORDER RE: DEPOSITIONS</u>**

Defendant Progressive Northwestern Insurance Company having moved this Court for a protective order to quash the depositions of Michael Sablack and Kellie Rubesne, and to limit the questions posed to Dan Quinn, and the Court having

considered the memoranda of the parties and being duly advised in the premises,

    IT IS HEREBY ORDERED the Motion for Protective Order Regarding Depositions is denied.

    IT IS FURTHER ORDERED Progressive is to produce Michael Sablack, Kellie Rubesne, and Dan Quinn for unrestricted depositions by _____, and is to produce all documentation claimed to be privileged.

    IT IS FURTHER ORDERED that Progressive is to pay all of Ronald Weilbacher's costs and attorney fees associated with these depositions and responding to Progressive's motion.

    DATED this \_\_\_\_ day of _____, 2007.

            _____
            The Honorable Timothy M. Burgess
            United States District Judge

I HEREBY CERTIFY that on the 29th day
of January, 2007, a copy of the foregoing
document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

   s/Kenneth W. Legacki

ORDER DENYING DEFENDANT'S MOTION FOR PROTECTIVE ORDER
  RE: DEPOSITIONS
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 2

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848