Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| RONALD V. WEILBACHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PROGRESSIVE NORTHWESTERN | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | 3:05-cv-204-TMB |

PROGRESSIVE'S MOTION FOR A
PROTECTIVE ORDER REGARDING PLAINTIFF'S DISCOVERY REQUESTS

Pursuant to Federal Rule of Civil Procedure 26(c), defendant Progressive Northwestern Insurance Company ("Progressive"), by and through its attorneys, Guess & Rudd P.C., moves this court for a protective order directing that Progressive does not have to respond to any of the discovery requests in Plaintiff's Second Set of Discovery Requests to Defendant dated December 26, 2006 for the reasons set forth in the memorandum in support of this motion of even date.

By her signature below, the undersigned certifies on behalf of the movant that the movant has unsuccessfully and in

good faith conferred and attempted to confer with plaintiff through plaintiff's counsel in an effort to resolve the discovery issues without court action.  See Exhibit B to the Memorandum in Support.


DATED at Fairbanks, Alaska, this 29th day of January, 2007.

GUESS & RUDD P.C.
Attorneys for Progressive
Northwestern Insurance Company

By:    /s/Aisha Tinker Bray
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska  99701
Phone: 907-452-8986
Fax:  907-452-7015
Email: atbray@guessrudd.com
Alaska Bar No. 9505028


CERTIFICATE OF SERVICE
I hereby certify that on the
29th day of January, 2007, a copy
of the foregoing document was served
electronically on:

Kenneth A Legacki, Esq.

A Chambers Copy was also mailed
to the court pursuant to D.AK.LR 10.1(b).

Guess & Rudd P.C.

By:    /s/Aisha Tinker Bray

USDC Case No. 3:05-cv-204-TMB   Weilbacher v. Progressive
Progressive's Motion for a Protective Order Regarding Plaintiff's Discovery
Requests
Page 2 of 2