Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PROGRESSIVE NORTHWESTERN ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| _____) | 3:05-cv-204-TMB |

**PROPOSED**
PROTECTIVE ORDER REGARDING PLAINTIFF'S DISCOVERY REQUESTS

Defendant Progressive Northwestern Insurance Company ("Progressive"), having moved this court for a protective order with regard to plaintiff's Second Set of Discovery Requests to Defendant, and the court being duly advised in the premises,

IT IS HEREBY ORDERED that Progressive's motion is GRANTED. Progressive does not have to further respond to any of the discovery requests in Plaintiff's Second Set of Discovery Requests to Defendant dated December 29, 2006 for the reasons set forth in Progressive's memorandum in support of its motion.

DATED at Anchorage, Alaska, this _____ day of _____, 2007.

_____
Honorable Timothy M. Burgess
United States District Court Judge

CERTIFICATE OF SERVICE
I hereby certify that on the
\_\_\_\_\_ day of January, 2007, a copy
of the foregoing document was served
electronically on:

Kenneth A Legacki, Esq.

A Chambers Copy was also mailed
to the court pursuant to D.AK.LR 10.1(b).

Guess & Rudd P.C.

By: \_\_\_\_\_/s/Aisha Tinker Bray\_\_\_\_