Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| PROGRESSIVE NORTHWESTERN ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | Case No. 3:05-cv-0204-TMB |
| _____ ) | |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION
FOR PROTECTIVE ORDER RE: DISCOVERY REQUESTS**

A proposed preclusion order is attached for the Court's entry which would solve the discovery dispute between Plaintiff Weilbacher and Defendant Progressive. (Ex. 1, (Proposed) Preclusion Order)   The preclusion order states as follows:

Progressive is precluded from offering evidence that it considered Alaska law in development of the Alaska UM/UIM policy. Progressive is further precluded from offering evidence that it followed any practice or procedure to adapt, develop or modify the UM/UIM policy to conform to Alaska law and may not offer any evidence, testimony or opinion on the intent or interpretation of the policy language regarding UM/UIM coverage.

Since Progressive is so insistent that there is no documentation, no records, no evidence, and no witnesses that could testify about the policy language at issue in this case, then Progressive should not have any trouble agreeing to such a preclusion order. The requests for admission and interrogatories were served after Progressive finally responded to Plaintiff's first set of discovery requests, and only after this Court compelled it to do so.

If Progressive does not agree to the preclusion order, then Plaintiff Weilbacher should be able to depose the witnesses he would like to depose regarding Progressive's drafting history and policies, and Progressive should answer the discovery requests that were submitted after Progressive has now advised the Court that no such documentation exists regarding the drafting history of the policy language at issue as it applies to Alaska. The discovery requests were served on Progressive after it stated no history exists that Alaska law was considered when drafting the policy.

This Court, in its order compelling discovery, held that the intent of the policy language is discoverable. [Docket No. 103] But Progressive now admits that

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR PROTECTIVE
    ORDER RE: DISCOVERY REQUESTS
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 5

no record of its intention exists.

Progressive did submit affidavits from two individuals who said that they had no "personal knowledge" regarding the drafting history of the policy language at issue before this Court.

An example of the ambiguity with Progressive's responses, or lack of responses, to the discovery requests is Progressive's Response to Request for Admission No. 5, located at page 7 of Exhibit C of its Memorandum in Support of Motion for Protective Order. [Docket No. 121, Ex. C at 7 of 26] In its response to Request for Admission No. 5, Progressive states that it has no history on the development of the model policy as it pertains to Alaska, and there is no one presently employed at Progressive who has any knowledge of any history, but Progressive then goes on to state "it is Progressive's policy and practice to consider all relevant state laws, regulations, and decisions when modifying a policy for a specific state such as Alaska." [Id.] It is clear that Progressive is trying to have its cake and eat it too.

Progressive listed three witnesses to testify on its behalf: (1) Danny Withers, the adjuster; (2) Adam Lund, Danny Withers' supervisor, and (3) Dan Quinn, an Alaska attorney. Neither Danny Withers, Adam Lund nor Dan Quinn have any knowledge of Progressive's corporate policies regarding whether or not Alaska law was taken into consideration when the model policy was modified for Alaska.

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR PROTECTIVE
    ORDER RE: DISCOVERY REQUESTS
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 3 of 5

Therefore, Progressive should not object to the preclusion of any evidence being introduced that Progressive followed any practices or procedure to adapt, develop or modify the model policy to conform to Alaska law.

Since Progressive is objecting to any witnesses being deposed regarding the drafting history or the intent of the language in dispute in this case, and objecting to responding to discovery requests submitted in reliance upon its recent acknowledgement of no history of the intention of the policy language, Progressive should be precluded from offering any evidence, opinion or testimony whatsoever regarding the policy language at issue in this case.

Therefore, it is respectfully requested that the Court sign the proposed preclusion order, or in the alternative, order Progressive to respond to Plaintiff Weilbacher's discovery requests and allow the requested discovery to go forward.

DATED this 16th day of February, 2007, at Anchorage, Alaska.

KENNETH W. LEGACKI, P.C.
Attorney for Plaintiff

By   s/Kenneth W. Legacki
    Kenneth W. Legacki
    Alaska Bar No. 8310132
    425 G Street, Suite 920
    Anchorage, AK  99501
    Phone: (907) 258-2422
    Fax: (907) 278-4848
    E-mail: legacki@gci.net

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER RE: DISCOVERY REQUESTS
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 4 of 5

I HEREBY CERTIFY that on the 16th day of February, 2007, a copy of the foregoing document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

      s/Kenneth W. Legacki

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER RE: DISCOVERY REQUESTS
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 5 of 5