Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail: legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| PROGRESSIVE NORTHWESTERN INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) Case No. 3:05-cv-0204-TMB |

### (PROPOSED)
### PRECLUSION ORDER

The Court, having found good cause, hereby orders that Defendant Progressive Northwestern Insurance Company is precluded from offering evidence that it considered Alaska law in development of the Alaska UM/UIM policy. Progressive

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

EXHIBIT 1
Page 1 of 2

is further precluded from offering evidence that it followed any practice or procedure to adapt, develop or modify the UM/UIM policy to conform to Alaska law and may not offer any evidence, testimony or opinion on the intent or interpretation of the policy language regarding UM/UIM coverage.

DATED this _____ day of _____, 2007.

_____
The Honorable Timothy M. Burgess
United States District Judge

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PRECLUSION ORDER
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 2

EXHIBIT 1
Page 2 of 2