Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| PROGRESSIVE NORTHWESTERN | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) Case No. 3:05-cv-0204-TMB |
| | ) |

**(PROPOSED)**
**ORDER DENYING DEFENDANT'S MOTION FOR**
**PROTECTIVE ORDER RE: PLAINTIFF'S DISCOVERY REQUESTS**

Defendant Progressive Northwestern Insurance Company having moved this Court for a protective order regarding Plaintiff Weilbacher's discovery requests, and the Court having considered the memoranda of the parties and being duly advised in

the premises,

      IT IS HEREBY ORDERED the Motion for Protective Order Regarding Plaintiff's Discovery Requests is denied.

      IT IS FURTHER ORDERED Progressive is ordered to fully respond to the discovery requests within five days of distribution of this order.

      DATED this _____ day of _____, 2007.

                                    _____
                                    The Honorable Timothy M. Burgess
                                    United States District Judge

I HEREBY CERTIFY that on the 16th day of February, 2007, a copy of the foregoing document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

      s/Kenneth W. Legacki

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

ORDER DENYING DEFENDANT'S MOTION FOR PROTECTIVE ORDER
     RE: PLAINTIFF'S DISCOVERY REQUESTS
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 2