Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PROGRESSIVE NORTHWESTERN ) <br> INSURANCE COMPANY, ) <br> ) <br> Defendant. ) <br> ) | CASE NO. 3:05-cv-204-TMB |

PROGRESSIVE'S MOTION TO STRIKE PLAINTIFF'S EXPERT
WITNESS DISCLOSURE AND REPORT/OPINIONS OF EXPERT WITNESS

Progressive Northwestern Insurance Company ("Progressive"), by and through its attorneys, Guess & Rudd P.C., hereby moves to strike Plaintiff's Expert Witness Disclosure and the attached report of Stanley C. Garlington. This motion is supported by the memorandum and exhibits filed simultaneously herewith.

DATED at Fairbanks, Alaska, this 6th day of April, 2007.

>GUESS & RUDD P.C.
>Attorneys for Progressive
>Northwestern Insurance Company
>
>By:      s/Aisha Tinker Bray
>Guess & Rudd P.C.
>100 Cushman Street, Suite 500
>Fairbanks, Alaska 99701
>Phone: 907-452-8986
>Fax:   907-452-7015
>Email: atbray@guessrudd.com
>Alaska Bar No. 9505028

CERTIFICATE OF SERVICE
I hereby certify that on the
6th day of April, 2007, a copy
of the foregoing document was served
electronically on:

Kenneth A Legacki, Esq.

Guess & Rudd P.C.

By:    s/Aisha Tinker Bray

Case No. 3:05-cv-204-JWS   Weilbacher v. Progressive Northwestern Ins. Co.
Progressive's Motion to Strike Plaintiff's Expert Witness Disclosures and
Report/Opinions of Expert Witness
Page 2 of 2