Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER,   )<br>                           )<br>       Plaintiff,         )<br>                           )<br>    v.                     )<br>                           )   CASE NO. 3:05-cv-204-TMB<br>PROGRESSIVE NORTHWESTERN   )<br>INSURANCE COMPANY,         )<br>                           )<br>       Defendant.          )<br>_____) | |

**PROPOSED**
<u>ORDER STRIKING PLAINTIFF'S EXPERT WITNESS DISCLOSURES</u>

Progressive Northwestern Insurance Company ("Progressive") having moved to strike Plaintiff's Expert Witness Disclosures, including Mr. Garlington's 68-page report, and the court being duly advised in the premises,

IT IS HEREBY ORDERED that Progressive's Motion to Strike Plaintiff's Expert Witness Disclosures and Report/Opinions of Expert Witness is GRANTED.  Plaintiff's proposed expert witness, Stanley C. Garlington, may not testify

at trial in this matter, and Mr. Garlington's report may not be introduced in evidence at trial or utilized by plaintiff in any other manner.

DATED at Anchorage, Alaska, this _____ day of _____, 2007.

_____
The Honorable Timothy M. Burgess
United States District Court Judge

CERTIFICATE OF SERVICE
I hereby certify that on the
6th day of April, 2007, a copy
of the foregoing document was served
electronically on:

Kenneth A Legacki, Esq.

Guess & Rudd P.C.

By:    s/Aisha Tinker Bray