Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 3:05-cv-204-TMB |
| PROGRESSIVE NORTHWESTERN ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

ERRATA TO MEMORANDUM IN SUPPORT OF PROGRESSIVE'S
MOTION TO STRIKE PLAINTIFF'S EXPERT WITNESS
DISCLOSURES AND REPORT/OPINIONS OF EXPERT WITNESS
(Exhibit B)

Defendant Progressive Northwestern Insurance Company, by and through its attorneys, Guess & Rudd P.C., hereby submits Exhibit B to Memorandum in Support of Progressive's Motion to Strike Plaintiff's Expert Witness Disclosures and Report/Opinions of Expert Witness, which was inadvertently omitted with the filing of the Memorandum on April 5, 2007.

DATED at Fairbanks, Alaska, this 6th day of April, 2007.

```
                              GUESS & RUDD P.C.
                              Attorneys for Progressive
                              Northwestern Insurance Company


                         By:  s/Aisha Tinker Bray
                              Aisha Tinker Bray
                              Alaska Bar No. 9505028
```

CERTIFICATE OF SERVICE
I hereby certify that on the
6th day of April, 2007, a copy
of the foregoing document was served
electronically on:

Kenneth A Legacki, Esq.

Guess & Rudd P.C.

By:     s/Aisha Tinker Bray

USDC Case No 3-05-cv-204-TMB, Weilbacher v. Progressive
Errata To Memorandum in Support of Progressive's Motion To Strike Plaintiff's
Expert Witness Disclosures And Report/Opinions Of Expert Witness (Exhibit B)
Page 2 of 2