Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PROGRESSIVE NORTHWESTERN ) <br> INSURANCE COMPANY, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 3:05-cv-204-TMB |

PROGRESSIVE'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(c), Progressive Northwestern Insurance Company, by and through its attorneys, Guess & Rudd P.C., hereby moves for summary judgment on all of plaintiff's claims against it based on Progressive's denial of his claim for an additional "each person" policy limit of underinsured motor vehicle bodily injury liability coverage. This motion is supported by a memorandum of even date filed herewith.

Progressive acknowledges that there are several outstanding motions regarding discovery and disclosures in this matter.  See DE#113-114, DE#120-121, & DE#128-129. However, pursuant to this Court's Orders of November 13, 2007 (DE#103) and January 9, 2007 (DE#112), Progressive is required to re-file its dispositive motions (hereby combined) before April 16, 2007 (30 days after the close of discovery on March 15, 2007).

DATED at Fairbanks, Alaska, this 11th day of April, 2007.

>GUESS & RUDD P.C.
>Attorneys for Progressive
>Northwestern Insurance Company
>
>By:    s/Aisha Tinker Bray
>Guess & Rudd P.C.
>100 Cushman Street, Suite 500
>Fairbanks, Alaska 99701
>Phone: 907-452-8986
>Fax:   907-452-7015
>Email: atbray@guessrudd.com
>Alaska Bar No. 9505028

CERTIFICATE OF SERVICE
I hereby certify that on the
11th day of April, 2007, a copy
of the foregoing document was served
electronically on:

Kenneth A Legacki, Esq.

A Chambers Copy was also mailed
to the court pursuant to D.AK.LR 10.1(b).

Guess & Rudd P.C.

By:    s/Aisha Tinker Bray

Case No. 3:05-cv-204-JWS   Weilbacher v. Progressive Northwestern Ins. Co.
Progressive's Motion for Summary Judgment
Page 2 of 2