# KENNETH W. LEGACKI, P. C.
## ATTORNEY AT LAW

425 "G" STREET, SUITE 920
ANCHORAGE, ALASKA 99501

TELEPHONE: (907) 258-2422
FACSIMILE: (907) 278-4848
E-MAIL: legacki@gci.net

March 8, 2005

**VIA FACSIMILE**

Mr. Danny C. Withers
Senior Claims Specialist
Progressive Companies
4400 Business Park Blvd., Suite 22
Anchorage, AK   99503-7118

        RE:  Insured     :   Ron V. Weilbacher
             Claim No.   :   017489548
             Policy No.  :   AU 65824951-0
             Loss Date   :   July 9, 2001
             Claimant    :   Estate of Heidi Weilbacher

Dear Danny:

On October 4, 2004, I sent you a letter advising you of the new Alaska Supreme Court decision in Allstate Ins. Co. v. Teel, Opinion No. 5832 (Oct. 1, 2004). On October 29, 2004, you responded and advised me that you had received my letter and a copy of the Allstate case, which I had enclosed with my letter. You further stated that you were working with coverage counsel regarding my inquiry concerning whether Heidi Weilbacher's parents have a viable claim according to the holding of the Allstate v. Teel decision.

It has been some time since I heard from you and I would appreciate a response from you **within ten days** as to whether you are going to honor Ron Weilbacher's claim for compensation due to the death of his daughter.

For your information, Liberty Mutual has agreed with my analysis of the Allstate case and are allowing the mother to recover under the underinsured motorist provision of the policy.

Sincerely,

KENNETH W. LEGACKI, P.C.

/Kenneth W. Legacki

EXHIBIT  H
Page  1  of  6

RW - 100288

KWL/ksh


Liberty Mutual

November 18, 2003

RECEIVED
NOV 2 1 2003
Kenneth W. Legacki, P. C.

**Liberty Mutual Group**

20450 N.W. Amberwood Drive, Suite 150
P.O. Box 1839
Hillsboro OR, 97123-1839
Telephone: (503) 615-3520
(800) 208-3045
Fax: (503) 466-6117

Kenneth Legacki
Attorney at Law
425 "G" Street, Suite 920
Anchorage Alaska 99501

RE: Cathie Mauro
Claim No.: LA 684-1988582-03
Date of Loss: July 9, 2001

Dear Mr. Lagacki:

We have received your request that we afford Underinsured Motorist coverage for the claim of loss of society being asserted by Cathie Mauro in the above-captioned matter. Based on our review of the LibertyGuard Auto Policy held by Cathie Mauro, we have determined that there is no potential of coverage for Ms. Mauro's claim. Our reasoning is set forth below.

As you know, Liberty Mutual has already paid the $100,000 per person limit stated in the Uninsured Motorists endorsement contained in Ms. Mauro's policy in relation to the injuries sustained by Heidi Weilbacher.

We call your attention to "Split Uninsured/Underinsured Motorists Limits-Alaska" endorsement (PP 04 94 04 86) endorsement contained in the policy. It provides, in pertinent part:

> The first paragraph of the Limit of Liability Provision in the Split Uninsured/Underinsured Motorists Coverage-Alaska endorsement is replaced by the following:
>
> **LIMIT OF LIABILITY**
>
> The limit of Bodily Injury Liability shown in the Schedule or in the Declarations for each person for Uninsured/Underinsured Motorists Coverage is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in any one accident. Subject to this limit for each person, the Limit of Bodily Injury Liability shown in the schedule or in the Declarations for each accident for Uninsured/Underinsured Motorists Coverage is our maximum limit of liability for all damages for "bodily injury" resulting from any one accident. . . .

EXHIBIT H
Page 2 of 6

RW - 100261

Helping People Live Safer, More Secure Lives.



**Liberty Mutual Group**

20450 N.W. Amberwood Drive, Suite 150
P.O. Box 1859
Hillsboro OR, 97123-1859
Telephone: (503) 615-3520
(800) 208-3045
Fax: (503) 166-6117

Under this endorsement, the policy specifically provides that the "each person" limit applies to liability for all damages, <u>including damages for care, loss of services or death</u>, arising out of "bodily injury" sustained <u>by any one person in any one accident</u>. Pursuant to this language, the totals available limits in this matter are $100,000 and includes Heidi Weilbacher's parents' loss of society claims. Because Liberty Mutual has already paid $100,000 in this matter, there is no coverage for the loss of society claim being advanced by Ms. Mauro.

While we have attempted to address all of the coverage considerations related to this claim, Liberty Mutual reserves all rights under applicable law and the policy. This letter should in no way be construed as a waiver or estoppel of any of the possible coverage defenses afforded by the policy or applicable law.

Please continue to forward to us any suits or claims you receive relating to this matter, as well as any other information you believe may affect our position.

Sincerely


Mark R. Northcutt
Claims Specialist
800-208-3045 x216


EXHIBIT __H__
Page __3__ of __6__

RW - 100262

Helping People Live Safer, More Secure Lives.


Liberty Mutual

November 18, 2003

RECEIVED
NOV 24 2003
Kenneth W. Legacki, P. C.

Liberty Mutual Group

20450 N.W. Amberwood Drive, Suite 150
P.O. Box 1850
Hillsboro OR, 97123-1850
Telephone: (503) 615-5520
(800) 208-3015
Fax: (503) 166-6117

Kenneth W. Legacki
425 "G" Street, Suite 920
Anchorage, Alaska 99501

RE: Ronald Weilbacher
Claim No.: LA 684-1988582-04
Date of Loss: July 9, 2001

Mr. Legacki:

We have received and reviewed your claim for benefits for Ronald Weilbacher in accordance with Peter and Cathie Mauro's LibertyGuard Auto Policy. We have determined that there is no potential coverage for Mr. Weilbacher according to the following policy terms:

UNINSURED MOTORISTS COVERAGE

> A. We will pay compensatory damages which an "insured" is legally entitled to recovery from the owner or operator of an "uninsured motor vehicle" because of the "bodily injury":
>
> 1. Sustained by an "insured" and
> 2. Caused by an accident.
>
> The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the "uninsured motor vehicle."
>
> Any judgment for damages arising out of a suit brought without our written consent is not binding on us.
>
> B. "Insured" as used in this Part means:
>
> 1. You or any "family member."
> 2. Any, other person "occupying" "your covered auto."
> 3. Any person for damages that person is entitled to recover because of "bodily injury" to which this coverage applies sustained by a person described in 1. or 2. above

EXHIBIT __H__
Page __4__ of __6__

RW - 100263

Helping People Live Safer, More Secure Lives.

In addition to the above, "Split Uninsured/Underinsured Motorists Limits-Alaska" endorsement (PP 04 94 04 86) endorsement contained in the policy provides:

> The first paragraph of the Limit of Liability Provision in the Split Uninsured/Underinsured Motorists Coverage-Alaska endorsement is replaced by the following:
>
> **LIMIT OF LIABILITY**
>
> The limit of Bodily Injury Liability shown in the Schedule or in the Declarations for each person for Uninsured/Underinsured Motorists Coverage is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in any one accident. Subject to this limit for each person, the Limit of Bodily Injury Liability shown in the schedule or in the Declarations for each accident for Uninsured/Underinsured Motorists Coverage is our maximum limit of liability for all damages for "bodily injury" resulting from any one accident. . .

According to the definition of insureds, insureds are those named or shown in the policy Declarations or Family members which are persons related to you by blood, marriage or adoption who are a resident of your household. Since Mr. Weilbacher is neither named in the policy Declaration or a member of the household, there is no potential coverage for his claim through the LibertyGuard Auto Policy of Peter and Cathie Mauro.

> DEFINITIONS
>
> A. Throughout this policy, "you" and "your" refer to:
>
> 1. The "named insured" shown in the Declarations; and
> 2. The spouse if a resident of the same household.
>
> A. "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household. This includes a ward or foster child.

If you have any information that would effect the above decision, please let me know as soon as possible.

While we have attempted to address all of the coverage considerations related to this claim, Liberty Mutual Fire Insurance Company reserves all rights under applicable law and the policy. This letter should in no way be construed as a waiver or estoppel of any of the possible coverage defenses afforded by the policy or applicable law.

Please continue to forward to us any suits or claims relating to this matter, as well as any other information you believe may affect our position.

Sincerely,


Mark R. Northcutt
Claims Specialist
Liberty Mutual Fire Insurance Company

800-208-3045 x216

EXHIBIT H
Page 5 of 6

RW - 100264

PERSONAL AUTO
PP 04 94 04 86

## SPLIT UNINSURED/UNDERINSURED MOTORISTS LIMITS - ALASKA

**SCHEDULE**

| | | |
|---|---|---|
| Bodily Injury Liability | $_____ | each person |
| | $_____ | each accident |
| Property Damage Liability | $_____ | each accident |

The first paragraph of the Limit of Liability Provision in the Uninsured/Underinsured Motorists Coverage-Alaska endorsement is replaced by the following:

**LIMIT OF LIABILITY**

The limit of Bodily Injury Liability shown in the Schedule or in the Declarations for each person for Uninsured/Underinsured Motorists Coverage is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in any one accident. Subject to this limit for each person, the limit of Bodily Injury Liability shown in the Schedule or in the Declarations for each accident for Uninsured/Underinsured Motorists Coverage is our maximum limit of liability for all damages for "bodily injury" resulting from any one accident. The limit of Property Damage Liability shown in the Schedule or in the Declarations for each accident for Uninsured/Underinsured Motorists Coverage is our maximum limit of liability for all "property damage" resulting from any one accident. This is the most we will pay regardless of the number of:

1. "Insureds;"
2. Claims made;
3. Vehicles or premiums shown in the Schedule or in the Declarations; or
4. Vehicles involved in the accident.

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

100153

EXHIBIT __H__
Page __6__ of __6__

MAY 30 2002

PROGRESSIVE - ALASKA

PP 04 94 04 86         Copyright, Insurance Services Office, Inc., 1985, 1992         Page 1 of 1