AUG-22-2003 FRI 02:40 PM  DENALI ALASKAN INS       FAX NO. 9072728223                P. 01

```
****************************************                              ...
12/21/00   RR:08/00 V02.10                                           
           RON V WEILBACHER       ALASKA
****************************************************************
                                                   POLICY #: 65824951-0    PAGE
UPLOAD MESSAGE: Upload Successful on 12/21/2000 05:35PM  ref. $08C         A:U0
COMPANY INFORMATION:
PROGRESSIVE NORTHWESTERN INSURANCE CO.
P.O. BOX 31686           TAMPA FL 33631-3686
AGENT INFORMATION:            TOTAL PREMIUM: 789.00
ALASKA BUSINESS INSURANCE     DOWN PAYMENT:  789.00
1400 BENSON BLVD., SUITE 4    BALANCE DUE:     0.00       POLICY #: 65824951-0
ANCHORAGE , AK 99503          DOWNPAY REQ:   789.00       LEVEL: ADVANTAGE
(907)272-1825    DC-88847     PAY PLAN:      1-PAY        MARKET: ULTRA-PREFERRED
                              DOWNPAY METH:  INSURED CREDIT CARD
PRODUCER LICENSE NUMBER: 9806
PRODUCER NAME: WEIMER, RICHARD
                                 (Do Not Retain Commission)
----------------------------- GENERAL INFORMATION -----------------------------
RON V WEILBACHER               HOME PHONE: (907)262-7888   EFF DATE: 12/21/0
PO BOX 3824                    WORK PHONE:                 EFF TIME: 04:00PM
SOLDOTNA , AK 99669-           POLICY TERM: 12 MONTHS
PRIMARY RESIDENCE: OWN HOME/CONDO
                               FR VENDOR(S): EXPERIAN
                                             1-888-397-3742
------------------------- CREDIT CARD PAYMENT AUTHORIZATION -------------------
Credit Card Authorization #: 059579
```

I understand that the amount shown is being charged to my credit card as a downpayment for an insurance policy. I also understand that future payments will not be automatically charged; and that if I wish to make future payments with my credit card, I must notify the Company each time a payment is due that I want charged to my credit card. I agree that when I authorize a credit transaction, this policy will be subject to cancellation for non-payment of premium if the Company is unable to collect premium payment from Visa/MasterCard. The Company is deemed "unable to collect premium" in the following instances: when I reach my credit limit on my bank card; when the bank cancels or revokes my bank card; or when the bank does not pay, for whatever reason, premium upon the Company's settlement request.

I also understand that in the event the policy cancels, all unearned premium due to me, if any, will be sent to me in the form of a Progressive draft.

Cardholder's Signature (X) /s/ Ron Weilbacher                Amount $ 789.00

```
------------------------------ DRIVER INFORMATION ------------------------------
Complete for Applicant, Spouse, and all persons age 14 and over residing
with Applicant (licensed or not). Also list any operators.
DR#  DRIVER'S NAME              BIRTH DATE  AGE  SEX   MARITAL STATUS   RELATION
     RON V WEILBACHER           07/18/46    54    M    SINGLE           INSURED
R#   LIC STATUS    LICENSE NUMBER   ST   SOCIAL          DRIVER
     VALID         0682677          AK   SECURITY #      STATUS         PRINCIPAL/
                                         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    RATED           OCCASIONAL
                                                                        P
```

EXHIBIT  I
Page  1  of  6

100091

AUG-22-2003 FRI 02:40 PM  ENALI ALASKAN INS      FAX NO. J72728223         P. 02

```
************************     ************************    ************************
12/21/00    RR:08/00 V02.10        ALASKA
            RON V WEILBACHER
************************     ************************    ************************
                                                        POLICY #: 65824951-0       PAGE
                                                                                   A:UL:
-----------------------------  VEHICLE INFORMATION  -------------------------------
VEH
#  YR    MAKE        MODEL                    TYPE
1  1995  DODGE       GRAND CARAVAN LE/ES      1981 & NEWER -    BODY TYPE
VEH                                                             SPORT VAN         CYL  TUR
#  ENG SZ  DRIVE     FUEL   ST AMT   SYMBOL    PURCH DT                            6
1   ---    4X2                                 051606
VEH   VEHICLE ID       GARAGING   ACPE     CPE DECL
#     NUMBER           ZIP   ST   VALUE    VALUE         VEH USE             DR
1  1B4GH54L4SX540998   99669 AK     0        0           PLEASURE            #    PTS
                                                                             1     0
```

PLEASE INFORM APPLICANT THAT FAILURE TO DISCLOSE ALL DRIVERS/RESIDENTS
OF HOUSEHOLD OR ALL ACCIDENT/VIOLATIONS CAN CAUSE PREMIUM UPRATE
AND/OR POLICY CANCELLATION.

---------------------------- UNDERWRITING QUESTIONS -------------------------------

Prior Insurance
YES
Prior bodily injury limits
EQUAL TO OR GREATER THAN 100/300
Prior policy effective date
7/05/00
Prior policy expiration date
7/05/01
Prior Carrier
OTHER STANDARD
Total Comp Claims

---------------------------------- COVERAGES --------------------------------------
           1995 DODGE
[-PD       100/300/50                                               VEH 1
UIMBI      100/300                                                   333
UIMPD      50K W/$250                                                110
D-PAY      5,000                                                      29
MP         250                                                        29
LL         500                                                        56
PE         NONE                                                      218
W          75                                                          0
NT         NONE                                                       14
NT-PD      NONE                                                        0
YOFF       NONE                                                        0
                                                                       0
                                                                    -----
total      789.00                                                    789
                                                 Dr #/Sex/Marital/Age: 1MS54
al Premium 789.00
* POLICY LEVEL COVERAGE(S): RENT-PD

EXHIBIT __I__
Page __2__ of __6__

**100092**

---------------------------- DISCOUNTS/SURCHARGES ---------------------------------
Policy Discount(s):   Homeowner
                      Paid in Full

AUG-22-2003 FRI 02:41 PM   DENALI ALASKAN INS        FAX NO. 9072728223              P. 03

```
************************************************************
12/21/00    RR:08/00 V02.10     ALASKA
            RON V WEILBACHER
************************************************************
                                        POLICY #: 65824951-0       PAGE
                                                                   A:UL
------------------------------------------------------------
                    APPLICANT QUESTIONNAIRE
```

PLEASE HAVE THE APPLICANT COMPLETE THIS SECTION AND INITIAL EACH RESPONSE.

1. Have all the residents of your household been disclosed on this application
   Including all residents age 14 and over; exempt drivers; children away from
   home or in college and who drive your vehicle on a regular and frequent
   basis?
   (If no, please explain)                                X Yes ___ No _initi_

2. Are any of your vehicles used for delivery purposes, such as pizza, food,
   mail, newspaper or any other commercial business use (such as sales
   or marketing calls)?
   (If yes, please explain the business use)             ___ Yes X No _initi_

3. Are there other vehicles in your household not listed on this application?
   If yes, please give _____ Vehicle _____
                       Carrier                Driver
                                                         ___ Yes X No _initi_

EXPLANATIONS: _____

```
************************************************************
```

          INSTRUCTIONS IN CASE OF ACCIDENT OR LOSS
      REPORT ALL ACCIDENTS IMMEDIATELY-24 HOURS A DAY, 7 DAYS A WEEK

1. Obtain full names, addresses, phone numbers, and license numbers of all
   persons involved and all witnesses.

2. Do not admit liability or discuss the accident with anyone except police
   or company representative.

3. Call Progressive immediately at 1-800-274-4499.

NOTE: FOR QUESTIONS REGARDING YOUR POLICY OR BILL, PLEASE CALL: 1-800-888-7764
```
************************************************************
```

EXHIBIT __I__
Page __3__ of __6__

**100093**

AUG-22-2003 FRI 02:41 PM    DENALI ALASKAN INS           FAX NO. 9072728223              P. 04

```
**************************   **************************   **************************
12/21/00   RR:08/00 V02.10      ALASKA
           RON V WEILBACHER                                                     PAGE
**************************************************************    POLICY #: 65824951-0    A:UL:
----------------------------UNINSURED/UNDERINSURED MOTORISTS OFFER-----------------
```

We have offered you Uninsured/Underinsured Motorist Bodily Injury Coverage
("UM/UIM BI") and Uninsured/Underinsured Motorist Property Damage Coverage
("UM/UIM PD") as part of your motor vehicle liability policy.  You may reject
either or both of these coverages.  Or, you may purchase UM/UIM BI and/or
UM/UIM PD with limits less than, equal to, or greater than your limits of
liability coverage.

Available limits of UM/UIM BI are:
    $50,000 each person/$100,000 each accident
    $75,000 each person/$150,000 each accident
    $100,000 each person/$300,000 each accident
    $250,000 each person/$500,000 each accident
    $300,000 each person/$500,000 each accident
    $500,000 each person/$500,000 each accident
    $500,000 each person/$1,000,000 each accident
    $1,000,000 each person/$2,000,000 each accident

Available limits of UM/UIM PD are:
    $25,000 each accident
    $50,000 each accident
    $100,000 each accident

100094

EXHIBIT  I
Page  4  of  6

AUG-22-2003 FRI 02:41 PM   NALI ALASKAN INS        FAX NO. 72728223                    P. 05

```
****************************************************************
12/21/00    RR:08/00 V02.10    ALASKA
            RON V WEILBACHER
****************************************************************
                                                POLICY #: 65824951-0    PAGE 5
------------------------- APPLICANT'S SIGNATURE ----------------- A:UL:2
```

I hereby declare that the statements contained herein are true to the best of my knowledge and belief and do hereby agree to pay any surcharges applicable under Company rules which are necessitated by inaccurate statements. I hereby declare that no persons, other than those listed on the front of this application, regularly operate the vehicle(s) described on this application. I understand that coverage under this policy may be denied if this application contains any false information or if any information that would alter the Company's exposure is omitted or misrepresented.

I understand that a service charge of $20.00 will be assessed to the balance due on my policy if any check offered in payment is not honored by my bank. Imposition of such charge shall not deem the Company to have accepted the check unconditionally.

I understand that if I pay by check, draft, or any remittance other than cash, my coverage is conditioned upon the check, draft, or remittance being honored upon presentment. If the check, draft, or remittance is not honored upon presentment, my policy may be cancelled.

I understand that if I wish to cancel my policy before expiration, I must notify Company directly via a telephone call or signed notice, and the Company will refund any money due to me on a pro-rata basis. (If named insured is under the age of 18, signature of parent or guardian is required). FAILURE TO PROVIDE ACCURATE INFORMATION CAN RESULT IN A PREMIUM INCREASE AND/OR CANCELLATION. I also authorize Company to obtain a copy of my driving record from the Department of Motor Vehicles.

I understand that if I choose to use an installment payment plan that each installment will include an installment fee ($6.00 for regular payment plans and $3.00 for Electronic Funds Transfer). I agree to make my payments by the due date. I understand that late payments or missed payments incur a $6.00 late fee and could jeopardize my insurance coverage.

Note: In connection with your request for a premium quotation: (1) we may obtain consumer reports (which may include credit information) or personal or privileged information from third parties; (2) in certain circumstances, such information, as well as other personal privileged information subsequently collected by us, may be disclosed to third parties (including our affiliated companies) without your authorization; (3) you have the right to access and correct all personal information collected; and (4) at your request we will: (a) confirm whether a consumer report was requested and, if so, provide the name and address of the consumer reporting agency that furnished it; and (b) provide you more detailed information regarding our collection, use, and disclosure of personal information, and your rights to access and correct such information. Subsequent consumer reports may be used for an update, renewal or extension of your insurance.

Signature of Insured-Applicant _____    Date: 12/21/00

EXHIBIT I
Page 5 of 6    100095

AUG-22-2003 FRI 02:41 PM   NALI ALASKAN INS        FAX NO. 9727282223            P. 06

```
****************************   ************************************************
12/21/00    RR:08/00 V02.10       ALASKA
            RON V WEILBACHER                                                PAGE
****************************************   POLICY #: 65824951-0            A:UL:
------------------------------ AGENT SIGNATURE ---------------------------------
```

The undersigned hereby represents and certifies that the information contained herein is correct to the best of his/her knowledge; that this application was completed and then signed by the insured-applicant; that a completed copy hereof has been given to the insured-applicant; and that the undersigned has a duplicate signed copy hereof.

X _____        Date: 12/21/00        Time: 2:40p
Signature of Producing Agent

Form No. 1211 AK (01/99)

EXHIBIT I
Page 6 of ___

100096