The documents are in the possession, custody or control of Defendant.

**INTERROGATORY NO. 4**: Please set forth in full detail all facts supporting your allegations in paragraph IX of your Complaint that Progressive acted in bad faith, including the name, address, and telephone number of every witness you claim has knowledge of facts supporting your claims and the identity and location of every document which you believe contains information supporting these claims. Please note that this interrogatory does <u>not</u> seek attorney work product. Rather, consistent with the Alaska Supreme Court's decision in <u>McKibben v. Mohawk Oil Co., Ltd.</u>, 667 P.2d 1223 (Alaska 1983), this interrogatory requires that plaintiff provide factual information supporting his specific allegations.

**SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 4**: Mr. Weilbacher believes that as he reads the insurance policy, Progressive has an obligation to pay him a separate per person limit under AS 09.15.010 and it has not done so. Under the Fair Claims Settlement Act, Progressive had an obligation to pay him his separate, individual, per person limit, and Progressive is trying to avoid payment by claiming that Mr. Weilbacher's AS 09.15.010 claim is a derivative claim, rather than a direct claim. Progressive has an obligation to pay Mr. Weilbacher for the death of his daughter for his separate individual claim. <u>See also</u> Answers to Interrogatory Nos. 1 and 3.

**Witnesses**: Ronald Weilbacher, c/o Kenneth W. Legacki, Esq., 425 G

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S SUPPLEMENTAL RESPONSES TO PROGRESSIVE'S FIRST SET OF DISCOVERY REQUESTS
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 6 of 14

EXHIBIT M
Page 1 of 4

(dismissed for lack of prosecution); Weilbacher v. Dave Keating/Poachers Cove, Case No. 3KN-90-184 Civil (dismissed for lack of prosecution); Ansel v. Weilbacher, Case No. 3KN-86-1038 SC; and Tuter/Nazerene Church v. Weilbacher, Case No. 3KN-85-707 Civil. Mr. Weilbacher has also been a party to a divorce action and a dissolution without children action.

**INTERROGATORY NO. 7**: Please specify each and every item and category of damages you seek in this action and, for each item and category of damages you seek in this action, please state the precise manner in which the item/category and amount of damages was calculated, the total amount you seek for each item of damages, the name, address and telephone number for each witness you claim has knowledge of facts supporting your damage claims, and the identity and location of every document you claim contains information that supports any item/category of damages. In answering this interrogatory, please itemize all expenses, bills or receipts for damage, or other expenses, and indicate which bills were paid by you and which were paid by any other person, insurance company, or other entity, including that entity's name, address and telephone number, and please indicate whether any person, insurance company or other entity has or claims to have a lien against any recovery you may make in this case, including the identity of the lienholder. Please note that this interrogatory does **not** seek attorney work product. Rather, consistent with the Alaska Supreme Court's decision in McKibben v. Mohawk Oil Co., Ltd., 667

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S SUPPLEMENTAL RESPONSES TO PROGRESSIVE'S FIRST SET OF DISCOVERY REQUESTS
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 9 of 14

EXHIBIT M
Page 2 of 4

P.2d 1223 (Alaska 1983), this interrogatory requires that plaintiff provide factual information supporting his specific allegations.

**SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 7**: Mr. Weilbacher is seeking compensation for the loss of his daughter. The statutory cap for the death of a child under AS 09.15.010 is $400,000, or $8,000 times years of life expectancy, whichever is greater, and any other damages the Court deems are just. **Witnesses:** See Answers to Interrogatory No. 11.

**INTERROGATORY NO. 9**: If your response to any Request for Admission submitted by Progressive in this matter is anything other than an unqualified admission, please fully explain your response providing all facts, (including the name, address, and telephone number of all witnesses and the identity and location of all documents or other tangible things) that support your response to the Request for Admission. Please note your on-going obligation to supplement your responses pursuant to Rule 26(e).

**SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 9**: See Answer to Request for Admission No. 4. As to Request for Admission Nos. 5, 6 and 7, copies of the checks issued to Ronald Weilbacher have been produced. As Danny Withers' testified, the checks were issued to the Estate of Heidi Weilbacher and Cathie Mauro and Ronald Weilbacher as Personal Representatives of the Heidi's estate. See Document Nos. RW-10001 through RW-10011.

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S SUPPLEMENTAL RESPONSES TO PROGRESSIVE'S FIRST SET OF DISCOVERY REQUESTS
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 10 of 14

EXHIBIT M
Page 3 of 4

# VERIFICATION

STATE OF ALASKA           )
                          ) ss
THIRD JUDICIAL DISTRICT   )

      I, RONALD WEILBACHER, being first duly sworn, depose and state as follows:

      I am the person above-named; I have read the foregoing interrogatory answers and understand the contents thereof; I have executed the same freely and voluntarily for the purposes set forth therein; and I believe the statements to be true and correct to the best of my knowledge and belief.

DATED this _____ day of _____, 2006

_____
RONALD WEILBACHER

SUBSCRIBED and SWORN TO before me, a notary public, this _____ day of _____, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 7/18/09

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S SUPPLEMENTAL RESPONSES TO PROGRESSIVE'S FIRST SET OF DISCOVERY REQUESTS
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 13 of 14

EXHIBIT M
Page 4 of 4