Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PROGRESSIVE NORTHWESTERN )<br>INSURANCE COMPANY, )<br>)<br>Defendant. )<br>_____ ) | CASE NO. 3:05-cv-204-TMB |

MOTION AND MEMORANDUM TO EXTEND DEADLINE
TO CONDUCT DEPOSITION OF PLAINTIFF'S EXPERT WITNESS

Progressive Northwestern Insurance Company ("Progressive"), by and through its attorneys, Guess & Rudd P.C., hereby requests to reserve its right to conduct the deposition of plaintiff's purported expert witness, Stanley C. Garlington, in the unlikely event that this court does not grant Progressive's Motion to Strike Plaintiff's Expert Witness Disclosures and Report/Opinions of Expert Witness, filed April 5, 2007 (DE#128-129).

The current deadline for conducting Mr. Garlington's deposition is April 16, 2007, 30 days after the close of discovery, pursuant to this court's January 9, 2007 order. DE#112. However, at this point, Progressive does not know whether Mr. Garlington will be allowed to testify in this action and Progressive anticipates that Mr. Garlington's deposition will be very costly in terms of preparation time and the actual deposition, given the nature and vast scope of Mr. Garlington's report.[1] Since Progressive anticipates that Mr. Garlington's testimony and report will be prohibited based on the arguments set forth in Progressive's Motion to Strike, thereby rendering the deposition of Mr. Garlington moot, Progressive believes that the parties should await this court's decision on the pending motion before proceeding with Mr. Garlington's deposition.

There are also two pending motions regarding discovery in this matter which could impact Mr. Garlington's report and testimony, assuming that he is allowed to testify at all. See DE#113-114 & DE#120-121.

Therefore, in the interests of judicial economy, anticipated cost savings to the parties, and the logical

---

[1] For example, Mr. Garlington's deposition fee is $300 per hour. See Plaintiff's Supplemental Expert Witness Disclosures, attached hereto as Exhibit A.

Case No. 3:05-cv-204-JWS   Weilbacher v. Progressive Northwestern Ins. Co.
Motion and Memorandum to Extend Deadline to Conduct Deposition of Plaintiff's Expert Witness
Page 2 of 3

administration of this litigation, Progressive requests to reserve its right to depose Mr. Garlington before trial in the unlikely event that its Motion to Strike is denied.

DATED at Fairbanks, Alaska, this 11th day of April, 2007.

>GUESS & RUDD P.C.
>Attorneys for Progressive
>Northwestern Insurance Company
>
>By:     /s/Aisha Tinker Bray
>Guess & Rudd P.C.
>100 Cushman Street, Suite 500
>Fairbanks, Alaska 99701
>Phone: 907-452-8986
>Fax:   907-452-7015
>Email: atbray@guessrudd.com
>Alaska Bar No. 9505028

CERTIFICATE OF SERVICE
I hereby certify that on the
11th day of April, 2007, a copy
of the foregoing document was served
electronically on:

Kenneth A Legacki, Esq.

Guess & Rudd P.C.

By:    /s/Aisha Tinker Bray

Case No. 3:05-cv-204-JWS   Weilbacher v. Progressive Northwestern Ins. Co.
Motion and Memorandum to Extend Deadline to Conduct Deposition of Plaintiff's Expert Witness
Page 3 of 3