Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail: legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>PROGRESSIVE NORTHWESTERN )<br>INSURANCE COMPANY, )<br>)<br>Defendant. )<br>_____) | <br><br><br><br><br><br><br><br>Case No. 3:05-cv-0204-TMB |

**PLAINTIFF'S SUPPLEMENTAL EXPERT WITNESS DISCLOSURES**

Plaintiff Ronald V. Weilbacher, by and through counsel, hereby supplements his Expert Witness Disclosures with Attachment 1 to the Expert Report of Stanley C. Garlington, which sets forth the list of materials reviewed by Mr. Garlington. Mr. Garlington's fee for reviewing the materials and preparing his report

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

EXHIBIT A
Page 1 of 3

is $200.00 per hour, and his deposition and trial witness fee is $300.00 per hour.

DATED this 9th day of April, 2007, at Anchorage, Alaska.

KENNETH W. LEGACKI, P.C.
Attorney for Plaintiff

By _____
Kenneth W. Legacki
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK 99501
Phone: (907) 258-2422
Fax: (907) 278-4848
E-mail: legacki@gci.net

I HEREBY CERTIFY that on the ____ day of April, 2007, a copy of the foregoing document was mailed to the offices of:

Aisha Tinker Bray
Guess & Rudd
100 Cushman Street, Suite 500
Fairbanks, AK 99701

Gary Zipkin
Guess & Rudd
510 L Street, Suite 700
Anchorage, AK 99501

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S SUPPLEMENTAL EXPERT WITNESS DISCLOSURES
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 2

EXHIBIT  A
Page  2  of  3

Attachment 1
Materials Reviewed

1. Progressive's Initial Disclosures
2. Progressive's First Supplemental Disclosures
3. Progressive's Second Supplemental Disclosures
4. Progressive's Third Supplemental Disclosures
5. Progressive's Supplemental Disclosures and Responses to Plaintiff's First Set of Discovery Requests
6. Asia Bray 1/23/06, 1/30/06, 3/31/06, 6/30/06, 1/3/07, 1/3/07, 1/11/07, and 1/12/07 letters
7. Legacki 6/23/06 letter
8. Progressive's 12/15/06 Vaughn Index-Privilege Log
9. Withers deposition
10. Lund deposition
11. Weilbacher deposition
12. Rubesne affidavit
13. Complaint and pleadings
14. Lohr Opinion
15. Lohr Deposition

Stanley C. Garlington          Page 1 of 1          March 27, 2007          EXHIBIT __A__
                                                                             Page __3__ of __3__