Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PROGRESSIVE NORTHWESTERN ) <br> INSURANCE COMPANY, ) <br> ) <br> Defendant. ) <br> _____) | CASE NO. 3:05-cv-204-TMB |

**PROPOSED**
ORDER EXTENDING DEADLINE
TO CONDUCT DEPOSITION OF PLAINTIFF'S EXPERT WITNESS

Progressive Northwestern Insurance Company ("Progressive"), by and through its attorneys, Guess & Rudd P.C., having requested to reserve its right to conduct the deposition of plaintiff's purported expert witness, Stanley C. Garlington, and the court being duly advised in the premises,

IT IS HEREBY ORDERED that Progressive's Motion is GRANTED. The deadline for conducting the deposition of plaintiff's

expert witness is extended until thirty (30) days following this court's decision on Progressive's Motion to Strike Plaintiff's Expert Witness Disclosures and Report/Opinions of Expert Witness (DE#128-129).

DATED at Anchorage, Alaska, this _____ day of _____, 2007.

_____
Honorable Timothy M. Burgess
United States District Court Judge

CERTIFICATE OF SERVICE
I hereby certify that on the
11th day of April, 2007, a copy
of the foregoing document was served
electronically on:

Kenneth A Legacki, Esq.

Guess & Rudd P.C.

By:   /s/Aisha Tinker Bray

Case No. 3:05-cv-204-JWS   Weilbacher v. Progressive Northwestern Ins. Co.
**PROPOSED** Order Extending Deadline to Conduct Deposition of Plaintiff's Expert Witness
Page 2 of 2