Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| PROGRESSIVE NORTHWESTERN INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) | Case No. 3:05-cv-0204-TMB

**PLAINTIFF'S NONOPPOSITION TO
PROGRESSIVE'S MOTION TO EXTEND DEADLINE TO CONDUCT
DEPOSITION OF PLAINTIFF'S EXPERT WITNESS**

Plaintiff Ronald V. Weilbacher, by and through counsel, hereby gives notice that he does not oppose Progressive's Motion to Extend Deadline to Conduct Deposition of Plaintiff's Expert Witness, filed April 11, 2007.  [Docket 134]

DATED this 18th day of April, 2007, at Anchorage, Alaska.

KENNETH W. LEGACKI, P.C.
Attorney for Plaintiff

By    s/Kenneth W. Legacki
      Kenneth W. Legacki
      Alaska Bar No. 8310132
      425 G Street, Suite 920
      Anchorage, AK 99501
      Phone: (907) 258-2422
      Fax: (907) 278-4848
      E-mail: legacki@gci.net

I HEREBY CERTIFY that on the 18th day of
April, 2007 a copy of the foregoing
document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

     s/Kenneth W. Legacki

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF'S NONOPPOSITION TO PROGRESSIVE'S MOTION TO
    EXTEND DEADLINE TO CONDUCT DEPOSITION OF
    PLAINTIFF'S EXPERT WITNESS
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 2