# KENNETH W. LEGACKI, P. C.
## ATTORNEY AT LAW

425 "G" STREET, SUITE 920
ANCHORAGE, ALASKA 99501

TELEPHONE: (907) 258-2422
FACSIMILE: (907) 278-4848
E-MAIL: legacki@gci.net

January 6, 2006

**VIA FACSIMILE**

Ms. Aisha Tinker Bray
Attorney at Law
Guess & Rudd, P.C.
100 Cushman Street, Suite 500
Fairbanks, AK 99701-4659

RE: Weilbacher vs. Progressive
Claim No.        : 017489548
Your File No.    : 5200.120

Dear Aisha:

I would like to depose the two Progressive individuals listed on your witness list, Danny Withers and Adam Lund. I assume we can do these after you receive the documents requested in your December 6 letter. Please let me know what your schedule is, as well as the schedules of Danny Withers and Adam Lund.

On another note, the police report is voluminous--about 5½ inches thick. Please let me know if you would like a copy of the report, which I can send to your Anchorage office for copying, or would like to review it at my office.

If you have any question, feel free to contact me.

Sincerely,

KENNETH W. LEGACKI, P.C.

Kenneth W. Legacki

KWL/ksh
cc: Gary Zipkin, Esq.

EXHIBIT 2
Page 1 of 17

GARY A. ZIPKIN
LOUIS R. VEERMAN
JAMES D. LINXWILER
JAMES D. DEWITT
JOSEPH J. PERKINS, JR.
GEORGE R. LYLE
MICHAEL S. MCLAUGHLIN
SUSAN M. WEST
JOAN E. ROHLF
MICHAEL K. NAVE
JONATHAN A. WOODMAN
AISHA TINKER BRAY
NELLEENE A. BOOTHBY
MATTHEW COOPER
CHRISTINA RANKIN
PAMELA D. WEISS
JOSEPH BRIAN GROSS
MOLLY C. BROWN

LAW OFFICES OF
**Guess & Rudd** P.C.

100 CUSHMAN STREET, SUITE 500
FAIRBANKS, ALASKA 99701-4659
TELEPHONE (907) 452-8986
FACSIMILE (907) 452-7015

W. EUGENE GUESS 1932-1975
JOSEPH RUDD 1933-1978
FRANCIS E. SMITH, JR. 1941-1991

OFFICES IN
ANCHORAGE & FAIRBANKS

OF COUNSEL
MARGARET S. JONES
GREGORY G. SILVEY

January 23, 2006

*VIA FACSIMILE & U.S. MAIL*

Kenneth W. Legacki, Esq.         *1-907-278-4848*
425 G Street, Suite 920
Anchorage, Alaska 99501

   Re: Weilbacher v. Progressive
     Claim No.: 017489548
     Our File No.: 5200.120

Dear Ken:

  I apologize for the delay in responding to your January 6, 2006 letter, regarding the depositions of Danny Withers and Adam Lund. As you noted, I do ask that I have the discovery I requested in my December 6, 2005 letter be provided prior to any depositions or further discovery in this matter. However, that being said, I do not believe depositions/discovery will further any issue in this case.

  As we've discussed, the issue in this case is whether under the terms of Mr. Weilbacher's Progressive policy he is entitled to another "each person" policy limit, or part thereof, of UIMBI coverage for his loss of consortium/loss of society claims under AS 09.15.010 based on the loss of his daughter. You believe he is and we disagree. It is, however, an issue of contract interpretation and, thus, a matter of law. There are no factual disputes about what occurred. You asked for the coverage and Progressive denied it.

  I understand that you pled a count for bad faith against Progressive based on the facts and circumstances surrounding its denial of coverage that involve issues of fact — the why's of Progressive's denial of coverage. However, a predicate to bad faith is that Progressive wrongly denied the coverage at issue. As such, if Progressive's interpretation of the policy language is correct, and there is no more coverage available, then there can be no bad faith as a matter of law. The corollary, of course, is that if Progressive's interpretation is incorrect and

EXHIBIT 2
Page 2 of 17

Kenneth W. Legacki, Esq.
January 23, 2006
Page 2

there is available coverage then, and only then, do the issues of fact become relevant.

    Accordingly, I ask that we not engage in costly and time consuming depositions of any parties and witnesses at this time, and that we allow the court to determine the issue of law through summary judgment proceedings. We have filed a Motion for Summary Judgment to pursue this course of action. (Again, I apologize for the delay in filing this motion; I've been learning the new ECF system.)

    Also, since at this time I do not expect the police report to be necessary to resolve this matter, please do not make a copy. If/when it becomes needed I will either ask for a copy or stop by your offices. Thank you.

    If you still want to pursue the depositions of Mr. Withers and Mr. Lund, please let me know. I'm still awaiting the discovery previously requested.

                            Sincerely,
                            GUESS & RUDD P.C.

                            Aisha Tinker Bray

ATB/msv

cc: Jay Wesolowski

EXHIBIT 2
Page 3 of 17

GARY A. ZIPKIN
LOUIS R. VEERMAN
JAMES D. LINXWILER
JAMES D. DEWITT
JOSEPH J. PERKINS, JR.
GEORGE R. LYLE
MICHAEL S. MCLAUGHLIN
SUSAN M. WEST
JOAN E. ROHLF
MICHAEL K. NAVE
JONATHAN A. WOODMAN
AISHA TINKER BRAY
NELLEENE A. BOOTHBY
MATTHEW COOPER
CHRISTINA RANKIN
PAMELA D. WEISS
JOSEPH BRIAN GROSS
MOLLY C. BROWN

LAW OFFICES OF
**Guess & Rudd**
P.C.

100 CUSHMAN STREET, SUITE 500
FAIRBANKS, ALASKA 99701-4659
TELEPHONE (907) 452-8986
FACSIMILE (907) 452-7015

W. EUGENE GUESS 1932-1975
JOSEPH RUDD 1933-1978
FRANCIS E. SMITH, JR. 1941-1991

OFFICES IN
ANCHORAGE & FAIRBANKS

OF COUNSEL
MARGARET S. JONES
GREGORY G. SILVEY

March 30, 2006

*VIA FACSIMILE & U.S. MAIL*

RECEIVED
APR 0 3 2006
Kenneth W. Legacki P.C.

Kenneth W. Legacki, Esq.
425 G Street, Suite 920
Anchorage, Alaska 99501

Re:  Weilbacher v. Progressive
     Our File No.: 5200.120

Dear Ken:

   Since the court essentially granted you the discovery that you requested at the hearing this morning, I wanted to provide you with my and the proposed deponents' availability as soon as possible.

   Unfortunately, I am unavailable for any depositions from April 10th through April 27th. I will out of the state on a family vacation. Mr. Withers, who is in Anchorage, is unavailable April 6, 12, 21, and 28 for various matters, and May 1-5, 15-19, and 22-26 for 3 separate trials in which he is participating. I have not been able to reach Mr. Lund, who is in the Seattle area. I will provide his availability as soon as possible. Would you be amenable to taking these deposition in May? Perhaps the week of May 8-12. If you feel you must take these depositions in April, Mr. Zipkin has some limited availability to participate on behalf of Progressive.

   With regard to your argument this morning regarding the earlier case involving Mr. Withers, were you referring to <u>Wold v. Progressive</u>, 52 P.3d 155 (Alaska 2002)? If not, what case where you referring to? Also, I did not completely follow your argument. What is the alleged inconsistency between Progressive's opinion in the earlier case and this matter?

   You also raised for the first time an argument concerning the history of the relevant UIMBI policy provision, and your desire to look into whether this is boilerplate language or tailored for Alaska. Again, I did not completey follow your argument. What is the significance of the drafting history of

EXHIBIT 2
Page 4 of 17

Kenneth W. Legacki, Esq.
March 30, 2006
Page 2 of 2

the provision? What part of the UIMBI provision are you referring to? If I have totally misunderstood your argument, please correct me. I am asking in order to determine from Mr. Lund and Mr. Withers whether this is something they will be able to respond to or whether we will need to ask someone else. However, at this time I cannot make the inquiry as I do not understand what you are asking/arguing.

    Your assistance with the above is appreciated. I also still need the additional discovery from you that was requested in December 2005. As you recall, you previously agreed to provide this information prior to any depositions being taken.

                      Sincerely,
                        GUESS & RUDD P.C.

                        Aisha Tinker Bray

ATB/msv

cc: Jay Wesolowski (email)

EXHIBIT 2
Page 5 of 17

GARY A. ZIPKIN
LOUIS R. VEERMAN
JAMES D. LINXWILER
JAMES D. DEWITT
JOSEPH J. PERKINS, JR.
GEORGE R. LYLE
MICHAEL S. MCLAUGHLIN
SUSAN M. WEST
JOAN E. ROHLF
MICHAEL K. NAVE
JONATHAN A. WOODMAN
AISHA TINKER BRAY
NELLEENE A. BOOTHBY
MATTHEW COOPER
CHRISTINA RANKIN
PAMELA D. WEISS
JOSEPH BRIAN GROSS
MOLLY C. BROWN

LAW OFFICES OF
**Guess & Rudd**
P.C.

100 CUSHMAN STREET, SUITE 500
FAIRBANKS, ALASKA 99701-4659
TELEPHONE (907) 452-8986
FACSIMILE (907) 452-7015

W. EUGENE GUESS 1932-1975
JOSEPH RUDD 1933-1978
FRANCIS E. SMITH, JR. 1941-1991

OFFICES IN
ANCHORAGE & FAIRBANKS

OF COUNSEL
MARGARET S. JONES
GREGORY G. SILVEY

March 31, 2006

*VIA FACSIMILE & U.S. MAIL*

Kenneth W. Legacki, Esq.
425 G Street, Suite 920
Anchorage, Alaska 99501

RECEIVED
APR 03 2006
Kenneth W. Legacki, P.C.

  Re:  Weilbacher v. Progressive
     Our File No.: 5200.120

Dear Ken:

  This letter is to follow-up on my letter of yesterday regarding Mr. Lund's availability for his deposition. Mr. Lund, who is in the Seattle area, is *not* available on the following dates: April 3-7, April 10-13, April 18-21, April 26-27, May 2, May 9-12, May 17-18, May 23-25. His availability opens up at the end of May, but I did not inquire into availability in June.

  Please give me a call next week to work on the arrangements for all the depositions.

           Sincerely,
           GUESS & RUDD P.C.

           Aisha Tinker Bray

ATB/msv

cc: Jay Wesolowski, Progressive (Claim No. 017-489-548)

EXHIBIT 2
Page 6 of 17

# KENNETH W. LEGACKI, P. C.
## ATTORNEY AT LAW

425 "G" STREET, SUITE 920  
ANCHORAGE, ALASKA 99501

TELEPHONE: (907) 258-2422  
FACSIMILE: (907) 278-4848  
E-MAIL: legacki@gci.net

May 10, 2006

**VIA FACSIMILE**

Ms. Aisha Tinker Bray  
Attorney at Law  
Guess & Rudd, P.C.  
100 Cushman Street, Suite 500  
Fairbanks, AK 99701-4659

RE: Weilbacher vs. Progressive  
    Claim No. : 017489548  
    Your File No. : 5200.120

Dear Aisha:

Please let me know when you, Adam Lund, and Danny Withers are available for depositions between June 20 and June 23 and between July 11 and July 19. After I have had an opportunity to review Robert Lohr's expert report, I will probably want to depose him.

Sincerely,

KENNETH W. LEGACKI, P.C.

Kenneth W. Legacki

KWL/ksh  
cc: Gary Zipkin, Esq.

EXHIBIT 2  
Page 7 of 17