# KENNETH W. LEGACKI, P. C.
## ATTORNEY AT LAW

425 "G" STREET, SUITE 920
ANCHORAGE, ALASKA 99501

TELEPHONE: (907) 258-2422
FACSIMILE: (907) 278-4848
E-MAIL: legacki@gci.net

January 9, 2007

**VIA FACSIMILE**

Ms. Aisha Tinker Bray
Attorney at Law
Guess & Rudd, P.C.
100 Cushman Street, Suite 500
Fairbanks, AK 99701-4659

    RE:  Weilbacher vs. Progressive
           Claim No.     : 017489548
           Your File No. : 5200.120

Dear Aisha:

    I am in receipt of your January 3, 2007 letter. I understand that you do not think that Kelly Rubesne, Michael Sablack or Dan Quinn need to be deposed, but I do want to depose these individuals.

    I will file a motion to compel if you do not agree to the depositions of these individuals. Under the court rules, we have to confer before I file a motion to compel. Please let me know by 2:00 p.m. on January 10, 2007, whether you will produce the above individuals for their depositions.

    Regarding the requests for admission, you do what you like when the time comes to respond, and we can file the appropriate motions with the Court at that time.

Sincerely,

KENNETH W. LEGACKI, P.C.

Kenneth W. Legacki

KWL/ksh
cc:  Gary Zipkin (via fax)

EXHIBIT 2
Page 14 of 17

GARY A. ZIPKIN
LOUIS R. VEERMAN
JAMES D. LINXWILER
JAMES D. DEWITT
JOSEPH J. PERKINS, JR.
GEORGE R. LYLE
MICHAEL S. MCLAUGHLIN
SUSAN M. WEST
JOAN E. ROHLF
MICHAEL K. NAVE
JONATHAN A. WOODMAN
AISHA TINKER BRAY
GREGORY G. SILVEY
MATTHEW COOPER
CHRISTINA RANKIN
PAMELA D. WEISS
MOLLY C. BROWN

LAW OFFICES OF
**Guess & Rudd** P.C.

100 CUSHMAN STREET, SUITE 500
FAIRBANKS, ALASKA 99701-4659
TELEPHONE (907) 452-8986
FACSIMILE (907) 452-7015

W. EUGENE GUESS 1932-1975
JOSEPH RUDD 1933-1978
FRANCIS E. SMITH, JR. 1941-1991

OFFICES IN
ANCHORAGE & FAIRBANKS

OF COUNSEL
MARGARET S. JONES

January 11, 2007

*VIA FACSIMILE 1-907-278-4848 & U.S. MAIL*

Kenneth W. Legacki, Esq.
425 G Street, Suite 920
Anchorage, Alaska 99501

Re: Weilbacher v. Progressive
File No.: 5200.120

Dear Ken:

Your January 9, 2007 letter regarding depositions in this matter does not provide any basis for taking the depositions of Ms. Rubesne, Mr. Sablack, or Mr. Quinn. Simply "wanting to" take a deposition does not entitle you to do it. It would have been helpful had you provided some basis for taking these depositions.

Despite your unwillingness to provide any basis for taking Mr. Quinn's deposition, Progressive has decided it will agree to Mr. Quinn's deposition on the LIMITED basis of his conversation with Danny Withers about plaintiff's claim in this case. Progressive objects to and will not allow any questioning of Mr. Quinn on any other matter, specifically including the Wold matter. Mr. Quinn has advised us that he is available for a limited deposition on February 9, 2007. This was the only date provided by Mr. Quinn. If you agree to taking Mr. Quinn's deposition on the limited basis outline herein, please notice out Mr. Quinn's deposition for February 9, 2007. If you do not agree to the limited basis of Mr. Quinn's deposition, please let me know and Progressive will seek the appropriate protective order on an expedited basis prior to setting the deposition.

Again, I would be happy discuss these depositions with you. I look forward to hearing from you soon on these issues so that we may move this case forward.

Sincerely,

GUESS & RUDD P.C.

*Aisha T Bray*

Aisha Tinker Bray

ATB/nmm
cc: Jay Wesolowski, Esq. (Claim No. 017489548)

EXHIBIT 2
Page 15 of 17

# KENNETH W. LEGACKI, P. C.
## ATTORNEY AT LAW

425 "G" STREET, SUITE 920
ANCHORAGE, ALASKA 99501

TELEPHONE: (907) 258-2422
FACSIMILE: (907) 278-4848
E-MAIL: legacki@gci.net

January 12, 2007

**VIA FACSIMILE**

Ms. Aisha Tinker Bray
Attorney at Law
Guess & Rudd, P.C.
100 Cushman Street, Suite 500
Fairbanks, AK 99701-4659

RE: Weilbacher vs. Progressive
Claim No.       : 017489548
Your File No.   : 5200.120

Dear Aisha:

Thank you for your January 11, 2007 letter. First, regarding Mr. Quinn, I am not going to limit myself to only the conversation he had with Mr. Withers. I believe that I am entitled to examine him in other areas that I feel are germane to the lawsuit and you can make the objections as you see fit.

You have not responded to my request to depose Ms. Rubesne and Mr. Sablack. Ms. Rubesne, as was represented to the Court, is the caretaker for the Alaska database for the policy at issue in this case. I believe I can ask her some questions regarding the Alaska database or lack thereof. As to Mr. Sablack, I believe his affidavit is at best nebulous, and I believe that there are a lot of open gaps in the affidavit which I would like to ask him about.

Please let me know whether you are going to produce Ms. Rubesne and Mr. Sablack. I will notice the deposition of Mr. Quinn for February 9, and I am not going to limit my questions to the parameters you set.

Sincerely,

KENNETH W. LEGACKI, P.C.

Kenneth W. Legacki

KWL/ksh
cc:  Gary Zipkin (via fax)

EXHIBIT 2
Page 16 of 17

GARY A. ZIPKIN
LOUIS R. VEERMAN
JAMES D. LINXWILER
JAMES D. DEWITT
JOSEPH J. PERKINS, JR.
GEORGE R. LYLE
MICHAEL S. MCLAUGHLIN
SUSAN M. WEST
JOAN E. ROHLF
MICHAEL K. NAVE
JONATHAN A. WOODMAN
AISHA TINKER BRAY
GREGORY G. SILVEY
MATTHEW COOPER
CHRISTINA RANKIN
PAMELA D. WEISS
MOLLY C. BROWN

LAW OFFICES OF
**Guess & Rudd**
P.C.

100 CUSHMAN STREET, SUITE 500
FAIRBANKS, ALASKA 99701-4659
TELEPHONE (907) 452-8986
FACSIMILE (907) 452-7015

W. EUGENE GUESS 1932-1975
JOSEPH RUDD 1933-1978
FRANCIS E. SMITH, JR. 1941-1991

OFFICES IN
ANCHORAGE & FAIRBANKS

OF COUNSEL
MARGARET S. JONES

January 12, 2007

*VIA FACSIMILE 1-907-278-4848 & U.S. MAIL*

Kenneth W. Legacki, Esq.
425 G Street, Suite 920
Anchorage, Alaska 99501

Re: Weilbacher v. Progressive
File No.: 5200.120

Dear Ken:

Please re-read my January 11, 2007 letter, and do not set Mr. Quinn's deposition for February 9, 2007. Progressive only agreed to Mr. Quinn's deposition on that date if you agreed to limit the questions. Since you do not agree to reasonably limit questioning, Progressive does not agree to the deposition.

Regarding depositions of Ms. Rubesne and Mr. Sablack, Progressive does not agree with your generalities as to why plaintiff needs or wants to take their depositions. You have all the information from the Alaska policy contracts database on the relevant policy provision. There is nothing else. What "gaps" are in Mr. Sablack's affidavit? What specific category of information do you believe is missing?

Since it is obvious we will not be able to resolve this issue without the court's intervention, Progressive has filed a Motion for a Protective Order Regarding Depositions and requested expedited consideration of the issue. I look forward to your responses.

Sincerely,

GUESS & RUDD P.C.

Aisha Tinker Bray

ATB/nmm
cc: Jay Wesolowski, Esq. (Claim No. 017489548)

EXHIBIT 2
Page 17 of 17