Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| PROGRESSIVE NORTHWESTERN | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) Case No. 3:05-cv-0204-TMB |

**(PROPOSED)**
**ORDER DENYING PROGRESSIVE'S MOTION TO STRIKE**
**PLAINTIFF'S EXPERT WITNESS DISCLOSURE**
**AND REPORT/OPINIONS OF EXPERT WITNESS**

Defendant Progressive Northwestern Insurance Company having moved this Court for an order striking Plaintiff's Expert Witness Disclosure and

the report of Stanley C. Garlington [Docket 128], and the Court being duly advised in the premises,

IT IS HEREBY ORDERED Progressive's Motion to Strike Plaintiff's Expert Witness Disclosure and Report/Opinions of Expert Witness is denied.

DATED this \_\_\_\_\_ day of _____, 2007.

_____
The Honorable Timothy M. Burgess
United States District Judge

I HEREBY CERTIFY that on the 19th day of
April, 2007, a copy of the foregoing
document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

_____ s/Kenneth W. Legacki \_\_\_\_

ORDER DENYING PROGRESSIVE'S MOTION TO STRIKE PLAINTIFF'S
    EXPERT WITNESS DISCLOSURE AND REPORT/OPINIONS
    OF EXPERT WITNESS
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 2

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848