Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| PROGRESSIVE NORTHWESTERN | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) Case No. 3:05-cv-0204-TMB |
| | ) |

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT ON PROGRESSIVE'S MOTION TO STRIKE PLAINTIFF'S EXPERT WITNESS DISCLOSURE AND <u>REPORT/OPINIONS OF EXPERT WITNESS</u>**

Plaintiff Ronald Weilbacher, by and through counsel, hereby requests oral argument on Defendant Progressive's Motion to Strike Plaintiff's

Expert Witness Disclosure and Report/Opinions of Expert Witness [Docket No. 128], filed April 5, 2007.

DATED this 27th day of April, 2007, at Anchorage, Alaska.

KENNETH W. LEGACKI, P.C.
Attorney for Plaintiff

By    s/Kenneth W. Legacki
      Kenneth W. Legacki
      Alaska Bar No. 8310132
      425 G Street, Suite 920
      Anchorage, AK  99501
      Phone: (907) 258-2422
      Fax: (907) 278-4848
      E-mail: legacki@gci.net

I HEREBY CERTIFY that on the 27th day of August, 2007, a copy of the foregoing document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

     s/Kenneth W. Legacki

PLAINTIFF'S REQUEST FOR ORAL ARGUMENT ON PROGRESSIVE'S MOTION
    TO STRIKE PLAINTIFF'S EXPERT WITNESS DISCLOSURE AND
    REPORT/OPINIONS OF EXPERT WITNESS
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 2