Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| PROGRESSIVE NORTHWESTERN | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) Case No. 3:05-cv-0204-TMB |
| | ) |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO PROGRESSIVE'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Ronald V. Weilbacher, by and through counsel, hereby moves this Court for an extension of time until May 31, 2007 in which to file a response to Progressive's Motion for Summary Judgment [Docket No. 132], filed April 11, 2007.  A lengthy extension of time is necessary because plaintiff's

counsel will be out of the office between April 19 and May 2, 2007 on personal and business matters, and between May 7 and May 15, 2007 attending his daughter's graduation from the University of North Carolina, and counsel will need to time to prepare a response to the motion upon his return to the office.

DATED this 27th day of April, 2007, at Anchorage, Alaska.

KENNETH W. LEGACKI, P.C.
Attorney for Plaintiff

By    s/Kenneth W. Legacki
      Kenneth W. Legacki
      Alaska Bar No. 8310132
      425 G Street, Suite 920
      Anchorage, AK  99501
      Phone: (907) 258-2422
      Fax: (907) 278-4848
      E-mail: legacki@gci.net

I HEREBY CERTIFY that on the 27th day of April, 2007 a copy of the foregoing document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

     s/Kenneth W. Legacki

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

MOTION FOR EXTENSION OF TIME TO RESPOND TO PROGRESSIVE'S
    MOTION FOR SUMMARY JUDGMENT
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 2