Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| PROGRESSIVE NORTHWESTERN | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) Case No. 3:05-cv-0204-TMB |
| | ) |

**(PROPOSED)**
**ORDER GRANTING MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO PROGRESSIVE'S**
**MOTION FOR SUMMARY JUDGMENT**

Plaintiff Ronald V. Weilbacher having moved this Court for an extension of time until May 31, 2007, in which to respond to Progressive's

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

Motion for Summary Judgment [Docket No. 132], dated April 11, 2007, and the Court being duly advised in the premises,

IT IS HEREBY ORDERED Plaintiff Weilbacher's Motion for Extension of Time is granted.

DATED this _____ day of _____, 2007.

_____
The Honorable Timothy M. Burgess
United States District Judge

I HEREBY CERTIFY that on the 27th day of
April, 2007, a copy of the foregoing
document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

_____s/Kenneth W. Legacki_____

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO
  PROGRESSIVE'S MOTION FOR SUMMARY JUDGMENT
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 2