MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

RONALD V. WEILBACHER vs. PROGRESSIVE NORTHWESTERN INSURANCE COMPANY

BEFORE THE HONORABLE_____ TIMOTHY M. BURGESS_____
CASE NO._____ 3:05-CV-00204-TMB_____

DEPUTY CLERK/RECORDER:      CAROLINE EDMISTON

APPEARANCES:   PLAINTIFF:    KENNETH W. LEGACKI

               DEFENDANT:    AISHA TINKER BRAY, TELEPHONIC

PROCEEDINGS:   ORAL ARGUMENT ON MOTIONS FOR PROTECTIVE ORDER
     (DKTS 113 AND 120) AND MOTION TO STRIKE EXPERT
     WITNESS DISCLOSURE (DKT 128) Held 05/18/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:07 p.m. court convened.

Court and counsel heard re Motion for Summary Judgment (DKT 132).

Court directed Mr. Legacki to file motion on or before
**May 31, 2007;** Reply due on or before **June 7, 2007.**

Oral Argument re Motion for Summary Judgment (DKT 132) set for
**June 15, 2007 at 2:00 p.m.**

Court and counsel heard re Motions for Protective Order (DKTS 113
and 120) and Motion to Strike Expert Witness Disclosure (DKT
128).

Arguments heard.

Court heard; Motions for Protective Order (DKTS 113 and 120) and
Motion to Strike Expert Witness Disclosure (DKT 128); these
matters **TAKEN UNDER ADVISEMENT,** written ruling to issue.

At 2:50 p.m. court adjourned.

DATE:_____ May 18, 2007_____  DEPUTY CLERK'S INITIALS:_____ Ce_____