Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER,            )<br>                                  )<br>        Plaintiff,               )<br>                                  )<br>    v.                            )<br>                                  )<br> PROGRESSIVE NORTHWESTERN         )<br> INSURANCE COMPANY,               )<br>                                  )<br>        Defendant.                )<br>_____ ) | 3:05-cv-204-TMB |

NOTICE OF AMENDED BRIEFING SCHEDULE

Progressive Northwestern Insurance Company, by and through its attorneys, Guess & Rudd P.C., hereby notifies the court on behalf of the parties that pursuant to the court's May 23, 2007 Order, the parties agreed to the following amended briefing schedule which preserves the current hearing date:

    June 7, 2007    Plaintiff's Opposition to Motion for Summary
                    Judgment due
    June 12, 2007   Progressive's Reply to Opposition due
    June 15, 2007   Hearing on Progressive's Motion for Summary
                    Judgment at 2:00 p.m.

DATED at Fairbanks, Alaska, this 29th day of May 2007.

                        GUESS & RUDD P.C.
                        Attorneys for Progressive
                        Northwestern Insurance Company

By: /s/Aisha Tinker Bray
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
Phone: 907-452-8986
Fax:   907-452-7015
Email: atbray@guessrudd.com
Alaska Bar No. 9505028

CERTIFICATE OF SERVICE
I hereby certify that on the
29th day of Mayp 2007, a copy
of the foregoing document was served
electronically on:

Kenneth A Legacki, Esq.

Guess & Rudd P.C.

By: /s/Aisha Tinker Bray