Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| PROGRESSIVE NORTHWESTERN | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) Case No. 3:05-cv-0204-TMB |
| | ) |

**(PROPOSED)
ORDER GRANTING
PLAINTIFF'S MOTION FOR RECONSIDERATION OF
<u>COURT'S MAY 23, 2007 ORDER</u>**

Plaintiff Ronald Weilbacher having moved for reconsideration of

this Court's Order [Docket No. 145] granting Progressive's Motion to Strike

Plaintiff's Expert Witness Disclosure and Report/Opinions of Expert Witness [Docket No. 128], and the Court having considered the memoranda of the parties and being duly advised in the premises,

   IT IS HEREBY ORDERED Plaintiff's Motion for Reconsideration is granted.

   DATED this _____ day of _____, 2007.

                _____
                The Honorable Timothy M. Burgess
                United States District Judge

I HEREBY CERTIFY that on the 31st day of
May, 2007, a copy of the foregoing
document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

   _____s/Kenneth W. Legacki_____

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION OF COURT'S
  MAY 23, 2007 ORDER
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 2