**MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA**

*Weilbacher v. Progressive Northwestern Insurance Company*
Case No. 3:05-cv-00204 TMB

By:                THE HONORABLE TIMOTHY M. BURGESS

<u>PROCEEDINGS</u>:    ORDER FROM CHAMBERS

      The Court requests that Progressive file an opposition to Plaintiff's motion for reconsideration at Docket No. 148 by June 12, 2007 addressing only the following paragraph:

      Progressive was allowed to amend its Answer and Affirmative Defenses on November 14, 2006, after the close of discovery. [Docket No. 103] Mr. Garlington addresses these newly raised defenses in his report. [See Garlington Report at 40-41]  Progressive was allowed to amend its Answer and Affirmative Defenses on November 14, 2006, after the close of discovery. [Docket No. 103] Mr. Garlington addresses these newly raised defenses in his report. [See Garlington Report at 40-41].

      **IT IS HEREBY ORDERED:**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: June 5, 2007