# STATE OF ALASKA

**DEPARTMENT OF COMMERCE AND ECONOMIC DEVELOPMENT**

*DIVISION OF INSURANCE*

TONY KNOWLES, GOVERNOR

P.O. BOX 110805
JUNEAU, ALASKA 99811-0805
PHONE: (907) 465-2515
FAX: (907) 465-3422
TDD: (907) 465-5437
www.commerce.state.ak.us/insurance

July 29, 1998

Ms Karen Shaw, Esquire
Progressive
Post Office Box 5070
Cleveland, Ohio 44101-9938

Dear Karen:

Re: ProRater and AutoPro Applications Filing
    Alaska Division of Insurance Filing 26007

Once again, thank you for taking the time to discuss this one with me. We agree the following needs to be resolved before this filing can be approved. Please refer to the Division filing number in your response.

<u>3645 ProRater</u>
Page 2: Cancellation that complies with AS 21.36.210 and AS 21.36.220 is okay, but denying coverage for a permissive driver violates AS 28.20.440. (You have addressed the case of fraud, omission and misrepresentation in the applicant's statement.)

**This filing is disapproved and may not become effective** until the additional information is received and the filing is approved.

I will hold your filing open for 45 days pending your response. If I have not heard from you within that time, your filing will be considered abandoned.

If you have any questions, you can contact me at the above address, at 907 465-4610 or on the Internet at deeann_teseneer@commerce.state.ak.us.

Sincerely,

*[signature]*

Dee Ann Teseneer, CPCU
Insurance Analyst

EXHIBIT 24 - Page 1 of 2

# PROGRESSIVE

Law Department
6300 Wilson Mills Road
Mayfield Village, OH 44143

Telephone: 440 461-5000

Facsimile: 440 446-7858

http://www.auto-insurance.com

July 31, 1998

Ms. Dee Ann Teseneer, CPCU
Insurance Analyst
Rate and Form Filings
Alaska Division of Insurance
333 Willoughby Avenue
Juneau, Alaska 99801

VIA FAX AND OVERNIGHT MAIL

RECEIVED

AUG 03 1998

AK Dept. of Comm. & Econ. Dev.
Division of Insurance
JUNEAU OFFICE

RE: PROGRESSIVE CASUALTY INSURANCE COMPANY (NAIC #155/24260)
PROGRESSIVE NORTHWESTERN INSURANCE COMPANY (NAIC #155/42919)
PROGRESSIVE SPECIALTY INSURANCE COMPANY (NAIC #155/32786)

**Independent Company - Forms Only Filing - Private Passenger Auto**
ProRater Application - Form No. 3645 (3/97) AK
AutoPro Application - Form No. 2725 AK (12/97)

**Alaska Division of Insurance File Number: 26007**

Dear Ms. Teseneer:

This letter is in response to our telephone conversation on July 29, 1998 and your letter of the same date with respect to the above-captioned filing. The Vehicle Information section on the **ProRater Application - Form No. 3645 (3/97) AK** has been revised as follows (blue underlined text is new material and red strike through is deleted material):

> PLEASE INFORM APPLICANT THAT FAILURE TO DISCLOSE ALL DRIVERS/RESIDENTS OF HOUSEHOLD OR ALL ACCIDENT/VIOLATIONS CAN ~~RESULT IN A DENIAL OF COVERAGE OR~~ CAUSE PREMIUM UPRATE AND/OR POLICY CANCELLATION.

Enclosed is a revised copy of the **ProRater Application - Form No. 3645 (3/97) AK**. We hope you are now in a position to approve both the **ProRater Application - Form 3645 (3/97) AK** and **AutoPro Application - Form 2725 AK (12/97)**. I have enclosed three copies of this letter and request that you note your approval and return it to me. If possible, before mailing the approval, I would appreciate it if you could please fax it to me at (440) 446-7858.

If you have any comments or questions with respect to this filing, or need further information, please do not hesitate to call me at **1-800-321-9843 ext. 66215**. Thank you for your continuing attention to this filing.

Sincerely,

*Karen Shaw*

Karen Shaw
Policy Compliance Attorney
Direct: (440) 446-6215
FAX: (440) 446-7858

cc: Mr. James Daues, Progressive - General Manager/Alaska

State of Alaska
Department of Commerce
& Economic Development
Division of Insurance
APPROVED
Date: 8-5-98
By: Dee Ann Teseneer
Eff. Date: 9-8-98
per KS via phone

art\legal\jpn\alaska\pcc98ak\appl\prorater\doltr3x.sam

EXHIBIT 24 - Page 2 of 2