Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail: legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| PROGRESSIVE NORTHWESTERN ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | Case No. 3:05-cv-0204-TMB |
| _____ ) | |

**INDEX OF DOCUMENTS FILED WITH DOCKET NO. 83
CONCERNING RESIDENCY OF HEIDI WEILBACHER
(EXHIBITS 1 THROUGH 21)**

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

EXHIBIT 25
Page 1 of 7

| EX. NO. | DOC. NOS. | DATE | DESCRIPTION |
|---|---|---|---|
| 1 | 100001 to 100016 | Feb. 20, 2002 | Statement by Mr. Weilbacher to Danny Withers explaining Heidi's residency -- that she lived with her mother and attended Dimond High School during the school year |
| 2 | 100032 | April 5, 2005 | Letter from Progressive stating that Mr. Weilbacher has coverage for the death of his daughter, Heidi Weilbacher |
| 3 | 100062 | Feb. 24, 2004 | Letter from Progressive tendering what it believes is the UM/UIM limits for the underinsured claims for Heidi Weilbacher |
| 4 | 100071 | | Progressive internal document which shows Heidi's address was at her mother's residence at 2730 West 80th Avenue, Anchorage, and insured Ronald Weilbacher's address was Post Office Box 3824, Soldotna, Alaska |
| 5 | 100090 | August 26, 2003 | Letter from Progressive sending copy of Mr. Weilbacher's application for insurance to his attorney Kenneth Legacki and also noting that the mother of Heidi Weilbacher, Cathie Mauro, also had insurance coverage different and distinct from Mr. Weilbacher's insurance under Progressive |

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

INDEX OF DOCUMENTS PRODUCED CONCERNING RESIDENCY OF
   HEIDI WEILBACHER
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 7

EXHIBIT 25
Page 2 of 7

| | | | |
|---|---|---|---|
| 6 | 100091 to 100096 | December 21, 2000 | Ronald Weilbacher's application for insurance which Progressive and its attorneys now claim was a fraudulent misrepresentation to them |
| 7 | 100102 to 100121 | August 2003 | Settlement Agreement & Release on underlying lawsuit, drafted by law firm of Guess & Rudd when it represented Allstate Ins. Co. in underlying insurance coverage issues relating to the accident -- Guess & Rudd are Progressive's attorneys in the present litigation before this Court on Mr. Weilbacher's underinsured coverage dispute |
| 8 | 100136 | 2001 | Copy of the insurance coverage of Cathie Mauro, Heidi Weilbacher's mother |
| 9 | 100255 | July 12, 2001 | Copy of the article from the **Anchorage Daily News** which shows Heidi Weilbacher attended Dimond High School in Anchorage, Alaska |
| 10 | 100256 | July 13, 2001 | Obituary of Heidi Weilbacher, showing Heidi attended school at Dimond High School in Anchorage and that her mother lives in Anchorage and her father, Ronald Weilbacher, lives in Soldotna, Alaska |

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

INDEX OF DOCUMENTS PRODUCED CONCERNING RESIDENCY OF HEIDI WEILBACHER
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 3 of 7

EXHIBIT 25
Page 3 of 7

| 11 | 100264 | March 12, 2002 | Letter from Progressive to Kenneth Legacki in which Progressive recognized "at the time of the above accident, we are informed that Heidi Weilbacher was living in Soldotna with our insured; however, there is no court order as to custody. It is our understanding that there is an issue of dual residency. We are informed that Heidi lived with her mother during the school year." |
| 12 | 100291 | December 14, 2001 | Progressive internal document stating coverage analysis: "IF GP IS RESIDENT OF NI HOUSEHOLD AND QUALIFIES AS "RELATIVE", PER INSURANCE AGREEMENT. UM/UIM COVERAGE WILL APPLY, ON EXCESS BASIS. . ." |
| 13 | 100298 | February 4, 2002 | Progressive internal document which states: "MP COVERAGE APPEARS IN ORDER (RESIDENT RELATIVE IN NON-OWNED VEHICLE). . ." |
| 14 | 100299 | February 21, 2002 | Progressive internal document which states: "IGP IS RESIDENT RELATIVE OF NI WHO WAS OCCUPYING A NON-OWNED VEHICLE. . ." |

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

INDEX OF DOCUMENTS PRODUCED CONCERNING RESIDENCY OF HEIDI WEILBACHER
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 4 of 7

EXHIBIT 25
Page 4 of 7

...

| | | | |
|---|---|---|---|
| 15 | 100300 | February 21, 2002 | Progressive internal document which approved of payment of funeral expenses for Heidi Weilbacher and to reimburse Peter and Cathie Mauro for $5,000 because the insurance agreement that Ronald Weilbacher had covered such expenses |
| 16 | 100303 | February 21, 2002 | Progressive internal document which states: "MET W/ NI AND HIS ATTY, TOOK R/S. HEIDI WEILBACHER DOB IS 7/31/86, NI IS HER NATURAL FATHER. HER MOTHER IS CATHY MAURO AND SHE RESIDES IN ANCHORAGE. HEIDI WAS IN THE 10TH GRADE AT DIMOND HIGH, ANCHORAGE, AND LIVED W/HER MOTHER CATHY MAURO, DURING THE SCHOOL MONTHS, AND LIVED WITH HER FATHER, RON WEILBACHER, IN SOLDOTNA, DURING THE SUMMER. NI OWNS THE RW FISHING RESORT IN SOLDOTNA, AK., AND HEIDI WORKED AND LIVED THERE DURING THE SUMMER. - THE RESORT WAS WILLED TO HEIDI, IN RON'S WILL." |

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

INDEX OF DOCUMENTS PRODUCED CONCERNING RESIDENCY OF
   HEIDI WEILBACHER
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 5 of 7

EXHIBIT 25
Page 5 of 7

| 17 | 100304 | February 21, 2002 | Progressive internal document states: "AT THE TIME THIS ACCIDENT OCCURRED, HEIDI WAS LIVING IN SOLDOTNA WITH HER FATHER, AND HAD DRIVEN UP TO ANCHORAGE WITH HER MOTHER ON THAT DAY BEFORE. HEIDI LIVED WITH THE NI WHEN THIS ACCIDENT OCCURRED, SHE IS THE NI NATURAL DAUGHTER AND QUALIFIES AS A "RELATIVE". PER THE NI, CATHY MAURO, HAS A POLICY W/LIBERTY MUTUAL INS. I HAVE REQUESTED A COPY OF THE POLICY, BECAUSE THERE APPEARS TO BE DUAL RESIDENCY OF HEIDI, BETWEEN HER FATHER AND MOTHER. NI AND HEIDI'S MOTHER WERE DIVORCED 11 YRS AGO, WHICH WAS A DISSOLUTION" |
| 18 | 100306 | February 26, 2002 | Progressive internal document from J. Wesolowski stating: "ONE CAN HAVE DUAL RESIDENCY IN MOST VENUES. IS THIS AN ISSUE IN ALASKA? DANNY, NEXT STEP IN ADDRESSING EXPOSURE? DUAL COVERAGE WITH THE OTHER CARRIER." |

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

INDEX OF DOCUMENTS PRODUCED CONCERNING RESIDENCY OF
   HEIDI WEILBACHER
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 6 of 7

EXHIBIT 25
Page 6 of 7

| 19 | 100313 | May 29, 2002 | Progressive internal document stating: "IGP WAS MINOR DAUGHTER OF NI. IGP HAD DUAL RESIDENCY W/ NI & IGP MOTHER. NO FORMAL COURT DECISION AS TO CUSTODY. AS IGP WAS RESIDENT RELATIVE OF NI OCCUPYING A NON-OWNED VEHICLE (OWNED BY ESPER). . ., IGP WOULD BE CONSIDERED AN INSURED PERSON" |
|----|--------|--------------|------|
| 20 | 100445 | October 25, 2002 | CONFIDENTIAL REPORT FOR COMPANY ATTORNEYS |
| 21 |        | September 12, 2006 | AFFIDAVIT OF RONALD WEILBACHER |
|    |        |              |      |

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

INDEX OF DOCUMENTS PRODUCED CONCERNING RESIDENCY OF
    HEIDI WEILBACHER
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 7 of 7

EXHIBIT 25
Page 7 of 7