Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| PROGRESSIVE NORTHWESTERN | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) Case No. 3:05-cv-0204-TMB |
| | ) |

**(PROPOSED)**
**ORDER DENYING PROGRESSIVE'S**
<u>**MOTION FOR SUMMARY JUDGMENT**</u>

Progressive Northwestern Insurance Company having moved this Court for summary judgment on all of plaintiff's claims against it, and the Court having considered the memoranda of the parties and being duly advised in the

premises,

IT IS HEREBY ORDERED Progressive's Motion for Summary Judgment [Docket No. 132] is denied.

DATED this _____ day of _____, 2007.

_____
The Honorable Timothy M. Burgess
United States District Judge

I HEREBY CERTIFY that on the 7th day of June, 2007, a copy of the foregoing document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

_____s/Kenneth W. Legacki_____

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

ORDER DENYING PROGRESSIVE'S MOTION FOR SUMMARY JUDGMENT
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 2