**PROGRESSIVE**

RECEIVED
JUN 2 9 2005

August 24, 1999

Law Department
6300 Wilson Mills Road
Mayfield Village, OH 44143
Telephone: 440 461-5000
Facsimile: 440 446-7858
progressive.com

**GUESS & RUDD**

Mr. John R. Ference
Mr. Dale Whitney
Insurance Analyst(s)
Rate and Form Filings
Alaska Division of Insurance
333 Willoughby Avenue
Juneau, Alaska 99801

APPROVED
AK DIV. OF INSURANCE
SEP 0 8 1999
EFFECTIVE: 11/12/99
DALE WHITNEY



Certified a true and correct copy of the document filed at the State of Alaska, Division of Insurance
SIGNATURE: Catherine Watson
DATE: 20 June 2005

RE: PROGRESSIVE CASUALTY INSURANCE COMPANY (NAIC #155/24260)
PROGRESSIVE NORTHWESTERN INSURANCE COMPANY (NAIC#155/42919)
PROGRESSIVE SPECIALTY INSURANCE COMPANY (NAIC #155/32786)
HALCYON INSURANCE COMPANY (NAIC # 155/16322)
PROGRESSIVE NORTHERN INSURANCE COMPANY (NAIC #155/38628)

Forms only filing - Private Passenger Auto
Alaska Division of Insurance File Number: 25405

    Alaska Motor Vehicle Policy - Form No. 9607 AK (08/99)
    Coordinated Coverage Endorsement - Form 1995 (6/97)
    Declarations Page - Form 1113 (6-97)
    Named Driver Exclusion Election - Form 9330 (08/97) AK

RECEIVED
AUG 2 6 1999
SOA DCED
Division of Insurance
JUNEAU OFFICE

Dear Mr. Ference and Mr. Whitney:

This letter is in response to yours dated July 23, 1999. We appreciate the extra time and consultation involved in the Department's review of **Alaska Motor Vehicle Policy - Form No. 9607 AK (08/99)**. The issues raised in your July 23, 1999 letter are addressed below in the same order as set forth in your letter. A revised policy is enclosed for your review and approval.

1. While the limited, express holding of <u>Hillman v. Nationwide Mutual Fire Ins. Co.</u>, 758 P.2d 1248 (Alaska, 1988), does not require an insurer to remove definitional exclusions from the policy and instead insert general exclusions, we have revised our policy with respect to Part III to do so. In the enclosed, revised **Alaska Motor Vehicle Policy - Form No. 9607 AK (08/99)**, you will find that the list of definitional exclusions to the defined term "**uninsured/underinsured motor vehicle**" under the Additional Definitions section of Part III is deleted. Those exclusions are now located under Part III's Exclusions section.

Please note that we have not received any consumer complaints that our policy was confusing as it was originally drafted with the definitional exclusions. Additionally, several competitor policies (State Farm, Geico, and Safeco) also make extensive use of definitional exclusions in

EXHIBIT _B_
Page _1_ of _1_

m:\jpn\alaska\pcc99ak\doiltr5b.sam

200,000