```
               MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

RONALD V. WEILBACHER   vs.   PROGRESSIVE NORTHWESTERN
                              INSURANCE COMPANY

BEFORE THE HONORABLE TIMOTHY M. BURGESS  CASE NO 3:05-CV-00204-TMB

DEPUTY CLERK/RECORDER:         SUZANNETTE LUCERO

APPEARANCES:   PLAINTIFF:    KENNETH W. LEGACKI

               DEFENDANT:    AISHA TINKER BRAY

PROCEEDINGS: ORAL ARGUMENT ON MOTION FOR SUMMARY JUDGMENT
             (DKT 132) HELD 6/15/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:03 p.m. court convened.

Court and counsel heard re Defendant's Motion for Summary Judgment (Dkt 132).

Arguments heard.

Court and counsel heard re Defendant's Motion for Summary Judgment (Dkt 132); **MATTER TAKEN UNDER ADVISEMENT**.

At 2:49 p.m. court adjourned.

DATE:    June 15, 2007       DEPUTY CLERK'S INITIALS:     SCL