MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA


*Weilbacher v. Progressive Northwestern Insurance Co.*
Case No. 3:05-cv-204 TMB


By:             THE HONORABLE TIMOTHY M. BURGESS


PROCEEDINGS:    ORDER FROM CHAMBERS

　　Plaintiff Weilbacher moves for reconsideration (Dkt #148) of the Court's May 23, 2007 order (Dkt #145) granting Defendant Progressive's Motion to Strike Plaintiff's Expert Witness Disclosure and Report/Opinions of Expert Witness. Having reviewed that motion and Defendants opposition (Dkt #152), Plaintiff's Motion for Reconsideration is DENIED.


　　**IT IS SO ORDERED.**


Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.


DATE: October 4, 2007