Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER,             )<br>                                  )<br>         Plaintiff,              )<br>                                  )<br>     v.                           )<br>                                  )<br> PROGRESSIVE NORTHWESTERN          )<br> INSURANCE COMPANY,                )<br>                                  )<br>         Defendant.               )<br>_____) | 3:05-cv-204-TMB |

REQUEST FOR STATUS CONFERENCE

Progressive Northwestern Insurance Company, by and through its attorneys, Guess & Rudd P.C., hereby requests a status conference in this matter.

DATED at Fairbanks, Alaska, this 31st day of January, 2008.

>                     GUESS & RUDD P.C.
>                     Attorneys for Progressive
>                     Northwestern Insurance Company
>
> By:    /s/Aisha Tinker Bray
>                     Guess & Rudd P.C.
>                     100 Cushman Street, Suite 500
>                     Fairbanks, Alaska 99701
>                     Phone: 907-452-8986
>                     Fax:   907-452-7015
>                     Email: atbray@guessrudd.com
>                     Alaska Bar No. 9505028

CERTIFICATE OF SERVICE
I hereby certify that on the
31st day of January, 2008, a copy
of the foregoing document was served
electronically on:

Kenneth A Legacki, Esq.

Guess & Rudd P.C.

By:     /s/Aisha Tinker Bray