IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER,<br><br>    Plaintiff,<br> vs.<br><br>PROGRESSIVE NORTHWESTERN<br>INSURANCE COMPANY,<br><br>    Defendant. | Case No. 3:05-cv-00204-TMB<br><br><br>**JUDGMENT<br>IN A CIVIL CASE** |

\_\_\_ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

 **IT IS ORDERED AND ADJUDGED** that this matter is dismissed with prejudice.

APPROVED:

/s/Timothy M. Burgess
**TIMOTHY M. BURGESS**
United States District Judge

| March 26, 2008 | IDA J. ROMACK |
|---|---|
| Date | Clerk |