Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PROGRESSIVE NORTHWESTERN ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | 3:05-cv-204-TMB |

BILL OF COSTS

Pursuant to Federal Rule of Civil Procedure 54(d), Local Civil Rule 54.1, and Alaska Civil Rule 79, Progressive Northwestern Insurance Company ("Progressive"), by and through its attorneys, Guess & Rudd P.C., hereby submits its Bill of Costs incurred in this matter.  Judgment having been entered in the above entitled action on March 26, 2008, the Clerk is requested to tax the following as costs:

    Fees of the Clerk ............................... $250.00

    Court Reporter fees ........................... $2,058.85

```
Duplication Fees ............................... $845.50
Other Costs .................................. $12,303.08
    Total Costs: .......................... $15,457.43
```

An itemization of the costs by category along with photocopies of the relevant invoices is attached hereto as Exhibit A.[1]

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

DATED at Fairbanks, Alaska, this 7th day of April, 2008.

```
                        GUESS & RUDD P.C.
                        Attorneys for Progressive
                        Northwestern Insurance Company

                   By:     /s/Aisha Tinker Bray
                        Guess & Rudd P.C.
                        100 Cushman Street, Suite 500
                        Fairbanks, Alaska 99701
                        Phone: 907-452-8986
                        Fax:   907-452-7015
                        Email: atbray@guessrudd.com
                        Alaska Bar No. 9505028
```

CERTIFICATE OF SERVICE
I hereby certify that on the
7th day of April, 2008, a copy
of the foregoing document was served
electronically on:

Kenneth A Legacki, Esq.

Guess & Rudd P.C.

By:   /s/Aisha Tinker Bray

---

[1] As noted in Exhibit A, expert witness fees have been adjusted to reflect $150 per hour as provided in Administrative Rule 7(c).