Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PROGRESSIVE NORTHWESTERN ) <br> INSURANCE COMPANY, ) <br> ) <br> Defendant. ) <br> ) | <br><br><br><br><br><br><br><br><br><br> 3:05-cv-204-TMB |

NOTICE OF HEARING ON BILL OF COSTS
(Local Rule 54.1(a)(1)[B])

Progressive Northwestern Insurance Company, by and through its attorneys, Guess & Rudd P.C., hereby gives notice pursuant to Local Civil Rule 54.1(a)(1)[B] that the hearing on its Bill of Costs at which the Clerk will tax costs is scheduled for April 15, 2008 at 10:00 a.m.

DATED at Fairbanks, Alaska, this 7th day of April, 2008.

                                      GUESS & RUDD P.C.
                                      Attorneys for Progressive
                                      Northwestern Insurance Company


                            By:     /s/Aisha Tinker Bray
                                      Guess & Rudd P.C.
                                      100 Cushman Street, Suite 500
                                      Fairbanks, Alaska 99701
                                      Phone: 907-452-8986
                                      Fax:   907-452-7015
                                      Email: atbray@guessrudd.com
                                      Alaska Bar No. 9505028


CERTIFICATE OF SERVICE
I hereby certify that on the
7th day of April, 2008, a copy
of the foregoing document was served
electronically on:

Kenneth A Legacki, Esq.

Guess & Rudd P.C.

By:    /s/Aisha Tinker Bray

Case No. 3:05-cv-204-TMB   *Weilbacher v. Progressive Northwestern Ins. Co.*
Notice of Hearing on Bill of Costs
Page 2 of 2