Aisha Tinker Bray
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RONALD V. WEILBACHER,          )
                               )
          Plaintiff,           )
                               )
     v.                        )
                               )
PROGRESSIVE NORTHWESTERN       )
INSURANCE COMPANY,             )
                               )
          Defendant.           )
_____)    3:05-cv-204-TMB


PROGRESSIVE'S MOTION FOR ATTORNEYS FEES

     Pursuant to Federal Rule of Civil Procedure 54(d)(2),

D. Ak. LR 54.3, and Alaska Civil Rules 68 and 82, Progressive

Northwestern Insurance Company ("Progressive"), by and through

its attorneys, Guess & Rudd P.C., hereby moves for an award of

attorneys' fees against Ronald V. Weilbacher in the amount of

$25,155.50 as the prevailing party in this matter.  This motion

is supported by the memorandum in support and the exhibits

attached to that memorandum, and the Affidavit of Aisha Tinker

Bray filed simultaneously herewith.

    DATED at Fairbanks, Alaska, this 8th day of April, 2008.

                    GUESS & RUDD P.C.
                    Attorneys for Progressive
                    Northwestern Insurance Company

By:       /s/Aisha Tinker Bray
                    Guess & Rudd P.C.
                    100 Cushman Street, Suite 500
                    Fairbanks, Alaska 99701
                    Phone: 907-452-8986
                    Fax:   907-452-7015
                    Email: atbray@guessrudd.com
                    Alaska Bar No. 9505028

CERTIFICATE OF SERVICE
I hereby certify that on the
8th day of April, 2008, a copy
of the foregoing document was served
electronically on:

Kenneth A Legacki, Esq.

Guess & Rudd P.C.

By:   /s/Aisha Tinker Bray

Case No. 3:05-cv-204-TMB  *Weilbacher v. Progressive Northwestern Ins. Co.*
Progressive's Motion for Attorneys' Fees
Page 2 of 2