Aisha Tinker Bray
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER,       )<br>                             )<br>        Plaintiff,           )<br>                             )<br>    v.                       )<br>                             )<br>PROGRESSIVE NORTHWESTERN     )<br>INSURANCE COMPANY,           )<br>                             )<br>        Defendant.           )<br>_____) | 3:05-cv-204-TMB |

**PROPOSED**
<u>ORDER FOR ATTORNEYS' FEES</u>

Progressive Northwestern Insurance Company ("Progressive"), by and through its attorneys, Guess & Rudd, P.C., having moved for attorneys fees as the prevailing party in this matter, and the court being duly advised in the premises,

IT IS HEREBY ORDERED that Progressive is awarded $_____ in attorneys' fees against plaintiff Ronald

V. Wielbacher.  This judgment shall accrue interest at the rate of 7.75% per annum until paid in full.

  DATED at Anchorage, Alaska, this _____ day of _____, 2008.

                 _____
                 Honorable Timothy M. Burgess
                 United States District Court Judge

<u>CERTIFICATE OF SERVICE</u>
I hereby certify that on the
8th day of April, 2008, a copy
of the foregoing document was served
<u>electronically</u> on:

Kenneth A Legacki, Esq.

Guess & Rudd P.C.

By:  /s/Aisha Tinker Bray