IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER,<br><br>    Plaintiff,<br><br>v.<br><br>PROGRESSIVE NORTHWESTERN<br>INSURANCE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) 3:05-cv-204-TMB |

REVIEWED BY N.M.M.
CALENDARED 9/7/06 response

**OFFER OF JUDGMENT**
($100)

TO: Kenneth W. Legacki, Esq.
    425 G Street, Suite 500
    Anchorage, Alaska 99501

Pursuant to Alaska Civil Rule 68 and AS 09.30.065, defendant Progressive Northwestern Insurance Company, by and through its attorneys, Guess & Rudd P.C., hereby offers to allow judgment to be entered in favor of plaintiff Ronald V. Weilbacher for the total amount of ONE HUNDRED and 00/100 DOLLARS ($100.00), inclusive of all prejudgment interest, allowable costs, and attorney's fees accrued as of the date of this offer.

This offer is an offer of compromise only and not an admission of any fault or liability. Plaintiff is required to satisfy from the judgment all subrogated liens, claims, or other such interests.

LAW OFFICES OF
Guess & Rudd P.C.
100 CUSHMAN STREET
SUITE 500
FAIRBANKS, ALASKA
99701-4659
(907) 452-8986
FAX: (907) 452-7015

EXHIBIT A
Page 1 of 2

DATED at Fairbanks, Alaska this 28th day of August, 2006.

                    GUESS & RUDD P.C.
                    Attorneys for Progressive
                    Northwestern Insurance Company

By: *Aisha J Bray* (signature)
Aisha Tinker Bray
Alaska Bar No. 7505048

CERTIFICATE OF SERVICE
I hereby certify that on the
28th day of August, 2006, I
mailed a true and correct
copy of the foregoing document
to the following counsel of record:

Kenneth W. Legacki, Esq.
425 G Street, Suite 500
Anchorage, Alaska 99501

Guess & Rudd P.C.

By: *Naomi Marley* (signature)
Naomi M. Marley

Case No. 3:05-cv-204-TMB   Weilbacher v. Progressive Northwestern Ins. Co.
Offer of Judgment ($100)
Page 2 of 2

LAW OFFICES OF
Guess & Rudd P.C.
100 CUSHMAN STREET
SUITE 500
FAIRBANKS, ALASKA
99701-4659
(907) 452-8986
FAX: (907) 452-7015

EXHIBIT A
Page 2 of 2