## ATTORNEYS' FEES

### FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 3, 2008

| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 08/12/05 | C Rankin | .50 | Work on Notice of Removal pleadings |
| 08/15/05 | G Zipkin | .40 | Fax from Wesolowski (.1); received and reviewed Legacki's letter to Withers (.3); telephone call (message) to Wesolowski (N/C) |
| 08/16/05 | G Zipkin | .20 | Telephone call from Wesolowski re various issues |
| 08/17/05 | G Zipkin | .90 | Telephone call from Wesolowski re removal, etc. (.3); research re AS 09.15.010 (.4); research re Gillespie v. Beta Construction (.2) |
| 08/18/05 | C Rankin | 1.10 | Work on Removal Package |
| 08/19/05 | G Zipkin | .30 | Review client's file and telephone call to Withers re loss of consortium as a derivative claim, etc. |
| 08/19/05 | A Tinker Bray | 2.30 | Review Complaint, Allstate v. Teel, Kvasnifkoff, and Progressive Northwestern Policy re Weilbacher's claim (.8); begin drafting Memorandum re Coverage (1.5) |
| 08/19/05 | C Rankin | 2.50 | Draft removal package |
| 08/23/05 | A Tinker Bray | 4.50 | Continue work and research on issue of coverage for Ronald Weilbacher's UIM claim based on Heidi's bodily injury |
| 08/24/05 | A Tinker Bray | 2.00 | Revise, revise and finalize Removal Package |
| 08/25/05 | G Zipkin | .40 | Telephone call to Legacki's secretary for extension of time for our Answer until September 23, 2005 (.2); review Notice of Removal and related pleadings (.2) |
| 09/22/05 | A Tinker Bray | 3.00 | Review insurance file for Answer (2.5); begin Answer (.5) |
| 09/23/05 | A Tinker Bray | 1.80 | Complete Answer to Complaint |
| 09/29/05 | G Zipkin | .20 | Received and reviewed Initial case Status Report |
| 09/29/05 | A Tinker Bray | 7.00 | Work on memorandum regarding issue of whether R. Weilbacher is entitled to separate policy limit under UIM bodily injury coverage |
| 10/10/05 | A Tinker Bray | .50 | Draft Mandatory Scheduling and Planning Report per court order |

Case No. 3:05-cv-204-TMB  *Weilbacher v. Progressive Northwestern Ins. Co.*
Exhibit B - Motion for Attorneys' Fees
Page 1 of 24

EXHIBIT_____*B*____
Page___*1*___of_*24*_

10/11/05 A Tinker Bray   .20 Draft letter to K. Legacki re Scheduling and
                             Planning Report issues and dates

10/11/05 A Tinker Bray  4.90 Work on Dowdy issues in Memorandum regarding
                             separate each person limits for Weilbacher's
                             UIM claim

10/12/05 G Zipkin        .80 Received and reviewed research memorandum on
                             plaintiff's loss of consortium claim

10/12/05 A Tinker Bray  3.70 Complete Memorandum on Weilbacher's right to
                             separate UIM limit (2.2); begin drafting Rule
                             26(a) Initial Disclosures (.5); review claim
                             file for Rule 26(a) Initial Disclosures
                             redactions and withholdings (1.0)

10/13/05 A Tinker Bray  3.30 Emails to/from J. Wesolowski re [REDACTED]
                             Weilbacher's UIM claim (.3); prepare first
                             draft of Preliminary Witness List (due with
                             Initial Disclosures) (.5); continue
                             drafting/preparing Rule 26(a) Initial
                             Disclosures (2.5)

10/18/05 A Tinker Bray   .50 Telephone call from K. Legacki re mandatory
                             Pretrial Scheduling Report and legal
                             issues/nature of case (discuss possible MtSJ)
                             (.4); finalize Report per changes from K.
                             Legacki (.1)

11/09/05 A Tinker Bray   .30 Email J. Wesolowski re additional information
                             needed for Rule 26(a)(1) Initial Disclosures

11/11/05 A Tinker Bray   .50 Finalize Preliminary Witness List

11/15/05 A Tinker Bray   .20 Telephone call from K. Lacki's office re
                             extension of time to file Preliminary Witness
                             List and exchange Initial Disclosures (agree as
                             long as joint) (.1); review Motion for
                             Extension of Time (.1)

11/17/05 A Tinker Bray  6.90 Work on Motion for Summary Judgment (focusing
                             on discussion section and legal analysis)

11/29/05 A Tinker Bray   .30 Finalize Rule 26(a) Initial Disclosure with
                             certified copy of policy

12/05/05 G Zipkin        .70 Received and reviewed plaintiff's Preliminary
                             Witness List (.3); received and reviewed
                             plaintiff's Initial Disclosures (.4)

12/05/05 A Tinker Bray  1.10 Review Plaintiff's Preliminary Witness List
                             (.2); review Plaintiffs' Rule 26(a)(1) Initial
                             Disclosures (.3); draft letter to K. Legacky re
                             missing items in Initial Disclosures (.6)

01/03/06 A Tinker Bray  5.50 Continue drafting Motion for Summary Judgment

Case No. 3:05-cv-204-TMB   *Weilbacher v. Progressive Northwestern Ins. Co.*
Exhibit B - Motion for Attorneys' Fees
Page 2 of 24

EXHIBIT _B_
Page _2_ of _24_

(focusing on bad faith section)

| | | | |
|---|---|---|---|
| 01/04/06 | A Tinker Bray | 2.70 | Complete initial draft of Motion for Summary Judgment and email to J. Wesolowski for review (2.3); emails to/from J. Wesolowski re Motion and revisions (.2); revise Motion (.2) |
| 01/04/06 | K Helton | .20 | Reviewed and modified service document and motion for summary judgment to comply with electronic filing requirements |
| 01/06/06 | G Zipkin | .20 | Letter from Legacki re deposing Withers and Lund |
| 01/06/06 | A Tinker Bray | .10 | Review letter from Ken Legacki re depositions of Progressive employees following his disclosures |
| 01/19/06 | A Tinker Bray | 1.00 | Telephone call to Adam Lund re deposition availability and work on claim (.3); email to D. Withers and J. Wesolowski re deposition availability (.1); email from J. Wesolowski re staying depositions (.1); draft First Supplemental Disclosures (update Lund's information) (.2); begin drafting response letter to Legacki re depositions (.3) |
| 01/20/06 | A Tinker Bray | .50 | Revise letter to K. Legacki re not doing depositions of adjusters |
| 01/23/06 | A Tinker Bray | 1.30 | Finalize Motion for Summary Judgment (1.0); finalize letter to K. Legacky re depositions/discovery (.3) |
| 02/02/06 | K Helton | 1.00 | Review plaintiff's supplemental disclosures and memorandum re Legacki's assertions |
| 02/09/06 | G Zipkin | .50 | E-mails from/to Wesolowski and associate re plaintiff's Motion for Rule 56(f) Continuance |
| 02/09/06 | A Tinker Bray | .20 | Review Plaintiff's Motion for Extension of Time to File Opposition to Progressive's Motion for Summary Judgment and supporting Affidavit |
| 02/10/06 | G Zipkin | .20 | Received and reviewed Motion for Extension of Time (Rule 56(f)) |
| 02/10/06 | A Tinker Bray | 5.10 | Draft Opposition to Plaintiff's Motion for Extension of Time to File Opposition to Progressive's Motion for Summary Judgment |
| 02/22/06 | A Tinker Bray | .20 | Review Weilbacher's Reply to Opposition to Rule 56(f) motion for discovery |
| 03/07/06 | A Tinker Bray | .90 | Review 2729 Report and email J. Wesolowski re use/purpose of Report (.3); draft Second |

EXHIBIT____*B*____
Page____*3*____of____*24*____

|            |               |      | Supplemental Disclosures (.2); review medical payments file for disclosure (.4) |
|------------|---------------|------|---------------------------------------------------------------|

03/08/06 A Tinker Bray    .20   Redact 2729 Report for disclosure (.1); complete Progressive's Second Supplemental Disclosures (.1)

03/14/06 A Tinker Bray    .20   Review Order re Rule 56(f) Motion and email to J. Wesolowski

03/15/06 A Tinker Bray    .20   Telephone call from Legacki's office re moving 3/23 hearing due to conflicts (ok)

03/16/06 A Tinker Bray    .10   Telephone call from Federal Court re Hearing on Rule 56(f) Motion for 3/30

03/30/06 A Tinker Bray   2.90   Prepare for and attend hearing on plaintiff's Rule 56(f) motion (1.8); email hearing results to J. Wesolowski (.3); telephone call (detailed msg) A. Lund (.1); telephone call to D. Withers re deposition and plaintiff's new theories (.3); draft letter to Legacki re deposition availability and proceeding (.4)

03/31/06 G Zipkin    .40   E-mails from/to Wesolowski re upcoming depositions

03/31/06 A Tinker Bray   2.20   Telephone call from A. Lund re deposition and plaintiff's new claims (.3); draft letter to Legacki re A. Lund's availability (.2); review facsimile from Legacki re response to request for additional discovery (.3); draft letter to Legacki that additional discovery not provided and re deposition of plaintiff (.5); emails from/to J. Wesolowski re depositions, discovery, and proceedings (.2); begin drafting Progressive's First Set of Discovery Requests to Plaintiff (1.0)

04/06/06 A Tinker Bray    .30   Finalize Progressive's First Set of Discovery Requests to Plaintiff

04/07/06 A Tinker Bray   1.00   Review letter from Legacki re discovery requested and possible stay of additional discovery (.2); review Plaintiff's First Set of Discovery Requests to Progressive (.8)

05/01/06 A Tinker Bray   2.50   Begin drafting discovery responses/objections to Plaintiffs' First Set of Discovery Requests for conference call with Jay Wesolowski on 5/2/06

05/02/06 G Zipkin   2.60   Reviewed and modified objections and responses to discovery requests (1.0); lengthy telephone call to Wesolowski and Rubesne re same (.8)(partial billing); telephone call to Bob

Case No. 3:05-cv-204-TMB  *Weilbacher v. Progressive Northwestern Ins. Co.*
Exhibit B - Motion for Attorneys' Fees
Page 4 of 24

EXHIBIT _B_
Page _4_ of _24_

                            Lohr to retain him as expert (.3); review
                            motion for summary judgment and exhibits (.5)

05/02/06 A Tinker Bray 1.70  Telephone conference with Jay Wesolowski, Gary
                            Zipkin, and Kellie Rubesne re Responses to
                            Plaintiff's First Set of Discovery Requests
                            (1.4); telephone call from K. Legacki re
                            bifurcation and pending discovery (.3)

05/02/06 K Helton       .70  Draft retention letter to Lohr (.3); gather
                            relevant documents to provide to Lohr (.4)

05/04/06 G Zipkin       .40  Review revised discovery responses

05/08/06 A Tinker Bray  .30  Prepare Progressive's Final Witness List

05/09/06 G Zipkin       .30  Received and reviewed Weilbacher's Final
                            Witness List

05/09/06 A Tinker Bray 2.00  Revise discovery responses per telephone
                            conference additions/changes

05/10/06 G Zipkin      1.40  Letter from Legacki re our discovery requests
                            (.2); letter from Legacki re depositions of
                            Lund and Withers (.2); e-mails to/from Bray re
                            same (.3); received and reviewed Notice of
                            Re-Assignment to Judge Burgess (.2); work on
                            responses to plaintiff's discovery requests
                            (.5)

05/10/06 A Tinker Bray  .30  Review letter to Legacki re depositions and
                            emails to/from Jay Wesolowski, Adam Lund and
                            Danny Withers re deposition availability

05/19/06 A Tinker Bray 2.60  Draft Motion to Preclude Plaintiff from Calling
                            Expert Witnesses based on plaintiff's failure
                            to disclose (2.0); telephone call to Bob Lohr
                            re anything else he needed for his expert
                            report and confirm due date (.6)

05/22/06 A Tinker Bray 1.30  Emails to/from Bob Lohr re DOI file for his
                            review (.2); draft Progressive's Third
                            Supplemental Disclosures (.2); multiple
                            facsimiles to/from Legacki regarding Status
                            Report (.4); review plaintiff's proposed Joint
                            Status Report (.2); draft Progressive's Status
                            Report (.3)

05/23/06 G Zipkin       .20  E-mail from ATB re Lohr's need for DOI file
                            approving Progressive's policy

05/24/06 G Zipkin       .60  Received and reviewed plaintiff's Status Report
                            to court (.2); received and reviewed
                            plaintiff's prior "draft" report (.1); review
                            our Motion in Limine to Preclude Plaintiff from
                            Calling Experts (.3)

EXHIBIT___*B*___
Page___*5*___of___*24*___

| | | | |
|---|---|---|---|
| 05/25/06 | G Zipkin | 1.30 | Telephone call from Lohr re his analysis (.3); research re Wold v. Progressive (.3); e-mails from/to Wesolowski, Lund and ATB re upcoming depositions, etc. (.7) |
| 05/25/06 | A Tinker Bray | 1.40 | Telephone conference with Bob Lohr and Gary Zipkin re expert report (.8); draft Progressive's Expert Disclosures (.2); email Bob Lohr Gillespie case and request for additional information under Rule 26(a)(2) (.1); emails to/from Jay Wesolowski, Adam Lund, and Danny Withers re depositions in July (.3) |
| 05/26/06 | G Zipkin | 1.30 | Received and reviewed Lohr's report (.7); telephone call to Lohr re his report and signing it (.3); met with Lohr re his report (.3) |
| 05/26/06 | A Tinker Bray | .80 | Emails from Bob Lohr re Expert Report and review first draft of Expert Report (.4); telephone call from Bob Lohr re typos and his additions to Final Expert Report (.4) |
| 05/26/06 | K Helton | .50 | Telephone call to Bob Lohr re expert report and rate sheet (.3); add Graham-Gonzalez Supreme Court citation to report (.2) |
| 05/30/06 | G Zipkin | 1.10 | Received and reviewed plaintiff's Responses to our First Set of Discovery Requests (.6); e-mails to/from Wesolowski re possible motion to compel, etc. (.5) |
| 05/31/06 | G Zipkin | .40 | Emails to and from associate regarding Motion to Compel, etc. |
| 05/31/06 | A Tinker Bray | 2.50 | Review discovery responses from Weilbacher (.5); draft letter to Legacki re lack of responsiveness (1.8); draft letter to Legacki re Weilbacher's deposition (.2) |
| 06/02/06 | G Zipkin | .20 | Letter from Legacki regarding taking depositions in June |
| 06/05/06 | G Zipkin | 1.30 | Receive and review motion for extension of time to oppose our motion in limine (.3); emails to/from Lund, Withers, and Wesolowski re upcoming depositions, etc. (1.0) |
| 06/06/06 | A Tinker Bray | .60 | Draft Limited Opposition to Plaintiff's Motion for Extension of Time to Respond to Progressive's Motion in Limine to Preclude Plaintiff from Calling Expert Witnesses |
| 06/08/06 | G Zipkin | .60 | Receive and review Amended Motion for Extension of Time (to oppose our Motion in Limine) (.3); |

Case No. 3:05-cv-204-TMB  *Weilbacher v. Progressive Northwestern Ins. Co.*
Exhibit B - Motion for Attorneys' Fees
Page 6 of 24

EXHIBIT___*B*___
Page___6___of _24_

email to clients re same and upcoming
depositions (.3)

| | | | |
|---|---|---|---|
| 06/08/06 | A Tinker Bray | .30 | Review Amended Application for Extension of Time and Reply to Limited Opposition |
| 06/09/06 | G Zipkin | .10 | Receive and review order granting Extension of Time to Oppose our Motion in Limine |
| 06/19/06 | G Zipkin | .20 | Letter from Royce (for Legacki) re our discovery requests |
| 06/23/06 | G Zipkin | .30 | Letter from Legacki re his discovery requests and our objections |
| 06/23/06 | A Tinker Bray | .20 | Review letter from K. Legacki re Progressive's discovery responses |
| 06/26/06 | G Zipkin | .60 | Received and reviewed plaintiff's opposition to our Motion in Limine |
| 06/27/06 | A Tinker Bray | .30 | Review Legacki's 6/23 letter regarding Progressive's discovery responses/objections |
| 06/28/06 | G Zipkin | 1.30 | Reviewed Opposition to our Motion in Limine (.5); letter from Legacki re depositions (.2); e-mails from/to ATB re depositions (.4); received and reviewed Notices of Opposition for Lund and Withers (.2) |
| 06/29/06 | G Zipkin | .40 | E-mails from/to Wesolowski and Lund re depositions on 7/2 and 7/13 |
| 06/29/06 | A Tinker Bray | 2.90 | Draft letter to Legacki regarding Mr. Weilbacher's refusal to have deposition in July (.3); work on response to 6/23 letter re discovery responses (2.6) |
| 06/30/06 | G Zipkin | 1.20 | Reviewed and modified letter to Legacki in response to his nasty letter about our discovery responses (.8); work on response to Legacki's letter (.2); another letter from Legacki re his client's deposition (.2) |
| 06/30/06 | A Tinker Bray | 2.80 | Complete letter to Legacki in response to June 23rd letter re Progressive's discovery responses/objections (1.2); review 6/30 letter re Weilbacher's deposition (.2); draft response to 6/30 letter re Weilbacher's deposition (1.0); review Opposition to Motion in Limine to Preclude Plaintiff from Calling Expert Witnesses (.4) |
| 07/05/06 | G Zipkin | .50 | Letter from Legacki re Weilbacher's deposition (.2); work on response to Legacki's letter (.3) |

EXHIBIT __B__
Page __7__ of __24__

07/05/06 A Tinker Bray 5.70 Work on Reply to Plaintiff's Opposition to
                            Progressive's Motion In Limine to Preclude
                            Plaintiff from Calling Expert Witnesses (5.2);
                            review 7/3/06 letter from Legacki re
                            plaintiff's deposition (refuses to allow) (.1);
                            draft response letter re plaintiff's deposition
                            (.4);

07/06/06 G Zipkin      1.30 E-mails from/to witness re deposition
                            preparation (.5); telephone calls to/from
                            Quinn to obtain supplemental briefing on loss
                            of consortium claims (.2); receive and review
                            Appellee's Brief in Wold v. Progressive (.6)

07/06/06 A Tinker Bray 4.30 Complete Reply to Plaintiff's Opposition to
                            Progressive's Motion to Preclude Plaintiff's
                            from Calling Expert Witnesses (4.2); draft
                            follow-up letter to Legacki re plaintiff's
                            discovery responses (.1)

07/07/06 G Zipkin      1.10 Receive and review Progressive's Supplemental
                            Brief and reply to Appellant's Supplemental
                            Brief in Wold v. Progressive (1.0); letter
                            from Legacki's office re: Weilbacher's
                            deposition (.1)

07/07/06 A Tinker Bray  .30 Review letter from K. Hayes at Legacki's office
                            re deposition of plaintiff (.1); draft response
                            to K. Legacki & Re-Notice of Deposition (.2)

07/10/06 G Zipkin       .20 Receive and review plaintiff's request for
                            oral argument on our motion in limine (.1);
                            letter from Legacki re deposing Lohr (.1)

07/11/06 G Zipkin      6.70 Lengthy conference with Wesolowski and
                            Withers re deposition preparation (3.5);
                            lengthy conference with Wesolowski and Lund
                            re deposition preparation (3.0); letter from
                            Legacki re various discovery issues (.2)

07/11/06 A Tinker Bray 5.70 Review State Court briefing in Wold re
                            Legacki's potential arguments re loss of
                            consortium claim (.7); meeting with Danny
                            Withers re deposition (3.0); meeting with Adam
                            Lund re deposition (2.0)

07/12/06 G Zipkin      4.60 Letter from Legacki re his intent to extend
                            discovery, etc. (.2); telephone calls to/from
                            Legacki re deposition of Lund, etc. (.3);
                            conference with Withers and Wesolowski re
                            Withers' deposition (.6); prepare for and
                            attend deposition of Withers (3.5)

07/12/06 A Tinker Bray 2.50 Prepare for and attend deposition of Danny
                            Withers

Case No. 3:05-cv-204-TMB  *Weilbacher v. Progressive Northwestern Ins. Co.*
Exhibit B - Motion for Attorneys' Fees
Page 8 of 24

EXHIBIT  *B*
Page  *8*  of  *24*

| | | | |
|---|---|---|---|
| 07/13/06 | G Zipkin | 5.80 | Letter from Legacki re plaintiff's responses to our discovery requests (.2); conference with Wesolowski and Lund (.5); prepare for and attend Lund deposition (3.2); research re State Farm v. Lawrence (NIED claim as triggering separate per person limits) (.3); work on supplemental disclosure (to identify Dan Quinn as witness) (.3) |
| 07/13/06 | A Tinker Bray | .60 | Draft Good Faith Certificate re discovery responses (.1); telephone call to Bob Lohr re deposition/documents and email Notice (.2); draft Fourth Supplemental Disclosure (.3) |
| 07/14/06 | G Zipkin | .80 | E-mail to Lohr re his deposition (.3); receive and review plaintiff's Motion to Compel Discovery (.5) |
| 07/14/06 | A Tinker Bray | 1.30 | Review K. Legacki's response re Good Faith Certificate (.1); draft response to July 12th letter regarding Weilbacher's discovery responses (1.2) |
| 07/17/06 | G Zipkin | .60 | Receive and review Motion to Amend Answer (re advice of counsel) (.4); telephone call to Quinn re his conversation with Withers re: parent's claim for loss of society (.2) |
| 07/17/06 | A Tinker Bray | 6.90 | Draft and file Motion to Amend Answer (2.1); review Plaintiff's Motion to Compel (.3); begin drafting Opposition to Plaintiff's Motion to Compel (4.5) |
| 07/18/06 | G Zipkin | .20 | Conference with Lohr re his deposition |
| 07/18/06 | A Tinker Bray | 6.40 | Work on Opposition to Motion to Compel Discovery |
| 07/19/06 | G Zipkin | .60 | Letter from Legacki re our discovery requests (.2); receive and review Weilbacher's response to our Motion to Amend (.4) |
| 07/19/06 | A Tinker Bray | 7.00 | Work on Opposition to Motion to Compel (research on issue or Rule 15(a) v. Rule 16(b)) (6.7); review Plaintiff's Conditional Nonopposition to Progressive's Motion to Amend Answer (.3) |
| 07/20/06 | G Zipkin | .30 | Received and reviewed supplemental opposition to our motion to amend |
| 07/20/06 | A Tinker Bray | 3.80 | Review plaintiff's Supplement to Plaintiff's Opposition to Motion in Limine to Preclude Plaintiff from Calling Expert Witnesses (.3); work on Reply to Plaintiff's Conditional |

Case No. 3:05-cv-204-TMB  *Weilbacher v. Progressive Northwestern Ins. Co.*
Exhibit B - Motion for Attorneys' Fees
Page 9 of 24

EXHIBIT ____B____
Page____9____ of __24__

|            |              |      | Nonopposition to Progressive's Motion to Amend Answer (3.5) |
|------------|--------------|------|------------|
| 07/21/06 | G Zipkin | 3.40 | Lengthy conference with Bob Lohr re his upcoming deposition (1.5); received and reviewed Reply to Conditional Non-Opposition to our Motion to Amend (.6); research re loss of society claim as a derivative claim (1.0); received and reviewed Supplement to Opposition to our Motion to Amend (.3) |
| 07/21/06 | A Tinker Bray | 6.70 | Complete and file Reply to Plaintiff's Conditional Nonopposition to Progressive's Motion to Amend Answer (1.8); complete initial draft of Opposition to Motion to Compel Discovery (3.3); conference with Gary Zipkin and Bob Lohr re Lohr's deposition and other relevant case law and authority on loss of society claims issue (1.6) |
| 07/25/06 | G Zipkin | 1.60 | Conference with Lohr (.3) re his deposition; prepare for Lohr's deposition (1.0); e-mails from Fitts and Brine re amicus brief and briefing schedule (.3) |
| 07/26/06 | G Zipkin | 7.30 | Prepare for and attend deposition of Lohr (includes conferences with Lohr) |
| 07/26/06 | A Tinker Bray | 2.70 | Finalize and file Opposition to Plaintiff's Motion to Compel Discovery (1.5); draft Response to Plaintiff's Supplement to Opposition to Motion in Limine to Preclude Plaintiff from Calling Expert Witnesses (1.2) |
| 07/27/06 | G Zipkin | 2.80 | Preparation of lengthy e-mail to Wesolowski and Withers re deposition of Lohr (1.3); e-mail frOm Wesolowski (.2); received and reviewed Withers' deposition transcript (.6); letter to court reporter re failure to provide draft transcript to us when providing it to Legacki (.7) |
| 07/31/06 | G Zipkin | .40 | Telephone calls to/from Withers re his deposition transcript |
| 08/01/06 | G Zipkin | .20 | Received and reviewed Notice to court re Withers' deposition |
| 08/01/06 | A Tinker Bray | 2.20 | Draft Notice to Court re Withers' Deposition Transcript (.5); review transcript of Wither's deposition for Notice and Motion for Summary Judgment (1.7) |
| 08/02/06 | G Zipkin | .70 | Telephone call to Withers and Alaska Stenotype re deposition transcript (.4); received and reviewed Lund deposition transcript (.3) |

Case No. 3:05-cv-204-TMB    *Weilbacher v. Progressive Northwestern Ins. Co.*
Exhibit B - Motion for Attorneys' Fees
Page 10 of 24

EXHIBIT ___B___
Page ___10___ of ___24___

08/02/06 A Tinker Bray 4.50 Begin drafting Renewed Motion for Summary
Judgment

08/03/06 G Zipkin      1.40 Reviewed Lund's deposition transcript (.4);
received and reviewed deference to be given by
court to Division of Insurance approval of
forms (.6); telephone call to Withers
[REDACTED] (.4)

08/03/06 A Tinker Bray 5.40 Continue drafting Renewed Motion for Summary
Judgment (breach of contract, independent
claim)

08/04/06 G Zipkin      1.20 Telephone call from Withers [REDACTED] (.2);
reviewed reasonable expectations doctrine
(State Farm v. Bongen) (1.0)

08/04/06 A Tinker Bray 6.10 Complete first draft of Renewed Motion for
Summary Judgment

08/07/06 G Zipkin       .10 Received and reviewed Motion for Extension of
Time

08/07/06 A Tinker Bray 6.20 Complete revisions to initial draft of Renewed
Motion for Summary Judgment (added Alaska case
law on issue and completed bad faith portion)

08/08/06 G Zipkin      4.40 Work on Memorandum in Support of Motion for
Summary Judgment (3.5); telephone call to
Wesolowski re same (.2); e-mails to/from ATB re
same (.7)

08/08/06 A Tinker Bray 2.70 Complete Renewed Motion for Summary Judgment
(2.6); telephone call to Alaska Stenotype re
Withers' deposition (.1)

08/14/06 A Tinker Bray  .80 Review Reply to Opposition to Motion to Compel
Discovery (.6); draft letter to Legacki re
Supplemental Discovery Responses (.2)

08/15/06 G Zipkin      1.20 Prepare for Weilbacher's deposition (1.0);
e-mails to/from ATB re same (.2)

08/16/06 G Zipkin      1.40 Receive and review Weilbacher's Supplemental
Responses to our discovery requests (.4);
prepare for Weilbacher's deposition (1.0)

08/16/06 A Tinker Bray 6.10 Begin preparing for deposition of R. Weilbacher
(2.5); review Weilbacher's Supplemental Initial
Disclosure documents (2.5); amend discussion of
Liberty Mutual policy for Reply (.5); draft
letter to Legacki re supplementing disclosures
(.2); review and compare Supplemental Discovery
Responses with prior correspondence (.4)

Case No. 3:05-cv-204-TMB  *Weilbacher v. Progressive Northwestern Ins. Co.*
Exhibit B - Motion for Attorneys' Fees
Page 11 of 24

EXHIBIT _B_
Page _11_ of _24_

08/17/06 G Zipkin           1.10  Receive and review transcript of Lohr's
                                  deposition (.3); prepare for Weilbacher's
                                  deposition (.8)

08/17/06 A Tinker Bray 3.60  Emails from/to Matt Regan re Cathy Mauro's
                                  deposition and other discovery/information in
                                  the Liberty Mutual arbitration (.1); complete
                                  initial preparation for deposition of Ron
                                  Weilbacher (3.5)

08/18/06 G Zipkin            .80  Prepare for deposition of Weilbacher

08/18/06 A Tinker Bray 1.90  Review Deposition of Cathy Mauro in Liberty
                                  Mutual arbitration

08/21/06 G Zipkin           5.70  Prepare for and attend deposition of Ronald
                                  Weilbacher (5.0); telephone call to Wesolowski
                                  re Weilbacher's deposition and issue relating
                                  to his application for insurance (.3); e-mails
                                  from/to Wesolowski re same (.4)

08/21/06 A Tinker Bray 5.00  Prepare for and attend deposition of Ronald V.
                                  Weilbacher

08/22/06 G Zipkin            .40  E-mails from Wesolowski and Carol Jones
                                  [REDACTED]

08/22/06 A Tinker Bray 6.20  Draft Motion in Limine to Preclude Dr. Stockman
                                  and Any Other Medical Care Provider (2.7);
                                  begin drafting Alternate Motion for Partial
                                  Summary Judgment re Bad Faith (3.5)

08/23/06 A Tinker Bray 3.50  Work on Alternate Motion for Partial Summary
                                  Judgment Re Bad Faith

08/24/06 G Zipkin            .20  E-mail to Wesolowski re filing an alternative
                                  Motion for Summary Judgment

08/24/06 A Tinker Bray 6.70  Finalize Motion in Limine to Preclude Dr.
                                  Stockman and Any Other Medical Care Provider
                                  with R. Weilbacher Deposition Transcript (.7);
                                  complete Alternate Motion for Partial Summary
                                  Judgment Re Bad Faith (5.5); telephone call to
                                  J. Wesolowski re Alternative Motion for Summary
                                  Judgment re misrepresentation in application
                                  and Offer of Judgment (.3); draft $100 Offer of
                                  Judgment (.2)

08/25/06 A Tinker Bray 6.50  Begin drafting Alternate Motion for Summary
                                  Judgment based on misrepresentations in
                                  Application

08/28/06 G Zipkin           2.50  Receive and review Motion in Limine re medical
                                  experts/therapists (.5); receive and review
                                  Offer of Judgment (.2); receive and review
                                  Motion for Summary Judgment re bad faith claim

Case No. 3:05-cv-204-TMB  *Weilbacher v. Progressive Northwestern Ins. Co.*
Exhibit B - Motion for Attorneys' Fees
Page 12 of 24

EXHIBIT____B
Page___12_ of _24_

(.5); work on Motion to Determine Law of the
Case re compensatory damages (.8); receive and
review Alternative Motion for Summary Judgment
(re rescission) (.5)

08/28/06 A Tinker Bray 8.70 Complete Progressive's Alternate Motion for
Summary Judgment, including drafting Affidavit
of Maureen Pfeiffer and telephone call to/from
Maureen (4.6); emails to/from Jay Wesolowski re
offer of judgment (.3); draft Motion in Limine
re Compensatory Damages (3.4); telephone calls
to/from Rich Weimer, ins. agent for
Weilbacher's Progressive policy re Application
(.4)

08/29/06 G Zipkin      .10 Receive and review Weilbacher's Rule 56(f)
opposition

08/29/06 A Tinker Bray 2.00 Complete review of Bob Lohr's deposition for
replies/responses coming due (.6); begin
drafting Response to Plaintiff's Civil Rule
56(f) Opposition (1.1); telephone call from
Maureen Pfeifer re Affidavit (.1); draft Notice
to Court Re Affidavit (.2)

08/30/06 A Tinker Bray 2.10 Work on Progressive's Opposition to Plaintiff's
Rule 56(f) Opposition to Progressive's Renewed
Motion for Summary Judgment

08/31/06 G Zipkin      .40 Review response to Rule 56(f) opposition to our
Motion for Summary Judgment

08/31/06 A Tinker Bray 5.30 Complete drafting Progressive's Opposition to
Plaintiff's Rule 56(f) Opposition to
Progressive's Renewed Motion for Summary
Judgment

09/11/06 G Zipkin      .20 Receive and review Weilbacher's Response to our
Motion for Summary Judgment

09/11/06 A Tinker Bray .20 Review Weilbacher's Reply to Opposition re Rule
56(f) Motion

09/15/06 G Zipkin      1.90 Receive and review Weilbacher's request for
additional time re Alternative motion for
summary judgment on bad faith (.2); receive and
review Weilbacher's request for additional time
re motion on compensatory damage (.2); receive
and review opposition to our alternative motion
for summary judgment (1.2); receive and review
Weilbacher's opposition to our Motion in Limine
re Dr. Stockman (.3)

09/18/06 G Zipkin      2.60 E-mails from/to Wesolowski re Legacki's
requested extension of time (.4); receive and
review deposition corrections (.2); telephone

Case No. 3:05-cv-204-TMB  *Weilbacher v. Progressive Northwestern Ins. Co.*
Exhibit B - Motion for Attorneys' Fees
Page 13 of 24

EXHIBIT___B___
Page__13_ of _24_

call from Lohr re deposition corrections (.2);
research re rescission (Bennett v. Hedglin and
AS 21.42.110) (.7); telephone calls to/from
Wesolowski re same (.3); work on reply to
opposition to our alternate motion for summary
judgment (.8)

09/18/06 A Tinker Bray 6.70 Review Opposition to Motion to Preclude Dr.
Stockman (.3); draft Reply to Motion to
Preclude Dr. Stockman (2.4); review Opposition
to Alternate Motion for Summary Judgment (.3);
begin drafting Reply to Opposition to Alternate
Motion for Summary Judgment (3.2); draft
Limited Oppositions to Motions for Extension of
Time to Oppose Motion in Limine re Compensatory
Damages and Alternate Motion for Partial
Summary Judgment re Bad Faith (.5)

09/19/06 G Zipkin      2.00 Receive and review limited oppositions to
plaintiff's motions for extension of time
(.3); work on reply to opposition to
alternative motion for summary judgment (1.7)

09/19/06 A Tinker Bray 4.70 Continue drafting Reply to Opposition to
Alternate Motion for Summary Judgment (4.5);
finalize and file Reply re precluding Dr.
Stockman (.2)

09/20/06 G Zipkin       .10 Receive and review Request for Oral Argument
on our Motion in Limine

09/20/06 A Tinker Bray 1.90 Complete Reply to Opposition to Alternate
Motion for Summary Judgment

09/21/06 G Zipkin       .80 Receive and review our Reply to Opposition to
Alternative Motion for Summary Judgment (.5);
e-mails to/from ATB re same (.3)

09/22/06 G Zipkin       .40 Receive and review Wither deposition
corrections (.2); e-mail to Lohr re same (.2)

09/25/06 A Tinker Bray  .10 Review Weilbacher's Request for Hearing on
Alternate Motion for Summary Judgment

09/26/06 G Zipkin       .00 Receive and review Weilbacher's Request for
Oral Argument on our MSJ (N/C)

09/29/06 G Zipkin       .40 Receive and review Weilbacher's "responses"
to limited opposition to his Motions for
Extension of Time (.2); receive and review
order granting oral argument, etc. (.2)

09/29/06 A Tinker Bray  .20 Review Weilbacher's Reply to Limited Opposition
to Motion for Extensions of Time for
Oppositions to Motion re Compensatory Damages
and Alternate Motion for Partial Summary

Case No. 3:05-cv-204-TMB  *Weilbacher v. Progressive Northwestern Ins. Co.*
Exhibit B - Motion for Attorneys' Fees
Page 14 of 24

EXHIBIT ___B___
Page _14_ of _24_

Judgment re Bad Faith

| | | | |
|---|---|---|---|
| 10/04/06 | G Zipkin | .30 | Receive and review order scheduling oral argument on pending motions (.1); receive and review Weilbacher's correction sheet to his deposition transcript (.2) |
| 10/05/06 | A Tinker Bray | 2.60 | Prepare for hearing on pending motions, including Motion to Preclude Plaintiff from calling Expert Witnesses |
| 10/06/06 | G Zipkin | 1.20 | Prepare for and attend hearing on pending motions |
| 10/06/06 | A Tinker Bray | .30 | Email status report to Wesolowski |
| 10/09/06 | G Zipkin | .20 | Receive and review two orders re hearing on Motion to Compel and other motions |
| 10/12/06 | G Zipkin | .30 | Prepare for hearing on Motion to Compel Discovery |
| 10/16/06 | A Tinker Bray | 2.40 | Prepare for oral argument on Motion to Compel Discovery (& possibly Mt to Amend Answer) |
| 10/17/06 | A Tinker Bray | .20 | Review Weilbacher's Opposition to Progressive's Alternate Motion for Summary Judgment re Bad Faith |
| 10/18/06 | G Zipkin | 2.20 | Receive and review order rescheduling hearing on Motion to Compel (.2); receive and review Weilbacher's opposition to our alternative MSJ (.4); prepare for hearing re Motion to Compel Discovery (1.6) |
| 10/18/06 | A Tinker Bray | .80 | Work on Reply to Opposition to Progressive's Alternate Motion for Partial Summary Judgment re Bad Faith |
| 10/19/06 | A Tinker Bray | 2.50 | Continue work on Reply to Opposition to Progressive's Alternate Motion for Partial Summary Judgment re Bad Faith |
| 10/20/06 | G Zipkin | 4.10 | Review and modify reply to opposition to Motion for Summary Judgment (2.0); lengthy e-mail to ATB re same (.8); research re whether insured may pursue a claim for punitive damages against an insurer where only damages are the contract benefits supposedly withheld wrongfully (1.3) |
| 10/20/06 | A Tinker Bray | 3.30 | Complete Reply to Opposition to Progressive's Alternate Motion for Partial Summary Judgment re Bad Faith |
| 10/23/06 | G Zipkin | 1.60 | Research re latest case on loss of consortium |

Case No. 3:05-cv-204-TMB   *Weilbacher v. Progressive Northwestern Ins. Co.*
Exhibit B - Motion for Attorneys' Fees
Page 15 of 24

EXHIBIT __B__
Page _15_ of _24_

and "per person" limits issue (.6); work on
reply to opposition to our MSJ on Bad Faith
(1.0)

10/23/06 A Tinker Bray 3.10 Review Farmers v. Machwiany and draft Notice of
Supplemental Authority (.3); work on issue of
compensatory damages for bad faith claim and
revise punitive damages citations/quote for
Reply to Plaintiff's Opposition to Alternate
Motion for Summary Judgment re Bad Faith (2.8)

10/25/06 A Tinker Bray   .90 Finalize and file Reply to Plaintiff's
Opposition to Alternate Motion for Partial
Summary Judgment re Bad Faith

10/30/06 G Zipkin       2.50 Prepare for and attend hearing on Motion to
Compel

10/31/06 G Zipkin        .10 Receive and review order re hearing on Motion
to Compel

11/01/06 G Zipkin        .10 Telephone call from Wesolowski re hearing on
Motion to Compel, etc.

11/14/06 G Zipkin        .60 Receive and review order re pending motions
(.3); e-mails to ATB and Wesolowski re same
(.3)

11/14/06 A Tinker Bray   .90 Review Court Order on pending motions (.3);
summarize court's ruling for purposes of
discovery to be done and allowed and process
for moving forward for discussion with J.
Wesolowski (.6)

11/15/06 G Zipkin        .40 Telephone call to Quinn re Wold file
materials and Progressive's position in Wold
(.2) telephone call (message) to Wesolowski
re response to court order (.2)

11/17/06 G Zipkin       1.90 Letter from Legacki re discovery plan (.2);
telephone call from Wesolowski re same and
conference call next week (.2); e-mails
to/from Wesolowski re same (.5); letter to
Legacki responding to his letter about
discovery schedule (.7); preparation of
proposed stipulation re discovery plan (.3)

11/21/06 G Zipkin       2.30 E-mails from Wesolowski re conference call
(.2); conference call with client re our
discovery obligations (.4); e-mails from/to
Mike Sablack and Kellie Rubesne re policy
contract database, etc. (.6); review and
modify proposed discovery schedule (.3);
review and modify stipulation for Protective
Order (.8); review letter to Legacki re
discovery issues (n/c)

Case No. 3:05-cv-204-TMB  *Weilbacher v. Progressive Northwestern Ins. Co.*
Exhibit B - Motion for Attorneys' Fees
Page 16 of 24

EXHIBIT _B_
Page _16_ of _24_

11/21/06 A Tinker Bray 2.90 Telephone conference with Kelly R., Mike S., Jay W., and Gary Z. re compliance with court's 11/13/06 order (.8); draft proposed Joint Discovery Plan and Stipulation for Protective Order (1.9); draft letter to K. Legacki re Joint Discovery Plan and Stipulation for Protective Order (.2)

11/22/06 G Zipkin      .70 Letter from Legacki re new pretrial deadlines (.2); work on letter to Legacki (.3); another letter from Legacki (.2)

11/22/06 A Tinker Bray 2.30 Telephone call to K. Legacki's office re Discovery Schedule (.1); review letter from K. Legacki re counter-proposal on dates and refusal for protective order (.2); revise Joint Discovery Schedule and draft letter to K. Legacki re compromise of proposed dates (.3); review letter from K. Legacki that refuses to compromise and draft brief reply (.2); draft Progressive's Motion for a Discovery Schedule (1.5)

12/11/06 G Zipkin      .30 Receive and review Weilbacher's Opposition to our Motion for Scheduling Order

12/11/06 A Tinker Bray 2.60 Begin review of Richmond & Quinn file in Wold matter

12/12/06 A Tinker Bray 5.50 Continue review of Richmond & Quinn files while drafting Vaughn Index/Privilege Log for Court ordered disclosures

12/13/06 A Tinker Bray 6.80 Complete review of Richmond & Quinn's Wold file and privilege log of documents (2.5); telephone call to D. Withers re electronic file notes (.1); draft Affidavit of Mike Sablack for disclosures on drafting history (.4); complete Supplemental Disclosures and Privilege Log (to-date) for filing on 12/15 (including specificity of privileges) (3.8)

12/14/06 G Zipkin     1.10 Receive and modify Progressive's Supplemental Responses to Discovery Request and Vaughn Index (.6); review e-mails to/from Wesolowski, et al. re our discovery obligations, etc. (.5)

12/14/06 A Tinker Bray 2.10 Telephone call to Danny Withers re Wold claim file notes etc. (.2); draft Reply to Response to Motion for Discovery Schedule (1.9)

12/15/06 A Tinker Bray 2.10 Telephone calls to Danny Withers and Greg L. re printout of claim file notes and correspondence (.3); review claim file notes per court order (1.5); revise and finalize Privilege Log and

EXHIBIT _B_
Page _17_ of _24_

Supplemental Disclosure (.3)

| | | |
|---|---|---|
| 12/18/06 G Zipkin | .50 | Receive and review Reply to Response to Motion for Discovery Schedule (.3); receive and review Notice of Compliance with November 13, 2006 order (.2) |
| 12/19/06 G Zipkin | .40 | E-mails from/to Wesolowski re offering liability policy limits, and med pay limits |
| 12/26/06 G Zipkin | .60 | Letter from Legacki re our notice of compliance and depositions he wants to take (.2); e-mail to Wesolowski and Aisha Bray re same (.4) |
| 12/27/06 A Tinker Bray | .70 | Draft Stipulation for Protective Order for Progressive's disclosures on extra contractual claims (.3); finalize Reply to Opposition to Motion for Final Judgment Pursuant to Rule 54(b) (.4) |
| 01/02/07 G Zipkin | 1.70 | Receive and review Weilbacher's Second Set of Discovery Requests (.5); work on objections to same (.7); e-mails from/to Wesolowski re depositions of Sablack and Rubesne (.3); telephone call to Quinn's secretary re his availability for a deposition (.1); e-mail from Rubesne re her schedule (.1) |
| 01/02/07 A Tinker Bray | 1.50 | Draft responses/objections to Plaintiff's Second Set of Discovery Requests |
| 01/03/07 G Zipkin | .40 | E-mails from/to Sablack, Wesolowski, and ATB re Motion to Quash, etc. |
| 01/03/07 A Tinker Bray | 3.50 | Draft detailed letter to Legacki re Progressive's objections to depositions and Second Set of Discovery Requests (1.9); begin drafting Motion for Protective Order (depositions and discovery requests) (1.6) |
| 01/09/07 G Zipkin | .20 | Receive and review order granting (in part) our Motion for Discovery Order and setting deadlines |
| 01/09/07 A Tinker Bray | 2.20 | Work on responses/objections to Second Set of Discovery Responses in view of Court's Order |
| 01/10/07 G Zipkin | 1.20 | Receive and review draft Motion for Protective Order, Memorandum in Support, and proposed Order (.8); conference call with Wesolowski and Rubesne re Motion for Protective Order and responses/objections to plaintiff's discovery requests (.4) |
| 01/10/07 A Tinker Bray | 6.80 | Prepare for and participate in teleconference with Gary Zipkin, Kellie Rubesne and Jay |

Case No. 3:05-cv-204-TMB  *Weilbacher v. Progressive Northwestern Ins. Co.*
Exhibit B - Motion for Attorneys' Fees
Page 18 of 24

EXHIBIT ___B___
Page __18__ of __24__

Wesolowski regarding depositions of Kelly, Mike S. and Dan Quinn and second set of discovery requests from plaintiff (1.1); draft Motion for Protective Order Regarding Depositions with Affidavit of Kellie Rubesne (4.9); draft Motion for Expedited Consideration of Motion for Protective Order with Request for Oral Argument (.8)

01/11/07 G Zipkin    .30 Telephone call from Quinn re his upcoming deposition

01/11/07 A Tinker Bray 5.70 Complete draft Responses to Plaintiff's Second Set of Discovery Requests to Defendant (4.8); revise and finalize Affidavit of Kellie M. Rubesne (.3); revise and finalize Motion for Protective Order Regarding Depositions for Kellie's Affidavit (.3); draft letter to K. Legacki regarding deposition of Dan Quinn (.3)

01/12/07 G Zipkin    2.00 Letter from Legacki re depositions he wants to take, etc. (.2); receive and review signed Affidavit of Kellie Rubesne (.1); review our Motion for Protective Order and memo in support (.3); review our Motion for Expedited Consideration (.2); review and modify Progressive's objections and responses to plaintiff's latest discovery requests (1.2)

01/12/07 A Tinker Bray    .30 Review letter from Legacki regarding depositions (no agreement) (.1); draft response to Legacki re depositions and as exhibit to Motion for Protective Order (.2)

01/22/07 A Tinker Bray 3.10 Finalize first draft of responses to Plaintiff's Second Set of Discovery Requests and email to Jay et al for review (.2); draft Motion for Protective Order Regarding Plaintiff's Discovery Requests (2.9)

01/25/07 A Tinker Bray    .30 Telephone to Dan Quinn [REDACTED]

01/29/07 G Zipkin    .60 Receive and review Weilbacher's Opposition to Motion for Protective Order (.3) (depositions); review Progressive's Motion for Protective Order (written discovery) (.3)

02/07/07 G Zipkin    .70 Review and modify reply to Weilbacher's Opposition to our Motion for Protective Order (.5); emails to and from Aisha Bray regarding same (.2)

Case No. 3:05-cv-204-TMB  *Weilbacher v. Progressive Northwestern Ins. Co.*
Exhibit B - Motion for Attorneys' Fees
Page 19 of 24

EXHIBIT    B
Page  19  of  24

| | | | |
|---|---|---|---|
| 02/07/07 | A Tinker Bray | 5.40 | Review Plaintiff's Opposition to Motion for Protective Order Regarding Depositions (.3); draft Reply to Plaintiff's Opposition to Motion for Protective Order Regarding Depositions (5.1) |
| 02/08/07 | G Zipkin | 1.00 | Research regarding whether a loss of consortium claim can be "separate" yet still derivative |
| 02/08/07 | A Tinker Bray | .20 | Finalize and file Reply to Opposition to Progressive's Motion for Protective Order Regarding Depositions |
| 02/16/07 | G Zipkin | .80 | Receive and review opposition to our Motion for Protective Order (.5); e-mail to ATB re same (.3) |
| 02/21/07 | G Zipkin | 1.20 | Review and modify our Reply to Weilbacher's Opposition to our Motion for Protective Order (1.0); e-mails from/to ATB re same (.2) |
| 02/21/07 | A Tinker Bray | 2.90 | Review Plaintiff's Opposition to Progressive's Motion for a Protective Order Regarding Plaintiff's Discovery Requests (.2); draft Reply to Plaintiff's Opposition (2.7) |
| 03/02/07 | A Tinker Bray | 4.70 | Telephone call from case management clerk at federal court re status of motions (.2); begin revising and combining motions for summary judgment into one motion (4.5) |
| 03/08/07 | A Tinker Bray | 2.30 | Work on Motion for Summary Judgment [REDACTED] |
| 03/16/07 | G Zipkin | .60 | Research loss of consortium as an "independent" yet "derivative" claim (Hahn v. Mirada) |
| 03/29/07 | G Zipkin | 1.20 | Receive and review Weilbacher's Expert Disclosure (.2); receive and review Garlington's expert report (.8); e-mail to Wesolowski and ATB re same (.2) |
| 04/02/07 | A Tinker Bray | 4.90 | Review Garlington's expert report (2.6); begin drafting Motion to Strike Garlington's Expert Report (2.3) |
| 04/04/07 | G Zipkin | 2.40 | Review and modify Motion to Strike Plaintiff's Expert Witness Disclosure (.2); review and modify Memorandum in Support of Motion to Strike (1.5); review and modify proposed Order (.2); e-mails from/to ATB and Wesolowski re same and re our MSG (.5) |
| 04/04/07 | A Tinker Bray | 5.50 | Complete drafting Motion to Strike Garlington's Expert Report (5.1); email Garlington's report |

Case No. 3:05-cv-204-TMB   *Weilbacher v. Progressive Northwestern Ins. Co.*
Exhibit B - Motion for Attorneys' Fees
Page 20 of 24

EXHIBIT____B____
Page__20__of__24__

|  |  |  |  |
|---|---|---|---|
|  |  |  | to Bob Lohr for his review (.1); emails from/to Jay Wesolowski re status of Garlington's report and pending discovery motions (.3) |
| 04/05/07 | G Zipkin | .00 | Receive and review "as-filed" Motion to Strike Weilbacher's Expert Disclosures |
| 04/09/07 | G Zipkin | 2.00 | Receive and review Progressive's MSJ and memorandum in support (.7); e-mails to/from ATB re same (.2); receive and review plaintiff's Supplemental Expert Witness Disclosure (.2); review and modify Notice to Court re Expert Witness Deposition (.6); e-mails from/to ATB re same (.3) |
| 04/09/07 | A Tinker Bray | 7.40 | Complete, finalize, and file Motion for Summary Judgment (#3, combines all previous motions) (6.9); draft Notice Regarding Deposition of Expert Witness (.5) |
| 04/10/07 | A Tinker Bray | .60 | Convert Notice to Motion for Extension of Time to Take Deposition of Plaintiff's Expert Witness and finalize (.4); emails from/to Bob Lohr re Garlington report (.2) |
| 04/20/07 | G Zipkin | .90 | Receive and review Weilbacher's Opposition to our Motion to Strike (.7); e-mail to ATB re same (.2) |
| 04/23/07 | A Tinker Bray | 2.60 | Review Weilbacher's Opposition to Motion to Strike |
| 04/24/07 | A Tinker Bray | 7.30 | Begin drafting Reply to Opposition to Motion to Strike Expert Witness and Report |
| 04/25/07 | G Zipkin | 1.00 | Review and modify Reply to Opposition to our Motion to Strike |
| 04/25/07 | A Tinker Bray | 4.30 | Complete Reply to Opposition to Motion to Strike Expert Witness and Report |
| 04/26/07 | A Tinker Bray | .20 | Finalize Reply to Opposition to Motion to Strike |
| 04/27/07 | A Tinker Bray | .20 | Review Weilbacher's request for oral argument on Motion to Strike and Motion for Extension of Time to Respond to Motion for Summary Judgment |
| 04/30/07 | A Tinker Bray | .40 | Emails from/to Jay Wesolowski re Offers of Judgment and status of case/motions (.2); review court order setting hearing and granting Legacki/Weilbacher's motion for extension of time (.2) |
| 05/15/07 | G Zipkin | .20 | E-mail from Wesolowski re making offer of Judgment for $5,000 |

Case No. 3:05-cv-204-TMB  *Weilbacher v. Progressive Northwestern Ins. Co.*
Exhibit B - Motion for Attorneys' Fees
Page 21 of 24

EXHIBIT __B__
Page __21__ of __24__

05/15/07 A Tinker Bray  .20 Draft Offer of Judgment for $5,000 per email
                            from Jay Wesolowski

05/18/07 A Tinker Bray 4.90 Prepare for hearing on Motion for Protective
                            Order Regarding Depositions, Motion for
                            Protective Order Regarding Discovery Requests,
                            and Motion to Strike Plaintiff's Expert Witness
                            (3.8); attend hearing on motions (.9); email
                            status report on hearing and Motion for Summary
                            Judgment to Jay Wesolowski (.2)

05/21/07 G Zipkin       .20 Receive and review Minute Order from Judge
                            Burgess setting oral argument on
                            Progressive's MSJ for 6/15/07

05/23/07 G Zipkin       .70 Receive and review Order granting our Motion
                            for Protective Order and our Motion to Strike
                            (.3); telephone call to Dan Quinn re his
                            deposition (.2); telephone call to ATB re
                            same (.2)

05/23/07 A Tinker Bray  .80 Review Order granting all Progressive's pending
                            procedural motions (.3); email Order to Jay
                            Wesolowski (.1); telephone calls to/from Dan
                            Quinn re availability for deposition (.2);
                            draft letter to K. Legacki re Order and D.
                            Quinn's availability (.2)

05/24/07 A Tinker Bray  .20 Draft letter to Dan Quinn re deposition and
                            provide documents for his review

05/25/07 G Zipkin       .20 Receive and review fax from Legacki re
                            deposition (Quinn)

05/25/07 A Tinker Bray  .50 Review response from Ken Legacki re Dan Quinn's
                            deposition and draft reply (.2); telephone
                            calls to Dan Quinn's office re deposition (.2);
                            review K. Legacki's response re amended
                            briefing schedule (.1)

05/29/07 G Zipkin       .90 Letter from Legacki re Quinn's deposition,
                            etc. (.2); receive and review Notice of
                            Deposition (.1); telephone call from Quinn re
                            same (.2); e-mail from Bob Lohr [REDACTED] (.2);
                            fax to Quinn with copy of court's order (.2)

05/29/07 A Tinker Bray  .20 Draft Notice of Amended Briefing Schedule

05/31/07 G Zipkin      3.50 Review Withers' deposition re his
                            conversation with Quinn (.3); review Wold v.
                            Progressive re loss of society claims (.3);
                            telephone call to Quinn re his deposition and
                            key cases (.3); another call from Quinn (.2);
                            prepare for and attend deposition of Quinn
                            (2.0); conference with Quinn re applicable

Case No. 3:05-cv-204-TMB  *Weilbacher v. Progressive Northwestern Ins. Co.*
Exhibit B - Motion for Attorneys' Fees
Page 22 of 24

EXHIBIT  B
Page 22 of 24

| | | | |
|---|---|---|---|
| | | | case law (.2); fax from Quinn re Nationwide Mutual v. Cumming (.2) |
| 06/01/07 | G Zipkin | .50 | Receive and review Weilbacher's Motion for Reconsideration (.3); e-mail from ATB re Nationwide case, etc. (.2) |
| 06/04/07 | G Zipkin | .70 | Receive and review Quinn's deposition transcript (.5); telephone call to Quinn re same (.2) |
| 06/05/07 | G Zipkin | .60 | Receive and review order seeking Progressive's response to Motion for Reconsideration (.2); e-mails to/from ATB re our opposition (.4) |
| 06/05/07 | A Tinker Bray | 2.00 | Review transcript of Deposition of Dan Quinn (.3); review Order from the Court re Opposition to Motion for Reconsideration (.2); begin drafting Opposition to Motion for Reconsideration (1.5) |
| 06/06/07 | G Zipkin | 1.80 | Work on opposition to Motion for Reconsideration (1.5); e-mail to ATB re same (.3) |
| 06/06/07 | A Tinker Bray | 2.30 | Complete initial draft of Opposition to Plaintiff's Motion for Reconsideration per Court Order of June 5, 2007 |
| 06/07/07 | G Zipkin | 1.80 | Review Garlington's report re his discussion about Quinn (.3); receive and review Weilbacher's Opposition to our Motion for Summary Judgment (.7); receive and review Weilbacher's Opposition to our Motion for Summary Judgment (.8) |
| 06/07/07 | A Tinker Bray | 3.10 | Substantially revise and finalize Opposition to Plaintiff's Motion for Reconsideration (2.6); begin review of Plaintiff's Opposition to Progressive's Motion for Summary Judgment (.5) |
| 06/08/07 | G Zipkin | 1.30 | Analyze opposition to our MSJ and work on reply arguments |
| 06/08/07 | A Tinker Bray | 5.90 | Complete review of Plaintiff's Opposition to Motion for Summary Judgment (.9); begin drafting Reply to Plaintiff's Opposition to Motion for Summary Judgment (5.0) |
| 06/11/07 | A Tinker Bray | 8.60 | Work on and complete initial draft of Reply to Plaintiff's Opposition to Progressive's Motion for Summary Judgment |
| 06/12/07 | G Zipkin | 1.60 | Review and modify reply to Weilbacher's opposition to MSJ |

Case No. 3:05-cv-204-TMB  *Weilbacher v. Progressive Northwestern Ins. Co.*
Exhibit B - Motion for Attorneys' Fees
Page 23 of 24

EXHIBIT   B
Page  23  of  24

06/12/07 A Tinker Bray 4.10 Revise and finalize Reply to Plaintiff's
                            Opposition to Progressive's Motion for Summary
                            Judgment

06/14/07 A Tinker Bray 2.10 Begin preparing for oral argument on
                            Progressive's Motion for Summary Judgment

06/15/07 A Tinker Bray 5.90 Prepare for hearing on Motion for Summary
                            Judgment (4.3); attend and argue hearing on
                            Motion for Summary Judgment (1.5); follow-up
                            status email to J. Wesolowski (.1)

09/19/07 A Tinker Bray  .20 Emails from/to J. Wesolowski re status of
                            decision

10/04/07 G Zipkin       .20 Received and reviewed order denying
                            reconsideration of order striking
                            Garlington's testimony

10/04/07 A Tinker Bray  .20 Review Order denying Weilbacher's motion to
                            reconsider order striking his expert witness
                            and email to Jay Wesolowski and Bob Lohr

01/30/08 A Tinker Bray  .50 Telephone call to/from Jay Wesolowski re
                            requesting status conference (ok to do) (.3);
                            draft Request for Status Conference (.2)

03/25/08 G Zipkin       .70 Received and reviewed  order granting our MSJ
                            (.2); telephone call to ATB re same (.2);
                            e-mails to/from Lohr and ATB (.3)

03/25/08 A Tinker Bray  .60 Review Court Order granting Progressive's
                            Motion for Summary Judgment (.4); telephone
                            call (msg) and email to J. Wesolowski re Order
                            (.2)

03/26/08 A Tinker Bray  .20 Draft letter to Legacki [REDACTED]

03/26/08 A Tinker Bray  .20 Review Final Judgment from Court

| ATTORNEY FEES: | HRS | 551.20 | $108,508.00 |
|---|---|---|---|

```
*--------------------------TIME AND FEE SUMMARY--------------------------*
*----------TIMEKEEPER---------*   RATE    HOURS        FEES
  Gary A. Zipkin                 $225.00  142.60    $32,085.00
  Aisha Tinker Bray          *   $175.00   59.60    $10,430.00
  Aisha Tinker Bray         **   $190.00  340.70    $64,733.00
  Christina Rankin               $150.00    4.10       $615.00
  Karen L. Helton                $100.00    2.40       $240.00
                         TOTALS           551.20   $108,103.00
```

*(ATB rate through 2/28/06)
**(ATB rate starting 3/1/06-Present)

Case No. 3:05-cv-204-TMB  *Weilbacher v. Progressive Northwestern Ins. Co.*
Exhibit B - Motion for Attorneys' Fees
Page 24 of 24

EXHIBIT _B_
Page _24_ of _24_