Aisha Tinker Bray
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PROGRESSIVE NORTHWESTERN<br>INSURANCE COMPANY,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　3:05-cv-204-TMB |

### AFFIDAVIT OF AISHA TINKER BRAY

STATE OF ALASKA　　　　）
　　　　　　　　　　　　） ss.
FOURTH JUDICIAL DISTRICT ）

　　　AISHA TINKER BRAY, being first duly sworn upon her oath, states as follows:

　　　1.　I am one of the primary attorneys at Guess & Rudd P.C. responsible for the representation of Progressive Northwestern Insurance Company ("Progressive") in this matter. I have personal knowledge of the matters set forth in this affidavit.

2. I have reviewed the attorneys' fee billings for my firm in this matter. Each and all of the fees set forth on Exhibit B to Progressive's Memorandum in Support of Motion for Attorneys' Fees were necessarily and reasonably incurred in the defense of this matter, and Progressive was charged and paid the full amount billed for attorneys' fees and costs incurred in this matter.

3. The total number of hours worked and the billing rate for each lawyer and paraprofessional are as follows:

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---|---|---|
| Gary A. Zipkin | $225.00 | 142.60 | $32,085.00 |
| Aisha Tinker Bray | * $175.00 | 59.60 | $10,430.00 |
| Aisha Tinker Bray | ** $190.00 | 340.70 | $64,733.00 |
| Christina Rankin | $150.00 | 4.10 | $615.00 |
| Karen L. Helton | $100.00 | 2.40 | $240.00 |
| TOTALS | | 551.20 | $108,103.00 |

*(ATB rate through 2/28/06)
**(ATB rate starting 3/1/06-Present)

4. On August 28, 2006, Progressive served an Alaska Civil Rule 68 Offer of Judgment on plaintiff Ronald Weilbacher, offering to allow judgment to be entered in his favor in the amount of $100.00. A true and correct copy of the Offer of Judgment is attached to the Memorandum in Support of Motion for Attorneys' Fees as Exhibit A.

5. Progressive's total attorneys' fees incurred and paid from August 28, 2006, through the present were $50,831. Of those hours, Aisha Tinker Bray billed 188.9 hours at the rate of $190 per hour for a total of $35,891, and Gary A. Zipkin billed 66.4 hours at a rate of $225 for a total of $ 14,940.

Affidavit of Aisha Tinker Bray
*Weilbacher v. Progressive*, Case No. 3:05-cv-204-TMB
Page 2

DATED at Fairbanks, Alaska, this 8th day of April, 2008.

_____
Aisha Tinker Bray

SUBSCRIBED and SWORN TO before me this 8th day of April 2008.



_____
Notary Public for Alaska
My commission expires: 1-29-12

CERTIFICATE OF SERVICE
I hereby certify that on the
8th day of April 2008, a copy
of the foregoing document was served
electronically on:

Kenneth A. Legacki, Esq.

Guess & Rudd P.C.

By: /s/ Aisha Tinker Bray

Affidavit of Aisha Tinker Bray
*Weilbacher v. Progressive*, Case No. 3:05-cv-204-TMB
Page 3