IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER,<br><br>    Plaintiff,<br><br>vs.<br><br>PROGRESSIVE NORTHWESTERN<br>INSURANCE COMPANY,<br><br>    Defendant. | Case No. 3:05-cv-00204-TMB<br><br><br>**JUDGMENT<br>IN A CIVIL CASE** |

  ___  **JURY VERDICT.** This action came before the Court for a trial by jury. The

issues have been tried and the jury has rendered its verdict.

  _X_  **DECISION BY COURT.** This action came to trial or hearing before the Court.

The issues have been tried or heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that this matter is dismissed with prejudice.

APPROVED: Total costs taxed for the defendant and against the plaintiff
in the amount of $2,201.25.

  /s/Timothy M. Burgess
_____
**TIMOTHY M. BURGESS**
United States District Judge

| | |
|---|---|
| March 26, 2008 | IDA J. ROMACK |
| Date | Clerk |

#**Judgment with costs redistributed 4/21/2008.