| | | | |
|---|---|---|---|
| Receipt Type | **Case** | Outstanding Amount | 0.00 |
| Receipt Number | **93745** | Receipt Date | 07/21/2005 |

Case Number    **3AN-05-09823CI**

Description    **Weilbacher, Ronald V vs. Progressive Northwestern Insurance Company**

Received From    **Kenneth W. Legacki**

On Behalf Of    **Weilbacher, Ronald V**

**Itemized Listing:**

| Description | Amount |
|---|---|
| Complaint for Contract | 150.00 |

| **Receipt Payments** | Amount | Reference Description |
|---|---|---|
| **Check** | 150.00 | 7587 |

|  |  |
|---|---|
| Total Received | 150.00 |
| Net Received | 150.00 |
| Change | 0.00 |

Comments

Deputy Register    **csiler**    Transaction Date    07/21/2005   10:40:01

EXHIBIT 1
Page 1 of 1