Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| PROGRESSIVE NORTHWESTERN | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) Case No. 3:05-cv-0204-TMB |
| | ) |

**(PROPOSED)**
**ORDER DENYING**
**PROGRESSIVE'S MOTION FOR ATTORNEYS FEES**

Defendant Progressive Northwestern Insurance Company having moved

this Court for an award of attorneys fees, and the Court having considered the

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

memoranda of the parties and being duly advised in the premises,

        IT IS HEREBY ORDERED Progressive's Motion for Attorneys Fees is denied, this Court having found that the defendant overlitigated this matter and overbilled for the services of its attorneys.

        DATED this _____ day of _____, 2008.


                     _____
                     The Honorable Timothy M. Burgess
                     United States District Judge


I HEREBY CERTIFY that on the 23rd day of
April, 2008, a copy of the foregoing
document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

       s/Kenneth W. Legacki

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

ORDER DENYING DEFENDANT'S MOTION FOR ATTORNEYS FEES
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 2