Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher



RECEIVED
APR 2 4 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER,              )<br>                                    )<br>        Plaintiff,                  )<br>                                    )<br>    vs.                             )<br>                                    )<br>                                    ) USCA No. _____<br>PROGRESSIVE NORTHWESTERN            )<br>INSURANCE COMPANY,                  )<br>                                    )<br>        Defendant.                  )<br>_____ ) USDC No. 3:05-cv-0204-TMB | |

## NOTICE OF APPEAL

Notice is hereby given that Ronald V. Weilbacher, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit

KENNETH W. LEGACKI, P.C.
ATTORNEYS AT LAW
425 "G" STREET
SUITE 920
ANCHORAGE, AK 99501
(907) 258-2422
FAX (907) 278-4848

from the Judgment In A Civil Case entered in this action on the 26th day of March, 2008, by The Honorable Timothy M. Burgess, United States District Judge for the District of Alaska.

DATED at Anchorage, Alaska, this 24th day of April, 2008.

KENNETH W. LEGACKI, P.C.
Attorney for Plaintiff

By _____
Kenneth W. Legacki
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK 99501
Phone: (907) 258-2422
Fax: (907) 278-4848
E-mail: legacki@gci.net

I HEREBY CERTIFY that on the 24th day of
April, 2008, a copy of the foregoing
document was mailed to:

Gary A. Zipkin
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK 99501

Aisha Tinker Bray
Guess & Rudd, P.C.
100 Cushman Street, Suite 500
Fairbanks, AK 99701-4659

_____

NOTICE OF APPEAL
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 2

KENNETH W. LEGACKI, P.C.
ATTORNEYS AT LAW
425 "G" STREET
SUITE 920
ANCHORAGE, AK 99501
(907) 258-2422
FAX (907) 278-4848