Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net



RECEIVED
APR 2 4 2008
CLERK, U.S. ___ ___RT
ANCHORAGE, A.K.

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER,     ) | |
|                  ) | |
|            Plaintiff,    ) | |
|                  ) | |
|    vs.            ) | |
|                  ) | |
|                  ) | |
| PROGRESSIVE NORTHWESTERN  ) | USCA No. _____ |
| INSURANCE COMPANY,    ) | |
|                  ) | |
|            Defendant.    ) | |
| _____) | USDC No. 3:05-cv-0204-TMB |

## REPRESENTATION STATEMENT

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit

Rule 3-2, the identities of the parties herein and the names, addresses and telephone

numbers of their counsel in the above-captioned action are as follows:

KENNETH W. LEGACKI, P.C.
ATTORNEYS AT LAW
425 "G" STREET
SUITE 920
ANCHORAGE, AK 99501
(907) 258-2422
FAX (907) 278-4848

1.    Plaintiff/Appellant

Ronald V. Weilbacher

2.    Plaintiff's Counsel

Kenneth W. Legacki
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK 99501
Telephone:  (907) 258-2422
Facsimile:  (907) 278-4848
E-mail:  legacki@gci.net

3.    Defendant/Appellee

Progressive Northwestern Insurance Company

4.    Defendant's Counsel

Gary A. Zipkin
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Telephone: (907) 793-2200
Facsimile: (907) 793-2299
E-mail: gzipkin@guessrudd.com

Aisha Tinker Bray
Guess & Rudd, P.C.
100 Cushman Street, Suite 500
Fairbanks, AK   99701-4659
Telephone:  (907) 452-8986
Facsimile:  (907) 452-7015
E-mail: atbray@guessrudd.com

REPRESENTATION STATEMENT
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 3

KENNETH W. LEGACKI, P.C.
ATTORNEYS AT LAW
425 "G" STREET
SUITE 920
ANCHORAGE, AK 99501
(907) 258-2422
FAX (907) 278-4848

DATED at Anchorage, Alaska, this 24th day of April, 2008.

KENNETH W. LEGACKI, P.C.
Attorney for Plaintiff

By _____
Kenneth W. Legacki
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK 99501
Phone: (907) 258-2422
Fax: (907) 278-4848
E-mail: legacki@gci.net

I HEREBY CERTIFY that on the 24th day of
April, 2008, a copy of the foregoing
document was mailed to:

Gary A. Zipkin
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK 99501

Aisha Tinker Bray
Guess & Rudd, P.C.
100 Cushman Street, Suite 500
Fairbanks, AK 99701-4659

_____

KENNETH W. LEGACKI, P.C.
ATTORNEYS AT LAW
425 "G" STREET
SUITE 920
ANCHORAGE, AK 99501
(907) 258-2422
FAX (907) 278-4848

REPRESENTATION STATEMENT
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 3 of 3