```
         UNITED STATES
         DISTRICT COURT
          District of Alaska
         Anchorage Division

       #  00132685  -  NL
          April 24, 2008

   Code    Case #    Qty     Amount

   086900-F  05-204
   510000-C  05-204            105.00 CK
   086400-R  05-204            150.00 CK
                               200.00 CK

   TOTAL →                     455.00


   FROM: KENNETH W. LEGACKI PC
         APPEAL FILING FEE
         WEILBACHER V PROGRESSIVE
         3:05-CV-00204-TMB
```