UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title:  Weilbacher v Progressive Northwestern Insurance Company
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.:  TIMOTHY M. BURGESS-3:05-cv-00204-TMB
Date Complaint Filed:  8/24/05
Date Appealed Order/Judgment *entered*:  3/26/08
Date NOA *filed*:  4/24/08
COA Status (check one):
__granted in full (attach order)      __denied in full (send record)
__granted in part (send record)       __pending

Court Reporter(s) Name and Phone Number:  Caroline Edmiston-907-677-6103.

Magistrate Judge's Order?  If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid:  $455.00        Date Docket Fee billed: _
Date FP granted: _                    Date FP denied: _
Is FP pending?  _no                   Was FP Limited/Revoked?
US Government Appeal?   _no           Companion Cases?  Please list: _

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:**  (please include e-mail address and fax number)
Appellate Counsel:                    Appellee Counsel:

**Kenneth W. Legacki**                **Gary A. Zipkin**
Kenneth W. Legacki, P.C.              Guess & Rudd P.C.
425 G. Street, Suite 920              510 L Street, Suite 700
Anchorage, AK 99501                   Anchorage, AK 99501

 X  retained     __CJA    __FPD    __FPD    __Other     Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: _                        Address: _
Custody: _                            Bail: _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid:   $455.00 on 4/24/08       9th Circuit Docket Number: _

Name and phone number of person completing this form:  Nancy Lealaisalanoa-907-677-6122