Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PROGRESSIVE NORTHWESTERN ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | 3:05-cv-204-TMB |

## MOTION FOR REVIEW OF CLERK'S TAXATION OF COSTS

Progressive Northwestern Insurance Company ("Progressive"), by and through its attorneys, Guess & Rudd P.C., hereby requests the court's review of the clerk's taxation of costs, pursuant to Federal Rules of Civil Procedure 54(d)(1) and 68.

DATED at Fairbanks, Alaska, this 28th day of April, 2008.

LAW OFFICES OF
Guess & Rudd P.C.
100 CUSHMAN STREET
SUITE 500
FAIRBANKS, ALASKA
99701-4659
(907) 452-8986
FAX: (907) 452-7015

```
                                   GUESS & RUDD P.C.
        Attorneys for Progressive Northwestern Insurance Company

                              By:      /s/Aisha Tinker Bray
                                    Guess & Rudd P.C.
                                    100 Cushman Street, Suite 500
                                    Fairbanks, Alaska 99701
                                    Phone: 907-452-8986
                                    Fax:   907-452-7015
                                    Email: atbray@guessrudd.com
                                    Alaska Bar No. 9505028
```

CERTIFICATE OF SERVICE
I hereby certify that on the 28th day of April, 2008, a copy of the foregoing document was served electronically on:

Kenneth A Legacki, Esq.

Guess & Rudd P.C.

By:    /s/Aisha Tinker Bray

Case No. 3:05-cv-204-TMB  Weilbacher v. Progressive Northwestern Ins. Co.
Motion for Review of Clerk's Taxation of Costs
Page 2 of 2

LAW OFFICES OF
Guess & Rudd P.C.
100 CUSHMAN STREET
SUITE 500
FAIRBANKS, ALASKA
99701-4659
(907) 452-8986
FAX: (907) 452-7015