Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER,<br><br>    Plaintiff,<br><br>v.<br><br>PROGRESSIVE NORTHWESTERN<br>INSURANCE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   3:05-cv-204-TMB |

MEMORANDUM IN SUPPORT OF
MOTION FOR REVIEW OF CLERK'S TAXATION OF COSTS

Progressive Northwestern Insurance Company ("Progressive"), by and through its attorneys, Guess & Rudd P.C., hereby requests the court's review of the clerk's taxation of costs (DE #166) and add to the costs allowed in this case, at a minimum, all costs Mr. Weilbacher admits are taxable pursuant to Civil Rule 68.

In Plaintiff's Opposition to Progressive's Motion for Attorneys' Fees (DE #167), Mr. Weilbacher admits that Federal Rule of Civil Procedure 68 entitles Progressive to an award of

LAW OFFICES OF
Guess & Rudd P.C.
100 CUSHMAN STREET
SUITE 500
FAIRBANKS, ALASKA
99701-4659
(907) 452-8986
FAX: (907) 452-7015

all of its actual costs incurred after the offer was made. *See* Opposition at 3. Federal Rule of Civil Procedure 68 states, "the offeree must pay the costs incurred after the offer was made." Fed. R. Civ. Proc. 68(d).

Progressive served an Offer of Judgment in this case on August 28, 2006. *See* DE#163-2. Progressive incurred in excess of $2,772.06 in costs in this matter after August 28, 2006. An itemization of costs incurred after August 28, 2006 is attached hereto as Exhibit A.[1]

Thus, at a minimum, Progressive is entitled to an additional cost award of at least $2,772.06.

DATED at Fairbanks, Alaska, this 28th day of April, 2008.

GUESS & RUDD P.C.
Attorneys for Progressive Northwestern Insurance Company

By: _____/s/Aisha Tinker Bray_____
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
Phone: 907-452-8986
Fax:   907-452-7015
Email: atbray@guessrudd.com
Alaska Bar No. 9505028

---

[1] The documentation for each listed cost is attached to DE#160-2 at the referenced page.

Case No. 3:05-cv-204-TMB   *Weilbacher v. Progressive Northwestern Ins. Co.*
Memorandum in Support of Motion for Review of Clerk's Taxation of Costs
Page 2 of 3

CERTIFICATE OF SERVICE
I hereby certify that on the
28th day of April, 2008, a copy
of the foregoing document was served
electronically on:

Kenneth A Legacki, Esq.

Guess & Rudd P.C.

By:   /s/Aisha Tinker Bray

LAW OFFICES OF
Guess & Rudd P.C.
100 CUSHMAN STREET
SUITE 500
FAIRBANKS, ALASKA
99701-4659
(907) 452-8986
FAX: (907) 452-7015

Case No. 3:05-cv-204-TMB   *Weilbacher v. Progressive Northwestern Ins. Co.*
Memorandum in Support of Motion for Review of Clerk's Taxation of Costs
Page 3 of 3