| Date | Description of Costs | | Amount | DE#160-2 |
|---|---|---|---|---|
| | **Exhibit A - Itemization of Costs Incurred After 8/28/06** | | | |
| | | | | |
| 6/4/07 | Copy of Daniel Quinn deposition transcript per Southcentral Court Reporting | $ | 57.35 | 9 |
| 5/3/07 | Bob Lohr & Associate (expert witness fees) | $ | 2,250.50 | 14 |
| 11/29/06 | Document shipment 11/20/06 to Fairbanks per DHL Express (USA), Inc (for Court mandated review of documents in the Wold matter per 11/13/06 Order) | $ | 105.65 | 16 |
| 6/15/07 | Airfare to Anchorage for oral argument on Progressive's motion for summary judgment | $ | 328.30 | 17 |
| 6/15/07 | Parking at Fairbanks airport and taxicab in Anchorage re Oral Argument 6/15/04 per A. T. Bray | $ | 26.50 | 18 |
| 11/17/06 | Pacer computer research | $ | 0.24 | 34 |
| 9/19/06 | Pacer computer research | $ | 0.16 | 36 |
| 10/23/06 | Pacer computer research | $ | 0.64 | 37 |
| 1/19/07 | Pacer computer research | $ | 0.16 | 38 |
| 10/5/07 | Pacer Computer research | $ | 0.16 | 39 |
| 4/19/07 | Pacer computer research | $ | 2.40 | 39 |
| | Costs: | $ | 2,772.06 | |

Note: These costs do not include postage, photocopies, telephone, or long distance facsimile charges after August 28, 2006.