Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER,              )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>       v.                           )<br>                                    )<br>PROGRESSIVE NORTHWESTERN            )<br>INSURANCE COMPANY,                  )<br>                                    )<br>            Defendant.              )<br>_____)  3:05-cv-204-TMB | |

NOTICE OF FILING OF PROPOSED ORDER ON
MOTION FOR REVIEW OF CLERK'S TAXATION OF COSTS

Progressive Northwestern Insurance Company, by and through its attorneys, Guess & Rudd P.C., hereby submits the Proposed Order for Additional Costs Awarded to Progressive inadvertently omitted when it filed its Motion for Review of Clerk's Taxation of Costs (DE#172) on April 28, 2008.  This proposed Order was emailed to all parties and the court on April 28, 2008.

DATED at Fairbanks, Alaska, this 29th day of April, 2008.

```
                    GUESS & RUDD P.C.
Attorneys for Progressive Northwestern Insurance Company

                    By:      /s/Aisha Tinker Bray
                         Guess & Rudd P.C.
                         100 Cushman Street, Suite 500
                         Fairbanks, Alaska 99701
                         Phone: 907-452-8986
                         Fax:   907-452-7015
                         Email: atbray@guessrudd.com
                         Alaska Bar No. 9505028
```

CERTIFICATE OF SERVICE
I hereby certify that on the 29th day of April, 2008, a copy of the foregoing document was served electronically on:

Kenneth A Legacki, Esq.

Guess & Rudd P.C.

By:   /s/Aisha Tinker Bray

Case No. 3:05-cv-204-TMB   *Weilbacher v. Progressive Northwestern Ins. Co.*
Motion for Review of Clerk's Taxation of Costs
Page 2 of 2