Aisha Tinker Bray
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PROGRESSIVE NORTHWESTERN ) <br> INSURANCE COMPANY, ) <br> ) <br> Defendant. ) <br> _____ ) | 3:05-cv-204-TMB |

**PROPOSED**
ORDER FOR ADDITIONAL COSTS AWARDED TO PROGRESSIVE

Progressive Northwestern Insurance Company ("Progressive"), by and through its attorneys, Guess & Rudd, P.C., having moved for this court's review of the Clerk's taxation of costs, and the court being duly advised in the premises,

IT IS HEREBY ORDERED that Progressive is awarded an additional $_____ in costs against plaintiff Ronald V. Wielbacher, which judgment shall accrue interest at the rate of 7.75% per annum until paid in full.


DATED at Anchorage, Alaska, this _____ day of _____, 2008.

_____
Honorable Timothy M. Burgess
United States District Court Judge

CERTIFICATE OF SERVICE
I hereby certify that on the
29th day of April, 2008, a copy
of the foregoing document was served
electronically on:

Kenneth A Legacki, Esq.

Guess & Rudd P.C.

By:\_\_\_\_/s/Aisha Tinker Bray_____

Case No. 3:05-cv-204-TMB   *Weilbacher v. Progressive Northwestern Ins. Co.*
Order for Additional Costs Awarded to Progressive
Page 2 of 2