Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Ronald V. Weilbacher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| PROGRESSIVE NORTHWESTERN ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | Case No. 3:05-cv-0204-TMB |
| _____) | |

**(PROPOSED)**
**ORDER DENYING PROGRESSIVE'S**
**MOTION FOR REVIEW OF CLERK'S TAXATION OF COSTS**

Defendant Progressive Northwestern Insurance Company having moved

this Court for a review of the Clerk's Taxation of Costs, and the Court having

considered the memoranda of the parties and being duly advised in the premises,

IT IS HEREBY ORDERED Progressive's Motion for Review of the Clerk's Taxation of Costs is denied, and as a sanction for filing a frivolous motion, no costs at all will be awarded to Defendant Progressive Northwestern Insurance Company, and the judgment herein is to be amended accordingly to retract the previous award of costs, and attorney fees in the amount of $_____ are to be paid to Ronald Weilbacher's attorney.

DATED this _____ day of _____, 2008.

_____
The Honorable Timothy M. Burgess
United States District Judge

I HEREBY CERTIFY that on the 30th day of
April, 2008, a copy of the foregoing
document was electronically served on:

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd

_____ s/Kenneth W. Legacki _____

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

ORDER DENYING DEFENDANT'S MOTION FOR REVIEW OF
        CLERK'S TAXATION OF COSTS
Weilbacher v. Progressive - Case No. 3:05-cv-0204-TMB
Page 2 of 2