**RECEIVED**

MAY 0 5 2008

**CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA**

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

R E C E I V E D
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

APR 29 2008

FILED _____
DOCKETED _____
DATE _____ INITIAL _____

08-35347

**CASE INFORMATION:**
Short Case Title: Weilbacher v Progressive Northwestern Insurance Company
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: TIMOTHY M. BURGESS-3:05-cv-00204-TMB
Date Complaint Filed: 8/24/05
Date Appealed Order/Judgment *entered*: 3/26/08
Date NOA *filed*: 4/24/08
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending

Court Reporter(s) Name and Phone Number: Caroline Edmiston-907-677-6103.

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: $455.00       Date Docket Fee billed: _
Date FP granted: _                   Date FP denied: _
Is FP pending? _no                   Was FP Limited/Revoked?
US Government Appeal?  _no           Companion Cases? Please list: _

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                   Appellee Counsel:

**Kenneth W. Legacki**                **Gary A. Zipkin**
Kenneth W. Legacki, P.C.             Guess & Rudd P.C.
425 G. Street, Suite 920             510 L Street, Suite 700
Anchorage, AK 99501                  Anchorage, AK 99501

_X_retained   __CJA   __FPD   __FPD   __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: _                       Address: _
Custody: _                           Bail: _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: $455.00 on 4/24/08        9th Circuit Docket Number: _

Name and phone number of person completing this form: Nancy Lealaisalanoa-907-677-6122