Aisha Tinker Bray
Gary A. Zipkin
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Northwestern Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD V. WEILBACHER,<br><br>    Plaintiff,<br><br>    v.<br><br>PROGRESSIVE NORTHWESTERN<br>INSURANCE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   3:05-cv-204-TMB |

REPLY TO PLAINTIFF'S OPPOSITION TO
MOTION FOR REVIEW OF CLERK'S TAXATION OF COSTS

Progressive Northwestern Insurance Company ("Progressive"), filed a brief motion for the court's review of the clerk's taxation of cost based on Mr. Weilbacher's unequivocal statement,

> Under the Federal rule, in determining the remedy for failure to accept a valid Rule 68 offer of judgment, the remedy is only costs of the litigation, not attorney fees.

DE#167 at 3. Although Progressive disagrees with Mr. Weilbacher's conclusion that it is not entitled to attorneys' fees, *see* DE#178, Progressive accepts Mr. Weilbacher's admission that it is entitled to enhanced costs as a remedy under Rule 68 for his failure to

accept Progressive's offer of judgment.  Thus, Progressive filed a brief motion for review of costs so that the court could award Progressive the costs Mr. Weilbacher admits are due.

Mr. Weilbacheer's Opposition is yet another example of Mr. Weilbacher's practice in this matter of collateral attacks on Progressive and its attorneys rather than addressing the merits of the issue, and Mr. Weilbacher's over-litigation of collateral issues in this case.  Mr. Weilbacher's assertions are completely without merit.  *See* DE#178.

Progressive's motion is based on Mr. Weilbacher's admission that costs are the remedy available under Rule 68 to a defendant when the plaintiff rejects the defendant's offer of judgment. Progressive is simply taking him up on his admission that such costs are due.  Thus, at a minimum, Progressive requests the court award it the costs Mr. Weilbacher admitted were due in the amount of $2,772.06.

DATED at Fairbanks, Alaska, this 6th day of May, 2008.

                        GUESS & RUDD P.C.
                        Attorneys for Progressive
                        Northwestern Insurance Company

By:   /s/Aisha Tinker Bray
     Guess & Rudd P.C.
     100 Cushman Street, Suite 500
     Fairbanks, Alaska 99701
     Phone: 907-452-8986
     Fax:   907-452-7015
     Email: atbray@guessrudd.com
     Alaska Bar No. 9505028

Case No. 3:05-cv-204-TMB  *Weilbacher v. Progressive Northwestern Ins. Co.*
Reply to Plaintiff's Opposition to Motion for Review of Clerk's Taxation of Costs
Page 2 of 3

CERTIFICATE OF SERVICE
I hereby certify that on the
6th day of May, 2008, a copy
of the foregoing document was served
electronically on:

Kenneth A Legacki, Esq.

Guess & Rudd P.C.

By:   /s/Aisha Tinker Bray

Case No. 3:05-cv-204-TMB  *Weilbacher v. Progressive Northwestern Ins. Co.*
Reply to Plaintiff's Opposition to Motion for Review of Clerk's Taxation of Costs
Page 3 of 3