UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # 08-35347          U.S. District Court # 3:05-cv-00204-TMB

Short Case Title  Ronald Weilbacher vs. Progressive Northwestern Ins. Co.

Date Notice of Appeal Filed by Clerk of District Court  April 24, 2008

RECEIVED
MAY 22 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

**Section A - To Be completed by Party Ordering Transcript**

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| | | VOIR DIRE |
| | | OPENING STATEMENTS |
| | | SETTLEMENT INSTRUCTIONS |
| | | CLOSING ARGUMENTS |
| | | JURY INSTRUCTIONS |
| Oct. 30, 2006 | Oral Argument | ✔ PRE-TRIAL PROCEEDINGS |
| June 15, 2007 | Oral Argument | OTHER |

(Attach Additional Page for Designations if Necessary)

(xx) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

( ) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered  May 22, 2008        Estimated Date for Completion  June 23, 2008

Signature of Attorney  /s/ Kenneth W. Legacki (ABA #8310132)        Phone Number  (907) 258-2422

Address  425 G Street, Suite 920, Anchorage, AK  99501

**Section B - To Be Completed by Court Reporter**

I, _____, have received this designation.         (
    (Signature of Court Reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

    Approximate Number of Pages _____  Due Date _____

**Section C - To Be Completed by Court Reporter**

    Date Transcript Filed _____  Court Reporter's Signature _____

(Trscrpt.des 11/96)